UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-08441-MCCABE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.

_____:

**NOTICE OF REQUEST FOR DISCLOSURES OF**
**EXPERT WITNESS SUMMARIES**

The defendant, through undersigned counsel, files this notice of request for disclosures of expert witness summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G) and  paragraph N of the Standing Discovery Order.  The defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief.  As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1998)(agent's

1

testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

>Respectfully submitted,
>
>HECTOR A. DOPICO
>Interim Federal Public Defender
>
>*s/ Kristy Militello*
>Kristy Militello
>Assistant Federal Public Defender
>Attorney for the Defendant
>Florida Bar No. 0056366
>250 South Australian Avenue, Suite 400
>West Palm Beach, Florida 33401
>(561) 833-6288 - Telephone
>Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello