UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-08441-MCCABE

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

RYAN WESLEY ROUTH,

     Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below as co-counsel with Assistant Federal Public Defender Kristy Militello. Please send all notices and inquiries to both attorney's at the address listed.

     Respectfully submitted,

     HECTOR A. DOPICO
     INTERIM FEDERAL PUBLIC DEFENDER

By:    *s/**Renee M. Sihvola**_____
     Renee M. Sihvola
     Assistant Federal Public Defender
     Florida Bar Number: 116070
     109 North Second Street
     Fort Pierce, Florida 34950
     Tel: 772-489-2123
     E-Mail: Renee_Sihvola@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on September 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   *s/**Renee Sihvola***
        Renee Sihvola