# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 24-mj-8441-RMM

**United States of America**

                       Plaintiff

v.

**Ryan Wesley Routh,**

                       Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>Hon. Ryon, M. McCabe, US Magistrate Judge | PLAINTIFF'S ATTORNEY<br>Mark Dispoto, AUSA | DEFENDANT'S ATTORNEY<br>Kristy Militello, AFPD |
|---|---|---|
| TRIAL DATE(S)<br>09/23/2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 09/23/2024 | ✓ | ✓ | Golf Course Map |
| 2 | | 09/23/2024 | ✓ | ✓ | Photograph of Sniper Nest |
| 3 | | 09/23/2024 | ✓ | ✓ | Photograph of SKS Rifle |
| 4 | | 09/23/2024 | ✓ | ✓ | Photograph of Obliterated Serial Number on SKS Rifle |
| 5 | | 09/23/2024 | ✓ | ✓ | Overall Map (Trump International and Martin County) |
| 6 | | 09/23/2024 | ✓ | ✓ | Photograph of Letter from Civilian Witness |
| 7 | | 09/23/2024 | ✓ | ✓ | Prior Criminal Convictions of Defendant |
| | | | | | |
| | | | | | FBI Special Agent Christian Hull |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.