UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cr-80116-AMC-1

FILED BY _____ D.C.

SEP 25 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

USA

Plaintiff(s),

vs.
Ryan Wesley Routh

Defendant(s).
_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Def paper exhiubit 1.

_____

[ ] Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: Jean-Baptiste, Elisabeth
Agency or Firm: Federal Public Defender
Address: 250 S. Australian Ave
Ste 400 WPB FL 33401

Exhibits Released by:

_____
(Deputy Clerk) Micky Quezada

Telephone: 561·275·1980
Date: 9/25/24

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record