UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: TRIAL SUBPOENA<br>NS 1614-02-TS | Case No. 24-80116-CR-CANNON/MCCABE<br>**Filed Under Seal** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile US, Inc., an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscriber or customer of the account listed in the subpoena) of the existence of the attached trial subpoena until one (1) year from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached trial subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5). The Court also determines that it is appropriate for the obligation to terminate within one (1) year from the date of this Order.

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile US, Inc. shall not disclose the existence of the attached trial subpoena, or this Order of the Court, to the listed subscribers or to any other person, until one (1) year from the date of this Order, except that T-Mobile US, Inc. may disclose the attached subpoena to an attorney for T-Mobile US, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for one (1) year or until otherwise ordered by the Court.

10/2/2024
Date

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE