UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>**24-80116-CR-CANNON/MCCABE**</u>

**UNITED STATES OF AMERICA,**

v.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

<u>**NOTICE OF APPEARANCE**</u>

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney Maria K. Medetis be informed of all future filings in the above captioned case.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

   By:  <u>*/s/ Maria K. Medetis*</u>
                Maria K. Medetis
                Assistant United States Attorney
                Florida Bar No. 1012329
                United States Attorney's Office
                99 N.E. 4th Street
                Miami, Florida 33132
                Telephone: (305) 961-9020
                Email: Maria.Medetis@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2024, I electronically filed the foregoing notice with the Clerk of the Court using CM/ECF.

*/s/ Maria K. Medetis*
Maria K. Medetis