UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

RYAN WESLEY ROUTH,
        Defendant.
_____:

## WAIVER OF SPEEDY TRIAL RIGHTS

The Defendant, Ryan Wesley Routh, through undersigned counsel, informs the Court and the United States that he knowingly and intentionally, waives his speedy trial rights pursuant to 18 U.S.C. §3161 for the period of time between when the government filed their motion to declare the case complex, DE 30, and the next 90 days in order for the Court to determine whether the case is complex and to hold a status conference. At this time, no discovery has been provided to the defense. The defense relies on the government's summary of the investigation, provided at DE 30, to request that a status check be set in 60 days. Prior to the discovery disclosure, the defense is not in a position to advise the court as to when he may be ready for trial.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |

1

| | |
|---|---|
| 250 South Australian Ave., Suite 400 | 250 South Australian Ave., Suite 400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| (561) 833-6288 – Telephone | (561) 833-6288 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello