UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON/McCabe

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**RYAN WESLEY ROUTH,**

      Defendant.

_____/

## LIMITED ORDER OF REFERRAL

**THIS MATTER** comes before the Court upon the United States' Unopposed Motion for Complex-Case Designation, Cancellation of Deadlines, and Removal from Trial Calendar [ECF No. 30]. The United States represents in the Motion that "it will continue to interview additional witnesses, collect evidence, and obtain additional records pursuant to subpoenas, 2703(d) orders, and search warrants" [ECF No. 30 p. 3]. The United States is hereby advised that any and all such law enforcement applications or requests are **HEREBY REFERRED** to Magistrate Judge Ryon M. McCabe for appropriate review and disposition according to law. No additional matters are referred by this Order.

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 8th day of October 2024.

                                          _____
                                          AILEEN M. CANNON
                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record