UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/MCCABE

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: */s/ John C. Shipley*
John C. Shipley
Assistant United States Attorney
Florida Bar No. 69670
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9111
Email: John.Shipley@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                By:    */s/ John C. Shipley*
                        John C. Shipley
                        Assistant United States Attorney