UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**RYAN WESLEY ROUTH**

    Defendant.
_____/

**ORDER ON SCHEDULING MOTIONS, CONTINUING PRE-TRIAL AND TRIAL DEADLINES, AND SETTING STATUS CONFERENCE**

**THIS CAUSE** comes before the Court upon the following three motions: (1) the United States' Unopposed Motion for Complex-Case Designation, Cancellation of Deadlines, and Removal from Trial Calendar [ECF No. 30], filed on October 2, 2024; (2) the United States' Unopposed Motion to Continue Pre-Trial Motions Deadline [ECF No. 42], filed on October 16, 2024; and (3) the United States' Unopposed Motion to Continue Default Expert Disclosure Deadline, filed on October 18, 2024 [ECF No. 50]. The Court has reviewed the Motions and is otherwise fully advised.

Following that review, it is **ORDERED AND ADJUDGED** that the United States' Motions are **GRANTED IN PART** and **DENIED IN PART** as follows. The Court agrees that a continuance of the specified deadlines is warranted for the reasons stated in the Motions, including Defendant's acknowledgement in the Waiver of Speedy Trial Rights that a continuance of at least ninety days would serve the ends of justice [ECF No. 36]. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the United States' initial Motion was filed, October 2, 2024, to the date trial commences—is excludable time under

CASE NO. 24-80116-CR-CANNON

the Speedy Trial Act. *See* 18 U.S.C. § 3161. The Court disagrees, however, with the United States' broader request for a Complex-Case Designation and for Cancellation of Deadlines and Removal from Trial Calendar [ECF No. 30]. Although the Motion makes reference to substantial and ongoing discovery, including forensic review of digital devices and ongoing interviews and investigation, it does not provide a factual or legal basis to believe that this case is "so unusual or complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law," as would be required for a complex-case designation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii).[1]

To permit appropriate consideration and adjudication of any anticipated pretrial motions, and in light of the arguments raised to date regarding scheduling, the Court hereby sets the following deadlines and continues trial in the above captioned case, as follows:

1. Calendar call will be held on **February 4**, **2025**, **at 1:45 pm.**

2. The case is set for **Jury Trial** during the two-week trial period that begins **February 10**, **2025**, in the Fort Pierce Division.

3. The United States' expert disclosure deadline is **November 17**, **2024**. *See* Fed. R. Crim. P. 16(a)(1)(G)(ii).

4. The United States shall file a detailed discovery status report on or before **November 22**, **2024**.

5. A status conference will be held on **December 11**, **2024**, at **10:00 a.m.** in the Fort Pierce Division. Defendant shall appear for this hearing.

---

[1] Defendant filed a Waiver of Speedy Trial Rights in which he requested that the Court continue this matter for ninety days "in order for the Court to determine whether the case is complex and to hold a status conference" [ECF No. 36].

6. All other instructions set forth in the Court's Omnibus Order Setting Trial [ECF No. 29] remain in effect except as modified by this Order.

7. The United States' Motion for Complex-Case Designation, Cancellation of Deadlines, and Removal from Trial Calendar is **GRANTED IN PART AND DENIED IN PART**, consistent with this Order [ECF No. 30].

8. The United States' Unopposed Motion to Continue Pre-Trial Motions Deadlines [ECF No. 42] is **GRANTED** in accordance with this Order.

9. The United States' Unopposed Motion to Continue Default Expert Disclosure Deadline [ECF No. 50] is **GRANTED** in accordance with this Order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of October 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2