UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____/

## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to the Court's Scheduling Order and SDFL Local Rule 88.5, the Government submits this Speedy Trial Report. The defense has been consulted and agrees with the following calculations:

The Defendant was indicted on September 24, 2024 (ECF 21). On October 2, 2024, the Government filed an unopposed motion to designate the case as complex (ECF 30), which stopped the Speedy Trial clock. On October 18, 2024, the Court granted that motion in part, and also excluded all Speedy Trial time from the date of the Government's motion through the start of trial, currently set for the two-week period starting February 10, 2025 (ECF 51). Accordingly, at most seven days of non-excludable time (September 25-October 1) have elapsed, and the Speedy Trial clock is presently stopped and will remain stopped until the currently scheduled trial pursuant to the Court's Order.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:    */s/ John Shipley*
         John C. Shipley
         Florida Bar No. 69670
         Christopher B. Browne
         Florida Bar No. 91337
         Mark Dispoto
         Court Id. Number A5501143
         Assistant United States Attorneys

         U.S. Attorney's Office
         Southern District of Florida
         99 Northeast 4th Street, 8th Floor
         Miami, Florida 33132-2111
         Telephone: (305) 961-9111
         E-mail: John.Shipley@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 22, 2024.

/s/ John C. Shipley
Assistant United States Attorney