UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through the undersigned Trial Attorney, hereby files this Notice of Appearance as additional counsel for the Government in this case, and requests that he be receive all future filings in the above-captioned case.

Respectfully submitted,

MATTHEW G. OLSEN
Assistant Attorney General

By: */s/ David C. Smith*
David C. Smith
Trial Attorney
Court ID No. A5503278
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-0849
Email: David.Smith5@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ David C. Smith*
David C. Smith
Trial Attorney