UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**NOTICE OF REASSIGNMENT**

    The United States of America hereby files this Notice of Reassignment regarding counsel of record in this case. The assigned prosecutors are as follows, each of whom has already entered a Notice of Appearance with this Court: Assistant United States Attorneys John Shipley, Christopher Browne, Mark Dispoto and Maria Medetis from the U.S. Attorney's Office for the Southern District of Florida, and Trial Attorney David Smith from the Justice Department's National Security Division. Prior counsel for the United States, Abbie Waxman, Ajay Alexander and Adam McMichael, are no longer counsel of record for the United States in this matter and may be removed from the CMECF service list.

                                                        Respectfully submitted,

                                                        MARKENZY LAPOINTE
                                                        UNITED STATES ATTORNEY

By:   */s/ John Shipley*
       John C. Shipley
       Florida Bar No. 69670
       Christopher B. Browne
       Florida Bar No. 91337
       Mark Dispoto
       Court ID No.   A5501143
       Assistant United States Attorneys

        U.S. Attorney's Office  
        Southern District of Florida  
        99 Northeast 4th Street, 8th Floor  
        Miami, Florida 33132-2111  
        Telephone: (305) 961-9111  
        E-mail: John.Shipley@usdoj.gov  

        MATTHEW G. OLSEN  
        ASSISTANT ATTORNEY GENERAL  

By:   */s/ David C. Smith*  
        David C. Smith, Trial Attorney  
        Court ID No. A5503278  
        Department of Justice, National Security Division  
        950 Pennsylvania Avenue, NW  
        Washington, DC 20530  
        Telephone: (202) 514-0849  
        Email: David.Smith5@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 22, 2024.

/s/ John C. Shipley
Assistant United States Attorney