UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

**PARTIES' STATUS REPORT REGARDING PROTECTIVE ORDER**

    In its paperless Order regarding the Government's original proposed protective order (ECF64), the Court directed the parties to confer via video no later than October 21, 2024, and subsequently to file a joint status report describing any progress toward an agreed-upon proposed order. The parties conferred on October 30, 2024, and since then have continued to seek agreement on a proposed order. After discussions among counsel, and discussions between defense counsel and the Defendant, the parties have agreed to a proposed Order for the Court's consideration that, we believe, fairly balances the competing interests and this Court's concerns. Accordingly, the parties respectfully request that the Court enter the proposed Order attached to this status report.

    Defense counsel has reviewed and agrees to this status report and joins in asking the Court to enter the attached Order.

                                                           Respectfully submitted,

                                                            MARKENZY LAPOINTE
                                                            UNITED STATES ATTORNEY

                                        By:    /s/ John Shipley_____
                                                      John C. Shipley

        Florida Bar No. 69670
        Christopher B. Browne
        Florida Bar No. 91337
        Mark Dispoto
        Court Id. Number A5501143
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9111
        E-mail: John.Shipley@usdoj.gov

        MATTHEW G. OLSEN
        ASSISTANT ATTORNEY GENERAL

By:    */s/ David C. Smith*
        David C. Smith, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 6, 2024.

/s/ John C. Shipley
Assistant United States Attorney