UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____:

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Defendant, Ryan Wesley Routh, by and through his undersigned counsel, requests this Court to continue his Status Conference currently set for December 11, 2024 until one day the following week, December 16-18, 2024. As grounds therefor, Defendant states:

1. This Court set a status conference on December 11, 2024 at 10:00. [DE 51].

2. The week of December 9, 2024, defense attorney Renee Sihvola is attending a national training, held out of the district, and is unavailable for the hearing. As Mr. Routh only has two attorneys representing him, both of his counsel would like to be present for his court hearings.

3. The government does not oppose the defendant's request to continue the status conference, and they are available the following week, on the days of December 16-18, 2024, for a status conference.

1

WHEREFORE, Defendant requests this Court to grant the above-styled motion and continue the Status Conference until the week of December 16, 2024.

        Respectfully submitted,

        HECTOR A. DOPICO
        Federal Public Defender

        *s/ Kristy Militello*
        Kristy Militello
        Assistant Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 0056366
        250 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        (561) 833-6288 - Telephone
        Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*s/ Kristy Militello*</u>
Kristy Militello