UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RYAN WESLEY ROUTH, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S SECOND RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States files this Second Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the Government has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On November 13, 2024, the Government provided discovery materials to defense counsel of record, which materials were uploaded to a portable thumb drive and mailed to defense counsel via FedEx. Those materials included the items described in the attached index and are numbered pages GOV004113 - 5953. In addition to the materials referenced in the attached index, the Government has also uploaded to the thumb drive the materials referenced in its First Response to the Standing Discovery Order ([ECF No. 49]).[1]

---

[1] The Government previously provided to the defense notice of its intent to produce copies of footage captured by law enforcement officers' body-worn cameras as Bates Nos. Gov000778-1339 (see [ECF No. 49] at 2). The Government has since received additional body-worn camera footage

Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    /s/ Mark Dispoto
John C. Shipley
Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Mark Dispoto
Court Id. Number A5501143
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (561) 820-8711
E-mail: mark.dispoto@usdoj.gov

---

and will produce the entirety of that footage under a new Bates Numbered series and will notify the defense and the Court upon production.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 13, 2024.

/s/ Mark Dispoto
Assistant United States Attorney

By: _____
MARK DISPOTO
Assistant United States Attorney
United States Attorney's Office
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 820-8711
Fax:  (561) 820-8777
Email: mark.dispoto@usdoj.gov

cc:   Special Agent Christian Hull,
      FBI

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will deliver notices of electronic filing to all counsel of record.

_____
MARK DSIPOTO
Assistant United States Attorney