UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**GOVERNMENT'S THIRD RESPONSE TO
THE STANDING DISCOVERY ORDER**

    The United States files this Third Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On November 22, 2024, the United States will mail the discovery materials to defense counsel of record, which materials were uploaded onto two portable drives. Those materials include the items described in the attached indices and are numbered Gov005954-7523

    Please contact the undersigned Assistant United States Attorney if any pages are missing.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:    */s/Maria K. Medetis*
        Maria K. Medetis
        Florida Bar No. 1012329
        John C. Shipley
        Florida Bar No. 69670

        Christopher B. Browne
        Florida Bar No. 91337
        Mark Dispoto
        Court Id. Number A5501143
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9020
        E-mail: maria.medetis@usdoj.gov

        MATTHEW G. OLSEN
        ASSISTANT ATTORNEY GENERAL

By:    */s/ David C. Smith*
        David C. Smith, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 21, 2024.

        */s/Maria K. Medetis*
        Assistant United States Attorney

cc:    Special Agent Christian Hull,
        FBI