UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  <u>24-80116-CR-CANNON/McCabe</u>

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

      **Defendant.**
_____/

## GOVERNMENT'S UNOPPOSED MOTION TO <u>STRIKE AND REPLACE ATTACHMENT #2 TO DOCKET ENTRY 73</u>

The United States, by and through the undersigned government attorneys, files this motion to strike attachment number 2 of Docket Entry 73 and replace with a redacted version of that same attachment.

In support of its motion, the United States provides as follows:  On November 21, 2024, the United States filed its Third Response to the Standing Discovery Order [D.E. 73].  That filing contained two attachments.  Those attachments are indices that detail the contents of the items disclosed as part of the Third Response.  Attachment number 2 of Docket Entry 73 was inadvertently filed in unredacted form and contains personal information.

The United States respectfully requests that Attachment number 2 of Docket Entry 73 be stricken and removed from the docket and replaced with the attached redacted version.

1

Undersigned has conferred with counsel for the Defendant and they do not oppose this motion.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/Maria K. Medetis
Maria K. Medetis
Florida Bar No. 1012329
John C. Shipley
Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Mark Dispoto
Court Id. Number A5501143
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9020
E-mail: maria.medetis@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

By: /s/ David C. Smith
David C. Smith, Trial Attorney
Court ID No. A5503278
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-0849
Email: David.Smith5@usdoj.gov

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 22, 2024.

                                             */s/Maria K. Medetis*
                                             Assistant United States Attorney