UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

### GOVERNMENT'S REVISED UNOPPOSED MOTION TO STRIKE AND REPLACE ATTACHMENTS 1 AND 2 TO DOCKET ENTRY 73

The United States, by and through the undersigned government attorneys, files this revised motion to strike attachment numbers 1 and 2 of Docket Entry 73 and replace with redacted versions of those same attachments.

In support of its revised motion, the United States provides as follows: On November 21, 2024, the United States filed its Third Response to the Standing Discovery Order [D.E. 73]. That filing contained two attachments. Those attachments are indices that detail the contents of the items disclosed as part of the Third Response. Attachment numbers 1 and 2 of Docket Entry 73 were inadvertently filed in unredacted form and contain sensitive information.

The United States respectfully requests that Attachment numbers 1 and 2 of Docket Entry 73 be stricken and removed from the docket and replaced with the attached redacted versions. The United States further requests that the Court deny the Government's previously filed Motion to Strike at [D.E.] 74 as moot.

1

Undersigned has conferred with counsel for the Defendant and they do not oppose this motion.

                                        Respectfully submitted,

                                        MARKENZY LAPOINTE
                                        UNITED STATES ATTORNEY

By:     */s/Maria K. Medetis*
          Maria K. Medetis
          Florida Bar No. 1012329
          John C. Shipley
          Florida Bar No. 69670
          Christopher B. Browne
          Florida Bar No. 91337
          Mark Dispoto
          Court Id. Number A5501143
          Assistant United States Attorneys

          U.S. Attorney's Office
          Southern District of Florida
          99 Northeast 4th Street, 8th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9020
          E-mail: maria.medetis@usdoj.gov

          MATTHEW G. OLSEN
          ASSISTANT ATTORNEY GENERAL

By:     */s/ David C. Smith*
          David C. Smith, Trial Attorney
          Court ID No. A5503278
          Department of Justice, National Security Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          Telephone: (202) 514-0849
          Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on November 22, 2024.

*/s/Maria K. Medetis*  
Assistant United States Attorney
