# EXHIBIT A

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED: November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| 01 **NCIC** | Routh NCIC QR #1_Redacted | **Gov000001-9** |
|  | Routh NCIC QWI_Redacted | **Gov000010-15** |
| 02 **Search Warrants** | SW_Akaso Digital Camera | **Gov000016-37** |
|  | SW_Box in North Carolina | **Gov000038-65** |
|  | SW_DNA, Hair, Fingerprints | **Gov000066-86** |
|  | SW_Google | **Gov000087-125** |
|  | SW_Historical AT&T | **Gov000126-147** |
|  | SW_Historical T-Mobile | **Gov000148-173** |
|  | SW_Historical Verizon | **Gov000174-200** |
|  | SW_Nissan Xterra | **Gov000201-225** |
|  | SW_O.R. Person | **Gov000226-252** |
|  | SW_O.R. Residence | **Gov000253-279** |
|  | SW_O.R. Vehicle | **Gov000280-310** |
|  | SW_Residence in Hawaii | **Gov000311-333** |
|  | SW_WhatsApp | **Gov000334-371** |
|  | SW_X | **Gov000372-400** |
| 03 **FBI Reports** | Combined Bates Batch | **Gov000401-777** |
| 05 Photographic Evidence >[1] 01 **Ryan Wesley Routh** | **Ryan Wesley Routh Photos Rev Combined** DSC_0001 through DSC_0068 Photo_of_grass_and_stickers_on_suspect_both_legs_and_shoes_ Photo_of_grass_and_stickers_on_suspect_Left_Leg_ Photo_of_grass_and_stickers_on_suspect_right_leg#2_ Photo_of_grass_and_stickers_on_suspect_right_leg_ Photo_of_grass_and_stickers_on_suspect_right_leg_close_up Photo_of_suspect_front | **Gov001340-1414** |

---

[1] (">" denotes a subfolder).

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED:  November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| 05 Photographic Evidence > 02 **Trump International Golf Course** | **Batch 1**<br>**Batch 2**<br>**Batch 3**<br>**Batch 4**<br>**Batch 5**<br>**Batch 6**<br>**Batch 7**<br>**Batch 8**<br>DSC_0001 through DSC_0717<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_48_001<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_51_002<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_54_003<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_56_004<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_59_54_005<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_59_58_006<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_00_01_007 | **Gov001415-2138**<br>Batch 1: Gov001415-1514<br>Batch 2: Gov001515-1614<br>Batch 3: Gov001615-1714<br>Batch 4: Gov001715-1814<br>Batch 5: Gov001815-1914<br>Batch 6: Gov001915-2014<br>Batch 7: Gov002015-2114<br>Batch 8: Gov002115-2138 |
| 05 Photographic Evidence > 03 **Witness Photographs** | **Witness Photographs Combined**<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2984<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2986<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2985 | **Gov002139-2141** |
| 05 Photographic Evidence > 04 **Nissan Xterra** | **Batch 1**<br>**Batch 2**<br>**Batch 3**<br>**Batch 4**<br>**Batch 5**<br>_DSC0001 through _DSC0485 | **Gov002142-2626**<br>Batch 1: Gov002142-2241<br>Batch 2: Gov002242-2341<br>Batch 3: Gov002342-2441<br>Batch 4: Gov002442-2541 |

2

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED: November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | | Batch 5: Gov002542-2626 |
| 05 Photographic Evidence > 05 **Vehicle Tires** | **Vehicle Tires Photos Combined** DSC_0001 through DSC_0040 | **Gov002627-2666** |
| 05 Photographic Evidence > 06 **North Carolina Box** | **Batch 1** **Batch 2** CEG_0001 through CEG_0197 | **Gov002667-2863** Batch 1: Gov002667-2766 Batch 2: Gov002767-2863 |
| 05 Photographic Evidence > 07 **NC Residence** | **Batch 1** **Batch 2** **Batch 3** **Batch 4** **Batch 5** **Batch 6** **Batch 7** DSC_0001 through DSC_0665 | **Gov002864-3528** Batch 1: Gov002864-2963 Batch 2: Gov002964-3063 Batch 3: Gov003064-3163 Batch 4: Gov003164-3263 Batch 5: Gov003264-3363 Batch 6: Gov003364-3463 Batch 7: Gov003464-3528 |
| 05 Photographic Evidence > 08 **SKS Rifle** | **SKS Rifle Combined** DSC_0071 DSC_0072 | **Gov003529-3530** |
| 06 LPR Data > 01 **Flock** > 01 **Lookup Results** | **01 Flock Lookup Results Combined** #02_Spring_Garden_@_Chapman_St_(EB)_2024-08-22T22-35-00.417+00-00 #02_Spring_Garden_@_Chapman_St_(EB)_2024-08-28T18-09-56.813+00-00_3 | **Gov003531-3549** |

3

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED: November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-08-29T15-52-50.572+00-00_9 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-04T02-37-37.034+00-00_24 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-10T00-37-10.555+00-00_7 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-12T21-51-54.158+00-00_23 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-17T15-10-35.074+00-00_5 | |
| | #02_Spring_Garden_@_Chapman_St_(EB)_2024-09-17T20-15-47.989+00-00 | |
| | #22_Stanley_Rd_&_Lenada_Rd_WB_2024-09-09T22-37-58.932+00-00_4 | |
| | #23_Stanley_Rd_&_Wendover_Ave_SB_2024-09-09T22-20-34.312+00-00 | |
| | #113_Mogadore_Rd_&_E_Market_St_EB_2024-09-15T02-10-35.917+00-00_5 | |
| | #115_E_Market_St_&_Int_76_EB_2024-09-15T02-01-46.150+00-00_9 | |
| | #128_Grant_St_&_E_Thornton_St_NB_2024-09-15T01-51-07.635+00-00_8 | |
| | #134_Grant_St_&_McCoy_St_NB_2024-09-15T01-51-58.410+00-00_10 | |
| | Axon_Fleet_3_Camera_2024-08-30T02-10-45.525+00-00 | |
| | Axon_Fleet_3_Camera_2024-08-30T09-43-01.969+00-00 | |
| | Axon_Fleet_3_Camera_2024-08-30T09-43-07.253+00-00 | |
| | Axon_Fleet_3_Camera_2024-09-04T23-37-53.463+00-00 | |
| | Axon_Fleet_3_Camera_2024-09-07T01-45.084+00-00 | |
| 06 LPR Data<br>> **01 Flock**<br>> **02 Search Results** | **01 Flock 02 Search Results Combined**<br>#01_-_SW_Becker_Rd_@_I_95_Ramp_SB_2024-09-15T20-37-44.028+00-00<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_1<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_2<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_3<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_4<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_5<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_6<br>#04_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-47.017+00-00_7<br>#24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00<br>#24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_1<br>#24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_2 | Gov003550-3576 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED: November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_3 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_4 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_5 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_6 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_7 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_8 | |
| | #24_-_Cattlemen_Road_SB_@_University_Parkway_2024-08-06T18-22-25.371+00-00_9 | |
| | #25_-_Cattlemen_Road_NB_@_University_Town_2024-08-06T19-07-52.565+00-00 | |
| | #38_N_Tuttle_Ave_SB_@_University_Pkway_2024-08-06T20-29-18.052+00-00 | |
| | #38_N_Tuttle_Ave_SB_@_University_Pkway_2024-08-06T20-29-18.052+00-00_1 | |
| | #201_I-4_EB_(camera)_2024-08-18T21-17-07.402_00-00 | |
| | PBSO-PBIA-_Inbound_Turnage_Blvd_Ln_1-2_#01_2024-09-07T14-19-36.434+00-00 | |
| | PBSO-PBIA-_Inbound_Turnage_Blvd_Ln_1-2_#01_2024-09-07T14-19-36.434+00-00_1 | |
| | PBSO-PBIA-Short_Term_Parking_Exit_#04_2024-09-07T15-01-14.449+00-00 | |
| | PBSO-PBIA-Turnage_Inbound_Ln_3-4_#02_2024-09-07T14-19-32.384_00-00 | |
| 06 LPR Data<br>> 01 Flock | Flock_Safety_Search_Results_9-16-2024_1-07-15PM (Excel File)<br>KET4040_Report_2024-09-20T14_57_32.640-04_00 (Excel File) | Gov003577<br>Gov003578 |
| 06 LPR Data<br>> 02 Searches | **06 LPR Data 02 Searches Combined**<br>CLEAR+Query+on+TAG+KET4040 (1)<br>CLEAR+Query+on+TAG+KET4040<br>ISO+ClaimSearch+-+Claims+Inquiry+for+5N1AN08W87C527755<br>KET4040_NC+LEARN+LPR<br>VehicleManager_Detection_Report_HKY4343<br>VehicleManager_Detection_Report_PKU3131 | Gov003579-3608 |
| 06 LPR Data<br>> 03 Vigilant | **06 LPR Data 03 Vigilant Combined**<br>VehicleManager_Detection_Report_09-16-2024-14-48-18-844<br>VehicleManager_Detection_Report_08012024_to_09152024 | Gov003609-3701 |
| 07 **Interstate Nexus** | **ATF_Nexus_Examination Bates Stamped** | Gov003702-3703 |
| 08 **Forms** | **Forms Combined Bates Stamped**<br>Consent_Civilian Witness | Gov003704-3707 |

5

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED: November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
|  | Log_North Carolina Box<br>Receipt_Civilian iPhone<br>Receipt_Routh Clothing |  |
| 09 **Aerial Footage** | (Drone_Flight_1)_DRN_3_1300-1322_Export.zip [Zip File]<br>(Drone_Flight_1_Media_File)_DRN_3_1300-1322_Export<br>(Drone_Flight_2)_DRN_3_1327-1343_Export.zip [Zip File]<br>(Drone_Flight_2_Media_File)_DRN_3_1327-1343_Export<br>(Drone_Flight_3)_DRN_3_1539-1631_Export.zip [Zip File]<br>(Drone_Flight_3_Media_File)_DRN_3_1539-1631_Export<br>24-099061_091524_JC7852.zip [Zip File]<br>24-099061_UAV_(Drone_)_Video | Gov003708-3715 |
| 10 Air Travel<br>> 01 **American Airlines** | **Ryan Routh American Airlines Bates Stamped** | Gov003716-3788 |
| 10 Air Travel<br>> 02 **Alaska Airlines** | PNR KWYUOS_Redacted<br>PNR VGCVXM_Redacted<br>PNR ZMODSN_Redacted<br>**Alaska Airlines Bates Stamped** | Gov003789-3808 |
| 10 Air Travel<br>> 03 **Delta Airlines** | Certification<br>Records_Redacted | Gov003809-3822<br>Gov003823-3824 |
| 10 Air Travel<br>> 04 **Southwest Airlines** | Certification<br>Records_Redacted | Gov003825-3845<br>Gov003846 |
| 11 Cellular Records<br>> **01 AT&T**<br>> **4171835_3379661** | **01 AT&T 4171835_3379661 Bates Stamped**<br>ATT_Records_Key<br>ReportAU_4171835.pdf<br>ReportAU_4171835.txt<br>ReportCAPM_4171835.pdf<br>ReportCAPM_4171835.txt<br>ReportCT_4171835.pdf<br>ReportCT_4171835.txt | Gov003847-4037 |

6

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FIRST RESPONSE TO STANDING DISCOVERY ORDER
DATE PRODUCED:  November 13, 2024
BATES RANGE: GOV000001-004112

| FOLDER | FILE NAME | BATES No. |
|---|---|---|
| | ReportIMEI_4171835.pdf<br>ReportIMEI_4171835.txt<br>ReportIMSI_4171835.pdf<br>ReportIMSI_4171835.txt<br>ReportLandline_4171835.pdf<br>ReportLandline_4171835.txt<br>ReportStirShaken_4171835.pdf<br>ReportStirShaken_4171835.txt | |
| 11 Cellular Records<br>> 01 AT&T<br>> 02 4171835_3379671 | ReportCT_4171835.pdf<br>ReportCT_4171835.txt | Gov004038 |
| 11 Cellular Records<br>> 01 AT&T | Declaration_4171835 | Gov004039 |
| 11 Cellular Records<br>> 02 T-Mobile | **2024 Interpreting All T-Mobile Records 20240923 Bates Stamped**<br>**5262971__CDRNT_16110237_8084648342** (Excel File)<br>**5262972_20240930_Certification**<br>**SUB_Tibco_8084648342_16110238** (Excel File) | Gov004040-4071<br>Gov004072<br>Gov004073<br>Gov004074 |
| **12 Prior Convictions** | **Prior Convictions Bates Stamped** | Gov004075-4112 |