# EXHIBIT B

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| 01 **FBI Reports** | **Combined FBI 302 Reports** | **Gov004113-4317** |
| 02 **Lab Reports** | **Lab Reports Combined**:<br><br>**FTD Worksheet – Lab No. 2024-02020-6 and 18**<br>**10/2/2024 Lab Report No. 2024-02020-3**<br><br>**FBI Lab No. 2024-02020-6: 1A Cover Pg/Comm Log/Rec Report:** (ATF etrace center comms re serial # structure)<br><br>**10/4/2024 FBI Lab No. 2024-02020-13**<br><br>**9/26/2024 FBI Lab No. 2024-02020-16**<br><br>**10/3/2024 FBI Lab No. 2024-02020-29**<br><br>**10/8/2024 FBI Lab No. 2024-02020-35**<br><br>**10/8/2024 FBI Lab No. 2024-02020-37**<br>= | **Gov004318-4465** |
| 03 **Logs – Receipts - Maps** | Western Union Receipts<br>DHSMV Record Plate 97EEED<br>9/15/2024 FBI Property Receipt (Routh's clothes/shoes/sunglasses)<br>9/15/2024 PBSO Property Receipt<br>FBI Evidence Chain of Custody Report<br>9/18/2024 FBI Property Receipt (DNA swabs/notebook/gloves/shirt)<br>9/18/2024 FBI Property Receipt (tire tread casting/soil sample)<br>9/19/2024 FBI Evidence Collection Log (DNA/hair)<br>9/19/2024 FBI Property Receipt (DNA/hair)<br>9/2/2024 FBI Evidence Collection Log (Search of Oran/Residence) | **Gov004466-4572** |

1

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>(">" denotes a folder)<br>(">>" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
|  | 9/21/2024 FBI Property Receipt (Oran Routh/XXXX Van Wert St.)<br>9/21/2024 FBI Photographic Log (Oran Routh/XXXX Van Wert St.)<br>9/16/2024 FBI Property Receipt (Items in Black 2007 Nissan Xterra)<br>9/16/2024 FBI Digital Photo Log (Xterra and contents in vehicle)<br>FBI Evidence Team Casebook<br>9/26/2024 FBI Evidence Collection Log (Orange Ford 750)<br>9/26/2024 FBI Property Receipt (Orange Ford 750)<br>9/17/2024 FBI Evidence Collection Log (XX-XXX Kamehameha Hwy)<br>9/17/2024 FBI Property Receipt (XX-XXX Kamehameha Hwy)<br>9/17/2024 FBI ERT Photographic Log (XX-XXX Kamehameha Hwy)<br>10/5/2024 FBI Photographic Log (White Audi SUV Plate: WYK999)<br>10/5/2024 FBI Evidence Collection Log (Audi/Plate: WYK999)<br>10/5/2024 FBI Property Receipt (Audi/Plate: WYK999)<br>9/19/2024 FBI Evidence Recovery Log (Grey Sterilite Box)<br>9/26/2024 FBI ERT Photographic Log (Orange Ford 750)<br>9/16/2024 FBI ERT Casebook (ERT Search of Nissan Xterra) |  |
| 04 **Letters and Jail Communications** >10.08.24-10.09.24 |  | **Gov004573-4606** |
| 04 **Letters and Jail Communications** >10.09.24-10.10.24 |  | **Gov004607-18** |
| 04 **Letters and Jail Communications** >10.10.24-10.11.24 |  | **Gov004619-25** |
| 04 **Letters and Jail Communications** >10.11.24-10.15.24 |  | **Gov004626-94** |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 0916-1001 2024 1 of 2 | | **Gov004695-99** |
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 0916-1001 2024 2 of 2 | | **Gov004700-03** |
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 1001-1003 1 of 2 | | **Gov004704-42** |
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 1001-1003 2 of 2 | | **Gov004743-89** |
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 1003-1007 1 of 2 | | **Gov004790-92** |
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 1003-1007 2 of 2 | | **Gov004793-98** |
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 1007-1008 1 of 2 | | **Gov004799-4815** |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| 04 **Letters and Jail Communications**<br>&gt;Content Routh 35967-511 1007-1008 2 of 2 | | **Gov004816-35** |
| 04 **Letters and Jail Communications** | | **Gov004836-4999** |
| 05 **Miscellaneous** | 0000864_1A0000711_0000001<br>0000885_1A0000726_0000001_Redacted<br>0001060_1A0000879_0000001<br>0001060_1A0000879_0000002 | **Gov005000-25** |
| 06 **Records** | &gt;29 - Western Union<br>&gt;30 – Block<br>&gt;31 – Equifax<br>&gt;39 - American Airlines<br>&gt;87 - Delta Airlines<br>&gt;90 - Southwest<br>&gt;91 - United Airlines<br>&gt;116 - Stripe<br>&gt;117 - Moneygram<br>&gt;132 - Meta Platforms Inc<br>&gt;133 – WhatsApp<br>&gt;156 - Amazon<br>&gt;169 - Hawaiian Airlines<br>&gt;170 - UHaul<br>&gt;173 - TransUnion<br>&gt;174 - NC Dept of Corrections<br>&gt;175 – Coinbase | **Gov005026-5102** |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME: ("">" denotes a folder) (">>" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | >217 - Automattic Inc | |
| | >219 - US Copyright_ | |
| | >221, 389 - Alaskan Airlines | |
| | >223 - The Bancorp Bank | |
| | >227 - Capital One NA | |
| | >228 - Synchrony Bank | |
| | >275 - FedEx, FedEx Freight, FedEx Ground | |
| | >294, 364 - Meta Facebook | |
| | >297 - Apple | |
| | >298 – TracFone | |
| | >303 - Meta Platforms (Instagram) | |
| | >306 - Google | |
| | >307 - PayPal | |
| | >309 – Block | |
| | >314 - Foursquare | |
| | >323 - Experian | |
| | >326 - LinkedIn | |
| | >331, 355 - Citibank | |
| | >365 - Google | |
| | >369 - Mastercard | |
| | >372 - First Hawaiian Bank | |
| | >373 - X Corp | |
| | >374 - X Corp | |
| | >375 - WhatsApp | |
| | >379 - ATT | |
| | >380 - JP Morgan Chase Bank, NA | |
| | >381 - RentAHome | |
| | >385 - Craigslist | |

5

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | &gt;386 - AirBnB<br>&gt;388 - Home Depot<br>&gt;390 - TMobile<br>&gt;391 - Yahoo<br>&gt;393 - Google<br>&gt;396 - Dropbox<br>&gt;397 - American Express<br>&gt;398 – Uber<br>&gt;AT&T_7269<br>&gt;Cricket<br>&gt;Dick's Sporting Goods<br>&gt;Google Pay<br>&gt;Google_iamanidiot<br>&gt;Instagram_xxxxxxxxsky<br>&gt;Phone Records_9532 and 1801<br>&gt;TMobile 7153<br>&gt;Twitch<br>&gt;Twitter<br>&gt;WhatsApp 0256<br>&gt;WhatsApp 4500<br>&gt;WhatsApp 4556<br>&gt;WhatsApp 5060<br>&gt;WhatsApp 5171<br>&gt;WhatsApp 5425<br>&gt;WhatsApp 7098<br>&gt;WhatsApp 7245<br>&gt;WhatsApp 8640<br>&gt;WhatsApp 8734 | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME: ("＞" denotes a folder) ("＞＞" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | >WhatsApp 8807_1<br>>WhatsApp 8807_2<br>>WhatsApp 9466<br>>WhatsApp_8342<br>GJ_0000413_1A0000357_0000002 | |
| 07 **Photos**<br>>MM ERT Golf Course Photos | >>**DCIM:**<br>>>>**100ND780:**<br>- Photos Combined (Gov005104-5359) | **Gov005104-5359** |
| 07 **Photos**<br>>Xterra | >>**01_Notebook:**<br>- 01 Notebook Photos Combined (Gov005360-89)<br>>>**02_Notebook:**<br>- 02 Notebook Photos Combined (Gov005390-5420)<br>>>**03_Vehicle:**<br>- 03 Vehicle Photos Combined (Gov005421-50)<br>>>**04_Vehicle:**<br>- 04 Vehicle Photos Combined (Gov005451-80)<br>>>**05_Notebook:**<br>- 05 Notebook Photos Combined (Gov005481-5510)<br>>>**06_Notebook:**<br>- 06 Notebook Photos Combined (Gov005511-40)<br>>>**07_Items in Vehicle:**<br>- 07 Items in Vehicle Combined (Gov005541-70)<br>>>**08_Notebook:**<br>- 08 Notebook Photos Combined (Gov005571-85)<br>>>**09_Documents and Misc.:**<br>- 09 Documents and Misc Photos Combined (Gov005586-92)<br>>>**10_Notebook:**<br>- 10 Notebook Photos Combined (Gov005593-5607) | **Gov005360-5667** |

7

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | **&gt;&gt;11_Notebook:**<br>-   11 Notebook Photos Combined (Gov005608-37)<br>**&gt;&gt;12_Notebook:**<br>-   12 Notebook Photos Combined (Gov005638-67) | |
| 07 **Photos** | 07 Photos Combined | **Gov005668-5849** |
| 08 **License Plate Reader Data ("LPR")** | 0001300_1A0000020_0000001<br>0001301_1A0000021_0000001 | **Gov005850-5908** |
| 09 **Videos** | **&gt;PBIA Video Sept 7th:**<br><br>**&gt;&gt; 2024 09 07 PBSO Rqst PL:**<br><br>- ADMIN 846 TURNAGE NE - ST PRK ENT PTZ-2024-09-07_10h20min00s000ms_1 (Gov 005909)<br>- AIRSIDE S PBSO AVIATION AOA, V20 PTZ-2024-09-07_10h48min04s000ms_1 (Gov005910)<br>- MAIN EXIT PLAZA ALL LANES-2024-09-07_11h01min28s000ms_1 (Gov005911)<br>- MAIN EXIT PLAZA LANE # 6-2024-09-07_11h01min38s000ms_1 (Gov005912)<br>- MAIN EXIT PLAZA OUTBOUND-2024-09-07_11h05min03s000ms_1 (Gov005913)<br>- SHORT TERM ENTRY (3 LANES)-2024-09-07_10h20min00s000ms_1 (Gov005914)<br>- STP L5 EAST, DOA PARK, OB TURN-2024-09-07_10h21min00s000ms_1 (Gov005915)<br>- STP L5 EAST, DOA PARK, OB TURN-2024-09-07_10h59min42s000ms (Gov005916)<br>- STP L6 EAST (BY ELEV)-2024-09-07_10h22min29s000ms_1 (Gov005917)<br>- STP L6 EAST-2024-09-07_10h21min50s000ms_1 (Gov005918)<br>- STP L6 EAST-2024-09-07_10h58min45s000ms (Gov005919) | **Gov005909-53** |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | - STP L6 WEST (BY ELEV)-2024-09-07_10h21min39s000ms_1 (Gov005920)<br>- STP L6 WEST (BY ELEV)-2024-09-07_10h59min20s000ms_1 (Gov005921)<br>- STP L6 WEST, WEST LOOP _ PET AREA PTZ-2024-09-07_10h58min45s000ms_1 (Gov005922)<br>- STP L6 WEST, WEST LOOP _ PET AREA PTZ-2024-09-25_10h21min50s000ms (Gov005923)<br>- STP L7 WEST (BY ELEV)-2024-09-07_10h22min27s000ms_1 (Gov005924)<br>**&gt;&gt;Terminal PBSO 2024 09 07:**<br>- ESC F, L3 TO L2 - 21-2024-09-07_10h32min16s000ms_1 (Gov005925)<br>- ESC K AND G, L3 TO L2, SAM SNEADS-2024-09-07_10h27min00s000ms_1 (Gov005926)<br>- ESC K AND G, L3 TO L2, SAM SNEADS-2024-09-07_10h50min03s000ms_2 (Gov005927)<br>- T 3RD TCKT 05 FRONTIER CNTR EV-2024-09-07_10h27min30s000ms_1 (Gov005928)<br>- T 3RD TCKT 06 JETBLUE CNTR WV-2024-09-07_10h27min49s000ms_1 (Gov005929)<br>- T 3RD TCKT 07 AMERICAN CNTR EV-2024-09-07_10h27min30s000ms_1 (Gov005930)<br>- T 3RD TCKT 08 AMERICAN EV PTZ-2024-09-07_10h27min28s000ms_1 (Gov005931)<br>- T 3RD TCKT 10 AMERICAN WV PTZ-2024-09-07_10h28min22s000ms_1 (Gov005932)<br>- T 3RD TCKT 10 AMERICAN WV PTZ-2024-09-07_10h31min27s000ms_2 (Gov005933)<br><br>- T 3RD TCKT 11 AIR CANADA WV-2024-09-07_10h29min04s000ms_1 (Gov005934)<br>- T 3RD TCKT 12 UNITED EV PTZ-2024-09-07_10h27min49s000ms_1 | |

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | (Gov005935)<br>- T 3RD TCKT 14 WEST ELEV. LOBBY PTZ-2024-09-07_10h29min24s000ms_1 (Gov005936)<br>- T 3RD TCKT 15 SWA ESC E WV-2024-09-07_10h29min37s000ms_1 (Gov005937)<br>- T 3RD TCKT 16 WEST END-SWA EV PTZ-2024-09-07_10h28min36s000ms_1 (Gov005938)<br>- TERM 2ND LVL_ 3 BY DOA - 231-2024-09-07_10h32min44s000ms_1 (Gov005939)<br>- TERM 2ND LVL_ 4 ATRIUM CAM F-240-2024-09-07_10h32min47s000ms_1 (Gov005940)<br>- TERM 2ND LVL_ 5 BY PBSO DISP - 233-2024-09-07_10h32min39s000ms_1 (Gov005941)<br>- TERM 2ND LVL_ 6 CPK - 234-2024-09-07_10h26min23s000ms_1 (Gov005942)<br>- TERM 2ND LVL_ 6 CPK - 234-2024-09-07_10h50min09s000ms_1 (Gov005943)<br>- TERM 2ND LVL_ 7 EAST ELEV PTZ-2024-09-07_10h51min51s000ms_1 (Gov005944)<br>**&gt;add file 09 30 2024:**<br>- T 3RD TCKT 12 UNITED EV PTZ-2024-09-07_10h31min27s000ms_1 (Gov005945)<br>**&gt;Video of Family Dollar:**<br>- 0001283 (Gov005946-47)<br>- orchid_06_-_Height_Strip_from_2024-09-10_at_15.55.29_UTC_to_2024-09-10_at_16.03.29_UTC (Gov005948)<br>- orchid_09_-_Front_Exterior_from_2024-09-10_at_15.55.29_UTC_to_2024-09-10_at_16.03.29_UTC (Gov005949)<br>- orchid_22_-_Customer_Queue_from_2024-09-10_at_15.55.29_UTC_to_2024-09-10_at_16.03.29_UTC (Gov005950)<br>orchid_29_-_Art_Supplies_from_2024-09-10_at_15.55.29_UTC_to_2024-09-10_at_16.03.29_UTC (Gov005951)<br>0000864_1A0000711_0000016.mp4 (Gov005952) | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-CANNON/MCCABE**
**UNITED STATES' SECOND RESPONSE TO STANDING DISCOVERY ORDER**
**DATE PRODUCED:  November 13, 2024**
**BATES RANGE: GOV004113-5953**

| FOLDER: | FILE NAME:<br>("&gt;" denotes a folder)<br>("&gt;&gt;" denotes a subfolder) | BATES Range Nos.: |
|---|---|---|
| | 0000930_1A0000756_0000001.xspf (Gov005953) | |

11