UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FOURTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced via USAFX: December 4, 2024
Bates Range: Gov007524-7627

| FILE: | FOLDER: | BATES Nos.: |
|---|---|---|
| 35967511_Oct_02_2024_16_45_41_PM_▇6724.wav | (First Set: Gov007524-7606) | Gov007524 |
| 35967511_Oct_08_2024_18_43_28_PM_▇3048.wav | | Gov007525 |
| TRULINCS-Oct 8 2024 - 1545 email.pdf | | Gov007526 |
| TRULINCS-Oct 15-23 2024.pdf | | Gov007527 |
| 35967511_Oct_01_2024_16_55_53_PM_▇6724.wav | | Gov007528 |
| 35967511_Oct_01_2024_19_05_08_PM_▇6724.wav | | Gov007529 |
| 35967511_Sep_26_2024_18_52_39_PM_▇9150.wav | | Gov007530 |
| 35967511_Sep_27_2024_08_09_33_AM_▇6724.wav | | Gov007531 |
| 35967511_Sep_27_2024_18_49_37_PM_▇6724.wav | | Gov007532 |
| 35967511_Sep_27_2024_20_34_21_PM_▇6724.wav | | Gov007533 |
| 35967511_Sep_28_2024_16_57_03_PM_▇6724.wav | | Gov007534 |
| 35967511_Sep_29_2024_17_30_50_PM_▇6724.wav | | Gov007535 |
| 35967511_Sep_29_2024_20_01_32_PM_▇6724.wav | | Gov007536 |
| 25-35967511-1002-MO-1.pdf | | Gov007537 |
| 25-35967511-1002-MO-2.pdf | | Gov007538 |
| 25-35967511-1002-MO-3.pdf | | Gov007539 |
| 25-35967511-1002-MO-4.pdf | | Gov007540 |
| TV Report 1001-1003 2024.pdf | | Gov007541 |
| 25-35967511-1002-MO-5.pdf | | Gov007542 |
| 25-35967511-1002-MO-6.pdf | | Gov007543 |
| 25-35967511-1002-MO-7.pdf | | Gov007544 |
| 25-35967511-1002-MO-8.pdf | | Gov007545 |
| 25-35967511-1002-MO-9.pdf | | Gov007546 |
| 35967511_Oct_03_2024_19_23_08_PM_▇6724.wav | | Gov007547 |
| 35967511_Oct_04_2024_14_42_34_PM_▇9150.wav | | Gov007548 |
| 35967511_Oct_04_2024_19_17_48_PM_▇6724.wav | | Gov007549 |
| 35967511_Oct_05_2024_19_35_41_PM_▇6724.wav | | Gov007550 |
| 35967511_Oct_07_2024_15_14_15_PM_▇9150.wav | | Gov007551 |
| TV Report 1003-1007 2024.pdf | | Gov007552 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
**GOV'TS FOURTH RESPONSE TO STANDING DISCOVERY ORDER**
Date Produced via USAFX: December 4, 2024
Bates Range: Gov007524-7627

| File | | Bates |
|---|---|---|
| 4_0001.pdf | | Gov007553 |
| 4a_0001.pdf | | Gov007554 |
| 5.pdf | | Gov007555 |
| 5a.pdf | | Gov007556 |
| 6_0001.pdf | | Gov007557 |
| 7_0001.pdf | | Gov007558 |
| 8_0001.pdf | | Gov007559 |
| 35967511_Oct_07_2024_18_24_08_PM_▓▓▓▓ 3048.wav | | Gov007560 |
| TV Report 1007-1008 2024.pdf | | Gov007561 |
| 1_0001.pdf | | Gov007562 |
| 1a_0001.pdf | | Gov007563 |
| 2_0001.pdf | | Gov007564 |
| 2a_0001.pdf | | Gov007565 |
| 3_0001.pdf | | Gov007566 |
| 3a_0001.pdf | | Gov007567 |
| 10.09.24(1) Email.pdf | | Gov007568 |
| 10.09.24(2) Email.pdf | | Gov007569 |
| 25-35967511-1008-MO-1.pdf | | Gov007570 |
| 25-35967511-1008-MO-2.pdf | | Gov007571 |
| 25-35967511-1008-MO-3.pdf | | Gov007572 |
| 25-35967511-1008-MO-4.pdf | | Gov007573 |
| 25-35967511-1008-MO-5.pdf | | Gov007574 |
| 25-35967511-1008-MO-6.pdf | | Gov007575 |
| TV Report 1008-1009 2024.pdf | | Gov007576 |
| 10.10.24 Email.pdf | | Gov007577 |
| 25-35967511-0918-MI-1.pdf | | Gov007578 |
| 25-35967511-0921-MI-1.pdf | | Gov007579 |
| 35967511_Oct_09_2024_18_54_51_PM_▓▓▓▓ 8660.wav | | Gov007580 |
| 35967511_Oct_09_2024_20_16_37_PM_▓▓▓▓ 3048.wav | | Gov007581 |
| Content Routh 35967-511 1009-1010 1 of 1.zip | | Gov007582 |
| Inmate Profile - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.pdf | | Gov007583 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FOURTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced via USAFX: December 4, 2024
Bates Range: Gov007524-7627

| File | | Bates |
|---|---|---|
| TV Report 1009-1010 2024.pdf | | Gov007584 |
| 10.10.24 Email.pdf | | Gov007585 |
| 35967511_Oct_10_2024_20_32_04_PM_▉3048.wav | | Gov007586 |
| 35967511_Oct_11_2024_18_29_18_PM_▉8660.wav | | Gov007587 |
| TV Report 1010-1011 2024.pdf | | Gov007588 |
| 10.15.24 Email (1).pdf | | Gov007589 |
| 10.15.24 Email (2).pdf | | Gov007590 |
| 25-35967511-1015-MO-1.pdf | | Gov007591 |
| 25-35967511-1015-MO-2.pdf | | Gov007592 |
| 25-35967511-1015-MO-3.pdf | | Gov007593 |
| 25-35967511-1015-MO-4.pdf | | Gov007594 |
| 25-35967511-1015-MO-5.pdf | | Gov007595 |
| TV Report 1011-1015 2024.pdf | | Gov007596 |
| 25-35967511-1015-MO-6.pdf | | Gov007597 |
| 25-35967511-1015-MO-7.pdf | | Gov007598 |
| 25-35967511-1015-MO-8.pdf | | Gov007599 |
| 35967511_Oct_11_2024_18_29_18_PM_▉8660.wav | | Gov007600 |
| 35967511_Oct_11_2024_21_18_42_PM_▉3048.wav | | Gov007601 |
| 35967511_Oct_12_2024_20_43_38_PM_▉3048.wav | | Gov007602 |
| 35967511_Oct_13_2024_18_22_21_PM_▉3048.wav | | Gov007603 |
| 35967511_Oct_14_2024_19_15_09_PM_▉3048.wav | | Gov007604 |
| Content Routh 35967-511 1011-1015 2 of 2.zip | | Gov007605 |
| 35967511_Oct_15_2024_19_49_52_PM_▉3048.wav | (Second Set: Gov007606-7626) | Gov007606 |
| 35967511_Oct_16_2024_20_19_47_PM_▉3048.wav | | Gov007607 |
| 35967511_Oct_17_2024_20_39_51_PM_▉3048.wav | | Gov007608 |
| 35967511_Oct_18_2024_20_47_31_PM_▉3048.wav | | Gov007609 |
| 35967511_Oct_19_2024_17_34_48_PM_▉8660.wav | | Gov007610 |
| 35967511_Oct_19_2024_20_15_22_PM_▉3048.wav | | Gov007611 |
| 35967511_Oct_20_2024_19_36_52_PM_▉3048.wav | | Gov007612 |
| 35967511_Oct_21_2024_16_52_47_PM_▉8660.wav | | Gov007613 |
| 35967511_Oct_22_2024_14_40_58_PM_▉8660.wav | | Gov007614 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-CANNON/MCCABE
GOV'TS FOURTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced via USAFX: December 4, 2024
Bates Range: Gov007524-7627

| File | | Bates |
|---|---|---|
| 35967511_Oct_22_2024_18_50_43_PM_█3048.wav | | Gov007615 |
| 35967511_Oct_23_2024_17_51_06_PM_█8660.wav | | Gov007616 |
| 35967511_Oct_23_2024_20_16_57_PM_█3048.wav | | Gov007617 |
| 24-35967511-0916-RFI-trans-memo.pdf | | Gov007618 |
| 35967511 Contacts.pdf | | Gov007619 |
| 35967511 Inmate Center Report.pdf | | Gov007620 |
| 35967511 PD15.pdf | | Gov007621 |
| 35967511 Photo.pdf | | Gov007622 |
| 35967511 PP41.pdf | | Gov007623 |
| 35967511 PP44.pdf | | Gov007624 |
| 35967511 PP74.pdf | | Gov007625 |
| 35967511 PSCD.pdf | | Gov007626 |
| TRULINCS-87pg_Nov 1 - Nov 21 2024.pdf | (Third Set: Gov007627) | Gov007627 |