UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

v.

**RYAN WESLEY ROUTH,**

      **Defendant.**

_____/

## UNITED STATES' NOTICE OF CONVENTIONAL FILING

The United States of America, through its undersigned counsel, hereby files this notice of conventionally filing a DVD containing a recording of an October 15, 2024 call from Defendant Ryan Wesley Routh at FDC-Miami. This Notice complies with the Court's instructions during the December 11, 2024 status conference in the above-styled case.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:   */s/ Christopher B. Browne*
    Christopher B. Browne
    Florida Bar No. 91337
    John C. Shipley
    Florida Bar No. 69670
    Mark Dispoto
    Court Id. Number A5501143
    Assistant United States Attorneys

    U.S. Attorney's Office
    Southern District of Florida
    99 Northeast 4th Street, 8th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9419
    E-mail: Christopher.Browne@usdoj.gov

    MATTHEW G. OLSEN
    ASSISTANT ATTORNEY GENERAL

        By:    */s/ David C. Smith*
            David C. Smith, Trial Attorney
            Court ID No. A5503278
            Department of Justice, National Security Division
            950 Pennsylvania Avenue, NW
            Washington, DC 20530
            Telephone: (202) 514-0849
            Email: David.Smith5@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 11, 2024, and conventionally filed the DVD described therein with the Clerk of Court in Fort Pierce, Florida, on the same date.

            /s/ Christopher B. Browne
            Assistant United States Attorney