UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

## GOVERNMENT'S FIFTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States files this Fifth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]).  On December 20, 2024, the United States will mail the discovery materials to defense counsel of record, which materials were uploaded onto a portable drive. Those materials include the items described in the attached index and are numbered Gov007628-9094.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

                                                  Respectfully submitted,

                                                  MARKENZY LAPOINTE
                                                  UNITED STATES ATTORNEY

                             By:    */s/Maria K. Medetis*
                                     Maria K. Medetis
                                     Florida Bar No. 1012329
                                     John C. Shipley

        Florida Bar No. 69670
        Christopher B. Browne
        Florida Bar No. 91337
        Mark Dispoto
        Court Id. Number A5501143
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9020
        E-mail: maria.medetis@usdoj.gov

        MATTHEW G. OLSEN
        ASSISTANT ATTORNEY GENERAL

By:   */s/ David C. Smith*
       David C. Smith, Trial Attorney
       Court ID No. A5503278
       Department of Justice, National Security Division
       950 Pennsylvania Avenue, NW
       Washington, DC 20530
       Telephone: (202) 514-0849
       Email: David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 20, 2024.

        */s/Maria K. Medetis*
        Assistant United States Attorney

cc:   Special Agent Christian Hull, FBI