# UNITED STATES v. RYAN WESLEY ROUTH
## CASE No. 24-80116-CR-Cannon/McCabe
## GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| >[1] **01 Jail Communications** | >2024-12-04 data released to trial team<br>>>10-24-24 - 10-30-24_15 Calls:<br>   - 35967511_Oct_24_2024_17_02_29_PM_3362738660.wav Gov007628<br>   - 35967511_Oct_24_2024_20_24_06_PM_8082863048.wav Govv07629<br>   - 35967511_Oct_25_2024_18_45_50_PM_8082863048.wav Gov007630<br>   - 35967511_Oct_26_2024_08_49_12_AM_8082863048.wav Gov007631<br>   - 35967511_Oct_26_2024_17_41_01_PM_3362738660.wav Gov007632<br>   - 35967511_Oct_26_2024_21_02_36_PM_8082863048.wav Gov007633<br>   - 35967511_Oct_27_2024_06_57_15_AM_8082863048.wav Gov007634<br>   - 35967511_Oct_27_2024_18_39_44_PM_3362738660.wav Gov007635<br>   - 35967511_Oct_27_2024_20_11_51_PM_8082863048.wav Gov007636<br>   - 35967511_Oct_28_2024_13_24_26_PM_3362738660.wav Gov007637<br>   - 35967511_Oct_28_2024_20_10_05_PM_8082863048.wav Gov007638<br>   - 35967511_Oct_29_2024_13_38_37_PM_3362738660.wav Gov007639<br>   - 35967511_Oct_29_2024_20_32_32_PM_8082863048.wav Gov007640 | Gov007628-7663 |

---

[1] ">" denotes a folder and ">>" denotes a subfolder.

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

|  | - 35967511_Oct_30_2024_14_24_27_PM_3362738660.wav<br>Gov007641<br>    - 35967511_Oct_30_2024_19_09_33_PM_8082863048.wav<br>Gov007642<br>>>10-30-24 - 11-12-24_21 Calls:<br>    - 35967511_Nov_01_2024_19_42_03_PM_8082863048.wav<br>Gov007643<br>    - 35967511_Nov_02_2024_17_55_13_PM_3367089150.wav<br>Gov007644<br>    - 35967511_Nov_02_2024_20_00_41_PM_8082863048.wav<br>Gov007645<br>    - 35967511_Nov_03_2024_17_16_20_PM_3362738660.wav<br>Gov007646<br>    - 35967511_Nov_03_2024_19_58_14_PM_8082863048.wav<br>Gov007647<br>    - 35967511_Nov_05_2024_18_25_00_PM_8082863048.wav<br>Gov007648<br>    - 35967511_Nov_06_2024_06_51_26_AM_8082863048.wav<br>Gov007649<br>    - 35967511_Nov_06_2024_17_38_54_PM_3362738660.wav<br>Gov007650<br>    - 35967511_Nov_06_2024_19_48_40_PM_8082863048.wav<br>Gov007651<br>    - 35967511_Nov_07_2024_19_15_24_PM_8082863048.wav<br>Gov007652<br>    - 35967511_Nov_08_2024_20_03_24_PM_8082863048.wav<br>Gov007653<br>    - 35967511_Nov_09_2024_19_31_18_PM_8082863048.wav<br>Gov007654<br>    - 35967511_Nov_10_2024_18_17_34_PM_8082863048.wav |  |
|---|---|---|

2

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
**GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER**
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | | |
|---|---|---|
| | Gov007655<br>   -   35967511_Nov_10_2024_19_49_44_PM_8082863048.wav<br>Gov007656<br>   -   35967511_Nov_11_2024_19_32_32_PM_8082863048.wav<br>Gov007657<br>   -   35967511_Nov_12_2024_17_57_18_PM_8082863048.wav<br>Gov007658<br>   -   35967511_Oct_30_2024_14_24_27_PM_3362738660.wav<br>Gov007659<br>   -   35967511_Oct_30_2024_19_09_33_PM_8082863048.wav<br>Gov007660<br>   -   35967511_Oct_31_2024_12_44_45_PM_3362738660.wav<br>Gov007661<br>   -   35967511_Oct_31_2024_14_16_58_PM_3362738660.wav<br>Gov007662<br>   -   35967511_Oct_31_2024_21_02_55_PM_8082863048.wav<br>Gov007663 | |
| **>02 Law Enforcement Reports** | >FBI Reports:<br>   - 1A JPG Files Combined (Gov007664-7694)<br>   - 1A PDF Files Combined Batch 1_Redacted (Gov007695-7839)<br>   - 1A PDF Files Combined Batch 2_Redacted (Gov007840-7977)<br>   - 1A PDF Files Combined Batch 3_Redacted (Gov007978-8094)<br>   - 1A PDF Files Combined Batch 4_Redacted (Gov008095-8209)<br>   - 1A PDF Files Combined Batch 5_Redacted (Gov008210-8309)<br>   - 1A PDF Files Combined Batch 6_Redacted (Gov008310-8397)<br>   - 1A Png Files Combined_Redacted (Gov008398-8404)<br>   - FBI 302s Combined_Redacted (Gov008405-8481)<br>   - Final Redacted FBI Reports Combined (Gov008482-8510)<br>   -  NTOC Email_Redacted (Gov008511-8512)<br>   - Routh Guardian_ Redacted (Gov008513-8517) | **Gov007664-8540** |

3

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | | |
|---|---|---|
| | - 0000442_1A0000349_0000001 (Excel File) (Gov008518)<br>- 0000239_1A0000183_0000001.mov (Gov008519)<br>- 0000239_1A0000183_0000003.mov (Gov008520)<br>- 0000239_1A0000183_0000008.mov (Gov008521)<br>- 0000646_1A0000525_0000003.mp4 (Gov008522)<br>>MCSO Reports:<br>- MCSO Reports Photos Combined (Gov008523-8530)<br>- MCSO_████_Report_Redacted (Gov008531-8532)<br>- MCSO_████_Report_Redacted (Gov008533-8535)<br>- MCSO_████_Report_Redacted (Gov008536-8537)<br>- MCSO_████_Report_Redacted (Gov008538-8540) | |
| >03 Records | >21-Home Depot:<br>>> 1614-021 Home Depot:<br>- Pro #15859140 (Excel File) (Gov008541)<br>- Routh – Transactions (Excel File) (Gov008542)<br>> 53-Lowes:<br>- Production Copy - Ryan Routh (zip file) (Gov008543)<br>Book.pdf (Gov008544-8734)<br>DMVReport133933.pdf (Gov008735-8739) | Gov008541-8739 |
| >04 Videos | >Photos from C.P.<br>- Photos from C.P. Combined.pdf (Gov008740-8752) (Images 9260-9272)<br>>Photos from G.P.<br>- Photos from G.P. Combined.pdf (Gov008753-8758) (Images 194349; 194359; 194426; 194440; 194445; and 194452)<br>>Photos from S.P.<br>- Photos from S.P. Combined.pdf (Gov008759-8763) (Images S.P. 1-5)<br>>Photos from Y.P.<br>- Photos from Y.P. Combined.pdf (Gov008764-8768) (Images 19449; 19445; 194502; 194518; and 194533) | Gov008740-8785 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

|  |  |  |
|---|---|---|
|  | >Video Footage Flanigan's:<br>- Cam07_Store 11R_P_Store 11R_P_20240821135959_20240821143823_21250370.mp4 (Gov008769)<br>- Cam07_Store 11R_P_Store 11R_P_20240821144116_20240821144440_22351749.mp4 (Gov008770)<br>- Cam07_Store 11R_P_Store 11R_P_20240821144911_20240821155959_22416576.mp4 (Gov008771)<br>- Cam12_Store 11R_P_Store 11R_P_20240821135959_20240821143824_21250372.mp4 (Gov008772)<br>- Cam12_Store 11R_P_Store 11R_P_20240821144126_20240821144439_22374328.mp4 (Gov008773)<br>- Cam12_Store 11R_P_Store 11R_P_20240821144911_20240821150208_22445136.mp4 (Gov008774)<br>- Cam12_Store 11R_P_Store 11R_P_20240821150208_20240821160000_22706104.mp4 (Gov008775)<br>- Cam23_Store 11R_P_Store 11R_P_20240821140000_20240821143245_21250372.mp4 (Gov008776)<br>- Cam23_Store 11R_P_Store 11R_P_20240821143245_20240821143823_22286859.mp4 (Gov008777)<br>- Cam23_Store 11R_P_Store 11R_P_20240821144118_20240821144438_22388661.mp4 (Gov008778)<br>- Cam23_Store 11R_P_Store 11R_P_20240821144911_20240821155958_22453228.mp4 (Gov008779)<br>- Cam32_Store 11R_P_Store 11R_P_20240821140000_20240821143823_21250371.mp4 (Gov008780)<br>- Cam32_Store 11R_P_Store 11R_P_20240821144140_20240821144440_22267339.mp4 (Gov008781)<br>- Cam32_Store 11R_P_Store 11R_P_20240821144915_20240821155959_22318009.mp4 (Gov008782)<br>RPReplay_Final1726450642.mp4 (Gov008783)<br>Sept 15 2024 Transporting_Routh_from_holding_cell_to_interview_room.mp4 (Gov008784)<br>Sept 15 2024 Transporting_Routh_from_interview_room_to_holding_cell.mp4 (Gov008785) |  |
| **>05 Warrants** | >24-mj-546-JEP: | **Gov008786-8820** |

# UNITED STATES v. RYAN WESLEY ROUTH
## CASE No. 24-80116-CR-Cannon/McCabe
## GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | | |
|---|---|---|
| | - 24mj546_1 Application for Warrant.pdf (Gov008786-8813) | |
| | - 24mj546_2 Warrant Issued.pdf (Gov008814-8820) | |
| >**Evidence Files:** **(Body Worn Camera & Other)** | Redacted_DS_▮▮▮▮▮▮_TRAFFIC_POST_NO_VALUE.mp4<br>Redacted_FBI_Special_Agent_▮▮▮▮_interview_with_W_M.mp4<br>Redacted_TFO_▮▮▮▮-Interview_R_J_N_Jr_091524.mp4<br>Redacted_FBI_Interview_with_J_G_N.mp4<br>Redacted_BWC-TFO_▮▮▮▮y-Interview_S_C_W_091524.mp4<br>Redacted_Interview_of_Y_M_Axon_Body_3_Video_2024-10-31_1.mp4<br>84_-_WELFARE_CHECK_GRs_Truck_Stop.mp4<br>84_-_WELFARE_CHECK_GRs_Truck_Stop-2.mp4<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2984.jpeg<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_-_IMG_2986.jpeg<br>24-099061_-_Photo_taken_of_suspect_vehicle_by_witness_IMG_2985.jpeg<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_BWC_Code_run,_turned_off_at_CP.mp4<br>76_-_In_car_in_route_to_scene.mp4<br>Backup_-_No_Value.mp4<br>Dash_-_No_Value.mp4<br>NOTHING_OF_VALUE.mp4<br>NOTHING_OF_VALUE-2.mp4<br>NOTHING_OF_VALUE-3.mp4<br>Perimeter_Congress_and_Summit_.mp4<br>PERIMETER_SPOT_NORTH_SIDE_OF_GOLF_COURSE_BEHIND_HQ.mp4<br>PERIMETER_SPOT_NORTH_SIDE_OF_GOLF_COURSE_BEHIND_HQ-2.mp4<br>PERIMETER_SPOT_NORTH_SIDE_OF_GOLF_COURSE_BEHIND_HQ-3.mp4<br>_Front_Camera_Perimeter_No_Value_.mp4<br>1S2_Initial_Response_Front_Car_camera.mp4<br>1S2_Supervisor_On_scene_and_at_Unified_Command_Post.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>Backup_-_In_Car_No_Value-2.mp4<br>Backup_BWC_No_Value.mp4<br>Initial_Response_and_Crime_Scene_Set_up_Mark_Off.mp4<br>INITIAL_RESPONSE_NO_VALUE.mp4<br>Perimeter_Congress_and_Summit_.mp4<br>Perimeter_Congress_and_Summit_-2.mp4<br>Perimeter_Congress_and_Summit_-3.mp4 | **Gov008821-9094** |

6

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | |
|---|---|
| | Rear_cam_no_value.mp4<br>Supervisor_CP_BWC_off_at_start_of_CP.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-2.mp4<br>Front_cam_driving_to_scene.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT_(DASH_CAMERA_SCENE_RESPONSE)_.mp4<br>76-ASSIST_ANOTHER_DEPARTMENT_(BWC)_SCENE_RESPONSE_ARRIVAL.mp4<br>24099061_D_S_▮▮▮▮▮-BWC-No_Value.mp4<br>24099061_D_S_▮▮▮▮▮CV-No_Value.mp4<br>ARRIVAL_AT_TRAFFIC_POST_SUMMIT_BLVD_AND_DAVIS_RD_-_DIRECTED_TRAFFIC_.mp4<br>Assist_Another_Department-Front_Camera_Video-arrival_on_scene.mp4<br>Back_up_DS_Black_In_Car_Camera-_Traffic_Post-_Davis_and_Summit-_No_Value.mp4<br>Backup_-_No_Value.mp4<br>backup_perimeter_spot.mp4<br>IN_CAR_DASH_CAMERA_NO_VALUE_.mp4<br>in_car_video,_directing_traffic_at_Kirk_Summit.mp4<br>K9_Deployment_BWC.mp4<br>no_value_51_to_scene.mp4<br>no_value_51_to_scene-2.mp4<br>no_value_51_to_scene-3.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_Asst_USSS_K9_track_from_located_rifle_to_Congress_Ave.mp4<br>Backup_-No_Value.mp4<br>BWC_NO_VALUE_CODE_RUN_AND_TRAFFIC_POST.mp4<br>D_S_D._▮▮▮▮▮_BWC_RESPONDING_TO_SCENE_.mp4<br>D_S_D._▮▮▮▮▮_IN_CAR_FRONT_RESPONDING_TO_SCENE_.mp4<br>Durr_BWC_no_value_inside_of_vehicle.mp4<br>Durr_Veh_front_camera_code_3_and_arrival_at_crime_scene.mp4<br>NO_VALUE_BWC.mp4<br>NO_VALUE_FRONT_CAMERA.mp4<br>Perimeter_NW_Corner_of_PBSO_Motorpool-no_value-2.mp4<br>Perimeter_NW_Corner_of_PBSO_Motorpool-no_value-3.mp4<br>NO_VALUE_CODE_RUN_AND_TRAFFIC_POST.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT_(DASH_CAMERA_AT_THE_SCENE)_.mp4<br>ASST_TO_ANOTHER_DEPARTMENT-BWC-arrival_on_scene.mp4 | |

7

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE No. 24-80116-CR-Cannon/McCabe**
**GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER**
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | | |
|---|---|---|
| | Back_up_DS_Black_BWC-_Traffic_Post-_Davis_and_Summit-_No_Value.mp4<br>BWC_Perimeter_Check_Response.mp4<br>Driving_to_scene_no_value.mp4<br>Driving_to_scene_no_value-2.mp4<br>IN_CAR_DASH_CAMERA_NO_VALUE_.mp4<br>Initial_response_.mp4<br>Initial_response_-2.mp4<br>No_value.mp4<br>no_value-2.mp4<br>Respond_to_Scene.mp4<br>Sgt._Morgado_BWC_Initial_Scene_No_Value.mp4<br>test.mp4<br>Test-2.mp4<br>Test-3.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>Accidental_Activation_-_No_Value.mp4<br>BWC_-_back_up_only_-_no_value.mp4<br>Citizen_reports_seeing_USSS_Agents.mp4<br>D_S_D._[REDACTED]_BWC_.mp4<br>Driving_to_scene.mp4<br>Driving_to_traffic_position_no_value.mp4<br>In_car_-_no_value.mp4<br>No_value_BWC.mp4<br>No_Value_Dash_cam.mp4<br>perimeter_check_with_K9.mp4<br>Perimeter_Congress_and_Summit_.mp4<br>Perimeter_Congress_and_Summit_-2.mp4<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_48_001.jpg<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_51_002.jpg<br>Sgt._[REDACTED]_BWC_Initial_Scene_arrival.mp4<br>trump_detail.mp4<br>Witness_reports_seeing_USSS_agents_in_the_area.mp4<br>24099061_D_S_[REDACTED]-BWC-No_Value.mp4<br>BWC_-_NO_VALUE.mp4<br>D_S_D._[REDACTED]_IN_CAR_FRONT_.mp4<br>NO_EVIDENTIARY_VALUE-3.mp4<br>NO_VALUE_BWC.mp4 | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | |
|---|---|
| | Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_54_003.jpg<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_58_56_004.jpg<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_59_54_005.jpg<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_13_59_58_006.jpg<br>Photographs_of_Summit_Boulevard_Fence_Line_2024-09-15_14_00_01_007.jpg<br>Traffic_control_perimeter.mp4<br>Traffic_post.mp4<br>24-099061_-_BWC_Det._Gomez_at_scene.mp4<br>24-099061_BWC_Det_Gomez_-_Initial_brief_of_witness_info.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT_NO_EVID_VALUE.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-2.mp4<br>ACCIDENTAL_ACTIVATION.mp4<br>BWC_No_Value_(Arrival).mp4<br>BWC_NO_VALUE_TRAFFIC_POST.mp4<br>CP_&_Scene_Security_-_No_Value.mp4<br>Crime_Scene_Setup.mp4<br>Escaran_BWC-_no_value._perimeter_spot.mp4<br>Escaran_Front_in_car-_no_value._perimeter_spot.mp4<br>Felony_Stop_.mp4<br>No_evidentiary_value.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT_FRONT_CAM_ON_ARRIVAL_AT_COMMAND_POST.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT_NO_EVID_VALUE.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-4.mp4<br>backup_perimeter_spot.mp4<br>No_value_BWC.mp4<br>Perimeter_Congress_and_Summit_.mp4<br>Perimeter_deputy-no_evidence.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>Accidental_activation_.mp4<br>Back_Up_Unit,_Responding_to_the_Command_Post,_No_Value.mp4<br>BU_responding_to_motorcade_escort_position-2.mp4<br>BWC_-_Code_to_scene_-_No_Value.mp4<br>DS▓▓▓▓▓▓▓_TRAFFIC_POST_NO_VALUE.mp4<br>Perimeter_Congress_and_Summit_.mp4 | |

9

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

| | |
|---|---|
| | Front_in_car_camera_-_Code_to_scene_and_traffic_post.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-3.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-4.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-5.mp4<br>76_-_BWC_BU.mp4<br>76_-_FRONT_DASH_CAM_-_CODE_3_TO_CP_SITE.mp4<br>76_-_NO_VALUE-2.mp4<br>76_-_NO_VALUE-3.mp4<br>76_-_REAR_SEAT_NV.mp4<br>NO_EVIDENTIARY_VALUE-2.mp4<br>Perimeter_deputy-no_evidence.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-2.mp4<br>76_-_Traffic_Post,_No_evidence_value.mp4<br>Contact_with_pedestrian_on_traffic_post.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-3.mp4<br>ASST_TO_ANOTHER_DEPARTMENT-BWC-no_evidentiary_value.mp4<br>NO_EVIDENTIARY_VALUE-2.mp4<br>Perimeter_Congress_and_Summit_-2.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-2.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-3.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-5.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-6.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-7.mp4<br>76_-_BWC_BU_ASSITING_WITH_MOTORCADE.mp4<br>BWC,_NO_VALUE.mp4<br>D_S_█████_Backup_No_Value.mp4<br>NO_VALUE;_76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>NSV;_76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>Perimeter_Congress_and_Summit_-2.mp4<br>Speaking_with_motorists_seeking_access.mp4<br>76_-_NO_VALUE.mp4<br>BWC_Traffic_Post_-_No_Value.mp4<br>FRONT_CAMERA,_NO_VALUE.mp4<br>No_Value.mp4<br>No_Value_.mp4<br>Pedestrian_seeking_access.mp4 | |

10

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE No. 24-80116-CR-Cannon/McCabe**
**GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER**
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

|  | |  |
|---|---|---|
| | PERIMETER_SPOT,_NO_VALUE.mp4<br>76_-_NO_VALUE.mp4<br>BWC_NO_VALUE_TRAFFIC_POST.mp4<br>Eagle_Video_(Suspect_Take_Down).ts<br>Media_asking_for_access.mp4<br>Motorist_upset_he_can't_go_to_command_post.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-6.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT-7.mp4<br>76_-_ASST_TO_ANOTHER_DEPARTMENT.mp4<br>76_-_BWC_-_TRAFFIC_POST.mp4<br>BWC-Sealing_suspect_vehicle_with_evidence_tape-I-95_marker_112-Sep_15_2024-█████n_7732.mp4<br>Dash_Camera_-_Prisoner_Transport_Martin_County_to_Palm_Beach_County_HQ.mp4<br>FID_#_11716784_-_Routh_-_Taking_custody_of_suspect_for_transport_.mp4<br>Initial_Contact_Prisoner_Transfer_from_MCSO_.mp4<br>Prisoner_Transport_Martin_County_to_Palm_Beach_County_HQ.mp4<br>Suspect-Chain_of_Custody_.mp4<br>Photo-Secured_with_evidence_tape_suspect_vehicle_drivers_side-I-95_marker_112-Sep_15_2024-Det_Allison_7732.jpg<br>Photo-Secured_with_evidence_tape_suspect_vehicle_front_drivers_side-I-95_marker_112-Sep_15_2024-Det_Allison_7732.jpg<br>Photo-Secured_with_evidence_tape_suspect_vehicle_front-I-95_marker_112-Sep_15_2024-Det_Allison_7732.jpg<br>Photo-Secured_with_evidence_tape_suspect_vehicle_passenger_side-I-95_marker_112-Sep_15_2024-Det_Allison_7732.jpg<br>Photo-Secured_with_evidence_tape_suspect_vehicle_rear-I-95_marker_112-Sep_15_2024-Det_█████_7732.jpg<br>Photo-Secured_with_evidence_tape_suspect_vehicle_rear-I-95_marker_112-Sep_15_2024-Det_█████_7732-2.jpg<br>Photo-Secured_with_evidence_tape_suspect_vehicle-I-95_marker_112-Sep_15_2024-Det_█████_7732.jpg<br>Arrival_at_Palm_Beach_County_HQ_Body_Camera.mp4<br>Axon_Interview_-_VCD_Interview_1_-_Camera_1_-_NO_VALUE.mp4<br>Axon_Interview_-_VCD_Interview_1_-_Camera_2_-_NO_VALUE.mp4<br>BWC_NO_VALUE_TRAFFIC_POST_(SPEAKING_WITH_MEDIA_TO_MOVE_THEM_ALONG).mp4<br>BWC_of_Photo_of_grass_and_stickers_on_suspect.mp4 | |

11

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

|  | |  |
|---|---|---|
| | Eagle_Video_3500_Summit_Boulevard.ts<br>No_value,_taking_suspect_into_VCD_holding_cell.mp4<br>Perimeter_Congress_and_Summit_.mp4<br>Transport_of_suspect_to_VCD_holding_cells.mp4<br>Eagle_Video_3505_Summit_Boulevard.ts<br>Eagle_Video_Martin_County.ts<br>Photo_of_grass_and_stickers_on_suspect_both_legs_and_shoes_.jpeg<br>Photo_of_grass_and_stickers_on_suspect_Left_Leg_.jpeg<br>Photo_of_grass_and_stickers_on_suspect_right_leg#2_.jpeg<br>Photo_of_grass_and_stickers_on_suspect_right_leg_.jpeg<br>Photo_of_grass_and_stickers_on_suspect_right_leg_close_up.jpeg<br>Photo_of_suspect_front_.jpeg<br>Photo_suspect_back_.jpeg<br>24-099061_091524_JC7852.zip<br>24-099061_UAV_(Drone_)_Video_.mkv<br>Axon_Interview_-_VCD_Interview_1_-_Camera_1.mp4<br>Axon_Interview_-_VCD_Interview_1_-_Camera_2.mp4<br>K9_Usage_-_Assist_FBI_at_TIGC.mp4<br>24-099061_-_FBI_Interview_-_Axon_Interview_-_VCD_Interview_2_-_Camera_1.mp4<br>24-099061_-_FBI_Interview_-_Axon_Interview_-_VCD_Interview_2_-_Cemera_2.mp4<br>24-099061_-_Suspect_Clothing_receipt.pdf<br>BWC_Suspect_transport_from_VCD_to_Patrol_vehicle.mp4<br>Transporting_Routh_from_holding_cell_to_D_S_for_transport_to_County_Jail.mp4<br>Transporting_Routh_from_holding_cell_to_interview_room.mp4<br>Transporting_Routh_from_interview_room_to_holding_cell.mp4<br>Axon_Body_3_Video_2024-09-15_1409_X60A9591S.mp4<br>Axon_Body_3_Video_2024-09-15_1410_X60AA679T.mp4<br>Axon_Body_3_Video_2024-09-15_1413_X60AA298K.mp4<br>Axon_Body_3_Video_2024-09-15_1600_X60A9591S.mp4<br>Axon_Body_3_Video_2024-09-15_1608_X60A9591S.mp4<br>Axon_Body_3_Video_2024-09-16_0915_X60A92661.mp4<br>GUN_DOG_-_ASSIST_FBI_-_10-17.mp4<br>GUN_DOG_-_ASSIST_FBI_-_10-17-2.mp4<br>Special_Detail_No_Value_-9.mp4<br>Special_Detail_No_Value_-10.mp4<br>(Drone_Flight_1)_DRN_3_1300-1322_Export.zip<br>(Drone_Flight_1_Media_File)_DRN_3_1300-1322_Export.mkv | |

12

UNITED STATES v. RYAN WESLEY ROUTH
CASE No. 24-80116-CR-Cannon/McCabe
GOV'TS FIFTH RESPONSE TO STANDING DISCOVERY ORDER
Date Produced: December 20, 2024
Bates Range: Gov007628-9094
Data Size: 260 GB

|  | |  |
|---|---|---|
|  | (Drone_Flight_2)_DRN_3_1327-1343_Export.zip<br>(Drone_Flight_2_Media_File)_DRN_3_1327-1343_Export.mkv<br>(Drone_Flight_3)_DRN_3_1539-1631_Export.zip<br>(Drone_Flight_3_Media_File)_DRN_3_1539-1631_Export.mkv<br>GRs_Truck_Stop_9_17_Dash_Cam.mp4<br>GRs_Truck_Stop_9_17_Scene.mp4<br>GRs_Truck_Stop_9_17_Scene-2.mp4<br>GRs_Truck_Stop_9_17_scene-3.mp4<br>GRs_Truck_Stop_9_17_scene-4.mp4<br>envelope.jpeg<br>Letter_Received_in_mail.jpeg<br>711_Video_Pull.zip<br>BG_-_900_South_Main_St_-_PepV_-_Static_8-15_1201-_9-16_2359_(Skyview).zip<br>BG_-_1075_S_Main_St_-_PepA_-_PTZ_1129-1129_(Skyview).zip<br>BG_-_Main_Street_@_Ave_A_-_PepA_-_Static_-_Camera_2_1131-1131_(Skyview).zip<br>RTCC3_-_Gun_Club_@_Military_(PTZ)_-_PepV_0153-0153_(Skyview).zip<br>RTCC3_-_Gun_Club_@_Military_(Static)_-_PepV_0153-0153_(Skyview).zip<br>SB_-_195_Hwy_27_@_SR_80_-_PepV_-_Static_1611-1618_(Skyview).zip<br>SB_-_265_N_Hwy_27_-_Okeechobee_Inn_-_PepA_-_PTZ_1608-1610_(Skyview).zip<br>WPB_-_Trump_International_Entrance_-_Static1_-_PepA_0157-0159_(Skyview).zip<br>WPB_-_Trump_International_Entrance_-_Static2_-_PepA_0157-0159_(Skyview).zip<br>WPB_-_Trump_International_WPB_-_PTZ_-_PepA_0157-0159_(Skyview).zip<br>BG_-_1075_S_Main_St_-_PepA_-_Static_8-15_1201_-_9-16_2359_(Skyview).zip<br>SB_-_195_Hwy_27_@_SR_80_-_PepV_-_Static_8-15_1201_-_9-16_2359_(Skyview).zip<br>T_3RD_TCKT_12_UNITED_EV_PTZ-2024-09-07_10h31min27s000ms_1.asf<br>VIDEO_FROM_PBIA_09072024_DISK_A.zip<br>VIDEO_FROM_PBIA_09072024_DISK_B.zip<br>24099061_CD1_AND_CD2.zip<br>24099061_CD1_AND_CD2-2.zip<br>IMG_0429.jpeg |  |

13