UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____/

## GOVERNMENT'S SPEEDY TRIAL REPORT

Pursuant to the Court's Scheduling Order (ECF 29) and SDFL Local Rule 88.5, the Government submits this Speedy Trial Report. The defense has been consulted and agrees with the following calculations, which are the same as when the Government last filed this report (ECF 79):

The Defendant was indicted on September 24, 2024 (ECF 21). On October 2, 2024, the Government filed an unopposed motion to designate the case as complex (ECF 30), which stopped the Speedy Trial clock. On October 18, 2024, the Court granted that motion in part, and excluded all Speedy Trial time from the date of the Government's motion through the start of trial, currently set for the two-week period starting February 10, 2025 (ECF 51). Accordingly, at most seven days of non-excludable time (September 25 through October 1) have elapsed,

and the Speedy Trial clock is presently stopped and will remain stopped until the currently scheduled trial pursuant to the Court's Order.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   s/Mark Dispoto
        Mark Dispoto
        Court ID No. A5501143
        John C. Shipley
        Florida Bar No. 69670
        Christopher B. Browne
        Florida Bar No. 91337
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9111
        E-mail: John.Shipley@usdoj.gov

        MATTHEW G. OLSEN
        ASSISTANT ATTORNEY GENERAL

By:   */s/ David C. Smith*
        David C. Smith, Trial
        Attorney Court ID No.
        A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email:
        David.Smith5@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 23rd day of December, 2024, I electronically filed the foregoing Speedy Trial Report using the CM/ECF system.

/s Mark Dispoto
MARK DISPOTO
Assistant United States Attorney