UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

      **Defendant.**

_____/

**GOVERNMENT'S SIXTH RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

    The United States files this Sixth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]).  On January 10, 2025, the United States will ship, via Federal Express, the discovery materials to defense counsel of record, which materials were uploaded onto a portable drive. Those materials include the items described in the attached index and are numbered Gov009095-015827.

    Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

                                      Respectfully submitted,

                                      MARKENZY LAPOINTE
                                      UNITED STATES ATTORNEY

                  By:    */s/Maria K. Medetis*
                            Maria K. Medetis
                            Florida Bar No. 1012329
                            John C. Shipley
                            Florida Bar No. 69670

        Christopher B. Browne
        Florida Bar No. 91337
        Mark Dispoto
        Court Id. Number A5501143
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9020
        E-mail: maria.medetis@usdoj.gov

        MATTHEW G. OLSEN
        ASSISTANT ATTORNEY GENERAL

By:   */s/ David C. Smith*
        David C. Smith, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email: David.Smith5@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on January 10, 2025.

        */s/Maria K. Medetis*
        Assistant United States Attorney


cc:    Special Agent Christian Hull, FBI