UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cr-80116-AMC

United States of America

Plaintiff(s),

vs.

Ryan Wesley Routh

Defendant(s).
_____/

FILED BY __VL__ D.C.

JAN 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

- [ ] Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

- [ ] Oversize records (larger than 10" x 12" x 15")
  Item Nos. _____

- [ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

- [✓] Other (Explain): Plaintiff Exhibit Numbers: 1-7

- [ ] Attachments
  (Exhibit list, Order of Court)

Signature: _____

Print Name: Tim Hearn VN218 JC

Agency or Firm: U.S. Department of Justice
United States Attorney
Address: Southern District of Florida
500 Australian Avenue
West Palm Beach, Florida 33401

Exhibits Released by:
_____
(Deputy Clerk)

Telephone: 561-820-8711

Date: 01-15-2025

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record