UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

      **Defendant.**

_____/

**GOVERNMENT'S SEVENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States files this Seventh Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On February 6, 2025, the United States will ship, via Federal Express, the discovery materials to defense counsel of record, which materials were uploaded onto a portable drive. Those materials include the items described in the attached index and are numbered Gov015828-019489.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

                          Respectfully submitted,

                          HAYDEN P. O'BYRNE
                          UNITED STATES ATTORNEY

          By:    */s/Maria K. Medetis*
                 Maria K. Medetis
                 Florida Bar No. 1012329
                 John C. Shipley
                 Florida Bar No. 69670

        Christopher B. Browne
        Florida Bar No. 91337
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9020
        E-mail: maria.medetis@usdoj.gov

        DEVIN A. DEBACKER
        SUPERVISORY OFFICIAL
        FOR THE NATIONAL SECURITY DIVISION

By:    */s/ David C. Smith*
        David C. Smith, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email: David.Smith5@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 6, 2025.

                                        */s/Maria K. Medetis*
                                        Assistant United States Attorney

cc:    Special Agent Christian Hull, FBI