UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

        Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court upon the United States' unopposed motion for appointment of a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA [ECF No. __]. It is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED**, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Daniella M. Medel as the Classified Information Security Officer in this case and the following persons as alternates to serve in the event Ms. Medel is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Matthew W. Mullery, William S. Noble, and Winfield S. "Scooter" Slade.

It is further **ORDERED** that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this ___ day of February 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**