**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80116-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH**

    Defendant.

_____/

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION**
**TO APPOINT CLASSIFIED INFORMATION SECURITY OFFICER**

**THIS MATTER** comes before the Court upon the United States' Unopposed Motion for Appointment of a Classified Information Security Officer and Alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA (the "Motion") [ECF No. 98]. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 98] is **GRANTED**.

2. In accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, the Court designates Daniella M. Medel as the Classified Information Security Officer in this case and the following persons as alternates to serve in the event Ms. Medel is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Matthew W. Mullery, William S. Noble, and Winfield S. "Scooter" Slade.

CASE NO. 24-80116-CR-CANNON

3. The designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

4. Nothing in this Order shall be construed to address or resolve anything beyond the appointment set forth in this Order.

**ORDERED** in Chambers at Fort Pierce, Florida, this 13th day of February 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**