UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH**

    Defendant.
_____/

### ORDER SETTING INITIAL EX PARTE SECTION 2 HEARING UNDER CIPA AND DIRECTING COMMENCEMENT OF CLEARANCE PROCEDURES

**THIS MATTER** comes before the Court upon the United States' Notice Regarding Classified Information Procedures Act ("CIPA"), filed on February 12, 2025 [ECF No. 98]. In the Notice, the United States indicates that it intends to file, pursuant to Section 4 of CIPA, an *ex parte* motion authorizing the deletion or substitution of specified items of classified information from discovery produced to Defendant and defense counsel in this case [ECF No. 98 p. 9]. In light of that Notice, and to properly understand the scope and nature of the classified information implicated in this case and/or subject to the United States' anticipated Section 4 Motion, it is **ORDERED AND ADJUDGED** as follows:

1. An *ex parte*, in camera Section 2 CIPA conference will be held on **March 7, 2025**, at **2:00 p.m.** in a secured facility in the Fort Pierce Division. The United States shall make prompt efforts, in consultation with the Classified Information Security Officer, to ensure that the classified information at issue is physically available for the Court's review at the conference and that all necessary protections are in place to conduct the hearing. To the

extent additional measures are required for such transfer or any additional issues arise in connection with this directive, the United States shall communicate with the CISO and, if necessary, file a sealed or classified notice or motion no later than February 28, 2025.

2. The United States shall be prepared during the conference to describe the nature, scope, and volume of the classified information at issue, along with any additional relevant details.

3. In addition to the foregoing, the Court hereby directs the CISO to initiate as soon as possible all required clearance procedures for appointed defense counsel in this case. Nothing in this Order shall be construed as an indication that any classified information will be disseminated to defense counsel or Defendant in this case.

4. To the extent an additional Section 2 conference is warranted following completion of the March 7, 2025, conference, the Court will so advise the parties in an appropriate notice.

5. The Order shall be publicly filed, but the Section 2 CIPA conference as ordered herein will be conducted on an *ex parte*, in camera basis to protect against the dissemination of classified information.

**ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of February 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record