### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  24-80116-CR-CANNON/McCabe

**UNITED STATES OF AMERICA**

**vs.**

**RYAN WESLEY ROUTH,**

**Defendant.**

_____/

### GOVERNMENT'S EIGHTH RESPONSE TO
### THE STANDING DISCOVERY ORDER

The United States files this Eighth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]).  On February 28, 2025, the United States produced the discovery materials to defense counsel of record via USAFx and via Federal Express as detailed below.

The discovery materials numbered Gov019490 – 019836 and GovExp011259-011291, as described in the attached index, were uploaded to USAFx on February 28, 2025, and are immediately available to counsel for the Defendant.  One thumb drive with contents numbered Gov019837-019842 and described in the attached index were sent via Federal Express to counsel for the Defendant on February 28, 2025.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:     /s/Maria K. Medetis
        Maria K. Medetis
        Florida Bar No. 1012329
        John C. Shipley
        Florida Bar No. 69670
        Christopher B. Browne
        Florida Bar No. 91337
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9020
        E-mail: maria.medetis@usdoj.gov

        SUE BAI, SUPERVISORY OFFICIAL PERFORMING
        THE DUTIES OF THE ASSISTANT ATTORNEY
        GENERAL FOR THE NATIONAL SECURITY
        DIVISION

By:     /s/ David C. Smith
        David C. Smith, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849
        Email: David.Smith5@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF on February 28, 2025.

*/s/Maria K. Medetis*
Assistant United States Attorney

cc:    Special Agent Christian Hull, FBI

3