UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

    **Defendant**
_____/

UNITED STATES NOTICE OF CLASSIFIED FILING

    The United States, by and through the undersigned attorneys, hereby provides notice that on February 28, 2025, the United States filed a classified Notice *ex parte*, *in camera*, and under seal with the Classified Information Security Officer pursuant to the Court's February 20, 2025, Order [ECF No. 100]. An unclassified cover sheet for the Notice is attached hereto.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    */s/ John C. Shipley*
    John C. Shipley
    Florida Bar No. 69670
    Maria Medetis
    Florida Bar No. 1012329
    Christopher B. Browne
    Florida Bar No. 91337
    Assistant United States Attorneys

    U.S. Attorney's Office
    Southern District of Florida
    99 Northeast 4th Street, 8th Floor
    Miami, FL 33132-2111
    Telephone: (305) 961-9111
    Email: John.Shipley@usdoj.gov

                SUE BAI
                SUPERVISORY OFFICIAL
                PERFORMING THE DUTIES OF THE
                ASSISTANT ATTORNEY GENERAL
                FOR THE NATIONAL SECURITY
                DIVISION

By:    */s/ David C. Smith*
         David C. Smith, Trial Attorney
         Court ID No. A5503278
         National Security Division
         Department of Justice
         950 Pennsylvania Avenue
         Washington, DC 20530
         Telephone: (202) 514-0849
         Email: David.Smith5@usdoj.gov

**CERTIFICATE OF SERVICE**

  I certify that on February 28, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                  */s/ John C. Shipley*
                  John C. Shipley