Filed with Classified
Information Security Officer

CISO _____

Date 02/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN WESLEY ROUTH,

    Defendant.
_____/

**FILED *IN CAMERA*, *EX PARTE*, AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE**

**(U) GOVERNMENT'S CLASSIFIED, *IN CAMERA*, *EX PARTE*, AND UNDER SEAL NOTICE PURSUANT TO THE COURT'S FEBRUARY 20, 2025, ORDER SETTING INITIAL EX PARTE SECTION 2 HEARING UNDER CIPA AND DIRECTING COMMENCEMENT OF CLEARANCE PROCEDURES**