UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

Defendant.

_____/

GOVERNMENT'S NINTH RESPONSE TO
THE STANDING DISCOVERY ORDER

The United States files this Ninth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]).  On March 20, 2025, the United States deposited two external hard drives (provided by defense counsel) containing the discovery materials with Federal Express for delivery to defense counsel of record by March 21, 2025. Those materials include the items described in the attached index and are numbered Gov019843-Gov022049.[1]

_____

[1] Materials numbered Gov021980-Gov021994 consist of device extractions for those devices seized from O.R. that do not contain child sex abuse material ("CSAM"). Devices containing CSAM are available for review by the defense at the Federal Bureau of Investigation. Defense counsel may contact the undersigned Assistant United States Attorney to coordinate the review of those devices.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:     /s/Maria K. Medetis
         Maria K. Medetis
         Florida Bar No. 1012329
         John C. Shipley
         Florida Bar No. 69670
         Christopher B. Browne
         Florida Bar No. 91337
         Assistant United States Attorneys

         U.S. Attorney's Office
         Southern District of Florida
         99 Northeast 4th Street, 8th Floor
         Miami, Florida 33132-2111
         Telephone: (305) 961-9020
         E-mail: maria.medetis@usdoj.gov

         SUE BAI, SUPERVISORY OFFICIAL PERFORMING
         THE DUTIES OF THE ASSISTANT ATTORNEY
         GENERAL FOR THE NATIONAL SECURITY
         DIVISION

By:     /s/ James M. Donnelly
         James M. Donnelly, Trial Attorney
         Court ID No. A5503331
         U.S. Department of Justice
         National Security Division
         950 Pennsylvania Avenue, NW
         Washington, DC 20530
         Telephone: 202-514-9866
         Email: James.Donnelly3@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF on March 20, 2025.

*/s/Maria K. Medetis*
Assistant United States Attorney

cc:     Special Agent Christian Hull, FBI

3