UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| >[1] 01_Law Enforcement Reports | >> FBI Reports and Attachments:<br>- FBI Reports and Attachments Combined.pdf (Gov019843-019874)<br>- 1A30 Screen Recording 2025-03-05 091434 (1).mp4 (Gov019875)<br>>> PBSO and MCSO Reports Combined.pdf (Gov019876-Gov020080)<br>>> USSS Reports:<br>- ATSAIC_JH_Memorandum of Interview_Redacted.pdf (Gov020081-Gov020083) | Gov019843-Gov020083 |
| > 02_PRTTs 02 Serials 5 through 16 | - ▮▮▮▮▮-PEN_0000006_1A0000002_0000001.zip (Gov020084)<br>- ▮▮▮▮▮-PEN_0000006_1A0000002_0000002.zip (Gov020085)<br>- ▮▮▮▮▮-PEN_0000009_1A0000005_0000002.zip (Gov020086)<br>- ▮▮▮▮▮-PEN_0000009_1A0000005_0000003.zip (Gov020087) | Gov020084-Gov020087 |
| > 03_Translation | - Translation_chats - U.S. v. Ryan Wesley Routh - Case N 24-80116-CR.pdf (Gov20088-Gov020091) | Gov020088-Gov020091 |
| > 04_Routh Device Extractions | >> 1B30 (Gov020092)<br>>> 1B62 (Gov020093) | Gov020092-Gov020093 |
| > 05_1.30.25 Xterra Search | >> Photos:<br>- Photos Combined Batch 1_Redacted.pdf (Jpg images: DSC0001-150) (Gov020094-Gov020243)<br>- Photos combined Batch 2.pdf (Jpg images: DSC0151-300) (Gov020244-Gov020393)<br>- Photos combined Batch 3_Redacted.pdf (Jpg images: DSC301-457) (Gov020394-Gov020550)<br>- 1.30.25_Photo Log_Redacted.pdf (Gov020551-020558)<br>- Log_2_0001495_1A0001159_0000002.pdf (Gov020559-020564) | Gov020094-Gov020586 |

---

[1] ">" denotes a folder and ">>" or ">>>" denote subfolders.

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - Log_0001495_1A0001159_0000001_Redacted.pdf (Gov020565-Gov020581)<br>- Ppty Receipt_0001495_1A0001159_0000007_Redacted.pdf (Gov020582-Gov020585)<br>- Sketch_0001495_1A0001159_0000005_Redacted.pdf (Gov020586) | |
| > 06_Jail Communications | >> 3.11.25 data release to trial team_emails:<br>- TRULINCS - Emails from N███ M███.pdf (Gov020587-Gov020776) | Gov020587-Gov020776 |
| > 07_USSS Radio Communications | >> DTD WPB SP Event 11:<br>- Audio_1156605.wav (Gov020777)<br>- Audio_1156606.wav (Gov020778)<br>- Audio_1156607.wav (Gov020779)<br>- Audio_1156608.wav (Gov020780)<br>- Audio_1156609.wav (Gov020781)<br>- Audio_1156610.wav (Gov020782)<br>- - DTD WPB SP EVENT 11_Transcript_Redacted.pdf (Gov020783)<br>>> DTD WPB-Baker:<br>- Audio_1156621.wav (Gov020784)<br>- Audio_1156622.wav (Gov020785)<br>- Audio_1156623.wav (Gov020786)<br>- Audio_1156624.wav (Gov020787)<br>- Audio_1156625.wav (Gov020788)<br>- Audio_1156626.wav (Gov020789)<br>- Audio_1156627.wav (Gov020790)<br>- Audio_1156628.wav (Gov020791)<br>- Audio_1156629.wav (Gov020792)<br>- Audio_1156630.wav (Gov020793)<br>- Audio_1156631.wav (Gov020794)<br>- Audio_1156632.wav (Gov020795)<br>- Audio_1156633.wav (Gov020796) | Gov020777-Gov020819 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| | - Audio_1156634.wav (Gov020797)<br>- Audio_1156635.wav (Gov020798)<br>- Audio_1156636.wav (Gov020799)<br>- Audio_1156637.wav (Gov020800)<br>- Audio_1156638.wav (Gov020801)<br>- Audio_1156639.wav (Gov020802)<br>- Audio_1156640.wav (Gov020803)<br>- Audio_1156641.wav (Gov020804)<br>- Audio_1156642.wav (Gov020805)<br>- Audio_1156643.wav (Gov020806)<br>- Audio_1156644.wav (Gov020807)<br>- Audio_1156645.wav (Gov020808)<br>- Audio_1156646.wav (Gov020809)<br>- Audio_1156647.wav (Gov020810)<br>- Audio_1156648.wav (Gov020811)<br>- Audio_1156649.wav (Gov020812)<br>- Audio_1156650.wav (Gov020813)<br>- DTD WPB-B████_Transcript_Redacted.pdf (Gov020814-Gov020815)<br>>> DTD WPB-Romero:<br>- DTD WPB-ROMEO_Transcript_Redacted.pdf (Gov020816)<br>- DTD-WPB ROMEO RECORD - 2024-09-15 - 13h-26m-38s - (0h-0m-6s).wav (Gov020817)<br>- DTD-WPB ROMEO RECORD - 2024-09-15 - 13h-30m-36s - (0h-0m-5s).wav (Gov020818)<br>- DTD-WPB ROMEO RECORD - 2024-09-15 - 14h-23m-37s - (0h-0m-2s).wav (Gov020819) | |
| > **08_Records** | >> 1A333_Dick's Sporting Goods Footage:<br>>>> 08292024:<br>- Cash Registers (40,41)-2024-08-29.mp4 (Gov020820) | Gov020820-Gov021336 |

3

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - Cash Registers (42,43,44,45)-2024-08-29.mp4 (Gov020821) | |
| | - Cash Registers (46,47,48,49)-2024-08-29.mp4 (Gov020822) | |
| | - Entrance South-2024-08-29.mp4 (Gov020823) | |
| | - Entrance West-2024-08-29.mp4 (Gov020824) | |
| | - Escala PTZ 1-2024-08-29.mp4 (Gov020825) | |
| | - Golf 360 Cam 1-2024-08-29.mp4 (Gov020826) | |
| | - Golf 360 Cam 2-2024-08-29.mp4 (Gov020827) | |
| | - Lodge Reel 3-2024-08-29.mp4 (Gov020828) | |
| | - Lodge-2024-08-29.mp4 (Gov020829) | |
| | - FBI Subpoena 748 Wellington FL.pptx (Gov020830) | |
| | >>> 09112024: | |
| | - Cash Registers (40,41)-2024-09-11.mp4 (Gov020831) | |
| | - Cash Registers (42,43,44,45)-2024-09-11_09h00min00s000ms.mp4 (Gov020832) | |
| | - Cash Registers (46,47,48,49)-2024-09-11.mp4 (Gov020833) | |
| | - Entrance South-2024-09-11.mp4 (Gov020834) | |
| | - Entrance West-2024-09-11.mp4 (Gov020835) | |
| | - Escala PTZ 1-2024-09-11.mp4 (Gov020836) | |
| | - Golf 360 Cam 1-2024-09-11.mp4 (Gov020837) | |
| | - Golf 360 Cam 2-2024-09-11.mp4 (Gov020838) | |
| | - Lodge Reel 3-2024-09-11.mp4 (Gov020839) | |
| | - Lodge-2024-09-11.mp4 (Gov020840) | |
| | >> 1A361_Bank of Hawaii Records: | |
| | - Affidavit and email (2).zip (Gov020841) | |
| | - Affidavit and email (3).zip (Gov020842) | |
| | - Affidavit and email.zip (Gov020843) | |
| | - Affidavit+and+email.zip (Gov020844) | |
| | - Cross Processor Customer Search By CARD NUM(s) w_ Txns (17) (excel file) (Gov020845) | |
| | - Files (2).zip (Gov020846) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| | - Files (3).zip (Gov020847) <br> - Files.zip (Gov020848) <br> >> 1A381_Domains by Proxy Records: <br> - 1614-082+DomainsbyProxy+return.pdf (Gov020849-020851) <br> - DBP 000001 - DBP 000025.pdf (Gov020852-020876) <br> - DBP+000001+-+DBP+000025.pdf (Gov020877-020901) <br> - Physical Documents 1A381_Redac.pdf (Gov020902-020904) <br> >> 1A382_ChecxSystems Records: <br> - checxSystems+010+returns+10-24-24.pdf (Gov020905-020907) <br> - Physical Document 1.pdf (Gov020908-020910) <br> - Physical Document 2.pdf (Gov020911) <br> >> Bancorp: <br> - GJ_0000456_1A0000389_0000001 (excel file) (Gov020912) <br> - GJ_0000456_1A0000389_0000003.pdf (Gov020913) <br> >> GJ through 465: <br> >>> Verizon_GJ_0000457_1A0000390_0000001: <br> -  3G_and_4G_BDR_Explanation_Form.pdf (Gov020914) <br> -  ActDeact__MTN█████1251_2019-01-01_to_2024-09-23.519.csv (Gov020915) <br> -  AuthUsersAcctMgrs__█████1251_2019-01-01_2024-09-23.__NoResults.810.txt (Gov020916) <br> -  BDR_5g_Core_Explanation_Form.pdf (Gov020917) <br> -  Billing_Toll_Explanation_Sheet.pdf (Gov020918) <br> -  Certification_of_Records_24533710.pdf (Gov020919) <br> -  Compliance_Letter_24533710.pdf (Gov020920) | |

5

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-Cannon/McCabe**
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - FAX_RESPONSE_SCT_2024_09_29_01_55_26.pdf (Gov020921)<br>- Features__5709481251_2019-01-01_to_2024-09-23.138.csv (Gov020922)<br>- IP-BDR-4g-Data_Sessions__■■■1251_2018-12-31_to_2024-09-24_UTC.xlsx (excel file) (Gov020923)<br>- IP-BDR-5g-Data_Sessions__■■■1251_2018-12-31_to_2024-09-24_UTC.xlsx (excel file) (Gov020924)<br>- IP-TDR2-Data_Sessions-4g__■■■1251_2019-01-01_2024-09-23.__NoResults.893.txt (Gov020925)<br>- IP-TDR2-Data_Sessions-VISIBLE_■■■1251_2019-01-01_2024-09-23.__NoResults.491.txt (Gov020926)<br>- IP-TDR5-Data_Sessions-5g__■■■1251_2019-01-01_to_2024-09-23.156.csv (Gov020927)<br>- OtherNumbers__■■■1251_2019-01-01_to_2024-09-23.015.csv (Gov020928)<br>- OwnerEmail__■■■1251_2019-01-01_to_2024-09-23.349.csv (Gov020929)<br>- Payment_Codes.pdf (Gov020930)<br>- PaymentActivity__MTN■■■1251_2019-01-01_to_2024-09-23.052.csv (Gov020931)<br>- SCOPE_BDR_5g_Core_Explanation_Form.pdf (Gov020932)<br>- SCOPE_TDR5_IPSession_without_CellSite_5g_Core_Explanation_Form.pdf (Gov020933)<br>- Subscriber__MTN-■■■1251_2019-01-01_to_2024-09-23.013.csv (Gov020934) | |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-Cannon/McCabe**
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - TDR2_IPSession_without_CellSite_4g_Explanation_Form.pdf (Gov020935)<br>- VISION.PR.336189.EAST.20241017.MTNINDEX_Redacted.pdf (Gov020936-Gov021195)<br>>> Verizon 2703d Returns:<br>- 3G_and_4G_BDR_Explanation_Form.pdf (Gov021196)<br>- ActDeact__MTN-▮▮▮▮9646_2024-03-01_to_2025-02-24.490.csv (Gov021197)<br>- Certification_of_Records_25191545.html (Gov021198)<br>- DeviceId__MTN-▮▮▮▮9646_2024-03-01_to_2025-02-24.260.csv (Gov021199)<br>- FDR_IP_Detail_Explanation_Form.pdf (Gov021200)<br>- IP-BDR-4g-Data_Sessions_▮▮▮▮9646_2024-02-29_to_2025-02-25.066.csv (Gov021201)<br>- IP-BDR-5g-Data_Sessions__▮▮▮▮9646_2024-02-29_2025-02-25.__NoResults.846.txt (Gov021202)<br>- IP-Destination-FDR-4g__▮▮▮▮9646_2024-02-29_2025-02-25.__NoResults.696.txt (Gov021203)<br>- IP-TDR2-Data_Sessions-4g__▮▮▮▮9646_2024-03-01_to_2025-02-24.451.csv (Gov021204)<br>- IP-TDR5-Data_Sessions-5g__▮▮▮▮9646_2024-03-01_2025-02-24.__NoResults.826.txt (Gov021205)<br>- OwnerEmail_▮▮▮▮9646_2024-03-01_to_2025-02-24.148.csv (Gov021206)<br>- PaymentActivity__MTN-▮▮▮▮9646_DETOKENIZED.xlsx | |

7

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-Cannon/McCabe**
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | (Gov021207)<br>- PaymentHistory__MTN-▉▉▉▉9646_2024-03-01_to_2025-02-24.242.csv (Gov021208)<br>- SCOPE_BDR_5g_Core_Explanation_Form.pdf (Gov021209)<br>- SCOPE_TDR5_IPSession_without_CellSite_5g_Core_Explanation_Form.pdf (Gov021210)<br>- Subscriber__MTN-▉▉▉▉9646_2024-03-01_to_2025-02-24.961.csv (Gov021211)<br>- TDR2_IPSession_without_CellSite_4g_Explanation_Form.pdf (Gov021212)<br>>> Verizon_0000462_1A0000395_0000001:<br>- 3G_and_4G_BDR_Explanation_Form.pdf (Gov021213)<br>- ActDeact__MTN-▉▉▉▉▉▉▉_2019-01-01_to_2024-09-23.767.csv (Gov021214)<br>- Billing_Toll_Explanation_Sheet.pdf (Gov021215)<br>- CDR-4g_VoLTE__▉▉▉▉▉▉▉_2019-01-01_to_2024-09-23.757.csv (Gov021216)<br>- DeviceId__MTN-▉▉▉▉▉▉_2019-01-01_to_2024-09-23.915.csv (Gov021217)<br>- Features__▉▉▉▉▉▉_2019-01-01_to_2024-09-23.589.csv (Gov021218)<br>- IP-BDR-4g-Data_Sessions__▉▉▉▉▉.xlsx (Gov021219)<br>- IP-TDR2-Data_Sessions-4g__▉▉▉▉▉_2019-01-01_to_2024-09-23.886.csv (Gov021220)<br>- IP-TDR5-Data_Sessions-5g_▉▉▉▉▉_2019-01-01_2024-09-23.__NoResults.746.txt (Gov021221) | |

8

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| | - OtherNumbers_▓▓▓▓_2019-01-01_to_2024-09-23.484.csv (Gov021222)<br>- OwnerEmail_▓▓▓▓_2019-01-01_to_2024-09-23.893.csv (Gov021223)<br>- Payment_Codes.pdf (Gov021224)<br>- PaymentActivity__MTN▓▓▓▓_2019-01-01_to_2024-09-23.715.csv (Gov021225)<br>- Subscriber__MTN▓▓▓▓_2019-01-01_to_2024-09-23.944.csv (Gov021226)<br>- TDR2_IPSession_without_CellSite_4g_Explanation_Form.pdf (Gov021227)<br>- Text Detail MMS Detail with Time Zones.pdf (Gov021228-Gov021230)<br>- Text Detail SMS Detail with Time Zones.pdf (Gov0021231-Gov021232)<br>- TextDetail-MMS__▓▓▓▓_2019-01-01_to_2024-09-23.232.csv (Gov021233)<br>- TextDetail-SMS_▓▓▓▓_2019-01-01_to_2024-09-23.718.csv (Gov021234)<br>- Tolls_▓▓▓▓.pdf (Gov021235-Gov021329)<br>- VCE-5g-Core-Voice__▓▓▓▓_2019-01-01_2024-09-23.__NoResults.956.txt (Gov021330)<br>- VOLTE_Call_Detail_Explanation_Form.pdf (Gov021331-Gov021332)<br>- Lowes_Production Copy - Ryan Routh (excel file) (Gov021333)<br>- United_0000257_1A0000221_0000002_Redacted.pdf (Gov021334-Gov021335)<br>- Walmart_0000461_1A0000394_0000001 (excel file) (Gov021336) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| > 09_USSS T.H. Photos | - Photos combined.pdf (IMG_0170-IMG_0175) (Gov021337-021342) | Gov021337-Gov021342 |
| > 10_LPR_OH_KDL8415 | - VehicleManager_Hit_Report_03-18-25 (TFO Reilly).pdf (Gov021343-Gov21364)<br>- VehicleManager_Vehicle_Detection_Report_03-18-2025-15-37-56-499(SA Mitchell).pdf (Gov021365-Gov021375)<br>- 1514_Redacted.pdf (Gov021376-Gov021378) | Gov021343-Gov021378 |
| > 11_CAST Subfile | (Gov021379): CAST_0000010_Redacted.pdf (Gov021379)<br>(Gov021380-Gov021381): CAST_0000015_Redacted.pdf (Gov021380-Gov021381)<br>(Gov021382): TMobile_█████-CAST_0000007_1A0000005_0000003.zip<br>(Gov021383): TMobile_█████-CAST_0000007_1A0000005_0000004.zip<br>(Gov021384): ATT_█████-CAST_0000007_1A0000005_0000005.zip<br>(Gov021385): ATT_█████-CAST_0000009_1A0000006_0000001.zip<br>(Gov021386): TMobile_█████-CAST_0000009_1A0000006_0000002.zip<br>(Gov021387): TMobile_█████-CAST_0000009_1A0000006_0000003.zip<br>(Gov021388): ATT_█████-CAST_0000015_1A0000014_0000001.zip<br>(Gov021389): ATT_█████-CAST_0000015_1A0000014_0000002.zip<br>(Gov021390): TMobile_█████-CAST_0000015_1A0000014_0000004.zip<br>(Gov021391): Verizon_█████-CAST_0000015_1A0000014_0000007.zip<br>(Gov021392): TMobile_█████-CAST_0000015_1A0000015_0000001.zip<br>(Gov021393): TMobile_█████-CAST_0000015_1A0000015_0000002.zip<br>(Gov021394): Verizon_█████-CAST_0000015_1A0000015_0000004.zip<br>(Gov021395): ATT_█████-CAST_0000015_1A0000015_0000006.zip<br>(Gov021396): ATT_█████-CAST_0000015_1A0000015_0000007.zip | Gov021379-Gov021453 |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | (Gov021397): TMobile_█-CAST_0000015_1A0000015_0000008.zip | |
| | (Gov021398): aid & int'l shield_089B-MM-3974142-CAST_0000015_1A0000016_0000002.zip | |
| | (Gov021399): google █-CAST_0000015_1A0000016_0000003.zip | |
| | (Gov021400): █-CAST_0000015_1A0000017_0000001.zip | |
| | (Gov021401): █-CAST_0000007_1A0000005_0000006.pdf | |
| | (Gov021402): █-CAST_0000007_1A0000005_0000007.csv | |
| | (Gov021403): █-CAST_0000007_1A0000005_0000008.csv | |
| | (Gov021404): █-CAST_0000007_1A0000005_0000009.pdf | |
| | (Gov021405): █-CAST_0000007_1A0000005_0000010.xlsx | |
| | (Gov021406): █-CAST_0000007_1A0000005_0000011.xlsx | |
| | (Gov021407): █-CAST_0000007_1A0000005_0000012.xlsx | |
| | (Gov021408): █-CAST_0000007_1A0000005_0000013.xlsx | |
| | (Gov021409): █-CAST_0000007_1A0000005_0000014.pdf | |
| | (Gov021410): █-CAST_0000007_1A0000005_0000015.csv | |
| | (Gov021411): █-CAST_0000007_1A0000005_0000016.csv | |
| | (Gov021412): █-CAST_0000007_1A0000005_0000017.pdf | |
| | (Gov021413): █-CAST_0000007_1A0000005_0000018.txt | |
| | (Gov021414): █-CAST_0000007_1A0000005_0000019.txt | |
| | (Gov021415): █-CAST_0000007_1A0000005_0000020.xlsx | |
| | (Gov021416): █-CAST_0000007_1A0000005_0000021.xlsx | |
| | (Gov021417): █-CAST_0000007_1A0000005_0000022.xlsx | |
| | (Gov021418): █-CAST_0000007_1A0000005_0000023.xlsx | |
| | (Gov021419): █-CAST_0000007_1A0000005_0000024.txt | |
| | (Gov021420): █-CAST_0000007_1A0000005_0000025.txt | |
| | (Gov021421): █-CAST_0000007_1A0000005_0000026.txt | |
| | (Gov021422): █-CAST_0000007_1A0000005_0000027.txt | |
| | (Gov021423): █-CAST_0000007_1A0000005_0000028.pdf | |
| | (Gov021424): █-CAST_0000007_1A0000005_0000029.csv | |
| | (Gov021425): █-CAST_0000007_1A0000005_0000030.csv | |
| | (Gov021426): █-CAST_0000007_1A0000005_0000031.csv | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | (Gov021427): ▮-CAST_0000007_1A0000005_0000032.csv | |
| | (Gov021428): ▮-CAST_0000007_1A0000005_0000033.txt | |
| | (Gov021429): ▮-CAST_0000007_1A0000005_0000034.txt | |
| | (Gov021430): ▮-CAST_0000007_1A0000005_0000035.csv | |
| | (Gov021431): ▮-CAST_0000007_1A0000005_0000036.csv | |
| | (Gov021432): ▮-CAST_0000007_1A0000005_0000037.pdf | |
| | (Gov021433): ▮-CAST_0000007_1A0000005_0000038.pdf | |
| | (Gov021434): ▮-CAST_0000010_1A0000008_0000001.csv | |
| | (Gov021435): ▮-CAST_0000010_1A0000008_0000002.csv | |
| | (Gov021436): ▮-CAST_0000010_1A0000008_0000003.csv | |
| | (Gov021437): ▮-CAST_0000010_1A0000008_0000004.csv | |
| | (Gov021438): ▮-CAST_0000010_1A0000008_0000005.csv | |
| | (Gov021439): ▮-CAST_0000015_1A0000014_0000005.xlsx | |
| | (Gov021440): ▮-CAST_0000015_1A0000014_0000006.xlsx | |
| | (Gov021441): ▮-CAST_0000015_1A0000014_0000008.csv | |
| | (Gov021442): ▮-CAST_0000015_1A0000014_0000009.csv | |
| | (Gov021443): ▮-CAST_0000015_1A0000014_0000010.csv | |
| | (Gov021444): ▮-CAST_0000015_1A0000014_0000011.csv | |
| | (Gov021445): ▮-CAST_0000015_1A0000014_0000012.csv | |
| | (Gov021446): ▮-CAST_0000015_1A0000014_0000013.csv | |
| | (Gov021447): ▮-CAST_0000015_1A0000014_0000014.csv | |
| | (Gov021448): ▮-CAST_0000015_1A0000015_0000003.csv | |
| | (Gov021449): ▮-CAST_0000015_1A0000015_0000005.csv | |
| | (Gov021450): ATT ▮-CAST_0000007_1A0000005_0000001.zip | |
| | (Gov021451): Verizon ▮-CAST_0000007_1A0000005_0000002.zip | |
| | (Gov021452): TMobile_▮-CAST_0000015_1A0000014_0000003.zip | |
| | (Gov021453): campbox_▮-CAST_0000015_1A0000016_0000001.zip | |
| > 12_FBI Quantico Lab | >> 3-10-25 Supplemental Production:<br>>>> **Evidence Management-F▮ E▮**:<br> - Quality Documents Combined.pdf: (Gov021454-Gov021487) | Gov021454-Gov021971 |

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-Cannon/McCabe**
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - Check In Notes Combined.pdf (Gov021488-Gov021537)<br>- MM Spreadsheet_Redacted.pdf (Gov021538-Gov021551)<br>- T20240497147_Redacted.pdf (Gov021552-Gov021554)<br>>>> **Questioned Documents-C███, R████:**<br>>>>> **2024-02020 #10:**<br>>>>>> Images (.NEF files):<br>>>>>>> Duplicate Images:<br>  - CEG_0057 (Gov021555)<br>  - CEG_0058 (Gov021556)<br>  - CEG_0059 (Gov021557)<br>  - CEG_0060 (Gov021558)<br>  - CEG_0061 (Gov021559)<br>  - CEG_0062 (Gov021560)<br>  - CEG_0063 (Gov021561)<br>  - CEG_0064 (Gov021562)<br>  - CEG_0065 (Gov021563)<br>  - CEG_0066 (Gov021564)<br>>>>>>> K_i237:<br>  - 25-35967511-1002-MOs Combined.pdf (Gov021565-Gov021636)<br>>>>>>> K_Item 237-1:<br>  - 25-35967511-1002-MO-7.pdf (Gov021637-Gov021647)<br>>>>>>> Q_i238:<br>  - CEG_0057 through CEG_066 Combined.pdf: (Gov021648-Gov021657)<br>- 2024-02020 #10 Record Images.Item 237-1.pdf (Gov021658-Gov021668)<br>- 2024-02020 #10 Record Images.Items 237 and 238.pdf (Gov021669-Gov021750)<br>>>>> **2024-02020 #11:**<br>>>>>> Images:<br>  - Images Combined.pdf (Gov021751-Gov021800)<br>>>>>> item 248 ESDA Lifts:<br>  - ESDA lift of i240 p3a_2.pdf (Gov021801) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - ESDA lift of i240 p3a_3.pdf (Gov021802)<br>- ESDA lift of i240 p3a_4.pdf (Gov021803)<br>- 2024-02020 #11 Record Images.pdf (Gov021804-Gov021853)<br>>>>> **2024-02020 #11 VSC Images of Printer.Roller Marks:**<br>- Markings on back with UV 2 documents side by side i240p9 bottom and i247p12 top[1].tif (Gov021854)<br>- Markings on back with UV i245p4[1].tif (Gov021855)<br>>>>> **Images Provided by Contributor:**<br>- Dear World.zip (CEG0057-CEG0066 NEF/Jpg files) (Gov021856)<br>- NYT Letter 1B110.zip (DSC_0297-DSC329 Jpg files) (Gov021857)<br>>>>> **Quality Documents:**<br>- FBI Approved Standards for Scientific Testimony and Report Language for Forensic Document Comparisons.pdf (Gov021858-Gov021862)<br>- Handwriting Hand Printing Examinations.pdf (Gov021863-Gov21870)<br>- 2024-02020 #11 Enclosures.pdf (Gov021871-Gov021873)<br>- 2024-02020 #11 VSC Images Notes.pdf (Gov021874-Gov021875)<br>- 2024-02020 Physical 1A Case Technical and Administrative Notes.pdf (Gov021876-Gov021920)<br>- 2024-02020-38 1A.pdf (Gov021921-Gov021952)<br>- ESDA lift of i240 p3a_2 notes copy.pdf (Gov021953)<br>- Physical 1A Cover_Redacted.pdf (Gov021954)<br>- R▮▮▮ C▮▮ CV December 2024.pdf (Gov021955-Gov021958)<br>>> **FBI Quantico Lab Photos:**<br>- FBI Quantico Lab Photos Combined.pdf (Gov021959-Gov021971) | |
| > **13_Records 2** | >> TMobile_4253:<br>- GJ_0000469_1A0000402_0000001.zip (Gov021972)<br>>> Zoom (Keybase):<br>- GJ_0000468_1A0000400_0000001.xlsx (excel file) (Gov021973)<br>- GJ_0000468_1A0000400_0000002.xlsx (excel file) (Gov021974) | Gov021972-Gov021974 |
| > **14_Passwords** | - Passwords.pdf (Gov021975) (List of Passwords to Third Party Productions) | **Gov021975** |

14

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| > 15_Ryan and O▇ R▇ Device Extractions | **(1B73-1B76: Ryan Routh Devices found in NC Box):**<br>>> 1B73- AT&T Silver Phone (Gov021976)<br>>> 1B74- Silver AT&T Phone Report (Gov21977)<br>>> 1B75- Motorola Phone (Gov021978)<br>>> 1B76- TCL Phone Report (Gov021979)<br>**(1B136-1B156: O▇ R▇ Devices):**<br>>> 1B136 (QCE02) iPad Air Cellebrite Report (Gov021980)<br>>> 1B138 USB HDD Axiom PortableCase (Gov021981)<br>>> 1B139 Seagate HDD Axiom PortableCase (Gov021982)<br>>> 1B140 Axiom PortableCase (Gov021983)<br>>> 1B141 (QCE07) Samsung phone Cellebrite Report (Gov021984)<br>>> 1B142 (QCE08) Samsung phone Cellebrite Report (Gov021985)<br>>> 1B143 Sony Laptop Axiom PortableCase (Gov021986)<br>>> 1B144 Lenovo Laptop Axiom PortableCase (Gov021987)<br>>> 1B146 SATA SSD Axiom PortableCase (Gov021988)<br>>> 1B148 (QCE14) Samsung tablet Cellebrite Report (Gov021989)<br>>> 1B150 Silver USB HDD Axiom PortableCase (Gov021990)<br>>> 1B151 Seagate USB HDD Axiom PortableCase (Gov021991)<br>>> 1B152 Lacie USB HDD Axiom PortableCase (Gov021992)<br>>> 1B153 loose media Axiom PortableCase (Gov021993)<br>>> 1B156 (QCE22) Cellebrite Report (Gov021994) | Gov021976-Gov021994 |
| > 16_O▇_O▇_Comms | >> O▇ O▇ Comms:<br>>>> O▇_O▇ 042024:<br>>>>> attachments:<br>- Screenshot_20240423_195241_Facebook.pdf (Gov021995)<br>- O▇ O▇ 042024.pdf (Gov021996-Gov021998)<br>>>> O▇_O▇ 062024:<br>>>>> attachments:<br>- Attachments combined.pdf (Gov021999-Gov022001)<br>- O▇ O▇ 062024.pdf (Gov022002) | Gov021995-Gov022049 |

15

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-Cannon/McCabe**
**INDEX TO GOVERNMENT'S NINTH SDO RESPONSE**
(Bates Range Nos.: Gov019843-Gov022049)
Data Size: 6.51 TB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | >>> C█████_O█████ 082024:<br>>>>> attachments:<br>- Attachments Combined.pdf (Gov022003-Gov022004)<br>- C█████_O█████ 082024.pdf (Gov022005-Gov022007)<br>>>> C█████_O█████ 07272024:<br>- Cooper_O█████ 07272024.pdf (Gov022008-Gov022011)<br>>>> C█████_O█████ 09162024:<br>>>>> attachments:<br>- Attachments Combined.pdf (Gov022012-Gov022013)<br>- C█████_O█████ 09162024.pdf (Gov022014-Gov022018)<br>>>> C█████_O█████ 09192024:<br>- C█████_O█████ 09192024.pdf (Gov022019-Gov022020)<br>>>> C█████_O█████ 022024:<br>>>>> attachments:<br>- Attachments Combined.pdf (Gov022021-Gov022022)<br>- C█████_O█████ 022024.pdf (Gov022023-Gov022024)<br>>>> ForwardedMsgO█████ To█████ 09172024:<br>- Forwarded MsgO█████ To█████ 09172024.pdf (Gov022025)<br>>> C█████-O█████ Comms about Ryan:<br>>>> O█████_O█████ CommsaboutRyan092024:<br>- O█████_O█████ Comms about Ryan 092024.pdf (Gov022026-022027)<br>>>> O█████_D█████ 09172024-09212024:<br>- O█████_D█████ 09172024-09212024.pdf (Gov022028-Gov022043)<br>>>> O█████_D█████-Ryan:<br>- O█████_D█████ – Ryan.pdf (Gov022044-Gov022047)<br>>>> O█████-WXIIMessage09172024:<br>- O█████-WXII Message 09172024.pdf (Gov022048-Gov022049) | |