UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/MCCABE

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    **Defendant.**

_____/

## NOTICE OF APPEARANCE

The United States of America, through the undersigned U.S. government attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

Respectfully submitted,

SUE BAI
SUPERVISORY OFFICIAL PERFORMING THE DUTIES OF THE ASSISTANT ATTORNEY GENERAL FOR THE NATIONAL SECURITY DIVISION

By:   */s/ John D. Cella*_____
John D. Cella
Court ID No. A5503330
Trial Attorney
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-1601
Email: John.Cella@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on March 24, 2025.

                By:  */s/ John D. Cella*_____
                       John D. Cella
                       Trial Attorney