UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/MCCABE

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    **Defendant.**
_____/

## NOTICE OF REASSIGNMENT

The United States of America hereby files this Notice of Reassignment regarding counsel of record in this case. The assigned prosecutors are as follows, each of whom has already entered a Notice of Appearance with this Court: Assistant United States Attorneys John C. Shipley, Christopher B. Browne and Maria K. Medetis from the U.S. Attorney's Office for the Southern District of Florida, and Trial Attorneys James Donnelly and John D. Cella from the Justice Department's National Security Division.  Prior counsel for the United States, Assistant United States Attorney Mark Dispoto and Trial Attorney David Smith are no longer counsel of record for the United States in this matter and may be removed from the CMECF service list.

                          Respectfully submitted,

                          HAYDEN P. O'BYRNE
                          UNITED STATES ATTORNEY

By:   */s/ John C. Shipley*
       John C. Shipley
       Florida Bar No. 69670
       Christopher B. Browne
       Florida Bar No. 91337
       Maria K. Medetis
       Florida Bar No. 1012329
       Assistant United States Attorneys

                        United States Attorney's Office
                        Southern District of Florida
                        99 Northeast 4th Street
                        Miami, Florida 33132-2111
                        Telephone: (305) 961-9111
                        Email: John.Shipley@usdoj.gov


                        SUE BAI
                        SUPERVISORY OFFICIAL PERFORMING
                        THE DUTIES OF THE ASSISTANT
                        ATTORNEY GENERAL FOR THE
                        NATIONAL SECURITY DIVISION


By:    */s/ James Donnelly*
                        James Donnelly
                        Court ID No. A5503331
                        John D. Cella
                        Court ID No. A5503330
                        Trial Attorneys
                        Department of Justice, National Security Division
                        950 Pennsylvania Avenue, NW
                        Washington, DC 20530
                        Telephone: (202) 705-3461
                        Email: James.Donnelly3@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on March 24, 2025.

By:   */s/ John C. Shipley*
John C. Shipley
Assistant United States Attorney