UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

    **Defendant**
_____/

### UNITED STATES NOTICE OF CLASSIFIED FILING

The United States, by and through the undersigned attorneys, hereby provides notice that on April 7, 2025, the United States filed a classified, *ex parte*, *in camera*, and sealed Motion for a Protective Order Pursuant to the Classified Information Procedures Act ("CIPA") Section 4 and Fed. R. Crim. P. 16(d)(1), in coordination with the Classified Information Security Officer. An unclassified cover sheet for the Motion is attached hereto.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:   */s/ John C. Shipley*
    John C. Shipley
    Florida Bar No. 69670
    Maria K. Medetis
    Florida Bar No. 1012329
    Christopher B. Browne
    Florida Bar No. 91337
    Assistant United States Attorneys
    United States Attorney's Office
    Southern District of Florida
    99 Northeast 4th Street

Miami, Florida 33132-2111
Telephone: (305) 961-9111
Email: John.Shipley@usdoj.gov

SUE BAI
SUPERVISORY OFFICIAL PERFORMING THE DUTIES OF THE ASSISTANT ATTORNEY GENERAL FOR THE NATIONAL SECURITY DIVISION

By:  /s/ *John Cella*
John Cella
Court ID No. A5503330
James Donnelly
Court ID No. A5503331
Trial Attorneys
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 705-3461
Email: James.Donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on April 7, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                  */s/ John Cella*
                                                  John Cella