Filed with the Classified
Information Security Officer
CISO ~~D~~
Date  04/07/2025.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA,

v.

RYAN WESLEY ROUTH,

    Defendant.

_____/

**FILED *EX PARTE, IN CAMERA*, AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE**

**(U) GOVERNMENT'S CLASSIFIED, *EX PARTE, IN CAMERA*, AND SEALED MEMORANDUM OF LAW AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**