UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**GOVERNMENT'S TENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

    The United States files this Tenth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On April 7, 2025, the United States produced discovery materials to defense counsel of record via USAFx. Those materials include the items described in the attached index and are numbered Gov022050-Gov022709.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

                        Respectfully submitted,

                        HAYDEN P. O'BYRNE
                        UNITED STATES ATTORNEY

By:    */s/Maria K. Medetis*
         Maria K. Medetis
         Florida Bar No. 1012329
         John C. Shipley
         Florida Bar No. 69670
         Christopher B. Browne
         Florida Bar No. 91337
         Assistant United States Attorneys

         U.S. Attorney's Office
         Southern District of Florida
         99 Northeast 4th Street, 8th Floor
         Miami, Florida 33132-2111
         Telephone: (305) 961-9020
         E-mail: maria.medetis@usdoj.gov

         SUE BAI, SUPERVISORY OFFICIAL PERFORMING
         THE DUTIES OF THE ASSISTANT ATTORNEY
         GENERAL FOR THE NATIONAL SECURITY
         DIVISION

By:    */s/ James M. Donnelly*
         James M. Donnelly, Trial Attorney
         Court ID No. A5503331
         U.S. Department of Justice
         National Security Division
         950 Pennsylvania Avenue, NW
         Washington, DC 20530
         Telephone: 202-514-9866
         Email: James.Donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 7, 2025.

*/s/Maria K. Medetis*
Assistant United States Attorney

cc:     Special Agent Christian Hull, FBI