# UNITED STATES v. RYAN WESLEY ROUTH
## CASE NO. 24-80116-CR-Cannon/McCabe
### INDEX TO GOVERNMENT'S TENTH SDO RESPONSE
(Bates Range Nos.: Gov022050-Gov022709)
Data Size: 54.8 MB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| >[1] **01_Law Enforcement Reports** | >> Report 35:<br>- Report 35 Combined.pdf (Gov022050-Gov022069)<br>>> Report 36:<br>- Report 36.pdf (Gov022070-Gov022072)<br>- 1516 and 1As Combined_Redacted.pdf (Gov022073-Gov022076)<br>- 1519 and 1As Combined_Redacted.pdf (Gov022077-Gov022085) | **Gov022050-Gov022085** |
| > **02_Jail Communications** | >> **01-28-2025 – 02-03-2025_7 Calls:**<br>- 35967511_Feb_01_2025_20_02_20_PM_▇▇▇▇.wav (Gov022086)<br>- 35967511_Feb_03_2025_19_47_59_PM_▇▇▇▇.wav (Gov022087)<br>- 35967511_Jan_28_2025_20_03_21_PM_▇▇▇▇.wav (Gov022088)<br>- 35967511_Jan_29_2025_20_39_33_PM_▇▇▇▇.wav (Gov022089)<br>- 35967511_Jan_30_2025_17_08_42_PM_▇▇▇▇.wav (Gov022090)<br>- 35967511_Jan_30_2025_19_11_36_PM_▇▇▇▇.wav (Gov022091)<br>- 35967511_Jan_31_2025_20_18_38_PM_▇▇▇▇.wav (Gov022092)<br>>> **02-04-2025 – 03-022025_22 Calls:**<br>- 35967511_Feb_04_2025_19_31_21_PM_▇▇▇▇.wav (Gov022093)<br>- 35967511_Feb_04_2025_21_06_34_PM_▇▇▇▇.wav (Gov022094)<br>- 35967511_Feb_05_2025_21_05_58_PM_▇▇▇▇.wav (Gov022095)<br>- 35967511_Feb_07_2025_20_48_53_PM_▇▇▇▇.wav (Gov022096) | **Gov022086-Gov022707** |

---

[1] ">" denotes a folder and ">>" or ">>>" denote subfolders.

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S TENTH SDO RESPONSE**
(Bates Range Nos.: Gov022050-Gov022709)
Data Size: 54.8 MB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| | - 35967511_Feb_08_2025_20_26_58_PM_▮.wav (Gov022097)<br>- 35967511_Feb_09_2025_18_43_41_PM_▮.wav (Gov022098)<br>- 35967511_Feb_09_2025_20_23_24_PM_▮.wav (Gov022099)<br>- 35967511_Feb_11_2025_19_09_47_PM_▮.wav (Gov022100)<br>- 35967511_Feb_13_2025_18_36_23_PM_▮.wav (Gov022101)<br>- 35967511_Feb_15_2025_18_02_22_PM_▮.wav (Gov022102)<br>- 35967511_Feb_17_2025_20_14_11_PM_▮.wav (Gov022103)<br>- 35967511_Feb_18_2025_17_42_34_PM_▮.wav (Gov022104)<br>- 35967511_Feb_18_2025_20_35_59_PM_▮.wav (Gov022105)<br>- 35967511_Feb_21_2025_18_37_52_PM_▮.wav (Gov022106)<br>- 35967511_Feb_22_2025_20_26_05_PM_▮.wav (Gov022107)<br>- 35967511_Feb_24_2025_19_18_04_PM_▮.wav (Gov022108)<br>- 35967511_Feb_25_2025_21_21_04_PM_▮.wav (Gov022109)<br>- 35967511_Feb_26_2025_19_43_29_PM_▮.wav (Gov022110)<br>- 35967511_Feb_28_2025_19_05_04_PM_▮.wav (Gov022111) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S TENTH SDO RESPONSE**
(Bates Range Nos.: Gov022050-Gov022709)
Data Size: 54.8 MB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - 35967511_Mar_01_2025_19_21_04_PM_█████.wav (Gov022112)<br>- 35967511_Mar_02_2025_16_52_53_PM_█████.wav (Gov022113)<br>- 35967511_Mar_02_2025_20_05_15_PM_█████.wav (Gov022114)<br>>> **3.21.25 data release to trial team_emails:**<br>- TRULINCS (Jan 28-Feb 3) 132TRULINCS (Jan 28-Feb 3) 132.pdf (Gov022115-Gov022246)<br>>> **3.25.25 data release to trial team_emails:**<br>- TRULINCS (Feb 4 - Mar 2) 382.pdf (Gov022247-Gov22628)<br>- TRULINCS 79 (march 3-9).pdf (Gov022629-Gov022707) | |
| > **03_Records Certification** | - Records Certification Combined.pdf (Gov022708-Gov022709) | **Gov022708-Gov022709** |