UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

UNITED STATES OF AMERICA

v.

RYAN WESLEY ROUTH,

      **Defendant.**
_____/

### UNITED STATES' NOTICE OF CONVENTIONAL FILING

The United States of America, through its undersigned counsel, hereby files this notice of conventionally filing Exhibit 1, a Federal Bureau of Investigation (FBI) firearms/toolmarks laboratory report, and Exhibit 2, a redacted copy of the Government's February 3, 2025 supplemental expert witness disclosure.[1] This Notice complies with the Court's instructions during the April 15, 2025 motion hearing in the above-styled case.

                      Respectfully submitted,

                      HAYDEN P. O'BYRNE
                      UNITED STATES ATTORNEY

      By:   /s/ Christopher B. Browne
                John C. Shipley
                Florida Bar No. 69670
                Christopher B. Browne
                Florida Bar No. 91337
                Maria K. Medetis
                Florida Bar No. 1012329
                Assistant United States Attorneys

---

[1] Exhibit 2 includes a summary of the opinions to be offered by one of the Government's expert witnesses, a U.S. Marine Corps sniper and FBI Special Agent assigned to its Special Weapons and Tactics (SWAT) Team. The defense has provided notice of their intent to introduce substantially similar testimony from their own "sniper expert." Based on that disclosure, the defense will seek to explore the same subject matter as the Government, through its SWAT Team expert. The Government will file the defense's disclosure upon request by the Court.

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9111
        E-mail: John.Shipley@usdoj.gov

        SUE BAI
        SUPERVISORY OFFICIAL PERFORMING THE
        DUTIES OF THE ASSISTANT ATTORNEY
        GENERAL FOR THE NATIONAL SECURITY
        DIVISION

  By: */s/ James Donnelly*
      James Donnelly
      Court ID No. A5503331
      Department of Justice, National Security Division
      950 Pennsylvania Avenue, NW
      Washington, DC 20530
      Telephone: (202) 514-0849
      Email: james.donnelly3@usdoj.gov

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that I conventionally filed the foregoing document and Exhibits 1 and 2 with the Clerk of Court in Fort Pierce, Florida, on April 15, 2025.

                */s/ Christopher B. Browne*
                Assistant United States Attorney