UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

      Defendant.
_____/

NOTICE OF CHANGE OF CONTACT INFORMATION

The United States of America, through the undersigned Assistant United States Attorney, hereby files this Notice of Change of Contact Information, pursuant to Southern District of Florida Local Rule 11.1(g). Undersigned's email address is now maria.medetis.long@usdoj.gov. The signature block below reflects this change. Consistent with Rule 11.1(g), the undersigned will submit this change to PACER.

                            Respectfully Submitted,

                            HAYDEN P. O'BYRNE
                            UNITED STATES ATTORNEY

By:  *Maria K. Medetis Long*
      Maria K. Medetis Long
      Florida Bar No. 1012329
      Assistant United States Attorneys
      U.S. Attorney's Office
      Southern District of Florida
      99 Northeast 4th Street, 8th Floor
      Miami, Florida 33132-2111
      Tel.: (305) 961-9020
      maria.medetis.long@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 21, 2025.

/s/ *Maria K. Medetis Long*
Assistant United States Attorney