UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____:

## JOINT NOTICE OF COMPLIANCE
## WITH PHYSICAL EVIDENCE VIEW

Ryan Routh, by and through his undersigned counsel, and with the concurrence of Government counsel, files this Notice to advise this Honorable Court that pursuant to this Court's Order Following Status Conference and Setting Additional Pre-Trail Deadlines and Instructions at D.E. 109 at paragraph 3, the Defense provided the government with a list of physical items to review on April 11, 2025. An evidence view took place at the FBI office where those items were inspected and photographed on April 17, 2025.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 – Telephone
Kristy_Militello@fd.org

*s/Renee M. Sihvola*
Renee M. Sihvola
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar Number: 116070
250 South Australian Ave., Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Renee_Sihvola@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello