UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-AMC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____/

## RYAN ROUTH'S RESPONSE TO THE GOVERNMENT'S MOTION TO PRECLUDE ALIBI EVIDENCE (DE 120)

Ryan Routh, through counsel, responds to the government's motion to preclude alibi evidence. The defense agrees that it chose not to file a notice alibi, and as such, it does not intend to call any witnesses or introduce any evidence to substantiate an alibi defense.

The defense also agrees with the government in footnote 1 of their motion that the decision whether to extend such a limitation to any testimony from Mr. Routh should be decided later.

Finally, this response should not be interpreted as a defense stipulation to identity at trial. The government has the burden of proving identity and, at this time, the defense is not making any stipulations as to this issue.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Avenue |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello