UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA,**

v.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

## UNITED STATES' NOTICE OF FILING

The United States of America, through its undersigned counsel, hereby files this notice of filing copies of certified copies of Defendant Ryan Wesley Routh's prior felony convictions and related plea documents. Exhibit 1 contains the certified conviction and related plea documents for Defendant's 2002 conviction for possessing a weapon of mass destruction, in violation of North Carolina Statute 14-288.8, Case Number 02-CRS-083088. Exhibit 2 contains the certified convictions and related plea documents for Defendant's 2010 convictions for possessing stolen goods, in violation of North Carolina Statute 14-71.1, Case Numbers 10-CRS-068059, 10-CRS-068060, and 10-CRS-068464.[1] This Notice complies with the Court's paperless order entered on April 18, 2025 [DE 131].

                                              Respectfully submitted,

                                              HAYDEN P. O'BYRNE
                                              UNITED STATES ATTORNEY

                                By:  */s/ Maria K. Medetis Long*
                                              Maria K. Medetis Long
                                              Florida Bar No. 1012329
                                              John C. Shipley

---

[1] The criminal matters for 10-CRS-068060 and 10-CRS-068464 were consolidated under the lead case, 10-CRS-068059, by the Guilford County Superior Court for the State of North Carolina.

        Florida Bar No. 69670
        Christopher B. Browne
        Florida Bar No. 91337
        Assistant United States Attorney

        United States Attorney's Office
        99 N.E. 4th Street
        Miami, Florida 33132
        Telephone: (305) 961-9020
        Email: maria.medetis.long@usdoj.gov


        SUE BAI
        SUPERVISORY OFFICIAL PERFORMING THE
        DUTIES OF THE ASSISTANT ATTORNEY
        GENERAL FOR THE NATIONAL SECURITY
        DEIVISION

By: */s/ James Donnelly*
        James Donnelly, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530
        Telephone:  (202) 514-0849
        james.donnelly3@usdoj.gov


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2025, I electronically filed the foregoing notice and exhibits with the Clerk of the Court using CM/ECF.

        */s/ Maria K. Medetis Long*
        Maria K. Medetis Long