# EXHIBIT 1




**Extraction Report** - Google Android Generic

## Chats (1)

### WhatsApp (1)

**8342@s.whatsapp.net (1)**

| # | | Deleted |
|---|---|---|
| 1 | Start Time: 2/25/2024 12:57:32 AM(UTC+0)<br>Last Activity: 9/15/2024 12:06:42 AM(UTC+0)<br>Number of attachments: 4<br>Source: WhatsApp<br>Account: 8342@s.whatsapp.net<br>Chat Type: One On One<br>Source file: EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x645660F (Table: message; Size: 136761344 bytes)<br>EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)<br>EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)<br>EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)<br>Body file: chat-1.txt<br><br>**Participants:**<br><br>@s.whatsapp.net<br>Ramiro    Brother Best Friend<br><br>8342@s.whatsapp.net<br>Ryan Routh (owner)<br><br>Identifier: @s.whatsapp.net | |



**From:** System Message System Message

 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more
**Platform:** Mobile
**Label:** System

2/25/2024 12:57:32 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x645660F (Table: message; Size: 136761344 bytes)

---

**From:** 8342@s.whatsapp.net Ryan Routh (owner)

Hey Ramiro, Ryan, old United roofing now in Hawaii. I need to get a family from amecameca city south of Mexico city to Eagle pass Texas. Can you take them for me.  I will pay you.
**Status:** Delivered
**Platform:** Mobile

2/25/2024 12:58:58 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6456510 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮▮▮▮@s.whatsapp.net Ramiro ▮▮ Brother Best Friend
Hey, where exactly is your family member from?
**Platform:** Mobile
2/25/2024 1:05:32 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6456493 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮▮▮▮@s.whatsapp.net Ramiro ▮▮ Brother Best Friend
And what nationality are they?
**Platform:** Mobile
2/25/2024 1:05:53 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6456428 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮▮▮8342@s.whatsapp.net Ryan Routh (owner)
They are originally from Afghanistan and have traveled up from brazil.
**Status:** Read
**Platform:** Mobile
2/25/2024 1:06:19 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6456395 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

↪ Forwarded
**From:** ▮▮▮8342@s.whatsapp.net Ryan Routh (owner)
**Attachments:**

Size: 0
File name: IMG-20240224-WA0014.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/35124214_1593982001006710_19011688270769179200_n.enc?ccb=11-4&oh=01_AdRGJhyhYDdC5l1j4-J9u-txLICA-Kdt-CuU3jRPdiNUhA&oe=6601FAA7&_nc_sid=5e03e0&mms3=true
IMG-20240224-WA0014.jpg

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded
2/25/2024 1:06:46 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6456354 (Table: message, message_media; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)
EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/Sent/IMG-20240224-WA0014.jpg :  (Size: 114391 bytes)

> **From:** ▇▇▇▇8342@s.whatsapp.net Ryan Routh (owner)
> 4 girls and the husband
> **Status:** Read
> **Platform:** Mobile
>
> 2/25/2024 1:07:04 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64562FE (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> ↪ Forwarded
> **From:** ▇▇▇▇8342@s.whatsapp.net Ryan Routh (owner)
> **Attachments:**
>
> Size: 0
> File name: IMG-20240224-WA0015.jpg
> Path: https://mmg.whatsapp.net/v/t62.7118-24/40902817_804621641683053_5797135416435697211_n.enc?ccb=11-4&oh=01_AdTm9KXsX7z3yCxzhy2SKcqnxUH-Qn5SKTQirIAXPBLeIg&oe=66020B2F&_nc_sid=5e03e0&mms3=true
> IMG-20240224-WA0015.jpg
>
> **Status:** Read
> **Platform:** Mobile
> **Label:** Forwarded
>
> 2/25/2024 1:07:30 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64562BF (Table: message, message_media; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)
EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/Sent/IMG-20240224-WA0015.jpg :  (Size: 149753 bytes)

> **From:** ▇▇▇▇8342@s.whatsapp.net Ryan Routh (owner)
> Currently at the hotel Fontesanta
> **Status:** Read
> **Platform:** Mobile
>
> 2/25/2024 1:07:46 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x645625F (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▇▇▇▇@s.whatsapp.net Ramiro ▇▇ Brother Best Friend
> Let me look in my contacts to see who can help you
> **Platform:** Mobile
>
> 2/25/2024 1:09:03 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64561EE (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

> **From:** ▮@s.whatsapp.net Ramiro ▮ Brother Best Friend
> But i could only take them to the border
> **Platform:** Mobile
> 2/25/2024 1:09:21 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6456179 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

> **From:** ▮8342@s.whatsapp.net Ryan Routh (owner)
> Ok, great. The border at Eagle Pass Texas is all that I want. They can apply for asylum there
> **Status:** Read
> **Platform:** Mobile
> 2/25/2024 1:09:53 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64560CD (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▮8342@s.whatsapp.net Ryan Routh (owner)
> I understand that you cannot go to the US
> **Status:** Read
> **Platform:** Mobile
> 2/25/2024 1:10:34 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430FC7 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▮@s.whatsapp.net Ramiro ▮ Brother Best Friend
> I also have someone who can help you with the Asylum too
> **Platform:** Mobile
> 2/25/2024 1:14:09 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430F50 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

> **From:** ▮@s.whatsapp.net Ramiro ▮ Brother Best Friend
> Let me check the price for all the work
> **Platform:** Mobile
> 2/25/2024 1:14:41 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430EDB (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮8342@s.whatsapp.net Ryan Routh (owner)
That would be great.  They would have gotten killed by the Taliban in Afghanistan so they had to leave.
Status: Read
Platform: Mobile
2/25/2024 1:15:23 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430E27 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮8342@s.whatsapp.net Ryan Routh (owner)
I will be paying and you know I do not have much money
Status: Read
Platform: Mobile
2/25/2024 1:15:43 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430DB0 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮@s.whatsapp.net Ramiro ▮ Brother Best Friend
Ok, ill let you know how much would It be, doesn't  depend on me its the contact who puts the price
Platform: Mobile
2/25/2024 1:17:32 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430D0E (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮8342@s.whatsapp.net Ryan Routh (owner)
you cannot do this for me.
Status: Read
Platform: Mobile
2/25/2024 1:17:57 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430CA5 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮8342@s.whatsapp.net Ryan Routh (owner)
Just take them up there and drop them off.
Status: Read
Platform: Mobile
2/25/2024 1:18:26 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430C3C (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

From: [REDACTED]@s.whatsapp.net Ramiro [REDACTED] Brother Best Friend
You know how the things work here, if they catch me with immigrants its problems
Money Is what fixes everything here, you know
Platform: Mobile
2/25/2024 1:20:25 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430B7E (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

From: [REDACTED]8342@s.whatsapp.net Ryan Routh (owner)
Ok, whatever it takes. let me know.
Status: Read
Platform: Mobile
2/25/2024 1:21:57 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430B0B (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

From: [REDACTED]@s.whatsapp.net Ramiro [REDACTED] Brother Best Friend
Does this people have any permission to be here? Cause if so its easier and i could do it
Platform: Mobile
2/25/2024 1:28:20 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430A73 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

From: [REDACTED]@s.whatsapp.net Ramiro [REDACTED] Brother Best Friend
But if they are illegal, its more complicated
Platform: Mobile
2/25/2024 1:28:47 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64309F7 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

From: [REDACTED]8342@s.whatsapp.net Ryan Routh (owner)
they have a brazilian visa, but I am not sure about Mexico. I will ask.
Status: Read
Platform: Mobile
2/25/2024 1:43:11 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6430963 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮▮▮@s.whatsapp.net Ramiro ▮ Brother Best Friend
Find out if they have permission un México that way its easier
**Platform:** Mobile
2/25/2024 1:44:07 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x643086D (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮▮▮8342@s.whatsapp.net Ryan Routh (owner)
NO, they do not have any paperwork. illegal
**Status:** Read
**Platform:** Mobile
2/25/2024 1:45:21 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64306DC (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮▮▮@s.whatsapp.net Ramiro ▮ Brother Best Friend
Yeah Its gonna be more expensive cause they are illegal.
And how do they plan on crossing to the U.S?
**Platform:** Mobile
2/25/2024 1:47:16 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64305AC (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮▮▮8342@s.whatsapp.net Ryan Routh (owner)
Well, it is my understanding that they will be allowed to cross at Eagle pass and be given a court date for an asylum case in the years to come and be allowed into the US.
**Status:** Read
**Platform:** Mobile
2/25/2024 1:48:33 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x643043D (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▆▆▆▆8342@s.whatsapp.net Ryan Routh (owner)
**Attachments:**



Title: This is his number on what's app
Size: 82894
File name: 71d14304-5676-4050-8f31-932135243675.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/28799358_741928528072398_1932645371504429694_n.enc?ccb=11-4&oh=01_AdQ4QODn2cVf2_IdR_CbtItZWGcglmTwLV6nu7HNg_wgGg&oe=66020699&_nc_sid=5e03e0&mms3=true
71d14304-5676-4050-8f31-932135243675.jpg

**Status:** Read
**Platform:** Mobile

2/25/2024 1:52:40 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x643033E (Table: message, message_media; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)
EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/Sent/IMG-20240224-WA0016.jpg : (Size: 82894 bytes)

---

**From:** ▆▆▆▆@s.whatsapp.net Ramiro ▆▆ Brother Best Friend

In México there Is a program for Asylum, alot of people have been crossing that way, It ends in march

**Platform:** Mobile

2/25/2024 1:53:25 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x643028A (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

---

**From:** ▆▆▆▆8342@s.whatsapp.net Ryan Routh (owner)

Ok, how do we do that.

**Status:** Read
**Platform:** Mobile

2/25/2024 1:54:19 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64301B2 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

---

**From:** ▆▆▆▆@s.whatsapp.net Ramiro ▆▆ Brother Best Friend

Let me ask more about It, cause if they get in the Asylum program they could probably even go in airplane, but Let me get More information

**Platform:** Mobile

2/25/2024 1:57:05 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64300E9 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ██████@s.whatsapp.net Ramiro ██ Brother Best Friend
Do they speak spanish? Or how do you speak with them?
**Platform:** Mobile
2/25/2024 1:57:33 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437FBB (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ██████8342@s.whatsapp.net Ryan Routh (owner)
They use google translate so they can translate anything, any language.
**Status:** Read
**Platform:** Mobile
2/25/2024 2:05:46 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437CDD (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ██████8342@s.whatsapp.net Ryan Routh (owner)
I text them in English.
**Status:** Read
**Platform:** Mobile
2/25/2024 2:05:58 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437C85 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ██████8342@s.whatsapp.net Ryan Routh (owner)
I am sure they only speak Pashto or Dari
**Status:** Read
**Platform:** Mobile
2/25/2024 2:06:07 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437C1E (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ██████@s.whatsapp.net Ramiro ██ Brother Best Friend
Ok
**Platform:** Mobile
2/25/2024 2:07:44 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437B37 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▮▮▮▮8342@s.whatsapp.net Ryan Routh (owner)

It is my understanding that they will get accepted at the border, but see what you can find out.

**Status:** Read
**Platform:** Mobile

2/25/2024 2:08:22 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437A8A (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

➥ Forwarded

**From:** ▮▮▮▮8342@s.whatsapp.net Ryan Routh (owner)

**Attachments:**



Size: 37794
File name: IMG-20240224-WA0018.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/41023312_798329128785610_8837169548294164778_n.enc?ccb=11-4&oh=01_AdQHoOBS0Odqjacu61zxm6JSIVkZf7Lld3Q-H8k-uwmXbA&oe=660219D3&_nc_sid=5e03e0&mms3=true

IMG-20240224-WA0018.jpg

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

2/25/2024 2:08:50 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6437A49 (Table: message, message_media; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)
EXTRACTION_FFS.zip/data/media/0/Android/media/com.whatsapp/WhatsApp/Media/WhatsApp Images/Sent/IMG-20240224-WA0018.jpg :  (Size: 37794 bytes)

**From:** ▮▮▮▮8342@s.whatsapp.net Ryan Routh (owner)

He says he has been trying to get an appointment by this app, with no success. On the US news everyday, they say that migrants are allowed in the US daily without a problem and certainly with 3 little girls.

**Status:** Read
**Platform:** Mobile

2/25/2024 2:10:02 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x643793B (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▮▮▮▮@s.whatsapp.net Ramiro ▮▮▮ Brother Best Friend

Ok Let me get More information and ill Let u know

**Platform:** Mobile

2/25/2024 2:14:47 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x643773A (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

10

**From:** ███████8342@s.whatsapp.net Ryan Routh (owner)

thanks so much, you are the best.

**Status:** Read
**Platform:** Mobile

2/25/2024 2:18:36 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64376CC (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

---

**From:** ███████8342@s.whatsapp.net Ryan Routh (owner)

Any new information.  I think if you can just get him to Eagle pass Texas he can cross on his own.

**Status:** Read
**Platform:** Mobile

2/25/2024 6:05:46 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6477F8E (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

---

**From:** ███████8342@s.whatsapp.net Ryan Routh (owner)

How much would it cost me for you do drive him to Eagle pass Texas border and drop him and his family off at the river.

**Status:** Read
**Platform:** Mobile

2/25/2024 6:54:06 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x649BE3D (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

---

**From:** ███████8342@s.whatsapp.net Ryan Routh (owner)

What happened to you today.  Can you talk to my Afghan man, he does not understand how it all works.  He does not realize that he can work in the US for cash.

**Status:** Read
**Platform:** Mobile

2/26/2024 5:07:13 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x649AEDD (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)



→ Forwarded
From: ███████@s.whatsapp.net Ramiro ███ Brother Best Friend
I can take them but it would be kind of expensive the reason is when you take immigrants the police will stop you lots of times, and the only way to fix all that and have no problems is paying them
Platform: Mobile
Label: Forwarded
2/26/2024 5:46:32 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x647DD42 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

→ Forwarded
From: ███████@s.whatsapp.net Ramiro ███ Brother Best Friend
So i would be charging $1800 each person
Platform: Mobile
Label: Forwarded
2/26/2024 5:46:49 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x647DCCB (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

From: ███████8342@s.whatsapp.net Ryan Routh (owner)
That is way to expensive just to take them to the border.  It is like a one day drive.
Status: Read
Platform: Mobile
2/26/2024 7:12:41 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x647D55E (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

From: ███████8342@s.whatsapp.net Ryan Routh (owner)
This is a humanitarian mission dude, I can pay 500 or 1000 to drive them to Eagle pass; this family needs help
Status: Read
Platform: Mobile
2/26/2024 7:16:47 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64A3C52 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▆▆▆▆8342@s.whatsapp.net Ryan Routh (owner)
> Can you not find just a driver that can take them like a taxi to the border.
> **Status:** Read
> **Platform:** Mobile
>
> 2/27/2024 5:27:28 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x64FC223 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▆▆▆▆8342@s.whatsapp.net Ryan Routh (owner)
> That is 9000 dollar dude, that is crazy
> **Status:** Read
> **Platform:** Mobile
>
> 2/29/2024 6:37:14 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x6522C76 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▆▆▆▆8342@s.whatsapp.net Ryan Routh (owner)
> Hey brother ....how are you dude????
> **Status:** Delivered
> **Platform:** Mobile
>
> 9/13/2024 7:15:49 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x817DE1D (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

> **From:** ▆▆▆▆8342@s.whatsapp.net Ryan Routh (owner)
> I may come to visit soon
> **Status:** Delivered
> **Platform:** Mobile
>
> 9/13/2024 9:45:14 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x817D1DF (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▇▇▇▇8342@s.whatsapp.net Ryan Routh (owner)
What's up....to busy to text
**Status:** Delivered
**Platform:** Mobile
9/14/2024 3:01:39 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x8227700 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▇▇▇▇@s.whatsapp.net Ramiro ▇▇ Brother Best Friend
Si amigo estoy trabajando en un lugar del ayuntamiento y soy el encargado de pagar y ya sabes un relajo pagarle a 400 personas pero bienvenido ya sabes aquí estoy para servirte grasias y una disculpa
**Platform:** Mobile
9/14/2024 6:02:16 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x81FD12B (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▇▇▇▇8342@s.whatsapp.net Ryan Routh (owner)
Es bien. Very good. I may be in Mexico city on monday. Donde estas tu
**Status:** Read
**Platform:** Mobile
9/14/2024 6:35:35 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x820BE7D (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▇▇▇▇@s.whatsapp.net Ramiro ▇▇ Brother Best Friend
Ok amigo aquí nos vemos
**Platform:** Mobile
9/14/2024 6:45:13 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x820BBB0 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

**From:** ▇▇▇▇@s.whatsapp.net Ryan Routh (owner)
¿En qué ayuntamiento trabajas?
**Status:** Read
**Platform:** Mobile
9/14/2024 7:29:04 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x820B884 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

**From:** ▇▇▇▇8342@s.whatsapp.net Ryan Routh (owner)

Eres increíble. Muchas gracias. Tal vez mañana o tal vez el lunes si puedo. ¿Estás lejos de la Ciudad de México?

**Status:** Read
**Platform:** Mobile

9/14/2024 7:30:50 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x820B7C2 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)

---

**From:** ▇▇▇▇@s.whatsapp.net Ramiro ▇▇ Brother Best Friend

A 4 horas de la Ciudad de México estoy

**Platform:** Mobile

9/14/2024 9:20:15 PM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x820B4B2 (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/wa.db : 0x2FF276 (Table: wa_contacts; Size: 4734976 bytes)

---

**From:** ▇▇▇▇@s.whatsapp.net Ryan Routh (owner)

Te llamaré tan pronto como lo sepa para que tengas mucho tiempo.

**Status:** Read
**Platform:** Mobile

9/15/2024 12:06:42 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x820B3FD (Table: message; Size: 136761344 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0xB60C (Size: 58195 bytes)
EXTRACTION_FFS.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x3CD (Size: 1000 bytes)