# EXHIBIT 4





**Extraction Report** - Google Android Generic

## Participants

   @s.whatsapp.net
and k

   8342@s.whatsapp.net
Ryan Routh (owner)

## Conversation - Instant Messages (1)

> (owner)
> I owed an ak47 in north Carolina and a tech 9 and a bunch of guns....police ended up with them all
> **Status:** Read
> **Platform:** Mobile
>
> 4/26/2022 6:20:52 AM(UTC+0)

Source Info:
EXTRACTION_FFS.zip/data/data/com.whatsapp/databases/msgstore.db : 0x200CB6 (Table: message; Size: 136761344 bytes)

1