# EXHIBIT 5

| Case No: | 20020121887 | | GREENSBORO POLICE DEPARTMENT | | Page: | 1 |
| Ref No: | 377711 | | **Investigative Report** | | Date: | 9/16/2024 1317 |

Case No: 20020121887   Div/Squad: CID / D21   Earliest Occurence: 4/24/2002 1330
Off/Class: ▮▮▮▮ WEAPON - OTHER   Latest Occurence: 0/0/0
Location: 1735 W LEE ST   Reported:: 4/25/2002 1030
Location:
Premises: ROOFING COMPANY

─────────── Attacked ───────────
Property Value: 0.00   Damage Value: 0.00
Method: BY POSSESSING EXPLOSIVE DEVICE

─────────── Property Description ───────────

─────────── Damage Description ───────────

─────────── Solvability ───────────

Inv Officer: 286  R▮▮▮▮▮▮   Inv Bur/Div/Sqd: INV/CID/HOM
Current Status: ACT   Initial Status: ACT   Warrant Adv: N   Warrant Iss: N
NCIC: ACT   CS Tech: N   Arrest: N   Suspect ID: N
CBA

### NAME SECTION

### CASE MO SECTION

### PROPERTY SECTION

Item No:   Status:   Turned In:   Quantity:
Item Description:   Brand:
Model:   Serial No:
Type:   Style:
Caliber/Size:   Colors:
Engrave/Marking:   Value:
Other Description:

### SUSPECT VEHICLES

### OTHER SUSPECTS

Name: RYAN WESLEY ROUTH   Ref#: 257678
Soc Sec No:
Race: W   Sex: M   DOB: ▮▮▮▮   Nickname:
Home Address: 1735 W LEE ST
City/State/Zip: GREENSBORO NC  0
Business Name: UNITED ROOFING
Business Address: 1735 W LEE ST
City/State/Zip: GREENSBORO NC  0
Description:
ID Codes:

### OTHER VEHICLES

### NARRATIVE SECTION

CASE NUMBER 2002-121887

AT 1325 HOURS, ON 04/24/2002, I RECEIVED A TELEPHONE CALL FROM A CONFIDENTIAL RELIABLE INFORMANT (CRI). THE CRI ADVISED AN EXPLOSIVE DEVICE WAS BEING KEPT AT UNITED ROOFING LOCATED AT 1735 WEST LEE STREET. FURTHERMORE, THIS CRI ADVISED THE DEVICE HAD BEEN PICKED UP BY E▮ Z▮ ON 04/24/2002 WHEN RYAN ROUTH HAD BEEN ARRESTED AT THE GTCC COMPLEX IN GREENSBORO, NORTH CAROLINA.

IT SHOULD BE NOTED RYAN WESLEY ROUTH HAS BEEN IDENTIFIED AS A DANGEROUS PERSON BY THE SPECIAL INTELLIGENCE DIVISION OF THE GREENSBORO POLICE DEPARTMENT UNDER SID CASE NUMBER 2002-07. SINCE JANUARY 2002, MR. ROUTH HAS MADE SEVERAL STATEMENTS ABOUT HARMING OFFICERS OR BEING HARMED; FURTHERMORE IN A SERIES OF ARRESTS MR. ROUTH HAS HAD IN HIS POSSESSION WEAPONS OF MASS DESTRUCTION, FIREARMS, AND OTHER WEAPONS.

ON 04/12/2002, A DISTURBANCE OCCURRED AT ▮ STREET UNDER GREENSBORO POLICE DEPARTMENT CASE NUMBER 2002-113745, AT WHICH TIME RYAN ROUTH WAS IDENTIFIED AS POSSESSING A SAWED-OFF SHOTGUN WITH A 12 AND A HALF INCH BARREL. THIS WEAPON HAD BEEN POINTED AT SEVERAL EMPLOYEES OF UNITED ROOFING COMPANY, WHICH RYAN ROUTH OWNS. OFFICER R. R. ▮ OBTAINED WARRANTS FOR MR. ROUTH'S ARREST AND ON 04/23/2002, MR. ROUTH WAS ARRESTED AT THE GTCC PRICE COMPLEX.

AFTER RECEIVING THE INFORMATION FROM THE CRI, MYSELF AND DETECTIVE E. L. ▮ WENT TO ▮ STREET. AT THAT TIME, I LOCATED E▮ J▮ Z▮, THE MANAGER FOR THE ROOFING COMPANY. I IDENTIFIED MYSELF TO MR. Z▮ AND ADVISED HIM I HAD RECEIVED INFORMATION THAT HE HAD PICKED UP AN ITEM FROM RYAN ROUTH'S VEHICLE ON 04/23/2002. I ASKED MR. Z▮ IF THIS WAS TRUE AND HE STATED IT WAS. I THEN ASKED HIM WHERE THE ITEM WAS LOCATED AND HE STATED IT WAS BEING HELD INSIDE THE STORE AT THIS TIME. I ASKED HIM TO SHOW THE ITEM TO ME.

IT SHOULD BE NOTED AT NO TIME WAS THIS ITEM EVER IDENTIFIED AS AN EXPLOSIVE DEVICE, A WEAPON, FIREARM, OR ANYTHING.

MR. Z▮ THEN TOOK ME INTO A SHOWROOM AREA FOR THE COMPANY AND ON A BOTTOM SHELF HIDDEN BEHIND SHINGLE SAMPLES USED BY THE COMPANY, I OBSERVED A RED CYLINDRICAL TUBE WITH BLASTING CAP AND DETONATION CORD ATTACHED TO SAME. AT THIS POINT I ASKED MR. Z▮ TO EXIT THE BUILDING ALONG WITH DETECTIVE ▮ AND MYSELF.

A CALL WAS PLACED TO THE GREENSBORO POLICE DEPARTMENT'S HAZARDOUS DEVICES TEAM, AKA BOMB TEAM.

SERGEANT V. S. ▮ AND OFFICER J. ▮ OF THE HAZARDOUS DEVICES TEAM ARRIVED APPROXIMATELY 20 TO 30 MINUTES LATER. AT THAT TIME, OFFICER E▮ ENTERED THE BUILDING AND RENDERED THE DEVICE "SAFE."

THE ITEM WAS IDENTIFIED AS A SLURRY EXPLOSIVE, A BINARY EXPLOSIVE, WHICH IS A DEVICE THAT REQUIRES TWO CHEMICALS TO BE MIXED TOGETHER. IT WAS ONE-QUARTER INCH IN DIAMETER BY SEVEN INCHES IN LENGTH. IT HAD ATTACHED AN APPROXIMATELY 10-INCH PIECE OF DETONATION CORD AND A BLASTING CAP.

IN OFFICER J. ▮ OPINION, THIS DEVICE WAS THE EQUIVALENT OF ONE STICK OF DYNAMITE.

| Case No: | 20020121887 | **GREENSBORO POLICE DEPARTMENT** | Page: | 3 |
|---|---|---|---|---|
| Ref No: | 377711 | **Investigative Report** | Date: 9/16/2024 | 1317 |

MR. Z█████ WAS INTERVIEWED REFERENCE THIS ITEM, AT WHICH TIME IT BELONGED TO RYAN ROUTH. HE STATED AT 2021 HOURS, 04/23/2002, HE HAD BEEN CALLED BY MR. ROUTH FROM THE GUILFORD COUNTY JAIL. HE STATED MR. ROUTH WAS CALLING HIM ON HIS CELLULAR TELEPHONE. HE STATED MR. ROUTH TOLD HIM TO GO TO HIS MOTOR VEHICLE WHICH WAS PARKED IN THE PARKING LOT AT THE GTCC PRICE COMPLEX, OBTAIN THE ITEM, AND THEN TAKE THE ITEM TO THE STORE LOCATED AT ███████ STREET.

MR. Z█████ STATED THIS WAS NOT THE ONLY EXPLOSIVE DEVICE THAT IS CURRENTLY OWNED BY RYAN ROUTH. HE STATED MR. ROUTH HAD ANOTHER DEVICE THAT WAS A DIFFERENT COLOR, HE BELIEVED GREEN, APPROXIMATELY 10 TO 15 DAYS EARLIER. HE STATED MR. ROUTH WAS CARRYING THIS GREEN DEVICE IN HIS JACKET, BUT THERE WERE NO WIRES ATTACHED AT THE TIME. MR. █████ STATED WHEN HE ASKED MR. ROUTH WHY HE WAS CARRYING THIS ITEM, MR. ROUTH STATED IT WAS THE NEXT BEST THING TO A GUN.

OFFICER J█████ IDENTIFIED THE DETONATION CORD AS BEING A UNIQUE TYPE ONLY SOLD FROM ONE STORE IN THE GREENSBORO AREA, THE G█████ M█████ COMPANY, █████. █████ SERGEANT █████ OFFICER █████ AND I RESPONDED TO THE G█████ M█████ COMPANY AND THE EMPLOYEES STATED MR. ROUTH HAD BEEN IN THEIR BUSINESS IN THE PAST ATTEMPTING TO PURCHASE ITEMS, EXPLOSIVE DEVICES, BUT THEY WOULD NOT SELL THEM TO HIM. THEY DID, HOWEVER, INDICATE THEY BELIEVE THEY KNEW WHO THE ITEMS RECOVERED WERE SOLD TO. THEY STATED IT WAS R█████ W█████ S█████. PAPERWORK FOR R█████ W█████ S█████ WAS OBTAINED. HE WAS IDENTIFIED AS A WHITE MALE, DOB █████ SOCIAL SECURITY NUMBER █████ WITH A █████ █████ NORTH CAROLINA ADDRESS.

THE EXPLOSIVE DEVICE WAS TURNED IN TO THE GREENSBORO POLICE DEPARTMENT'S EVIDENCE SECTION BY OFFICER █████ AND SERGEANT █████

AT 1500 HOURS, 04/24/2002, I CONTACTED SPECIAL AGENT █████ OF THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, GREENSBORO OFFICE. SPECIAL AGENT █████ STATED HE WOULD BE LOOKING INTO THIS MATTER TO DETERMINE IF FEDERAL VIOLATIONS HAD OCCURRED.

NOTHING FURTHER TO REPORT.

REE/WDW

04/25/2002 1038 HOURS (REQUESTED PRIORITY BY OFFICERS A█████/B█████)
04/26/2002 1130 HOURS

| Case No: | 20020121887 | **GREENSBORO POLICE DEPARTMENT** | Page: | 1 |
|---|---|---|---|---|
| Ref No: | 217383 | **Supplementary Report** | Date: | 9/16/2024  1319 |

Case No: 20020121887　　Div/Squad: CID / ROB　　　　　　　　　　Reported: 4/26/2002  1300
Off/Class: ▮▮▮▮▮　WEAPON - OTHER
Inv Officer: 23　J R ▮▮▮▮▮　　　　　　　　　　Inv Bur/Div/Sqd: FOB/TAC/DOG

### MO SECTION

### NAME SECTION

### SUSPECT VEHICLES

### OTHER SUSPECTS

### OTHER VEHICLES

### PROPERTY SECTION

Item No:　　　　Status: E　　Turned In: Y　　Quantity: 1
Item Description: BLASTING CAP　　　　　　　　Brand:
Model:　　　　　　　　　　　　　　　　　　Serial No:
Type: ELECTRIC　　　　　　　　　　　　　　Style:
Caliber/Size:　　　　　　　　　　　　　　　Colors: SILVER/BLUE
Engrave/Marking:　　　　　　　　　　　　　Value: 5.00
Other Description:

Item No:　　　　Status: E　　Turned In: Y　　Quantity: 1
Item Description: EXPLOSIVE　　　　　　　　Brand: SLURRY
Model:　　　　　　　　　　　　　　　　　　Serial No:
Type: BINARY　　　　　　　　　　　　　　　Style:
Caliber/Size:　　　　　　　　　　　　　　　Colors: RED
Engrave/Marking:　　　　　　　　　　　　　Value: 10.00
Other Description: 1/3 LBS--7"X 1 1/4"

Item No:　　　　Status: E　　Turned In: Y　　Quantity: 1
Item Description: DETONATION CORD　　　　　Brand:
Model:　　　　　　　　　　　　　　　　　　Serial No:
Type: 80-GRAIN　　　　　　　　　　　　　　Style:
Caliber/Size: 10"　　　　　　　　　　　　　Colors: GRAY
Engrave/Marking:　　　　　　　　　　　　　Value: 5.00
Other Description:

### NARRATIVE SECTION

CASE NUMBER 2002-121887

ON 04/24/2002, AT APPROXIMATELY 1500 HOURS, ACCOMPANIED BY SERGEANT V. S. ▮▮▮▮▮ I RESPONDED TO ▮▮▮▮▮ STREET, GREENSBORO, NORTH CAROLINA, TO UNITED ROOFING COMPANY REFERENCE AN EXPLOSIVE DEVICE.

UPON ARRIVAL, I SPOKE WITH DETECTIVE R. E. ▮▮▮▮▮ WHO INFORMED ME HE WAS AT THE BUSINESS TO RECOVER AN EXPLOSIVE DEVICE THAT HAD BEEN IN THE POSSESSION OF A DANGEROUS PERSON NAMED RYAN ROUTH. DETECTIVE ▮▮▮▮▮ ADVISED HE HAD PERMISSION TO ENTER THE BUSINESS AND RECOVER THE ITEM.

DETECTIVE ▮▮▮▮▮ POINTED OUT THE ITEM TO ME. THE ITEM WAS LYING UNDER SOME SHELVES ON THE EAST SIDE OF THE BUSINESS IN THE MAIN OFFICE AREA. THE

| Case No: 20020121887 | GREENSBORO POLICE DEPARTMENT | Page: 2 |
| Ref No: 217383 | Supplementary Report | Date: 9/16/2024  1319 |

EXPLOSIVE DEVICE CONSISTED OF A ONE-THIRD POUND STICK OF BINARY EXPLOSIVE (SLURRY BRAND, RED IN COLOR). FURTHER INVESTIGATION REVEALED THE TWO BINARY PARTS OF THE EXPLOSIVES HAD BEEN COMBINED TO ACTIVATE THE EXPLOSIVE MATERIALS.

THE STICK OF BINARY EXPLOSIVES HAD AN ELECTRIC BLASTING CAP ATTACHED IN THE MANUFACTURER'S CAPWELL AND HAD A BOOSTER CHARGE CONSISTING OF APPROXIMATELY 10" OF 80-GRAIN DETONATING CORD TAPED ALONG THE CAPWELL WITH BLACK ELECTRICAL TAPE, LEAVING THE TAG END LOOSE AS IF IT WERE A FUSE.

THE LEADS TO THE BLASTING CAP WERE NOT SHUNTED TOGETHER TO CLOSE THE CIRCUIT TO STATIC ELECTRICITY OR RF ENERGY.

I SHUNTED THE CAP LEAD-INS AND DISASSEMBLED THE DEVICE, REMOVING THE DETONATING CORD AND BLASTING CAP FROM THE MAIN CHARGE BINARY EXPLOSIVE. ONCE THE DEVICE WAS DISASSEMBLED, DETECTIVE ▮▮▮▮ PHOTOGRAPHED THE COMPONENTS AND I COLLECTED THEM AS EVIDENCE.

I RECOGNIZED THE DETONATING CORD FROM THE DEVICE AS THE TYPE SOLD LOCALLY AT G▮▮▮ M▮ ▮▮▮ COMPANY, INCORPORATED, A BUSINESS OPERATED BY ▮▮▮ AND ▮▮▮ AT ▮▮▮▮▮ NORTH CAROLINA, ▮▮▮

I ACCOMPANIED DETECTIVE ▮▮▮ TO THE BUSINESS WHERE ▮▮▮ PROVIDED US WITH THE ALCOHOL, TOBACCO, AND FIREARMS (ATF) RECORDS OF WHO THE EXPLOSIVES WERE SOLD TO--▮▮▮ OF ▮▮▮ GREENSBORO, NORTH CAROLINA. ▮▮▮ AND LATER ▮▮▮ BOTH IDENTIFIED MR. ▮▮▮ AS AN ASSOCIATE OF RYAN ROUTH. THE RECORDS INDICATED ▮▮▮ HAD PURCHASED THREE (3) ONE-THIRD POUND STICKS OF BINARY EXPLOSIVE, AS WELL AS THREE (3) BLASTING CAPS, AND THIRTY-FIVE (35) FEET OF DETONATING CORD.

AT THIS TIME, THE LOCATION OF THE TWO (2) OTHER STICKS OF BINARY EXPLOSIVES, TWO (2) BLASTING CAPS, AND APPROXIMATELY THIRTY-FOUR (34) FEET OF DETONATING CORD IS UNKNOWN.

I TRANSPORTED THE EXPLOSIVE DEVICE TO THE POLICE DEPARTMENT'S EXPLOSIVE STORAGE MAGAZINE, WHERE THEY WERE PACKAGED AS EVIDENCE AND STORED. I FORWARDED THE EVIDENCE CONTROL CARD TO THE DEPARTMENT'S EVIDENCE SECTION.

ALL THAT WAS NECESSARY TO DETONATE THE DEVICE RECOVERED FROM RYAN ROUTH'S BUSINESS WAS A COMMON BATTERY. THE ADDITION OF A SWITCH AND BATTERY WOULD HAVE MADE A VERY EFFECTIVE IMPROVISED EXPLOSIVE DEVICE.

NOTHING FURTHER TO REPORT.

JRE/WDW

04/26/2002 1334 HOURS (PRIORITY)
04/26/2002 1355 HOURS

Gov018457

| Case No: | 20020113745 | **GREENSBORO POLICE DEPARTMENT** | Page: | 1 |
|---|---|---|---|---|
| Ref No: | 376634 | **Investigative Report** | Date: | 9/18/2024 |

| Case No: | 20020113745 | Div/Squad: | CID / D21 | | Earliest Occurence: | 4/12/2002 | 1820 |
|---|---|---|---|---|---|---|---|
| Off/Class: | AGGASS | ASSAULT - AGGRAVATED | | | Latest Occurence: | 0/0/0 | |
| Location: | ▇ W LEE ST | | | | Reported:: | 4/12/2002 | 1828 |
| Location: | | | | | | | |
| Premises: | BUSINESS | | | | | | |

--- Attacked ---

| Property Value: | 0.00 | | Damage Value: | 0.00 |
|---|---|---|---|---|
| Method: | BY POINTING GUN & RUNNING INTO VICTIM WITH VEHICLE | | | |

--- Property Description ---

--- Damage Description ---

--- Solvability ---

| Inv Officer: | 462 | | | | Inv Bur/Div/Sqd: | FOB/2/1B | |
|---|---|---|---|---|---|---|---|
| Current Status: | ACT | Initial Status: | ACT | | Warrant Adv: | N | Warrant Iss: N |
| NCIC: | NCT | CS Tech: | N | Arrest: N | Suspect ID: | Y | |
| | CBAO | | | | | | |
| | ACT | | | | | | |

### NAME SECTION

| Role: | VIC | | Victim Code: ▇ | Ref:# ▇ |
|---|---|---|---|---|
| Name: | ▇T▇ | | | |
| Race: | X | Sex: M | Age: 42   DOB: ▇ | Soc Sec No: |
| Prosecute?: | Y | Injury Extent: C | Injury Type: LACERATIONS & ABRASIONS | |

| Home Address: | ▇ | | |
|---|---|---|---|
| City/State/Zip: | ▇ NC | | Phone: ▇ |

| Business Name:: | UNITED ROOFING, INC | |
|---|---|---|
| Business Address: | ▇ W LEE ST | |
| City/State/Zip: | GREENSBORO NC | Phone: |

| Next of Kin Name: | | |
|---|---|---|
| Address: | | |
| City/State/Zip: | | Phone: |

Relationship to Offender:

| Vehicle Role: | S | | | Ref:# ▇ |
|---|---|---|---|---|
| Tag No: | | | | |
| Make: | JEEP | Model: | | Yr:: 0 |
| VIN: | | | | |
| Top Color: | WHITE | Bot Color: WHITE | For Color: | |
| Description: | | | | |
| Tad Code: | | | | |

| | | | |
|---|---|---|---|
| Case No: 20020113745 | **GREENSBORO POLICE DEPARTMENT** | | Page: 2 |
| Ref No: 376634 | **Investigative Report** | | Date: 9/18/2024 |

Role: WIT  Victim Code:  Ref:#
Name: ▮▮▮▮ D▮▮▮
Race: X   Sex: M   Age:   DOB: 0/0/0   Soc Sec No:
Prosecute?:   Injury Extent:   Injury Type:
Home Address: ▮▮▮▮
City/State/Zip: ▮▮▮▮ NC   Phone:
Business Name:: UNITED ROOFING, INC
Business Address: ▮▮ W LEE ST
City/State/Zip: GREENSBORO NC 27403   Phone:
Next of Kin Name:
Address:
City/State/Zip:   Phone:
Relationship to Offender:

Vehicle Role: S   Ref:#
Tag No:
Make: JEEP   Model:   Yr:: 0
VIN:
Top Color: WHITE   Bot Color: WHITE   For Color:
Description:
Tad Code:

Role: WIT   Victim Code:   Ref:#
Name: ▮▮▮▮ A▮▮▮
Race: X   Sex: M   Age: 20   DOB: 1/8/1982   Soc Sec No:
Prosecute?:   Injury Extent:   Injury Type:
Home Address: ▮▮▮▮
City/State/Zip: ▮▮▮▮ NC   Phone:
Business Name::
Business Address:
City/State/Zip:   Phone:
Next of Kin Name:
Address:
City/State/Zip:   Phone:
Relationship to Offender:

Vehicle Role: S   Ref:#
Tag No:
Make: JEEP   Model:   Yr:: 0
VIN:
Top Color: WHITE   Bot Color: WHITE   For Color:
Description:
Tad Code:

**CASE MO SECTION**

**PROPERTY SECTION**

| Case No: | 20020113745 | GREENSBORO POLICE DEPARTMENT | Page: 3 |
|---|---|---|---|
| Ref No: | 376634 | **Investigative Report** | Date: 9/18/2024 |

| Item No: | Status: E | Turned In: Y | Quantity: 1 |
|---|---|---|---|
| Item Description: SHOTGUN | | | Brand: STEVENS |
| Model: SINGLE BARREL | | | Serial No: 0052 |
| Type: | | | Style: |
| Caliber/Size: .410 | | | Colors: |
| Engrave/Marking: | | | Value: |
| Other Description: 12 1/2" BARRE; | | | |

| Item No: | Status: E | Turned In: Y | Quantity: 1 |
|---|---|---|---|
| Item Description: LIVE SHOTGUN SHELL | | | Brand: WINCHESTER |
| Model: | | | Serial No: |
| Type: | | | Style: |
| Caliber/Size: .410 | | | Colors: RED |
| Engrave/Marking: | | | Value: |
| Other Description: | | | |

## SUSPECT VEHICLES

Vehicle Role: S      Ref#:
Tag No:           State:
Make: JEEP         Model:          Year:
VIN:
Top Color: WHITE   Bot Color: WHITE   For Color:
Description:
Tad Code:

Name: RYAN WESLEY ROUTH
Race: W   Sex: M   DOB:   Ref#:
Home Address:    W LEE ST
City/State/Zip: GREENSBORO    NC
Business Name: UNITED ROOFING, INC
Business Address:    W LEE ST
City/State/Zip: GREENSBORO    NC
Description:
**ID Codes:**

## OTHER SUSPECTS

Name: RYAN WESLEY ROUTH      Ref#:
Soc Sec No:
Race: W   Sex: M   DOB:   Nickname:
Home Address:    W LEE ST
City/State/Zip: GREENSBORO NC   0
Business Name: UNITED ROOFING, INC
Business Address:    W LEE ST
City/State/Zip: GREENSBORO NC   0
Description:
**ID Codes:**

## OTHER VEHICLES

## NARRATIVE SECTION

AT 1828 HOURS, 04/12/02, I RESPONDED TO    WEST LEE STREET IN REFERENCE TO A DISPUTE INVOLVING A WHITE MALE AND HE COMPLAINANT.

| Case No: | 20020113745 | GREENSBORO POLICE DEPARTMENT | Page: | 4 |
|---|---|---|---|---|
| Ref No: | 376634 | **Investigative Report** | Date: | 9/18/2024 |

THE ADDRESS ABOVE IS UNITED ROOFING, INC.

I RESPONDED WITH OFFICERS [REDACTED] AND [REDACTED]
THE COMMENTS IN OUR CALL STATED THAT THE WHITE MALE SUBJECT WAS ARMED WITH A GUN.

UPON OUR ARRIVAL, WE NOTICED A LARGE CROWD OF HISPANIC MALES STANDING IN FRONT OF THE BUSINESS. WE IMMEDIATELY ASKED THEM WHERE THE SUBJECT WITH THE GUN WAS, AND THEY STATED THAT HE HAD LEFT THE SCENE; HOWEVER, SEVERAL OF THEM POINTED TO THE CORNER OF THE FRONT PORCH OF THE BUILDING AND SAID THAT THE GUN WAS LYING THERE.

OFFICERS [REDACTED] AND [REDACTED] LOCATED THE WEAPON AND RENDERED IT SAFE. THE GUN HAD A LIVE SHELL IN THE CHAMBER. THE GUN WAS A STEVENS MODEL (SAVAGE ARMS) .410 CALIBER SHOTGUN, SINGLE BARREL, SERIAL NUMBER 0052. THE SHOTGUN HAD APPARENTLY BEEN SAWED OFF AT ONE TIME, AND A BARREL LENGTH OF 12 1/2 INCHES.

THE DOOR TO THE BUSINESS WAS OPEN. I WENT INSIDE AND CLEARED THE BUSINESS SAFE.

AFTER WE CLEARED THE SCENE, WE LOCATED THE COMPLAINANT AND THE VICTIM. HE IS [REDACTED] T[REDACTED], HISPANIC MALE, DOB [REDACTED], OF [REDACTED]. HE IS AN EMPLOYEE OF UNITED ROOFING. HE DOES NOT SPEAK ENGLISH WELL, AND USED [REDACTED] S[REDACTED], HISPANIC MALE, TO TRANSLATE FOR HIM.

THE VICTIM STATED HE WAS UP THERE AT UNITED ROOFING TO COLLECT HIS PAYCHECK. HE CONFRONTED THE OWNER OF THE BUSINESS, RYAN ROUTH, WHITE MALE, DOB [REDACTED]

MR. ROUTH, ACCORDING TO THE VICTIM AND THE WITNESSES, WAS THE WHITE MALE SUSPECT WITH THE GUN. THE VICITM CONFRONTED MR. ROUTH IN FRONT OF THE BUSINESS, WHILE MR. ROUTH WAS SITTING IN HIS VEHICLE. THE VICTIM ASKED MR. ROUTH "BOSS, HOW MUCH YOU PAYING TODAY?" MR. ROUTH REPLIED "I HAVE NO MONEY TODAY." THE VICTIM THEN SAID "PLEASE GIVE ME MY MONEY. I HAVE BABIES TO FEED." MR. ROUTH STATED "MAYBE NEXT WEEK."

ACCORDING TO THE VICTIM AND SEVERAL WITNESSES, MR. ROUTH THEN BECAME IRATE AND REACHED OVER IN HIS VEHICLE AND PULLED OUT THE SHOTGUN. THE VICTIM WAS ABLE TO REACH INSIDE THE VEHICLE AND GRAB THE SHOTGUN, TAKING IT AWAY FROM MR. ROUTH. MR. ROUTH WAS SITTING IN THE DRIVER'S SEAT OF THE VEHICLE. THE VEHICLE WAS PARKED IN THE DRIVEWAY OF UNITED ROOFING, FACING SOUTH, TOWARDS THE BUILDING. THE FRONT PASSENGER SIDE DOOR TO MR. ROUTH'S VEHICLE WAS OPEN. THIS IS WHERE THE VICTIM WAS STANDING. THE VICTIM SAID THAT WHEN HE GOT THE SHOTGUN AWAY FROM MR. ROUTH, MR. ROUTH THEN GASSED HIS VEHICLE AND BACKED OUT OF THE DRIVEWAY. AS HE WAS DOING THIS, THE PASSENGER SIDE DOOR OF MR. ROUTH'S VEHICLE STRUCK THE VICITM, KNOCKING HIM TO THE GROUND. THE VICTIM SAID THAT MR. ROUTH BACKED OUT WITH FORCE AND SPEED. MR. ROUTH STRUCK THE VICTIM HARD ENOUGH TO CAUSE THE VICTIM TO FALL TO THE GROUND, CAUSING ABRASIONS AND LACERATIONS TO BOTH THE VICTIM'S ARMS. THE VICTIM'S LEFT FOREARM AND ELBOW RECEIVED THE WORST LACERATIONS AND ABRASIONS. IT ALSO LOOKED AS IF IT WAS SWOLLEN.

I ASKED THE VICTIM SEVERAL TIMES IF HE NEEDED EMS TO RESPOND, AND HE STATED NO. THIS WAS ALSO ASKED TO HIM IN SPANISH BY THE TRANSLATOR.

MR. ROUTH LEFT A SKIDMARK FROM WHERE HE BACKED UP APPROXIMATELY FOUR TO FIVE FEET IN LENGTH ON THE DRIVEWAY. THE VICTIM AND THE WITNESSES SAID THAT MR. ROUTH WAS DRIVING A WHITE JEEP. NO TAG OR OTHER INFORMATION IS AVAILABLE AT THIS TIME ON THE VEHICLE.

WHILE AT THE SCENE, ▮ Z▮, OF ▮ GREENSBORO, ▮ PULLED UP. HE IS AN EMPLOYEE OF UNITED ROOFING, AND STATED THAT MR. ROUTH HAD CALLED HIM AND TOLD THAT THERE WAS AN ALTERCATION UP AT THE BUSINESS AND HE NEEDED TO GO OVER AND CHECK ON THINGS.

ALSO DURING THIS TIME, ANOTHER EMPLOYEE SHOWED UP, NAMED ▮ P▮, OF ▮ HE STATED THAT MR. ROUTH HAD ALSO CALLED HIM AND ASKED HIM TO COME UP TO THE BUSINESS.

MR. P▮ STATED THAT THE REASON MR. ROUTH WAS NOT UP THERE WAS DUE TO A FAMILY CHURCH FUNCTION HE HAD TO GO TO. THE LOCATION OF THIS CHURCH FUNCTION IS UNKNOWN.

▮ Z▮ STATED HE KNEW SPANISH AND WOULD ALSO HELP IN TRANSLATING. I EXPLAINED TO HIM THE SITUATION, THEN HAD HIM ASK THE GROUP STANDING OUTSIDE THE BUSINESS WHO HAD WITNESSED THE INCIDENT. ▮ D▮ AND ▮ A▮ HISPANIC MALE, DOB ▮ BOTH OF ▮ SAID THEY WITNESSED THE INCIDENT.

▮ D▮ STATED THAT HE SAW BOTH MR. ROUTH PULL THE GUN AND STRIKE THE VICTIM WITH THE CAR.

▮ A▮ SAW ONLY THE VEHICLE.

▮ Z▮ TRANSLATED THE WITNESSES' VERBAL STATEMENTS. BOTH THEIR STATEMENTS CONCURRED WITH THE VICTIM'S STORY.

TWO OTHER SUBJECTS ALSO SAW THE INCIDENT. THEY ARE ▮ P▮ OF ▮ (TELEPHONE NUMBER ▮, AND THE SECOND SUBJECT IS THE VICTIM'S FIRST TRANSLATOR, ▮ S▮ OF AN UNKNOWN ADDRESS ON ▮ STREET. BOTH THEIR VERBAL STATEMENTS MATCHED THAT OF THE VICTIM.

THE VICTIM STATED THAT THE SUSPECT, MR. ROUTH, KNEW HE HAD STRUCK HIM WITH HIS VEHICLE, BUT LEFT THE SCENE ANYWAY. THE VICTIM SAID THAT MR. ROUTH OWES HIM $2,500.00 IN PAST PAYCHECKS.

IT IS UNCLEAR AT THIS TIME WHY MR. ROUTH LEFT THE SCENE.

▮ Z▮ STATED MR. ROUTH HAS SPLIT UP WITH HIS WIFE AND NOW LIVES AT THE BUSINESS LOCATED AT ▮ WEST LEE.

MR. ROUTH WAS NOT CONTACTED.

NEITHER OF HIS REPRESENTATIVE KNEW EXACTLY OF HIS WHEREABOUTS.

THE WEAPON WAS RENDERED SAFE AND PUT INTO EVIDENCE. THE WEAPON WAS ALSO CONTAMINATED BY MYSELF, OFFICER ▮, OFFICER ▮ AND SEVERAL OF THE HISPANIC SUBJECTS AT THE SCENE.

| Case No: | 20020113745 | GREENSBORO POLICE DEPARTMENT | Page: | 6 |
| Ref No: | 376634 | Investigative Report | Date: | 9/18/2024 |

FOLLOW-UP IS RECOMMENDED.

AT THIS TIME, NOTHING FURTHER TO REPORT.

▮

04/13/02 ▮
04/14/02 ▮