UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

     Defendant.
_____/

## GOVERNMENT'S NOTICE REGARDING *DAUBERT* AND PROPOSED DEFENSE EXPERT MICHAEL McCLAY

The United States files this Notice advising the defense and the Court that it expects to file any motion relating to proposed defense expert Michael McClay after the deadline for the defense to provide any supplement to McClay's disclosure based upon the "live-fire" exercise. The Court's April 15 Order states that the defense must provide any disclosure relating to this test by May 30, and the Government may thereafter by June 9 file a motion challenging "such expert testimony." (ECF 128:4). Because we understand that McClay will be performing this test, to avoid multiple motions and piecemeal litigation arising out of the same witness and basic subject matter, we plan to present objections regarding McClay – if we choose to present them – in a single motion covering all topics filed by June 9.

                                            Respectfully submitted,

                                            HAYDEN P. O'BYRNE
                                            UNITED STATES ATTORNEY

                      By:    /s/ *John Shipley*
                             John C. Shipley
                             Florida Bar No. 69670
                             Christopher B. Browne
                             Florida Bar No. 91337

        Maria K. Medetis Long
        Florida Bar No. 1012329
        Assistant United States Attorneys

        U.S. Attorney's Office
        Southern District of Florida
        99 Northeast 4th Street, 8th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9111
        E-mail: John.Shipley@usdoj.gov

        SUE BAI
        SUPERVISORY OFFICIAL PERFORMING THE
        DUTIES OF THE ASSISTANT ATTORNEY
        GENERAL FOR THE NATIONAL SECURITY
        DIVISION

By:    */s/ James Donnelly*
        James Donnelly, Trial Attorney
        Court ID No. A5503278
        Department of Justice, National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        Telephone: (202) 514-0849

## **CERTIFICATE OF SERVICE**

        The Government filed the foregoing document with the Clerk of the Court using CM/ECF on April 29, 2025.

        */s/ John C. Shipley*
        Assistant United States Attorney