UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RYAN WESLEY ROUTH**

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO PRECLUDE ALIBI DEFENSE

**THIS MATTER** comes before the Court upon the United States' Motion to Preclude Alibi Evidence (the "Motion"), filed on April 7, 2025 [ECF No. 120; *see* ECF No. 143 (Reply)]. The Motion seeks to preclude Defendant from introducing any evidence relating to any potential alibi defense. *See* Fed. R. Crim. P. 12.1. Defendant was directed by Court order to provide notice of any alibi defense by March 28, 2025 [ECF No. 109]. Defendant elected not to provide any such notice, agreeing that he "does not intend to call any witnesses or introduce any evidence to substantiate an alibi defense" [ECF No. 134 p. 1]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The United States' Motion is **GRANTED** [ECF No. 120].

2. In accordance with Fed. R. Crim. P. 12.1, Defendant may not introduce evidence at trial relating to any intended alibi defense.

3. Any failure to comply with this Order will be governed firmly by the exclusion principle in Rule 12.1(e).

4. This Order does not limit the Defendant's right to testify.

5. To the extent the United States seeks relief beyond what is granted in this Motion or otherwise demands an agreement on the matter of identity, the Court denies that request as exceeding what is necessary to resolve the instant Motion—although without prejudice to any related arguments properly raised during trial.

**ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of May 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record