**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



505 S. Flagler Drive
West Palm Beach, Florida 33401

| | |
|---|---|
| File Number: | ███████ |
| Typist Name: | OST ███████ |
| Reviewed/Edited By: | SA ███████ |
| Date of Recording: | 03/30/2025 |
| Time of Recording: | 17:22 PM |
| Audio File Name: | 35967511_Mar_30_2025_19_17_22_PM_████9411 |

Participants:
    RR        Ryan Routh
    SR        S██ R██

Abbreviations:
    [OV]      Overlapping Voices
    [UI]       Unintelligible
    [IA]       Inaudible



GOVERNMENT EXHIBIT
CASE NO. 24-80116-CR-Cannon
EXHIBIT NO. GX 119-2

[Starting Transcription at 9:40]

SR: I'm going to do this again I'm- I'm pushing I'm pushing.

RR: Alrighty cool deal, alright.

SR: I'm so sorry.

RR: Alright your News and Record lady you haven't been able to get a hold of huh.

SR: Um no she's not very um I don't she just she doesn't really have much- like she wants to know about the case.

RR: Ok well-

SR: She doesn't really care about the Gaza thing.

RR: Alright well what does she want to know about the case? Whether I'm innocent or guilty or whatever-

SR: I can't hear you.

RR: What does she want to know I mean?

SR: They all just want to know oh I can't they all just want to know why.

RR: Why?

SR: Yeah but don't- don't answer that question- over the phone.

RR: Alright well you know, the whole world cou- cares about democracy right I mean so-

SR: I get it dad- dad- dad just stop dad.

RR: I mean- so anyway- but anyway alright cool deal I'll send a letter t- to M███ K████ I mean can you check with M███ K████ and see if she got my letter I mean-

SR: What about it?

RR: I sent M███ K████ a long letter with ev- everything in it a whole package and I just can you text her and see if she got it?

[Ending at 10:53]