Date: 12/09/2024                    **Federal Bureau of Prisons**                    Facility: MIM
Time: 04:56 PM                                       TRULINCS
                                                      **Message**
                                            Sensitive But Unclassified

**Message**

FROM: 35967511 ROUTH, RYAN WESLEY
TO: "A███ R███" ████████@gmail.com>
SUBJECT: Can you send a letter to D██
DATE: 12/02/2024 11:04 AM

Hey dude,
Sorry that D██ will be down for good while---it really sucks.
Can you send him a letter for me and tell him thanks for his kindness.  With his star status he got Rock Star treatment and while he did not have to share any of his perks, he is simple a great guy at heart and shared everything that he had with me.  Please tell him thank you very much; only a small percentage of people would do that; he is a great dude.  I am baffled that such a wonderful guy has allowed himself to get into his situation----I would have hoped for better from him; to forgive and forget and move on.  So sad for everyone.
If you cannot call and get his address and mail a letter, as least text K██ and tell him how grateful I am.

S██ is doing all that she can to help my  case and try and limit my time in prison, and is doing a wonderful job.  I had mentioned to her that maybe O██ could help since he has unlimited time now also, but I am sure he is too angry to help.
S██ is doing the best that she can, but obviously k██████ is of no use----so I just wanted to see if maybe you could help s██ a little sometime.  While you may hate me, maybe you would not mind maybe lightening her load a little, so she is not in such a strain.  Whatever you can do would be awesome.  We must rally support and build a large group to stand behind me and back my case and defense---me must do all we can to show that my character is better than that of Trump as it is me against him.  Whatever few minutes that you might have to spare would be awesome.  Just think about it.
Thanks so much,
I love you man, ryan



Gov015692