UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **24-80116-CR-Cannon/McCabe**

**UNITED STATES OF AMERICA,**

    **Plaintiff**

v.

**RYAN WESLEY ROUTH,**

    **Defendant.**

_____/

## CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

I, Assistant United States Attorney John C. Shipley, as counsel for the United States of America, hereby certify the following:

Check the applicable sections:

☒ ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence have been electronically filed in CM/ECF.

☐ EXHIBITS NOT E-FILED: The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

**GX 119-2 - Draft Transcript of FDC Jail Call_Mar_30_2025_19_17_22_PM_XXXXXX9411**
**GX 119-4 - Routh FDC Email Dec 5 2024 re GoFundMe content (Gov015810)**
**GX 119-5 - Routh FDC Email Dec 2 2024 re Building Defense (Gov015692)**

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:   _John C. Shipley_   Date:   05/14/2025