UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

      **Defendant.**

_____/

**PARTIES' JOINT NOTICE OF FILING REVISED PROPOSED ORDER FOLLOWING HEARING ON GOVERNMENT'S MOTION TO PRECLUDE LEGALLY PROHIBITED AND FACTUALLY BASELESS DEFENSES (ECF 119)**

As directed by the Court, the parties consulted on possible areas of disagreement, and are now jointly submitting the attached proposed Order to the Court. It reflects our joint understanding, having reviewed the May 14, 2025 hearing transcript, of what the Court ordered at the time regarding the Government's Motion to Preclude Legally Prohibited and Factually Baseless Defenses (ECF 119).

                                                            Respectfully submitted,

                                                            HAYDEN P. O'BYRNE
                                                            UNITED STATES ATTORNEY

By:    <u>/s/ *John Shipley*</u>
          John C. Shipley
          Florida Bar No. 69670
          Christopher B. Browne
          Florida Bar No. 91337
          Maria K. Medetis-Long
          Florida Bar No. 1012329
          Assistant United States Attorneys

2

          U.S. Attorney's Office
          Southern District of Florida
          99 Northeast 4th Street, 8th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9111
          E-mail: John.Shipley@usdoj.gov

          SUE BAI
          SUPERVISORY OFFICIAL PERFORMING THE
          DUTIES OF THE ASSISTANT ATTORNEY
          GENERAL FOR THE NATIONAL SECURITY
          DIVISION

By:    */s/ James Donnelly*
          James Donnelly
          Court ID No. A5503331
          Department of Justice, National Security Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          Telephone: (202) 514-0849
          Email: james.donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 15, 2025.

                                              */s/ John C. Shipley*
                                              Assistant United States Attorney