UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>24-80116-CR-CANNON/McCabe</u>

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

## GOVERNMENT'S ELEVENTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States files this Eleventh Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to defense counsel and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On May 23, 2025, the United States produced discovery materials to defense counsel of record via one external hard drive. Those materials include the items described in the attached index and are numbered Gov022710-Gov063539.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/Maria K. Medetis Long
Maria K. Medetis Long
Florida Bar No. 1012329
John C. Shipley
Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9020
E-mail: maria.medetis.long@usdoj.gov

SUE BAI, SUPERVISORY OFFICIAL PERFORMING
THE DUTIES OF THE ASSISTANT ATTORNEY
GENERAL FOR THE NATIONAL SECURITY
DIVISION

By: /s/ James M. Donnelly
James M. Donnelly, Trial Attorney
Court ID No. A5503331
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: 202-514-9866
Email: James.Donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 23, 2025.

*/s/Maria K. Medetis Long*
Assistant United States Attorney

cc:     Special Agent Christian Hull, FBI