# UNITED STATES v. RYAN WESLEY ROUTH
## CASE NO. 24-80116-CR-Cannon/McCabe
### INDEX TO GOVERNMENT'S ELEVENTH SDO RESPONSE
(Bates Range Nos.: Gov022710-Gov063539)
Data Size: 594 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| >[1] **01_Jail Communications** | >> **4.8.25 data release to trial team_calls:**<br>>>> **3-3-25 - 3-9-25_12 Calls:**<br>- 35967511_Mar_03_2025_18_41_52_PM_▮▮▮▮▮_done.wav (Gov022710)<br>- 35967511_Mar_05_2025_18_08_22_PM_▮▮▮▮▮_done.wav (Gov022711)<br>- 35967511_Mar_05_2025_19_42_54_PM_▮▮▮▮▮_done.wav (Gov022712)<br>- 35967511_Mar_05_2025_21_01_16_PM_▮▮▮▮▮_done.wav (Gov022713)<br>- 35967511_Mar_06_2025_20_52_17_PM_▮▮▮▮▮_done.wav (Gov022714)<br>- 35967511_Mar_07_2025_17_36_42_PM_▮▮▮▮▮_done.wav (Gov022715)<br>- 35967511_Mar_08_2025_11_38_31_AM_▮▮▮▮▮_done.wav (Gov022716)<br>- 35967511_Mar_08_2025_13_36_21_PM_▮▮▮▮▮_done.wav (Gov022717)<br>- 35967511_Mar_08_2025_19_00_36_PM_▮▮▮▮▮_done.wav (Gov022718)<br>- 35967511_Mar_08_2025_20_51_21_PM_▮▮▮▮▮_done.wav (Gov022719)<br>- 35967511_Mar_09_2025_14_35_32_PM_▮▮▮▮▮_done.wav (Gov022720)<br>- 35967511_Mar_09_2025_20_19_27_PM_▮▮▮▮▮_done.wav (Gov022721)<br>>>> **3-10-25 - 3-18-25_12 Calls:**<br>- 35967511_Mar_10_2025_10_56_24_AM_▮▮▮▮▮_done.wav (Gov022722) | **(Gov022710-Gov023081)** |

---

[1] ">" denotes a folder and ">>" or ">>>" denote subfolders.

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S ELEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov022710-Gov063539)
Data Size: 594 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - 35967511_Mar_10_2025_13_46_25_PM_▮▮▮_done.wav (Gov022723)<br>- 35967511_Mar_10_2025_14_54_35_PM_▮▮▮_done.wav (Gov022724)<br>- 35967511_Mar_10_2025_19_25_13_PM_▮▮▮_done.wav (Gov022725)<br>- 35967511_Mar_11_2025_17_48_14_PM_▮▮▮_done.wav (Gov022726)<br>- 35967511_Mar_11_2025_19_52_11_PM_▮▮▮_done.wav (Gov022727)<br>- 35967511_Mar_11_2025_21_09_54_PM_▮▮▮_done.wav (Gov022728)<br>- 35967511_Mar_12_2025_09_45_56_AM_▮▮▮_done.wav (Gov022729)<br>- 35967511_Mar_13_2025_17_42_35_PM_▮▮▮_done.wav (Gov022730)<br>- 35967511_Mar_14_2025_17_15_43_PM_▮▮▮_done.wav (Gov022731)<br>- 35967511_Mar_16_2025_18_12_48_PM_▮▮▮_done.wav (Gov022732)<br>- 35967511_Mar_16_2025_20_27_17_PM_▮▮▮_done.wav (Gov022733)<br>>> **4.9.25 data released to trial team_emails:**<br>- TRULINCS 85 (March 10-18).pdf (Gov022734-Gov022818)<br>>> **4.15.25 data released to trial team_calls-emails:**<br>>>> **03-19-25 - 03-30-25_9 Calls:**<br>- 35967511_Mar_19_2025_20_10_54_PM_▮▮▮.wav (Gov022819)<br>- 35967511_Mar_21_2025_19_53_50_PM_▮▮▮.wav (Gov022820)<br>- 35967511_Mar_22_2025_20_30_42_PM_▮▮▮.wav (Gov022821)<br>- 35967511_Mar_24_2025_20_22_37_PM_▮▮▮.wav (Gov022822) | |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S ELEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov022710-Gov063539)
Data Size: 594 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - 35967511_Mar_25_2025_14_39_27_PM_▇▇▇.wav (Gov022823)<br>- 35967511_Mar_26_2025_20_37_10_PM_▇▇▇.wav (Gov022824)<br>- 35967511_Mar_28_2025_19_19_04_PM_▇▇▇.wav (Gov022825)<br>- 35967511_Mar_29_2025_19_36_53_PM_▇▇▇.wav (Gov022826)<br>- 35967511_Mar_30_2025_19_17_22_PM_▇▇▇.wav (Gov022827)<br>>>> **03-31-25 - 04-02-25_1 Call:**<br>- 35967511_Mar_31_2025_19_51_54_PM_▇▇▇.wav (Gov022828)<br>- TRULINCS 43 (Mar 31 - Apr 2).pdf (Gov022829-Gov022871)<br>- TRULINCS 85 (March 10-18).pdf (Gov022872-Gov022956)<br>- TRULINCS 112 (mar 19 - Mar 30).pdf (Gov022957-Gov023068)<br>>>> **4.29.25 data release to trial team_scanned mail:**<br>- 03.pdf (Gov023069)<br>- 04.pdf (Gov023070-Gov023075)<br>- 05.pdf (Gov023076-Gov023077)<br>- 06.pdf (Gov023078-Gov023081) | |
| > 02_FBI OPU Updated Spherical Package | FBI OPU Updated Spherical Package (Gov023082) | (Gov023082) |
| > 03_Device Extractions | >> **Exports:**<br>- cplAQa_9cPUVP5S_xrqxQHHgndZcDGP.mov (Gov023083)<br>- cplAWxqTUO1I9yFXyhbPCMitJZW2zYf.mp4 (Gov023084)<br>>>**Video Export Report:**<br>>>> **iPhone 1.2024-09-24.09-42-33:**<br>   - Video Report Bates Stamped.pdf (Gov023085) | (Gov023083-Gov023085) |
| > 04_Translation | - Deft Name Corrected - Translation_chats - U.S. v. Ryan Wesley Routh - Case N 24-80116-CR.pdf (Gov023086-Gov023089) | (Gov023086-Gov023089) |
| > 05_ATF Trace Reports 2002 | - ROUTH HiPoint Trace_Redacted.pdf (Gov023090-Gov023091)<br>- ROUTH SKS Trace_Redacted.pdf (Gov023092-Gov023093) | (Gov023090-Gov023093) |
| > 06_2703(d) Returns | - 1529_Redacted.pdf (Gov023094) | (Gov023094-Gov023107) |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S ELEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov022710-Gov063539)
Data Size: 594 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | - CDR-Both-Tracfone_____2024-03-24_to_2024-05-05.398 (excel file) (Gov023095)<br>- Certification_esigned_TracFone_____.pdf (Gov023096-Gov023097)<br>- DeviceId-Tracfone_____2024-03-24_to_2024-05-05.060 (excel file) (Gov023098)<br>- No Purchase Info_____.pdf (Gov023099)<br>- OwnerEmail-Tracfone_____2024-03-24_to_2024-05-05.729 (excel file) (Gov023100)<br>- Subpoena Compliance - Definition of Terms and FAQ's_updated 03_4_24.pdf (Gov023101)<br>- Subscriber-Tracfone_____2024-03-24_to_2024-05-05.868 (excel file) (Gov023102)<br>- AttachedFax_04-04-2025_11-38-42_Redacted.pdf (Gov023103-Gov023107) | |
| > 07_FBI Digital Media Review_1As | - FBI Digital Media Review 1As Combined.pdf (Gov023108-Gov023155) | (Gov023108-Gov023155) |
| > 08_Records | >> **Amazon_Routh Book:**<br>- Amazon Certificate of Authenticity.pdf (Gov023156)<br>- CRIM1405560 2025_Response.pdf (Gov023157-Gov023408)<br>- Production Cover Letter - No Expressive Materials.html.pdf (Gov023409)<br>- VEHICLE REGISTRATION-PLATE#_____Redacted (Gov023410-Gov023412) | (Gov023156-Gov023412) |
| > 09_XTerra 9.19.24 Photos | >> session.01:<br>>>> DCIM:<br>>>>> 101ND780:<br>DSC_0001-DSC0040 Combined_Redacted.pdf (Gov023413-Gov23452) | (Gov023413-Gov023452) |
| > 10_LE Reports | LE Reports Combined_Redac.pdf (Gov023453-Gov023590) | (Gov023453-Gov023590) |
| > 11_Jail Communications Pt. 2 | >> 5.22.2025 data released to trial team_calls-emails:<br>>>> 04-03-25 - 04-08-25_5 Calls: | (Gov023591-Gov023728) |

UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S ELEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov022710-Gov063539)
Data Size: 594 GB

| **FOLDER:** | **FILE:** | **BATES Nos.:** |
|---|---|---|
| | - 35967511_Apr_03_2025_19_31_55_PM_▮▮▮▮.wav (Gov023591)<br>- 35967511_Apr_04_2025_19_48_12_PM_▮▮▮▮.wav (Gov023592)<br>- 35967511_Apr_05_2025_19_18_17_PM_▮▮▮▮.wav (Gov023593)<br>- 35967511_Apr_06_2025_19_57_42_PM_▮▮▮▮.wav (Gov023594)<br>- 35967511_Apr_07_2025_19_50_46_PM_▮▮▮▮.wav (Gov023595)<br>>>> 04-09-25 - 04-17-25_7 Calls:<br>- 35967511_Apr_10_2025_19_32_11_PM_▮▮▮▮.wav (Gov023596)<br>- 35967511_Apr_12_2025_19_33_51_PM_▮▮▮▮.wav (Gov023597)<br>- 35967511_Apr_13_2025_20_40_23_PM_▮▮▮▮.wav (Gov023598)<br>- 35967511_Apr_14_2025_15_11_48_PM_▮▮▮▮.wav (Gov023599)<br>- 35967511_Apr_14_2025_17_15_49_PM_▮▮▮▮.wav (Gov023600)<br>- 35967511_Apr_14_2025_18_44_15_PM_▮▮▮▮.wav (Gov023601)<br>- 35967511_Apr_14_2025_20_16_38_PM_▮▮▮▮.wav (Gov023602)<br>- TRULINCS April 3-8.pdf (Gov023603-Gov023665)<br>- TRULINCS April 9-17.pdf (Gov023666-Gov023728) | |
| **> 12_CART Drive** | >> **Routh Discovery:**<br>>>> 1B37_QMM50414ER1_Apple_iPad (Gov023729)<br>>>> 1B62_QMM50312ER1_LG_flip_phone (Gov023730) | **(Gov023729-Gov063446)** |

5

**UNITED STATES v. RYAN WESLEY ROUTH**
**CASE NO. 24-80116-CR-Cannon/McCabe**
**INDEX TO GOVERNMENT'S ELEVENTH SDO RESPONSE**
(Bates Range Nos.: Gov022710-Gov063539)
Data Size: 594 GB

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| | >>> ▮▮▮▮ Bail Bonds ▮▮▮▮ West Palm Beach FL (Gov023731- Gov023877)<br>>>> Marathon Gas Station GR ▮▮▮▮ FL:<br>>>>> 09.12.24 (Gov023878-Gov036983)<br>>>>> 09.13.24 (Gov036984-Gov050089)<br>>>>> 09.14.24 (Gov050090-Gov063195)<br>>>>> 09.15.24 (Gov063196-Gov063429)<br>>>> P▮▮▮▮ Fireworks ▮▮▮▮ West Palm Beach FL:<br>>>>> SIBK20240916:<br>>>>>> cam15:<br>>>>>>> 20240915: (Gov063430-Gov063445)<br>- 1B171 HDD containing backup of video footage.txt (Gov063446) | |
| > 13_CAST | - G▮▮▮▮ CAST Report.pdf (Gov063447-Gov063538) | (Gov063447-Gov063538) |
| > 14_LPR Records | - 0000238_Import.pdf (Gov063539) | (Gov063539) |

6