UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.

_____/

## **DEFENSE SUPPLEMENTAL NOTICE OF COMPLIANCE WITH DISCOVERY AND EXPERT DISCLOSURE REQUIREMENTS**

Ryan Routh, by and through his undersigned counsel, files this Notice to advise this Honorable Court that, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the Southern District of Florida Local Rule 88.10(o)(3), and this Court's Order Establishing Pretrial Deadlines in D.E. 91 and D.E. 128, the Defense provided on May 30, 2025, the supplemental defense discovery of the operability and misfiring of the Norinco semi-automatic rifle, Model SKS and accompanying photographs of the box of ammunition and misfired rounds.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/ Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Renee Sihvola*
Renee Sihvola