UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____:

## DEFENSE NOTICE OF COMPLIANCE WITH DEFENSE DISCOVERY DISCLOSURES

Ryan Routh, by and through his undersigned counsel, files this Notice to advise this Honorable Court that, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A) and this Court's Order Establishing Pretrial Deadlines (DE 91), that the Defense complied with its discovery disclosure requirements. The defense has not made a final determination of what evidence it will use at trial, but to comply with the Court's deadline, the defense provided notice of evidence that it <u>may</u> use at trial (other than impeachment) that is in our possession. On June 6, 2025, the defense produced these discovery materials to government counsel of record using electronic production. Those materials include the items described in the attached index and are numbered DEF_00001- DEF_00131.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

*s/ Kristy Militello*                                       *s/Renee M. Sihvola*
Kristy Militello                                                   Renee M. Sihvola

| | |
|---|---|
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 250 South Australian Ave., Suite 400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| (561) 833-6288 – Telephone | (561) 833-6288 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello