United States v. Ryan Wesley Routh
Case No. 24-80116-CR-CANNON

# DEFENSE DISCOVERY DISCLOSURE

| FOLDER: | FILE NAME: | BATES NUMBERS |
|---|---|---|
| 1. Books | Big Brother | DEF_00001-DEF_00005 |
| 1. Books | The Unwinnable War | DEF_00006-DEF_00009 |
| 2. Campbox | About Us - Camp Box Honolulu | DEF_00010-DEF_00016 |
| 2. Campbox | Camp Box Ad Pricing Document | DEF_00017 |
| 2. Campbox | Drawing - Camp Box Honolulu | DEF_00018 |
| 2. Campbox | Hawaii Business Record_Certified | DEF_00019 |
| 3. Eagle Scout | Eagle Scout Application 2-28-80 | DEF_00020-DEF_00021 |
| 3. Eagle Scout | Eagle Scout Award 5-25-80 Guilford College United Methodist Church | DEF_00022 |
| 3. Eagle Scout | Eagle Scout Newspaper Announcement with Photo | DEF_00023 |
| 3. Eagle Scout | Eagle Scout | DEF_00024 |
| 4. Skate Park | Skate Park 3D Model 2 | DEF_00025 |
| 4. Skate Park | Skate Park 3D Model 3 | DEF_00026 |
| 4. Skate Park | Skate Park 3D Model | DEF_00027 |
| 4. Skate Park | Skate Park CGI 2 | DEF_00028 |
| 4. Skate Park | Skate Park CGI | DEF_00029 |
| 4. Skate Park | Skate Park City Council Invite | DEF_00030 |
| 4. Skate Park | Skate Park Drawing | DEF_00031-DEF_00032 |
| 4. Skate Park | Skate Park Explanation Doc | DEF_00033-DEF_00039 |
| 4. Skate Park | Skate Park Layout Sketch 2 | DEF_00040 |
| 4. Skate Park | Skate Park Layout Sketch 3 | DEF_00041 |
| 4. Skate Park | Skate Park Layout Sketch 4 | DEF_00042 |
| 4. Skate Park | Skate Park Layout Sketch | DEF_00043 |
| 4. Skate Park | Skate Park Local News Paper 2 | DEF_00044 |
| 4. Skate Park | Skate Park Local News Paper | DEF_00045 |
| 4. Skate Park | Skatepark closed pg 1 | DEF_00046 |
| 4. Skate Park | Skatepark closed pg 2 | DEF_00047 |
| 4. Skate Park | Skatepark final product | DEF_00048-DEF_00049 |
| 4. Skate Park | Skatepark fundraiser article | DEF_00050 |
| 4. Skate Park | Skatepark parks and rec pg 2 | DEF_00051 |
| 4. Skate Park | Skatepark parks and rec pg 1 | DEF_00052 |

| | | |
|---|---|---|
| 5. Ukraine | (PHOTO) 1 | DEF_00053 |
| 5. Ukraine | (PHOTO) 2 | DEF_00054 |
| 5. Ukraine | (PHOTO) 3 | DEF_00055 |
| 5. Ukraine | (PHOTO) 4 | DEF_00056 |
| 5. Ukraine | (PHOTO) 5 | DEF_00057 |
| 5. Ukraine | (PHOTO) 6 | DEF_00058 |
| 5. Ukraine | (PHOTO) 7 | DEF_00059 |
| 5. Ukraine | (PHOTO) 8 | DEF_00060 |
| 5. Ukraine | (PHOTO) 9 | DEF_00061 |
| 5. Ukraine | (PHOTO)Holding sign woman smiling in background | DEF_00062 |
| 5. Ukraine | (PHOTO) IMG_2638 | DEF_00063 |
| 5. Ukraine | (PHOTO) Kneeling with Ukranian Flags | DEF_00064 |
| 5. Ukraine | Military Recruiting Shirt | DEF_00065 |
| 5. Ukraine | (PHOTO) Suit and Tie in Kyiv | DEF_00066 |
| 5. Ukraine | Ukraine Song - We are One-Designed for Kids-- Newest version 2024 | DEF_00067-DEF_00070 |
| 5. Ukraine | (PHOTO) X Shirt next to banner | DEF_00071 |
| 5. Ukraine | (PHOTO) 1_Ammunition Box_Front | DEF_00072 |
| 6. Miscellaneous | 2_Ammunition Box_Back | DEF_00073 |
| 6. Miscellaneous | 3_Two Malfunction Rounds | DEF_00074 |
| 6. Miscellaneous | At the Capitol | DEF_00075 |
| 6. Miscellaneous | Burning Trash Problem Article | DEF_00076 |
| 6. Miscellaneous | Church Bulletin Announcing Order of the Arrow July 9, 1978 | DEF_00077 |
| 6. Miscellaneous | Faith in Action letter of recommendation | DEF_00078 |
| 6. Miscellaneous | Fight for Ukraine – aid.in.ukraine@gmail.com _ 808/464-8342 | DEF_00079-DEF_00090 |
| 6. Miscellaneous | First house remodel | DEF_00091 |
| 6. Miscellaneous | Greensboro News and Record Article - August 27, 1991 - Rapist Story | DEF_00092 |
| 6. Miscellaneous | Greensboro News and Record Article -Rapist - Part 2 | DEF_00093 |
| 6. Miscellaneous | Greensboro News and Record Photo Taken of Ryan on a Pretty Day | DEF_00094 |
| 6. Miscellaneous | Haiku Stairs Hawaii | DEF_00095 |

| | | |
|---|---|---|
| 6. Miscellaneous | Halloween pg 1 | DEF_00096 |
| 6. Miscellaneous | Halloween pg 1 | DEF_00097 |
| 6. Miscellaneous | (PHOTO) IMG_2082 | DEF_00098 |
| 6. Miscellaneous | (PHOTO) IMG_2215 | DEF_00099 |
| 6. Miscellaneous | (PHOTO) IMG_2233 | DEF_00100 |
| 6. Miscellaneous | Inman house donation project pg2 | DEF_00102 |
| 6. Miscellaneous | Inman house donation project pg1 | DEF_00101 |
| 6. Miscellaneous | Letter from Gressboro Pregancy Care Center | DEF_00103 |
| 6. Miscellaneous | Letter of Appreciation 2 | DEF_00104 |
| 6. Miscellaneous | Letter of Appreciation | DEF_00105 |
| 6. Miscellaneous | Letter of Recommendation | DEF_00106 |
| 6. Miscellaneous | Letter of Recommendation from Alamance Presbyterian Church | DEF_00107 |
| 6. Miscellaneous | NC Certified Deed | DEF_00108-DEF_00110 |
| 6. Miscellaneous | Noise Pollution | DEF_00111-DEF_00112 |
| 6. Miscellaneous | Roofing Charity for Mentally Disabled | DEF_00113 |
| 6. Miscellaneous | Stadium Debate in Hawaii Article | DEF_00114-DEF_00115 |
| 6. Miscellaneous | Taiwan Foreign Legion | DEF_00116-DEF_00125 |
| 6. Miscellaneous | Tire Swing Article | DEF_00126 |
| 6. Miscellaneous | Ukraine Article | DEF_00127 |
| 6. Miscellaneous | UNCG Letter of Appreciation | DEF_00128 |
| 6. Miscellaneous | Vote Ryan Routh Screenshot | DEF_00072 |
| 6. Miscellaneous | (PHOTO) White Ford | DEF_00129 |
| 6. Miscellaneous | (PHOTO) With Chef Jose Andres | DEF_00130 |
| 6. Miscellaneous | (PHOTO) With Laborers at Construction Project | DEF_00131 |