## ATTACHMENT A (AGREED STIPULATIONS)

The United States of America and the Defendant, Ryan Wesley Routh, personally and through his attorneys, stipulate and agree that the following facts are proven beyond a reasonable doubt:

The Defendant, on September 15, 2024, had previously been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year.

The Defendant, on September 15, 2024, knew that he had previously been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year.

A Special Agent of the United States Secret Service is a Federal officer and employee of the United States.

On July 17, 2024, Donald J. Trump was designated by the Secretary of the Department of Homeland Security as a Major Presidential Candidate.

North Carolina license plate HKY4343 was assigned by the state of North Carolina to the Nissan Xterra.

Ohio license plate PKU3131 was not assigned by the state of Ohio to the Nissan Xterra.

Florida license plate 97EEED was not assigned by the state of Florida to the Nissan Xterra.

Ohio license plate KDL8415 was not assigned by the state of Ohio to the Nissan Xterra.

The Chinese-manufactured 7.62 x 39 mm Norinco semi-automatic rifle, Model SKS, (1) is a "firearm" for purposes of Counts 2, 4, and 5 of the Indictment, and (2) was not manufactured in the State of Florida, and moved in interstate and foreign commerce.

The twenty (20) Russian-manufactured 7.62 x 39 mm Tulammo bullets, (1) are "ammunition" for purposes of Count 4 of the Indictment, and (2) were not manufactured in the State of Florida, and moved in interstate or foreign commerce.

Following the Defendant's arrest, on September 19, 2024, law enforcement officers lawfully collected the Defendant's fingerprints.

The parties agree that the following items or categories of items are authentic business records or copies of business records obtained by law enforcement in the course of its investigation and that meet the criteria of Rules 902(11), (13) and/or (14) of the Federal Rules of Evidence. The parties do not at this time stipulate that all of these items are admissible, and remain free to make non-foundational objections.

- Records from Palm Beach County Planning, Zoning, and Building (Trump International Golf Club Survey), 2300 N. Jog Rd., West Palm Beach, Florida.

- Records from Bank of Hawaii regarding accounts belonging to Ryan Routh, Sara Routh and/or Adam Routh.

- Records from First Hawaiian Bank regarding accounts belonging to Ryan Routh, Sara Routh and/or Adam Routh.

- Call Detail Records (CDR), Advance Timing Records (ADR) and subscriber/activation records from AT&T for telephone number 743-251-7269.

- Call Detail Records (CDR), Advance Timing Records (ADR) and subscriber/activation records from T-Mobile for telephone number 808-464-8342.

- Call Detail Records (CDR), Advance Timing Records (ADR) and subscriber/activation records from Verizon for telephone number 728-206-1801.