UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

RYAN WESLEY ROUTH,
        Defendant.
_____/

## Notice of Filing: Jury Questionnaires

Defendant, Ryan Routh, by and through counsel, respectfully files the attached questionnaires, given in high-publicity cases, for the Court's consideration prior to ruling regarding the joint proposed jury questionnaire submitted in this case. The publicly filed attachments are as follows:

1) The defense and government's proposed jury questionnaires in the local case of *United States v. Adham Hassoun*, 04-60001-CR-COOKE.

2) The defense and government's proposed jury questionnaires in the local case of *United States v. Hafiz Muhammad Sher Ali Kahn,* 11-20331-CR-SCOLA.

3) The letter and questionnaire by the Court in *People v. Trump*, Ind. No. 71543-2023, in State Court in New York.

1

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/Renee Sihvola*
Renee Sihvola