# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>04-60001-CR-COOKE/Brown (s)(s)(s)(s)(s)</u>

**UNITED STATES OF AMERICA**

**vs.**

**ADHAM AMIN HASSOUN,**
**MOHAMED HESHAM YOUSSEF,**
**KIFAH WAEL JAYYOUSI,**
**KASSEM DAHER, and**
**JOSE PADILLA,**

     **Defendants.**
_____/

### <u>GOVERNMENT JUROR QUESTIONNAIRE</u>

  The Court directed that the parties prepare a Juror Questionnaire. Attached is the submission

of the Government. It is drafted in contemplation of an anonymous jury although that matter is not

before the Court at this time.

      Respectfully submitted,

      R. ALEXANDER ACOSTA
      UNITED STATES ATTORNEY

      Russell R. Killinger
      Fla. Bar No. 0312851
      Brian K. Frazier
      Court No. A5500476
      Stephanie K. Pell
      Court No. A5500301
      Trial Attorney, Counterterrorism Section
      99 N.E. 4th Street, 8th Floor
      Miami, Florida 33132
      Tel: (305) 961-9000
      Fax: (305) 530-4675

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>04-60001-CR-COOKE/Brown (s)(s)(s)(s)(s)</u>

UNITED STATES OF AMERICA

vs.

ADHAM AMIN HASSOUN,
MOHAMED HESHAM YOUSSEF,
KIFAH WAEL JAYYOUSI,
KASSEM DAHER, and
JOSE PADILLA,

                **Defendants.**
_____/

<u>**JUROR QUESTIONNAIRE**</u>

**General Instructions**:

       This questionnaire is designed to help simplify and expedite the jury selection process. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury. The questions are not intended to unnecessarily inquire into personal matters, and all information in this questionnaire will be kept confidential. Your cooperation is of vital importance.

       Please answer all the questions as fully and as possible. If you have any questions write them on the form. If you don't know the answer to a question then write, "I don't know." If the question does not apply to you, write "N/A". **DO NOT LEAVE ANY QUESTION BLANK.** If you need more space for your responses or wish to make further comments regarding your answers, please use the Explanation Sheet at the end of the questionnaire. Put the number of the question you are answering on the Explanation Sheet before you write the response or comment.

       There are no "right" or "wrong" answers; only <u>truthful</u> answers. Do not discuss the case or your answer with anyone. It is important that the answers be yours alone. Remember, <u>you are sworn to give true and complete answers to all questions.</u> After reading your questionnaire, Judge Cooke as well as some of the lawyers may personally interview you, and give you the opportunity to discuss your answers.

       During your jury service, the Judge and the parties will not know your name. They will know you only by your juror number. Selecting an anonymous jury is not an unusual practice, and has been

followed in many cases in Federal Court. Anonymity will deter curiosity that might infringe on your privacy. Accordingly, do not reveal any information in the questionnaire that could be used to identify you, such as your employer's name or your address.

Use **black pen** only. Blue ink will not copy. Do not write on the back of any page, only the front pages will be copied. **PLEASE PRINT OR WRITE LEGIBLY, and be sure to put your juror number on each page. When you have finished answering the Questionnaire, you must sign your name. In that signature page you are affirming the accuracy of your answers.**

Juror Number _____

## JUROR QUESTIONNAIRE

### Hardship question:

The Court and the parties estimate that the trial in this case will last approximately five (5) months. It is anticipated that the jury in this case will be sitting four (4) days per week, Monday, Tuesday, Thursday and Friday, 9:00 a.m. to 5:00 p.m. Jurors will be paid an attendance fee of $40.00 per day for the first thirty (30) days of trial, and $50.00 per day thereafter. Lunch will be provided daily, and your transportation costs will be reimbursed.

Jury service is one of the highest duties and privileges of a citizen. The participation of people like yourself is essential to the proper administration of justice. The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you. You must show that service in this case would cause an unacceptable amount of personal hardship. Would you have a serious hardship if chosen for this case?

_____ **YES**, I would have a serious hardship if chosen for this case. Please answer the questions below, and fully explain your hardship. You must still complete the entire questionnaire.

_____ **NO**, I would not have a serious hardship if chosen for this case. Please move onto the next section of the questionnaire.

If **YES**, please explain the hardship, and list your current occupation. Describe the type of job and business without giving details of your employer's name or address. For example, simply list "receptionist, "business executive", "school teacher" or "selfemployed/freelance". If you are retired or unemployed, please indicate that fact and list your previous occupation. Please write legibly.

Occupation: _____ Your Age: _____
(Please do not list the name of your employer.)

Are you self-employed? _____ Are you retired? _____

Will you be paid your salary while you serve jury duty? _____

What is your hardship? _____

4

_____

_____

What arrangements can you make to alleviate your hardship?

_____

_____

_____

Juror Number _____

## JUROR QUESTIONNAIRE

**Personal Background**

1.  What is your age?  _____

2.  Are you: Male _____ Female _____

3.  Do you have any problem with your hearing or vision that would make it difficult for you to serve as a juror?

    Yes _____ No _____

4.  Do you have any medical condition that would make it difficult for you to serve as a juror on this case?

    Yes _____ No _____

    If Yes, briefly list the condition(s):

    _____

    _____

5.  Are you taking any prescription medication that may interfere with your ability to concentrate or serve as a juror in any way?

    Yes _____ No _____

6.  What is your place of birth? (Please list only the city and state, and, if outside the United States, the city and country.)
    _____

7.  In what town, city, or county do you currently live? _____

8.  Length of time at current address: _____

9.  If less than five years at your current address, indicate your prior town or community.

    _____

6

**Juror Number** _____

10. Have you <u>ever</u> lived outside the United States for more than six (6) months?

Yes ____ No __

If Yes, what country/countries and for how long? _____

11. What is your current marital/domestic status? **(check all that apply)**

Married ____ years ____
Divorced and remarried _____
Single/never married _____
Living with another person as a couple _____
Divorced/Separated _____
Widow/Widower _____

(a)     What is your racial/ ethnic background? _____

(b)     If married, what is the racial/ethnic background of your spouse? _____

12. Where were your parents born?  Father _____  Mother_____

13. If you have children or stepchildren, please list all that apply below:

| Gender | Age | Live With You | Education Level | Occupation |
|--------|-----|---------------|-----------------|------------|
|        |     |               |                 |            |
|        |     |               |                 |            |
|        |     |               |                 |            |
|        |     |               |                 |            |
|        |     |               |                 |            |

14. Do any of your children live outside the United States? Yes ____ No ____

If so, what country? _____

15. Is English your first language? Yes ____ No ____

16. Do you read, speak, write, and understand English?

Yes, without difficulty _____ Yes, with difficulty _____ No ____

7

Juror Number _____

17. Other than English, what other languages do you read, speak, write or understand?

_____

18. Do you speak, write, or understand the Arabic languge (or any dialect of Arabic)?

Yes _____ No _____ If Yes, do you read any Arabic language newspapers or publications?

Yes ___ No ___ If yes, please list the names: _____

_____

Do you watch any Arabic language television programs (including newscasts)?

Yes ___ No ___ If yes, name them. _____

19. Are you, your spouse (or a former spouse), parents, or grandparents a naturalized U.S. Citizen?

Yes _____ No _____ If yes, please tell us who and when they became a citizen.

_____

20. If you speak, read, or write the Arabic language (or any of its dialects), would you have any difficulty relying solely upon the official interpreter's translation of testimony and witnesses' translations of evidence?

Yes ___ No _____

21. How often do you read a newspaper?

Everyday _____ Several times a week _____ Once or twice a week _____

Less than once a week ___ Never _____

List the names of the newspapers you read and indicate how often you read each.

| Name | 1 x week | 2-3 x week | Daily | Sunday |
|------|----------|------------|-------|--------|
|      |          |            |       |        |
|      |          |            |       |        |
|      |          |            |       |        |
|      |          |            |       |        |

8

**Juror Number** _____

22.  Do you watch any television newscasts on a regular basis?

    Yes _____ No _____

    If Yes, which ones?_____

    _____

23.  What, if any, talk shows (radio or television) do you listen to or watch?  N/A ____

    _____

24.  How often do you get news off the Internet?

    Never _____ Everyday _____ Several times a week _____ Less than once a week ____

25.  Do you participate in web-blogs or chat rooms on the Internet?

    Never _____ Often ____ Every once in a while ____

26.  How often do log onto the Internet?

    Never _____ Everyday _____ Several times per week ____ Once a week or less ____

27.  How much time do you spend on the Internet daily?

    Less than 1 hour per day _____ 1 to 2 hours per day ____

    more than 2 hours per day ____

28  Are you:  Employed full-time ____ Retired ____ Employed part-time ____

    Student _____ Homemaker ____ Disabled & unable to work ____

    Unemployed/laid off _____

    (a)Without telling us the name of your employer (or if self-employed), what kind
    of work do you do? (For example: Electric Utility, maintenance; teacher/high school.)

    _____

**Juror Number** _____

(b) If retired, disabled or unemployed, what was your primary vocation?

_____

(c) If homemaker or student, please tell us what jobs outside the home (if any) you have had in the past year:

_____

_____

29.   What is (was) your job title?

_____

(a) What are (were) your duties on that job?   _____

_____

(b) Do (did) you supervise others in that job?

Yes _____   No _____   If Yes, how many?   _____

30.   Do you have a second job? Yes _____   No _____   If Yes, what do you do?

_____

31.   What other jobs have you held as an adult?

| Occupation | Length of Employment |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

10

Juror Number _____

32. If you have ever been married, list your spouse's and/or former spouse's most recent type of work:

_____

33. Parents (or stepparents) occupations: If retired or deceased, what did they do before?

Father: _____

Mother: _____

34 What is the highest grade of schooling you have completed?

( ) 8th grade or less  ( ) Some High School  ( ) High School graduate
( ) Community college  ( ) Some four-year college
( ) College graduate  ( ) Post Graduate

(a) Major area(s) of study: _____

(b) Degrees or certificates: _____

## ORGANIZATIONAL AFFILIATIONS, HOBBIES, SPARE TIME ACTIVITIES

35. What civic, social, union, professional, fraternal, political, recreational or religious organizations do you or your spouse or domestic partner belong to or participate in, and what offices, if any, have you held   in any of these organizations? (examples might include PTA, KIWANIS, ROTARY CLUB, AMERICAN LEGION, NATIONAL RIFLE ASSOCIATION, AMERICAN CIVIL LIBERTIES UNION, ETC.

Self: _____

Spouse/Domestic Partner_____

11

**Juror Number** _____

36. To what groups or organizations, including victims rights or disaster relief organizations, if any, did you donate money, goods, or volunteer time to during the last five years?

37. Have you or any member of your family ever held an elected or appointed offfice in the federal, states or local government?

    If yes, please describe: _____

38. What activities do you participate in for leisure and relaxation? _____

    _____

39. Have you ever volunteered or fund-raised for a non-profit organization
    Yes _____    No _____

    If yes, what organization? _____

**Military Service**

40. Have you ever served in the military? Yes _____ No _____

    Branch and highest rank: _____

41. Has your spouse or children ever served in the military? Yes _____ No _____

    Branch and highest rank: _____

42. Have you or any children or relatives served in the recent war in Iraq, in Desert Storm or in military operations in Afghanistan, and other areas of the Middle East?

    Iraq: Yes _____ No _____
    Branch and highest rank: _____

    Desert Storm: Yes _____ No _____
    Branch and highest rank: _____

    Afghanistan: Yes _____ No _____
    Branch and highest rank: _____

12

Other areas of the Middle East: Yes _____ No _____

If yes, where is, or was that person stationed?
Location: _____
Branch and highest rank: _____

43.   Were any such persons ever in a combat situation?

   Yes \_\_\_\_\_ No \_\_\_\_\_ Don't Know \_\_\_\_\_

   If yes, please tell us where and when: _____.

44.   Have you, a family member, close friend or acquaintance been injured or killed while serving in a combat or military zone?

   Yes\_\_\_\_\_ No\_\_\_\_\_

## Contact, Knowledge, and Experience with Religious Groups and Organizations

45.   In what contexts have you had personal contact with people who are Muslims or of Arab descent? (Please check all answers that apply.)

   No contact _____   through work/business \_\_\_\_\_   through family _____
   in the neighborhood _____   in organizations \_\_\_\_\_   in place of worship _____
   in school _____   other _____

46.   Describe your experiences (if any) with Muslims or individuals of Arab descent?

   _____

47.   Have you or any member of your family or friends had any experience which would cause you to be biased against a Muslim defendant in a case where there are allegations of violence?

   Yes _____ No \_\_\_\_\_ If Yes, please explain: _____

**Juror Number** _____

48.     Do you have any experiences, feelings or impressions about Arabs or Muslims that would make it difficult for you to listen to the evidence with an open mind and render a verdict based solely on the evidence presented in court when the case involves Arabs or Muslims charged with various acts involving violence?

Yes _____ No _____ If Yes, please explain: _____

_____

49.     What, if any, religion were you raised in? _____

50.     How often do you attend religious services?

Regularly_____    Occasionally_____    Seldom_____    Never _____

51.     Do you believe that Islam endorses violence to a greater or lesser extent than other major religions?  Yes____  No_____  Unsure_____

52.     How knowledgable are you about the history and practices of Islam?

very knowledgeable _____    somewhat knowledgeable _____

not too knowledgeable _____    no knowledge at all _____

## Contact with Court and Parties

53.     The Government is represented in this case by the United States Attorney, R. Alexander Acosta, though the conduct of the case is in the immediate charge of the Government attorneys appearing in the courtroom. Do you or does any relative or close friend know or have any connection with R. Alexander Acosta?

Yes _____ No _____

54.     Do you or does any relative or close friend know or have any connection with any of the following persons who will be seated at the counsel table for the government?

Assistant United States Attorney Russell R. Killinger,
Assistant United States Attorney Brian Frazier,
Stephanie K. Pell, Trial Attorney, U.S. Department of Justice,

14

Juror Number _____

Assistant United States Attorney Lisa Rubio,
Eileen Stafford, Legal Administrative Specialist, United States Attorney's Office,
John Kavanaugh, Special Agent, Federal Bureau of Investigation

(a) If you answered yes to any of the names above, describe your connection to this
individual(s)? _____

_____

55.   Do you or does any relative or close friend know or have any connection with any of the
following defense lawyers or their staff?

            Kenneth Swartz
            Jeanne Baker
            William W. Swor
            Michael Caruso
            Andrew Patel
            Anthony Natale
            Orlando do Campo

(a)  If you answered yes to any of the names above, describe your connection to this
individual(s) _____

_____

(b)  Have you seen, heard or read anything about any of these attorneys or their
staff? This includes not only the media, but anything you may have heard from friends,
relatives, or co-workers.  Yes _____   No _____

(c) What have you seen, heard or read? _____

56.   Do you or does any relative or close friend know or have any connection with any of
the defendants?

Adham Amin Hassoun  Yes _____   No_____

Kifah Jayyousi  Yes_____   No_____

Jose Padilla  Yes _____   No_____

15

**Juror Number** _____

(a) Please explain who has the connection in detail for each individual: _____

_____

(b) Have you seen, heard or read anything about any of the defendants? This includes not only the media, but anything you may have heard from friends, relatives, or co-workers.

Yes_____ No_____

(c) What have you seen, heard or read? _____

_____

57.  Several individuals have been charged in the indictment in this case but will not be defendants in this trial. Do you or does any relative or close friend know or have any connection with any of these individuals?

Mohamed Hesham Youssef   Yes _____ No _____

Kassem Daher            Yes _____ No _____

(a)  Have you seen, heard or read anything about any of these defendants?  This includes not only the media, but anything you may have heard from friends, relatives, or co-workers.

Yes _____ No _____

(b) What have you seen, heard or read? _____

58.  Have you seen, read or heard anything about Adham Amin Hassoun, Kifah Jayyousi or Jose Padilla, or have you discussed this case with anyone who claims to know anything about the facts in this case?

Yes _____ No _____        If Yes, please explain what information you have or have heard, the source of the information, and with whom you may have discussed the case and what was discussed.

(a) What were your reactions or impressions based on what you saw, read or heard?

_____

_____

16

59.  Have you heard or read about any statements attributable to either Adham Amin Hassoun, Kifah Jayyousi, or Jose Padilla?

Yes _____ No _____

(a) Were any described as critical of the United States?

Yes _____ No _____

(b)     What were your reactions or impressions based on what you read or heard?

_____

60.  Have you seen, heard or read anything about Jose Padilla that involved the Department of Defense, the Federal Bureau of Investigation, the Central Intelligence Agency or the White House?  This includes not only the media, but anything you may have heard from friends, relatives or coworkers:

Yes _____ No _____

(a)     What did you see, hear or read?_____

(b)     What was your reaction to what you heard or read?_____

(c)     Based on what you have heard, read or saw, please tell us what feelings or opinions (if any) you have formed about this case or about Adham Amin Hassoun, Kifah Jayyousi or Jose Padilla?

_____

(d)     Based on this opinion, would it make it difficult for you to sit as a fair and impartial juror in this type of case? Yes _____ No _____

61.  Have you ever attended law school or a paralegal institute?

Yes _____ No_____

62.  Do you or does any relative or close friend work for a criminal lawyer or private investigator?

Yes _____ No_____

63. The judge who will preside over this case is The Honorable Marcia G. Cooke of the United States District Court for the Southern District of Florida.  Do you or does any relative or close friend know or have any connection with Judge Cooke or any of her staff?

Yes _____ No _____

64. Is there anything you have seen, heard, or read about that would interfere with your ability to render a fair verdict in this case based solely on the evidence presented in court?

Yes _____ No _____

65. Have you formed an opinion as to the innocence or guilt of any of the defendants in this case before hearing the evidence?  Yes _____ No _____ If yes, is your opinion

Guilty _____     Not Guilty _____

Please explain what led to your position: _____

66. This case is likely to receive ongoing media attention.  The Court wants to make sure that this case is decided solely on the evidence in the courtroom and not based on things  that are said outside the courtroom. Accordingly, the Court will be advising you periodically that you must avoid reading about the case in the newspapers or listening to any radio or television reports about the case. The Court will also advise you periodically that you must avoid discussing this case with friends or family during the course of the trial. Would these requirements pose any difficulty for you?

Yes _____ No _____

67. How knowledgeable are you about foreign armed conflicts involving Muslims or people of Arab descent?

Very knowedgeable _____ somewhat knowledgeable _____

not too knowledgeable _____ no knowledge at all _____

68. Have you (or did you) follow the media coverage of the armed conflicts in the following countries/regions of the world? (check all that apply).

Afghanistan ( )  Iraq ( )  Bosnia ( )  Chechnya ( )  Somalia ( )  Lebanon ( )

Kosovo ( )  Egypt ( )  Libya ( )  Algeria ( )

18

69. Based on what you have heard or read, have you formed any opinions about the nature of any of the conflicts? Yes _____ No _____

if yes, name the conflict and explain your opinion _____

_____

70. Have you ever visited any of the above-named countries or regions?

Yes _____ No _____

If yes, which county/region and for what purpose? _____

_____

## Contact and Experience with Crime, Courts and Legal Sysytem

71. Have you ever served on a jury? Yes _____ No _____

(a) If yes, please complete the following for each trial on which you served as a juror:

| Date (year) | Court - State/Federal | Criminal or Civil | Charges/Allegations | Verdict (yes/no) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(b) Was there anything about your jury experience that left you disappointed or dissatisfied with our justice system?

Yes _____ No _____ Please explain: _____

_____

(c) Was there anything about your experience that would make you not want to serve again?

Yes _____ No _____ Please explain _____

_____

19

(d)  Have you ever served as a jury foreperson?  Yes _____  No _____

(e)  Have you ever served on a Grand Jury?  Yes _____  No _____

72.  Have you, any family members, or close freinds ever worked for, applied to or had

training with: (check all that apply)

_____  Any federal law enforcement, security or investigative agency, including but

not limited to the FBI, CIA, NSA, INS, ATF, DEA, Department of Homeland

Security, Secret Service, U.S. Marshal's Service or U.S. Attorney's Office.

_____  Any military police, Department of Defense, State Department, or U.S.

Embassy.

_____  Any prison, jail, detention center or probation service.

_____  Any city or town attorney, State Attorney General, state or municipal

prosecutor's office, or court.

_____  Any state or municipal police department or sheriff's office.

_____  Any law firm that practices criminal defense.

_____  Any newspaper, radio, television, or other media outlet.

If "Yes" to any of the above, please state who (relation to you), where, when and
circumstances.

73.  Have you or anyone close to you ever worked in an effort to change a law or enact a a
law?

Yes _____  No _____   If Yes, please briefly describe that effort and your level of
participation:

_____

**Juror Number** _____

74.  Have you or a member of your family had any legal action or dispute with the United
     States or any of its agencies, or any officer, agents or employees of the United States?

     Yes _____ No _____ If yes, please explain the nature of your interest in such
     proceedings:

     _____

75.  Are you a vendor or a contractor for the United States Government or do you work for
     one?

     Yes _____ No _____

76.  Some of the defendants are citizens of the United States and some are not.  Would you
     afford each of the defendants the same consideration?

     Yes _____ No _____

77.  What are your feelings about the criminal justice system?_____

     _____

78.  Do you believe that you, a member of your family, or a close friend, has ever been
     directly or indirectly affected in any way by what you would call a terrorist act or threat?

     Yes _____ No _____

     If yes, please explain the event: _____

79.  Have you or any family members or close friends had any personal experience with acts of
     violence?

     Yes _____ No _____ If yes, please explain: _____

     _____

80.  Have you or anyone close to you ever had an experience involving the police, FBI, or any
     other law enforcement agency, including being interviewed by or making a report to a law
     enforcement officer?

     Yes _____ No _____ If Yes, please explain: _____

     _____

Juror Number _____

81.   Have you or has a family member or close friend ever been the victim of an act of
      violence (or abuse), reported or not?

      Yes _____ No _____          If Yes, please explain who (relation to you) and circumstances.

      _____

      Was there an arrest? Yes _____ No _____ What was the outcome? _____

82.   Have you or anyone close to you ever been arrested, charged or convicted for a crime other
      than a traffic ticket?

      Yes _____ No _____ If Yes, please explain who (relation to you), when, nature of the charge
                             and circumstances:

      _____

      _____

83.   Have you or has a family member or close friend ever been falsely accused of a crime?

      Yes _____ No _____ If Yes, please explain: _____

      _____

84.   Under the United States Constitution, a person accused of a crime does not have to testify
      in his defense, and his silence may not be used against him.  What are your feelings about
      that?

      _____

85.   There will be evidence in this case consisting of tape recordings of conversations taking
      place over the telephone through the use of electronic devices commonly known as
      "wiretaps." Before received in evidence, the Court will have ruled that this evidence is
      lawfully before you and you may give it the weight you deem appropriate. How do you
      feel about electronic surveillance of private conversations?

      _____

      _____

**Juror Number** _____

86.    There may also be evidence obtained from photographic and physical surveillance as well as evidence seized pursuant to lawful searches of various places, including the homes of some of the defendants.  How do you feel about surveillance or searches of private property? _____

_____

87.    At the conclusion of the case it is the Court's task and duty to charge you on the law and explain to you the elements of the crimes charged in the indictment.  Do you have personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court or to sit in judgment of another?

Yes _____ No _____ If yes, please explain_____

88.    Is there any reason that you could not be completely fair and impartial to the defendants in this case?

Yes _____ No _____

89.    Is there any reason that you could not be completely fair and impartial to the Government in this case?

Yes _____ No _____

If you answered either of the two previous questions "yes," please explain:

_____

_____

90.    Is there any matter not covered by this questionnaire that you feel you should tell us about?

Yes _____ No _____ If yes, please explain: _____

_____

**Juror Number** _____

### AFFIRMATION

I, _____, declare under penalty of perjury that the information which I have provided in this juror questionnaire and any attachments is true and correct to the best of my knowledge and belief. I further declare that I have completed this questionnaire without anyone's assistance.

Executed in the Southern District of Florida, on this _____ day of _____, 2006.


_____
Signature

Juror Number _____

## EXPLANATION SHEET, continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via first-class

United States Mail, postage prepaid, on this the 3rd  day of July, 2006, to:

| | |
|---|---|
| Kenneth M. Swartz, Esq.<br>Swartz & Lenamon<br>New World Tower, Suite 2100<br>100 North Biscayne Boulevard<br>Miami, Florida   33132 | Michael Caruso, Esq.<br>Anthony J. Natale, Esq.<br>Orlando do Campo, Esq.<br>Federal Public Defender's Office<br>150 West Flagler Street, Suite 1700<br>Miami, Florida   33130 |
| Jeanne Baker, Esq.<br>Grove Forest Plaza, Suite 202<br>2937 S.W. 27th Avenue<br>Miami, Florida   33133-3703 | Andrew G. Patel, Esq.<br>111 Broadway, Suite 1305<br>New York, New York   10006 |
| Counsel for Defendant Adham Amin Hassoun | Counsel for Defendant Jose Padilla |
| William W. Swor, Esq.<br>645 Griswold Street, Suite 3060<br>Detroit, Michigan   48226 | |
| Counsel for Defendant Kifah Wael Jayyousi | |

Russell R. Killinger
Assistant United States Attorney