**JURY QUESTIONNAIRE (PLEASE ANSWER ALL QUESTIONS)**

1. WHAT IS YOUR NAME, AGE, AND GENERAL AREA OF RESIDENCE (E.G., HIALEAH, KENDALL, SOUTH MIAMI, ETC.)?


2. ARE YOU WORKING? IF SO, WHERE AND WHAT DO YOU DO?


3. ARE YOU MARRIED OR LIVING WITH A SIGNIFICANT OTHER? WHAT DOES THE OTHER PERSON DO FOR A LIVING?


4. DO YOU HAVE CHILDREN? IF SO, WHAT ARE THEIR AGES?


5. HAVE YOU, A MEMBER OF YOUR FAMILY, OR CLOSE FRIEND EVER BEEN IN THE VICTIM OF A CRIME? IF SO, PLEASE EXPLAIN.


6. HAVE YOU, A MEMBER OF YOUR FAMILY, OR A CLOSE FRIEND EVER BEEN ARRESTED OR ACCUSED OF A CRIME? IF SO, PLEASE EXPLAIN.


7. DO YOU HAVE ANY CLOSE FRIENDS OR FAMILY MEMBERS WHO ARE EMPLOYED BY, OR AFFILIATED WITH, ANY LAW ENFORCEMENT AGENCY? IF YES, PLEASE EXPLAIN.


8. HAVE YOU EVER BEEN ON JURY DUTY? IF SO, WAS IT CIVIL OR CRIMINAL? DIDTHE JURY REACH A VERDICT? WERE YOU THE FOREPERSON?


9. PLEASE KEEP IN MIND THAT THE CHARGES IN THIS CASE ARE MERELY ALEEGATIONS AND NOT PROOF OF GUILT. IN FACT, THE DEFENDANTS ARE PRESUMED TO BE INNOCENT. THE DEFENDANTS ON TRIAL ARE RESIDENTS OF SOUTH FLORIDA WHO ARE CHARGED WITH CONSPIRING TO PROVIDE, AND ACTUALLY PROVIDING, FINANCIAL AID AND OTHER SUPPORT TO TERRORISTS IN

PAKISTAN.  DO YOU HAVE ANY KNOWLEDGE OF THIS CASE? IF SO, PLEASE EXPLAIN.

10. THE COURT AND THE PARTIES ESTIMATE THAT TRIAL IN THIS CASE COULD LAST UP TO TWO MONTHS.  IT IS ANTICIPATED THAT THE JURY IN THIS CASE WILL BE SITTING FOUR DAYS PER WEEK, MONDAY THROUGH THURSDAY, FROM 9 A.M. TO 5 P.M.  JURORS WILL BE PAID AN ATTENDANCE FEE OF $40-50 PER DAY DEPENDING UPON LENGTH OF SERVICE.  GIVEN THAT SCHEDULE, WOULD YOU HAVE A SERIOUS AND UNACCEPTABLE HARDSHIP IF CHOSEN FOR THIS CASE?  PLEASE REMEMBER THAT MERE INCOVNENINCE OR THE USUAL FINANCIAL HARDSHIPS OF JURY DUTY ARE NOT ENOUGH TO EXCUSE YOU.

11. THIS CASE INVOLVES ALLEGATIONS OF SUPPORT FOR TERRORISM.  TO REPEAT, THESE ARE ONLY ALLEGATIONS, AND THE DEFENDANTS ARE PRESUMED TO BE INNOCENT.  IS THERE ANYTHING ABOUT THE FACT THAT THIS CASE INVOLVES ALLEGATIONS OF TERRORISM THAT WOULD PREVENT YOU FROM SERVING AS A FAIR AND IMPARTIAL JUROR?

12. HAVE YOU, ANY MEMBER OF YOUR FAMILY, OR CLOSE FRIEND BEEN AFFECTED PERSONALLY BY ANY ACT OF TERRORISM?  IF SO, PLEASE EXPLAIN.

13. ARE YOU FAMILIAR WITH THE ATTEMPTED BOMBING OF NEW YORK CITY'S TIMES SQUARE IN MAY 2010, OR THE BOMBING OF THE MARRIOTT HOTEL IN ISLAMABAD, PAKISTAN IN SEPTEMBER 2008?  IF SO, PLEASE EXPLAIN WHAT YOU KNOW AND HOW.

14. THIS CASE INVOLVES ALLEGATIONS OF SUPPORT FOR A FOREIGN TERRORIST ORGANIZATION CALLED THE PAKISTANI TALIBAN.  ARE YOU FAMILIAR WITH THAT GROUP?  IF SO, PLEASE EXPLAIN.  IF YOU HAVE ONLY HEARD GENERALLY OF A GROUP CALLED THE TALIBAN, BUT NOT SPECIFICALLY THE PAKISTANI TALIBAN, PLEASE EXPLAIN.

15. HAVE YOU,  A FAMILY MEMBER OR CLOSE FRIEND BEEN TO PAKISTAN OR AFGHANISTAN?  IF SO, WHEN, FOR HOW LONG, AND FOR WHAT PURPOSE?

16.     DO YOU HAVE EXTENSIVE KNOWLEDGE OF PAKISTAN?  IF SO, PLEASE EXPLAIN.


17.     HOW FAMILIAR ARE YOU WITH THE ISLAMIC FAITH?  PLEASE DESCRIBE.  DO YOU HAVE ANY STRONG FEELINGS ABOUT THE ISLAMIC FAITH OR PERSONS WHO PRACTICE ISLAM THAT WOULD PREVENT YOU FROM SERVING AS A FAIR AND IMPARTIAL JUROR AND DECIDING THIS CASE BASED SOLELY ON THE EVIDENCE IN COURT?


18.     ARE YOU FAMILIAR WITH ANY OF THE FOLLOWING LOCATIONS:  THE FLAGLER MOSQUE, LOCATED AT 7350 NW 3D STREET, MIAMI, FLORIDA; THE MASJID JAMMAT AL-MUMINEEN, LOCATED AT 7492 WEST SAMPLE ROAD IN MARGATE, FLORIDA; OR THE MADRASSA ARABIA AHYA AL-ALOOM, SWAT VALLEY, PAKISTAN?  IF SO, PLEASE EXPLAIN.


19.     THE DEFENDANTS ON TRIAL ARE UNITED STATES CITIZENS WHO WERE BORN IN PAKISTAN.  THEY ARE ALSO MUSLIMS.  DO YOU HAVE ANY FEELINGS ABOUT MUSLIMS OR PERSONS ORIGINALLY FROM PAKISTAN THAT WOULD PREVENT YOU FROM BEING FAIR AND IMPARTIAL TO EACH OF THE DEFENDANTS, AND TO THE GOVERNMENT, IN THIS CASE?


20.     DO YOU SPEAK THE URDU, PASHTU OR ARABIC LANGUAGES?  IF SO, WHERE AND HOW DID YOU LEARN THEM, AND HOW FLUENT ARE YOU?


21.     HAVE YOU, ANY MEMBERS OF YOUR FAMILY OR CLOSE FRIENDS SERVED IN THE MILITARY OR ANY INTELLIGENCE AGENCY?  IF SO, PLEASE EXPLAIN.


22.     SOME OF THE EVIDENCE IN THIS CASE INVOLVES LEGALLY-OBTAINED RECORDINGS OF CONVERSATIONS ON THE TELEPHONE OR IN PERSON.  DO YOU HAVE STRONG FEELINGS ABOUT THE USE OF SUCH EVIDENCE THAT WOULD

AFFECT YOUR ABILITY TO BE FAIR TO EITHER THE GOVERNMENT OR THE DEFENDANTS? IF SO, PLEASE EXPLAIN.

23. HAVE YOU, ANY MEMBERS OF YOUR FAMILY OR CLOSE FRIENDS WORKED FOR, OR APPLIED TO WORK FOR, ANY OTHER AGENCY OF THE FEDERAL GOVERNMENT? IF SO, PLEASE EXPLAIN.

24. IF YOU ARE CHOSEN AS A JUROR, YOU WILL BE REQUIRED TO BE FAIR AND IMPARTIAL TO BOTH SIDES, AND DECIDE THE CASE BASED SOLELY UPON THE EVIDENCE YOU HEAR IN COURT. FOR EXAMPLE, YOU WILL NOT BE ALLOWED TO READ ANY MEDIA COVERAGE OF THE TRIAL, ON TELEVISION, RADIO OR THE INTERNET. WOULD THOSE REQUIREMENTS BE DIFFICULT FOR YOU TO FULFILL? IF SO, PLEASE EXPLAIN.