# EXHIBIT 1

**United States v. Ryan Wesley Routh**
**Case No. 24-80116-CR-CANNON**

# DEFENSE DISCOVERY DISCLOSURE

| FOLDER: | FILE NAME: | BATES NUMBERS | Nature of Evidence |
|---|---|---|---|
| 1. Books | Big Brother | DEF_00001-DEF_00005 | Non-Character |
| 1. Books | The Unwinnable War | DEF_00006-DEF_00009 | Non-Character |
| 2. Campbox | About Us - Camp Box Honolulu | DEF_00010-DEF_00016 | Character |
| 2. Campbox | Camp Box Ad Pricing Document | DEF_00017 | Character |
| 2. Campbox | Drawing - Camp Box Honolulu | DEF_00018 | Arguably Character |
| 2. Campbox | Hawaii Business Record_Certified | DEF_00019 | Character |
| 3. Eagle Scout | Eagle Scout Application 2-28-80 | DEF_00020-DEF_00021 | Character |
| 3. Eagle Scout | Eagle Scout Award 5-25-80 Guilford College United Methodist Church | DEF_00022 | Character |
| 3. Eagle Scout | Eagle Scout Newspaper Announcement with Photo | DEF_00023 | Character |
| 3. Eagle Scout | Eagle Scout | DEF_00024 | Character |
| 4. Skate Park | Skate Park 3D Model 2 | DEF_00025 | Character |
| 4. Skate Park | Skate Park 3D Model 3 | DEF_00026 | Character |
| 4. Skate Park | Skate Park 3D Model | DEF_00027 | Character |
| 4. Skate Park | Skate Park CGI 2 | DEF_00028 | Character |
| 4. Skate Park | Skate Park CGI | DEF_00029 | Character |
| 4. Skate Park | Skate Park City Council Invite | DEF_00030 | Character |
| 4. Skate Park | Skate Park Drawing | DEF_00031-DEF_00032 | Character |
| 4. Skate Park | Skate Park Explanation Doc | DEF_00033-DEF_00039 | Character |
| 4. Skate Park | Skate Park Layout Sketch 2 | DEF_00040 | Character |
| 4. Skate Park | Skate Park Layout Sketch 3 | DEF_00041 | Character |
| 4. Skate Park | Skate Park Layout Sketch 4 | DEF_00042 | Character |
| 4. Skate Park | Skate Park Layout Sketch | DEF_00043 | Character |
| 4. Skate Park | Skate Park Local News Paper 2 | DEF_00044 | Character |
| 4. Skate Park | Skate Park Local News Paper | DEF_00045 | Character |
| 4. Skate Park | Skatepark closed pg 1 | DEF_00046 | Character |
| 4. Skate Park | Skatepark closed pg 2 | DEF_00047 | Character |
| 4. Skate Park | Skatepark final product | DEF_00048-DEF_00049 | Character |
| 4. Skate Park | Skatepark fundraiser article | DEF_00050 | Character |
| 4. Skate Park | Skatepark parks and rec pg 2 | DEF_00051 | Character |

| 4. Skate Park | Skatepark parks and rec pg 1 | DEF_00052 | Character |
|---|---|---|---|
| 5. Ukraine | (PHOTO) 1 | DEF_00053 | Character |
| 5. Ukraine | (PHOTO) 2 | DEF_00054 | Character |
| 5. Ukraine | (PHOTO) 3 | DEF_00055 | Character |
| 5. Ukraine | (PHOTO) 4 | DEF_00056 | Character |
| 5. Ukraine | (PHOTO) 5 | DEF_00057 | Character |
| 5. Ukraine | (PHOTO) 6 | DEF_00058 | Character |
| 5. Ukraine | (PHOTO) 7 | DEF_00059 | Character |
| 5. Ukraine | (PHOTO) 8 | DEF_00060 | Character |
| 5. Ukraine | (PHOTO) 9 | DEF_00061 | Character |
| 5. Ukraine | (PHOTO)Holding sign woman smiling in background | DEF_00062 | Character |
| 5. Ukraine | (PHOTO) IMG_2638 | DEF_00063 | Character |
| 5. Ukraine | (PHOTO) Kneeling with Ukranian Flags | DEF_00064 | Character |
| 5. Ukraine | Military Recruiting Shirt | DEF_00065 | Character |
| 5. Ukraine | (PHOTO) Suit and Tie in Kyiv | DEF_00066 | Character |
| 5. Ukraine | Ukraine Song - We are One-Designed for Kids-- Newest version 2024 | DEF_00067-DEF_00070 | Character |
| 5. Ukraine | (PHOTO) X Shirt next to banner | DEF_00071 | Character |
| 5. Ukraine | (PHOTO) 1_Ammunition Box_Front | DEF_00072 | Non-Character |
| 6. Miscellaneous | 2_Ammunition Box_Back | DEF_00073 | Non-Character |
| 6. Miscellaneous | 3_Two Malfunction Rounds | DEF_00074 | Non-Character |
| 6. Miscellaneous | At the Capitol | DEF_00075 | Character |
| 6. Miscellaneous | Burning Trash Problem Article | DEF_00076 | Character |
| 6. Miscellaneous | Church Bulletin Announcing Order of the Arrow July 9, 1978 | DEF_00077 | Character |
| 6. Miscellaneous | Faith in Action letter of recommendation | DEF_00078 | Character |
| 6. Miscellaneous | Fight for Ukraine – ██████████_███4 | DEF_00079-DEF_00090 | Arguably Character |
| 6. Miscellaneous | First house remodel | DEF_00091 | Character |
| 6. Miscellaneous | Greensboro News and Record Article - August 27, 1991 - Rapist Story | DEF_00092 | Character |
| 6. Miscellaneous | Greensboro News and Record Article -Rapist - Part 2 | DEF_00093 | Character |

| | | | |
|---|---|---|---|
| 6. Miscellaneous | Greensboro News and Record Photo Taken of Ryan on a Pretty Day | DEF_00094 | Character |
| 6. Miscellaneous | Haiku Stairs Hawaii | DEF_00095 | Character |
| 6. Miscellaneous | Halloween pg 1 | DEF_00096 | Character |
| 6. Miscellaneous | Halloween pg 1 | DEF_00097 | Character |
| 6. Miscellaneous | (PHOTO) IMG_2082 | DEF_00098 | Character |
| 6. Miscellaneous | (PHOTO) IMG_2215 | DEF_00099 | Character |
| 6. Miscellaneous | (PHOTO) IMG_2233 | DEF_00100 | Character |
| 6. Miscellaneous | Inman house donation project pg2 | DEF_00102 | Character |
| 6. Miscellaneous | Inman house donation project pg1 | DEF_00101 | Character |
| 6. Miscellaneous | Letter from Gressboro Pregancy Care Center | DEF_00103 | Character |
| 6. Miscellaneous | Letter of Appreciation 2 | DEF_00104 | Character |
| 6. Miscellaneous | Letter of Appreciation | DEF_00105 | Character |
| 6. Miscellaneous | Letter of Recommendation | DEF_00106 | Character |
| 6. Miscellaneous | Letter of Recommendation from Alamance Presbyterian Church | DEF_00107 | Character |
| 6. Miscellaneous | NC Certified Deed | DEF_00108-DEF_00110 | Non-Character |
| 6. Miscellaneous | Noise Pollution | DEF_00111-DEF_00112 | Character |
| 6. Miscellaneous | Roofing Charity for Mentally Disabled | DEF_00113 | Character |
| 6. Miscellaneous | Stadium Debate in Hawaii Article | DEF_00114-DEF_00115 | Character |
| 6. Miscellaneous | Taiwan Foreign Legion | DEF_00116-DEF_00125 | Character |
| 6. Miscellaneous | Tire Swing Article | DEF_00126 | Character |
| 6. Miscellaneous | Ukraine Article | DEF_00127 | Character |
| 6. Miscellaneous | UNCG Letter of Appreciation | DEF_00128 | Character |
| 6. Miscellaneous | Vote Ryan Routh Screenshot | DEF_00072 | Character |
| 6. Miscellaneous | (PHOTO) White Ford | DEF_00129 | Non-Character |
| 6. Miscellaneous | (PHOTO) With Chef Jose Andres | DEF_00130 | Character |
| 6. Miscellaneous | (PHOTO) With Laborers at Construction Project | DEF_00131 | Character |