# EXHIBIT 2

Dear World,

This was an assassination attempt on Donald Trump but I am so sorry I failed you. I tried my best and gave it all the gumption I could muster. It is up to you now to finish the job; and I will offer $150,000 to whomever can complete the job.

Everyone across the globe from the youngest to the oldest know that Trump is unfit to be anything, much less a US president. U.S. presidents must at bare minimum embody the moral fabric that is America and be kind, caring and selfless and always stand for humanity. Trump fails to understand any of

8