# EXHIBIT 4

| | | |
|---|---|---|
| Date: 04/03/2025 | Federal Bureau of Prisons | Facility: MIM |
| Time: 03:14 PM | TRULINCS | |
| | Message | |
| | Sensitive But Unclassified | |

## Message

FROM: 35967511 ROUTH, RYAN WESLEY
TO: "Sara Routh" <████████████████>
SUBJECT: Sample apology of Oran for court
DATE: 03/25/2025 08:50 PM

Hey Sara,
Perhaps this could be my apology to the judge from a parent for his son.  Maybe you can print this and mail a copy to the judge prior to sentencing as an apology from me, as I am ultimately responsible for my child and I obviously failed him in the parenting department. So this does land on me.  And I do need to apologize.  I have typed these first sentences after typing this whole letter, so this note was generated from Oran's perspective, but anyone reading it can view it as my thoughts of remorse. Perhaps it is a lesson to all parents to talk about such things with our kids and try to ensure that these sorts of things do not happen.  I failed to communicate with my son the important morals of life and made a gross error.  I had thought it all music and video games, but seems I was wrong.  It is a modern age and I did not keep up with the times.  Now I know, but quite too late. We had thought we had done good, when he was top of his class in Middle School, but we failed at the most important lessons of human rights.  We are fools.  While I am old and unimportant, I do hope that as he is young that he can get life back together and be useful for society.  I would take his time if I could as I am useless.
But yes, if you can please print this and mail it to the judge and prosecution and defense council  for me, as well as Oran for what it is worth.  I am sure Oran will discard this, so I wish for someone to have the thoughts as worthless as they are. (you can cut the top part off with scissors and mail it to Oran.) Again since this was designed and addressed to Oran it is far more edgy and rough to appeal to his more combative personality.  If I were to create a letter just from myself to the senten cing Judge and others it would certianly be more meek, mild, modest and humble.  I can certainly generate that draft if desired at any moment. Perhaps Sara you can include my prior emails and letter to Oran on the subject as they may be more soft and focus on childrens and human rights more wholey.  I also did not put much time into this as I assume Oran might not even read it, since it comes from me--the root of his problems.

For Oran, If you can print and mail to him, as some thoughts he may wish to use.

It is with an extremely heavy heart that I apologize today.  The events of our world have now brought a new realization of what is important in life.  We have two vastly different schools of thought currently.  One that stands for morality, human life, humanity, love, kindness and caring and another that stands for power, greed, control, abuse, sexual abuse and not regard for human life or human rights.  And I sadly have found myself unfortunately in with that second group by my mistakes and actions, and it is not where I wish to be.  American is founded wholly on the most basic natural human rights and I as well as others have lost sight of that.  I and we do not have respect for women and girls and children and minorities and all of our fellow humans.  I do not wish to be a part of this disrespectful clan. Our greatest duty as human-beings is to merely care for one another, and I have failed to do that, and we are failing at that now. I must do better. I see now that I want no part of this wretched group.  I want to be found among the kind, the caring, the humble, the modest, the compassionate, the everything that an American should be. I wish to be that person.  A proper embodiment of America, not the misguided fool I once was and we now often see. I fully understand our Bill of Rights now and that we all are created equal.  I grasp Thomas Paine's Rights of Man and how we must protect one another and guard against evil and especially protect our children as they are the future for us all.  Life and liberty and the pursuit of happiness applies to everyone across the globe and certainly our children and I have violated that most sacred honor and virtue in greedy and selfish endeavors.  I am sad of the ranks I have joined.  My fellowman that I have betrayed.  You should expect better of me and I of myself.  I have let myself down for not putting the welfare of others ahead of my own.  How arrogant and rude. I am sorry. How I wish to land on the side of decency, and good, and caring for my fellowman, and freedom and democracy and all that it stands for, for all humanity and the hope it promises.  That is the side I wish to now be on.  Out of the egocentric self-serving path of many now, turning rather to selflessness and altruism and giving far more that we take. Yes, this is where I should have been all along, but dark days for me and us all have shown that I must change my thinking.  My thoughts and ways were un-American and unacceptable in any country's on this great earth. 17,000 children have been killed in Gaza alone, and countless rape in Haiti, Sudan and the Democratic Republic of Congo and everywhere and I do not with to be tied to that camp or thinking, it is repugnant.  I would think my punishment more fitting to be sent to Haiti or guard against rapist and abuse and to protect the women of that country.  Or to the Democratic Republic of the Congo to serve with  the UN forces to ensure the women are safe and protected from Rwandan thugs.  I would much rather be useful in my repentance and perhaps be a human shield for a woman or child to protect them from harm rather than sit useless in an American prison costing tax dollars. I do not know how to guard against sexual abuse in Russia, China or the White House but I will gladly take the place of an Islamic woman unjustly imprisoned for simply standing up for her natural human

Date:   04/03/2025
Time:   03:14 PM

Federal Bureau of Prisons
TRULINCS
**Message**
Sensitive But Unclassified

Facility: MIM

rights-that would be my honor.  What more poignant display of my regret and repentance than for a American male to take over the sentence of an Iranian female the merely wishes the freedom to be who she is.  I think that it speaks volumes about building partnerships with our fellowman around the world to gently push change forward in our respective governments and work together towards a better more peaceful world. The civilians of Iran and the US and all nations must stand together and work together for peace, happiness and prosperity.  We cannot allow leaders that seize power to destroy all of our lives.  Please let me do my time in the Evan prison in Tehran in exchange for any Iranian woman that needs to get back to her family and perhaps children.  I will gladly face torture and perhaps death in exchange for her freedom, as it is the right and proper thing to do for humanity. (note-perhaps this section first) You and I as civilians must build the bonds with civilians around the globe to make change.  We must push to end sanctions on the Iranian people and ensure that a nuclear bomb does not wipe out Israel--it is up to us.  We must make peace in Gaza and everywhere. It is our obligation to care for our fellowman.  I have not thus far cared for my fellowman as I should have, and I beg for the opportunity to show the world that I will do better at my responsibility.  Please let me atone for my sins in a meaningful way and not in a wasteful way, so that I am useful and productive for our world.  Please do not let this opportunity pass for us to help another person that is suffering in another place.  We must share their struggles and let them know that people do care and that their is Hope in the world.  We cannot let this new administration eliminate the hope that every civilian on this great planet turned to us to help keep them alive and motivated.  We cannot let this foul new administration stand by as our fellowman loses all hope in the world and ends up jumping off a tall building or hanging themselves from a tree in a park.  I cannot sleep knowing that all of those that live with the thought that some day that the US would save them from their hell, now have lost faith in us and our dedication to their wellbeing.  I and we must reinstill that faith in America that we will someday come and save them from the abuse and horror they face.  While I am insignificant and meaningless I do hope that I can land on the right side of humanity and perhaps push the scales of good in the right direction perhaps just the smallest amount.  We each must do all we can to push away from evil, abuse, tyranny and try to guide our world toward goodness, kindness and caring at every opportunity.  If we all do our very best perhaps we can work ourselves our of this great mess that we are in.  I hope that your honor-the judge will grant me the opportunity to use myself in this case as an example of what not to do and to grant me the extreme privilege's of sending me in trade of defense of human rights.  I beg of you to make me useful for the world and to show the world how selfless and generous Americans are as I stand for the wellbeing of my fellowman.  We have lost our US AID so now we must fill that void with prisoners from America to continue that work.  Please let me lead those efforts lost in Africa or offering aid in Gaza,  or any place where US AID was saving lives.  Please install my ankle monitor and put us to work.  We cannot fail to support failing democracies.  US AID was the only arm that promoted democracy against tyranny and our new tyrannical government discarded it.  Much like the Peace Corp, we must not let prison dollars go to waste and useful humans sit idle as the world falls apart.  Part of our rehab should be helping others that are less fortunate and in need.  What better lesson is there of people that have committed crimes and do not see the value of human life and the wonderful opportunities that America affords, than to send us to places of conflict and struggle and see how horrible life can be.  We can gladly partner with Jose Andres and the World Central Kitchen and work to feed the hungry in Gaza or Sudan or Ukraine or wherever the court wishes.  Why not grant Jose Andres a volunteer staff that does not need pay to be his faithful servants and keep others from starving.  With the US incarceration rate the highest in the world we make these citizens a liability when they could be an asset.  Average citizen GDP is 88,000 per year and we should rehab our inmates and make them useful, just as Russia has put its inmates on the front lines of Ukraine, we must be creative and do the same.  I will gladly go and fight for Ukraine to defend freedom and democracy, as I am sure thousands of US inmates would; it would be an honor.  As Trump has filled our prisons we must all find ways to release the strain and cost and remove the tax burden and use this asset to help change history.  If Trump stops the financial support for Ukraine then democrats must shore up the war with labor from prisons to show Ukraine that we still care about democracy and human life.  I and my father will gladly go and serve and represent America in this fight. How can Russia be more innovative than America and put us to shame.  We must be more creative and more determined and see the value of standing with our Ukrainian brothers and sisters.  We cannot abandon them, no matter what this administration does; we must fight.  Just because half of our country does not stand for democracy does not mean the other half should not.  We must stay on course and never falter or waver from our American ideals. It is all we have. Our forefathers demand that of us-it is the least we can do.  We cannot fail them.  As the world is more divided we cannot let dictators win at this critical moment.  Put all of our inmates in the fight for good.  We will not let you down.  We are strong and determined to defend democracy and humanity.  Please put we inmates to work for the good of the world.
I am so extremely sorry for my crimes.  We all often think that we are far removed from the initial crime and thus think in our minds that we are responsible or someone think it is victimless, but we are wrong.  We are all responsible for the care of our neighbors locally and around the world.  So we all are task with caring for one another and especially our children and youth.  I hope that you will find a way for me to be useful towards this fight and do some good in the world and make a good example of me for others to follow.  I do not wish to be hidden away in some basement, but rather beaten out in public or rather seen for protecting others or for fighting for democracy or helping others in a humanitarian capacity.  Would that not be more valuable to show the sinner at work repaying his community and his world through good work.  Is that not what our system is designed to do; to rehabilitate those that have wronged.  It is a given that I am not a danger to civilians and the community so working with others to make the world a better place is simple and easy for me.  Working with a team is what my job is normally to make

| | | |
|---|---|---|
| Date: 04/03/2025 | Federal Bureau of Prisons | Facility: MIM |
| Time: 03:14 PM | TRULINCS | |
| | **Message** | |
| | Sensitive But Unclassified | |

events happen and pull a team together to get things done on a timeline and do well at that.
I'm out of characters.
Ryan Routh