UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

Defendant.
_____/

**Filed Under Seal**



FILED BY _____ D.C.
JUL 28 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF FILING GOVERNMENT'S WITNESS LIST

The United States of America, through undersigned counsel, respectfully files the attached Government's Witness List under seal. Per the Court's *ore tenus* order on July 25, 2025, and paperless order (ECF No. 212), this witness list is being filed under seal and will be mailed to Defendant Ryan Wesley Routh, *pro se,* at the Federal Detention Center in Miami, Florida. The Court indicated it would make this filing public at the time of Calendar Call on September 2, 2025. Importantly, some of the witnesses listed in the attached may not be called during the Government's case-in-chief as they are subject to the Court's anticipated evidentiary rulings. However, the Government has included such witnesses on the list in an abundance of caution.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
John C. Shipley
Florida Bar No. 69670
Christopher B. Browne
Florida Bar No. 91337
Maria K. Medetis Long
Florida Bar No. 1012329
Assistant United States Attorneys

U.S. Attorney's Office
Southern District of Florida
99 Northeast 4th Street, 8th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9111
E-mail: John.Shipley@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2025, I filed the foregoing notice and witness list under seal with the Clerk of the Court. I FURTHER CERTIFY that a copy of the notice and witness list were mailed, via United States regular mail, to *Pro Se* Defendant Ryan Wesley Routh at the address noted below.

_____
Assistant United States Attorney

Ryan W. Routh, *Pro Se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101

3

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RYAN WESLEY ROUTH

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-Cannon

| PRESIDING JUDGE<br>Honorable Aileen M. Cannon | PLAINTIFF'S ATTORNEY<br>AUSA John C. Shipley | DEFENDANT'S ATTORNEY<br>Ryan Wesley Routh, Pro Se |
|---|---|---|
| TRIAL DATE(S)<br>September 8, 2025 - October 3, 2025 | COURT REPORTER<br>Laura E. Melton | COURTROOM DEPUTY<br>Susana Moran |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Robert Fercano, Special Agent, United States Secret Service |
| | | | | | Tommy C. McGee |
| | | | | | Jorge A. Gomez. Jr., Sergeant, Palm Beach County Sheriff's Office |
| | | | | | Jason B. Harris, Special Agent, United States Secret Service |
| | | | | | Travas M. Holland, Sergeant Technician, United States Secret Service |
| | | | | | Kenneth Mays, Detective, Palm Beach County Sheriff's Office |
| | | | | | William Gale, Lieutenant, Palm Beach County Sheriff's Office |
| | | | | | Austin Laufer, Detective, Palm Beach County Sheriff's Office |
| | | | | | Christopher M. Mayo, Special Agent, Federal Bureau of Investigation |
| | | | | | Erin E. Casey, Operational Media Specialist, Federal Bureau of Investigation Forensic |
| | | | | | Kathryn A. Rose, Special Agent, Federal Bureau of Investigation |
| | | | | | Jose A. Loureiro, Special Agent, Federal Bureau of Investigation |
| | | | | | Erin Farais, Physical Scientist, Federal Bureau of Investigation |
| | | | | | Erich D. Smith, Firearms/Toolmark Examiner, Federal Bureau of Investigation |
| | | | | | Kristin Bailey, Special Agent, Federal Bureau of Investigation |
| | | | | | Stephanie Stewart, Physical Scientist/Forensic Examiner, Federal Bureau of Investigation |
| | | | | | Michael F. Kelly, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives |
| | | | | | A. Scott Patterson, Supervisory Special Agent, Federal Bureau of Investigation |
| | | | | | Curtis D. Gaul, Biologist, Federal Bureau of Investigation |
| | | | | | Kara R. Gregor, Biologist - Forensic Examiner, Federal Bureau of Investigation |
| | | | | | Nicholas Schnelle, Special Agent, Federal Bureau of Investigation |
| | | | | | Cindy H. Barrois, Special Agent, Federal Bureau of Investigation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. RYAN WESLEY ROUTH | | | | | CASE NO. 24-80116-CR-Cannon |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | | | | | Aaron Thompson |
| | | | | | Ronnie Jay Oxendine |
| | | | | | Charles Batten, Sergeant, Guilford County Sheriff's Office |
| | | | | | Samuel Plata |
| | | | | | Lazaro Plata |
| | | | | | Tracy L. Fulk |
| | | | | | Christian Plata |
| | | | | | Rachel A. Clay, Document Analyst - Forensic Examiner, Federal Bureau of Investigation |
| | | | | | Randy S. Walters, Destructive Device Examiner, Bureau of Alcohol, Tobacco, Firearms and Explosives |
| | | | | | Garett L. Foo, Special Agent, Federal Bureau of Investigation |
| | | | | | Matthew S. Perry, Special Agent, Federal Bureau of Investigation |
| | | | | | John A. Maser, Special Agent, Federal Bureau of Investigation |
| | | | | | Jerry Llanes, Digital Forensic Examiner, Federal Bureau of Investigation |
| | | | | | Laura E. Haller, Digital Forensic Examiner/Special Agent, Federal Bureau of Investigation |
| | | | | | Patrick M. Lantry, Task Force Officer, Federal Bureau of Investigation |
| | | | | | Gregory L. Turner, Special Agent, Federal Bureau of Investigation |
| | | | | | Kenny Smith, Detective, Palm Beach County Sheriff's Office |
| | | | | | Christian Hlinka, Special Agent, United States Secret Service |
| | | | | | Federal Bureau of Prisons Records Custodian |
| | | | | | Palm Beach County Main Detention Center Records Custodian |
| | | | | | Christopher Adam Goodrich, Federal Bureau of Investigation |
| | | | | | Kimberly J. McGreevy, Supervisory Special Agent, Federal Bureau of Investigation |
| | | | | | Steven Barge, Deputy, Palm Beach County Sheriff's Office |
| | | | | | Julie Chehab, Crime Scene Investigator, Palm Beach County Sheriff's Office |
| | | | | | Tad Humprheys |
| | | | | | Nicholas Riceputo |
| | | | | | Husamettin Akhan |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. RYAN WESLEY ROUTH | | | | | | CASE NO. 24-80116-CR-Cannon |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | | | Deniz Gun | |

Page 3 of 3 Pages