United States District Court
Southern District of Florida

United States of America

vs

RYAN WESLEY ROUTH

Defendant

Case # 24-80116 CR-AMC

Motion Rule of Procedure 17B

Defendants Ex Parte motion to subpoena witness and pay travel expenses. Defendant needs these witnesses to support lack of INTENT which is the whole of this trial. Each witness will testify to the fact that defendant is not dangerous.

As an indigent defendant I cannot pay travel fees.

Ryan Wesley Routh
# 33967511
Miami Florida
BOP

[signature]