UNITED STATES DISTRICT COURT
SOUTHERN DISTRCT OF FLORIDA

CASE NO. 24- CR- 80116  AMC

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH

Defendant,
---------------

MOTION TO COMPEL DEFENSE DOCTORS EXPERT WITNESSES AND SUBMIT DOCTORS" REPORTS UNDER SEAL

Defendant, Ryan Wesley Routh would like to compel the expert testimony of doctors Heather Holmes Psyd. and Rodolfo A Buigus PHD.. They are needed to provide invaluable evidence under Rule 404 2a- "...a defendant may offer evidence of the defendants' pertinent trait." While I am told by my prior/standby counsel that the deadline for expert witnesses was March 28th, it appears to have been a gross oversight on the part of my prior appointed counsel to submit the very important findings of both doctors to the court and jury to fullfill Rule 102- "..to the end of ascertaining the truth and securing just determination." I apologize for the delay in submitting, but as the/the prosecution has submitted 45 experts, it seems only fair that I be allowed to have three for quick short testimony. The Buigas report is already under seal and I would request that the Heather Holmes report also be filed under seal. These are both highly trained doctors that do not need selling or defending and speak to -Intent, Intent, Intent.  Subpoena and pay experts please.

Ryan Wesley Routh
35967511
P O Box 019120
Miami, FL 33101

*[signature]*