UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

    Defendant.
_____/

### ORDER ON ANONYMIZATION OF JURY AND PARTIAL SEQUESTRATION

**THIS MATTER** comes before the Court upon a *sua sponte* review of the record. On July 12, 2025, the Court entered an Order on Jury Selection Procedures and Courtroom Logistics [ECF No. 196]. In that Order, the Court memorialized the parties' agreement that jurors' names will remain anonymous at all times throughout trial [ECF Nos. 172, 196]. The Court found that measure "necessary in this case to preserve the fair administration of justice and to protect jurors from potential harassment and intimidation" [ECF No. 196 p. 2]. Grounded in that same interest, the Court discussed the potential partial sequestration of jurors with the parties at the August 8, 2025, Pretrial Conference [ECF No. 225]. Both the United States and *pro se* Defendant expressed agreement with this procedure.

Upon further consideration, the Court concludes that partial sequestration of the jury is warranted in this case to preserve juror anonymity and privacy in light of media coverage, prevent from potential harassment or intimidating contact, and serve the fair administration of justice under the circumstances. *See United States v. Koubriti*, 252 F. Supp. 2d 418, 420 (E.D. Mich. 2003). The Court therefore exercises its discretion to partially sequester the jury in this case. *See United States v. Brown*, 250 F.3d 907, 919 (5th Cir. 2001).

CASE NO. 24-80116-CR-CANNON

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. There shall be no public reference in these proceedings to juror names, addresses, phone numbers, specific identifiers, or other comparable information except as permitted by the Court if demonstrated to be necessary for jury selection or other inquiry.

2. The jurors selected in this case will be partially sequestered throughout the duration of trial, including lunch and any other breaks.

3. The United States Marshal shall facilitate a convenient and confidential pick-up and drop-off location for jurors each day. The Marshal shall pick up the jurors at this location and take them to the courthouse each day; and then drop them off at the location at the conclusion of trial each day. Additionally, pursuant to further direction from the Marshal, the jurors will remain partially sequestered during lunch or any other breaks.

4. No further sequestration is warranted at this juncture.

5. The Court will make every attempt to minimize the extent to which anonymity and partial sequestration may influence the jury by informing the venire that the additional security serves to protect their privacy.

**ORDERED** in Chambers in Fort Pierce, Florida, this 8th day of August 2025.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record / standby counsel

Ryan Routh, *pro se* (via standby counsel)

United States Marshal