UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____:

### NOTICE OF ADDITIONAL INFORMATION RELATED TO DEFENDANT'S PRO SE PLEADING AT DE 232

Undersigned counsel, as standby counsel for pro se defendant Ryan Wesley Routh, contacted legal counsel for the Federal Detention Center in Miami (FDC Miami) regarding Mr. Routh's lack of access to a printer and his related motion at DE 232. On August 11, 2025, a legal advisor for FDC Miami advised that with a Court order "specifically allowing [Routh] daily access to a printer" that they "can facilitate this [request for a printer] in a safe way." Pursuant to the Court Order at DE 208, providing Mr. Routh with assistance as requested, undersigned counsel hereby notifies the Court and the government that FDC Miami would make this accommodation with an order of the Court.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender

1

Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Kristy_Militello@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. A printed copy was mailed to defendant, Ryan Routh.

*s/ Kristy Militello*
Kristy Militello