UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

RYAN WESLEY ROUTH,
        Defendant.
_____:

**STANDBY COUNSELS' NOTICE OF COMPLIANCE**

Undersigned counsel, as standby counsel for pro se Defendant Ryan Wesley Routh, hereby files this Notice of Compliance to the Court's Orders Denying in Part and Granting in Part Pro Se Defendant's Motion to Subpoena Witnesses (DE 242) and this Court's Sealed *Ex Parte* Supplement to Order Denying in Part and Granting in Part Defendant's Motion to Subpoena Witnesses under Rule 17(b).

        Respectfully submitted,

        HECTOR A. DOPICO
        Federal Public Defender

        *s/ Kristy Militello*
        Kristy Militello
        Assistant Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 0056366
        250 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        (561) 833-6288 - Telephone
        Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. A printed copy was mailed to defendant, Ryan Routh.

          *s/ Kristy Militello*
          Kristy Militello