UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
**INDEX TO GOVERNMENT'S THIRTEENTH SDO RESPONSE**
**(Bates Range Nos.: Gov063825-Gov064059)**

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| >[1] 01_LE Reports | - LE Reports Combined.pdf | (Gov063825-Gov063859) |
| > 02_Records | - Records Combined.pdf | (Gov063860-Gov064058) |
| > 03_Separate Drive | - Third Party Security Camera Footage | (Gov064059) |

---

[1] ">" denotes a folder.