UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH,**

    Defendant.

_____/

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE
TO BRING FIREARM AND AMMUNITION INTO COURTHOUSE AND COURTROOM**

**THIS MATTER** comes before the Court upon the United States' Motion for Leave to Bring a Firearm and Ammunition into the Courthouse and Courtroom (the "Motion") [ECF No. 239]. Upon review of the Motion, and being fully advised of the premises, the Motion is **GRANTED**.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The United States, through Special Agents with the Federal Bureau of Investigation ("FBI"), are hereby permitted to bring the following items into the Alto Lee Adams, Sr. U.S. Courthouse in Fort Pierce, Florida and Courtroom 4008 for the period beginning September 8, 2025, through the completion of trial in the above referenced matter:

    a. One (1) Norinco SKS 7.62 x 39 mm semi-automatic rifle (rendered safe)

    b. One (1) empty magazine, detached and separately packaged from the SKS semi-automatic rifle

    c. Twenty (20) live rounds of 7.62 x 39 mm ammunition, separately packaged from the SKS semi-automatic rifle

    d. One (1) cartridge casing stamped with Hornady .45 Colt

    e. Six (6) large caliber rounds of ammunition

    f.   Forty (40) shotgun shells

2. It is further ordered that the above referenced firearm and ammunition will be transported into the courthouse and courtroom by Special Agents of FBI; these items will remain in the custody and control of the FBI when not being handled by a testifying witness; and these items will not be left unattended by the FBI at any time during the trial.

**ORDERED** in Chambers in Fort Pierce, Florida, this 26th day of August 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record / standby counsel

Ryan Routh, *pro se* (via standby counsel)

United States Marshals Service