UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____:

## UNOPPOSED MOTION FOR ACCOMODATIONS FOR STANDBY COUNSEL

Attorneys Kristy Militello and Renee Sihvola, as Standby Counsel to Ryan Routh, respectfully request various accommodations to perform their duties.

First, standby counsel requests permission for use of laptop computers throughout the duration of trial, commencing September 8, 2025. These devices would be used for various administrative tasks and notetaking, research, and other trial preparation purposes. Importantly, the discovery is so voluminous that an entire copy of it is only accessible on a hard drive. If discovery is needed during the trial, standby counsel will need access to a computer.

Secondly, standby counsel requests the Court's assistance in obtaining a locked attorney room for the duration of the trial. In the past, undersigned counsel has been granted such a room to store a printer, confidential printed discovery, and personal belongings. Unlike the government, standby counsel does not have an office in the

1

courthouse, and as such, undersigned counsel has made this request in the past and the Court has granted such accommodations.

On August 28, 2025, undersigned counsel contacted counsel for the government for their position on this motion, and AUSA John Shipley advised that the government does not oppose this motion.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                *s/ Kristy Militello*
                                                Kristy Militello