AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF _____

_____

## EXHIBIT AND WITNESS LIST

_____ V. _____

Case Number: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX1 | Norinco SKS semi-automatic rifle found at Trump International Golf Club (hereinafter "TIGC") |
| | | | GX2 | Magazine attached to Norinco SKS semi-automatic rifle found at TIGC |
| | | | GX3 | Nineteen (19) live 7.62 x 39 mm rounds of ammunition from magazine found at TIGC |
| | | | GX4 | One (1) live 7.62 x 39 mm round of ammunition from chamber of Norinco SKS semi-automatic rifle found at TIGC |
| | | | GX5 | Scope from Norinco SKS semi-automatic rifle found at TIGC |
| | | | GX6 | Components of scope attached to Norinco SKS semi-automatic rifle found at TIGC |
| | | | GX7 | From GX301:  3/24/2004 Text message thread between Routh and unknown individual who offers to buy firearm for Routh |
| | | | GX8 | From GX301:  7/12/2024 to 8/30/2024 Text message thread between Routh and Tina Cooper re firearms purchase |
| | | | GX9 | 8/2/2024 Text message thread between Tina Cooper and Ronnie Oxendine about Norinco SKS semi-automatic rifle cleaning kit and locations of serial numbers on rifle |
| | | | GX10 | From GX301:  Two photos of Norinco SKS semi-automatic rifle cleaning kit |
| | | | GX11 | 9/19/2024 Text message thread between Tina Cooper and Ronnie Oxendine about obstructing FBI investigation |
| | | | GX12 | From GX300: Photo of Routh wearing mustard colored Vans shoes holding Norinco SKS semi-automatic rifle |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX13 | From GX300: Photo of Routh wearing mustard colored Vans shoes holding Norinco SKS semi-automatic rifle |
| | | | GX14 | From GX300: Photo of Routh wearing mustard colored shoes holding Norinco SKS semi-automatic rifle |
| | | | GX15 | From GX300: Photo of Routh wearing mustard colored Vans shoes holding Norinco SKS semi-automatic rifle |
| | | | GX16 | From GX300:  Screenshot of search for 7.62 x 39 SKS rifle versus AK47 rifle |
| | | | GX17 | From GX300:  Photo of Routh wearing torn jeans and mustard colored Vans shoes, holding Norinco SKS Rifle |
| | | | GX18 | From GX300:  Photo of Routh wearing torn jeans and mustard colored Vans shoes, holding Norinco SKS Rifle |
| | | | GX19 | From GX300:  Photo of Routh wearing torn jeans and mustard colored Vans shoes, holding Norinco SKS Rifle |
| | | | GX20 | From GX302:  Photo of Norinco SKS semi-automatic rifle in tree (file name "trashed") |
| | | | GX21 | From GX300:  9/13/2024 3:18:59 PM(UTC+0) -- Website visit to guns.com "Gear review: UTG sight tool for AK/SKS style rifles :: Guns.com" |
| | | | GX22 | From GX300: photo from website guns.com "Gear review…" |
| | | | GX23A-Z | Photos taken by expert Erich Smith |
| | | | GX25 | Photo of Norinco SKS semi-automatic rifle, magazine detached |
| | | | GX26 | Photo of Norinco SKS semi-automatic rifle, close up of scope with tape showing |
| | | | GX27 | Photo of Norinco SKS semi-automatic rifle, close up of incomplete serial number |
| | | | GX28 | Photo of Norinco SKS semi-automatic rifle, close up of incomplete serial number |
| | | | GX29 | Photo of Norinco SKS semi-automatic rifle with evidence marker |
| | | | GX30 | Photo of Norinco SKS semi-automatic rifle with evidence marker |
| | | | GX31 | Photo of Norinco SKS semi-automatic rifle magazine |
| | | | GX32 | Photo of ammunition from Norinco SKS semi-automatic rifle chamber |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX33 | Photo of Norinco SKS semi-automatic rifle |
| | | | GX34 | Photo of Norinco SKS semi-automatic rifle scope |
| | | | GX35 | Photo of Norinco SKS semi-automatic rifle magazine |
| | | | GX36 | Photo of bullet casing in Nissan Xterra glove box -- Hornady .45 Colt |
| | | | GX38 | Photo of bullet casing in Nissan Xterra glove box -- Hornady .45 Colt |
| | | | GX39A-D | 4 Photos of clothing, tools, and other items found in Nissan Xterra |
| | | | GX41 | Photo of drill bit set found in Nissan Xterra |
| | | | GX42 | Old Navy brand ripped jeans found in Nissan Xterra |
| | | | GX43 | Two used rolls of black electrical tape found in Nissan Xterra |
| | | | GX44 | One pair of mustard colored Vans shoes found in Nissan Xterra |
| | | | GX45 | Ammunition cartridge casing with Hornady .45 Colt stamp found in Nissan Xterra |
| | | | GX46 | GX301:  Cellebrite extraction -- call log for GX301 showing calls to number ending in 9646 |
| | | | GX100 | "Dear World" letter (**Pending court ruling**) |
| | | | GX101 | From GX301:  8/25/2024 to 8/30/2024 -- Text message thread from Routh re gun show and .50 caliber rifle from Labelle, FL gun show operator (same number as flyer) |
| | | | GX103 | From GX301:  7/30/2022 7:49:38 PM(UTC+0) -- Signal private message about AK47 400 meter range |
| | | | GX104 | From GX301:  7/17/2024  -- Signal private message thread from Routh requesting "RPG or Stinger" missile launcher and "Tramp has a shot" |
| | | | GX105 | From GX301:  8/25/2024 6:25:08 PM(UTC+0) -- Signal private message from Routh requesting "help ensuring that [Trump] does not get elected" |
| | | | GX106 | From GX302:  8/30/2024 10:29:38 PM(UTC+0) -- Text message from Routh "in case I die..." |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX107 | From GX301:  9/08/2024 to 9/10/2024 -- Text message thread from Routh "Can you keep my letter private and just between us...please." |
| | | | GX108 | From GX301:  9/14/2024 6:43:04 PM(UTC+0) to 9/14/2024 8:07:41 PM(UTC+0) -- Text message thread from Routh "It is just a project I am working on in florida…" |
| | | | GX109 | From GX301:  9/15/2024 4:55:33 PM(UTC+0) -- Text message from Routh to family |
| | | | GX110 | From GX301:  9/15/2024 4:55:43 PM(UTC+0) to 9/15/2024 9:37:57 PM(UTC+0) -- Text message thread from Routh to family |
| | | | GX112 | From GX301:  9/15/2024 4:56:06 PM(UTC+0) -- Text message from Routh to family |
| | | | GX113 | From GX301:  9/15/2024 4:56:41 PM(UTC+0) to 9/15/2025 5:02:05 PM(ITC+0) -- Text message from Routh to family |
| | | | GX115 | From GX300:  Call log for GX300 (calls to three different gun stores in April) |
| | | | GX116 | 7/27/2024 6:35:52 PM (UTC)  -- Text message thread from Tina Cooper to Ronnie Oxendine "Ryan plane lands at 100 to.orrow" |
| | | | GX117 | 8/23/2024 9:34:35 PM(UTC) -- Text message thread from Tina Cooper to Ronnie Oxendine "Ryan said u got a 50caliber for sale" |
| | | | GX118 | From GX301:  2/3/2024 3:14:29 AM(UTC) -- Whatsapp chat about sniper concealment in President Kennedy assassination |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX119 | From GX300:  Screenshot of Google search listing local hospitals in West Palm Beach area |
| | | | GX120 | From GX300:  9/4/2024  -- Internet searches for "hospitals in palm beach county" |
| | | | GX125 | From GX300:  Yellow pages website: Windward gun shop in Hawaii |
| | | | GX127 | From GX300:  Cellebrite Export of 36 photos of SKS ammunition, rifles, rifle components, and prices |
| | | | GX128 | From GX300:  Photo of .50 caliber Barrett sniper rifle |
| | | | GX129 | From GX302:  Photo of page 7 of letter found at TIGC (filename "trashed") |
| | | | GX130 | From Google account iamanidiot200010001:  8/23/2024 10:19:32 PM(UTC) --  Internet search for "50 caliber bmg rifle" |
| | | | GX131 | From Google account iamanidiot200010001:  8/24/2024 6:53:46 PM(UTC) -- Internet search for "gun stores belle glade florida" |
| | | | GX132 | From Google account iamanidiot200010001:  8/24/2024 7:01:25 PM(UTC) -- Internet search for "requirements to buy a gun in florida"<br><br>From Google account iamanidiot200010001: 8/24/2024 7:02:47 PM(UTC) -- Internet search for "Florida gun laws non resident"<br><br>From Google account iamanidiot200010001: 8/24/2024 7:03:18 PM(UTC) -- Internet search for "Florida gun laws non resident to buy a rifle" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX135 | From GX300:  8/24/2024 Website visit to south florida general for sale "rifles" - craigslist |
| | | | GX140 | From Google account iamanidiot200010001: 8/29/2024  -- Internet search for "range of 7.62 by 39 bullet" |
| | | | GX141 | From GX300:  8/29/2024 8:17:44 PM(UTC+0) -Website visit to "What is the cost of a round for the M50 sniper rifle cost? - Quora" |
| | | | GX142 | From GX300:  8/29/2024 8:18:41 PM(UTC+0) -- Website visit to "Top 5 'Budget-Priced' .50 BMG Rifles | An Official Journal Of The NRA" |
| | | | GX143 | From Google account iamanidiot200010001: 8/30/2024 7:00:09 PM(UTC) -- Internet search for "do rifles spread gunpowder residue on user"<br><br>From Google account iamanidiot200010001: 8/30/2024 7:03:31 PM(UTC) -- Internet search for "How long does gun residue stay on clothing"<br><br>From Google account iamanidiot200010001:  8/30/2024 7:03:58 PM(UTC) -- Website visit to "Gunshot residue - Wikipedia" |
| | | | GX146 | From Google account iamanidiot200010001: 9/13/2024 3:18:15 PM(UTC) -- Internet search for "how sks rifle site works" |
| | | | GX149 | From GX300:  9/4/2024  -- Internet searches for "how many bullets does a ak 47 magazine hold" and "how many bullets does a sks rifle hold" |
| | | | GX156 | From GX300:  8/26/2024  -- Website visits to articles regarding U.S. Secret Service response to assassination plots |
| | | | GX161 | From GX300:  9/5/2024 10:18:21 PM(UTC+0) -- Website visit to "How fast does it take for cops to get a DNA result? - Quora" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX163A-B | 2 Photos taken by expert Scott Patterson |
| | | | GX166 | 9/15/2024 recording of telephone call from Routh to K.S. |
| | | | GX167 | Transcript of 9/15/2024 recording of telephone call from Routh to K.S. |
| | | | GX168 | Undated Letter with "Move Yourself" lyrics |
| | | | GX175 | Photo of Norinco SKS semi-automatic rifle and bags with metal plates at TIGC |
| | | | GX176 | Photo of Norinco SKS semi-automatic rifle, camera and bags with metal plates at TIGC |
| | | | GX179 | Photo of Norinco SKS semi-automatic rifle resting through fence at TIGC |
| | | | GX180 | Photo of Norinco SKS semi-automatic rifle, metal plates, locks, sausages at TIGC |
| | | | GX184A-B | 2 Photos of handwritten note listing zip ties, electrical tape, quiet plastic covering, how to fasten camera, cardbard for scope, diapers and other found in Nissan Xterra |
| | | | GX185 | Flyer for gun show in Labelle, FL 7/13/2024 to 7/14/2024 found in Nissan Xterra |
| | | | GX186 | Bank of Hawaii correspondence to Routh with handwriting about "tornequite" found in Nissan Xterra |
| | | | GX187A | Dark blue backpack with zip tie, bungee cord and two small keys -- found at Hide |
| | | | GX187B | Metal plate from within dark blue backpack (GX187A) |
| | | | GX188A | Reddish brown/blue tote bag with bungee cord and zip ties -- found at Hide |
| | | | GX188B | Metal plate from within reddish brown/blue tote bag (GX188A) |
| | | | GX190 | From GX301:  8/29/2024 11:59:54 PM(UTC+0) to 8/30/2024 12:59:14 PM (UTC+0) -- Signal private message thread about  "Trumps plane" |
| | | | GX200-1A-B | Maps of TIGC southeast corner and wide view of surrounding area (Google) |
| | | | GX200-2 | Map of TIGC (USSS) |
| | | | GX200-4 | From GX300:  Photo of telephone screen showing map of NW corner of TIGC near 14th hole with point A and point B |
| | | | GX200-7 | From GX300:  Photo of telephone screen showing map of NW corner of TIGC near 14th hole with point A and point B |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX200-8 | From GX302: Photo of game camera (file name "trashed") |
| | | | GX200-9 | From GX301: Photo of vienna sausages |
| | | | GX200-12 | From GX300: 8/30/2024 6:41:48 PM(UTC+0) -- Website visit to "Moultrie Game Cameras For Sale \| Trail Cameras \| Buy Now" |
| | | | GX200-13 | From GX300: 9/10/2024 1:51:12 PM(UTC+0) -- Website visit to "Coghlan's Mosquito Net \| Dick's Sporting Goods" |
| | | | GX200-17 | Photo of parking lot across from TIGC |
| | | | GX200-18 | Photo of parking lot across from TIGC |
| | | | GX200-19 | Photo of Hide entry |
| | | | GX200-20 | Photo of Hide entry |
| | | | GX200-21A-B | 2 Photos of Hide entry |
| | | | GX200-23 | Photo of Akaso action camera, zip ties, and bungee cord removed from Hide |
| | | | GX200-24 | Photo of Hide showing Master Lock locks on perimeter fence |
| | | | GX200-28 | Photo of Hide at night |
| | | | GX200-30A-B | 2 Photos of Hide at night |
| | | | GX200-32 | Photo inside of Hide |
| | | | GX200-33 | Photo of Hide from TIGC service path |
| | | | GX200-35 | Photo of TIGC 6th hole green from Hide |
| | | | GX200-36 | Photo of TIGC 6th hole green from ground level of Hide |
| | | | GX200-38 | Photo of TIGC 6th hole green from Hide close up |
| | | | GX200-39 | Photo of Harbor Freight blue flashlight at TIGC near 6th hole green |
| | | | GX200-41 | Red Harbor Freight brand mini flash light found in Nissan Xterra |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX200-44 | Receipt from Harbor Freight in Greensboro, NC dated 8/7/2024 for "2-pack LED mini flashlight", gloves, drill bit set, and other -- found in Nissan Xterra |
| | | | GX200-45 | Photo of receipt from Harbor Freight store in Greensboro, NC dated 8/7/24 for "2-pack LED mini flashlight", gloves, drill bit set, and other -- found in Nissan Xterra |
| | | | GX200-46 | Photo of close up of Harbor Frieght brand blue flashlight |
| | | | GX200-47 | Photo of TIGC service path next to Hide |
| | | | GX200-49A-S | 19 Photos of northwest corner of TIGC near 14th hole |
| | | | GX200-50 | Google Maps image of 14th hole of TIGC |
| | | | GX200-51 | Photo of entry to Hide |
| | | | GX200-52 | Photo of entry to Hide close up |
| | | | GX200-53 | Photo of Hide |
| | | | GX200-55 | Photo of vienna sausage in Hide |
| | | | GX200-57A-E | 5 Photos looking toward Hide from inside TIGC |
| | | | GX200-60 | Photo of Harbor Freight brand blue flashlight at TIGC near 6th hole green |
| | | | GX200-63 | Photo of Hide from north side of TIGC fence |
| | | | GX200-66 | Photo of shopping bags inside Nissan Xterra -- Family Dollar; Dollar Tree; Dollar General; Harbor Freight; Sportsman's Warehouse |
| | | | GX200-67 | Photo of receipt dated 9/10/2024 seized from Xterra -- purchase from Family Dollar for black table covers and sausage |
| | | | GX200-72 | Piece of chain link fence found in Nissan Xterra |
| | | | GX200-73 | Photo of Routh wearing pink/salmon colored shirt and dark pants worn on 9/15/2024 |
| | | | GX200-74 | Photo of Routh close up of ankles showing camouflage leggings under pants worn on 9/15/2024 |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX200-75A-B | 2 Photos of Routh close up showing reddish/brown paint on side pocket of pants worn on 9/15/2024 |
| | | | GX200-77 | Photo of Routh showing camouflage leggings and brush |
| | | | GX200-78 | Olive green long sleeved button down shirt found in front seat of Nissan Xterra |
| | | | GX200-80 | Sunny D juice bottle found in Nissan Xterra |
| | | | GX200-82 | Poncho, black mask, and zip ties inside plastic bag -- found in Nissan Xterra |
| | | | GX200-83 | Bungee cord found in Nissan Xterra |
| | | | GX200-85 | Two cans of Armour brand vienna sausages found in Nissan Xterra |
| | | | GX200-86 | Black plastic tablecloth found in Nissan Xterra |
| | | | GX200-87 | Bungee cord found in Nissan Xterra |
| | | | GX200-88 | Akaso brand rechargeable lithium ion battery pack found in Nissan Xterra |
| | | | GX200-90 | Receipt from Family Dollar Store in Belle Glade, FL dated 9/10/2024 for black table covers and sausage found in Nissan Xterra |
| | | | GX200-91 | One pink/salmon colored long sleeved shirt worn by Routh on 9/15/2024 |
| | | | GX200-92 | One pair of gray pants worn by Routh on 9/15/2024 |
| | | | GX200-93 | One pair of camouflage leggings worn by Routh on 9/15/2024 |
| | | | GX200-96 | One pair of black sunglasses worn by Routh on 9/15/2024 |
| | | | GX200-97 | One pair of black shoes worn by Routh on 9/15/2024 |
| | | | GX200-98 | Black clamp found in Hide |
| | | | GX200-100 | Multi-colored bungee cord and one (1) cut white zip tie -- found in Hide |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX200-101 | Black Akaso action camera found in Hide |
| | | | GX200-102 | Metal vienna sausage can and lid -- found in Hide |
| | | | GX200-104 | Video of Nissan Xterra parked in parking lot across the street from TIGC |
| | | | GX200-106A-G | Video footage from Akaso action camera:  NORM0001.MP4 to NORM0007.MP4 |
| | | | GX200-107 | From GX300:  9/5/2024 Internet search for "welding bwlle glade" |
| | | | GX300 | Blu TracFone cellular telephone assigned call number (728) xxx-1801 removed from Nissan Xterra |
| | | | GX301 | Samsung cellular telephone assigned call number (808) xxx-8342 removed from Nissan Xterra |
| | | | GX302 | AT&T Calypso cellular telephone assigned call number (743) xxx-7269 removed from Nissan Xterra |
| | | | GX303 | Orbic cellular telephone removed from Nissan Xterra |
| | | | GX304 | Verizon Motorola cellular telepone removed from Nissan Xterra |
| | | | GX305 | TCL cellular telephone assigned call number (336) xxx-9543 removed from Nissan Xterra |
| | | | GX306 | From GX301:  8/21/2024 8:35:24 PM(UTC+0) -- Text messages about Routh's "project" |
| | | | GX307 | From GX301:  9/11/2024 9:38:26 PM(UTC+0) -- Text messages with  Routh "...So sorry this project has taken so long…" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX310 | From GX301:  9/4/2024 4:35:28 PM(UTC+0) -- Text messages about Routh "Getting close to done." |
| | | | GX317 | From GX301:  9/9/2024 11:21:54 PM(UTC+0) -- Text message from Routh "Project in Florida…" |
| | | | GX318 | From GX300:  Photo of Nissan Xterra with North Carolina License Plate HKY4343 |
| | | | GX319 | From GX302:  Photo of Florida license plate 97EEED, letter D cropped out of picture (file named "trash") |
| | | | GX320 | Photo of back of Nissan Xterra showing license plate 97EEED (from search of Xterra) |
| | | | GX322A-B | 2 Photos of Nissan Xterra showing blacked out stickers on rear driver side |
| | | | GX323 | Photo of Nissan Xterra interior showing various license plates under driver seat |
| | | | GX324 | Photo of Nissan Xterra interior showing GX302 cell phone in side pocket of passenger seat, two additional cell phones and Sunny D juice bottle |
| | | | GX325 | Photo of Nissan Xterra interior center console showing GX301 |
| | | | GX326 | Photo of Nissan Xterra interior close up of passenger seat side pocket with cell phone GX302 |
| | | | GX327 | Photo of Nissan Xterra interior showing cell phone in glove box GX305 |
| | | | GX331 | Photo of multiple license plates from under driver seat removed from Nissan Xterra |
| | | | GX334A-B | 2 Photos of receipt from AT&T in Greensboro, NC listing name "John W" dated 8/4/2024 removed from Nissan Xterra |
| | | | GX335 | Photo of GX-304 Motorola cell phone in glove box of Nissan Xterra |
| | | | GX337 | Photo of GX-303 Orbic cell phone in glove box of Nissan Xterra |
| | | | GX339 | Photo of GX-300 TracFone cell phone under seat of Nissan Xterra |
| | | | GX342 | Photo of exterior of Nissan Xterra -- driver side showing blacked out stickers |
| | | | GX343 | Photo of madras shorts and other clothing removed from Nissan Xterra |
| | | | GX347 | Lake Worth Beach, FL parking receipt dated 8/22/2024 for license plate PKU3131 removed from Nissan Xterra |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX349 | Yellow parking permit dated 8/29/2024 to 9/4/2024 with handwriting "Brian Black Nissan" found in Nissan Xterra |
| | | | GX350 | North Carolina License Plate HKY4343 found in Nissan Xterra |
| | | | GX351 | Ohio License Plate PKU3131 found in Nissan Xterra |
| | | | GX352A-B | 2 Security camera footage videos from AT&T Store in Greensboro, NC |
| | | | GX400 | From GX301:  9/13/2024 9:45:14 PM(UTC+0) -- WhatsApp message thread from Routh "I may come to visit soon" [Mexico City] |
| | | | GX405A-D | From GX302:  4 photos of travel website search for flights from Miami to Mexico for 9/9/2024 (file name "trashed") |
| | | | GX406 | From GX302:  Photo of travel website search for flights from Miami to Mexico for 9/9/2024 |
| | | | GX407 | From GX302:  Photo of travel website search for flights to Mexico |
| | | | GX408 | From GX301:  9/15/2024 12:05 AM(UTC+0) -- Internet searches for translations from English to Spanish: "I will call as soon as I know so you will have plenty of time" and "...are you far from Mexico City" |
| | | | GX410 | From Google account iamanidiot200010001:  9/7/2024 -- Internet searches for "flights from miami to mexico" |
| | | | GX411 | From Google account iamanidiot200010001: 9/11/2024 5:18:31 (GMT) -- Internet search for "how long is the flight from miami to new york" |
| | | | GX412 | From GX300:  9/11/2024 -- Searches on Expedia for flights from Miami to New York on 9/11/2024 |
| | | | GX413 | From Google account iamanidiot200010001:9/5/2024 22:15:23 GMT -- Internet search for "how many hours drive from palm beach to laredo texas by car" |
| | | | GX414 | From Google account iamanidiot200010001: 9/5/2024 10:24:34 PM(UTC) -- Internet search for flights from "palm beach to mexico city" |
| | | | GX415 | From GX300:  9/6/2024  -- Website visits to CheapOair.com, Expedia, and Kayak for flights from West Palm Beach to Mexico on 9/10/2024 |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX428 | From GX300: 9/7/2024 -- Website searches on Expedia.com, Kayak, Priceline.com, CheapOair.com, Cheapflights.com, FlightFare for flights on 9/8/2024 and 9/9/2024 from Miami to Mexico |
| | | | GX430 | From Google account iamanidiot200010001: 9/7/2024 -- Internet searches for "flights palm beach to mexico" |
| | | | GX431 | From Google account iamanidiot200010001: 9/7/2024 21:49:50 GMT -- Internet search for "driving time from palm beach to miami florida" |
| | | | GX432 | From Google account iamanidiot200010001:  9/7/2024 21:50:36 GMT -- Internet search for "intl airport in miami florida" |
| | | | GX439A-C | 3 photos of Nissan Xterra leaving parking lot across from TIGC taken by T.M. |
| | | | GX440 | Video of Nissan Xterra leaving parking across from TIGC dated 9/15/2024 taken by T.M. |
| | | | GX441 | Photo of Nissan Xterra interior showing center console with handwritten note containing flight information to Mexico and Colombia; driving directions to Miami International Airport; "Brian Wilson"; and PKU3131 |
| | | | GX444 | Photo of roof compartment of Nissan Xterra |
| | | | GX445 | Handwritten note removed from Nissan Xterra containing flight information to Mexico and Colombia; driving directions to Miami International Airport; "Brian Wilson"; and PKU3131 |
| | | | GX446 | Handwritten note removed from Nissan Xterrra containing list of equipment, including zip ties, electrical tape, quiet plastic covering, cardboard for scope -- tape, stick for camera, diapers |
| | | | GX447 | Law enforcement body-worn camera footage of Routh traffic stop, 09/15/2024 |
| | | | GX500 | One (1) gray storage container removed from L.P.'s residence in Greensboro, NC |
| | | | GX501 | Motorola cellular telephone assigned call number (561) xxx-0623 removed from gray storage container |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX502 | TCL Verizon cellular telephone assigned call number ending in (561) xxx-5510 removed from gray storage container |
| | | | GX503 | AT&T cellular telephone assigned call number ending in 7051 removed from gray storage container |
| | | | GX504 | AT&T cellular telephone assigned call number ending in 4390 removed from gray storage container |
| | | | GX505A-D | GX505:  Bag 3 from gray storage container -- GX505A: Verizon prepaid activation card from Dollar General w/ handwriting "Obric" GX505B: Verizon prepaid activation card with handwriting "561-701-5510" GX505C: AT&T prepaid quick start guide GX505D: Orange inspected Oahu USDA label |
| | | | GX506 | Bag 5 from gray storage container:  GX506: pipes with green spray paint |
| | | | GX507A-D | GX 507:  Bag 6 from gray storage container -- GX507A improvised firing mechanisms; GX507B improvised barrel; GX507C two modified mouse traps; GX507D Family Dollar receipt dated 3/26/24 |
| | | | GX508A-C | GX508:  Bag 8 from gray storage container -- GX508A NC vehicle registration for Nissan Xterra; GX508B Tracfone materials -- "Meet your phone"; GX508C Tracfone materials -- Product and Safety Information Brochure |
| | | | GX509A-B | GX509:  Bag 9 from gray storage container -- GX509A Green spray painted mouse trap; GX509B Green spray painted 3/4 to 1/2 inch pipe fitting reducer |
| | | | GX510 | Bag 11 from gray storage container: GX510 Bundle of stakes with green spray painted tips |
| | | | GX511 | Bag 12 from gray storage container: GX511 modified mouse trap with arm |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
|  |  |  | GX512 | From GX501: 3/29/2024 11:14:44 PM(UTC+0) -- Got a real phone....in West palm beach meeting her brother Tad....can you Western Union the rest of the money.....take fees out of my funds...whatever cost....no matter" |
|  |  |  | GX513 | From GX501: Call log showing two calls from Routh to L.P. on April 6, 2024 |
|  |  |  | GX514 | From GX305: Text message from Customer Support "Welcome to Tracfone . . . Your phone number is 336-335-9543" |
|  |  |  | GX515 | From GX305: Text message from Routh "We came to pa[l]m beach to see her brother Florida" |
|  |  |  | GX516 | From GX300: Text message from Tracfone Customer Service: "Welcome to TracFone…" |
|  |  |  | GX517 | From GX302: Cellebrite Network Usage Report for "ATT Royal Palm" network on 3/28/2024 at various times |
|  |  |  | GX518 | From GX302: Text message dated 3/28/2024 from AT&T with activation instructions |
|  |  |  | GX519 | From GX300: Photo dated 4/6/2024 of black Nissan Xterra trunk with green pipe bushing/reducer, green wire and paddle with Ohio License Plate KDL8415 |
|  |  |  | GX520 | From GX501: 3/29/2024 5:10:57 PM(UTC+0) -- Website visit to "Find homes in Palm Beach on Airbnb" and "Airbnb \| Palm Beach - Vacation Rentals & Places to Stay - Florida" |
|  |  |  | GX522A-PP | Photos taken by expert Randy Walters |
|  |  |  | GX523 | Photo of receipt from Harbor Freight in Greensboro, NC dated 3/5/2024 for nylon spring clamp; green outdoor ext; tent stakes |
|  |  |  | GX525 | Photo of exterior of gray storage container removed from L.P.'s residence in Greensboro, NC |
|  |  |  | GX526 | Photo of interior gray storage container removed from L.P.'s residence in Greensboro, NC |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX527 | Photo of bag with "Dear World" Letter, large caliber bullets and pipe removed from gray storage container |
| | | | GX528 | Photo of bullets in pipe removed from gray storage container |
| | | | GX529 | Photo of bullets from pipe close up removed from gray storage container |
| | | | GX530 | Photo of clear plastic container within gray storage container |
| | | | GX531 | Photo of spring loaded pipe from gray storage container |
| | | | GX532A-B | Photos of Verizon prepaid activation cards containing handwriting "Obric" and "561-701-5510" removed from gray storage container |
| | | | GX533 | Photo of Routh's kayak in backyard of L.P.'s residence |
| | | | GX534 | Photo of gray storage container beneath shed at L.P.'s residence |
| | | | GX535 | Photo of gray storage container beneath shed at L.P.'s residence with lid off |
| | | | GX536 | Photo of Routh standing on deck of L.P.'s residence |
| | | | GX537 | Photo of L.P.'s phone showing ideo of Nissan Xterra with Routh's at L.P.'s residence |
| | | | GX538 | Video taken by L.P. of Routh standing outside L.P.'s residence |
| | | | GX540A-C | 3 Photos of contents from gray storage container transmitted by S.P. |
| | | | GX541A-B | 2 Photos of Nissan Xterra accessory at Routh's storage trailer in Greensboro, NC |
| | | | GX542 | Photo of front of Routh's storage trailer with Nissan Xterra accessory resting on top of red jeep |
| | | | GX544 | Six large caliber rounds of ammunition found in gray storage container (one in pipe) |
| | | | GX545 | Photo of phones seized from gray storage container |
| | | | GX546 | Inventory for search of gray storage container |
| | | | GX547 | Photo of Routh's trailer located in Greensboro, NC |
| | | | GX548 | Photo of Routh's trailer located in Greensboro, NC (close up) |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX600-1 | From GX301:  8/26/2024 6:55:33 PM(UTC+0) --  Text message thread from Routh "How much would you charge to tell where [Trump] is everyday???" |
| | | | GX600-3 | From GX301:  8/27/2024 12:29:33 AM(UTC+0) -- WhatsApp message from Routh "Hey genuis....how much would you charge me for a daily location on Donald trumps airplane from the flight tracking apps???" |
| | | | GX600-4 | From GX300:  Four photos of Nissan Xterra dashboard showing sunglasses and access road near Atlantic Aviation area of PBIA |
| | | | GX600-6 | From GX300:  Photo of TIGC |
| | | | GX600-9 | From GX300:  Photo of Google Search for "Trump rally tomorrow…" |
| | | | GX600-12 | From GX300:  Photo of President Trump saluting |
| | | | GX600-14 | From GX300:  Photo of TIGC sign |
| | | | GX600-17 | From GX300:  Photo of President Trump golfing |
| | | | GX600-18 | From GX300:  Photo of President Trump and white helicopter with tail number N76TE (REDACTED) |
| | | | GX600-21 | From GX300:  Official photo of President Trump |
| | | | GX600-23A-G | From GX300:  7 Photos of Atlantic Aviation area of PBIA |
| | | | GX600-24A-L | From GX300:  12 Photos of Atlantic Aviation area of PBIA |
| | | | GX600-26 | From GX302:  Photo of President Trump's schedule on 9/7/24 in Wisconsin (file name "trashed") |
| | | | GX600-29 | From GX301:  Photo of aerial view of President Trump's private plane sent by Routh via Signal Private Message on 8/29/2024 (deleted) |
| | | | GX600-30 | From GX301:  Internet browser tab photo of aerial view of President Trump's private plane sent by Routh via Signal Private Message on 8/29/2024 (deleted) |
| | | | GX600-31 | From Google account iamanidiot200010001:  8/23/2024  -- Internet search for "Trump International Golf Club Championship" and "Trump International Golf Club West Palm Beach" |
| | | | GX600-32 | From Google account iamanidiot200010001:  8/23/2024 -- Internet search for "trump next upcoming rallies" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX600-34 | From Google account iamanidiot200010001:  8/23/2024 8:00:36 PM(UTC) -- Internet search for "trump international golf club events palm beach" |
| | | | GX600-35 | From GX300:  8/23/2024 -- Website visits about President Trump's location and events schedule |
| | | | GX600-43 | From GX300: 8/23/2024 8:03:52 PM(UTC+0) -- Website visit to "Donald Trump claims two more golf championships at Trump International" |
| | | | GX600-47 | From GX300: 8/24/2024 11:46:04 PM(UTC+0) -- Website visit to "Former President Trump to hold rally in Johnstown" |
| | | | GX600-48 | From Google account iamanidiot200010001: 8/24/2024 11:33:06 PM(UTC) -- Internet search for "where is the trump rally on sunday august 25" |
| | | | GX600-49 | From Google account iamanidiot200010001: 8/24/2024 11:43:07 PM(UTC) -- Internet search for "What time is Trump rally today" |
| | | | GX600-50 | From Google account iamanidiot200010001: 8/25/2024 2:23:53 PM(UTC) -- Internet search for "trump bedford mass golf course" |
| | | | GX600-51 | From Google account iamanidiot200010001: 8/25/2024 3:56:01 PM(UTC) -- Internet search for "how to attend a trump rally" |
| | | | GX600-52 | From Google account iamanidiot200010001: 8/25/2024 4:02:22 PM(UTC) -- Internet search for 'trump schedule of rallies" |
| | | | GX600-53 | From GX300:  8/25/2024 -- Website visits to various President Trump-owned golf course websites |
| | | | GX600-58 | From GX300: 8/25/2024 3:56:38 PM(UTC+0) -- Website visit to "Events | Donald J. Trump" |
| | | | GX600-60 | From GX300 8/25/2024 3:58:57 PM(UTC+0) -- Website visit to "How to get tickets to a Trump rally - Quora" |
| | | | GX600-61 | From GX300: 8/25/2024  -- Website visits about President Trump's location and events schedule |
| | | | GX600-72 | From Google account iamanidiot200010001:  8/29/2024 -- Internet search for "what time is the trump town hall in la crosses new mexico today" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX600-80 | From Google account iamanidiot200010001:  8/30/2024 1:18:41 PM(UTC) -- Internet search for "where is the trump rally on Saturday" |
| | | | GX600-81 | From Google account iamanidiot200010001:  8/30/2024 1:24:24 PM(UTC) -- Internet search for "where is the trump rally on saturday august 31" |
| | | | GX600-82 | From Google account iamanidiot200010001:  8/30/2024 1:27:10 PM(UTC) -- Internet search for "where is the trump rally on sunday sept 1" |
| | | | GX600-84 | From Google account iamanidiot200010001:  8/31/2024  -- Internet searches for "Trump rally today live" |
| | | | GX600-86 | From Google account iamanidiot200010001:  9/07/2024 6:45:05 PM(UTC) -- Internet search for "trump events for sunday sept 8" |
| | | | GX600-88 | From Google account iamanidiot200010001:  9/10/2024 7:12:10 PM(UTC) -- Internet search for "trump events for wed sept 11" |
| | | | GX600-89 | From GX300:  9/10/2024 6:57:55 PM(UTC+0) -- Website visits about President Trump's location and events schedule for debate week including USA Today |
| | | | GX600-95 | From Google account iamanidiot200010001:  9/14/2024 7:10:01 PM(UTC) -- Internet search for "trump event for sunday sept 15" |
| | | | GX600-96 | From Google account iamanidiot200010001:  9/14/2024 7:19:25 PM(UTC) -- Internet search for "Save America rally schedule 2024" |
| | | | GX600-97 | From GX300:  9/14/2024  -- Website visits for schedule of President Trump Rallies and Events |
| | | | GX600-103 | From GX300:  9/3/2024 8:16:52 PM(UTC+0) -- Internet search for "when is the next trump evemt" |
| | | | GX600-124 | From GX300:  9/4/2024 7:08:42 PM(UTC+0) -- Internet Search for "where will trump be thursday sept 5" |
| | | | GX600-128 | From Google account iamanidiot200010001:  9/5/2024 8:09:16 PM(UTC) -- Internet Search for "trump events for friday sept 6" |
| | | | GX600-130 | From GX300:  9/5/2024 8:16:01 PM(UTC+0) -- Website visit to "Fox News makes tickets available for Trump's town hall in Harrisburg Wednesday - pennlive.com" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX600-132 | From GX-300:  9/7/2024  -- Website visits about President Trump's schedule and campaign events |
| | | | GX600-135 | From GX300:  8/23/2024  -- Website visit to Flightvew Flight Tracker |
| | | | GX600-136 | From GX300: 8/23/2024  -- Website visits to Flightradar 24:  Live Flight Tracker -- Real Time Flight Tracker Map |
| | | | GX600-137 | From GX300: 8/23/2024 -- Website visits to Flightradar 24:  Live Flight Tracker -- Real Time Flight Tracker Map |
| | | | GX600-138 | GX300: Screenshot of Flightradar 24:  Live Flight Tracker -- Real Time Flight Tracker Map 14 |
| | | | GX600-139 | GX300: Screenshot of Flightradar 24:  Live Flight Tracker -- Real Time Flight Tracker Map 15 |
| | | | GX600-140 | GX300: Screenshot of Flightradar 24:  Live Flight Tracker -- Real Time Flight Tracker Map 16 |
| | | | GX600-141 | From Google account iamanidiot200010001:  8/24/2024 3:04:39 PM(UTC)-- Internet search for "palm beach traffic cameras" |
| | | | GX600-142 | From GX300:  8/24/2024  -- Website visit to Palm Beach County Traffic Cameras |
| | | | GX600-147 | From Google account iamanidiot200010001:  8/25/2024 6:29:30 PM(UTC) -- Internet search for "palm beach traffic cameras" |
| | | | GX600-148 | From GX300:  8/25/2024 -- Website visit to "PBCGOV Video Player" for Traffic Cameras |
| | | | GX600-149 | From GX300:  8/25/2024  -- Website visit to "Information Systems Services LIVE Traffic Cams" at discover.pbc.org |
| | | | GX600-153 | Video recording of PBCGOV Traffic Camera at Southern Blvd and Congress Avenue |
| | | | GX600-154 | Video recording of PBCGOV Traffic Camera at Southern Blvd and Kirk Road |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX600-155 | From Google account iamanidiot200010001: 8/25/2024 8:14:32 AM(UTC) -- Internet search for "palm beach traffic cameras" |
| | | | GX600-156 | From GX300:  8/25/2024  -- Website visit to Palm Beach County Traffic Cameras |
| | | | GX600-161 | From Google account iamanidiot200010001: 9/14/2024 7:05:26 PM(UTC) -- Internet search for "palm beach traffic cameras" |
| | | | GX600-166 | USSS Radio Transmission on 9/15/2024 at 1:24:30 pm |
| | | | GX600-167 | USSS Radio Transmission on 9/15/2024 at 1:24:41 pm |
| | | | GX600-168 | USSS Radio Transmission on 9/15/2024 at 1:25:04 pm |
| | | | GX600-169 | USSS Radio Transmission on 9/15/2024 at 1:25:49 pm |
| | | | GX600-170 | USSS Radio Transmission on 9/15/2024 at 1:27:58 pm |
| | | | GX600-171 | USSS Radio Transmission on 9/15/2024 at 1:29:55 pm |
| | | | GX600-172 | Transcript:  USSS Radio Transmission on 9/15/2024 at 1:24:30 pm |
| | | | GX600-173 | Transcript:  USSS Radio Transmission on 9/15/2024 at 1:24:41 pm |
| | | | GX600-174 | Transcript:  USSS Radio Transmission on 9/15/2024 at 1:25:04 pm |
| | | | GX600-175 | Transcript:  USSS Radio Transmission on 9/15/2024 at 1:25:49 pm |
| | | | GX600-176 | Transcript:  USSS Radio Transmission on 9/15/2024 at 1:27:58 pm |
| | | | GX600-177 | Transcript:  USSS Radio Transmission on 9/15/2024 at 1:29:55 pm |
| | | | GX600-180A-D | 4 Photos of Xterra interior showing handwritten note with "Brian Wilson", "PKU3131" and list of President Trump schedule from August 30, 2024 to October 19, 2024 |
| | | | GX600-182 | Handwritten note with aircraft tail numbers removed from Routh's Hawaii residence |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX600-183 | Atlantic Aviation security camera footage dated 9/7/2024 of President Trump's motorcade |
| | | | GX600-184 | Atlantic Aviation security camera footage dated 9/7/2024 of President Trump's private plane and jet bridge stairs being wheeled away |
| | | | GX600-185 | Atlantic Aviation security camera footage dated 9/7/2024 of President Trump's private plane taxiing |
| | | | GX600-186 | PBIA security camera footage dated 9/7/2024 of Routh entering PBIA in Nissan Xterra |
| | | | GX600-187 | PBIA security camera footage dated 9/7/2024 of Routh driving into now-restricted area, walking into elevator and directing traffic in garage |
| | | | GX600-188 | PBIA security camera footage dated 9/7/2024 of Routh parking in now restricted area |
| | | | GX600-189 | PBIA security camera footage dated 9/7/2024 of Routh paying in cash at exit plaza wearing long sleeve white shirt and sunglasses |
| | | | GX600-190 | PBIA security camera footage dated 9/7/2024 of Routh walking toward camera near ticket counter with no bags |
| | | | GX600-191 | PBIA security camera footage dated 9/7/2024 of Routh walking toward camera |
| | | | GX600-192 | PBIA security camera footage dated 9/7/2024 of Routh sitting in area with view of President Trump's private airplane |
| | | | GX600-193 | PBIA security camera footage dated 9/7/2024 of Routh walking away from seating area with view of President Trump's private airplane |
| | | | GX702 | From GX300:  Cellebrite Network Usage Report showing connection to "Dos Amigos" wireless network; Cellebrite User Profile for GX-300 for Routh's Facebook account and Cellebrite User Profile for GX-300 for Routh's "iamanidiot200010001" Google account |
| | | | GX708 | From GX300:  Screenshot dated 9/15/2024 at 12:44AM of weather forecast |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX709 | From GX300: Photo Routh inside Nissan Xterra |
| | | | GX710 | From GX300: Photo from Nissan Xterra showing Routh's distance from Marathon Gas Station/Truck Stop in South Bay, FL |
| | | | GX714 | FBI Cell Phone Location and License Plate Reader Analysis (CAST Powerpoint) |
| | | | GX715 | Flock Safety License Plate Reader Records for 97EEED |
| | | | GX716 | Motorola Solutions License Plate Reader Records for 97EEED |
| | | | GX717 | Motorola Solutions License Plate Reader Records for KDL8415 - Part 1 |
| | | | GX718 | Motorola Solutions License Plate Reader Records for KDL8415 - Part 2 |
| | | | GX719 | Motorola Solutions License Plate Reader Records for PKU3131 |
| | | | GX720 | Photo of receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) for overnight parking purchased on 8/14/2024 for eight nights removed from Nissan Xterra |
| | | | GX721 | Photo of receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) for overnight parking purchased on 9/12/2024 for four nights removed from Nissan Xterra |
| | | | GX723 | Photo of McDonald's receipt from 828 South Military Trail, West Palm Beach, FL dated 8/26/2024 removed from Nissan Xterra |
| | | | GX724 | Photo of receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) for overnight parking purchased on 8/29/2024 for six nights removed from Nissan Xterra |
| | | | GX725 | Photo of receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) for overnight parking purchased on 9/5/2024 for six nights removed from Nissan Xterra |
| | | | GX726 | Photo of receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) for overnight parking purchased on 8/21/2024 for six nights removed from Nissan Xterra |
| | | | GX727 | Photo of receipt dated 8/28/2024 from Dollar Tree in West Palm Beach (zip code 33411) for Sunny D orange strawberry removed from Nissan Xterra |
| | | | GX728 | Photo of receipt from McDonald's in West Palm Beach, FL dated 8/21/2024 and receipt from Dollar Tree in West Palm Beach, FL dated 8/26/2024 removed from Nissan Xterra |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
|  |  |  | GX729 | Photo of receipt dated 8/20/2024 from Dollar General in South Bay, FL for purchase of floss picks and three-gallon trash back removed from Nissan Xterra |
|  |  |  | GX730 | Photo of orange earplugs found in Nissan Xterra |
|  |  |  | GX732 | Still image from video showing Routh outside Marathon Gas Station/Truck Stop in South Bay, FL on 9/15/2024 at 12:50AM |
|  |  |  | GX733 | Aerial map of Marathon Gas Station/Truck Stop in South Bay, FL |
|  |  |  | GX734A-C | 3 Photos of Marathon Gas Station/Truck Stop in South Bay, FL showing light post with earplugs and vienna sausages |
|  |  |  | GX735A-D | 4 Photos of Marathon Gas Station/Truck Stop in South Bay, FL showing tree with vienna sausage cans on ground |
|  |  |  | GX736A-B | 2 Photos of Marathon Gas Station/Truck Stop in South Bay, FL showing light post and parked orange bucket truck |
|  |  |  | GX737 | Photo of Marathon Gas Station/Truck Stop in South Bay, FL showing gas pumps and parked trucks |
|  |  |  | GX738 | Photo of Marathon Gas Station/Truck Stop in South Bay, FL showing parked trucks |
|  |  |  | GX739 | Family Dollar receipt from Belle Glade, FL, dated 9/6/2024 removed from Nissan Xterra |
|  |  |  | GX740 | Dollar General receipt from South Bay, FL, dated 9/3/2024 removed from Nissan Xterra |
|  |  |  | GX741 | Dollar General receipt from South Bay, FL, dated 9/13/2024 removed from Nissan Xterra |
|  |  |  | GX743 | Receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) of overnight parking purchased on 9/12/2024 through 9/15/2024 removed from Nissan Xterra |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX745 | Receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) of overnight parking purchased on 8/29/24 for 6 nights removed from Nissan Xterra |
| | | | GX746 | Receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) of overnight parking purchased on 9/5/24 for 6 nights removed from Nissan Xterra |
| | | | GX747 | Receipt from Long Island Food Market (Marathon Gas Station/Truck Stop) of overnight parking purchased on 8/14/24 for 8 nights removed from Nissan Xterra |
| | | | GX753 | Parking Permit from 9/12/2024-9/15/2024 (Yellow placard) removed from Nissan  Xterra |
| | | | GX754 | Marathon Gas Station/Truck Stop in South Bay, FL security camera footage of Routh dated 9/15/2024 -- Video 1 |
| | | | GX755 | Marathon Gas Station/Truck Stop in South Bay, FL security camera footage of Routh dated 9/15/2024 -- Video 2 |
| | | | GX756A-B | 2 Photos of PBSO bodyworn camera footage of encounter with Routh at Marathon Gas Station/Truck Stop in South Bay, FL |
| | | | GX800 | Routh's Criminal History -- **Placeholder** |
| | | | GX900 | From GX301:  8/2/2024 6:46:49 UTC -- Email from S.R.: "Hi my dad Ryan Routh is trying to get new key for Xterra" |
| | | | GX904 | From GX300:  Photo of Sunny D bottles |
| | | | GX905 | From GX300:  Two photos of Nissan Xterra showing license plate number HKY4343 |
| | | | GX906 | From GX302:  Google login page "Hi Ryan" |
| | | | GX907 | From GX301:  Photo of Bancorp Venmo Debit Card ending in 2288 with name "Ryan Routh" |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX908 | From GX301:  "Selfie" photo of Routh holding can of vienna sausages |
| | | | GX909 | From GX301:  Picture of back of Nissan Xterra with trunk open showing bedding |
| | | | GX911 | From GX301:  Photo of Nissan Xterra registration and insurance in name of S.R. |
| | | | GX912A-E | Photos taken by expert Stephanie Stewart |
| | | | GX913 | Expert Report of Kara Gregor |
| | | | GX914 | Expert Report of Rachel Clay |
| | | | GX915A-B | 2 Photos of envelope addressed to New York Times found at TIGC on 9/15/2024 |
| | | | GX916 | Photo of front of Nissan Xterra showing white sunglasses on dashboard |
| | | | GX917 | Photo of passenger side of Nissan Xterra showing broken off side view mirror |
| | | | GX918 | Photo of interior of Nissan Xterra showing driver seat and passenger seat area with olive green long sleeve button down shirt |
| | | | GX920 | Photo of interior of Nissan Xterra showing olive green button down long sleeve shirt |
| | | | GX921 | Photo of interior of Nissan Xterra showing cans of vienna sausages |
| | | | GX922 | Photo of Nissan Xterra showing close up of VIN |
| | | | GX923 | Photo of Nissan Xterra interior showing Routh's Hawaii driver license in glove box |
| | | | GX925 | Photo of North Carolina vehicle registration for Nissan Xterra in name of S.R. |
| | | | GX926 | Photo of handwritten note removed from Nissan Xterra containing family members' names and telephone numbers |
| | | | GX927 | Photo of Nissan Xterra interior showing Bank of Hawaii debit card in Routh's name in glove box |
| | | | GX932 | Photo of handwritten note with "black Nissan Xterra 97EEED blonde white male" written by T.M. and given to PBSO |
| | | | GX933 | Photo of handwritten note with "97EEED" written by T.M. (yellow background) |
| | | | GX934 | Handwritten note with "97EEED" written by T.M. |
| | | | GX935 | Photo of Nissan Xterra registration in name of S.R. removed from gray storage container |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX936A-C | 3 Photos of envelope of letter from Routh to O.R. recovered from O.R.'s residence |
| | | | GX937 | Envelope of letter from Routh to O.R. recovered from O.R.'s residence |
| | | | GX938 | Letter from Routh to O.R. recovered from O.R.'s residence |
| | | | GX939A-B | 7 Photos of Routh shown to R.F. |
| | | | GX940 | Routh's Venmo card seized from Routh on 9/15/2024 |
| | | | GX941 | Handwritten note from dashboard of Nissan Xterra with family members' names and telephone numbers |
| | | | GX942 | Madras shorts removed from Nissan Xterra |
| | | | GX943 | Bank of Hawaii debit card ending in 0934 in Routh's name removed from Nissan Xterra glove box |
| | | | GX944 | North Carolina vehicle registration, Geico insurance card, and correspondence from NC DMV for Nissan Xterra in the name of S.R. removed from Nissan Xterra |
| | | | GX946 | Envelope addressed to New York Times removed from Hide on 9/15/2024 |
| | | | GX947A-M | Photos of hand-written pages within envelope addressed to New York Times (GX946) removed from Hide |
| | | | GX948A | DNA swab left/right cheek of Ryan Wesley Routh |
| | | | GX948B | DNA swab left/right cheek of Ryan Wesley Routh |
| | | | GX948C | Fingerprints of Ryan Wesley Routh dated September 19, 2024 |
| | | | GX948D | Fingerprints of Ryan Wesley Routh |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX949 | Expired Hawaii driver license in Routh's name removed from Nissan Xterra |
| | | | GX950 | Routh's passport removed from Nissan Xterra |
| | | | GX951 | Notebook containing handwritten notes and loose paper containing handwritten notes and typed documents |
| | | | GX952 | PBSO bodyworn camera footage of T.M. identification of Routh |
| | | | GX1002 | TIGC fly through video -- north side |
| | | | GX1003 | TIGC fly through video -- south side (from Hide) |
| | | | GX1004A-B | TIGC 6th hole green cut aways |
| | | | GX1005A-C | TIGC Evidence Maps |
| | | | GX1007 | Summary:  Timeline |
| | | | GX1008 | Illustrative of GX716 LPR Records for 97EEED |
| | | | GX1009 | Illustrative of GX718 LPR Records for KDL8415 Part 2 |
| | | | GX1010 | Illustrative of GX719 LPR Records for PKU3131 |
| | | | GX1011 | Drone Footage of TIGC |
| | | | GX1012 | Drone, Photo, Scanner Data of TIGC |
| | | | GX1013 | Spherical Package of TIGC |
| | | | GX1100 | Selected Bank of Hawaii Records for account ending in 7436 |
| | | | GX1101 | Selected Bank of Hawaii Records for account ending in 3333 |
| | | | GX1102 | Selected Bank of Hawaii Records for account ending in 2385 |
| | | | GX1103 | Selected Bank of Hawaii Records for account ending in 1406 |
| | | | GX1104 | Selected Bank of Hawaii Records for account ending in 1644 |
| | | | GX1105 | Selected Bank of Hawaii Records for account ending in 2190 |
| | | | GX1106 | Selected Bancorp Records for account ending in 2288 |
| | | | GX1108 | Selected United Airlines Records |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX1109 | State of Florida Registration Records for Florida License Plate number 97EEED |
| | | | GX1110 | State of Florida Registration Records for Black Nissan Xterra (VIN 5NIAN08W87C527755) showing North Carolina registration of Nissan Xterra registered to S.R. |
| | | | GX1111 | State of North Carolina Registration Records for North Carolina License Plate number HKY4343 and Black Nissan Xterra |
| | | | GX1112 | State of Ohio Registration Records for Ohio License Plate number PKU3131 |
| | | | GX1113 | State of Ohio Registration Records for Ohio License Plate number KDL8415 |
| | | | GX1114 | Location data from Verizon for telephone number ending in 1801 |
| | | | GX1115 | Location data from T-Mobile for telephone number ending in 8342 |
| | | | GX1116 | Location data from AT&T for telephone number ending in 7269 |
| | | | GX1117 | AT&T Subscriber Records for telephone number ending in 7269 |
| | | | GX1118 | T-Mobile Subscriber Records for telephone number ending in 8342 |
| | | | GX1119 | TracFone Subscriber Records for telephone number ending in 1801 |
| | | | GX1120 | TracFone Subscriber Records for telephone number ending in 9543 |
| | | | GX1121 | Google Subscriber Records for iamanidiot200010001@gmail.com |
| | | | GX1123 | Photo of Nissan Xterra interior showing black gloves between center console and passenger seat |
| | | | GX1124 | Photo of black gloves removed from Nissan Xterra |
| | | | GX1125 | Photo of tools, chassis black paint, gloves, metal rods removed from Nissan Xterra |
| | | | GX1126 | Photo of sleeping bag, clothes removed from Nissan Xterra |
| | | | GX1127 | Photo of sleeping bag, clothes in Nissan Xterra |
| | | | GX1128 | Photo of razors and other toiletries removed from Nissan Xterra |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX1129 | Photo of American Eagle brand ripped blue jeans removed from Nissan Xterra |
| | | | GX1130 | Photo of toilet paper and sunglasses removed from Nissan Xterra |
| | | | GX1132 | Photo of multiple button down white shirts removed from Nissan Xterra |
| | | | GX1135 | Google Maps photo of Routh's Hawaii residence |
| | | | GX1136 | Three gloves removed from Nissan Xterra |
| | | | GX1138 | Gloves removed from Nissan Xterra |
| | | | GX1140 | Southwest Airlines Business Records |
| | | | GX1141 | Security camera footage from Mobil Gas Station at the corner of Summit Blvd and Congress Avenue on 9/15/2024 |
| | | | GX1142 | Photograph of turret of Humvee |
| | | | GX1143 | Powerpoint by expert Stephanie Stewart |
| | | | GX1200 | Stipulations executed by the parties on 7/25/2025 |
| | | | GX1201 | Stipulations executed by the parties on 9/2/2025 |
| | | | GX1300 | GX301:  4/26/2022 6:20:52 AM(UTC+0) -- WhatsApp message from Routh "I owed an ak47 in north Carolina and a tech 9 and a bunch of guns" (Redacted) |
| | | | GX1301 | T.F. police report referencing Norinco SKS semi-automatic rifle |
| | | | GX1302 | 04/04/2025 at 2:53 PM email to K.S. (pending 404(b) ruling) |
| | | | GX1303 | "Improvised Explosives:  How to Make Your Own" manual removed from Routh's storage trailer in Greensboro, NC |

| Date Offered | Marked | Admitted | Gov Exhibit No. | Description of Exhibit |
|---|---|---|---|---|
| | | | GX1304 | 40 shotgun shells and 1 Remington shell box removed from Routh's storage trailer in Greensboro, NC |
| | | | GX1305 | Nissan Xterra vehicle storage accessory seized from Routh's storage trailer in Greensboro, NC |