FILED BY  scn  D.C.
Sep 2, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

UNITED STATES DISTRCT COURT
SOUTHER DISTRICT OF FLORIDA

CASE NO 24-80116 -CR-AME

UNITED STATES OF AMERICA

VS

RYAN WESLEY ROUTH

DEFENDANT

---

MOTION TO ADMIT ALL THREE LETTERS

The defendant wasnot given an opportunity to respond to Limine Item number 5 on Justification, as I am sure you are aware, . While one certainly cannot murder another simply because they are mental, retarded, racist, sexist, ego-maniac, selfish, greedy, power-hungry and wish to overthoow our government--such murders should be reserved for say Hitler, Putin, Xi, Asad, Lukashenka, Netanyahu, Maduro, Raul Castro, Erdogan, Orban, soon Bukele(not Kim yet) and all the other selfish bastards I forget. But Trump is a public figure, not a private citizen, so any and all discussion should always be allowed; it is not private, it is gneral knowledge and worldwide conversation. Hence it does no harm in releasing all letters in their entirety. If you demand case related specifics then we can go line by line and extract the relevant items, certainly based on the recent ruling allowing exhihits of peacefulness and non-violent pertinent traits; as well as gentleness as requested. If the prosecution is to argue that the "For" letter and the "What do we as a world need to fix" letter hlew from the post office across the road under the bush, one must note that every line is about gentleness, peacefulness, and non-violent caring for humanity and our fellowman and thus shouldbe

Letters Motion- page 2

admitted in their entirety.  There is no mention at all of the victim, poor pitiful Trump, at all.  How does one suggest they wish to only introduce the envelope andnot contents, as it does show exactly the gnel gentleness, peacefulnesws and non-violence; it is absurd, and I personally think any jury would be offended and extremely mad to not be given all the evidenc3e, just because it does ot not suit Trumps DOJ needs.  Every single line in the "for'"letter speaks to caring- the pertiennt trait---"Iranian citizens, Ukrainian people, citizens of China, poor North Korean people, Palestinian people, Vietnam, Car, Cameroon, Sudan and its children, Russian people, Belarus people, Taiwan people,  poor US people, Indian farmers, Madagascar kids, African natioins, US Immigrants, Syrains, the common man, the women of Afghanistan, etc.....If the judge demands recent and current data on character, how much more fresh and recent does one get- the ink not yet dry.  The second note-"What do we as a world need to fix" likewise is/is  all peaceful, non
non-violent gentle traits speaks of caring for common man, Chinese teenagers, Afghans, children, women, millions of Palestinians, wonderful Iranian civilians, poor North Korean civilians,  poor Cuba, obligation, human rights, ashamed, friends, the future, common hard working people, brothers and sisters, tragedy,  by the people, every kids, humans foremost, common man, hope, concern, .....etc...the whole note only speaks of gentleness, peacefullness and non-violence and is only about love, tenderness and caring for one another; this is what you have asked for specifically and logically should be admitted for the jury to read and digest and understand fully towards acertaining

letters motion- page 3

the truth.

The " Dear World" letter is the most stale/old and of least relevance under teh current guidelines. If the prosectuion demands page one, then they must also at bare minimum include the last page, number 12, which plainly states on line four the thought to "SHRED HIS PLANE". Does the defense in every case have to argue to admit obvious evidence- that is bizarre. You may need to explain to me how an airplane and a golf course are remotely related---please. If you would like to dissect the letter to eliminate all negative words about Trump to protect his fragile childish ego, coddle that chield, skip to page 2 line12 and the common people of china, through page 3 -the stugglinng kid and making everyones lives better, to stop at line 12. Pick back up on page 7 at line 6 and human rights--you can eliminate lines 10 to 14 on page 8 and all is good until the last line-of sentence of page 9 and the rest you can delete , except that 4th line of the last page.
None of the letters have any usefulness now-the world is totally fucked; and who will respond to take back our presendency and democracy??-who?? ----Judge I beg of you to pleawse Subpoena every single person that had something negative to say about Ryan Routh, please put them on the stand under oath and lets see who lies,themor the FBI; I want to cut through all the bullshit, and tell me face to face if I have ever wronged anyone---I say NO--bring it-PLEASE_ -Call them all. Plesae.
--All of my exhibits speak only to peacefullness, Non-violence and gentleness as a pertinent trait and should be admitted-please.
Ryan Wesley Routh    35967511
pobox 019120
Miami, Fl 33101

*[signature: Ryan Routh]*