# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RYAN WESLEY ROUTH

**EXHIBIT AND WITNESS LIST**

Case Number: : 24-80116-Cr-AMC

| PRESIDING JUDGE<br>Aileen M. Cannon | | | PLAINTIFF'S ATTORNEY<br>Shipley, Brown, Mededas | | DEFENDANT'S ATTORNEY<br>pro se-Ryan Routh |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>September 8, 2025 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 1 | 8-1 |  |  | Michael A McClay Jr - gun expert |
|  | 2 | 8-1 |  |  | Heather Holmes Psy.D. - doctor |
|  | 3 | 8-1 |  |  | Rodolfo A Buigas, PHD |
|  | 4 | 8-1 |  |  | John B Hatfield Jr- Greensboro Attorney |
|  | 5 | 8-1 |  |  | Reed Burton Smith Jr- Burt - Mentor 18-cur. |
|  | 6 | 8-1 |  |  | Tommy Perkins - Perkins excavation- coworker |
|  | 7 | 8-1 |  |  | Oran Alexander Routh- Son |
|  | 8 | 8-1 |  |  | Atwill Milsun -Mentee-lifelong help andadvisae |
|  | 9 | 8-1 |  |  | Erick Zuniga-GM-Best Friend-Step parent to kids |
|  | 10 | 8-1 |  |  | Angel Katona- Office Manager;now socialworker |
|  | 11 | 8-21 |  |  | John Tamura- Current coworker-Camp Box Honolulu.com |
|  | 12 | 8-1 |  |  | Marshall Hinshaw- coworker/friend 20 yrs |
|  | 13 | 8-21 |  |  | John Keone Sayles- current mechanic/coworker |
|  | 14 | 8-21 |  |  | Raymond Carrea-neighbor/friend/Hawaii |
|  | 15 | 8-21 |  |  | Sara Roy-Harvard Univ-Palestinian Political Sci |
|  | 16 | 8-21 |  |  | Mosab Abu Toha- Harvard Univ Library-Palestinian |
|  | 17 | 8-21 |  |  | Mamoud Khalil- Columbia-Palestinain Protestor Held |
|  | 18 | 8-21 |  |  | Jason Stanley-Yale-Book-"How Fascism Works" |
|  | 19 | 8-21 |  |  | Peter Beinart-City U of NY-Book-Jewish on Gaza |
|  | 20 | 8-21 |  |  | Mohsen Mahdawi-Columbia-Palestinian detained |
|  | 21 | 8-21 |  |  | Jehad Abusalim-New York Univ-Palestinian expert |
|  | 22 | 8-21 |  |  | Donald John Trump-insedcure ego didiot-mad fool |
|  | 23 | 8-21 |  |  | Secret Service Agent R. F. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States

V.

Ryan Routh

**EXHIBIT AND WITNESS LIST**

Case Number: 24-80116-CR-AMC

| PRESIDING JUDGE<br>Aileen Cannon | PLAINTIFF'S ATTORNEY<br>John Shipley | DEFENDANT'S ATTORNEY<br>Pro Se |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | 9-1 | | | Secret Service agent R. F. -at fence∋fired shots |
| | 24 | 9-1 | | | ▬▬▬▬-Wanted me to spank/slap ass and I --refused; I will not spank, choke or pull hair-NO. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 12 of 12 Pages