UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____:

**UNOPPOSED MOTION TO BE EXCUSED FROM ONE DAY OF TRIAL
FOR MEDICAL PROCEDURE**

    Attorney Kristy Militello, as one of two Standby Counsel to pro se Defendant Ryan Routh, respectfully requests to be excused from her duties as standby counsel for one day during the trial for a necessary and pressing hospital procedure. Undersigned counsel learned today, September 3, 2025, that the hospital is unable to conduct the procedure prior to the start of trial. As the time of writing, there is availability for the procedure on September 17, 2025, but if that appointment is taken, then the procedure could take place soon thereafter or if/when an earlier cancellation occurs. At all times when Ms. Militello is unavailable, Ms. Sihvola, as the second standby counsel appointed by the Court, will be present and available to the Court and to Mr. Routh.

    Pro se defendant Ryan Routh previously wrote Ms. Militello that he had no objection to her absence from trial (as standby counsel), since Ms. Sihvola would be

1

present.

AUSA Christopher Browne advised that the government does not oppose this request.

Wherefore Ms. Militello, as one of two standby counsel for Mr. Routh, requests the Court grant this motion to be excused from Court for one day of the trial so that she may attend a necessary hospital procedure.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 109 N 2nd Ave |
| West Palm Beach, Florida 33401 | Ft. Pierce, Florida 34950 |
| (561) 833-6288 – Telephone | (772) 489-2123 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello