*United States v. Ryan Wesley Routh*
Case No. 24-80116-CR-CANNON

# PROPOSED DEFENSE TRIAL EXHIBITS

| FILE NAME: | BATES NUMBERS |
|---|---|
| Big Brother | DEF_00001-DEF_00005 |
| The Unwinnable War | DEF_00006-DEF_00009 |
| About Us - Camp Box Honolulu | DEF_00010-DEF_00016 |
| Camp Box Ad Pricing Document | DEF_00017 |
| Drawing - Camp Box Honolulu | DEF_00018 |
| Hawaii Business Record_Certified | DEF_00019 |
| Eagle Scout Application 2-28-80 | DEF_00020-DEF_00021 |
| Eagle Scout Award 5-25-80 Guilford College United Methodist Church | DEF_00022 |
| Eagle Scout Newspaper Announcement with Photo | DEF_00023 |
| Eagle Scout | DEF_00024 |
| Skate Park 3D Model 2 | DEF_00025 |
| Skate Park 3D Model 3 | DEF_00026 |
| Skate Park 3D Model | DEF_00027 |
| Skate Park CGI 2 | DEF_00028 |
| Skate Park CGI | DEF_00029 |
| Skate Park City Council Invite | DEF_00030 |
| Skate Park Drawing | DEF_00031-DEF_00032 |
| Skate Park Explanation Doc | DEF_00033-DEF_00039 |
| Skate Park Layout Sketch 2 | DEF_00040 |
| Skate Park Layout Sketch 3 | DEF_00041 |
| Skate Park Layout Sketch 4 | DEF_00042 |

| | |
|---|---|
| Skate Park Layout Sketch | DEF_00043 |
| Skate Park Local News Paper 2 | DEF_00044 |
| Skate Park Local News Paper | DEF_00045 |
| Skatepark closed pg 1 | DEF_00046 |
| Skatepark closed pg 2 | DEF_00047 |
| Skatepark final product | DEF_00048-DEF_00049 |
| Skatepark fundraiser article | DEF_00050 |
| Skatepark parks and rec pg 2 | DEF_00051 |
| Skatepark parks and rec pg 1 | DEF_00052 |
| (PHOTO) 1 | DEF_00053 |
| (PHOTO) 2 | DEF_00054 |
| (PHOTO) 3 | DEF_00055 |
| (PHOTO) 4 | DEF_00056 |
| (PHOTO) 5 | DEF_00057 |
| (PHOTO) 6 | DEF_00058 |
| (PHOTO) 7 | DEF_00059 |
| (PHOTO) 8 | DEF_00060 |
| (PHOTO) 9 | DEF_00061 |
| (PHOTO)Holding sign woman smiling in background | DEF_00062 |
| (PHOTO) IMG_2638 | DEF_00063 |
| (PHOTO) Kneeling with Ukranian Flags | DEF_00064 |
| Military Recruiting Shirt | DEF_00065 |
| (PHOTO) Suit and Tie in Kyiv | DEF_00066 |
| Ukraine Song - We are One-Designed for Kids-- Newest version 2024 | DEF_00067-DEF_00070 |
| (PHOTO) X Shirt next to banner | DEF_00071 |
| (PHOTO) 1_Ammunition Box_Front | DEF_00072 |
| 2_Ammunition Box_Back | DEF_00073 |
| 3_Two Malfunction Rounds | DEF_00074 |
| At the Capitol | DEF_00075 |

| | |
|---|---|
| Burning Trash Problem Article | DEF_00076 |
| Church Bulletin Announcing Order of the Arrow July 9, 1978 | DEF_00077 |
| Faith in Action letter of recommendation | DEF_00078 |
| Fight for Ukraine – aid.in.ukraine@gmail.com _ 808/464-8342 | DEF_00079-DEF_00090 |
| First house remodel | DEF_00091 |
| Greensboro News and Record Article - August 27, 1991 - Rapist Story | DEF_00092 |
| Greensboro News and Record Article -Rapist - Part 2 | DEF_00093 |
| Greensboro News and Record Photo Taken of Ryan on a Pretty Day | DEF_00094 |
| Haiku Stairs Hawaii | DEF_00095 |
| Halloween pg 1 | DEF_00096 |
| Halloween pg 1 | DEF_00097 |
| (PHOTO) IMG_2082 | DEF_00098 |
| (PHOTO) IMG_2215 | DEF_00099 |
| (PHOTO) IMG_2233 | DEF_00100 |
| Inman house donation project pg2 | DEF_00102 |
| Inman house donation project pg1 | DEF_00101 |
| Letter from Gressboro Pregancy Care Center | DEF_00103 |
| Letter of Appreciation 2 | DEF_00104 |
| Letter of Appreciation | DEF_00105 |
| Letter of Recommendation | DEF_00106 |
| Letter of Recommendation from Alamance Presbyterian Church | DEF_00107 |
| NC Certified Deed | DEF_00108-DEF_00110 |
| Noise Pollution | DEF_00111-DEF_00112 |
| Roofing Charity for Mentally Disabled | DEF_00113 |

| | |
|---|---|
| Stadium Debate in Hawaii Article | DEF_00114-DEF_00115 |
| Taiwan Foreign Legion | DEF_00116-DEF_00125 |
| Tire Swing Article | DEF_00126 |
| Ukraine Article | DEF_00127 |
| UNCG Letter of Appreciation | DEF_00128 |
| (PHOTO) White Ford | DEF_00129 |
| (PHOTO) With Chef Jose Andres | DEF_00130 |
| (PHOTO) With Laborers at Construction Project | DEF_00131 |
| 1172 51-344 Kam Highway Warrant Execution (PHOTO) | DEF_00132 (GOV007292) |
| Flag Wall in Ukraine (Photo from WhatsApp Return) | DEF_00133 (GOV007277) |
| Flag Memorial (Photo from WhatsApp Return) | DEF_00134 (GOV007277) |
| 1B1 Samsung A326 U Phone Report | DEF_00135 (GOV007523) |
| Dear World Letter | DEF_00136 |
| 10-01-24 Audio telephone conversation between Routh and Daughter | DEF_00137 |
| PHOTO (Improvised Explosives "How to Make Your Own") Cover of book | DEF_00138 (GOV018908) |
| Routh Letter to CBS News | DEF_00139-DEF_00147 (GOV007542) |
| Photo (Gun Casing) | DEF_00148  (GOV005293) |
| You determine the outcome of war | DEF_00149 (GOV006323) |
| Attachments from 302's | DEF_00150-DEF_00160 (GOV006326-GOV006336) |
| Attachments from 302's | DEF_00161-DEF_00191 (GOV006881-GOV006911) |
| Letter to  US Embassy April 24, 2024 from Mohammad Reza Wahidi | DEF_00192-DEF_00197 (GOV015994-GOV015999) |
| Trulincs Letter from Routh to Sara Routh | DEF_00198-DEF_00199 (GOV-01600-GOV016001) |
| Letter to Kim Jong Un - August 1, 2020 | DEF_00200 (GOV016513) |
| Ukranian Flags | DEF_00201 (GOV016656) |

| | |
|---|---|
| 20,00 US Trained Soldiers Beggin to Fight Await Your Approval | DEF_00202 (GOV016748) |
| Fight For Ukraine Contact Information | DEF_00203 (GOV016749) |
| Campboxhonolulu.com Letter | DEF_00204-DEF_00206 (GOV016760-GOV016762) |
| Letter in Chinese | DEF_00207 (GOV016759) |
| Pictures of Rifle found at Golf Course | DEF_00208-DEF_00209 (GOV017213-GOV017214) |
| Picture of Rifle found at Golf Course | DEF_00210 (GOV017250) |
| Picture of Rifle found at Golf Course | DEF_00211 (GOV017284) |