UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80116-CR-CANNON/McCabe

UNITED STATES OF AMERICA

vs.

RYAN WESLEY ROUTH,

    **Defendant.**

_____/

## GOVERNMENT'S DEMAND FOR RECIPROCAL JENCKS DISCLOSURES UNDER RULE 26.2

To the extent a motion or demand is required, the United States hereby requests that the Defendant comply with Rule 26.2 of the Federal Rules of Criminal Procedure, which requires the defense, just like the prosecution, to disclose Jencks material for its witnesses. Specifically, the rule states: "After a witness other than the Defendant has testified on direct examination, the court, on motion of a party who did not call the witness, must order an attorney for the government or the defendant and the defendant's attorney to produce … any statement of the witness that is in their possession and that relates to the subject matter of the witness's testimony." Fed. R. Crim. P. 26.2. The "reciprocal Jencks" requirement applies to a defendant just as it does to a defense lawyer, and applies to expert and non-expert witnesses called by a defendant at trial.

The United States has produced some Jencks material for its witnesses throughout the discovery process, but will provide the remaining Jencks material on the first day of trial. To date, the prosecution has not received any material from the defense that would appear to comply with Rule 26.2. We accordingly ask that the Defendant (aided as required by standby counsel) provide

Jencks material for his witnesses on the first day of trial, or as soon as possible thereafter once he determines which witnesses will actually be testifying for him live at trial.

                              Respectfully submitted,

                              JASON A. REDING QUIÑONES
                              UNITED STATES ATTORNEY

By:     /s/ *John Shipley*
           John C. Shipley
           Florida Bar No. 69670
           Christopher B. Browne
           Florida Bar No. 91337
           Maria K. Medetis Long
           Florida Bar No. 1012329
           Assistant United States Attorneys

           U.S. Attorney's Office
           Southern District of Florida
           99 Northeast 4th Street, 8th Floor
           Miami, Florida 33132-2111
           Telephone: (305) 961-9111
           E-mail: John.Shipley@usdoj.gov

           JOHN A. EISENBERG
           ASSISTANT ATTORNEY GENERAL FOR THE
           NATIONAL SECURITY DIVISION

By:     /s/ *James Donnelly*
           James Donnelly, Trial Attorney
           Court ID No. A5503278
           Department of Justice, National Security Division
           950 Pennsylvania Avenue, NW
           Washington, DC 20530
           Telephone: (202) 514-0849

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2025, I filed the foregoing response with the Clerk of Court using CM/ECF.  I FURTHER CERTIFY that a copy of the response was mailed, via United States mail to *pro se* Defendant Ryan Wesley Routh at the address below.

/s/ *John C. Shipley*
Assistant United States Attorney

Ryan Wesley Routh, *pro se*, Reg. No. 35967-511
Federal Detention Center
Inmate Mail/Parcels
P.O. Box 019120
Miami, Florida 33101