UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80116-CR-CANNON

**UNITED STATES OF AMERICA**,

v.

**RYAN WESLEY ROUTH**,

    Defendant.

_____/

## ORDER DIRECTING UNSEALING OF SPECIFIED DOCKET ENTRIES

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the docket. The Clerk is hereby directed to **UNSEAL** the following docket entries and any associated exhibits:

- ECF No. 32
- ECF No. 33
- ECF No. 44
- ECF No. 56
- ECF No. 57
- ECF No. 58
- ECF No. 59
- ECF No. 60
- ECF No. 61
- ECF No. 149
- ECF No. 216
- ECF No. 221

CASE NO. 24-80116-CR-CANNON

- ECF No. 244
- ECF No. 246
- ECF No. 276

**ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of September 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record / standby counsel
Ryan Routh, *pro se* (via standby counsel)