UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____/

**NOTICE OF FILING DEFENDANT'S TRIAL EXHIBITS**

Undersigned counsel, as standby counsel for pro se defendant Ryan Routh, hereby files copies of the Defendant's Trial Exhibits DEF 1 through DEF 30 as ordered by the Court.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

By: *s/Renee M. Sihvola*
Renee M. Sihvola
Assistant Federal Public Defender
Florida Bar Number: 116070
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
E-Mail: Renee_Sihvola@fd.org

1

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. A printed copy was mailed to defendant, Ryan Routh.

By:  *s/**Renee M. Sihvola*
      Renee M. Sihvola