A SHORT AUTOBIOGRAPHY

NOT MY AMERICA

BY:  RYAN WESLEY ROUTH

AVAILABLE ON AMAZON

SEPT  1, 2025



DEFENDANT'S EXHIBIT
DX 301