A BOOK

FIXING DEMOCRACY     (AND HUMANITY)

BY: RYAN WESLEY ROUTH

AVAILABLE ON AMAZON

SEPT 1, 2025



DEFENDANT'S EXHIBIT

D X302