potholes - 808-536-7852
Hart or  808-546-2299

Haiti National Police -
3400 Port-au-Prince Place

P.O. Box 1364

acspap@state.gov - US Embassy

Frantz Elbe - leader of Haiti Police
info@policia.gob.do

Ave. Leopoldo Navarro # 402
Gazcue, Santo Domingo
Dominican Republic

Avenida Mexico -

Rue Paul VI - Rue Mgr Guilloux
RN3 - Police National

Kuleba Dmytro
380 442 381 888
380 442 38 1657
Electronic Appeal
www.ukc.gov.ua

Ella & Margaret - Taiwan

DEFENDANT'S EXHIBIT DX314