Airstrip - Artem + [REDACTED]
(N.wa) Yirig. CAA - military clearance

RC receiver — Autopilot — servos
↳ APM2 input          ↓
                    APM2 outputs
5 to 7 RC unit



cup size
of Motor

MQ1C Gray Eagle +    Paxyhok
                     Ɋakтypʌ #1429

580 - Phoenix Ghost Kamikaze drones
Switchblade counterpart.

DJI Phantom

Korlyukhanov - audio@gmail.com

DEFENDANT'S EXHIBIT DX 319