

Protesting at Chinese Embassy - Kyiv

DEFENDANT'S EXHIBIT DX370

