

DEFENDANT'S EXHIBIT dx376

Documentary filming