

DEFENDANT'S
EXHIBIT
DX386