

DEFENDANT'S EXHIBIT DX387