UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **24-80116-CR-CANNON/McCabe**

**UNITED STATES OF AMERICA**

vs.

**RYAN WESLEY ROUTH,**

    **Defendant.**
_____/

**GOVERNMENT'S FOURTEENTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States files this Fourteenth Response to the Court's Paperless Standing Discovery Order ([ECF No. 28]). This response outlines the discovery materials the United States has produced to *pro se* Defendant Ryan Wesley Routh and complies with the Court's Order Granting In Part the United States' Initial Motion for Protective Order ([ECF No. 69]). On September 21, 2025, the United States uploaded copies of the materials referenced herein to standby counsel via USAFx. On September 22, 2025, the United States will hand deliver hard copies of the materials referenced herein to Defendant, *pro se*. The materials in this response include the items described in the attached index and are numbered Gov064060-Gov064507.

Please contact the undersigned Assistant United States Attorney if the materials are inaccessible.

                                  Respectfully submitted,

                                  JASON A. REDING QUIÑONES
                                  UNITED STATES ATTORNEY

By:    */s/Maria K. Medetis Long*
          Maria K. Medetis Long
          Florida Bar No. 1012329
          John C. Shipley
          Florida Bar No. 69670
          Christopher B. Browne
          Florida Bar No. 91337
          Assistant United States Attorneys

          U.S. Attorney's Office
          Southern District of Florida
          99 Northeast 4th Street, 8th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9020
          E-mail: maria.medetis.long@usdoj.gov

          JOHN A. EISENBERG
          ASSISTANT ATTORNEY GENERAL FOR THE
          NATIONAL SECURITY DIVISION

By:    */s/ James M. Donnelly*
          James M. Donnelly, Trial Attorney
          Court ID No. A5503331
          U.S. Department of Justice
          National Security Division
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          Telephone: 202-514-9866
          Email: James.Donnelly3@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on September 21, 2025.  I FURTHER CERTIFY that, on September 21, 2025, copies of the materials referenced in this document were provided to standby counsel via USAFx and, on September 22, 2025, the materials referenced in this document will be hand delivered to Defendant, *pro se*.

/s/Maria K. Medetis Long
Assistant United States Attorney