UNITED STATES v. RYAN WESLEY ROUTH
CASE NO. 24-80116-CR-Cannon/McCabe
INDEX TO GOVERNMENT'S FOURTEENTH SDO RESPONSE
(Bates Range Nos.: Gov064060-Gov064507)

| FOLDER: | FILE: | BATES Nos.: |
|---|---|---|
| >[1] 01_Jail Communications | >> Jail Records Combined 1.pdf (Gov064060-Gov064279)<br>>> Jail Records Combined 2.pdf (Gov064280-Gov064494) | (Gov064060-Gov064494) |
| > 02_Recorded Jail Calls | - 35967511_Jul_14_2025_06_33_31_AM_8083799411.wav (Gov064495)<br>- 35967511_Jul_14_2025_18_42_59_PM_8083799411.wav (Gov064496)<br>- 35967511_Jul_14_2025_20_35_48_PM_3367089150.wav (Gov064497)<br>- 35967511_Jul_15_2025_06_57_56_AM_8083799411.wav (Gov064498)<br>- 35967511_Jul_15_2025_19_36_23_PM_8083799411.wav (Gov064499)<br>- 35967511_Jul_17_2025_16_55_58_PM_8083799411.wav (Gov064500)<br>- 35967511_Jul_18_2025_17_08_48_PM_8083799411.wav (Gov064501)<br>- 35967511_Jul_19_2025_20_27_15_PM_8083799411.wav (Gov064502)<br>- 35967511_Jul_20_2025_17_23_24_PM_3367089150.wav (Gov064503)<br>- 35967511_Jul_20_2025_20_36_38_PM_8083799411.wav (Gov064504)<br>- 35967511_Jul_21_2025_19_36_08_PM_8083799411.wav (Gov064505)<br>- 35967511_Jul_22_2025_19_58_25_PM_8083799411.wav (Gov064506)<br>- 35967511_Jul_23_2025_19_22_29_PM_8083799411.wav (Gov064507) | (Gov064495-Gov064507) |

---

[1] ">" denotes a folder and ">>" denotes a subfolder.