**WARNING: KEEP OUT OF REACH OF CHILDREN.** To avoid serious injury: (1) use only ammunition in good condition; (2) use only in modern firearms in good condition, proof tested in accordance with industry standards and marked and chambered for use with this cartridge; (3) ensure barrel is free from obstructions; check barrel in case of light recoil or an unusually loud or weak sound heard during firing; (4) wear eye and ear protection; (5) if gun fails to fire, avoid exposure to breech when unloading and point muzzle in a safe direction; keep firearm pointed in safe direction at all times; (6) discharge may occur if primer is struck; handle with caution, DO NOT DROP; (7) do not shoot at hard surfaces or water to prevent ricochet; (8) store in a cool dry place away from chemicals that contain ammonia; (9) since reloading practices are beyond our control, we disclaim all liability for damage or injury that may result; (10) indoor shooting ranges: do not allow unburned powder from discharging ammunition to accumulate in any cracks or crevices as detonation or fire can occur.

| A76239A | Muzzle | 100 yds | 200 yds | 300 yds | 400 yds |
|---|---|---|---|---|---|
| Velocity (fps) | 2350 | 2078 | 1824 | 1595 | 1392 |
| Energy (ft-lbs) | 1520 | 1189 | 916 | 701 | 533 |
| Height of bullet trajectory in inches above or below line of sight if zeroed at ⊕ yards. Sights 1.5 inches above bore line. | | | | | |
| Average Range | ⊕ | | −6.5 | | −23.8 |

Made in the USA/Fabriqué aux États-Unis
FEDERAL CARTRIDGE CO., ANOKA, MN 55303 USA
"AMERICAN EAGLE" is a registered trademark with the U.S. Patent and Trademark Office.
Patent information: patents.vistaoutdoor.com
© F.C.C. 2018

LOT NO.

CIP
M ♛

**WARNING:** Fire or projection hazard. Keep away from heat – no smoking. Do not subject to shock. Wear eye protection. Fight fire with normal precautions from a reasonable distance. Store and dispose of in accordance with local, national and international regulations.

**AVERTISSEMENT :** Danger d'incendie ou de projection. Garder à l'écart des sources de chaleur – défense de fumer. Éviter les chocs. Porter des protections oculaires. Combattre les feux en observant les précautions normales et depuis une distance raisonnable. Conserver et mettre au rebut conformément aux règlements locaux, nationaux et internationaux.



0  29465 08527  8

G438U53-G442U59

DEF-00073



DEFENDANT'S EXHIBIT DEF_00073