


DEFENDANT'S EXHIBIT
DEF_00080
DEF_00080