UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RYAN WESLEY ROUTH,
    Defendant.
_____/

**SEVENTH NOTICE OF FILING DEFENDANT'S TRIAL EXHIBITS**

    Undersigned counsel, as standby counsel for pro se defendant Ryan Routh, hereby files copies of the Defendant's Trial Exhibits DEF 185 through DEF 211 as ordered by the Court. Exhibits DEF 208 through DEF 211 were withdrawn by Mr. Routh in Court.

    Respectfully submitted,

    HECTOR A. DOPICO
    Federal Public Defender

    By: *s/***Renee M. Sihvola**
    Renee M. Sihvola
    Assistant Federal Public Defender
    Florida Bar Number: 116070
    109 North Second Street
    Fort Pierce, Florida 34950
    Tel: 772-489-2123
    E-Mail: Renee_Sihvola@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. A printed copy was mailed to defendant, Ryan Routh.

By:  *s/**Renee M. Sihvola***
       Renee M. Sihvola