



DEF_00186     Gov006906