


DEF_00187    DEFENDANT'S EXHIBIT DEF_00187    Gov006907