DEFENDANT'S
EXHIBIT
DEF_00188