

DEF_00189  **DEFENDANT'S EXHIBIT** DEF_00189  Gov006909