

DEF_00190

DEFENDANT'S EXHIBIT DEF_00190

Gov006910