

DEF_00191          Gov006911