April 24, 2024

US Embassy in Kyiv

4 Aircraft Designer St.

Kyiv, Ukraine 04112

Honorable Bridget Brink,

     My name is Mohammad Reza Wahidi from Afghanistan and I served with the Coalition forces for over a decade towards making my homeland safe and a wonderful place for my three children and wife to grow up, but that has fallen apart. I like most Afghans that served with the coalition forces are in hiding or on the run from the ruthless slaughter of the Taliban and I am now forced to live in Iran and work for 3 dollars a day to support my family and keep them fed. It is a life with no hope, future or purpose for any of us, just merely survival. I would much rather be on the battlefield in Ukraine with my life on the line facing bodily injury and death to simply be fighting for democracy and freedom and a better life for someone, anyone on this planet. At least I would know that I died making this world a better place for my little children and show them that doing the right thing is honorable and good even if it ends your life; it is what good humans should do.

I have worked tirelessly now for 2 years talking to every contact in the world that could help me get to Ukraine to fight, and we have gotten close to success, but have not yet been able to get one single Afghan to Ukraine yet and I am extremely frustrated. I have partnered with Ryan Routh whom has helped all of the Afghan soldiers tremendously and took time to travel back to Ukraine for 3 months to beg on our behalf to accept us as soldiers for Ukraine, but as you know we have so far been unsuccessful. We have recently been able to get one invitation letter from the recruiting office in Ternopil for my best friend that speaks English well and he