could simply provide us with an escort that will allow us all to walk across borders we will make you proud and account for every single soldier from beginning to end. If you can arrange a collection point in Turkmenistan and we will arrange a boat across to Azerbaijan so that we can walk the rest of the way to Ukraine that would be excellent. We cannot sit around and do nothing, we must motivate the world to get involved once again and stand up for what is right. We cannot let this situation linger and continue without bold visible support. We should be the motivators that starts a new round of global support for Ukraine. With the new funding from the US signed today by Biden, I hope that we will have the weapons needed to arm all of the Afghan soldiers to put them directly into battle and have the food and support that this project needs. Ukraine has always suggested that funding was a problem for this project, but maybe with this new round of funds it can start now. We have explained countless times that we fight for less than the normal salary, as this is not about the money, it is standing up for our brothers in Ukraine that wish to remain free and democratic and it is our civic duty to support those that wish to live free. Any salary greater than what we receive in Iran is acceptable; we received between 200 and 300 US dollars when we fought for coalition forces and that was perfect. We simply long for renewed purpose and hope to have a future of usefulness and part of something worthwhile and not in a place without any opportunity, if you can help us.

I am sure that you are aware that soldiers and their families are still being killed daily in Afghanistan with babies' heads being chopped off and soldiers with arms and legs cut off and the most cruel behavior know to man; Afghanistan is no longer a civilized society and we all wish for a normal life free from senseless murder. Please help us find a pathway to Ukraine so that we can be useful again. That is all that we are asking for. If we need to arrange a way to return the soldiers back to Iran or Afghanistan after the war we will gladly set aside funds for return visas and travel expense back home once we are no longer needed. We will gladly agree to having our bodies buried in a grave in Ukraine if we die as well if that makes this project easier. We will agree to whatever terms are demanded to make this project work. We will adhere to whatever is required to guarantee