April 24, 2024

US Embassy in Kyiv

4 Aircraft Designer St.

Kyiv, Ukraine 04112


Honorable Bridget Brink,


     My name is Mohammad Reza Wahidi from Afghanistan and I served with the Coalition forces for over a decade towards making my homeland safe and a wonderful place for my three children and wife to grow up, but that has fallen apart. I like most Afghans that served with the coalition forces are in hiding or on the run from the ruthless slaughter of the Taliban and I am now forced to live in Iran and work for 3 dollars a day to support my family and keep them fed. It is a life with no hope, future or purpose for any of us, just merely survival. I would much rather be on the battlefield in Ukraine with my life on the line facing bodily injury and death to simply be fighting for democracy and freedom and a better life for someone, anyone on this planet. At least I would know that I died making this world a better place for my little children and show them that doing the right thing is honorable and good even if it ends your life; it is what good humans should do.

I have worked tirelessly now for 2 years talking to every contact in the world that could help me get to Ukraine to fight, and we have gotten close to success, but have not yet been able to get one single Afghan to Ukraine yet and I am extremely frustrated. I have partnered with Ryan Routh whom has helped all of the Afghan soldiers tremendously and took time to travel back to Ukraine for 3 months to beg on our behalf to accept us as soldiers for Ukraine, but as you know we have so far been unsuccessful. We have recently been able to get one invitation letter from the recruiting office in Ternopil for my best friend that speaks English well and he

is trying diligently to get the Ukraine Visa out of the Pakistan office in the coming weeks, but we will still be faced with getting him a transit visa from Moldova or Poland which may prove difficult.  It saddens me greatly that we have thousands of Nato trained soldiers that are begging to fight for freedom and democracy and basic human rights and we are not given the opportunity to do so.  While the vast majority of the world does not want to get its hands dirty and go about life as normal as this atrocity continues, we have the resource that is needed to end this war. We have enough soldiers to double the size of the Ukraine army and push Russia back where they belong and not let this war drag on for another decade or two or three.  We cannot accept this stalemate and the status quo, we must as a global community not allow this to continue and we must be the force that pushes Russia back and makes them pay for the problems they have caused. We must take this battle to the doorstep of Vladimir Putin and blow the doors on his bunker and drag him out for the world to see.  The entire world is watching, China and Iran and all of the Rogue nations, and we must ensure that this war is ended swiftly and decisively for the future of human rights and freedom, but we cannot do this without your help. Ukraine is on overload and they do not have the manpower and diligence to implement this project, so we are asking for your help. Zelenskyy is fully aware of this resource and opportunity but does not have the time and patience to implement all of the required details, and why should he carry the weight of the world alone.  All we are asking for is to help us get this project started and once we have a core group established we can manage this project as much as Ukraine will allow and make it as easy on everyone as possible. We simple need help establishing that initial path and contacts so that we have a route for these soldiers to travel.  There are two ferry boats that cross the Black Sea from Georgia to Romania that we can use to transport soldiers if we cannot fly from Tehran to Moldova or Poland.  All of the thousands of soldiers are willing to do whatever is needed to join the fight in Ukraine.  We are all willing to walk in a massive caravan from Afghanistan to Ukraine if you can make us a path we will make it happen.  It would be a powerful visual for the world to see; thousands of soldiers walking in a group all the way to Ukraine to fight; that is what the world need to see and the powerful image that Ukraine and humanity deserves.  If you

could simply provide us with an escort that will allow us all to walk across borders we will make you proud and account for every single soldier from beginning to end. If you can arrange a collection point in Turkmenistan and we will arrange a boat across to Azerbaijan so that we can walk the rest of the way to Ukraine that would be excellent. We cannot sit around and do nothing, we must motivate the world to get involved once again and stand up for what is right. We cannot let this situation linger and continue without bold visible support. We should be the motivators that starts a new round of global support for Ukraine. With the new funding from the US signed today by Biden, I hope that we will have the weapons needed to arm all of the Afghan soldiers to put them directly into battle and have the food and support that this project needs. Ukraine has always suggested that funding was a problem for this project, but maybe with this new round of funds it can start now. We have explained countless times that we fight for less than the normal salary, as this is not about the money, it is standing up for our brothers in Ukraine that wish to remain free and democratic and it is our civic duty to support those that wish to live free. Any salary greater than what we receive in Iran is acceptable; we received between 200 and 300 US dollars when we fought for coalition forces and that was perfect. We simply long for renewed purpose and hope to have a future of usefulness and part of something worthwhile and not in a place without any opportunity, if you can help us.

I am sure that you are aware that soldiers and their families are still being killed daily in Afghanistan with babies' heads being chopped off and soldiers with arms and legs cut off and the most cruel behavior know to man; Afghanistan is no longer a civilized society and we all wish for a normal life free from senseless murder. Please help us find a pathway to Ukraine so that we can be useful again. That is all that we are asking for. If we need to arrange a way to return the soldiers back to Iran or Afghanistan after the war we will gladly set aside funds for return visas and travel expense back home once we are no longer needed. We will gladly agree to having our bodies buried in a grave in Ukraine if we die as well if that makes this project easier. We will agree to whatever terms are demanded to make this project work. We will adhere to whatever is required to guarantee

that arrive in Ukraine and are not lost on the way, if it means shackles and chains we will do whatever is needed to satisfy the authorities and make this work. We will show our loyalty and dedication every step of the way, we will show the world who we are. Please give us the opportunity. That is all we are asking.

Thank you for taking the time to consider our request. I speak for thousands of Afghans that I work with on a daily basis. We are all begging you for your help. I hope that you will email or text me on Whatsapp so we can find a way to move this forward.

Sincerely,


Mohammad Reza Wahidi

███████@gmail.com

███████