Dear Bridget Brink,

I, Ryan Routh would like to respectfully ask why we cannot work one on one to pursue the Afghan soldier project?

I fully understand that your office does not need any unnecessary noise and correspondence that is not worthwhile; but I do not see how we can get these thousands of Afghan soldiers to the front lines without direct communication. Your staff has spoken with Volodymyr Kratzkov at great length and most recently had a meeting where he was asked to provide the execution details of the project as well as accounting of how funds would be allocated and spent and he failed to submit those documents to you. While I had hoped that he could produce these documents, if he could not, I had hoped that you would reach out to me so that I can supply what you need. I will gladly do whatever it takes to get you the information that you need from any number of Ukrainian agencies so that we can get this project done. I can be back in Ukraine at a moment's notice and arrange what you need. Because Volodymyr did not fulfill his obligation he is ashamed to give me any contact information since he dropped the ball. We have been discussing this and mailing documents and talking through Volodymyr for months so it seems only logical that we at least have an email address that we can work through to try and make this happen. When I went to Taiwan the personnel at AIT came right out and we had a meeting right then and there and discussed all the items and options without hesitation and any issues. If you can possibly assign a low level spokesperson that can help with some simple emails that would be wonderful.

Currently Volodymyr is negotiating with GUR and they have requested that we assemble a complete battalion of 3000 Afghan soldiers that have passports so we are working on that currently. I am sending the leaders of the Afghans to Qatar to set up an office so that we can compile this list in safety away from the Taliban