and Iran. As you may know, with Reznikov and Budanov we had an agreement to bring in 230 Afghan soldiers on a trial basis to join the International Legion, with plans for another 1000 and 2500 after that, but that fell apart with leadership changes and the constant begging for money. I have since mailed a package to Rustem Umerov and Volodymyr has met with Zelenskyy but no defined movement yet. With your simple partnership and encouragement I am certain that we together can iron out all of the minor issues and make this project a tremendous benefit for everyone. Again, we can use a private security company and my friend Matt Robinson that was a captain in the US Army to help coordinate this project if needed. He can be reached at +380683207953 or if you would like to work with my Washington DC partner Kate Jones at 908-327-4166 or you can work with my office person Uliana Savchencko at +380809364486 as she is near your office and can meet you anytime to discuss what is needed. However you wish to communicate or whomever you are most comfortable speaking with as long as we can have more open lines of communication so that we can move this project forward. As the world is becoming more engulfed in conflict and now the with such chaos Taiwan is ripe for the picking, we must put all hands on deck to push harder for Ukraine to be finished so we can move resources to Taiwan as quick as possible. These conflicts grow more critical everyday and we cannot let these valuable assets sit idle as a global conflict between democracy and dictators happens before our eyes. We cannot let our lack of good communication fail us at this critical moment. Please open these lines of communication so that we can help fix these major problems. Please help me.

Thanks,


Ryan Routh   fightforukraine.com.ua   aid.in.ukraine@gmail.com