TRULINCS 35967511 - ROUTH, RYAN WESLEY - Unit: MIM-G-E

---

daily I am more and more disappointed in how humans respond to the needs of others. While in Ukraine, one of the signs that I posted on the big cube in Independence Square I speak that the war is an indictment of ever human on our great planet and how we each respond speaks to each of our moral conscience and the character or our entire species. As I begged for more support for Ukraine it was less than lackluster and as I push to trade hostages in Gaza it seems it all falls on deaf ears as if no one cares in the least. I am currently reading about the death of Alexander Hamilton and I am still crying as it is so sad. I seems that Hamilton had given up on life as he felt that he had always represented honor, dignity and good but his selfless life rendered little support while greedy, self-centered, arrogant Burr seemed always on top creating a great moral divide and sadness for the leanings of a country. Hamilton's last words were-" if they break this union, it will break my heart." While our great nation now hangs in the balance between good and evil, and we should always steer away from violence, at all cost, the future of our nation and the world always falls on We the People. I am extremely saddened also by the apparent lack of any interest in the Gaza Hostage Trade proposal. Sara has pushed this proposal on every front it has fallen on deaf ears--does the entire world not care about children and families getting murdered daily? This lack of care and interest also shakes me to the core. If this is the world that we now live in, where no one cares about their fellowman around the world, then it is just as well that Trump execute me as Burr. The whole of our human existence is to care for one another and support one another to the greatest success; that is all that there is, if we no longer have that, then it is a world that I do not wish to live in. I wish for a world where we always put in more than we take out, and do not care for money or material goods, but do not wish for our neighbors to struggle around the globe. I feel as George Bailey, wondering if their is support and value in honor, dignity, virtuousness, meek, modest, altruism, magnanimity, empathy, kindness, caring, sacrifice is worthwhile and even noticed and if all those adjectives that our great country was built on are still the moral character of our nation. I am certainly willing to give up my life for human rights, democracy and freedom and offer to exchange my life for any unjustly held prisoner; Gaza, the Nobel peace prize hostage in Iran, the last American in Russia or dancer, a Ukraine war soldier, or one of the 40 media prisoners from Hong Kong. I would say that I am willing to surrender in Gaza without even a trade for a hostage, merely to restart the peace conversation. We should stop the Iran and North Korea(Cuba) sanctions without anything in return, simply for their common struggling man.

Where I am going with this, is to ask you, the media outlet, that puts into practice that the pen is mightier than the sword, to please not be the one that sits on the sidelines as thousands are slaughtered. I beg of you please to help, and act and please bring this question and thought process to the public to ponder and debate and act upon. This presents before the world the most human question of caring for one another and stepping in to take over another's terrible pain; what more should be aske of humans, what greater sacrifice, what better display of the human spirit-can we not lay this before the human race and see how we each respond. I would like it to be an amazing and tearful with the display of humanity. Please help.

Again, this has nothing to do with me. You can despise me and wish nothing to do with me, that is fair; and agreed, I am insignificant, unimportant, meek, mild, modest and do not want my name printed anywhere. And my case also has little importance, I prefer the outcome be freedom or execution, as I do not wish for a useless life in prison of nothingness; as this battle between myself as a small poor man of integrity and the rich powerful Trump with no moral compass-I no one finds me on the side of good in the world then let Trump pull the trigger as Burr, I am good with that. As I have never drank, smoke or done drugs, I would like to offer my kidney and liver or whatever now and all organs when gone. My name, or Routh cannot appear anywhere in this project as Trump will enact revenge against all the new hostages(I must be unnamed in any deal). I cry for Navalny, for I wish I had traded my life for his; a fool traded for a brilliant leader. I think we have all failed though time from slavery, to FDR and WW2 as we let years go by and watched millions get slaughtered and did nothing, we sit and watch as Sudan falls apart again not stepping in, we guaranteed Ukraine to defend them in 1994 when we removed 1300 missiles and 30 nukes and we failed on our promise-we each should have been on the border when Russia amassed, we should not have removed our soldiers from Taiwan in the 70s or reinstalled millions now to protect democracy, we failed Syria as we see today and I cry as I watch Syrians searching for "hidden tunnels" below the jail thinking their loved ones are alive when only graves-another tragedy we allowed, Iraq seems heroic today, we have failed Myanmar, Venezuela, Belarus, CAR, Cameron, Haiti, and Afghanistan(Cuba) and others. Some suggest that we should not be the policeman of the world-do they not have a heart or a soul or a conscience; again, why have we been put upon this earth if not to help the suffering and oppressed; we have no greater issue of importance-nothing else matters. Our entire world teeters between the most basic of human rights and tyranny with slavery-where do we wish for our planet to land. I hope that we side with the most basic of human rights. My Chinese friends scream to be released from China as their fellowmen hang themselves from park trees in despair and I tell them we are coming, yet we did not come in 1989 when 3300 Chinese were slaughtered by the CCP; again we sat and did nothing. We invested so much in Vietnam and now it is ready to evolve and we are not there supporting. I am so happy with the strength and commitment of those in South Korea and Georgia, as well as Moldova. The world fears of a third world war, but if that is what it takes to stop the slavery in China and free the people of North Korea then that is a battle worth fighting. We cannot shy away from our global responsibility, it is our duty to humanity; if our country collapses under the debt it will certainly be a goal worth staking our future on and rebuilding from. But we are too late, I and we have failed to protect democracy and it is set to unravel. We now become Teinamens square to hopefully defend our capitol and congressional lives against Trump, his henchmen and our own military. He has already begun to dismantle our democracy with fake cabinet heads and once partnered with Putin and Xi he will have millions of Chinese soldiers to control the American population.

Ryan Routh and Sara Routh Thomas     sararouth@gmail.com   8083799411 8082863048   @gazahostageswap