

August 1, 2020

Dear Kim Jong Un,

As a simple common American, I wish for all world leaders and countries to get along and work together, and I do not see why we cannot do this. We are all mere humans, that are all simply trying to do the best that we can and make everyone's lives as good as possible and to help each other achieve our hopes and dreams and ambitions. Life is hard enough even when we all cooperate and should never try to make another's life harder, that is not logical. I certainly hope you all the greatest success in the world as well as everyone in your country to be successful and happy and prosperous. I do not think any person on the planet would begrudge you or anyone the right to happiness and a wonderful life. I think together you and I as mere simple human beings can work together and as friends ensure that we are both successful and comrades and partners towards a world that is peaceful and wonderful for us both.

I must apologize for our current president, as he may mean well, he is an idiot, and we made a big mistake, and our next president Joe Biden is not much better and certainly does not have the intellect to be a good global partner like he should, so the burden of charting an intelligent and mutually beneficial path fall on you and I and the lesser ambassadors that we need to use to the fullest. Who knows who Biden will pick as Sec. of State, but it does not matter, it is merely the American people that we must win over and get the sanctions lifted and move forward with life? We must create and pursue a constant and daily campaign to show the world that you are good person and a fair and concerned leader that wants only the best for your citizens and prosperity for your country. I think that a media campaign that shows the world the heart and soul of you and shares that you are a human that simply wants the best for his country. I think that stereotypes of what people think of you because they simply do not know anything about you is what causes any conflict and friction. I would go as far as to say that visiting the U. S. would be an amazing step towards becoming friends and cooperative partners. As I live in Hawaii, I personally invite you to vacation here in Honolulu, as we have great hotels and beaches and we can arrange for local

DEF_00200   Gov016513