

How will you respond to this tragedy- the flags of over 50 supporting countries disrespectful destroyed and replaced by a Ukrainian flag suggest that Ukraine wishes to fight the war alone- YOU must fix this message!

This wall of Flags was a symbol of the heart and soul of all of humanity around the world, and honoring the unselfish hero civilians willing to come and die for their neighbor.

We each should not allow one woman's hatred of Taiwan, nor one leader's hatred of freedom; ruin peace and this display of the cohesive unity that our world shares as we are all bonded together and move forward as a collective one.

Our global unity and moral fabric was ripped from this wall by one person's selfish hatred, that fails to set aside personal grievances for the sake of the greater good and the whole of our world.

This War is about our Global Character and how we each treat each other as human beings from all countries and cultures as mere individuals regardless of differences and Iideology- this wall must reflect that.