

Face to face we can simply and easily eliminate US sanctions and not give up anything. I know that we can achieve this without any problem with a little help North Korea. We can stop pointless negotiations with American diplomats and get to the root of the issue. The root being that we wish the best for everyone. And one must understand that the way the America is run is by the opinion of the American people, so the American people are the ones that we must appeal to and not argue with politicians. Getting to the heart of the American people is easy in this age. With amazing video technology, we can arrange a very powerful and moving propaganda campaign that is polished and can bring the leadership into the living rooms of all of America and put us both face to face to learn who our friends are in North Korea and how wonderful their life is and the human struggles and hopes and dreams are. I can arrange countless interviews with every single media outlet here in the US and Kim Jung un or his sister or spokesperson will never have to leave their office. These casual interviews will get to the heart of who we each are as humans and that we all wish for the same things. It is so simple and cost nothing for anyone and it will erase all of the misunderstandings and find a common human bond between ourselves. Nuclear weapons become irrelevant if we can sit eye to eye and understand each other's lives and families and see each other's needs and struggles and yearn to offer a helping hand. We can bridge the massive gap by simple video conversation and forge a new partnership that will quickly erase a need for military flights and rockets and any of the costly expense on both sides. Please please please, get this message across to North Korean leadership. Please take the time to make a strong verbal argument that it is well worth a few minutes of their time to consider the amazing things we can do through this simple partnership and how many lives in their country we can change by quickly eliminating sanctions. We can do this. Please find me some line of communication so that we can work on this media campaign and change lives. Some sort of email address, phone number or any means of communication would make a world of difference. It is up to us to change the world and make it better and we have the tools already. Help us connect and work together as we are all not very different at all; we are all the same, with ideas, goals, hopes and dreams and we can make each other's lives easier. We owe it to our selves and our children and grandchildren to do all that we can to find peace and eliminate the void of information about our worlds. Let us small insignificant people sit together and work to make big change. I am