

at your disposal. I hope that you will reach out to me and have conversations about how we can work with North Korean leadership to coordinate this media campaign to bring us all together. I hope there is a day when we are all such good friends that whether or not one or the other has nuclear weapons is no longer an issue; we all can have piles and piles as they will be unnecessary. This is what we should all wish for. Please help me achieve that for everyone's sake. It is a simple path; we just need you to open door to start the process. Please help.

If you would be so kind to translate this letter and deliver it to whomever you think will have the most likelihood of helping us all work together to make everyone friends and allies and make everyone's lives more peaceful and cooperative for decades and centuries to come for mutual success.

You can reach me by phone at 001-808-379-9411, or by email at ryanrouth@yahoo.com or campboxengineering@gmail.com or twitter @ryanrouth

I sincerely look forward to speaking with and working with you,

Ryan Routh