

군 관계자

나는 미국에서 온 시민이고 나는 당신의 외무장관과 몇 분 동안 희망적으로 전화로 이야기 할 희망으로 전세계를 여행했습니다. 나는 이 일이 일어나도록 당신의 외무부 장관과 함께 간단히 일할 수 있다면 미국으로부터 경제 제재를 끝낼 간단하고 쉬운 계획을 가지고 있습니다. 미국인으로서 나는 우리 정부가 어떻게 작동하고 모든 문제를 해결하고 미국을 가장 잘 그리고 가장 유용한 동맹으로 만들기 위해 우리가 함께 할 수 있는 모든 간단한 단계를 안다. 저는 여러분들의 미국인 고문으로서 무급으로 필요한 기간동안 북한과 함께 일하기 위해 이곳에 왔습니다. 함께 우리는 미국 국민에게 북한을 돕는 것의 가치를 설득할 지속적인 미디어 캠페인을 함께 할 수 있습니다. 우리는 이 미디어 캠페인을 당신의 사무실의 편안함에서 개발할 수 있으며 비디오 통신의 사용과 함께 나라를 떠날 필요가 없습니다. 현대 기술로 우리는 놀라운 선전 운동을 함께 할 수 있습니다.

만약 여러분이 이 정보를 지도자들과 대사들에게 전달해 줄 수 있다면, 우리가 함께 일해서 모든 사람의 삶을 개선시키고 더 나은 삶을 만들기 위해 큰 진전을 이룰 수 있을 것입니다. 전 세계에서 우리 모두는 모든 민간인들이 행복과 성공을 가지고 그곳에서 완전한 잠재력을 만날 수 있도록 최선을 소망하고 희망해야 합니다. 미국의 모든 시민들은 모든 세계 시민들을 위해 이것을 기원합니다. 우리 지도부는 큰 변화를 만들 힘은 없지만, 만일 우리가 미국 대중을 이길 수 있다면, 우리는 모든 적대감과 어리석은 제재를 끝낼 수 있다.

우리 모두가 좀 더 평화롭고 번영하는 세상이 되도록 도와주세요. 저는 DMZ에서 우리가 기념비적이고 의미 있는 변화를 이루는데 걸리는 몇 주 또는 몇 달을 지낼 것입니다. 세계 관계를 변화시킬 수 있는 힘을 가진 사람과 연락해 주세요. 할 수 있어 도와줘서 고마워

라이언 로스