UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   24-80116-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WESLEY ROUTH,

    Defendant.
_____:

**NOTICE OF COMPLIANCE**

Undersigned counsel, as standby counsel for pro se defendant Ryan Routh, hereby files this notice that they electronically filed all of pro se defendant Ryan Routh's proposed exhibits as listed in the Defendant's Trial Exhibits (DE 268) and Defendant's Supplemental Trial Exhibits (DE 299). The docket entries for the exhibits are: DE 300, DE 301, DE 302, DE 303, DE 305, DE 306, DE 307, DE 309, DE 310, DE 311, DE 312 and DE 313.

Respectfully submitted,

HECTOR A. DOPICO
Federal Public Defender

| | |
|---|---|
| *s/ Kristy Militello* | *s/Renee M. Sihvola* |
| Kristy Militello | Renee M. Sihvola |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Attorney for the Defendant | Attorney for the Defendant |
| Florida Bar No. 0056366 | Florida Bar Number: 116070 |
| 250 South Australian Ave., Suite 400 | 250 South Australian Ave., Suite 400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| (561) 833-6288 – Telephone | (561) 833-6288 - Telephone |
| Kristy_Militello@fd.org | Renee_Sihvola@fd.org |

1

CERTIFICATE OF SERVICE

   I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               *s/ Kristy Militello*
               Kristy Militello