UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 24-cr-80116-AMC-1

UNITED STATES OF AMERICA,                    Fort Pierce, Florida

                   Plaintiff,               September 18, 2025

          vs.                                8:52 a.m. - 5:35 p.m.

RYAN WESLEY ROUTH,                           VOLUME 9

                   Defendant.               Pages 1 to 345
_____

TRANSCRIPT OF JURY TRIAL - DAY 9
BEFORE THE HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:
                              UNITED STATES ATTORNEY'S OFFICE
                              JOHN SHIPLEY, ESQ.
                              MARIA MEDETIS-LONG, ESQ.
                              CHRISTOPHER BROWNE, ESQ.
                              JENNIFER LUCE, ESQ.
                              99 NE 4th Street
                              Miami, Florida 33132

                              U.S. DEPARTMENT OF JUSTICE
                              JAMES M. DONNELLY, ESQ.
                              950 Pennsylvania Avenue, NW
                              Washington, DC 20530
FOR THE DEFENDANT:
                              RYAN WESLEY ROUTH, PRO SE
AS STANDBY COUNSEL:
                              FEDERAL PUBLIC DEFENDER'S OFFICE
                              KRISTY MILITELLO, ESQ.
                              RENEE SIHVOLA, ESQ.
                              250 S. Australian Avenue
                              Suite 400
                              West Palm Beach, Florida 33401

STENOGRAPHICALLY REPORTED BY:

                              LAURA E. MELTON, RMR, CRR, FPR
                              Official Court Reporter to the
                              Honorable Aileen M. Cannon
                              United States District Court
                              Fort Pierce, Florida

E X A M I N A T I O N S

Witness/Proceedings                                          Page

RANDY WALTERS
        DIRECT EXAMINATION BY MR. BROWNE                        6
        CROSS-EXAMINATION BY MR. ROUTH                         51
        REDIRECT EXAMINATION BY MR. BROWNE                     54
SPECIAL AGENT NICHOLAS SCHNELLE
        DIRECT EXAMINATION BY MS. MEDETIS-LONG                 56
        CROSS-EXAMINATION BY MR. ROUTH                        105
        REDIRECT EXAMINATION BY MS. MEDETIS-LONG              116
SPECIAL AGENT GREGORY TURNER
        DIRECT EXAMINATION BY MR. DONNELLY                    118
        CROSS-EXAMINATION BY MR. ROUTH                        132
DETECTIVE KENNY SMITH
        DIRECT EXAMINATION BY MR. DONNELLY                    135
        CROSS-EXAMINATION BY MR. ROUTH                        175
SPECIAL AGENT BRENDEN CLEMENTS
        DIRECT EXAMINATION MS. MEDETIS-LONG                   180
        CROSS-EXAMINATION BY MR. ROUTH                        189
AGENT CHRISTIAN HLINKA
        DIRECT EXAMINATION BY MR. DONNELLY                    191
        CROSS-EXAMINATION BY MR. ROUTH                        206
SPECIAL AGENT KIMBERLY J. MCGREEVY
        DIRECT EXAMINATION BY MS. MEDETIS-LONG                217

GOVERNMENT ADMITTED EXHIBITS

Exhibit                                                            Page

130.............................................. 267
131 and 132...................................... 267
140 and 143...................................... 267
146.............................................. 268
200-49A through 200-49S.......................... 197
411.............................................. 268
413.............................................. 268
522A through 522Y................................  23
522AA through 522PP..............................  24
600-182.......................................... 129


DEFENDANT ADMITTED EXHIBITS

Exhibit                                                            Page
                              NONE

(Call to the Order of the Court.)

THE COURT:  Good morning.  Everybody is present.  Let's call the case and get appearances.  You may all be seated unless you are addressing the Court.

COURTROOM DEPUTY:  Calling case United States of America v. Ryan Wesley Routh, Case Number 24-cr-80116-Cannon.

Counsel, please state your appearances for the record, starting with the United States.

MR. SHIPLEY:  Good morning, Your Honor.  Excuse me.  John Shipley, Christopher Browne, Maria Medetis-Long, James Donnelly, and Jennifer Luce for the United States.  Good morning.

THE COURT:  Good morning.

MS. MEDETIS-LONG:  Good morning, Your Honor.

MR. ROUTH:  Good morning, Your Honor.  Ryan Routh for the defense.

THE COURT:  Good morning, Mr. Routh.

MS. MILITELLO:  Good morning, Your Honor.  Kristy Militello and Renee Sihvola as standby counsel.

THE COURT:  Good morning to both of you.

All right.  We will resume trial.

Any updates or items to address this morning?

MR. SHIPLEY:  Not for the United States.

THE COURT:  Anything, Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Do we have our jurors present, Ms. Moran?

COURTROOM DEPUTY:  Yes, Judge.

COURT SECURITY OFFICER:  Yes, Judge.

THE COURT:  Okay.  Then let's begin.  And you can bring in your next witness, please.

MR. BROWNE:  Thank you, Your Honor.

(The jury entered the courtroom at 8:54 a.m.)

THE COURT:  Good morning.  Please have a seat.  Good morning, ladies and gentlemen.  I hope you had a nice evening.  We will resume trial today with the government's next witness.

Please let us know who that is.

MR. BROWNE:  The United States calls Randy Walters, Your Honor.

THE COURT:  Very well.  Mr. Walters, please come over here to be sworn in, and stay standing briefly for that.

COURTROOM DEPUTY:  Please raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

COURTROOM DEPUTY:  Please be seated.

State your first and last name, and please spell it for the record.

THE WITNESS:  Randy Walters.  R-A-N-D-Y, W-A-L-T-E-R-S.

MR. BROWNE:  May I inquire, Your Honor?

THE COURT:  Yes.

RANDY WALTERS,

having been sworn, testified as follows:

DIRECT EXAMINATION

BY MR. BROWNE:

Q.    Good morning, Mr. Walters.

A.    Good morning, sir.

Q.    Please tell the members of the jury where you work, sir.

A.    I work with the Bureau of Alcohol, Tobacco, Firearms and Explosives, otherwise known as the ATF.

Q.    And what is your current job title?

A.    My current job title is -- I serve as a destructive device examiner.

Q.    All right.  And what do you do in the role of destructive device examiner?

A.    So as a device examiner, what we do is we receive evidence that's submitted to us for examination where we classify explosive devices, destructive devices, and other classifications, and we author technical reports that really go over how these were designed, how they were functioned, and author those reports.

We also are instructors of all of the explosive-related courses that the ATF provides.  So I have attended every one of those courses, and I instruct there as well.

So some of those courses might be a post-blast investigation, where we have bomb technicians respond to the scene and try to piece together the evidence of what that bomb was comprised of and develop investigative leads.  Another course is explosive evidence exploitation, where we go over disassembly procedures of improvised devices and how to best capture as much physical evidence as possible.

We also are on standby for any law enforcement bomb technicians that are domestically operating in the United States.  If they're on a bombing scene, they can call us if they need any reachback or feedback live on the spot.

Q.   And, Mr. Walters, we will talk a little bit more about your job at the ATF, but first, what is a destructive device?

A.   So a destructive device is essentially a device that contains an explosive, an incendiary component that is designed to cause fires, or a poison gas.  So does a device that has one of these components closely resemble a bomb or a missile or a mine or a grenade or another similar device?  And then, most importantly, was that designed as a weapon to inflict harm or cause damage?

Q.   You also mentioned the term "bomb technician."  Can you explain what that means.

A.   Yes.  So a bomb technician is a certified individual who can, again, respond to any bombing scene, whether it has already occurred in a post-blast sense after the detonation --

but, more importantly, hopefully, we're called to the scene before that device exploded so that they can identify what it is, make an assessment, render it safe, and make sure it's no longer hazardous to the public.

Q.   All right.  And let's talk about what you did before you joined the ATF as a destructive device examiner.

A.   So just before I took this role, I worked with the ATF as a contractor on their Ravens Challenge program.  And Ravens Challenge is basically a training exercise where we take military EOD technicians, that's their explosive ordnance disposal, basically, their bomb technicians in the Armed Services, and the public safety bomb technicians.  So we put them together on a team to run real-life, practical scenarios that we recreated from real events.  So they really get an entire week to just run practical scenarios.  So I did that for approximately five years leading up to my time as a device examiner.

Q.   And can you describe your education.

A.   Yes.  So I received a bachelor of science in criminal justice.  Later on, I pursued a master's degree from Oklahoma State University; that was in the forensic science field specifically as it relates to arson, explosives, firearms, and toolmarks investigations.  And I'm currently enrolled in that same doctoral-level program in arson, explosives, firearms with Oklahoma State with a graduation date of, here in the spring,

May 2026.

Q.   So you are studying to get a Ph.D.?

A.   Correct.

Q.   All right.  You mentioned that the U.S. Armed Forces, they call bomb technicians, I believe you said, EOD technicians?

A.   That's correct.

Q.   Okay.  And were you yourself an EOD technician?

A.   Yes.  So that was essentially where my professional experience as a bomb technician -- I enjoined and enlisted in the United States Army, and my military specialty -- my job was an explosive arms disposal technician.

So that job has about a yearlong training program that's -- actually, most of it is conducted here in Florida at Eglin Air Force Base, where, again, you go over all types of conventional military ordnance, nuclear ordnance, chemical ordnance, how to identify them, the associated safeties, how to render safe and dispose of those munitions.  So it's a very technically driven course that had a -- had a high fail rate.  I was fortunate enough to be the honor graduate of my class back in 2005.

Q.   And once you completed that yearlong course, what did you do next in the Army?

A.   Yeah.  So immediately following graduation, I was assigned to a deploying unit.  So we deployed to Iraq as a bomb technician, where we'd respond across the country to, you know, roadside bombs, vehicle-borne bombs, so improvised explosive

devices that were very large, to conduct post-blast investigations.

Briefly during that first deployment, I also spent time in an exploitation lab.  So basically, all the devices that were rendered safe in the entire country of Iraq during the war at that time would come to this location.  And what we would do is we would do X-ray examinations.  We would confirm what explosives, whether they were homemade or commercially produced.  We could do electronics engineering to try to understand exactly how certain circuits functioned.  We could also run DNA, fingerprints, those types of analyses.  And that's basically three-fold:  1, to kind of catch the bomb makers or bomb emplacers.  2, to understand how these devices function.  They're all improvised, and we need to get that information back to the bomb technicians throughout the country.  And 3, develop any countermeasures that might prevent some of these devices from exploding on not only the military, but the local populace.

Q.   And how many tours did you do in Iraq, sir?

A.   So immediately after that first tour, which was six months, I immediately volunteered to go back.  At that time of the war, it was the surge month.  So that was a 15-month deployment, kind of back to back.  At that point, I was running my own team with my own bomb technician teammates with me.  So, yeah, almost, I guess, 21 months' total time overseas in Iraq.

Q.   And in those 21 months, how many destructive devices did you yourself examine?

A.   Several hundred.  I can't put an exact number on that, but there were several hundred each deployment.  So probably at least 500 or more.

Q.   I want to go back to a term you used.  Of those several hundred destructive devices, how many of those were improvised?

A.   So I suppose excluding attacks that came from military munitions like a rocket or an unmodified mortar that came in, nearly 100 percent; they were all improvised.

Q.   And what is an improvised destructive device?

A.   So an improvised destructive device, again, it's something that was homemade.  It's not manufactured in a -- it's not manufactured at all.  Somebody wanted to come up with a DIY solution in order to make their own components to explode, start a fire, or a poison gas.

So, yeah, there are destructive devices that are commercially manufactured.  A lot of times that's your military ordnance; right?  So that can be hand grenades, rockets, land mines, even aircraft-drop munitions.  Those would all be considered destructive devices that weren't homemade.

When you start getting into the homemade category, those may be terms like "pipe bombs" that you may be familiar with, "fire bombs," or "incendiary bombs."  Some -- a lot of the news cycles refer to those as Molotov cocktails that are here

domestically.

There is also types of improvised aerial-denial-types devices, where I could set up some type of an explosive device to maybe protect a crop of drugs, where it might be established or set up for a victim to operate, like a trip wire or something to function that if they operate that as -- as designed.

Q.   Are you talking about a booby trap essentially?

A.   Yeah, essentially a booby trap.  So if that's a trip wire or a pressure switch where somebody steps on something, and that is attached to some type of improvised explosive device.

Q.   All right.  A little bit more on your qualifications, sir. Excuse me.  Are you member of any professional associations?

A.   Yes.  I'm an active member of the International Association for Bomb Technicians & Investigators.  Excuse me.  I'm also a member of the United States Bomb Technician Association.

Q.   And you talked about some of the specialized training that you received.  Have you given specialized trainings in the field of destructive devices?

A.   Yes, that's correct.  Again, I teach all the explosive-related courses that the ATF provides.  In addition to the two I mentioned, there is also advanced explosive disposal techniques, where we can teach bomb technicians how to expose of large-scale caches.  We have a homemade explosives course where, basically, that is where people can come up with

their own precursors and mix them at home to develop explosive material to then use in improvised devices, as well as all of our basic explosive safety courses that we try to teach our agents in the field to be familiar with --

Q.   Okay.

A.   -- these types of devices.

Q.   And do you do anything as part of your job to kind of track developments in the field of destructive devices?

A.   To track developments in the field?  Yeah, we track all of our reports that we come in -- that come to our -- for examination.  So during my time as an examiner, I have examined about 149 unique devices that were all improvised, and that's over the course of about 49 investigations since I have been on with ATF.

MR. BROWNE:  Your Honor, at this time I would tender the witness as an expert in destructive device design function and effects.

THE COURT:  Any objection, Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  The witness is qualified in that field, destructive device function and effects.

MR. BROWNE:  Thank you, Your Honor.  May I inquire further?

THE COURT:  Yes.

///

BY MR. BROWNE:

Q.   All right, Mr. Walters.  Were you asked to examine certain items of evidence in this case?

A.   I was.

Q.   And did you, in fact, examine those items?

A.   I did.

Q.   And did you make any findings based on your review of those items?

A.   I did.

Q.   Okay.  And before coming to court, were you shown several pieces of evidence with government's exhibit stickers on them?

A.   Yes, I was.

Q.   All right.  I'm going to show you what's already in evidence as Government's Exhibits 507, 507A, 507B, and 507C.

MR. BROWNE:  May I approach the witness, Your Honor?

THE COURT:  Yes.

BY MR. BROWNE:

Q.   Mr. Walters, there is a box of gloves in front of you on the witness stand if you want to put on a pair.

A.   (Complies.)

Q.   You can have a seat.  And before we get to those exhibits, sir, do you recognize those items?

A.   Yes, I do.

Q.   And when you first encountered those items, where were they located?

A.   So they arrived to my facility in a brown cardboard box, maybe 4 by 4 feet in dimensions, and it contained a gray Sterilite container, like a big 20-gallon Tupperware.

Q.   Is that container Government's Exhibit 500?

A.   Yes, correct.

Q.   All right.  So if you wouldn't mind opening the outer package of Government's Exhibit 507.

A.   (Complies.)

Q.   And beginning with Government's Exhibit 507A, please tell the jury what you are looking at.  And sit down, sir, if you don't mind, so the microphone can pick up your voice.

A.   So what we have in Exhibit 507 appears to be four improvised firing mechanisms.

Q.   And could you hold up the items you identified as improvised firing mechanisms.

A.   Yes.  Right here so you can see (indicating).

Q.   All right.  Why do you call those -- why do you call those improvised firing mechanisms?

A.   Well, an improvised firing mechanism, like we've said, it's improvised.  This isn't commercially made.  A lot of these components you see here are common in hardware stores.  So we've got some metal pipes, some fitting reducers, and these threaded rods.

     And the way this was constructed, this threaded rod was bent to the rear.  And on the inside of this pipe, I have got

some springs as well as some nuts and some washers.  And we called this an improvised firing device because essentially, as constructed and assembled as you see here -- and, again, I didn't make any modifications to this; this is exactly how it came to my office -- basically, if we pull this threaded rod to the rear, it's going to compress those springs that create spring tension, and essentially if I release that mechanism, that spring is going to launch forward.  So in that -- in that case, if it's something -- or it's trying to drive this thread to impact something.

Q.    Understood.  And then, if you could, show the members of the jury Government's Exhibit 507B, please.

Can you hold it up.

A.    Yes.  This is 507B (indicating).

Q.    And what is that, sir?

A.    This is an improvised barrel.  Again, all of these are common items that are found in hardware stores.  So what we have here is another metal pipe that's approximately a half inch in diameter.  We have a reducing end, which basically is two threaded ends.  There is a smaller end and a larger end. So all of these -- these metal end caps essentially just connect two pipes of different diameters.  So this one specifically would be a three-quarter-inch to a half-inch connection.

Q.    And those end caps, as you put it, you have also referred

to them, I believe, by another term.  What is that term?

A.    Reducers.  Excuse me.

Q.    And 507C.  Can you show that to the members of the jury, and tell them what they're looking at.

A.    So 507C is two rat trap-type devices.  Again, it's -- these have been modified from how they come purchased at the store, clearly.  You've got some angular cuts here towards the striking end that appear to be made from some type of circular saw.  And what you also have is additional holes that were drilled from a drill bit through the mousetraps.  So definitely there was some -- some modification, some improvising going on with these to maybe secure them in unique ways.

Q.    And stepping back a moment.  In your experience with destructive devices, have you ever seen mousetraps or rat traps used in connection with a destructive device?

A.    We have.  So mousetraps, again, it's kind of a spring-loaded action that's held to the rear by a little locking mechanism, and as soon as that is disturbed, it will send the striker home.  So that can be used in a number of ways, whether that's striking something in a way that's going to be connected to an explosive device, to deliver some -- some force on impact; we've also seen mousetraps used in electrical-initiated components.

So if -- if we've got a wire conductive material on the board end and a wire on the slammer that's being held open,

that's an open circuit.  So if somebody were to disturb that mousetrap, that essentially closes that electronic loop.  So not only is it purely mechanical, but it can be used as, like, an electrical initiation component as well.

But mousetraps are really unique, where improvised is very broad, right.  There is a lot of different ways that somebody could potentially use these, and it's really -- really limitless.

Q.   As part of your examination of the items within Government's Exhibit 500, did you take any photographs?

A.   I did.

Q.   Okay.  I'm going to show you what have been marked, but not admitted, paper copies of Government's Exhibits A through Y and Government's Exhibits -- excuse me, Government's Exhibits 522A through Y and 522AA through PP.

MR. BROWNE:  May I approach, Your Honor?

THE COURT:  Yes.

BY MR. BROWNE:

Q.   (Tendering items.)

Please carefully review those, Mr. Walters, and look up when you are done.

A.   (Complies.)

Q.   All right.  Do you recognize those items, sir?

A.   I do.

Q.   And how do you recognize them?

A.    I was the one who took these photos.

Q.    Okay.  And what do those photos, in very general terms, depict?

A.    So in very general -- again, this was a box full of several components and line items.  Generally, again, what those items are -- closely resembled is a device that was assembled in a manner that was an attempt to fire a .50 caliber ammunition cartridge downrange.

Q.    And the box you just described, sir, that is Government's Exhibit 500?

A.    That is correct.

        MR. BROWNE:  Your Honor, at this time I would ask that Government's Exhibits 522A through Y and 522AA through PP be admitted into evidence.

        THE COURT:  Any objection, Mr. Routh?

        MR. ROUTH:  I have -- I have only received a copy of one, so -- I have only received a photo of Z but --

        THE COURT:  Okay.  All of these photos and exhibits were provided to you, Mr. Routh.

        Mr. Browne, can you confirm that?

        MR. BROWNE:  They were provided with their exhibit stickers at calendar call.  They were also provided in discovery, and they are part of Mr. Walters' report.

        THE COURT:  Okay.

        MR. ROUTH:  No objection.

THE COURT:  Well, to confirm, Mr. Routh, that you have them currently in your possession, although they have been given to you, we will take a brief break.

All rise for the jury.

(The jury exited the courtroom at 9:16 a.m.)

THE COURT:  Please have a seat.

Mr. Walters, you may be excused temporarily for the break.  Do not discuss the substance of your testimony, sir.  Thank you.

Okay.  Mr. Routh, do you need assistance in obtaining physical copies of the exhibits that we're discussing now, which are 522A through Y and 522AA through PP?

MR. ROUTH:  Again, I'm -- no objection.  No objection.  There is no objection to the -- introducing the evidence.

THE COURT:  Okay. All right.  Then let me take this opportunity to just inquire.

The evidence that's being discussed now, this is the improvised explosive device that was found in the container through the testimony offered yesterday by Mr. Samuel and Lazaro Plata?

MR. BROWNE:  That's right, Your Honor.  I think Mr. Walters would call it an improvised -- or components of an improvised destructive device.

THE COURT:  Okay.  Now, this matter, of course, came up during the 404(b) litigation, and I'm wondering if a

contemporaneous limiting instruction is warranted at this time for any of the evidence that's been discussed.  And then more broadly, what other 404(b) evidence is being offered in this trial for purposes of itemizing that in the form of a jury instruction, either now or at the conclusion of the case?

MR. BROWNE:  So I think the -- these items, in our view, are inextricably intertwined with the offense.  As Your Honor heard yesterday, the items that have been admitted that Mr. Walters has analyzed were all found as part of the same container as the letter that called for the assassination of the victim.  In addition, there were cell phones and other evidence of the defendant's travel to Florida in March and April, where he visited some of the same places that he ultimately went to in August and September, so --

THE COURT:  Certainly.  And that's consistent with the Court's ruling before.

So, to be clear, you don't believe that a contemporaneous instruction on 404(b) grounds is warranted now?

MR. BROWNE:  I do not.  And I just want to make one thing clear, Your Honor.  At one point we had noticed up our intent to offer evidence, specifically a manual called an Improvised Explosive Device Manual that was found in a trailer associated with the defendant.  At this time we do not intend to offer that evidence.  We forewent that evidence when Special Agent Perry testified.  So that would be closer, in our view,

to 404(b).

This, on the other hand, I think, is classic inextricably intertwined.  We cannot tell the story that the Platas told yesterday without addressing, as Your Honor already heard, what was in the box that they found at their home. So --

THE COURT:  Okay.  So then in the end, when we have our charge conference later today and there is a similar acts instruction, what actually corresponds to that in this case?

MR. BROWNE:  Let me confirm -- confer for one moment, Your Honor.

THE COURT:  Okay.

MR. BROWNE:  Your Honor, thank you for allowing me the opportunity to confer.

So at this time, we don't believe that there is anything that fits into those extrinsic evidence categories. However, depending on how the case unfolds, depending on what evidence Mr. Routh elects to present, we think we will be in a much better position to decide whether any extrinsic evidence will be offered.

We do have one example that we can think of, which is an example of a text message that Mr. Routh sent where he acknowledged that he previously owned several firearms.  The Court admitted that evidence, at least preliminarily.

THE COURT:  In redacted form?

MR. BROWNE:  That's exactly the message I'm thinking of.

THE COURT:  Okay.  All right.  Let's call in the jury, please.

(The jury entered the courtroom at 9:22 a.m.)

THE COURT:  Okay.  We will just wait momentarily for our final juror to arrive from the restroom.  You may all have a seat.

MR. BROWNE:  Can Mr. Walters take the stand, Your Honor?

THE COURT:  Yes, that would be -- that would be a good idea.  Thank you, sir.

All right.  Welcome back.  You remain under oath.  The exhibits that were just offered a moment ago, Mr. Browne, please repeat those numbers.

MR. BROWNE:  Yes, Your Honor.  They are 522A through 522Y and 522AA through 522PP.

THE COURT:  Okay.  Mr. Routh, am I correct that you have no objection to these exhibits?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Those exhibits will be admitted without objection.

(Government Exhibits 522A through 522Y were received in evidence.)

///

(Government Exhibits 522AA through 522PP were received in evidence.)

MR. BROWNE:  Permission to publish, Your Honor?

THE COURT:  Granted.

BY MR. BROWNE:

Q.   Okay.  Mr. Walters, explain your methodology when you receive that gray Sterilite container full of various items. How did you go about documenting what you received?

A.   So really, we try to categorically document everything, as much detail as we can.  So before I even open the box, I'm taking several photos of it.  Opening the box and starting to sift through the components, I will take pictures as you kind of systematically work through that.

So in this case, there was kind of some -- some bags and some -- some tool bags and some loose components that -- basically, that -- I would take a photo before I disturbed the box at all.

I would then take those pieces over to a table to get some photographs.  And then just work your way through that box in a very systematic way of observing all of the components there on all sides, not just one side that you see.  So there was really a lot of photographs that went into this to make sure you're capturing every piece of information on all of these components.

Q.   And you photographed the items in the condition in which

you received them?

A.   That's correct.

Q.   All right.  So just by way of example, I'm showing you on the screen here Government's Exhibit 522A.  Can you see that, sir?

A.   I can.

Q.   And just kind of tell us -- orient us, what are we looking at?  For example, what is the yellow item at the top of 522A?

A.   So the yellow item is my evidence sticker; that's what we do to categorize and keep track of what exhibits we're examining.  So that's just our identifier.

Q.   Okay.  And then there is obviously a date there.  And then it says "Exhibit Bag 1."  What is the significance of that?

A.   So, again, that's just where I began to start the -- packaging items that were loose within this into -- into different bags.  Again, there was several components that was packed through that, so just some organization needed to be happening.  Kind of make it more of a systematic examination.

Q.   And were there containers within the container, so to speak?  Were there boxes within boxes?

A.   Yes.  Boxes within boxes.  This photograph here, there was like a spray-painted green Tupperware container.  There were several of those throughout the box that had all of these, kind of, in those little Tupperware containers.  So --

Q.   And I'm sorry to interrupt you.  Go ahead.

A.   So it just made it easy to kind of categorize or lump things that were already kind of bagged together.

Q.   In fact, what is sitting in front of you on the witness stand, is that an example of such a container within the container?

A.   Yes, that's correct.

Q.   Was it spray-painted green?

A.   Yes, it was.

MR. BROWNE:   And go to the next picture, please.

BY MR. BROWNE:

Q.   All right.  And what are we looking at here?

A.   So, again, this was another one of those Tupperware containers.  There is a notch cut out of it on the right-hand side of that image.

Q.   And I want to turn your attention to these two items in the lower right-hand portion of Government's Exhibit 522B.  Can you remind the jury, what are those called?

A.   Yes.  So the -- the silver one on the left is more of a coupling.  So that is designed to connect two pipes of the same diameter.  So you can kind of see it's uniform through that cylinder, where the one to the right is more of a reducer where we'd connect two metal pipes of different diameters.  In this case, that is a three-quarter inch on the bottom, or the large end, and a half inch on the top end.

MR. BROWNE:   Go to the next picture, please.  All

right.  And could we zoom in on the image.  Thank you, Ms. Luce.

BY MR. BROWNE:

Q.   Now, setting aside the cards, just walk the jury through some of the items that you photographed in this Government's Exhibit 522C.

A.   Sure.

So at the top, we've got two of those bushings.  Instead of metal, those are made of a PVC material, polyvinyl chloride.

Q.   Can you mark on the screen, using your finger, the items that you are referring to with an X.

A.   (Complies.)

Q.   Go ahead.

A.   So also contained in this photograph on the bottom middle, we've got a length of a rubber tubing.  We've got three clothespins and three spring clamps.  The green circular saw blade, that's something from a circular cutting device.  You got half of a ratchet strap and some other miscellaneous pieces of wood.

Q.   Do you mind putting an X on the items that you identified as spring clamps?

A.   (Complies.)  Those three items.

Q.   Fair to say that there were more than three of those in the box?

A.   Yes.  Three in this photograph, but several throughout the

Government's Exhibit.

Q.   Several.  We're talking about how many?

A.   I'd have to refresh, but probably a dozen, more than a dozen.

Q.   All right.  I want to switch gears briefly and show you what's previously been admitted as Government's Exhibit 523.

          MR. BROWNE:   Permission to publish, Your Honor?

          THE COURT:   Granted.

BY MR. BROWNE:

Q.   All right, sir.  I'm showing you what's already admitted as Government's Exhibit 523.  Do you know what Harbor Freight is?

A.   I do.

Q.   What is that?

A.   So Harbor Freight is like a hardware store.  They might carry different brands than, like, your big box hardware stores, like Home Depot or a Lowe's.  But it's just another hardware store where you can buy all types of products.

Q.   Can you see on the receipt in front of you the first itemized nylon spring clamp?

A.   Yes, I can.

Q.   And do you see the dimensions of that spring clamp according to the receipt?

A.   The receipt appears to show "1 1/2 inch nylon spring clamp."

Q.   Is that a description of the spring clamp that you just

described in the photo?

A.   It is.

Q.   Does it appear to be the same size?

A.   Yes.

Q.   Okay.

MR.  BROWNE:   And we will go back to that image in a second.  But if we could go back to Government's 522C.  And let's turn the page to D, please.

BY MR.  BROWNE:

Q.   All right.  Anything notable in Government's 522D?

A.   So, yes.  Two more of those spring clamps in the upper left-hand.  Immediately to those right are some different pipes.  So, again, this first one here is a larger one; that's about a three-quarter-inch-in-diameter pipe (indicating).  This one here is about a half inch (indicating).  And this one, as well, is an another three-quarter.  I've got another coupler up top.  And we go towards the bottom of this screen.  I've got several threaded rods in this location (indicating), one of which, this one in particular here, has a bend in the rear side.

Q.   And why is that significant, sir?

A.   Just shows modification.  You know, it's -- it's basically -- it's essentially what we looked at earlier in these firing mechanisms, where he is trying to bend a rod to maybe grasp onto or secure it in a rearward position.

Q.   Okay.  And then in the lower right-hand corner of the diagram, just generally, what are those?

A.   These are just like pipe straps or tubing straps which basically serve as anchors.  So if I needed to anchor a pipe into a certain location -- like, if you had some piping running water in your house and you needed to anchor it into your framing, basically, they hold those pipes in place.

Q.   Are those types of items present in Government's Exhibit 507A, physical, that's in front of you?

A.   Yes, they are.

Q.   Can you just hold them with a glove, if possible, and show the jury exactly what you're talking about.

A.   So as you can see here, these are the four improvised firing mechanisms.  These two here on the left still have the spring clamps present (indicating).  You can see, all of these have kind of been spray-painted, so that spray paint could have helped adhere that to the pipe in a -- in an adhesive way. Also contained in this bag is another loose clamp that is spray-painted green as well.

So I did not modify these at all.  That's how they came. And they were photographed as so, and, again, returned to their respective packages as so.

Q.   All right.

A.   So...

Q.   And those items that I think you said serve as anchors --

just to make sure we're using the same terminology throughout your testimony, what should we be calling those?  What's in the lower right-hand corner of the picture in front of you?

A.   We could call them pipe -- pipe straps.  But, again, it's a way to anchor or otherwise secure it.

Q.   And those same pipe straps are on 507A on the firing mechanisms, or at least two of them?

A.   Yes.  Two are still on two of the firing mechanisms, and there is a loose one in the exhibit.

Q.   Thank you.

       MR. BROWNE:  Ms. Luce, can we have the next exhibit, please.  This is, for the record, 522E.

BY MR. BROWNE:

Q.   What are we looking at here, Mr. Walters?

A.   All right.  So we've already talked about some of these, slightly, before, but what we're looking at here is an improvised breech and an improvised barrel.

Q.   I'm going to break that down, please.  Using the screen in front of you, can you circle the item that you identified as an improvised breech.

A.   Sure.  (Complies.)

Q.   What is a breech?

A.   So a breech, very plainly, is what part of the weapon system holds the cartridge.  All right.  So the breech holds the cartridge.  A firing mechanism will strike the primer of

that cartridge to then send the bullet downrange on the barrel.

Q.   Okay.  And can you identify for the jury the barrel component on this particular exhibit.

A.   Yes.  So these connect through that threaded rod in the center.  So basically everything (indicating) to the right there is your improvised barrel.

Q.   And for those who may not be familiar with the concept of threading, what does threading allow one to do?

A.   So I will X right here; that's what I'm talking about, threading.  So basically, what the threading does is -- I can take one of these reducers and really thread that on several lengths, and it's got a very good secure locking between, in this case, two different-diameter-sized pipes.  Our breech is a three-quarter-inch pipe, and our barrel is a half-inch diameter pipe.

Q.   Okay.  Can you mark with an X, the half-inch diameter pipe.

A.   (Complies.)

Q.   And then can you mark with a T-shape, the larger, I think you said, three-quarter-diameter pipe.

A.   (Complies.)

Q.   And what is the significance, if any, in the difference between the diameters of those two pipes?

A.   So the significance is that a .50 caliber ammunition -- when I'm talking about the entire length of the cartridge, that cartridge in diameter is about three-quarter inches.  So that

breech is wide enough to fit that entire cartridge within that. It wouldn't be able to fit that cartridge down the length of the barrel because that's only a half inch in diameter.

So when that cartridge functions, what that does is it projects a projectile which is .50 calibers in diameter. So the cartridge itself gets smaller towards the bullet end, which is a smaller size. So it fits pretty well, where I've got a larger diameter pipe that holds the cartridge in the breech, ready to fire. And the bullet is wide enough to match that projectile for the barrel side.

Q. Let's switch gears to what you referred to as .50 caliber ammunition. Tell the members of the jury how it is that you're familiar with .50 caliber ammunition in general.

A. So during my time in the military service, we trained on .50 caliber weapon systems, .50 caliber sniper rifles. Sometimes as a bomb technician, if we couldn't get to a device, say, that was suspended in the air, I couldn't make a manual approach in a bomb suit or I couldn't drive a robot up to that location, we have disruption techniques where we can use sniper rifles with .50 caliber ammunition to disrupt other improvised explosive devices.

We also have other tools that help us disarm or disable. A lot of that we learned at our NAV school EOD, or a school for explosive --

(Court Reporter requested clarification.)

THE WITNESS:  Pardon me, explosive ordnance disposal -- in Eglin.  So that disrupter is basically a breech.  It's larger than what you see here on the photo.  But it has a .50 caliber round without a bullet in it.  And we can put some steel slugs, some angular things, and basically function that .50 caliber cartridge for disruption.  So if we needed to break a device apart or target a specific component, like a battery or a firing pin, we can take a precision shot utilizing .50 caliber -- the cartridge casing to drive energy into that device and disrupt it.

BY MR. BROWNE:

Q.   Okay.  And if you're trying to blow up other things that blow up, why would you use a .50 caliber?

A.   Again, a .50 caliber is very powerful.  It's -- contains a double-based smokeless powder, which is a regulated explosive, and it just performs very well in our explosive tools.

MR. BROWNE:  Your Honor, if I may approach?  I'm going to show the witness what's been previously admitted as Government's Exhibit 544.

THE COURT:  You may.

BY MR. BROWNE:

Q.   (Tendering item.)

Mr. Walters, what are you looking at there?

A.   So this is Government Exhibit 544.  And what I have here is six total rounds of .50 caliber ammunition -- again, these are

the full cartridges -- one of which is contained inside the improvised breech we just talked about.  So this is the three-quarter-inch-diameter pipe with two of those reducers ready to accept smaller pipes.

Q.    Could you hold that up a little higher?

A.    (Complies.)

Q.    And indicate with your finger where the improvised breech is in that bag.

A.    Yes.  So this one, I guess to your left, the spray-painted in green housed within the pipe, that is a .50 caliber cartridge inside the modified -- or improvised breech, and then we have five .50 caliber ammunition rounds as well in this exhibit.

Q.    How do you know those are .50 caliber rounds?

A.    So I performed an examination on these.  They look exactly as ones that I have seen manufactured in the military.  All the characteristics line up with .50 caliber ammunition.  I measured each of these, both the diameter of the entire cartridge, the diameter of the bullet, the length of the projectile -- or the cartridge casing, excuse me.  We also took weights; so as these are manufactured, they all have very tight specifications of what it has to fall within, and each of these were right within -- less than a gram.  So they're all manufactured similarly.

Also, I did not note any type of other toolmarks or any

other markings where there may have been something that was modified.  And also, when you handle these things, you can actually hear loose powder when you shake them, so they -- they are, in fact, live.

When I look at the bottom end of these cartridges, each of them has what we call a primer.  So what's contained in a primer is -- it's just a really small cup.  So that may be a little more than a quarter-inch by quarter-inch cup.  And what is contained in that is a very sensitive primary explosive that is impact sensitive.

So basically that primer, filled with a small amount of primary explosives, is awaiting an impact from a firing pin, a firing mechanism.  When that occurs, that impact occurs, that explodes the primary explosive contained within the primer, and then the cartridge section here (indicating) contains that double-based smokeless powder.  So it kind of starts a chain reaction, if you will.  The smaller primary explosive ignites the powder inside the cartridge, which overcomes this crimp on the bullet -- there is so much pressure that is delivered through the cartridge -- and just sends this bullet, half inch in diameter, downrange at its target.

Q.   Mr. Walters, I want to look at some of the components you just described a little bit more closely.  So I'm going to put them up on the ELMO.

MR. BROWNE:  But before we do that, Ms. Luce, could you

bring up Government's Exhibit 540B, already in evidence, please.

And if we could have permission to publish that, Your Honor?

THE COURT:  Granted.

BY MR. BROWNE:

Q.   Mr. Walters, can you see what's on the screen in front of you?

A.   I can.

MR. BROWNE:  Members of the jury?

A JUROR:   (Nods head.)

BY MR. BROWNE:

Q.   Does what you have up there on the witness stand appear to be the same what you described as an improvised breech as what is depicted in this photo, Government's Exhibit 540B?

A.   Yes, it does.

Q.   And can you point out any particular detail that appears on both the physical exhibit and the photo, if, in fact, there are any?

A.   Yes.  So we've got the same spray-painted green color that covers the forward end of what you see in this photo all the way through the length of that diameter.  The back half of the reducer is unspray-painted.  There may be little tiny specs of green paint.  They both also have their manufacturer stampings that have that half inch to three-quarter, and also the country

of manufacture, Vietnam, stamped into those -- into those reducers.

Q. Thank you, sir.

MR. BROWNE: Your Honor, at this time I would ask for the Court's permission to publish via the ELMO and to retrieve Government's Exhibit 544 from the witness stand?

THE COURT: Granted.

BY MR. BROWNE:

Q. All right. Mr. Walters, I have centered that as best I can. Can you, using your finger on the screen in front of you, just show the jurors the various components that you previously described when you were holding the exhibit in your hand.

A. Yeah, definitely. So what we see here, again, is one single round of .50 caliber ammunition. When we're talking about the bullet of that cartridge, that's going to be this part right here (indicating) at the top that I have highlighted.

So this is the cartridge casing (indicating). So we started talking about our diameters. You can see that down here is approximately that three-quarter-inch diameter, and you can see it kind of narrows as we go up as it's oriented to where the bullet junction is only a .50 caliber -- .50 calibers basically of half-inch measurement.

So housed within this cartridge is loose powder, so you may have a fill line -- oh, sorry. I don't know what happened

there to the right side.  If you could --

Q.   I'm going to try the undo feature.  Let's see.  There we go.

A.   So this cartridge casing would be full of your smokeless powder.

Q.   And that is an explosive?

A.   Yes.  So smokeless powder, in this case it's a double-based smokeless powder, is a regulated explosive.  A double-based smokeless powder just means that that is comprised with nitrocellulose as well as nitroglycerin, that is -- a single based -- basically when you get into the double-based, it's -- you need more energy to deliver larger bullets downrange.  It's a larger bullet, it's a larger weapon system, so you would need more powder and stronger -- stronger powder.

Q.   And I believe you testified previously that this item that we're looking at on the screen actually contains two types of explosives; correct?

A.   That's correct.

Q.   And what was the other type?

A.   So the other type is a very impact-sensitive primary explosive contained within the primer.  In this case you can kind of see how that's got a (indicating) almost pink color marking there on the primer.  So that center circle is what I'm talking about.

So that cup, again, it's maybe roughly a quarter-inch by a

quarter-inch where that contains a primary explosive.  Again, it's impact sensitive, and that is what, when it receives impact, is going to start that chain reaction to explode that primary explosive, which in turn explodes the smokeless powder contained within the cartridge, and that pressure is going to overwhelm that crimp of the cartridge and send the bullet downrange.

MR. BROWNE:  Okay, Ms. Luce.  Can we go back to Government's Exhibits 522.  Let's go to the next page, please, and the following, which is Government's Exhibit 522F.

BY MR. BROWNE:

Q.   Mr. Walters, in the left side, are those the improvised firing mechanisms that you physically showed to the jury?

A.   Yes, I believe so.

Q.   And to the right of those, do you see the items that you -- you see those black items.  Do you remember what those are called?

A.   Yes.  Those are nylon spring clamps.

Q.   And those are consistent with the Harbor Freight receipt you just looked at?

A.   Correct.

MR. BROWNE:  Okay.  Next page, please.

Next.

BY MR. BROWNE:

Q.   And what, if anything, is notable about this image,

Mr. Walters?

A.   It's really just more of the same.  There is several spring clamps, one of which in the top kind of center is, again, kind of one that was rusted, corroded, spray-painted green.  I have more spring clamps, a lot of miscellaneous washers and nuts that we've also seen elsewhere.  I have some more of those PVC bushings that were on the rear side of the firing mechanisms, and also a couple links of that rubber tubing that appeared on the improvised barrel.  So even though these were not assembled into anything, there was a lot more components that were present that were on pieces that had been fashioned together.

MR. BROWNE:  Ms. Luce, can you skip ahead three exhibits to Government's Exhibits -- Exhibit 522K, please.

BY MR. BROWNE:

Q.   Now, Mr. Walters, are these the same improvised firing mechanisms that you previously showed to the jury?

A.   No.  These were in addition to -- so these were in another bag.  Again, you can see that there is different -- different places of fabrication, if you will, where they -- like the one on the bottom here (indicating), that PVC reducer wasn't on. None of these have those spring clamps, but all of these still have the same bent threaded rod with springs, washers, and nuts that was very similar in design to the previous ones we had looked at.

Q.   Can you approximate how many versions of improvised firing

mechanisms you found in Government's Exhibit 500?

A.   So these ones all approximate with the ones we previously discussed, so there was seven that had at least partial assembly.  But just like you see, there was some other loose springs and loose pipes where there could have, you know, been several others.  But to my recollection, there was seven that at least had some form of things that were put together.

Q.   And what does that kind of quantity or repetition suggest to you, in your opinion?

A.   Yeah, it's -- it's definitely attempting -- the repetition is something where he is perhaps tinkering with new ideas or different variations and trying to use, you know, a number of these different components maybe in slightly different ways to maybe achieve different results.

Q.   And right above the spring that is located directly above the firing mechanisms that you previously identified, do you see that kind of U-shaped item right there?

A.   I do.

Q.   What does that look like to you?

A.   That looks like a ground stake.

       MR. BROWNE:  I want to go back for a moment -- excuse me.  Let's go forward to 522R, please, Ms. Luce.  If we could zoom in on the items spray-painted green on the left side of Government's Exhibit 522R.

BY MR. BROWNE:

Q.   Do you see what I'm talking about, Mr. Walters?

A.   I do.   Those are another bundle of ground stakes that appear to be spray-painted green on the top end.

Q.   Okay.   And can you just circle them so it's clear what you're referring to.

A.   (Complies.)

Q.   And for the record, you've circled the upper portion of the ground stakes that you previously identified; is that right?

A.   Correct.

Q.   Okay.

MR.  BROWNE:   And, Ms. Luce, could we go back for a moment to Government's Exhibit 523.   Could we zoom in on the itemized portion of the receipt.

BY MR.  BROWNE:

Q.   And can you read the bottom two items there on that receipt, sir.

A.   Yes.   It looks like the line item says ten tent stakes, six-piece set, and there is two line items.

Q.   Are those spray-painted items you just identified consistent with that description on this receipt that is Government's Exhibit 523?

A.   Yes, they are.

MR.  BROWNE:   If we can go back to 522R, Ms. Luce.

BY MR.  BROWNE:

Q.   Anything else notable in this photo, sir?

A.   I suppose in the center here, these are not the same threaded rods that we were using in our improvised firing mechanism, but they are bolts that can be used in a similar way.  If you look towards the pointed end down here, you can see that those have kind of been made to come to a point.  So perhaps that could be a modification to better strike that .50 caliber cartridge.

Q.   And do you see what's in the extreme right of the photograph?

A.   The extreme right -- if you are referring to this (indicating), that is just a series of zip ties.  Also in this photograph is more links of those rubber tubing, and we've got kind of another clip or clamp there on the right-hand side.

Q.   And remind the jury, what is significant about lengths of rubber tubing based on your examination?

A.   So the lengths of rubber tubing and the components that we saw in the improvised barrel was part of that end section of the barrel.  So they had the metal pipe with the piece of rubber tubing secured with a hose clamp.

Q.   And finally, let me clear the screen.  On the upper left of this photograph, do you see the five circular items there?

A.   I do.

Q.   What do you call those?

A.   Yeah.  Those are those hose clamps that -- basically, you would put those on an object, and then you've got a screw

tightener that compresses that circle down onto -- so it secures it in place.

Q.   And that could be used to fasten two things together?

A.   That's correct.

MR. BROWNE:  Next slide please, or next exhibit, Government's Exhibit 522S.

BY MR. BROWNE:

Q.   And just in very general terms, did you find these in the box?

A.   I did.

Q.   And what are these items, again, just generally?

A.   So in the top middle, we have basically ground anchors.  So that spiralized portion is what you would spin into the ground to create a sturdy anchor point.  Those are, typically as they're found, commercially produced.  But they do -- also are spray-painted in that same green we've seen throughout the box.

Just to the right of those, we have a modified mousetrap that has one of those threaded rods that's affixed to the springing mechanism.  And then we've got a series of other ropes, ratchet straps, a drywall saw on the bottom.

MR. BROWNE:  I want to move forward to 522W.

BY MR. BROWNE:

Q.   All right, sir.  What are we looking at here?

A.   So this is an example of one of the improvised firing mechanisms.  And --

Q.   Did you actually break this down for purposes of examining this particular firing mechanism?

A.   So for this picture, I did.  So I had taken one of those that was most complete.  I didn't want to take one of the partial ones because this would provide the best representation.  So instead of giving -- you have an X-ray vision to look through that pipe, I simply just disassembled all of the components so that you could see with the eye in this one clean photograph.

So, again, if I were to assemble this, I could put these nuts and washers onto my threaded rod.  I would throw my springs on.  I would have some more washers on the back end.  This PVC reducer would again fasten back there with the rod going through the center of that pipe.  I've got my -- my anchor there to, again, secure that to a surface.

Q.   And were these things colored or painted green in the factory?

A.   No, they are not.

Q.   How do you know that?

A.   Again, we -- we typically find these for common industries at hardware stores, for plumbing, water, gas, utility work.  And those come typically in steel pipes, galvanized pipes straight from the factory.  There is no -- no need to spray-paint.

MR.  BROWNE:  All right.  I'm going to end with

Government's Exhibit 522Z.

And if we could switch to the ELMO, Your Honor?

THE COURT:  Yes.

MR. BROWNE:  May I retrieve the exhibits from the witness stand?

THE COURT:  Yes.  And 522Z was admitted yesterday, offered by Mr. Routh; is that correct?

MR. BROWNE:  That's correct, Your Honor.

THE COURT:  Okay.

BY MR. BROWNE:

Q.   All right.  Mr. Walters, I see your name on a placard in this image.  Do you see that?

A.   I do.

Q.   Okay.  Tell us how this photograph came together.

A.   So, again, my task was to go through this box and the evidence to kind of come up with a way that these components may have been used.  So this is not something that I had found assembled as you see here, but this is the prevailing theory of how these components all work together.

Q.   Okay.  And let's walk one more time through these components, please.

A.   Okay.  Very good.  Well, I will start in the middle with the breech section right here (indicating).  Again we've already kind of discussed that, but that would be a breech, right, where the cartridge is held prepared to fire.

So inside that breech is our .50 caliber cartridge.  All right.  And it's oriented in this direction (indicating), going towards the barrel end.  And the primer of that cartridge that you see in that photo would be on this end, technically inside the pipe (indicating).

So from that breech, we have two of our connectors -- excuse me -- reducers, which connect two pipes of different diameters, so the three-quarter-inch to our half-inch.  So working forward, our half-inch pipe which serves as an improvised barrel.  We got our rubber tubing, secured with a hose clamp.  And we work to the rear for our firing mechanism where we have that threaded bent rod that is kind of in a placement directed towards that primer.

So, essentially, how this would be or could be designed is pulling that threaded rod to the rear, pulling it away from that primer, and those springs are compressing and creating spring tension.  And if I were to release that spring, that threaded rod is going to jam forward, right towards the .50 caliber cartridge primer which is full of an impact-sensitive primer explosive.  And if that's successful, that will ignite the smokeless powder in the cartridge and send the bullet downrange.

So the cartridge, again, doesn't fit down the barrel; that's going to stay in the breech.  We're just using that gas pressure from the explosion of the primer, the smokeless powder

to deliver that bullet to the -- where the barrel is oriented.

Q.   A couple more questions.  Is there any significance to the fact that that rod is bent?

A.   Again, if -- if you think about the action that's required to strike that primer, it has to be a forward and backward motion.  So if somebody were having to fire this by hand or some other remote ways of hooking up a wire or something to hold that spring tension and perhaps tie that off, it's easier to do on a bent rod.  All right?  Slight ergonomics, if you will.  It's going to be harder to secure it if it's just a straight -- straight rod.  It could be done, but that's probably an ease of generating that spring action.

Q.   So it didn't come bent like that from the factory; is that fair to say?

A.   Yes, that's fair to say.  There were other rods throughout the exhibit that we looked at that were just straight as an arrow.  These ones were clearly bent, and I think one we talked about had a very smaller bend that was, you know, maybe an inch, not several inches like you see here.

Q.   And once you put these components together, did you test to determine if, in fact, a .50 caliber round -- excuse me -- a .50 caliber bullet would pass through the barrel of this device?

A.   Yes.  So we tested that all of these components would thread together, and we took the measurements of the -- the

inner diameter of that half-inch pipe and the diameter of the .50 caliber bullet that it would, in fact, have enough room to clear through that barrel.

Q.   Did you actually try to fire a .50 caliber cartridge out of this device?

A.   That, we did not do.

Q.   Why not?

A.   Well, one, this was just a theory of a possible assembly. And in order to do explosive testing, there is a process that we have to follow that has a bunch of safety built into it. And any type of recreation when we are talking about improvised devices are inherently unsafe, just by their nature.  All right.  We don't know the quality of the materials used, and if, in fact, to the -- the .50 caliber round is designed to be fired out of a .50 caliber weapon system, a sniper rifle, a large machine gun, right.  It's not designed to function within these pipes.

These pipes were designed for tolerance to carry water, to carry gas.  They're not rated at the pressures gener- -- that a .50 caliber could generate.  So there is inherent safety issue when we start putting these components that should never come together in this application.  So we elected not to do any testing of that.

Q.   Mr. Walters, in your opinion, what were these components designed to do?

A.   So, again, clearly functioning, that primer is designed to deliver a .50 caliber bullet at downrange where that bullet was facing -- or the barrel was facing -- excuse me.

Q.   Any other purpose you can think of for these components as you saw them in that box?

A.   No.   There is no other social, industrial, or agricultural purpose that would make this advantageous to use, other than being a weapon.

MR. BROWNE:  Your Honor, may I retrieve the physical exhibits on the stand?

THE COURT:  Yes.

MR. BROWNE:  Thank you.  Nothing further for this witness, Your Honor.

THE COURT:  Thank you.

All right.  Cross-examination, Mr. Routh.

MR. ROUTH:  Yes, Your Honor.

CROSS-EXAMINATION

BY MR. ROUTH:

Q.   Thanks for coming out.  Thanks for your time.  So, sorry -- sorry to pull you out here.

So is a gun an explosive device?

A.   No, a gun is not an explosive device.

Q.   But you were -- you were saying that maybe the .50 caliber bullet is an explosive device or...

A.   The .50 caliber bullet does function as an explosive

device, correct.

Q.   Well, a .50 caliber gun would be an explosive device, just by virtue of having a .50 caliber bullet or --

A.   So smokeless powder, which is the powder within that cartridge, is a regulated explosive, but it is exempted for use as a small arms.  Assuming you're not an otherwise prohibited person to possess, the .50 caliber is the largest size diameter that is legal to possess.

Q.   So you're -- you're admitting that you put together these components and assembled them, and the majority of the stuff in the box was not assembled?

A.   Correct.

Q.   Is it illegal to own pipes and fittings and bullets?

A.   No, it is not.

Q.   So just like the contents of this box is technically not illegal?

A.   No, it is not.

Q.   Okay.  Just a silly question.  The rubber hose on the end, what -- what is that for?

A.   You would have to ask the maker.  Some theories.  That could be an improvised way to perhaps silence the round or maybe prevent some of the muzzle flash.  But those are two -- two theories.

Q.   But you had said yourself that testing was out because this was all rudimentary and not very well put together.  So, in

your opinion, would this device have been functional?

A.   Yes.  So, again, the primer is something we see a lot on improvised devices.  And any way that you can get that primer to function by impacting it, because it's an impact-sensitive explosives, could make this projectile -- this cartridge function as designed.

Q.   But as you were saying, the pipes are just homeowner-grade pipes and nothing special, so the likelihood of something being successful and the pipes holding together and not exploding themselves is questionable?

A.   So the bullet would function.  The cartridge would function.  The bullet is going somewhere.  Traditionally, that's used to go down a very high-strength barrel in a weapon system.  When you take that out of that weapon system and modify it through the way you're going to operate that, that it's not designed for, it becomes very unpredictable.

Q.   So a plumbing pipe would -- who knows what would happen, huh?

A.   I suppose.

Q.   Right.

        MR. ROUTH:  All right.  No further questions.  Thanks for your time.

        THE WITNESS:  Thank you.

        THE COURT:  Any redirect?

        MR. BROWNE:  One question, Your Honor.

REDIRECT EXAMINATION

BY MR. BROWNE:

Q.   Mr. Walters, you were asked if it's illegal to possess the items in that box.  Do you recall that?

A.   Yes.

Q.   Is it illegal for a convicted felon to possess the items in that box?

A.   It is not.

Q.   It is not illegal for a convicted felon to possess .50 caliber ammunition?

A.   I apologize.  It is illegal to possess any -- any ammunition as a convicted felon or otherwise prohibited person.

MR. BROWNE:  Thank you, sir.

THE COURT:  Okay.  Thank you, Mr. Walters.

Ladies and gentlemen, we are going to take a break now for 15 minutes, until 10:20.

All rise for the jury.

(The jury exited the courtroom at 10:07 a.m.)

THE COURT:  Please have a seat.  Thank you, Mr. Walters.

We are in recess for 15 minutes.  Thank you.

(A recess was taken from 10:07 a.m. to 10:29 a.m.)

THE COURT:  All right.  You may be seated.  Everybody is here.

Let's call in the jury, please.  And you may get your

next witness ready.

(The jury entered the courtroom at 10:29 a.m.)

THE COURT:  Please have a seat.

Ladies and gentlemen, before we call the next witness, I'm going to read to you an instruction.

With the earlier witness, Mr. Walters, you heard testimony about it being illegal for a person previously convicted of a felony to possess .50 caliber ammunition.  I want to remind you that Mr. Routh is not charged in this case with possessing .50 caliber ammunition.

As I will instruct you at the end of this case, you may not convict a person simply because you believe that he or she may have committed an act in the past that is not charged in the indictment.  Again, Mr. Routh is on trial only for the crimes charged in the indictment.  That said, the evidence you heard is admissible and can be considered for certain limited purposes only.  Those limited purposes are as follows:

Whether Mr. Routh had the state of mind or the intent necessary to commit any of the crimes charged in the indictment, whether Mr. Routh had a motive or the opportunity to commit the acts charged in the indictment, whether Mr. Routh acted according to a plan or in preparation to commit a crime, and whether Mr. Routh committed the acts charged in the indictment by accident or by mistake.

You may not consider that evidence for any other

purpose, and you may not conclude from that .50 caliber evidence or infer from that evidence that Mr. Routh committed the crimes charged in this case.

With that, please call your next witness.

MS. MEDETIS-LONG:  Certainly, Your Honor.  The United States calls Special Agent Nicholas Schnelle.

COURTROOM DEPUTY:  Please raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

COURTROOM DEPUTY:  Please be seated.

State your first and last name, and please spell it for the record.

THE WITNESS:  Nicholas Schnelle, N-I-C-H-O-L-A-S, S-C-H-N-E-L-L-E.

MS. MEDETIS-LONG:  Permission to proceed, Your Honor?

THE COURT:  Yes, granted.

SPECIAL AGENT NICHOLAS SCHNELLE, having been sworn, testified as follows:

DIRECT EXAMINATION

BY MS. MEDETIS-LONG:

Q.   Good morning, sir.

A.   Good morning.

Q.   Sir, where do you work?

A.   The Federal Bureau of Investigation.

Q.   And how long have you been with the Federal Bureau of Investigation?

A.   About 9 1/2 years.

Q.   And what is your title?

A.   Special Agent.

Q.   And in the entire 9 1/2 years of being with the FBI, have you been a special agent?

A.   I have.

Q.   And what office are you currently assigned to?

A.   The Fort Pierce resident agency.

Q.   And is that part of the Miami field office?

A.   It is.

Q.   Do you specialize in any particular criminal violations?

A.   National security.  Counterterrorism.

Q.   And what -- what are your duties and responsibilities as a special agent?

A.   To investigate crimes with a federal nexus.  The Fort Pierce resident agency is a small office, so we do handle a little bit of everything.  I specialize in national security manners -- matters, but if a bank robbery or something comes up, we all pitch in and go work those matters together.

Q.   And what did you do before you joined the FBI?

A.   I spent three years with the Department of the Air Force, as a civilian contracts negotiator, and then I spent four years

in the Marine Corps.

Q.   What was the time period that you spent in the Marine Corps?

A.   2006 to 2010.

Q.   And what did you do in 2010?

A.   I was an infantry- -- in 2010, I was --

Q.   After you left the Marine Corps.

A.   In 2010, I went to college at Ohio University for my bachelor's.

Q.   And did you obtain a bachelor's degree?

A.   Yes.

Q.   Did you obtain any other degree?

A.   I have a master's in business administration.

Q.   Okay.  Now, are you -- were you honorably discharged from the Marine Corps?

A.   Yes.

Q.   And what was your rank at the time you separated from the Marine Corps?

A.   E4 corporal.

Q.   Now, let me -- let's talk a little bit about your time in the Marine Corps.  Did you have any specialties while you were in the Marine Corps?

A.   I was an infantry rifleman and spent some time in the Scout Sniper platoon.

Q.   What does an infantry rifleman mean?

A.   An infantryman is a Marine that studies infantry tactics. We go through infantry school, and then we are put in an infantry platoon, infantry battalion, and we are the ones that go out and fight war on the ground.

Q.   And you said something about you were a Scout Sniper; is that correct?

A.   Yes.  Every infantry unit will have a Scout Sniper platoon, and you can opt to run through a selection process to be selected to be a member of that.  And I did that and was selected to be a member of that platoon.

Q.   What is a Scout Sniper?  Could you explain that to the members of the jury?

A.   A Scout Sniper is a Marine highly skilled in field craft and marksmanship who delivers long-range precision fire at selected targets from concealed positions in supportive combat operations.

Q.   What do you mean by concealment?

A.   Anything camouflage -- anything a Marine will do to remain undetected from -- by the enemy.

Q.   And you said something about marksmanship.  What is sniper marksmanship?

A.   Engaging targets with well-aimed shots.

Q.   Now, you said that you engaged or participated in a selection process to be a Scout Sniper.  What is that?  What are you referring to there?

A.   They will put together a two- to four-day assessment and selection that tests a Marine on his infantry knowledge, communication skills, marksmanship, land navigation, all things you learn as an infantryman in the Marine Corps.

Q.   And is that a competitive process?

A.   Yes.

Q.   Now, when we talk about sniper marksmanship, do you receive specialized training to be a sniper marksman?

A.   Yes.  You begin to train in sniper tradecraft, the precision weapon systems that the Marine Corps uses for those operations.

Q.   What kind of precision weapons did you train in?

A.   The Marine Corps M40A3 sniper rifle chambered in .308 or 7.62x51.  The Mark 11, which is a semiautomatic magazine fed like an AR-15 that is chambered in .308.  The Barrett Special Application Scoped Rifle, which is a .50 caliber semiautomatic rifle.  And the Mark 12, which is an AR-15 that's of match grade and is semiautomatic and magazine fed as well.

Q.   Now, you mentioned the .50 caliber Barrett.  What is a .50 caliber BMG?

A.   That would be the nomenclature for the round, the .50 -- the Browning machine gun -- John Browning's -- who made the M2 .50 caliber machine gun and the ammunition associated with it.

Q.   And when you say "round," do you mean ammunition?

A.   Yes.

Q.   Okay.  Is the Barrett that you trained in, the Barrett .50 caliber, a powerful weapon or not?

A.   Yes.

Q.   And what -- could it cause damage to its target?

A.   Absolutely.

Q.   What kind of damage?

A.   Catastrophic damage.

Q.   What is the .50 caliber used for, at least in your training and experience in the military?

A.   It was used for equipment and/or structures.

Q.   Now, in addition to these precision weapons, were you also trained in other weapons as part of your time in the Marine Corps?

A.   Yes.

Q.   And what -- what weapons were those?

A.   Basic infantry weapons.  Your M16, the M249 SAW, the M240 Bravo machine gun, the M203 40mm grenade launcher, the M2 .50 caliber machine gun, the Mark 19 automatic grenade launcher, and the AT4 anti-tank rocket.

Q.   Now, in your time in the Marine Corps, were you ever deployed overseas?

A.   I was.

Q.   Where were you deployed?

A.   To Kuwait and Afghanistan.

Q.   Was that part of Operation Enduring Freedom?

A.   Afghanistan was, yes.

Q.   And was that an active war zone when you were deployed there?

A.   Yes.

Q.   Did you engage in any types of operations while you were deployed there?

A.   Yeah.  My entire time there was in combat.

Q.   What are conventional sniper operations?

A.   Sniper operations where a sniper team would go out and set in -- in a static position and observe and/or fire at long distances.

Q.   What does static position mean?

A.   They would stay in one place.

Q.   And what is assault -- did you engage in those types of operations?

A.   Yes.

Q.   Approximately how many in your time there?

A.   A hundred.

Q.   Okay.  And what is an assault sniper operation?

A.   Where a sniper team would attach to an infantry rifle squad when they would go out on a combat patrol.  And we would either stay with them or they could drop us off, but it was during an assault and it was an overt, less-concealed movement.

Q.   Now, I want to go back to your time in the FBI.  In

addition to being a Special Agent, do you have other collateral duties?

A.   I'm a member of the FBI Miami SWAT team.

Q.   What does SWAT stand for?

A.   Special Weapons and Tactics.

Q.   How long have you been part of the FBI SWAT team?

A.   Approximately four years.

Q.   Did you receive specialized training to become a member of SWAT?

A.   Yes.

Q.   How long was that training?

A.   Three weeks.

Q.   Now, in addition to being a member of SWAT, do you have any certifications to be a member of SWAT?

A.   Yes.

Q.   What are those?

A.   A SWAT Basic course, the three-week course to become a certified FBI SWAT operator.  I have been to Sniper Basic, which is a two-week course, to be an FBI sniper.  And a follow-on Advanced sniper course for the FBI.

Q.   Are you a certified sniper for the FBI?

A.   Yes.

Q.   Let's talk a little bit about the training.  You mentioned it briefly.  To become a certified sniper, walk us through, if you will.  What training did you receive?

A.   It's a -- Basic course is a two-week course.  The fundamentals of learning the platform that the FBI uses, and positional shooting, land navigation with some technology using the reticle to provide measurements.

Q.   What is a reticle?

A.   The crosshairs when you look through the scope.

Q.   What is land navigation?

A.   How you use a map and compass or other GPS to navigate cross-terrain.

Q.   What else did you learn during this training?

A.   How the weather or the environment affects shooting at long distances.

Q.   Did you train in concealment and cover?

A.   Yes.

Q.   And what did you learn there?

A.   We learned hide construction, or a location that a sniper will build in a specific location to conduct sniper operations while -- while being concealed.

Q.   Now you used the word "hide."  What do you mean by that?

A.   It's -- a hide is also known as a final firing point or a place where the sniper will shoot from.

Q.   You talked about the two-week course.  What about the one-week course you mentioned?  What do you learn there?

A.   The Advanced course, you spend more time shooting at greater distances and learning the effects of the elements on

the bullet at those distances.

Q.   Do you also train in precision shooting?

A.   The entire course is precision shooting.

Q.   Now, in addition to being a certified sniper and having received all of this training, do you yourself conduct sniper training?

A.   Yes.

Q.   And who do you train?

A.   The other mem- -- SWAT snipers on the FBI Miami team, as well as coordinating with our state and local partners to put on joint trainings.

MS. MEDETIS-LONG:  Your Honor, at this time, the government would ask that Special Agent Schnelle be qualified as an expert witness in sniper tradecraft, to include positioning, concealment, and marksmanship.

THE COURT:  Any objection, Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  The witness is qualified in those areas. One moment -- to include sniper tradecraft -- tradecraft --

MS. MEDETIS-LONG:  Yes.

THE COURT:  -- positioning, concealment, and marksmanship.

Is there a concern, Juror?

A JUROR:  Yes, can he pull the microphone a little closer?

THE COURT:  Yes, certainly.  Thank you.  And thank you for alerting us.

I know the chair is a little uncomfortable, sir, but we are actually trying to find a better chair.

THE WITNESS:  No worries.

THE COURT:  In the meantime, please move the microphone as best you can.  Thank you.

Continue.

BY MS. MEDETIS-LONG:

Q.   Now I like to talk a little bit about what you mentioned earlier, sniper positioning, if we may.  You talked about concealment as it relates to being a sniper.  Can you talk about concealment in relation to what you called a final firing point or hide.  What does that entail?

A.   A hide would be constructed.  You would want to -- a sniper would want to utilize minimal construction, meaning, they would want to use what's already naturally there, and to blend in with the -- with the environment and make it look less man-made, so that they can blend in with their surroundings and not be compromised.

Q.   Now, what goes into -- as a sniper, as a trained sniper, what goes into selecting a hide or a final firing point?

A.   You would want it to not be an obvious location where someone would be sitting, and you want it to blend in seamlessly with the environment.

Q.   How would one go about blending in seamlessly with the environment, aside from picking something that doesn't look altered or man-made?

A.   You would also camouflage your person or your equipment to blend in the best you can with the natural environment.

Q.   Are there environmental factors that can affect a sniper shot?

A.   Yes.

Q.   What are those?

A.   Wind, rain, changes in temperature.

Q.   Can terrain affect that?

A.   Yes.

Q.   Now, regarding what brings us here today, did you, as part of your participation in this matter, visit the Trump International Golf Club?

A.   Yes.

Q.   And did you visit the area near the 6th hole green of Trump International?

A.   Yes.

        MS. MEDETIS-LONG:  Your Honor, at this time, I would ask for permission to publish what's been previously admitted as Government's Exhibit 200-1A to the jury.

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here, sir, in 200-1A?

A.    Summit Boulevard and the 6th green at Trump International Golf Club.

Q.    Could you please circle the area to which you visited.

A.    (Complies.)

Q.    And for the record, I would note that the witness has circled the area sort of in the center of this photograph, on the perimeter of the golf course.

          MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-20, already in evidence?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    An entry into the foliage or the hide site from Summit Boulevard.

Q.    Did you personally observe that area?

A.    Yes.

          MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 200-21A, Your Honor, previously admitted?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here, sir?

A.    A closer image, closer into the foliage.

          MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 200-21B, previously admitted, Your Honor?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A photo from inside the foliage, into -- closer to the hide site.

Q.   And did you enter this area?

A.   Yes.

MS. MEDETIS-LONG:  Could we compare, Ms. Luce, Government's 200-20 with 200-21A.  200-21A with 200-20.

BY MS. MEDETIS-LONG:

Q.   How would you describe this entry into the hide, as you called it?

A.   It appears to be big enough for a human to pass through, but is -- is natural and looks natural in place, where it wouldn't stick out to anyone walking by.

Q.   And why do you say that?

A.   It doesn't appear to be altered by -- by man; it appears to be natural growth.

Q.   And how would you characterize what you called the natural growth?

A.   It -- it doesn't appear altered by a human, broken, cut, or parted.

Q.   Does that natural growth appear to be thick or sparse?

A.   It's thick.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's been previously admitted as Government's Exhibit 176?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   In -- a rifle with two bags hanging from the fence at the -- where the hide site was located.

Q.   Now, just to be clear, did you visit the hide on the day of the incident --

A.   No.

Q.   -- or thereafter?

A.   After.

Q.   Okay.  Now, based on what we're seeing in Government's Exhibit 176, why, in your opinion, does this look like a hide?

A.   The -- the weapon is propped up on the fence.  There is an attempt to provide ballistic protection.  And from the outside looking in, there was minimal disruption of the ground or the foliage to draw the human eye in that direction.

Q.   Now, if I told you that these bags contained steel plates, what would that suggest to you?

A.   It would suggest that they're trying to provide ballistic protection for the loophole or the window in which to fire through.

Q.   Now, you just said, "loophole."  Can you circle the loophole in this photograph.

A.   (Complies.)

Q.   And what have you circled there?

A.    The gap between the two bags or an aperture to look through.

Q.    And you said, "ballistic protection."  What do you mean by that?

A.    Protection that would stop incoming fire or bullets.

Q.    What is the role of the fence playing in this photograph?

A.    A support for the rifle.

Q.    What does support for the rifle do for a sniper?

A.    It will allow the sights to settle more quickly and make more accurate shots.

Q.    When you say, "it allows the sights to settle more quickly," what do you mean by that?

A.    When a human shoulders a rifle, there is going to be natural movement in the sights between breathing and/or muscle fatigue as you hold -- hold the weapon.  So a supported position is a better position.

Q.    Now, this setup with the bags on either side and the rifle poking through the loophole, as you called it, is this reminiscent of anything to you?

A.    It is consistent with loophole shooting in combat operations, urban or rural.  And it also resembles a -- the shield on top of a Humvee that we would ride around in in Afghanistan.

Q.    How many times have you ridden around in a Humvee in Afghanistan?

A.   Quite a few.

MS. MEDETIS-LONG:  Your Honor, at this time I would ask to publish what's been offered, but not admitted, as an illustrative or demonstrative exhibit, Government's 1142, and compare that to Government's Exhibit 176.

THE COURT:  Okay.  Mr. Routh, do you have any objection to use of Government's 1142 as a demonstrative aid?

MR. ROUTH:  No, no objection.

THE COURT:  Okay.  Then you may proceed.

And, ladies and gentlemen, again, as I mentioned, demonstrative aids are there to assist you in comprehending testimony or evidence that's being admitted, but demonstrative aids aren't themselves introduced as substantive evidence in the case.  So you won't be seeing this exhibit as an official admitted exhibit unless it's introduced at some other point in the trial.

So, with that, please continue.

BY MS. MEDETIS-LONG:

Q.   Now, it's up on the screen.  On the right side is the illustrative aid, 1142, Government's Exhibit.  And on the left side is Government's Exhibit 176.

What is depicted on the right side of the screen?

A.   A Humvee with a turret on top with a crew -- a couple of crew-served weapons, what would be a M240 Bravo Machine Gun, and in the far picture, an M2 .50 caliber machine gun.

Q.   What is similar about these two setups in these photographs?

A.   They both have a weapon that has ballistic protection on either side of it, similar with the photo on the left.

Q.   Can you circle what you mean by -- by that in 1142 on the right.

A.   (Complies.)

Q.   And what do you mean by that on the photo in the left of the hide?

A.   They are consistent.  The weapon goes between the two pieces of armor and provides protection for the shooter.

          MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 179, already in evidence, Your Honor?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here now?

A.   The SKS propped on the fence between the two bags.

          MS. MEDETIS-LONG:  Ms. Luce, can we zoom into this area right here (indicating).

BY MS. MEDETIS-LONG:

Q.   What have I zoomed in on?

A.   The trigger group.

Q.   And what is a safety?

A.   The mechanical -- the mechanical feature that one will turn on and off of a rifle to keep it from firing.

Q.   In this photograph, is the safety on or off?

A.   Off.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's been previously admitted as Government's Exhibit 30?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The side view of the SKS with its magazine and rounds.

Q.   Now, going back to Government's Exhibit 179, what kind of firearm is that?

A.   An SKS.

Q.   And is it the same firearm depicted in GX30?

A.   Yes.

MS. MEDETIS-LONG:  Could we go back to GX30, please, Ms. Luce.

BY MS. MEDETIS-LONG:

Q.   Now, you said this is an SKS.  Do you know where it was manufactured?

A.   This one was manufactured in China.

Q.   And how do you know that?

A.   It is Norinco manufacturer.

Q.   And what does semiautomatic mean?

A.   For every squeeze of the trigger, one round is fired.

Q.   Is this rifle that we see here, this SKS, Norinco SKS, semiautomatic or not?

A.   Yes, it is.

Q.   How do you know that?

A.   The SKS was designed as a semiautomatic weapon.

Q.   And a semiautomatic as compared to a fully automatic rifle, which is more accurate?

A.   Semiautomatic.

Q.   Why is that?

A.   They're easier to control.

Q.   When was the SKS created first?

A.   Approximate -- the Soviet Union designed the rifle in approximately 1945.

Q.   Was this specific Norinco SKS built in 1945?

A.   No.

Q.   How do you know that?

A.   It's of Chinese manufacture.  So the Soviet Union wouldn't have provided SKSs for familiarization or study to the Chinese until the late to mid-'50s.

Q.   So, in your opinion, this would have been manufactured sometime after the '50s?

A.   Correct.

Q.   Circle -- I'm putting an X next to this protrusion toward the front of the muzzle.  What is that?

A.   It's a bayonet lug.

Q.   What -- did you say "bayonet lug"?

A.   Yes.

Q.   What is a bayonet?

A.   A fighting knife that's made to affix to the front of a rifle for hand-to-hand combat.

Q.   What type of ammunition does this SKS rifle use?

A.   7.62x39.

Q.   Does the SKS come with a scope?

A.   No.

Q.   Do you see that this -- in this photograph, Government's Exhibit 30 -- has a scope, affixed to it?

A.   Yes.

Q.   What is the purpose of the scope?

A.   To magnify what the shooter is able to see.

Q.   Does that enhance the ability for one to make their target or detract from it?

A.   Enhances.

Q.   Do you see this area behind the scope, this attachment?

A.   Yes.

Q.   What, in your training and experience, is that designed to do?

A.   It appears to be affixed in order to allow the shooter the proper eye relief when looking through the scope.

Q.   What is eye relief?

A.   The relation of the shooter's eye to the ocular lens to get the proper sight picture when looking through the scope.

Q.   Is that intended to enhance or detract from the performance

of the scope and the rifle?

A.   Enhance.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-2 previously admitted?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   This area that I have circled here, what is that on this map (indicating)?

A.   Where the hide site was located.

Q.   Is that the 6th hole green area?

A.   Yes.

Q.   Now, did you have an opportunity, when you visited the hide, to look through the fence to the other side of the fence?

A.   Yes.

Q.   And what did you see?

A.   The 6th green and the 7th green.

Q.   Can you circle the 7th green from this map?

A.   (Complies.)

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1005A, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The 6th and 7th hole and the hide site.

Q.   Would the hide site be in this magenta area that says "area

of interest"?

A.   Yes.

Q.   And do you see measurements on this exhibit?

A.   I do.

Q.   Do you see a measurement for a distance from the hide to the 6th hole flag?

A.   Yes.

Q.   What does that measurement say?

A.   126 feet, 10 inches.

Q.   Do you see a measurement for the distance between the hide and the 7th hole flag?

A.   Yes.

Q.   What does that say?

A.   475 feet, 3 inches.

Q.   What are lanes of shooting or shooting lanes?

A.   Gaps in vegetation or obstacles that one can view the target through and fire shots.

Q.   Did the hide have multiple shooting lanes, in your opinion?

A.   Yes.

Q.   And what were those shooting lanes?

A.   The loopholes in shooting lanes provided lanes of observation and fire on the 6th hole and the 7th hole.

          MS. MEDETIS-LONG:  Your Honor, permission to publish what's already been admitted as Government's Exhibit 1003?

          THE COURT:  Granted.

MS. MEDETIS-LONG:  Could you start playing that, Ms. Luce.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   Have you seen this exhibit before?

A.   Yes.

Q.   And what does it show, generally speaking?

A.   The area of interest, or the hide site, the 6th and 7th holes of Trump International Golf Club.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What are we closing in on here on this video?

A.   The area of interest, or hide site.

Q.   Now, as this continues to play, does this look like the area that you personally visited at the Trump International Golf Club?

A.   It does.

Q.   And is this, in fact, the area that you personally visited at the Trump International Golf Club?

A.   Yes.

Q.   What's happening in the video now?

A.   We are approaching entry into the hide through the vegetation.

Q.   What do we see on the left side of the image?

A.   The rifle and the two bags affixed from the fence, the

final firing point.

Q.   What did we see just pop up there on the screen?

A.   Another picture of the final firing point with the rifle and the two bags.

Q.   What are we starting to see here as we look through the fence?

MS. MEDETIS-LONG:  And if we could pause it.

THE WITNESS:  The loopholes that provide observation and fire on the 6th hole.

MS. MEDETIS-LONG:  Can we continue playing, please.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   Does this fairly and accurately depict the view that you had from the hide when you visited?

A.   Yes.

Q.   And what do we see here?

A.   The 6th and 7th hole.

Q.   What does burning windows mean?

A.   Burning windows is a term Marine snipers would use when using a magnified object, such as a rifle scope or binoculars, to look through vegetation.

Q.   Look through vegetation onto what?

A.   Onto the target.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-36, previously admitted?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The 6th and 7th hole.

Q.   From what vantage point?

A.   From inside the golf course.  From looking from where the hide would be directly behind you.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 200-38, previously admitted?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The 6th and 7th green closer to the cart path.

Q.   What is your -- what is your opinion of the view of the 6th hole from the hide?

A.   It's -- it's close and un- -- unobstructed.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-57C, already admitted?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A look towards the hide and where the bag and -- the two bags and the rifle were placed at the fence.

Q.   How would you characterize this view of the hide?

A.   It appears unaltered.  The natural vegetation, it's very

dense and provides a high level of concealment.

Q.   Does that make it an ideal hide for a sniper?

A.   Yes.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 200-57D, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The muzzle of the rifle propped on the fence between the two bags.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 257 -- 200-57B, already in evidence, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What does this show us?

A.   A view from the hide from the cart path.

Q.   A view from the hide or from the --

A.   A view of the hide from the cart path.

Q.   Okay.  And what are your impressions of the hide from this perspective?

A.   It appears to be a good hide as it -- you don't see any breaks in the natural vegetation or anything that would draw your eye in that direction from the cart path.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1004A --

THE COURT:  Granted.

MS. MEDETIS-LONG:  -- and B, already in evidence?

THE COURT:  Granted as to both.

BY MS. MEDETIS-LONG:

Q.   What do we see here in Government's Exhibit 1004A?

A.   A rendering of the -- the area of interest or the hide onto the 6th green.

MS. MEDETIS-LONG:  And could we switch to Government's Exhibit 1- --

BY MS. MEDETIS-LONG:

Q.   And does this Government's Exhibit 1004A have distances?

A.   Yes, it does.

Q.   Distances from the hide?

A.   To the path and to the 6th flag.

Q.   Okay.

MS. MEDETIS-LONG:  And could we go to Government's Exhibit 1004B.

BY MS. MEDETIS-LONG:

Q.   What does this show?

A.   A side-profile view.

Q.   Of what?

A.   The hide -- from the hide to the cart path to the 6th flag.

Q.   Does this contain measurements as well?

A.   It does.

Q.   Of what?

A.    From the hide to the cart path and from the hide to the 6th flag.

Q.    And are these measurements identical to the measurements of 1004A, just a different view?

A.    Yes.

Q.    What's the distance, according to 1004B, from the hide to the center of the cart path?

A.    33 feet, 5 inches.

Q.    Can you underline where you see that.

A.    (Complies.)

Q.    What's the distance, according to 1004B, from the hide to the -- to the 6th hole flag?

A.    126 feet, 10 inches.

Q.    Can you underline where you see that.

A.    (Complies.)

Q.    How far is the SKS designed to shoot?

A.    The max effective range is approximately 350 meters.

Q.    Regarding the distance that we just talked about from the hide to the 6th hole flag, who could make that shot?

A.    Any marksman.

Q.    Do you have to be a trained marksman to make that shot?

A.    No.

Q.    Why not?

A.    It is well within the capabilities of the SKS, regardless of your level of training.

Q.    And what if you wanted to hit a human-sized target over 6 feet tall?  Would you be able to make that shot from that distance, from the hide to the 6th hole flag?

A.    Yes.

Q.    Would you need a scope for that?

A.    No.

Q.    Why not?

A.    The SKS comes with iron sights.  And at those distances, you would be able to see your target and place rounds on target.

Q.    And when you say "place rounds on target," what do you mean by that?

A.    Hit what you're shooting at.

Q.    Does the -- does a scope help or hurt your ability or one's ability to make that shot?

A.    It helps.

Q.    What about golfing, the sport of golfing, either enhances or detracts from one's ability to make the shot from the hide to the 6th hole flag?

A.    A golfer's behavior is predictable.

Q.    And what do you mean by that?

A.    A golfer is going to hit a golf shot, and wherever the ball lands, you know he is going to walk there and be halted for some amount of time before he takes the next shot.

Q.    Does this view in Government's Exhibit 1004B show anything

about the terrain between the hide and the 6th hole flag?

A.   The hide appears to sit a little lower than the 6th flag.

Q.   Does that mean there is some elevation in the terrain between the hide and the 6th hole flag?

A.   Yes.

Q.   What would be the optimal position for one holding the SKS rifle in the hide to take in order to make the target at the 6th hole?

A.   Kneeling or standing.

Q.   Why do you say that?

A.   In order to clear the elevation, between the hide and the cart path, and to pass through those loopholes, you would need to be in the kneeling or the standing position.

        MS. MEDETIS-LONG:  And if we could zoom into this area, Ms. Luce (indicating).

BY MS. MEDETIS-LONG:

Q.   And when you say "loopholes," are you referring, again, to the space between the two bags that the rifle was resting in?

A.   Correct.  That and the vegetation.

Q.   What is the prone position?

A.   Where you lay on your stomach.

Q.   And would the prone position have been appropriate or ideal given the terrain --

        MS. MEDETIS-LONG:  If we could zoom back out.

        THE WITNESS:  No, it would not.

BY MS. MEDETIS-LONG:

Q. Why not?

A. You would not be able to clear the elevation when looking down the sights in the -- while in the prone, from the hide.

MS. MEDETIS-LONG: Your Honor, permission to publish Government's Exhibit 200-28, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. A view of into the hide at night.

Q. How would you -- how would you characterize the lighting in this photograph of the hide?

A. It's very dark.

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 200-30A, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. A view towards the golf club from Summit Road towards the hide site.

Q. What time of day?

A. Nighttime.

Q. How would you characterize the lighting towards the golf course?

A. Minimal, very dark.

Q.   And showing you Government's Exhibit --

MS. MEDETIS-LONG:   -- or permission to publish, rather, Government's Exhibit 200-30B, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A view back across Summit when -- in which the hide would be behind you at night.

Q.   Now, between Government's Exhibit 200-28, 200-30A, and 200-30B, which depict the hide and the surrounding areas at night, what are your impressions of that hide at night?

A.   It had a very low level of lighting and was very dark.

Q.   How does that play into picking or setting up a hyper -- a sniper hide?

A.   My training and experience, you would want to enter the sniper hide at night.

Q.   Why?

A.   To remain concealed or undetected.

Q.   If I told you that the Nissan Xterra in this case was parked across the street from the 6th hole green at night, in the middle of the night, what would that tell you about this case in terms of the sniper hide?

A.   That the hide was infiltrated at night and/or that the Xterra was there in case of a compromise or a withdrawal.

Q.   What does compromise or withdrawal mean?

A.   When the target or the enemy finds out your location and you need to leave the area.

Q.   Is that just another way of saying escape?

A.   Yes.

Q.   Now, when you are setting up a sniper hide, what kind of preparation would you engage in?

A.   You would go through your mission-planning process of doing maybe a map reconnaissance and of maybe a physical reconnaissance, if possible.

Q.   What is map reconnaissance?

A.   Where you would pull out imagery or maps of the intended area you plan to operate in and review them for the best option to find a hide site.

Q.   What is physical reconnaissance?

A.   Where you would go there in person and see if what you saw on the map is supported.

Q.   Now, in conducting physical reconnaissance, what time of day would you optimally do that?

A.   You would -- it -- it depends.  But you would probably do it at daytime, if you could go out with -- in the sense of a Marine Corps sniper, you may go out in the daytime with the regular infantry just to see how it looks in the daytime.  And then you would also go back at night as a sniper team to ensure that it works.

Q.   Now, if I told that you somebody spent hours at a time at

or near that hide location during the day, but in the -- also, in the middle of the night, say, in excess of 10 hours or 16 hours, what would you say in your expert opinion about that conduct?

A.   That's consistent with my training and experience of mission planning.

Q.   Have you examined the physical evidence in this case, sir?

A.   Yes.

MS. MEDETIS-LONG:  Your Honor, permission to make use of the ELMO?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   I'm going to show what's been previously admitted as Government's Exhibit 446.

MS. MEDETIS-LONG:  Permission to publish?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Showing you Government's Exhibit 446, sir.  Have you seen this before?

A.   I have.

Q.   Generally speaking, after having reviewed this, what are your impressions of this document?

A.   It appears to contain elements that, in the Marine Corps, we would call, like, a gear list, items that you would need for sustainment in the field or in the hide site.

Q.   Now, let's talk through -- let's walk through this exhibit, if we might.  What does this say here, this top line (indicating)?

A.   "Stick for camera."

Q.   (Indicating).

What does the second line say?

A.   "Diapers."

Q.   What does this third line say?

A.   "Quiet plastic covering, green -- green poncho" --

Q.   To the right?  I'm sorry.

To the right of the third line, what does that say?

A.   "Green poncho."

Q.   What does this say (indicating)?

A.   "Cardboard for scope and tape."

THE COURT:  One moment.  Whoever has a phone, please silence it.

Continue.

BY MS. MEDETIS-LONG:

Q.   Could you repeat what this says.

A.   "Cardboard for scope and tape."

Q.   And what does it say below "tape"?

A.   "Paint."

Q.   What are these here -- these numbers appear to be?

A.   They appear to be conversions from decimals to feet.

Q.   Is there any significance to these numbers based on their

location right underneath "cardboard for scope" to you?

A.   It -- appear to be sight settings.

Q.   Sight settings for what?

A.   Conversions for converting the distances and how the elevation and windage turrets would work on the rifle scope.

Q.   What does this line say here (indicating)?

A.   "How to" -- "How to fasten to tripod and secure.  Zip ties and electrical tape."

Q.   What does that last line say?

A.   "Zip ties and electrical tape."

Q.   I'm sorry.  It's not in view; that's why you can't see it. But what does the bottom line say?

A.   "Spray self with bug spray."

Q.   Again, what are your impressions having now reviewed this note again?

A.   That these would be sustainment items for remaining in the hide for a period of time.

Q.   I want to talk about the electrical tape.  In your training and experience, what would that be used for?

A.   We used electrical tape to silence any equipment that jingled when you walked or ran, as well as, it mitigated shine in any objects that you might have on your personal equipment, or rifle that -- that could shine.

Q.   Why would you secure things that jingle?

A.   To remain undetected while moving throughout the night.

Q.   Why would you put tape over things that shine?

A.   To keep them from giving away your position.

MS. MEDETIS-LONG:  Your Honor, permission to show the witness and publish what's been previously admitted as Government's Exhibit 187A and B and 188A and B?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Sir, there are gloves at the witness stand.  If you could equip yourself with those.

And if we could publish, Your Honor, if there is permission, Government's Exhibit 176, please.

THE COURT:  Yes, you may.

MS. MEDETIS-LONG:  Permission to approach, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   I'm now going to show you, Special Agent Schnelle, Government's Exhibit 187A, already in evidence.

(Tendering item.)

Could you please hold that up so that the jury can see it?

A.   (Complies.)

Q.   What is that, sir?

A.   It's a backpack.

Q.   What color is it?

A.   It is -- appears to be blue, but it appears that it's been spray-painted.

Q.   And does that look like the backpack on the right of the

rifle in Government's Exhibit 176?

A.   It does.

Q.   The spray paint in black or the black paint, what are your impressions of that?

A.   That spray paint would be applied to help something blend into its natural environment.

        MS. MEDETIS-LONG:  Permission to approach, Your Honor?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Showing you what's already been admitted as Government's Exhibit 188A.

     (Tendering item.)

     Can you hold that up for the jury.

A.   (Complies.)

Q.   Special Agent Schnelle, what does that appear to be?

A.   It appears to be the other bag in the photographs.

Q.   And what color is it?

A.   It's red, white, and blue but appears to have been painted a reddish-brown.

Q.   And what are your impressions of the paint on that item?

A.   The paint, again, would be used to make items blend into a natural environment.

        MS. MEDETIS-LONG:  Permission to approach, Your Honor?

        THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.   Showing you what's been previously admitted as Government's 187B, sir.

(Tendering item.)

Sir, what is that?

A.   It appears to be a steel plate.

Q.   If I told you that that was in what I previously handed to you as Government's 187A, that was hanging to the left of the rifle, what would your impressions be?

A.   That it would be used to provide ballistic protection for the shooter.

Q.   That item that you're holding, 187- -- 187B, describe the weight, if you will.  I don't need a number, just generally speaking.

A.   It's heavy.

Q.   Okay.

MS. MEDETIS-LONG:  Permission to approach, Your Honor, with Government's Exhibit 188B?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   (Tendering item.)

What have I given you there, sir?

A.   A very similar steel plate.

Q.   If I told you that that was in the bag painted black to the right of the rifle, what would you say?

A.   That it, again, was used for -- to provide ballistic protection for the shooter.

Q.   Is that light or heavy, that item?

A.   It's heavy.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-73, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  And can we compare this with Government's Exhibit 732, already in evidence?

Permission to approach, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Sir, I'm going to show you Government's 200-92, previously admitted, Government's 200-93, previously admitted, and Government's 200-78, previously admitted.

(Tendering items.)

If you could hold up Government's 200-78.

A.   (Complies.)

Q.   Can you describe the color of that article of clothing.

A.   It appears to be a military green, olive drab green.

Q.   Does it match the shirt that's being worn on the photograph in Government's 732 on the right of your screen?

A.   It does.

Q.   Could you hold up the pants that are in Government's Exhibit 200-92.

A.   (Complies.)

Q.   What color is that, sir?

A.   Another grayish-green color of pant.

Q.   Does it appear to match the pants depicted in Government's 200-73 and Government's 732?

A.   It does.

MS. MEDETIS-LONG:  Permission to publish Government's 200-74, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do you see here, sir?

A.   Camouflage leg coverings and socks.

Q.   I'm going to ask you to hold up Government's 200-93.  What are those?

A.   (Complies.)  They appear to be camouflage-pattern leggings.

Q.   What are your impressions of these articles of clothing?

A.   They are earth tone and would be used to help provide the shooter to blend in with a natural environment.

MS. MEDETIS-LONG:  Your Honor, permission to approach with Government's Exhibit 1?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   (Tendering item.)

MS. MEDETIS-LONG:  Your Honor, may we have permission for the witness to step down with this exhibit and equip him

with a handheld mic or a portable mic?

THE COURT:  Yes.

Sir, those mics right there in that corner, you can use.

THE WITNESS:  Thank you.

BY MS. MEDETIS-LONG:

Q.  Sir, what are you holding?

A.  An SKS.

Q.  And is this a semiautomatic rifle?

A.  It is.

Q.  Is it gas operated?

A.  It is.

Q.  And could you look at the jury when you are speaking, please.

A.  Yes.

Q.  What does gas operated mean?

A.  It means as the round is fired, the operating system within the rifle funnels gas in a way that it will push the bolt back automatically so that it can feed one round at a time from the magazine.

Q.  What other weapon is this similar to?

A.  The AK-47.

Q.  Is the AK-47 also a Soviet-style rifle?

A.  It is.

Q.  Can you please demonstrate for the jury the safety on this

rifle.

A.   The safety is located right here (indicating).  It is in the on position.  This is the off position (indicating).

Q.   Could you hold that up, in the on position and the off position.

A.   On (indicating).  Off (indicating).

Q.   And in the photograph of the rifle we saw earlier, was the safety in the on position or the off position?

A.   It was in the off position.

Q.   What is a charging handle?

A.   The handle on the bolt that allows the operator to pull the weapon -- the bolt to the rear, feeding and chambering a round.

Q.   And where is it on this rifle?

A.   Right here (indicating).

Q.   The charging mechanism, as you've just pointed it out, is that how it came from the factory?

A.   No.  It's been altered.

Q.   How has it been altered?

A.   It appears to be elongated with clamps and a plastic covering and a socket.

Q.   Why would someone do that?

A.   To give them a larger amount of purchase to find the operating knob or the handle in low light conditions or in stressful situations.

        MS. MEDETIS-LONG:  Your Honor, could we simultaneously

publish Government's Exhibit GX35, already in evidence?

THE COURT:  Yes.

BY MS. MEDETIS-LONG:

Q.  Now, can you go back to your screen to see what's on GX35, sir.

Do you see the charging handle there?

A.  Yes.

Q.  And does it appear to have been modified?

A.  It appears to have electrical tape around it.

Q.  Is that consistent with making it larger to make it easier to handle?

A.  Yes.  It also mitigates shine from the clamps.

MS. MEDETIS-LONG:  Your Honor, permission to retrieve Government's Exhibit 1 from the witness?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Permission to approach with what's been admitted as Government's Exhibit 5?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.  (Tendering item.)

Sir, what have I handed you there?

A.  A rifle scope.

Q.  What brand?

A.  Crimson Trace.

Q.  Are you familiar with that brand?

A.    Yes.

Q.    About how much does that cost?

A.    Approximately $200.

MS. MEDETIS-LONG:  Could we have permission to publish Government's Exhibit 30, Your Honor, previously admitted?

THE COURT:  Yes.

BY MS. MEDETIS-LONG:

Q.    Can you tell if that's the scope affixed -- affixed to the rifle in Government's Exhibit 30?

A.    It is.

MS. MEDETIS-LONG:  Permission to approach, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    (Tendering item.)

Before we move on, going back to the scope, could you hold up Government's Exhibit 4 for the jury.  I'm sorry.  Government's Exhibit 5, rather.

A.    (Complies.)

Q.    You mentioned earlier, what type of ammunition does the SKS Norinco hold?

A.    7.62x39.

Q.    Could we look at Government's Exhibit 2?  Can you hold that up for the jury.

A.    (Complies.)

Q.    What is that?

A.   A 30-round magazine for the SKS.

Q.   And showing you Government's Exhibit 30, is that consistent with the magazine labeled 5A in that Government's Exhibit 30?

A.   Yes.

Q.   And you said "30-round."  What does that mean?

A.   It will hold 30 bullets in it.

Q.   Okay.

        MS. MEDETIS-LONG:  Permission to approach, Your Honor?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Could you open Government's Exhibit 4, please.  What is that?

A.   One 7.62x39 cartridge.

Q.   Is that consistent with the piece of ammunition that we see labeled 5B in Government's Exhibit 30 on the screen?

A.   Yes.

        MS. MEDETIS-LONG:  Permission to approach, Your Honor?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Going back to the magazine at Government's Exhibit 2, you had mentioned this is a capacity of 30 rounds.  How quickly can somebody fire off multiple rounds of ammunition in the SKS semiautomatic?

A.   As fast as they can pull the trigger.

Q.   How do you load an SKS?  Could you explain that to the

members of the jury?

A.   You would place the weapon on safe and insert the 30-round magazine, and then have to pull the charging handle on the bolt to the rear so that one round would be stripped from the magazine and chambered into the rifle.

Q.   So you have to do something -- the user of the SKS has to do something proactively to chamber a round?

A.   Yes.

Q.   Do you have to take that measure every time you want to chamber a round in the SKS?

A.   Yes.

Q.   Now, after the first round is fired, do you have to take that action again?

A.   No.

Q.   How is the next round chambered?

A.   The gas system chambers the round for the shooter.

Q.   So you take the action that you mentioned of pulling the bolt back to chamber the first round.  You pull the trigger, and then what happens next?

A.   The rifle fires, the gas from the expended round will cycle the rifle.  So the bolt will go to the rear, the spent casing will be ejected, and then the bolt will go back forward, chambering a new round.

Q.   And the user doesn't have to pull the bolt forward for that second round?

A.   No.

Q.   And so if I were to just attach the magazine, or one were to attach the magazine to the rifle, would a round automatically fall into the chamber, or would you have to take that manual action?

A.   You have to manually load a round, the first round into the chamber.

Q.   What is this SKS rifle designed to do, sir?

A.   It was designed to be an infantry weapon.  So it is intended to fight war and kill human beings.

Q.   How many bullets does it take to kill someone, sir?

A.   One.

Q.   Would a 7.62x39 bullet designed for this rifle that we see in Government's Exhibit 30 pierce through a human body?

A.   Yes.

Q.   How do you know that?

A.   I have witnessed it in combat.

Q.   Sir, let me ask you:  With a rifle positioned as it was in the hide, in those photographs that we saw at Government's Exhibit 176 --

          MS. MEDETIS-LONG:  If we could pull that up.

BY MS. MEDETIS-LONG:

Q.   -- if I told you that the safety was off -- as we saw in the photograph, the safety was off on this rifle, there was a chambered round in this rifle, positioned as it is here, and

there was a camera pointed toward the 6th hole flag, in your opinion, what is the user of the rifle intending to do?

A.   He is intending to engage his target.

Q.   And when you say "engage his target," what do you mean by that?

A.   Take shots to kill his target.

MS. MEDETIS-LONG:  Your Honor, may I approach to retrieve the exhibits?

THE COURT:  Yes.

MS. MEDETIS-LONG:  Your Honor, I have no further questions.

THE COURT:  Cross-examination.

CROSS-EXAMINATION

BY MR. ROUTH:

Q.   Good afternoon.

A.   Good afternoon.

Q.   At least you didn't have to drive far; right?

A.   Yes, sir.

Q.   So, very good.

If -- if Trump was golfing on the 5th hole, and there is a vast security team, I mean, is it even plausible that he would ever reach the 6th hole without someone being detected?

A.   I'm not up to speed on the Secret Service's policies and procedures.

Q.   But if you've got visible bags hanging from the fence, and

you've got red bungee cords and blue bungee cords and a barrel sticking out of the fence, I mean, if they only had five agents patrolling, I mean, wouldn't it be more logical to think that he is never going to make it to the 6th hole, that it would be more logical to take a shot at the 5th hole or the tee of the -- of the tee of the 6th hole?

A.   Can you repeat your question, sir?

Q.   Do you think it's feasible that people would get that close to a sniper?

A.   If they're -- if they don't know he is there, yes.

Q.   But we could all see the bags hanging from the fence, from the -- from the cart path, when we looked at the pictures, could we not?

A.   No, not -- I don't recall seeing them from the cart path.

Q.   Okay.  Anyway.  So I think -- I think we all saw it.  But I don't -- you know, in your opinion, did the person do a great job concealing everything so it was not visible?

A.   Yes, sir.

Q.   With red bungee cords and blue bungee cords and a camera in plain view and --

A.   Yes, sir, from that far away from the cart path or the green, all of those are colors that are in the natural environment.

Q.   Blue and red?

A.   Yes, sir.

Q.   Okay.  All right.  We learned the other day that these 7.62 bullets would travel, I don't know, a couple of miles.  So is it not feasible to -- that this gun would reach the 375 yards from the fence to the -- to the 5th hole green or the tee of the -- the 6th green?

A.   That round is capable of travelling that distance.

Q.   All right.  And you said yourself that the scope is not -- not needed to shoot 40 yards?

A.   No, sir.

Q.   So it would be more logical that a scope would be installed to shoot 375 yards to the -- to the 5th green or the 6th tee?

A.   A scope would be installed for observation purposes and firing.  So you can fire it at any -- any distance.

Q.   Speaking of the scope, was the scope installed properly?

A.   I didn't get to view the weapon with the scope installed.

Q.   So they had already removed the scope when you saw the weapon?

A.   Yes, sir.

Q.   That's unfortunate.  So you were not able to -- to check the gun, as far as how the scope operated and -- and how the gun functioned with the scope?

A.   No, sir.

Q.   So you have no idea how -- how -- how good or bad it was?

     MS. MEDETIS-LONG:  Objection, Your Honor.  Prior ruling.

THE COURT:  Overruled.

Answer, please.

THE WITNESS:  No, I did not.

BY MR. ROUTH:

Q.   So did you ever fire the weapon?

A.   I did not.

Q.   So you honestly don't know if it's semiautomatic or automatic?

A.   I know the weapon is semiautomatic.

Q.   You know it's semiautomatic?

A.   Yes, sir.

Q.   The -- this -- this -- this weapon here (indicating), this specific gun?

A.   Yes, sir.

Q.   The gun that you never fired?

A.   Yes, sir.

Q.   And you know it's semiautomatic?

A.   It was tested and fired, sir; yes, sir.

Q.   It was tested by whom?

A.   The FBI lab and Mr. McClay.

Q.   Well, I think Mr. McClay determined that it was not.  So you're saying the other -- another FBI agent is going to testify that he did test it and it was semiautomatic?

A.   That he -- Mr. McClay -- I don't -- I don't follow, sir.

Q.   Well, in Mr. McClay's test, it was not semiautomatic.  So

you're suggesting --

A.   That's how I -- that's how I understood his test.

Q.   Okay.  All right.  Well, we will -- we will entertain that soon.

Again, we just -- we just looked at this gun, did we not?

A.   Yes, sir.

Q.   And we saw that the -- the item that you called the charging handle, the charging handling had been modified, had it not?

A.   Yes, sir.

Q.   With a -- with some kind of socket or something and some pipe and some clamps to make it longer?

A.   Yes, sir.

Q.   So what's -- you're saying that this gun is semiautomatic, so someone could put the first round into the -- into the gun anytime, like, you know, last week or a year ago or whatever, and it would be ready to go; correct?

A.   Yes.

Q.   So if it were semiautomatic and there were already a bullet in the gun, if it were semiautomatic, that handle would be irrelevant, yes?

A.   You mean if it was fired, would it cycle itself?

Q.   Yes.

A.   Yes.

Q.   So extending that handle would be pointless because you

would never need to touch that handle; correct?

A.   No.  It depends on if there was a malfunction or not.

Q.   So someone extended the handle anticipating a malfunction?

A.   I -- I can't speak to why it was done, only that it provides more purchase area in the event of a malfunction or in the initial loading process.

Q.   Isn't it more logical that the gun is not semiautomatic and that it has to manually be pushed forwards and backwards with each and every bullet?

A.   Not in that platform.  Not in my training and experience with that platform, sir, no.

Q.   But, I mean, just as a -- a logical human being.  I mean, there would be no other reason to extend the charge handle unless you had to use the charge handle.

A.   You -- like I said, sir, you could use it on the initial loading or in low light conditions or in the event of a malfunction.

Q.   Well, low light doesn't -- it's a semiautomatic weapon, you say.

A.   Yeah.

Q.   So, I mean, low light doesn't matter.  You are never going to need to touch it --

A.   Okay.

Q.   -- right?  I mean, that -- just common sense.

So it seems to me that the handle is important, that this

thing is a single functioning -- single-functioning gun.

Do guns break that may -- maybe came from the factory that were semiautomatic on day 1, but then they devolve and something wears, and it -- and it no longer is semiautomatic? Is that maybe what could have happened to this -- to this gun?

A.   Could be.  It's possible.

Q.   So it may -- maybe it was semiautomatic, but -- but you didn't test it.  So you don't know if it's -- if it is or isn't.  All right.

So if -- we all saw the pictures of the gun sticking through the fence.  So you -- you admit that the fence is a good stabilizing item, as far as stabilizing a gun for -- for firing?

A.   It provides stabilization.

Q.   So if a barrel is sticking through a fence, is it able to move left and right and up and down?

A.   To some degree.

Q.   To some degree.  Explain that, please.

A.   That hole in the fence wasn't the exact diameter of the barrel.  So there would have been some angling that could have been -- the shooter could have angled the rifle.

Q.   Oh, okay.  Just -- just the -- so up and down and, like, just in that little 2-by-2 square; right?

A.   Yes.

Q.   So if that -- if that gun was at 3 feet, or somewhere

thereabouts, and there is a 6-foot man standing in front of that, would that rifle be able to shoot this gentleman in the face?

A.   I'm not sure, sir.  I would say, yes.  But that's -- that would have to be a test.

Q.   That would have to be a test?  All right.

But 3 feet that you can't move up and down, and a 6-foot --

A.   It wasn't affixed to the fence.  It could have easily been removed from the fence.

Q.   Okay.  So just take it out of the fence --

A.   Yeah.

Q.   -- and raise it up --

A.   Yes.

Q.   -- and do whatever?

A.   Yes, sir.

Q.   Right.  Okay.  All right.

So -- is a -- a pink shirt ideal for concealment?

A.   No, sir.

Q.   Not exactly logical, huh?

THE COURT:  Do you have a question?

BY MR. ROUTH:

Q.   So what type of scope would be attached to this -- this SKS rifle?

A.   It doesn't come with a scope.

Q.   So is there some type of side rail system that -- that is

manufactured to go on this type of a gun?

A.   It's possible.  There are over a few hundred variations and derivatives of that rifle on the --

Q.   But the scope that was with this gun is not made for this gun?

A.   No, sir.

Q.   So in your vast expertise, have you ever seen a scope that was glued to a gun and -- and used pipe clamps and tape and --

A.   No, sir.

Q.   So that's -- that's not normal, is it?

A.   No, sir.

Q.   If a scope is not firmly affixed and it can move about, is that going to be accurate?

A.   There will be accuracy deviations.

Q.   So if it's not attached well, then it's going to be less accurate?

A.   Possibly.

Q.   Okay.  So was this gun ever fired on-site, on September 15th, when this incident happened?

A.   I'm not -- I don't -- I'm not sure, sir.

Q.   You're not sure.  All right.

So are you aware that the magazine was only holding 11 bullets?

A.   Yes, sir.

Q.   So -- so the magazine holds 30 bullets, but yet it only had

one-third of its capacity almost?

A.    Yes, sir.

Q.    So -- all right.  So --

        MR. ROUTH:  As far as buying and selling guns, can I just ask a general question, Your Honor?

        THE COURT:  You may ask the question.  We will see if there is an objection.

BY MR. ROUTH:

Q.    So as far as civilians buying and selling guns amongst themselves in Florida, what do they have to do as far as paper -- paperwork as far as ownership?

        MS. MEDETIS-LONG:  Objection.  Scope.

        THE COURT:  Sustained.

        This does exceed the scope of direct examination, so next question.

BY MR. ROUTH:

Q.    If a -- a homeowner or civilian can sand off the rust off of the trigger guard and the rear of the -- I don't know what they call that -- the receiver -- to see the serial number, would that be considered an obliterated serial number if --

        MS. MEDETIS-LONG:  Objection.  Calls for a legal conclusion.  Objection.  Scope.

BY MR. ROUTH:

Q.    If the FBI --

        THE COURT:  One second, sir.

Rephrase your question, Mr. Routh.

BY MR. ROUTH:

Q.   If a -- if a civilian can -- can read the serial number on a gun, is that an obliterated serial number?

A.   I don't know what classifies as an obliterated serial number.

Q.   So -- okay.  All right.  If the FBI can read 90 percent of a serial number, would that be considered obliterated?

A.   Yes.

Q.   Yes?

A.   If you can't read the whole serial number.

Q.   So -- but in most cases, you might have 10 -- 10 names to choose from or, at most, 26, I mean?

MS. MEDETIS-LONG:  Objection.  Scope.

THE COURT:  Overruled.

BY MR. ROUTH:

Q.   Wouldn't that give you a limited field of people to choose from?

A.   It's possible.

Q.   So --

MR. ROUTH:  Looks like I have no further questions.

THE COURT:  Thank you, Mr. Routh.

MR. ROUTH:  Thank you very much.

THE WITNESS:  Yes, sir.

THE COURT:  Any redirect?

MS. MEDETIS-LONG:  Briefly, Your Honor.

REDIRECT EXAMINATION

BY MS. MEDETIS-LONG:

Q.   Sir, you were not at the incident -- at the scene when this incident occurred; correct?

A.   I was not.

Q.   Did you participate in the unloading of the firearm that was seized from the scene?

A.   I did not.

Q.   So you don't, in fact, know how many bullets were in the magazine, do you?

A.   No.

THE COURT:  Ladies and gentlemen, for your planning, we will be having lunch after this witness concludes his testimony.  And then, thinking ahead for the rest of the day, we will be breaking today early with the jury at 4:30, and that's so that I can discuss legal issues with the parties.  So I wanted to give you that update.

MS. MEDETIS-LONG:  Your Honor, permission to approach with Government's Exhibit 3, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   (Tendering item.)

Sir, I have just handed you several rounds of 7.62x39 ammunition.  Can you count the number of rounds there, please.

A.   1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19.

Q.   How long would it take to load 19 rounds into the 30-round magazine that I showed you earlier?

A.   20, 30 seconds.

MS. MEDETIS-LONG:  Permission to approach, Your Honor?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Nothing further, Your Honor.

THE COURT:  Thank you.

Thank you, Special Agent.  You may be excused.

All right, ladies and gentlemen.  We will be taking our lunch break, and this will be one hour long today.  So we will resume at 1:00.

All rise for the jury.

(The jury exited the courtroom at 11:59 a.m.)

THE COURT:  Thank you.  Please be seated.

Any specific issues to raise at this time?  Start with the United States.

MR. SHIPLEY:  No, Your Honor.  Thank you.

THE COURT:  Anything from the defense?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Then enjoy your lunch.  We will start again at 1:00.

(A recess was taken from 12:00 p.m. to 1:19 p.m.)

THE COURT:  Everybody is here.  Please have a seat.

Let's call in the jury.

(The jury entered the courtroom at 1:19 p.m.)

THE COURT:  Please have a seat.

Government, please call your next witness.

MR. DONNELLY:  Yes, Your Honor.  The government calls Gregory Turner.

THE COURT:  All right.  Please bring him in.

Good afternoon, sir.

COURTROOM DEPUTY:  Please raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

COURTROOM DEPUTY:  Please be seated.

State your first and last name, and please spell it for the record.

THE WITNESS:  Gregory Turner, that's G-R-E-G-O-R-Y, last name is T-U-R-N-E-R.

THE COURT:  You may begin.

MR. DONNELLY:  Thank you, Your Honor.

SPECIAL AGENT GREGORY TURNER, having been sworn, testified as follows:

DIRECT EXAMINATION

BY MR. DONNELLY:

Q.  Special Agent Turner, good afternoon.

A.   Good afternoon.

Q.   Special Agent, by whom are you employed?

A.   I work for the Federal Bureau of Investigation, and I'm assigned to our FBI Honolulu, Hawaii, field office.

Q.   And how long have you been with the FBI?

A.   I have been an agent with the FBI since December of 2014. So ten-ish years.

Q.   And what is your current assignment with the FBI in Honolulu?

A.   I split my time between working financial crimes and then also being the Evidence Response Team senior team leader for FBI Honolulu.

Q.   And we've already heard a number of times about Evidence Response Teams.  Is that "ERT" shortened?

A.   That's correct.

Q.   And, again, just very briefly, if you can just recount for the members of the jury what it is that you do with the ERT.

A.   So, yeah, as a senior team leader, I'm basically in charge of the entire team and everything.  So, you know, that would involve personnel decisions, making sure we're safe, making sure we're fully staffed; planning, preparation, and execution for any search warrant that we do.  And then also, you know, following up and making sure all the documentation gets done and the evidence gets handled appropriately.

Q.   And, Special Agent, at some point in September of 2024, did

you become aware of an incident that occurred here in Florida?

A.   Yes, I did.

Q.   And what did you learn about the incident that occurred here in Florida?

A.   So, yeah, I learned about the incident on September 15th. And in the aftermath of that, it became clear that there was a tie out to Hawaii.  Investigators here in Florida maybe probably working with investigators in Hawaii determined that Mr. Routh had a residence in Hawaii and, you know, the likelihood of us seeking a search warrant for that was pretty high.  And then also if we did get the warrant, the Evidence Response Team would very likely be called to do that search, and we were.

Q.   And at some point did you become aware of an address, a specific address, that was associated with Mr. Routh?

A.   Yes, I did.  The address was 51-344 Kamehameha Highway in Ka'a'awa, Hawaii.

Q.   And the address that you just described, 51-344 Kamehameha Highway --

THE COURT:  How do you spell that?

MR. DONNELLY:  I was just going to ask that, Your Honor.

BY MR. DONNELLY:

Q.   Could you spell that for us?

A.   I can sound it out.  So, Ka, K-A -- Me, M-E- -

K-A-M-E-H-A-M-E-H-A?  Kamehameha.

Q.   I may be able to help you here.

MR. DONNELLY:  Your Honor, with the Court's permission, if we could please publish what's already in evidence as GX1135.

THE COURT:  You may.

MR. DONNELLY:  If we could publish it for the jury as well.

THE COURT:  Yes.

MR. DONNELLY:  Thank you, Judge.

BY MR. DONNELLY:

Q.   Special Agent, do you see on the screen 1135 in front of you what's been marked as GX1135 in evidence in this case?

A.   I do.

Q.   And can you describe for the members of the jury what it is that you're looking at in that photograph?

A.   This is an aerial view of the address that I just mentioned.  You can see Kamehameha Highway there, and then you've got the red pin indicating 51-344, which was the residence that we were searching or did search.

Q.   And is the label for Kamehameha Highway actually preprinted on the map that you're looking at?

A.   It is.

Q.   And can you use that to help refresh your recollection to spell Kamehameha?

A.   Yes.  Thank you.  So K-A-M-E-H-A-M-E-H-A.

Q.   Special Agent, before we get into more of your testimony with regard to this, this home, can you describe for the members of the jury what kind of a neighborhood this is and where it is in relation to Honolulu?

A.   Yes.  So it's Ka'a'awa, so that's K-A-A-A-W-A, Ka'a'awa, Hawaii.  It's on the kind of northeastern side of Oahu.  We call it the windward side because the trade winds mostly blow from that side.  I would call it, you know, a well-established community, somewhat older homes, single-family homes for the most part.  And then you've got, yeah, the two-lane highway kind of running up there.

So distance-wise, not really far from Honolulu, but -- or, yeah, kind of downtown Waikiki, Honolulu, but, you know, pretty different, and more of a suburban, almost rural kind of setting.

Q.   And in the photograph that's GX1135, I'm going to circle an area on that, and just kind of ask you -- if you could, can you describe that circled area that is circled in blue, what is that that you're looking at there?

A.   So that's the Pacific Ocean.  Kamehameha Highway runs up the coast from Kane'ohe to -- you know, up and around to the North Shore.  But, yes, that's the beach there in the Pacific Ocean.

Q.   And the home itself, 51-344, can you describe the structure

itself and how it appeared?

A.   Yes.  So the property consisted of the home just two stories, four bedrooms, at least two baths.  There were a couple of sheds on the property, a large covered porch.  There is a swimming pool on the side.  And, yeah, that's -- that's basically the property and the house.

Q.   And, now, just to shift focus back to the investigation for a second.

At some point was there a search warrant issued for that residence?

A.   Yes, there was.

Q.   And do you know what court issued that search warrant?

A.   The court was the Southern District of Florida.

Q.   And did you receive an assignment as a result of the issuance of that search warrant?

A.   I did.  So myself, along with the team, were assigned to execute that search warrant, and we were assisted with one of our squads, or CT1 squad.  So the Evidence Response Team, along with CT1, was assigned to, you know, the overall execution of the search warrant.

Q.   And as the team leader for that, can you describe what you did once you received that search warrant.

A.   Yeah.  What I did, you know, pretty standard.  So, you know, there is planning that goes into it.  With regard to this specifically, you -- you know, we get the search warrant,

I make sure that everybody has viewed the search warrant and attachments A and B, just as kind of part of the planning and preparation. We -- I had the team on standby. I knew, you know, how many people we were going to have, and so we were ready to go. And then we executed it on the 17th, you know, after -- after 6:00 a.m.

Q. When you say that you executed it, can you describe for the members of the jury how it was that the execution of that search warrant occurred.

A. Yes. So squad TT1 was primarily responsible for clearing the residence, so, you know, making sure there is not any threats, you know, two-legged or what have you. You know, I would have been right nearby with the team. And so, yeah, the squad cleared the residence. And then at that time, yeah, the Evidence Response Team took over and was responsible for kind of executing the -- I would say the nuts and bolts of the actual search.

Q. And the nuts and bolts of the actual search, what were those? What did you and your team do to execute that search warrant?

A. So, you know, once we arrive on scene, the entry photos kind of start immediately. The entry photos are done to document the scene as it is when we arrive. I would have performed a walk-through to, you know, kind of get a sense of the entire picture, what -- you know: What are we dealing

with?  Do I have any safety concerns?  You know, do we have enough people?  Do we have too few people?

So all of that happened.  So, yeah, once the entry photos are done, the -- what we do, we put up an alphanumeric sign on a given room.  So let's say you knew -- you go into the first room, entry photos are completed, the photographer and photographer's assistant put up an alpha, so an A, B, C, D on that room, and then they move on.  Once the alpha is up, then you can start searching.

So, yeah, for this one, arrive on scene, start the entry photos, do a walk-through.  Once the entry photos are done, the search happens.  And then kind of at the end, the reverse happens.  So once the search is done, we've got our evidence, we document all of that, and then do exit photos on the way back out to document the scene as we left it.  And that's what we did on that day.

Q.   And what's your particular function during the course of the execution of the search warrant?

A.   Just kind of overall oversight.  So, you know, I make sure that everything is running smoothly.  If there is problems, I address them.  If there is kind of a priority area that we're focusing on, you know, I would -- I would be there and make sure we're doing everything we need to do correctly, making sure, you know, the searching is going well, the documentation is going well, the photography is going well.

Q.   Was there a particular priority area in that residence that you paid attention to?

A.   Yes.  For this residence, there was an office that, you know, we believed to be Mr. Routh's.  And so, yeah, a lot of the time and focus was -- was spent in there.  Obviously, we searched the entire house, but, you know, we spent a good bit of time in the office.

Q.   Did you spend time in the office?

A.   I did.

Q.   Were you there with other team members?

A.   Yes.

Q.   What were you doing while you were in the office?

A.   Again, just kind of searching.  You know, primarily, I guess at that time, you know, you're looking for, you know, things of investigative value that you would maybe want to pass along.  But, again, just making sure everybody is safe, locating things, seeing what we're finding, and then making sure they get documented and handled and transported appropriately.

Q.   And while you were in that office area, were you able to see any indicia about who the primary occupant of that office was?

A.   Yes.  So in the office, there were pictures of Mr. Routh, documents with his name on it.  There was a bank statement. Yeah, a business card that has his name and contact

information.  So -- and there are also, like, carpentry tools or construction tools.  And through the investigation, we had been told that Mr. Routh was a carpenter.  So it kind of added to it.

Q.   During the course of the execution of this search warrant in that particular office, did you find anything that was eventually seized for evidentiary purposes?

A.   Yes, we did.  We seized quite a few documents.  Primarily, documents in electronic storage media from the office.

Q.   Was there one particular document that you took note of during the course of the execution of the search warrant?

A.   There was.

Q.   And what was that document?

A.   We found a document that, again, we believed may be of immediate or quick investigative value related to President Trump and his plane maybe -- it had a tail number on it for President Trump's plane.  And so, yeah -- and some different locations.  Talked about West Palm Beach on the paper.  And I knew just -- just knew that, you know, Mar-a-Lago was around that area.  So anyways, yeah, it was a piece of paper that -- we were focused on it.

MR. DONNELLY:  Your Honor, with your permission, I'm going to approach the witness with Government Exhibit 600-182, which is not yet in evidence.

THE COURT:  You may.

MR. DONNELLY:  Thank you, Your Honor.

And, Special Agent, I'm just going to bring up a pair of gloves for you to wear.

THE WITNESS:  I've got these.

MR. DONNELLY:  Oh.

THE WITNESS:  Yeah, thanks.  All right.

BY MR. DONNELLY:

Q.   (Tendering item.)

Special Agent, the item that you're looking at there, which has been marked as 600-182, do you recognize that?

A.   I do.

Q.   Can you tell the members of the jury what it is that you're looking at?

A.   Yes.  This is the piece of paper that we found in that office.

Q.   And does it have markings with your -- with the case number and some of the people that you were working with?

A.   It does, yes.  I recognize our evidence tag.  And then, you know, two of my team members on here, the "collected by" and "observed by."  So, yes, I -- I recognize the markings on here.

MR. DONNELLY:  And, Your Honor, we would move to have Government Exhibit 600-182 moved into evidence at this time.

THE COURT:  Any objection, Mr. Routh?

MR. ROUTH:  No objection.

MR. DONNELLY:  And if I could have permission to retrieve it from the witness so we can display it to the jury?

THE COURT:  You can.  But first, let me formally admit it into the record.  600-182 is admitted without objection.

You may now publish.

MR. DONNELLY:  Thank you, Judge.

(Government Exhibit 600-182 was received in evidence.)

MR. DONNELLY:  And, Your Honor, with your permission, if we could use the ELMO?

THE COURT:  Yes.

MR. DONNELLY:  Thank you, Judge.

BY MR. DONNELLY:

Q.   Special Agent, first I'm showing you -- what is it that appears on the ELMO here?  What do you see?

A.   I can see, yeah, the evidence item.  The main thing I recognize is the evidence property tag there in the middle, Item Number 2.  It has the location of the house.  Room E, which was the office.  And then collected by Carly Laum and observed by Russ Mochizuki.

Q.   And does it record a location where the item was actually located when it was seized?

A.   It does, yes.  So, yeah, in Room E, but then, more specifically, in plastic container on bookshelf near closet.

Q.   Okay.  And then, Special Agent, can you tell the members of the jury what you're looking at on the screen as it's now in

front of you.

A.   Right.  Yeah.  So this was the side of the paper that had, you know, the majority of the writing on it.  When we were initially reviewing it, you know, I could see the Boeing 757, what looked like a tail number, the writing that says "Trump on tail," "white with Trump on tail."  And then, yeah, "West Palm Beach."  So, again, we, you know, thought this would be of investigative value because of the plane and the "West Palm Beach" primarily.

Q.   And can you indicate on the screen there, if you could just circle it, where you see the tail numbers that you were referring to.

A.   Right there (indicating), and possibly here (indicating) as well.

Q.   And in the areas where you say -- where it reads "Trump on tail," if you could just circle those for the jury as well.

A.   (Complies.)

Q.   Okay.  And I think you said earlier you made reference to some locations.  Do you see any of the locations that you mentioned on there?

A.   Yes.  "West Palm Beach" is written on there.  And then towards the bottom of the screen, it also says "Palm Beach."

Q.   And can you just underline "West Palm Beach" and "Palm Beach" for the members of the jury.

A.   (Complies.)

Q.   Thank you very much.

Special Agent, when you saw that document and when you saw the items on that document, did you make a decision about what you were -- you and you're team were going to do with that document?

A.   Yes.  So we had some folks back in the office, a command post.  And so there were some items of evidence that we wanted to get to the investigators immediately.  So that was one of them.  So, yeah, a picture was sent from the scene back to headquarters because, yeah, we, again, thought it might be of more immediate investigative value rather than, you know, us collecting it all day and then, you know, taking it back to the evidence room, checking it in, et cetera.  Wanted to get the information out there quickly.

Q.   And what was done with the letter or the note itself?

A.   The note itself would have been collected with the rest of the evidence.  So, you know, the entire time we're at the residence, searching, collecting evidence.  At the end of the day, or at the end of the search, you know, we gather up all of the evidence.  I seized it.  So I was responsible for it at that time, and transported it from the residence in Ka'a'awa down to our FBI office, which is in Kapolei, and then checked it into our evidence control room.

Q.   Thank you very much.

MR. DONNELLY:  Your Honor, I have no further questions

for the witness.

THE COURT:  Thank you.

Any cross-examination?

MR. ROUTH:  Always.

CROSS-EXAMINATION

BY MR. ROUTH:

Q.   So you traveled all the way from Hawaii?

A.   Yes, sir, I did.

Q.   For one piece of paper?

A.   Yes, sir.

Q.   Should have been the other way around.  So -- well, Florida is not too bad; right?

So are you aware that Trump maintains a website just specifically for his airplanes and helicopters?

A.   I am not aware of that.

Q.   trumpaviation.com or something like that.  Just -- just focuses on his planes and his helicopters as if he is renting out the planes and helicopters.

A.   Yeah -- no, sir, I'm not aware of that.

Q.   So, I mean, if he is advertising on his website, is that information specifically special?  I mean...

A.   Again, I couldn't speculate on it.  I'm -- I don't -- I don't know.

Q.   All right.  But if -- if an egomaniac is displaying his airplanes and his helicopters on a site and actually has video

tours inside of his airplane, is that special information?

MR. DONNELLY:  Objection, Your Honor.  Calls for speculation.

THE COURT:  Overruled.

THE WITNESS:  I don't feel qualified or knowledgeable to answer that.

BY MR. ROUTH:

Q.   Okay.  But if a 5-year-old kid can look up Trump's airplane on the internet and see the tail of his plane and see all of his wonderful helicopters, that's not like FBI-worthy special info, is it?

A.   I wouldn't say that it's classified information.

Q.   Right.  So -- or if you just watch the news and watch him getting on and off his plane or watch him getting in his -- getting in his helicopter again, you know, if you just watch the news, isn't this information readily available?

A.   Yes, I would assume that it's readily available.  And I know that -- yeah, that his plane has been on the news, et cetera.

Q.   Yeah.  If he puts his words across the side of a big airplane or across the side of his helicopter, are tail numbers really that important?

A.   I couldn't -- I don't know.  I don't feel qualified to answer if tail numbers are important or not.

Q.   All right.  But, obviously, if it says "Trump," it pretty

much means Trump.  So...

So there was nothing else of value in that entire house?

A.   There is -- yeah.  Nothing else that I'm, you know, testifying about.  You know, our role as the searchers is, you know, especially in this case where mostly investigating was being done out of Florida, was to search the house and basically turn over what we found to the Miami agents.

So like, for example, the digital devices I didn't search. I don't know what was on them and important or not important. But, yes, my testimony today only was about the one piece of paper.

Q.   So mountains of paper with good deeds, and you only found one bad paper?

MR. DONNELLY:  Objection, Your Honor.

THE COURT:  Sustained.

Disregard the question.  No answer required.

Next question.

MR. ROUTH:  All right.  That should do it.

Thank you so much.

THE WITNESS:  Thank you.

THE COURT:  Any redirect?

MR. DONNELLY:  No.  Thank you, Your Honor.

THE COURT:  Thank you, Agent.  You may be excused.

Please call your next witness.

MR. DONNELLY:  Yes, Your Honor.  The government calls

Detective Kenny Smith.

THE COURT:  Good afternoon, sir.

THE WITNESS:  Good afternoon, Your Honor.

COURTROOM DEPUTY:  Sir, please remain standing and raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes, ma'am.

COURTROOM DEPUTY:  Please be seated.

State your first and last name, and please spell it for the record.

THE WITNESS:  Kenny Smith.  S-M-I-T-H.

THE COURT:  You may begin.

MR. DONNELLY:  Thank you, Judge.

DETECTIVE KENNY SMITH,

having been sworn, testified as follows:

DIRECT EXAMINATION

BY MR. DONNELLY:

Q.   Detective, by whom are you employed?

A.   Currently employed by the Palm Beach County Sheriff's Office.

Q.   And how long have you been with the Palm Beach County Sheriff's Office?

A.   Just shy of 25 years.

Q.   And what's your current rank?

A.   Currently I'm a detective.

Q.   And what is your current job assignment within the Palm Beach County Sheriff's Office?

A.   I'm the general assignment detective to the airport, Palm Beach International.

Q.   Prior to going to your airport duty, what kind of other roles did you serve with the Palm Beach County Sheriff's Office?

A.   I have been a road patrol deputy for four years at the beginning, one year as a corporal, field training officer. Then 11 years in the Violent Crimes Division and the Homicide Unit.  And six more years on road patrol at the airport, and the past three years as a detective.

Q.   And can you describe for the members of the jury what you do on a day-to-day basis while you are working at the airport for the sheriff's office?

A.   Like I said, I'm a general assignment detective, so I get pretty much everything from thefts, mostly watching video, trying to find people doing things that they're not supposed to be.

Q.   Are you -- as part of your duties, are you familiar with the -- with the buildings and the roads that are at the airport?

A.   Yes, sir.

Q.   Are you familiar with the roads that surround the airport and the locations around the airport?

A.   Yes, sir.

Q.   At any point in time, do you have to interact with the Secret Service or other federal agencies?

A.   Yes, sir.

Q.   And with regard to the Secret Service, why do you interact with the Secret Service?

A.   It could be for many numerous things, but recently it's because of the former VIP that comes in and out of our airport quite often.

Q.   And are you referring to President Trump or former President Trump?

A.   Yes, sir.

Q.   Well, current President Trump.  I'm sorry.  I misspoke.

As part of your duties, are you familiar with the different -- not just the main airport terminal but other terminals that are around the airport as well?

A.   Yes, sir.

Q.   And when you -- you said, I think, before that you sometimes pull videos.  What do you mean by pulling videos? And why do you use the video system?

A.   For numerous things.  Obviously, to detect crimes, persons who are doing things that they're not supposed to, and try to find them.

Q.   Okay.  Before we get more into the videos, I'm going to show you some photographs.

MR. DONNELLY:  And, Your Honor, with your permission, I'm going to show a series of three groups of photographs to the witness.  If I can approach him.  They're paper copies, first of GX4, which is not yet in evidence?

THE COURT:  Yes, you may.

MR. DONNELLY:  Thank you, Judge.

BY MR. DONNELLY:

Q.   (Tendering item.)

A.   Thank you, sir.

MR. DONNELLY:  Judge, I misspoke.  It's 600-4.  I think I just said 4.

THE COURT:  Yes, okay.  Thank you.

The witness is now looking at 600-4.

THE WITNESS:  Yes, sir.

BY MR. DONNELLY:

Q.   Have you had a chance to look at the photographs that are contained within that group of photographs there marked 600-4?

A.   Yes, sir.

Q.   Okay.  Do you recognize what they depict?

A.   I do, yes, sir.

Q.   And can you tell us just generally what the -- what's in those photographs?

A.   This looks like it's Southern Boulevard.  It's the off-ramp

from Congress Avenue, or Australian Avenue, south side of my airport.

THE COURT:  Counsel, can you check whether this has already been admitted.

MR. DONNELLY:  Okay.  It has already been admitted, Judge.

THE COURT:  Okay, then we can proceed.

MR. DONNELLY:  Thank you, Judge.

I know that the other -- I will go ahead with the other two in this fashion, though, just because I don't believe that they have been admitted.

Judge, I stand corrected.  They have been admitted, the next series.

If I could just retrieve the paper copies from the witness?

THE COURT:  Yes, you may.

MR. DONNELLY:  Thank you.

And if we could -- with Your Honor's permission, GX600-4 first, if we could publish that for the jury?

THE COURT:  Yes.

MR. DONNELLY:  Thank you, Judge.

And if we could go -- thank you very much, Ms. Luce.

BY MR. DONNELLY:

Q.   Detective, can you tell the members of the jury what you see in that photograph?

A.   It appears that the photograph was taken inside of a vehicle.  It has to be moving because that area, it's -- Southern Boulevard -- like I said, it's the off-ramp from Australian onto Southern Boulevard to go westbound on the south side of my airport.

Q.   And when you say "your airport," what airport are you referring to?

A.   Palm Beach International Airport.

Q.   And the road that you've described as Southern Boulevard, could you just make a mark with your finger and show where that roadway is and where it runs.

A.   Southern Boulevard is right here (indicating).

Q.   Okay.

A.   And it runs westbound.

Q.   And the vehicle that you're looking at there, do you see the color -- or what appears to be the color of the exterior of that vehicle?

A.   I think so.  The hood looks like it's tannish, or somewhere around there.

Q.   Do you see anything on the dashboard area that is of any note to you?

A.   Two pairs of glasses.  Two sunglasses, I think.

Q.   And the sunglasses, can you describe the frames of those glasses?

A.   One of them is very distinctive, white, or light-colored.

The other one is dark-colored, black.

MR. DONNELLY:  And if we could go to the next photo, Ms. Luce.

BY MR. DONNELLY:

Q.   Can you describe what you see in that photograph?

A.   Same area, just a little bit further west.  That's actually a park (indicating), Pelly Park (phonetic), on the south side of the Palm Beach International Airport.

Q.   And if you could just with -- again, circle the area where the airport would be in this photograph.

A.   Airport is all right -- all the way over here (indicating).

MR. DONNELLY:  And if we could go to the next photograph in that series, Ms. Luce.

BY MR. DONNELLY:

Q.   Same question with regard to that photograph.

A.   Same area.  Just a little bit further west.  And the same two trees right there.  Pelly Park, which is on the south side of Palm Beach International Airport.

MR. DONNELLY:  And if we could go to the last photograph.

BY MR. DONNELLY:

Q.   Same question for you with regard to that photograph.  What do you see there?

A.   Just a little bit further west.  And the park is out of -- out of the picture now.

Q.   And do you see the airport in that view?

A.   I do, yes, sir.

Q.   And can you just circle the area where you see the airport in that view?

A.   All right in here (indicating).

MR. DONNELLY:  And with Your Honor's permission, if we could publish for the jury what's been marked into evidence as GX600-24.  And that would be 600-24A to F, in this case, if we could?

THE COURT:  Yes, you may.

MR. DONNELLY:  Thank you, Judge.

BY MR. DONNELLY:

Q.   Sir, could you just tell the members of the jury what you see in that photograph.

A.   Same area of Southern Boulevard westbound.  And you can see it's on the south side of Palm Beach International Airport.

Q.   And after having reviewed the photographs previously by hand, do those -- do the photographs in this batch match the photographs in the last batch that we looked at up until a point?

A.   Yes, sir.

Q.   Okay.

MR. DONNELLY:  If we could go to GX600-24E, please.

BY MR. DONNELLY:

Q.   In this series of photographs, sir, if you could just look

at what's now been put on the screen as 600-24E. Do you recognize what's depicted in that photo on the screen?

A. It's the same area. Southern Boulevard. South side of Palm Beach International Airport. Just zoomed in to the -- looks like the fence and the inner perimeter road for the airport.

Q. Is it a clear view or a blurry view?

A. It's blurry.

Q. Okay. And with regard to --

MR. DONNELLY: If we could publish 600-24F, please.

BY MR. DONNELLY:

Q. Same question, Detective. What do you see there?

A. Same area. Appears to be just a little bit further west of the first one.

Q. And, again, same question with regard to the view. How would you characterize the view in this picture?

A. It's blurry.

MR. DONNELLY: With Your Honor's permission, if we could publish for the jury what's been marked into evidence as GX600-23A to G?

THE COURT: Yes, you may.

MR. DONNELLY: Thank you, Your Honor.

BY MR. DONNELLY:

Q. Detective, what's on the screen in front of you has been marked as Government's Exhibit 600-23A. Do you recognize

what's depicted in that photograph?

A.   Yes, sir.

Q.   Can you tell the members of the jury what you're looking at there.

A.   It's similar to the previous pictures, just not as blurry. Same area; it's the south side of the Palm Beach International Airport.

Q.   Do you see the road that you described as Southern Boulevard?

A.   Yes.

Q.   And where is Southern Boulevard depicted in this photograph?

A.   It's right here (indicating), basically.

Q.   Do you see any planes that are in the airport vicinity there?

A.   I do.

Q.   Do you see any planes that were of note in this investigation?

A.   Yes.  I see former -- or sorry -- current President Trump's personal plane.

Q.   And can you circle that, please, for the members of the jury on GX-23A.

A.   It's right there (indicating).

     MR. DONNELLY:  If we could go, please, to GX600-23B.

///

BY MR. DONNELLY:

Q.   Same question with regard to this photograph.  What are you looking at in this photograph?

A.   It's going to be the south side of Palm Beach International Airport, and Southern Boulevard.

Q.   Going ahead to what's been marked as GX600-23C.  Same question with regard to this photograph.

A.   Same area.  It's going to be Southern Boulevard on the south side of Palm Beach International Airport, just a little bit further west.

Q.   And is further west, as you're describing it -- is it getting closer to or further away from the airport main entrance, traveling in this direction?

A.   It's on the opposite side of the main entrance.  The main entrance to the airport for the terminals, it's on the north side.  So it's kind of in the area, but it's going to -- generally going away from the airport.

Q.   Okay.

         MR. DONNELLY:  If we could advance to what's been marked as GX600-23D, please.

BY MR. DONNELLY:

Q.   Same question with regard to that photograph.

A.   Same area.  It's going to be south side of the airport, Southern Boulevard around -- looks like Atlantic Aviation area.

Q.   Still moving in the same direction?

A.   Yes, sir.  Yeah, still appears to be going west.

Q.   Same --

MR. DONNELLY:  If we could publish GX600-23E, please.

BY MR. DONNELLY:

Q.   I have the same question with regard to that one, if you could.

A.   Same area.  It's going to be the south side of the Palm Beach International Airport along the Southern Boulevard, just a little bit further west.

MR. DONNELLY:  If we could publish GX600-23F, please.

BY MR. DONNELLY:

Q.   And in this particular picture --

MR. DONNELLY:  Actually, if we could go back to 23G -- I apologize -- for one moment.  E, rather.  Sorry.

BY MR. DONNELLY:

Q.   With regard to that photograph, do you see -- do you see the plane that you had circled before in that photograph?

A.   Yes, sir.

Q.   And can you circle it again, please, for the members of the jury.

A.   Yes, (indicating).

Q.   Can you describe what that area is, what that area of the airport is that surrounds the area that you just circled?

A.   That's going to be the tarmac for the private area of the airport where our FBOs, fixed-base operators, are at Atlantic,

Signature Aviation and such.  This area, specifically, is for pardon -- Atlantic Aviation and AUTEC and Customs.

Q.   Are there buildings in that area?

A.   There are.

Q.   What are those buildings?

A.   It's going to be the buildings for AUTEC, Customs, and Atlantic Aviation, their operations.

MR.  DONNELLY:  And if we could go ahead to 20 -- just finally, 23G.

BY MR.  DONNELLY:

Q.   And, again, with regard to that photograph, what's depicted there?

A.   It's going to be the same area, Southern Boulevard, south side of Palm Beach International Airport.  Probably just a little bit further west.

Q.   Is there anything obstructing the view in this particular photograph?

A.   There is; there is a railing.

Q.   Detective, as part of your duties, did you become aware of activity at the airport on or about September 7, 2024?

A.   Yes, sir, I was.

Q.   And what were -- do you know whether or not Donald Trump travelled in or out of the airport around that time?

A.   He did.

Q.   How did you become aware of that?

A.   I was alerted by the FBI.

Q.   And when were you alerted by the FBI about that travel?

A.   I believe it was on September 18th.

Q.   Okay.  And are you familiar -- you circled the plane before for us.  Have you had other times when have you had to pay attention to that plane?

A.   Oh, yes, numerous times.

Q.   Are you familiar with the tail number for that plane?

A.   I am, yes.

Q.   Can you tell the members of the jury what you know that tail number to be.

A.   It's N, November, 757A, Alpha, F, Foxtrot.

Q.   And at some point earlier, you mentioned that pulling video or using video during the course of your job.  Did you use video in connection with this investigation?

A.   Yes, sir, I did.

Q.   Can you tell the members of the jury what you did and why you pulled video in this particular case.

A.   I was alerted by our liaison FBI agent, Tyler, to look into a vehicle with a tag number.  I'm -- I can't remember the exact tag number that was possibly in our employee parking lot or the economy parking lot area of the airport.  And so then I started looking, looking through the license plate reader, and found it wasn't in the economy parking lot, but it entered into the airport, the main entrance of the airport.

Q.   And you were asked, I think, to look for a particular tag?

A.   Yes, sir.

Q.   And do you recall the number on that tag as you sit here today?

A.   I don't remember exactly the tag, I just remember the last four was EEED.

MR. DONNELLY:  Your Honor, with your permission, if we could just publish, just for the witness, Government Exhibit 320, already in evidence?

And, sir, if you could just -- with this, if you just hold off and don't say anything until I give you further instruction.

THE WITNESS:  Sure.

THE COURT:  So 320 is already in evidence?

MR. DONNELLY:  Yes, Your Honor.

THE COURT:  Okay.  But you want it displayed just to the witness?

MR. DONNELLY:  Just to the witness, Your Honor.

THE COURT:  Okay.  Let's do that.

BY MR. DONNELLY:

Q.   Sir, if you could just look at that for a moment, and then just look up when you are done.

A.   Uh-huh.

Q.   Okay.

MR. DONNELLY:  And if we could take it down, Ms. Luce.

BY MR. DONNELLY:

Q.   Sir, does that help refresh your memory as to the tag number that you were looking for that day?

A.   Yes, sir.

Q.   And what was the tag number that you were looking for that day?

A.   97E EED.

Q.   Okay.  And when you say that you were going to pull video that is associated with that tag number, how did you go about finding where you would be able to find video with regard to that -- that vehicle?

A.   The first thing I did, I checked our license plate reader system.  I found out that, again, it didn't go into our economy parking lot.  We have license plate readers all over the airport.  Found that it had hit on our LPR in the main entrance, coming into the airport.  From there, just reviewing video, I knew it could only go one of three places.  Either long-term parking, short-term parking, or into the airport terminals itself.  And as I was reviewing video, I was able to see that it entered into short-term parking.

Q.   Now, is it the sheriff's department or sheriff's office, rather, that maintains the video systems at the airport?

A.   No, sir, no.

Q.   Who maintains the videos?

A.   It's maintained by the Department of Airports.

Q.   And do you work with the Department of Airports to obtain the videos?

A.   I do, yes, sir.

Q.   And did you do that in this case?

A.   Yes, sir, I did.

Q.   Have you had a chance to look at various videos that you pulled as a result of this investigation?

A.   Yes, sir.

Q.   And have you had a chance to look through them prior to coming into court today?

A.   Yes, sir.

        MR. DONNELLY:  Your Honor, with your permission, if we could please publish GX600-186, which has already been admitted into evidence?

        THE COURT:  Yes, you may.

     (A video and/or audio was played.)

BY MR. DONNELLY:

Q.   And, sir, do you recognize what I'm showing -- what's appearing on the screen in front of you there?

A.   Yes, sir.  I do.

Q.   And can you tell the members of the jury --

        MR. DONNELLY:  And if we could just pause it right there.

BY MR. DONNELLY:

Q.   If we could just -- if you could tell the members of the

jury what it is that you're looking at there?

A.    This is the entrance into our short-term parking area at the Palm Beach International Airport.

Q.    And do you see any particular vehicles of note in that screen that you're looking at now that's been stopped?

A.    I do.

Q.    What do you see?

A.    I see a dark-colored, appears to be a Nissan with --

Q.    And how did you -- how did you take note of that vehicle?

A.    I noticed the license plate on it.  It's a Florida license plate.

Q.    And can you circle the license plate, please, for the members of the jury.

A.    Yes, sir.  (Complies.)

        MR. DONNELLY:  And if we can play the rest of the video, Ms. Luce.

    (A video and/or audio was played.)

        MR. DONNELLY:  And if we could stop it momentarily.

BY MR. DONNELLY:

Q.    Detective, as you look at the -- the still shot here, do you see anything happening with regard to the vehicle, that black Nissan Xterra?

A.    Yes, sir.

Q.    What do you see?

A.    Appears that the window is not functioning.  So in order to

get in, if you don't have SunPass -- which, this wasn't the SunPass lane anyway -- you would have to press a button to pull the parking ticket in order to get the gate arm to go up and allow access in.

Q.   And do you see anybody in that vehicle?

A.   I do, yes, sir.

Q.   And can you describe what you see that person wearing roughly?

A.   Appears to be a white male, white sunglasses, and very distinctive white sunglasses, and a light-colored shirt.

      MR. DONNELLY:  And if we could play the rest of the video, Ms. Luce.

      (A video and/or audio was played.)

      MR. DONNELLY:  And if we could just stop it momentarily.

BY MR. DONNELLY:

Q.   Is there a date and timestamp on that video?

A.   Yes, sir, there is.

Q.   And is that maintained by the company that -- at the airport?

A.   Yes, it is.

Q.   And can you tell the members of the jury what time it is and what the date is?

A.   On here it says Saturday, September 7, 2024, 10:20 a.m. and 34 seconds.

Q.   And based upon what you saw in this video, were you able to obtain other videos to be able to obtain additional information?

A.   Yes, sir, I was.

Q.   And how did you do that?

A.   I -- just through general knowledge of the airport and extensive use of the video system, I knew which cameras to start looking at to see where the vehicle went.  Thankfully, with our short-term parking, it's not huge, there is only three levels, so -- and it was either on 4, 5, 6, or 7.  I'm sorry, that's four levels.

Q.   And were you able -- were you able to actually find other videos?

A.   Yes, sir, I did.

Q.   Okay.

MR. DONNELLY:  If I could just -- if we could publish for the -- for the jury, Your Honor, with your permission, GX600-187, that has already been admitted into evidence?

THE COURT:  Yes, you may.

MR. DONNELLY:  Thank you, Judge.

(A video and/or audio was played.)

MR. DONNELLY:  If we could stop it right there.

BY MR. DONNELLY:

Q.   Sir, can you describe what we're looking at here?

A.   It appears that the vehicle we saw earlier entering into

short-term parking is coming around the corner.  This is on the 6th level, and that's a ramp to a really bright area.  There's a ramp that goes up to the 7th level of short-term.

Q.    And do you see that same license plate that you described before?

A.    I do, yes.

Q.    And can you -- can you circle that for us again?

A.    Sure can.  (Complies.)

Q.    All right.

MR. DONNELLY:  And if we could zoom back out, Ms. Luce.

BY MR. DONNELLY:

Q.    Is there a time and date at this time for this frame?

A.    There is, yes, sir.

Q.    And what is that?

A.    It is Saturday, September 7, 2024, at 10:22:31 a.m.

MR. DONNELLY:  Ms. Luce, if we could play from there for a few more moments.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could stop it there.

BY MR. DONNELLY:

Q.    Detective, as you watched the rest of that video, did you see where that vehicle went?

A.    Yes, sir.

Q.    And where did the vehicle go?

A.    It went up -- partially up the ramp going up to the 7th

level and parked on the south side.

Q.   Did you see it turn in a particular direction?

A.   To the south.

Q.   Is that right or left?

A.   To the left.  Sorry.

Q.   Okay.  And based upon what you saw in this video, were you able to obtain yet another video?

A.   Yes, sir.

Q.   And you --

MR. DONNELLY:  Your Honor, with your permission, if we could publish for the members of the jury what's been marked as GX600-188, already in evidence?

THE COURT:  You may.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could stop it there for a moment.

BY MR. DONNELLY:

Q.   Detective, can you describe what you just saw in this section of the video?

A.   It's the same vehicle that we saw in the previous videos, coming up -- it's on the ramp, like I say, coming up to the 7th level.  This camera is located on the 7th level facing eastbound.

Q.   When you first saw that vehicle appear in view, where was it coming from?

A.   It was coming from the 6th level of short-term.

MR. DONNELLY:   And if we could scroll out, Ms. Luce, just for a second.

BY MR. DONNELLY:

Q.   And is there a time and date stamp for this particular video that you're looking at right now?

A.   Yes, sir.

Q.   And what is it?

A.   It is Saturday, September 7, 2024, at 10:22:47 a.m.

MR. DONNELLY:   And if we could continue to play for a moment.

(A video and/or audio was played.)

MR. DONNELLY:   And if we could stop it right there.

BY MR. DONNELLY:

Q.   Detective, can you tell the members of the jury what you're looking at in that video -- or that section of the video right there?

A.   It's the vehicle, and it appears that a person got out of it.

Q.   And the person, can you see any of the clothing that that person appears to be wearing in that video?

A.   I can.   Looks like light-colored shirt and light-colored shorts possibly.

Q.   And based upon what you see in the rest of this video, were you able to find another section of video that was relevant in

your investigation?

A.   Yes, sir.

MR. DONNELLY:  Your Honor, with your permission, if we could go to 600-187 again, which has already been marked in evidence, and if we could start it at -- the time slide is 135.

THE COURT:  Yes.

MR. DONNELLY:  0135.

(A video and/or audio was played.)

MR. DONNELLY:  And just if you could stop it there, Ms. Luce, please.

BY MR. DONNELLY:

Q.   Can you tell the members of the jury what they're looking at in that particular section of video?

A.   It looks like a male wearing the clothing similar to what we saw just earlier.

Q.   And were you able to see where that male had come from in this video?

A.   Yes.  An area where the vehicle had parked.

Q.   And are you familiar with how to get into the airport from this section of the parking lot?

A.   Extremely familiar, yes.

Q.   And can you just draw a line that you would follow to get into the main terminal areas on this screen?

A.   Basically from where he was parked, you would walk (indicating) down this way, and continue down -- there's an

elevator bank right in this area somewhere (indicating).

Q.   And you have made a line from roughly the top right-hand corner of the page down through the middle towards the middle left of the page?

A.   Yes, sir.

Q.   And is there a time and date stamp at this moment?

A.   Yes, sir.

Q.   And what is that?

A.   It is Saturday, September 7, 2024, at 10:24:14 a.m.

MR. DONNELLY:  Your Honor, with your permission, if we could move to Government Exhibit 600-191, already in evidence?

THE COURT:  You may.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could stop it right there, please.

BY MR. DONNELLY:

Q.   Detective, what is it that we're looking at in this shot?

A.   This is going to be the 3rd level ticketing area of the inside terminal of the Palm Beach International Airport.

Q.   And was this a video that you obtained during the course of your investigation?

A.   It is, yes, sir.

Q.   Do you see anybody in that video that you took note of?

A.   Yes.  It appears that the male that we had seen earlier, same clothing description, is right there on the right.

THE COURT:  One moment.

(Cell phone interruption.)

THE COURT:  Officer.

Continue, please.

MR. DONNELLY:  If I could repeat the question, Judge?

THE COURT:  Yes.

MR. DONNELLY:  Thank you.

BY MR. DONNELLY:

Q.  Did you take note of anything in this particular section to the video?

A.  Yes, sir.  It appears that the person that we had seen in the vehicle and also up in the parking garage is currently walking down the corridor right here.

Q.  And could you circle that person, please, for -- where you see him?

A.  (Complies.)

MR. DONNELLY:  And if we could play the rest of that video.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could stop it there.

BY MR. DONNELLY:

Q.  Detective, based upon what you saw in that video, were you able to obtain yet another video?

A.  Yes, sir.

MR. DONNELLY:  And, Your Honor, if we could proceed to

GX600-190, please, already in evidence?

THE COURT:  You may.

MR. DONNELLY:  Thank you, Your Honor.  And if we could publish it to the jury.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could advance it to about 1 minute, please.  And if we could stop it right there.

BY MR. DONNELLY:

Q.  Sir, do you see anything in that video of note?

A.  Yes, sir.  It appears that the person that got out of the vehicle is walking right there.  Those sunglasses are very distinctive.

Q.  And if I could just have you keep your voice up and make sure you speak into the microphone.

In the area that we looked at in the previous video, do you see that -- do you see that area in this video as well?

A.  Yes, sir.  It's still the same area of the airport, 3rd level ticketing.

Q.  But in the previous video, where is the area that we were looking at in the previous video?

A.  It's going to be further behind him (indicating), so it's down.  He is walking to the west.

Q.  And based upon where he was walking, were you able to obtain another camera view as he proceeded through the airport?

A.  Yes, sir.

MR. DONNELLY: And if we could, with Your Honor's permission, publish GX600-192 for the jury, already in evidence?

THE COURT: You may.

MR. DONNELLY: Thank you, Your Honor.

(A video and/or audio was played.)

MR. DONNELLY: And if we could stop right there, please.

BY MR. DONNELLY:

Q. Detective, do you see anything of note in this video?

A. Yes, sir. The same gentleman that we have been seeing in the previous videos.

Q. And can you describe for the members of the jury where we are now in the airport?

A. This is going to be on the 2nd level, which is a way to get to the two concourses -- or three concourses that we have at Palm Beach International Airport. This is the atrium area. The atrium area looks over like the center tarmac of the air -- of the airport.

Q. What can you see from those windows in the atrium area?

A. You can see both C Concourse, which is on the left, and A, B Concourse, which is on the right, but it goes all the way across. You can see all the way to the south side of the airport where the fixed-based operators that I had mentioned earlier.

Q.   When you say the fixed-based operators, what -- are those those other companies that you mentioned?

A.   Yeah.  Atlantic and Signature Aviation and AUTEC and the Customs, all of them.

Q.   And, once again, with regard to where -- do you recall the plane that you circled earlier on in the examination?

A.   Yes, sir, I do.

Q.   Where would that park in relation to this area?

A.   It would be due south.  Looking this way, it would be on the right, and looking all the way across the airport.

Q.   Is there a field of vision from those windows to where the Trump airplane would be parked?

A.   Yes, sir.

        MR. DONNELLY:  And if we could play from there, Ms. Luce.

     (A video and/or audio was played.)

        MR. DONNELLY:  And if we could stop and skip ahead to, approximately, 1 minute and 25 seconds in this video.  And if we could just pause for a moment.  Thank you very much.

BY MR. DONNELLY:

Q.   Detective, do you see anything happening in this section of the video?

A.   I do, yes, sir.

Q.   And can you tell the members of the jury what you saw in this section of the video that you took note of.

A.   It looks like the individual that we've seen in the previous videos is sitting down right at the windows and facing south, which would look all the way across towards the south side and President Trump's airplane.

Q.   And can you circle where you see that person sitting, please.

A.   He is right here on the very edge.  Oops (indicating).

Q.   Thank you.

MR. DONNELLY:  And, Ms. Luce, if we could skip ahead to approximately 15 minutes and 30 seconds on the timer for this particular video.

(A video and/or audio was played.)

MR. DONNELLY:  Yeah.  Thank you very much, Ms. Luce. If we could just pause it there for a moment.

BY MR. DONNELLY:

Q.   Detective, can you describe for the members of the jury what they -- what was just depicted in that section of the video.

A.   It's the same area, 2nd level of the airport atrium area.

Q.   And did you see any activity with the male who had sat by the window?

A.   Yes.

Q.   What did you see?

A.   It appeared that he got up and was walking -- to me, it's like he is probably leaving or getting up, is walking away from

the window.

Q.   And do you see a time and date stamp for that time when he left the window?

A.   I do.

Q.   And what's the time and date?

A.   Saturday, September 7, 2024, at 10:48:46 a.m.

     MR. DONNELLY:  And if we could just keep continuing to play for a moment.

     (A video and/or audio was played.)

     MR. DONNELLY:  And if we could pause there for a moment, Ms. Luce.

BY MR. DONNELLY:

Q.   Detective, I'm going to ask you, did you -- in the last section of the video that we just observed, did you see anything of note to your investigation?

A.   Yes.

Q.   What did you see?

A.   I saw the individual just kind of walking around.  He was hard to see, but he was behind all of the foliage that we have there at the airport.

Q.   And do you see him in any particular area now?

A.   He's the same area.  It appears like he is possibly leaving the airport.  That's the direction that you would go to go back to where the vehicle was parked.

Q.   And can you just circle the person that you saw get up from

that chair a few moments ago?

A.   Yes, sir.  (Complies.)

Q.   Thank you very much.

Can you tell the members of the jury what is located in the area to which that person is walking?

A.   That is going towards the C Concourse, but also the elevator bank on the east end of the airport that would go up and down.

Q.   Is there a camera in that area?

A.   There is, yes.

Q.   Did you obtain that camera view?

A.   Yes, sir.

MR. DONNELLY:  And if we could -- Your Honor, with your permission, if we could publish for the jury GX600-193, in evidence?

THE COURT:  Yes, you may.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could advance, Ms. Luce, to approximately 15 minutes and 51 seconds in that section of the video.

(A video and/or audio was played.)

MR. DONNELLY:  And if we could just pause for a second.

BY MR. DONNELLY:

Q.   In that section of the video that was just displayed for the jury, did you see anything of note when you were looking at

these videos in your investigation?

A.   Yes, sir.

Q.   What did you see?

A.   I saw the individual that we have been seeing in the previous videos.

Q.   And which direction was he walking in the frame?

A.   Here he was walking from left to right, or northbound.

Q.   And the video that we saw previously, is -- where -- do you see the area where that camera would be located?

A.   Yes.  It's on the opposite side.

Q.   And could you make a dot, you know, down in the area or a circle in the area where that camera would be located.

A.   Right down here (indicating).

     MR. DONNELLY:  And if we could continue playing it, Ms. Luce.

     (A video and/or audio was played.)

     MR. DONNELLY:  And if we could pause it there for just a moment, Ms. Luce.

BY MR. DONNELLY:

Q.   Detective, do you see anybody of note in this frame of the video?

A.   Yes, sir.

Q.   And what's notable in this section of the video?

A.   It appears to be the individual that we had seen in the previous videos.

Q.   What color is the shirt that that person is wearing?

A.   Same color.  Light-colored shirt.

Q.   Does that person have anything on his head?

A.   Yes.

Q.   And what is it?

A.   The sunglasses.  White, white-framed sunglasses.

Q.   Can you describe the shorts that that person has?

A.   Multicolored, light and dark.

Q.   And is there a time and date stamp for this section of the video?

A.   Yes, sir.

Q.   And what's the time and date stamp for this section the video?

A.   It's going to be Saturday, September 7, 2024, 10:49 and 55 seconds, a.m.

Q.   Does this person have any baggage or any traveling equipment?

A.   Nothing that can I see, or nothing that I saw.

     MR.  DONNELLY:  And if we could just pause it right there, that would be great.

BY MR.  DONNELLY:

Q.   Detective, based upon what you have seen so far, were you able to locate additional videos of this individual as part of your investigation?

A.   Yes, sir.

Q.    Were you able to watch those videos?

A.    Yes, sir, I was.

Q.    Were there other videos -- were there sections of the video that went back into the parking garage?

A.    Yes, sir.

         MR. DONNELLY:  Okay.  And, Your Honor, with your permission, if we could go to and publish for the jury what's been marked in evidence as GX600-189?

         THE COURT:  You may.

    (A video and/or audio was played.)

         MR. DONNELLY:  And if we could just stop it in a moment.

    (A video and/or audio was played.)

         MR. DONNELLY:  If we could just pause it there for a moment.

BY MR. DONNELLY:

Q.    Detective, what are we looking at in this section of the video that you're looking at?

A.    It appears to be the dark-colored SUV that we saw going into the short-term parking lot.  This is our toll plaza, as we call it.  That's where people pay for their parking as they're leaving the parking garages.

Q.    Based upon what you were able to observe here, do you have -- could you see the method of payment that this person was using to exit the parking lot?

A.    It appeared that they were paying with cash.

Q.    Do you see the clothing that this person appears to be wearing as they pay in cash for the exit from the parking lot?

A.    Yes.  I can see a light-colored shirt and those distinctive sunglasses, white-rimmed.

Q.    Detective, at the same time that this activity was happening at the airport, was there anything else of note happening at the airport?

A.    Yes.  On that day, we had -- at the time, Candidate Trump was leaving the airport on his personal aircraft on the south side.

MR. DONNELLY:  And, Your Honor, with your permission, if we could publish for the members of the jury what's been marked as GX600-183 in evidence?

THE COURT:  You may.

MR. DONNELLY:  Thank you, Your Honor.

(A video and/or audio was played.)

MR. DONNELLY:  And, Ms. Luce, if we could just pause it there for a moment.

BY MR. DONNELLY:

Q.    Detective, are you able to see GX600-183?

A.    Yes.

Q.    And can you tell the members of the jury what they're looking at in -- or what you're looking at in that video?

A.    This is going to be the tarmac over by Atlantic Aviation

and the Customs/AUTEC area.  It's where President Trump's personal aircraft is normally parked.

Q.   And do you see that plane parked on the tarmac?

A.   I certainly do.

Q.   Can you circle it for us, please.

A.   Sure.  (Complies.)

Q.   Did you see any activity going on around that airplane in this video?

A.   Yes, sir.

Q.   And what did that appear to you to be?

A.   It's a motorcade bringing somebody onto that aircraft.

Q.   And in this particular video, is there a time and date stamp?

A.   Yes, sir.

Q.   And what's the time and date stamp?

A.   It's September 7, 2024, 10:30:49 hours.

Q.   And this video was taken from where, sir?

A.   Atlantic Aviation, one of their pole cams that they have there.

Q.   The area that you described at Southern Boulevard, do you see that area depicted in this video?

A.   I do.

Q.   And can you show the members of the jury where Southern Boulevard would be in this video?

A.   It's going to be way over here (indicating).

Q.   And in this video, can you see the area where the main part of the terminal was, where the videos were that we were just watching a few moments ago?

A.   Yes, sir.

Q.   And can you circle those areas for the members of the jury, please.

A.   It's going to be way over here (indicating).

Q.   And within that circle, are there a series of windows that are visible inside that circle?

A.   Yes, sir.

Q.   And what are those windows that are visible within that circle?

A.   It's going to be the atrium, the 2nd level, where we had seen the previous videos.

MR. DONNELLY:  And with Your Honor's permission, if we could publish for the members of the jury what's been marked as GX600-185?

THE COURT:  You may.

MR. DONNELLY:  And it's already in evidence.

(A video and/or audio was played.)

BY MR. DONNELLY:

Q.   Can you tell the members of the jury what we're looking at in GX185.

A.   It's going to be the same area of Palm Beach International Airport, south side, Atlantic's tarmac.

Q.   And is there a time and date stamp on the top of this video?

A.   There is.  It's going to be September 7, 2024, 10:44 and 51 seconds.

Q.   And is there any activity going on in this video?

A.   Yes.  President Trump's aircraft appears to be taxiing.

Q.   And do you see the main sections of the terminal visible in this particular view?

A.   Yes, sir.

Q.   And can you circle those, please?

A.   Sure can.  Right there.  (Indicating.)

Q.   And again, within that circle, do you see a series of windows that run across the building?

A.   Yes, I do.

Q.   And what are those areas again?

A.   The aforementioned windows at the atrium.

         MR. DONNELLY:  And, Ms. Luce, if we could, please, go to approximately 6:45.

BY MR. DONNELLY:

Q.   And, sir, what are we looking at there?

A.   President Trump's aircraft is taking off, what we call wheels up.

Q.   And is there -- if we scroll out, is there a date and timestamp for that?

A.   There is.  It's going to be --

Q.   What's the date and timestamp that's depicted in this video?

A.   September 7, 2024, at 10:51:26.

Q.   And when we last left that area inside the terminal, do you recall what time it was when that individual walked away from those windows and out of view?

A.   Yes.

Q.   What time was that?

A.   Right around 10:50 a.m.

Q.   Sir, just one more short series of questions, if I could.

A.   Uh-huh.

Q.   I believe I asked you before if you recalled the tail number for President Trump's aircraft.  Do you recall what it was?

A.   Yes, sir.  It's November 757 Alpha Foxtrot.

MR. DONNELLY:  And, Your Honor, with your permission, if we could publish for the jury GX600-182 on the ELMO?

THE COURT:  You may.

BY MR. DONNELLY:

Q.   And, Detective, I'm going to ask you to take a look at what's been marked as GX600-182 in evidence.

(Indicating.)  The area that I just circled, do you see anything in that area that I just circled?

A.   Yes, sir.

Q.   And can you tell the members of the jury what that is?

A.   It appears to be written N, November, 757A as in Alpha, F as in Foxtrot.

Q.   And do you see a reference here to a particular -- anything to -- referring to an airplane?

A.   It appears to be a Boeing 757.

MR. DONNELLY:  Thank you very much, Your Honor.  I have no further questions for the witness.

THE COURT:  Thank you.  Cross-examination, Mr. Routh?

CROSS-EXAMINATION

BY MR. ROUTH:

Q.   Good afternoon.

A.   Good afternoon, sir.

Q.   Is it illegal to take pictures of an airport?

A.   No, sir.

Q.   So that's perfectly legal?

A.   Yes, sir.

Q.   To take pictures of airplanes?

A.   Yes, sir.

Q.   Coming and going.  And all of that is legal?

A.   Yes, sir.

Q.   So -- people around the world go to airports to watch airplanes take off and land, do they not, just for entertainment?

A.   Yes, sir.

Q.   Is it illegal for someone to visit an airport and walk

around?

A.   No, sir.

Q.   Was there a section of that video where the gentleman is sitting at the window that we skipped -- skipped past?

A.   I believe so, yes, sir.  The video was quite long.

Q.   I guess you saw it all.  Did you catch the part where the white purse is sitting in the window and the gentleman in the white shirt walks over to the security guard and asked him, you know, about the light purse -- if the white purse is okay, and he says that, "We will watch it for a minute and see if it's okay."  And then a woman finally comes over and picks it up?  Did you --

MR. DONNELLY:  Objection, Your Honor.

THE COURT:  No basis provided.  Overruled.

Answer the question, please.

BY MR. ROUTH:

Q.   Did you see that section of the video about the white purse?

A.   I'm sure I did, yes, sir.

Q.   Okay.  But that section got deleted?

A.   It didn't get deleted.  We just didn't see it today.  Like I said, it was a rather long video.

Q.   Okay.  So the prosecution just skipped -- skipped past that section?

A.   Possibly, yes, sir.

Q.   Yeah.  But you saw the section where the gentleman in the white shirt talked to the security guard and all of that interaction?

A.   Yes, sir.

Q.   All right.  So it was all aboveboard and trustworthy and honest and -- and looking out for the best interests of the community?

A.   I'm sorry.  What was that?

Q.   The gentleman in the white shirt was being very kind and courteous and safety conscious about an un- -- unattended bag, was he not?

MR. DONNELLY:  Objection, Your Honor.  Calls for speculation.

THE COURT:  Sustained.

BY MR. ROUTH:

Q.   But you saw the white bag that was sitting in the window that the gentleman in the white shirt was concerned about?

MR. DONNELLY:  Objection, Your Honor.  Asked and answered.  And also calls for speculation.

THE COURT:  Overruled.

Please answer, sir.

THE WITNESS:  If it's in the video, yes, sir.

BY MR. ROUTH:

Q.   Okay.  And you saw the gentleman in the white shirt talk to the security guard?

A.   Yes, sir.

Q.   Very good.  Very good.  So -- all right.

So, again, nothing illegal was done in any of this interaction?

A.   Not that I saw, no, sir.

Q.   So watching the President's plane take off is not illegal?

A.   No, sir.

Q.   So everything was legal and aboveboard?

A.   From what it appears.

Q.   All right.

MR. ROUTH:  Thank you very much.  Thanks for your time.

THE WITNESS:  Yes, sir.

THE COURT:  Redirect?

MR. DONNELLY:  No.  Thank you, Your Honor.

THE COURT:  All right.  Thank you very much, sir.

THE WITNESS:  Thank you, ma'am.

THE COURT:  Ms. Medetis-Long, who is the next witness?

MS. MEDETIS-LONG:  Your Honor, the United States would call Brenden Clements.

THE COURT:  And ballpark, how long do you anticipate the direct taking?

MS. MEDETIS-LONG:  No more than 30 minutes.

THE COURT:  Okay.  Ladies and gentlemen, we're going to take our final break of the day since we are ending early, and this will be fairly brief, at around ten minutes.

All rise for the jury.

(The jury exited the courtroom at 2:39 p.m.)

THE COURT:  Please have a seat.

Before we break, I do want to provide to you printed copies of the pre-charge conference jury instructions and verdict form.  Those are not in final form.  They're just an aid to use during the initial charge conference that we will have later.  So courtroom staff will make those available.  And that is all for now.  Please return in ten minutes.

(A recess was taken from 2:40 p.m. to 2:50 p.m.)

THE COURT:  Okay.  Everybody is present.  Let's call in the jury.

And please bring in your next witness.

(The jury entered the courtroom at 2:51 p.m.)

THE COURT:  Please have a seat.

Thank you, ladies and gentlemen.

Please call your next witness.

MS. MEDETIS-LONG:  Certainly, Your Honor.  The United States calls United States Secret Service Special Agent Brenden Clements.

THE COURT:  Good afternoon, sir.  Please walk over here.  Remain standing to be sworn in.

COURTROOM DEPUTY:  Please raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and

nothing but the truth, so help you God?

THE WITNESS:  I do.

COURTROOM DEPUTY:  Please be seated.

State your first and last name, and please spell it for the record.  First name is Brenden, B-R-E-N-D-E-N.  Last name is Clements, C-L-E-M-E-N-T-S.

MS. MEDETIS-LONG:  Permission to begin, Your Honor?

THE COURT:  Yes.

SPECIAL AGENT BRENDEN CLEMENTS,

having been sworn, testified as follows:

DIRECT EXAMINATION

BY MS. MEDETIS-LONG:

Q.   Now, I gave it away a little bit when I introduced you, but where do you work, sir?

A.   I'm employed with the United States Secret Service.

Q.   And what is your title?

A.   I'm a special agent.

Q.   And when did you start as a special agent with the United States Secret Service?

A.   Approximately three years ago.

Q.   And what did you do before you started as a special agent?

A.   I came straight from college.

Q.   Now, where are you currently assigned within the Secret Service?

A.   I am currently fully detached with the FBI as a task force

officer.

Q.   And are you part of a particular group within the FBI as a task force officer?

A.   Yes.  The Joint Terrorism Task Force.

Q.   And before you became part of the Joint Terrorism Task Force, what did you do for Secret Service?

A.   I was in the South Florida Organized Fraud Task Force before that.  And then prior to that, I was with the West Palm Beach resident office.

Q.   Now, I want to direct your attention to September 2024. Were you in the Palm Beach resident office at that time?

A.   I was.

Q.   And what were you -- excuse me.  What were you assigned to do as your duties and responsibilities?

A.   Any protectees that came into the West Palm Beach area of responsibility, we were assigned with protecting any of those individuals, as well as dual hatting with criminal investigations, specifically financial.

Q.   Okay.  I'm going to ask you to slow down a little bit to make sure that the court reporter gets everything that you are saying?  Okay?

A.   Okay.

Q.   Now, you talked about protecting individuals.  Among the individuals that you protected was former -- then-former President Trump one of the individuals you provided protection

to?

A.   Yes.

Q.   Now, directing your attention specifically to September 7, 2024, were you working that day?

A.   I was.

Q.   And what did you do that day?

A.   I was the protective intelligence agent.

Q.   For whom?

A.   For the former President of the United States, now-current President Donald J. Trump.

Q.   And where did you respond to as part of your protection duties that day?

A.   We responded to the airport.

Q.   Which airport?

A.   The Palm Beach airport.

Q.   And what time of day did you respond?

A.   Sometime between 10:00 and 11:00.

Q.   And why did you respond to the airport?

A.   We had a motorcade movement from Mar-a-Lago to the airport.

Q.   Of then-former President Trump?

A.   Correct.

        MS. MEDETIS-LONG:  Your Honor, at this time I would seek your permission to publish what's already been admitted into evidence as Government's Exhibit 600-183?

        THE COURT:  Granted.

MS. MEDETIS-LONG:  If we could just start playing it.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   First of all, what do we see in this?

A.   We see then-former President of the United States Trump's plane and a motorcade coming around the tail of the plane.

Q.   And were you present for this?

A.   I was.

Q.   And where were you?

A.   I was the protective intelligence agent for the motorcade as well.

Q.   So did you participate in the motorcade?

A.   Yes, ma'am.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   Now, what do we see here in terms of the car parked by the stairs?

A.   That is what we refer to as "the limo," which is where the President would sit in.

Q.   And was he in the limo that day?

A.   He was.

Q.   And how do you know that?

A.   That vehicle will only pull up there with the President being there.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening there?

A.   We see the President going up the stairs.

    MS. MEDETIS-LONG:  Can we fast-forward to 6 minutes and 7 seconds, please.

    (A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening now?

A.   The motorcade is moving away from the plane to go stage for a wheels up.

Q.   What do you mean "wheels up"?

A.   For the aircraft to go up in the air.

Q.   Okay.

    MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 600-184, already in evidence?

    THE COURT:  Granted.

    (A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see the stair truck removing from the plane, and the plane is getting ready to taxi.

    MS. MEDETIS-LONG:  And if we could move to 4 minutes and 54 seconds.

    (A video and/or audio was played.)

///

BY MS. MEDETIS-LONG:

Q.   By the way, what's the date and timestamp of the two videos that -- the one that I just showed you and this one?

A.   This is September 7, 2024, at 10:44 a.m.

Q.   And what do we see happening now?

A.   The aircraft is moving to the runway for taxi.

Q.   And the vid- -- the previous video that I showed you with the motorcade arriving and the President climbing the stairs into the aircraft, was that also on September 7th --

A.   That was.

Q.   -- 2024?

A.   Correct.

       MS. MEDETIS-LONG:   Your Honor, permission to publish Government's Exhibit 600-185?

       THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   Now, are you still present at the airport during this time of -- listed on the video?

A.   Yes.

     (A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   And what time is listed on the video?

A.   That is 10:44 a.m.

Q.   And what day?

A.   On September 7, 2024.

Q.   And what do we see happening now?

A.   We're seeing the same thing that -- the plane moving out to the runway to taxi.

MS. MEDETIS-LONG:  And if we could move to 3 minutes and 13 seconds.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening now?

A.   The plane is moving to the runway to taxi.

MS. MEDETIS-LONG:  If we could move to 6 minutes and 47 seconds.

BY MS. MEDETIS-LONG:

Q.   By the way, before we do that, what time is it?

A.   That is 10:47, now 10:48.

Q.   And what day?

A.   On September 7, 2024.

MS. MEDETIS-LONG:  If we could move to 6 minutes and 47 seconds.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening now?

A.   We are seeing the aircraft go up in the air, often referred to as wheels up.

Q.   And what did you do then, after wheels up?

A.   Once the aircraft is wheels up, the motorcade will depart

back to wherever the vehicles are from.

Q.   Now, did your protective duties continue on September 7th?

A.   Yes.

Q.   And what time?

A.   Throughout the whole entire day you're on call as a duty agent.

Q.   And did President Trump return to West Palm Beach on September 7, 2024?

A.   Yes, he did.

Q.   What time?

A.   Approximately 7:00 to 8:00.

Q.   And how did he get back to West Palm Beach?

A.   By plane as well.

Q.   Same plane?

A.   Yes, ma'am.

Q.   And where did he land?

A.   Same spot.

Q.   And where did he go from the airport?

A.   From the airport, went back to Mar-a-Lago.

Q.   And approximately what time was that?

A.   That was approximately closer to 8:00 at night.

Q.   Did you work the next day, September 8, 2024?

A.   I did.

Q.   What did you do that day?

A.   I was the protective intelligence agent again, and we went

to the golf course from Mar-a-Lago.

Q.   And you were the protective intelligence agents for which protectee?

A.   For former POTUS, Trump.

Q.   When you say you went to the golf course, which golf course?

A.   To Palm Beach golf course, Trump International.

Q.   Around what time did you get there?

A.   Around 9:00 a.m.

Q.   What time did the President get there?

A.   Around 9:00 a.m.

Q.   Now, what did the President do when he got to the golf course?

A.   He went inside, went to the clubhouse, and then ate breakfast.  From the clubhouse, went out to the carts, and then went out onto the golf course.

Q.   He played golf that day?

A.   Yes, he did.

Q.   Sir, during this time period of the presidential campaign in September of 2024, was it or was it not unusual for President Trump to play golf on the weekend when he was in West Palm Beach?

A.   It was very usual.

Q.   What would you call that kind of movement?

A.   Almost daily.  An everyday movement when he was there.

Q.   And, again, this is during the campaign?

A.   Correct.

Q.   Now, when the President plays golf -- first of all, how many times, while you were in this role, did you protect President Trump while he played golfs?

A.   Hundreds.

Q.   When President Trump plays golf, does he make use of a golf cart?

A.   Yes.

Q.   Does he use the cart path?

A.   Often, no.

Q.   Where does he go?  How does he traverse from one hole to the next?

A.   Drives from the tee box to the fairway and onto the putting green.

        MS. MEDETIS-LONG:  No further questions, Your Honor.

        THE COURT:  Cross-examination?

                       CROSS-EXAMINATION

BY MR. ROUTH:

Q.   Good afternoon.

A.   Good afternoon.

Q.   Were you there on the 15th?

A.   I was.

Q.   So they're not asking you about the 15th?

A.   No, sir.

Q.    Were any shots fired on the 15th?

A.    I did not hear.

Q.    You didn't hear any shots fired?

MS. MEDETIS-LONG:  Objection, Your Honor.  Beyond the scope of direct.

THE COURT:  Sustained.

MR. ROUTH:  So you're saying I can't ask about the 15th?

THE COURT:  Yes.  Because there is a rule of evidence, it's 611, that prescribes what you are doing.  And it's not allowed.

MR. ROUTH:  Okay.  All right.

THE COURT:  But if you have questions that are within the scope of direct, you are welcome to ask them.

MR. ROUTH:  On the 7th or the 8th?

THE COURT:  Whatever was -- whatever subject matter was covered during the direct examination, sir.

MR. ROUTH:  I don't think there was anything exciting on the 7th or 8th.  So I'm sorry.  Have a great day.

THE WITNESS:  Thank you.

MS. MEDETIS-LONG:  Objection.  Move to strike extraneous comments.

THE COURT:  All right.  Let's move on.  Any redirect?

MS. MEDETIS-LONG:  No.  Thank you, Your Honor.

THE COURT:  Okay.  Thank you, sir.

THE WITNESS:  Thank you.

THE COURT:  All right.  Next witness, please.

MR. DONNELLY:  Yes, Your Honor.  The government calls Christian Hlinka.

THE COURT:  Excellent.  Please bring him in.

Good afternoon, sir.  Please walk over here to be sworn in and maintain -- stay standing for just a brief moment.

COURTROOM DEPUTY:  Please raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  Yes.

COURTROOM DEPUTY:  Please be seated.

State your first and last name, and please spell it for the record.

THE WITNESS:  Christian Hlinka.  C-H-R-I-S-T-I-A-N, H-L-I-N-K-A.

MR. DONNELLY:  Thank you, Judge.

THE COURT:  You may begin.

MR. DONNELLY:  Oh, thank you.

AGENT CHRISTIAN HLINKA, having been sworn, testified as follows:

DIRECT EXAMINATION

BY MR. DONNELLY:

Q.   Agent Hlinka, by whom are you employed?

A.   United States Secret Service.

Q.   And for how long have you been with the Secret Service?

A.   Just over two years.

Q.   And what's your current assignment with the Secret Service?

A.   I'm assigned to the West Palm Beach resident office.

Q.   And how long have you been assigned to the West Palm Beach resident office?

A.   Since July of 2025 --

Q.   And what are --

A.   -- January of 2025.

Q.   What are your duties --

     (Court Reporter requested clarification.)

          THE COURT:  One second.  You can also move the base of that if it's easier.

          THE WITNESS:  Okay.

          THE COURT:  Thank you.

BY MR. DONNELLY:

Q.   What are your duties with the West Palm resident office?

A.   We have the investigative mission as well as a protective mission for any foreign dignitaries.  Many of our dignitaries, the President and Vice President, when they come to our district, we're requested and required to provide protection for them and assist with the details who come in.

Q.   Are you familiar with the grounds at the Trump International Golf Club?

A.    Yes.

Q.    And how are you familiar with the grounds at the Trump International Golf Club?

A.    I have been there dozens of times, and working protection for the various protectees that have gone there to either play golf or to attend meetings or events.

Q.    Are you familiar with the different terrain around different holes and the different areas on the golf course?

A.    Yes.

Q.    Are you familiar with the different areas of where golfers go to play?

A.    Yes.

Q.    Are you familiar with how to get from one place to another on the golf course?

A.    Yes.

Q.    At some point in February 20- -- in -- early in 2025, were you approached by agents from the FBI to visit a certain part of the golf course?

A.    Yes.

Q.    And were you shown certain photographs and asked to look at them?

A.    Yes.

        MR. DONNELLY:  And if we could -- with Your Honor's permission, if we could publish for the witness and the jury Government Exhibit GX20, which has been already admitted into

evidence?

THE COURT:  You may.

BY MR. DONNELLY:

Q.   Agent Hlinka, I'm going to ask you to take a look at what's depicted in front of you on the screen.  Do you recognize what that is?

A.   Yes.

Q.   And have you seen that photograph before?

A.   Yes.

Q.   When was the first time that you saw that photograph?

A.   I saw this photograph when I was with the FBI to gather evidence at the location that this was taken.

Q.   And had -- did the FBI agents actually show you this photograph?

A.   Yes.  They showed it to me on their phone.

MR. DONNELLY:  And, Your Honor, with your permission, if we could show for both -- publish for the jury and for the agent what is depicted in GX200-7, which is in evidence?

THE COURT:  Yes, you may.

BY MR. DONNELLY:

Q.   Special Agent, do you recognize what's in the photograph on the screen in front of you?

A.   Yes.

Q.   And can you tell the members of the jury what you're looking at there?

A.   So to the lower right of the screen is the 14th green. It's at an approximate 40-degree slope, incline slope, from point A there in the tree line.  Point A in the tree line is where you saw the previous picture of the rifle zip-tied in that tree.

The Bravo point there on the lower part of the screen is the golf cart path, so you will come from the top of the screen going toward Bravo to go from the 13th green -- sorry, the 14th green to the 15th tee box up the hill.

So point A looks up that hill.  It's tough to look at -- tell in a picture, but if you could imagine a 40-degree incline up that cart path.

Q.   And you mentioned that it's tough to see in that picture. Why is it tough to see in that picture?

A.   The picture is an overhead view, so it looks flat.

Q.   And do you see any reflections in that photograph that you're looking at?

A.   Yes.  It looks like there is a phone there and someone's hair on the top of the phone area.

Q.   The markings on that photograph, the A and B areas that you noted before, had you ever seen those before anywhere else?

A.   No, I have not.

Q.   Do you know how they got on that photograph or that screenshot that you're looking at?

A.   No.

Q.   Based upon what -- your discussions with the agents and based upon what you saw in those last two photographs, did you and the FBI agents go to a particular area of the golf course?

A.   Yes.

Q.   And what area did you go to?

A.   We went to this wood -- kind of wooded tree line area within the golf course, just off of the 14th green.

MR. DONNELLY:  And, Your Honor, with your permission, if I could approach the witness with paper copies of what's been marked as Government Exhibit 200-49A to S, which are not yet in evidence?

THE COURT:  You may.

And the image on the screen right now is what number?

MR. DONNELLY:  That is 200-7, Your Honor.

THE COURT:  Okay.  Thank you.  Continue.

BY MR. DONNELLY:

Q.   (Tendering item.)

Agent, have you had a chance to take a look at the photographs depicted in 200-49A through S?

A.   Yes.

Q.   And just generally, do you recognize what those photographs depict?

A.   Yes.

Q.   And what do they depict?

A.   They depict the day that we -- sorry, that I, along with

the FBI, responded out to this area of the golf course to collect additional evidence.

Q.   And what area of the golf course was that?

A.   This is the 14th green.

Q.   Do those photographs each fairly and accurately depict the way the golf course looked at the time that you went to that area with the FBI agents that day?

A.   Yes.

MR. DONNELLY:  Your Honor, with your permission, if we could admit into evidence each one of those photographs, 200-49A through S?

THE COURT:  Any objection, Mr. Routh?

MR. ROUTH:  No objection.

MR. DONNELLY:  If I could approach the witness to get the paper copies back?

THE COURT:  Just one moment.

Exhibits 200-49A through S are admitted without objection.  And, yes, can you approach.

(Government Exhibits 200-49A through 200-49S were received in evidence.)

MR. DONNELLY:  Thank you, Your Honor.

And, Your Honor, with your permission, if we could first begin just with what's been marked into evidence as 200-2, Government Exhibit 200-2, which is already in evidence, if we could publish that for the jury and for the witness?

THE COURT:  Yes, you may.

BY MR. DONNELLY:

Q.   Special Agent, do you recognize what's depicted on the screen in front of you marked as Government Exhibit 200-2?

A.   Yes.

Q.   And do you see the area of the 14th hole that you described in that photograph?

A.   Yes.

Q.   And can you circle that area of the 14th green for the members of the jury.

A.   Yes.  It will be where that -- the blue square is just to the bottom of that, right where those two sands traps are.

Q.   And can you use your finger to circle it --

A.   Oh.

Q.   -- on the screen, actually.

A.   (Indicating.)

Q.   Okay.  And if you could do it again, you could -- we can get a closer view.

A.   (Complies.)

Q.   And, Agent, have you made a mark in the -- roughly in the upper left-hand corner of this -- of this document?

A.   Yes.

Q.   Are you -- you talked about that area of the golf course. Can you describe the area that is directly to the left of the 14th green as we're looking at it in this video?

A.   Yes.  To the left, as you can see labeled, is Kirk Road. Then you will see a tree line there.  To the left of that tree line in between the road and tree line is a fence, a chain-link fence, that separates the two features.

Right there to the right of the tree line is the 12th green, and then to the right of the 12th green is a small pond.

On the other side of that pond going up toward the 14th green, as I stated before, there is a steep incline there.  So the bank of the right side of that pond there is also a steep incline up a slope.

And just above that pond is another pretty heavily wooded area within the perimeter of the golf course.

Q.   And in the area that is to the top of the page, so where the number 13 is depicted, and another -- what appears to be a road, can you describe what that is like for the members of the jury.

A.   Yes.  The little gray area that you see kind of close to the 13th circle, that is the cart path for people who are -- for golfers who are playing golf.  If you can imagine, just in the -- almost cutting in half that heavily wooded area is a maintenance path, and this is how the golf course workers, people in charge of taking care of the grounds, traverse between different holes quicker than following along on the cart path.  And so just cutting through that is -- it's covered by the trees, but there is a pretty substantial path that goes

there -- through there as well.

Q.   And with regard to that area of the golf course --

MR. DONNELLY:  If we could zoom back out, Ms. Luce.

BY MR. DONNELLY:

Q.   Is there easy access from the outside of the golf course -- from the -- the area outside the fence to the interior of the fence by the 14th green?

A.   No.

MR. DONNELLY:  And if we could, Ms. Luce, with Your Honor's permission, if we could publish for the members of the jury what's been now marked in evidence as Government Exhibit 200-49A.

THE COURT:  Yes, you may.

It's been admitted?

MR. DONNELLY:  Yes, it has.  It was.

THE COURT:  Okay.  Thank you.

BY MR. DONNELLY:

Q.   Special Agent, what are we looking at in this photograph?

A.   So this is taken from, basically, the last flat area of -- this is the cart path that I was describing earlier.  So point B would be -- point Bravo that we saw in an earlier picture would be at the top of that hill there, and then point Alpha would be to our right, not shown in this picture, just within that -- that tree line there.

Q.   And if you could just, with your finger, make a B where you

would -- where you had mentioned the point Bravo.

A.    (Complies.)

Q.    Okay.   And where would the green be, the actual green with the flag stick be in this instance?

A.    (Indicating.)

MR.  DONNELLY:   And with Your Honor's permission, if we could go to Government Exhibit 200-49B?

THE COURT:   You may.

MR.  DONNELLY:   And publish that for the jury.

BY MR.  DONNELLY:

Q.    Special Agent, does that show the area that is marked -- that was the A designation on that screenshot that we were looking at before?

A.    Yes.

Q.    Can you show the members of the jury where that A spot would be on this particular photograph?

A.    (Indicating.)

Q.    And can you see the -- that spot that is designated B also in this photograph?

A.    Yes.

Q.    And where is that?

A.    (Indicating.)

Q.    And have you made an A to the right-hand part of the page and then a B that's in the left center section of the page?

A.    Yes.

Q.   After you got into this area, what happened -- what did you do with the agents?

A.   The agents requested that we go to this area of the golf course, and they started walking around the area where you see "A," so that -- that tree wood line there.  They walked around, almost did kind of like a half circle around the area that's exposed there between the freshly cut grass and the fescue that's there, and they started taking pictures looking just within the tree line and then also out toward that Bravo point, the green, and the pond, which is just straight ahead past that A.

Q.   And initially -- well, let me ask you this:  Did you go with them into that area?

A.   Yes.

Q.   And what was the purpose for law enforcement going into the area -- that specific area that day?

A.   To collect additional evidence.

Q.   And were you looking for a certain area?

A.   We were looking within this tree line.

Q.   For what?

A.   I was not aware of that at the time until I asked.

Q.   Did it relate to the gun that was in the tree?

A.   Yes.

Q.   Okay.  And what were you looking for with regard to that gun in the tree?

A.    Where the gun -- specifically which tree it was positioned in.

Q.    Did you go into the tree line with the agents?

A.    Yes.

Q.    And once you went into the tree line with the agents, did you take any -- was there any evidence collected while you were in the tree line with the agents?

A.    Yes.

Q.    And can you describe for the members of the jury what that was?

A.    At the base of the tree where you saw the rifle depicted, tied to it, there was a -- what appeared to be a plastic bottle with a SunnyD label on it.

Q.    And was that item actually collected?

A.    Yes.

        MR. DONNELLY:  And, Your Honor, with your permission, if we could go to and publish for the jury GX200-49H?

        THE COURT:  You may.

BY MR. DONNELLY:

Q.    Special Agent, can you describe what it is that we're looking at there.

A.    So this is a -- the edge of that tree line that we were just looking at.  The freshly cut grass is just to the bottom of this picture and behind the photographer.  And then within that tree line, maybe no more than 10 to 15 feet, that was

where the evidence was collected.

MR. DONNELLY:  And if we could advance, with Your Honor's permission, to GX200-49J?

THE COURT:  You may.

MR. DONNELLY:  And if we could publish that.

BY MR. DONNELLY:

Q.   Can you tell the members of the jury what they're looking at there?

A.   So this is just within that, like, 10-foot range with the previous picture that we were looking at.  At the ground where the bottle was collected, it was obviously covered with heavy vegetation.

MR. DONNELLY:  Your Honor, with your permission, if we could publish for the members of the jury and for the witness, 200-49K?

THE COURT:  You may.

BY MR. DONNELLY:

Q.   Can you tell the members of the jury what they're looking at in 49 -- 200-49K, Special Agent?

A.   This is the plastic bottle with the SunnyD label that was positioned at the base of the tree, and how it looked when we walked up to it.

MR. DONNELLY:  Your Honor, with your permission, to publish 200-49O?

THE COURT:  Granted.

BY MR. DONNELLY:

Q.    Can you tell the members of the jury what you're looking at there.

A.    This is a view from inside the tree line.  This is from that maintenance path that I was describing for you earlier that basically cut this in half.  So the freshly cut grass and the edge of the -- the fescue was on the other side of that palm tree you see right in front.

Q.    And does that depict the tree that you were looking for?

A.    Yes.

Q.    And can you show the members of the jury where it was.

A.    The bottle you're asking?

Q.    No, the tree that you were looking for initially.

A.    (Indicating).

Q.    And have you made an arrow from the top left-hand corner down towards the middle of the page?

A.    Yes.

        MR. DONNELLY:  Your Honor, with your permission, if we could publish for the jury 200-49P?

        THE COURT:  Yes.

BY MR. DONNELLY:

Q.    And again, Agent, what does that depict?

A.    That is the plastic bottle with the SunnyD label at the base of the tree, the way it appeared when we walked up to it.

        MR. DONNELLY:  With Your Honor's permission, 200-49Q,

if it would be published?

THE COURT:  Yes, you may.

BY MR. DONNELLY:

Q.   Is that another view of the SunnyD bottle?

A.   Yes.

MR. DONNELLY:  With Your Honor's permission, if we could show 200-49S?

THE COURT:  Yes.

BY MR. DONNELLY:

Q.   And can you tell the members of the jury what they're looking at there?

A.   This was a SunnyD bottle after it was picked up off the ground and placed on a brown bag with the ruler on each side to get the dimensions.

MR. DONNELLY:  Your Honor, I have no further questions for the witness.  Thank you.

THE COURT:  Thank you.

Any cross-examination?

MR. ROUTH:  Yes, Your Honor.

THE COURT:  All right.

CROSS-EXAMINATION

BY MR. ROUTH:

Q.   Good afternoon.

A.   Good afternoon, sir.

Q.   So I'm assuming that you took the Sunny Delight bottle and

sent it to the FBI lab in Miami?

A.   I did not have anything to do with that.

Q.   Okay.  Would it surprise you to know that we questioned the FBI lab lady, and she never tested a Sunny Delight bottle for DNA?

        MR. DONNELLY:  Objection, Your Honor.  Form.  And calls for speculation.

        THE COURT:  Overruled.  Please answer, sir.

        THE WITNESS:  I'm not aware of that.

BY MR. ROUTH:

Q.   The Sunny Delight bottle was not tested.  The -- in the 49O, they -- your -- I saw -- I saw two identical trees with the branches, I guess.  Are there not hundreds of trees exactly like that on the golf course?

A.   There are a lot of trees on the golf course.

Q.   Of that make and style?

A.   A lot of trees throughout the property.

Q.   Were two photos taken and overlaid to match up all the fronds on the tree to say that this is exactly the tree that was in the initial photo?

A.   The photo that I was showed with the rifle in it and the tree that I was looking at was pointed out to me by the FBI agents.

Q.   But they just looked similar?

A.   I did not conduct any professional analysis on the photos.

Q.   Did the FBI do any professional analysis to make sure it was the exact same tree?

A.   I do not know that.

Q.   So this tree could be anywhere in America?

A.   This tree was taken -- the picture of this tree was taken at the place where the bottle was found.

Q.   Your picture?

A.   I did not take the picture.

Q.   Right.  But the Sunny Delight bottle was on the golf course, obviously.  But the gun, we don't know where that picture was taken?

A.   I -- the picture was shown to me.

Q.   Right.  Right.  Right.

So -- but you have, assumably, 20, 30, 40, 50 yardmen that maintain this golf course every day; correct?

A.   I do not know the exact numbers of the lawn care employees at the golf course.

Q.   But a slew of Hispanics that mow the grass every day?

A.   There are people there who help take care of the golf course, yes.

Q.   And they need to drink drinks all day long because it gets hot; is that not true?

A.   I would assume so.

Q.   So, you know, everybody drinks whatever, Gatorade, Sunny Delight -- everybody on the planet.  So, I mean, I'm sure there

is thousands of drink bottles in the bushes at Trump International Golf course. Might there be?

A. There could be.

Q. So -- well, we know it wasn't tested. So we -- we know that it relates to nothing, so.

THE COURT: Do you have a question, sir?

MR. ROUTH: No more questions. Thanks for your time, sir.

THE COURT: All right.

All right. I remind the ladies and gentlemen of the jury that questions of counsel or parties acting as counsel are not evidence.

Any redirect?

MR. DONNELLY: No, Your Honor. Thank you.

THE COURT: Thank you, sir. You may be excused.

All right. Next witness, please.

MS. MEDETIS-LONG: Your Honor, with the Court's permission, before we call the next witness, we would ask to read into the record the stipulations that have been obtained in this case?

THE COURT: Very well.

MS. MEDETIS-LONG: And with the Court's permission, we would ask to publish those as well to the jury simultaneous with reading them?

THE COURT: Yes. Please provide the exhibit number.

MS. MEDETIS-LONG:  Your Honor, Government's Exhibits 1200 and 1201.

THE COURT:  Okay.  Ladies and gentlemen, the government and the defendant have agreed to certain facts in the form of stipulations that are now going to be read to you during this trial.  Since there is no disagreement on these particular issues, there is no need for evidence of these facts apart from the stipulation, and you must treat these stipulated facts as proved.

Please proceed.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 1200?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Permission to proceed, Your Honor?

THE COURT:  Yes.

MS. MEDETIS-LONG:  "United States of America v. Ryan Wesley Routh, defendant, Trial Stipulations.

"The United States of America and the defendant, Ryan Wesley Routh, pro se, stipulate and agree that the following facts are proven beyond a reasonable doubt.

"The defendant, on September 15, 2024, had previously been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year.

"Number 2.  The defendant, on September 15, 2024, knew that he had previously been convicted in a court of a felony,

that is, a crime punishable by imprisonment for a term exceeding one year.

"Number 3.  A special agent of the United States Secret Service is a federal officer and employee of the United States.

"Number 4.  On July 17, 2024, Donald J. Trump was designated by the Secretary of the Department of Homeland Security as a major presidential candidate.

"Number 5.  North Carolina license plate HKY4343 was assigned by the State of North Carolina to the 2007 black Nissan Xterra with vehicle identification number (VIN) 5N as in Nancy, 1AN as in Nancy, 08W87C527755, in which the defendant was arrested on September 15, 2024.  Hereinafter, the Nissan Xterra.

"Number 6.  Ohio license plate PKU 3131 was not assigned by the State of Ohio to the Nissan Xterra.

"Number 7.  Florida license plate 97E EED was not assigned by the State of Florida to the Nissan Xterra.

"Number 8.  Ohio license plate KDL 8415 was not assigned by the state of Ohio to the Nissan Xterra.

"Number 9.  The Chinese manufactured 7.62x39mm Norinco semiautomatic rifle, model SKS, 1, is a firearm for purposes of Counts 2, 4, and 5 of the indictment, and 2 was not manufactured in the state of Florida, and moved in interstate and foreign commerce.

"Number 10.  The 20 Russian-manufactured 7.62x39mm

TulAmmo bullets, 1, are ammunition for purposes of Count 4 of the indictment, and 2, were not manufactured in the state of Florida, and moved in interstate or foreign commerce.

"Number 11.  Following the defendant's arrest on September 19, 2024, law enforcement officers lawfully collected the defendant's fingerprints.

"Number 12.  The parties agree that the following items or categories of -- or categories of items are authentic business records or copies of business records obtained by law enforcement in the course of its investigation, and that meet the criteria of Rules 902(11), (13), and/or (14) of the Federal Rules of Evidence.  The parties do not at this time stipulate that all of these items are admissible and remain free to make a -- non-foundational objections:  A, records from Palm Beach County Planning Zone and Building.  Trump International Golf Club survey, 2300 North Jog Road, West Palm Beach, Florida. Records from the Bank of Hawaii regarding accounts belonging to Ryan Routh, Sara Routh, and/or Adam Routh, including:  (i) Bank of Hawaii account ending in 1406.  (ii) Bank of Hawaii account ending in 1644.  (iii) Bank of Hawaii account ending in 2190. (iv) Bank of Hawaii account ending in 3285.  (V) Bank of Hawaii account ending in 3333.  (vi) Bank of Hawaii account ending in 7436.  Call detail records, CDR, advance timing records, ADR, and subscriber activation records from AT&T for telephone number 743-251-7269.

"D.   Call detail records, CDR, advance timing records, ADR, and subscriber activation records from T-Mobile for telephone number 808-464-8342."

Next page.

"E, call detail records, CDR, advance timing records, ADR, and subscriber activation records from Verizon for telephone number 728-206-1801.

"Signed and agreed for the United States by John Shipley -- John C. Shipley, Assistant United States Attorney, Southern District of Florida, July 25, 2025.

"For the defendant, signed by Ryan Wesley Routh, pro se defendant, July 25, 2025."

Your Honor, permission to publish Government's Exhibit 1201?

THE COURT:  Granted.

MS. MEDETIS-LONG:  "United States of America v. Ryan Wesley Routh, defendant.  Supplemental stipulations.

"Number 1.  Telephone number 808-464-8342 was assigned to a Samsung brand cellular telephone belonging to the defendant.  That is GX301.  Area code 808 covers the area around Honolulu, Hawaii.

"Number 2.  On September 19, 2024, law enforcement agents executed a lawfully issued search warrant and collected two DNA swabs from the defendant, which were labeled as DNA swabs, right and left cheek, under items 1 and 8 on the

corresponding evidence collection log, and were later submitted for further -- for further examination.  Government's Exhibit 948.

"Number 3.  On September 19th, law enforcement agents executed a lawfully issued search warrant and collected two sets of the defendant's fingerprints, which were labeled as fingerprints card, right and left, under Item 2 on the corresponding evidence collection log and were later submitted for further examination (GX948).

"The -- number 4.  The recorded telephone call at GX166 and GX167 were placed by the defendant to KS on or about September 15, 2024.

"Number 5.  The defendant, along with his son Oran Routh, maintained a storage trailer at 2507 Husbands Street, Greensboro, North Carolina.

"Number 6.  The defendant wrote the piece of paper with handwriting, including the words 'printer ink' in the top left corner, Government's Exhibit 600-182, which piece of paper was seized by law enforcement agents while executing a lawfully issued search warrant at 51-344 Kamehameha Highway, Ka'a'awa, Hawaii 96730, on September 7, 2024."  Ka'a'awa spelled K-A-A-A-W-A.

"Number 7.  The defendant wrote the handwritten note GX445, including the words 'Brian Wilson,' which note was seized by the -- by law enforcement while executing a lawfully

issued search warrant authorizing the search of the Nissan Xterra with vehicle identification number, VIN, last four digits 7755.

"The defendant wrote -- Number 8. The defendant wrote the handwritten note, GX446, including the words 'cardboard for scope,' which note was seized by law enforcement while executing a lawfully issued search warrant authorizing the search of the Nissan Xterra with VIN ending in 7755.

"Number 9. The email message at Government's Exhibit 1302 was sent by the defendant to KS on or about April 4, 2025.

"Number 10. The defendant, on various dates during 2024, drove a black Nissan Xterra sport utility vehicle with VIN ending in 7755, depicted at Government's Exhibit 342, which vehicle was registered in the name of Sara Routh, the defendant's daughter. Or S. Routh, rather, the defendant's daughter.

"Number 11. The defendant did not visit a person with the initials TH in the area of West Palm Beach, Florida, between March 30 and April 5th, 2024.

"Signed and agreed for the United States, John C. Shipley, Assistant United States Attorney, Southern District of Florida, September 2nd, 2024, for the defendant, Ryan Wesley Routh, pro se, defendant, September 2nd, 2024."

And I believe I misspoke, Your Honor, in number 6, and

said "September 7th."  That should have been number 6, September 17th.

THE COURT:  All right.  Thank you.

MS. MEDETIS-LONG:  At this time --

THE COURT:  Go ahead.

MS. MEDETIS-LONG:  At this time, Your Honor, the United States would call Kimberly McGreevy.

THE COURT:  All right.  Let's invite her in, please.

THE WITNESS:  Good afternoon.

THE COURT:  Good afternoon.

COURTROOM DEPUTY:  Please raise your right hand.

Do you solemnly swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth, so help you God?

THE WITNESS:  I do.

COURTROOM DEPUTY:  Please be seated.

THE WITNESS:  Thank you.

COURTROOM DEPUTY:  State your first and last name, and please spell it for the record.

THE WITNESS:  Kimberly J. McGreevy.  K-I-M-B-E-R-L-Y.  Middle initial J.  Last name McGreevy.  M-C, capital G-R-E-E-V, as in Victor, Y.

MS. MEDETIS-LONG:  Permission to proceed, Your Honor?

THE COURT:  You may.

SPECIAL AGENT KIMBERLY J. MCGREEVY,

having been sworn, testified as follows:

DIRECT EXAMINATION

BY MS. MEDETIS-LONG:

Q.   Good afternoon.

A.   Good afternoon, ma'am.

Q.   Where do you work?

A.   The FBI.

Q.   And what's your title?

A.   I'm a supervisory special agent.

Q.   And do you supervise a particular squad within the FBI?

A.   I do, yes.  I supervise a Joint Terrorism Task Force squad in the Miami field office of about -- of agents, task force officers, and analysts, and we investigate international terrorism.

Q.   And what are your duties and responsibilities as a supervisory special agent?

A.   I oversee the investigations, approve documents, approve operational strategies, those sorts of things.

Q.   And before you were a supervisory special agent, as a special agent did you conduct your own investigations?

A.   I did, yes.

Q.   And what kinds of investigations did you conduct?

A.   International terrorism investigations, conducting surveillances, writing search warrants, criminal arrest warrants, grand jury subpoenas, all manner of investigative

activity.

Q.   And how long have you been with the FBI?

A.   14 years.

Q.   And have you always been in the Miami office?

A.   I spent -- no, ma'am.  I was in the Washington field office in Washington, D.C., for seven years.  And I have been in the Miami office for seven as well.

Q.   Okay.  Now, aside from being a special agent, have you had, during your career, collateral duties?

A.   Yes, I have.

Q.   And what would that be?

A.   I was a member of the Evidence Response Team in the Washington field office from 2013 to 2018.

Q.   And what did you do before you joined the FBI?

A.   I was a collegiate track and field and cross-country coach.

Q.   Which colleges?

A.   Michigan State and University of Connecticut.

Q.   Okay.  Now, I want to direct your attention to September 15, 2024, if I may.  Were you working that day?

A.   I was not working that day, ma'am, no.  It was a Sunday.

Q.   It was a Sunday.  And did you ultimately go to work?

A.   Yes.

Q.   Around what time?

A.   Approximately 2:00 p.m.

Q.   And what were you tasked to do?

A.   Upon learning of the incident at the Trump International Golf Club, I responded to the main office of our Miami field office to stand up our command post.

Q.   Special Agent McGreevy, what is a command post?

A.   It's a large room inside our field office with computers, et cetera.  It's a place where we collocate all of the investigators, the decision-makers, the analysts, so that they can, as information is coming in, can be processed quickly, decisions can be made.  It's just a way of collocating -- excuse me, collocating everyone, especially during a large-scale incident.

Q.   And I'm going to ask you to speak a little slower to make sure that the court reporter gets everything that you say. Okay?

A.   Yes, ma'am.

Q.   Now, is a command post -- is the command post basically like a hub, like a central hub?

A.   Yes, ma'am.

Q.   For the FBI?

A.   Yes, ma'am.

Q.   And what were the hours of operation of the command post starting on September 15th?

A.   It was 24/7.

Q.   And how many special agents and other FBI personnel staffed the command post?

A.   At first, there was probably about five or six agents and several analysts as well.  Two of our ASACs responded to the command post, another supervisory special agent, and myself.  Some tech folks to help us make sure the computers were running properly.  Probably several -- a few others, again, for intake of leads, taking phone calls, and those sorts of things.

And over the next several days into weeks, it was staffed similarly 24/7.

Q.   And what is an ASAC?  Is that spelled A-S-A-C?

A.   It is.  It's an assistant special agent in charge.

Q.   And on the hierarchy, where is a supervisory special agent versus an ASAC?

A.   The ASAC would be above me (indicating).

Q.   Okay.  And what -- who is above the ASAC?

A.   The special agent in charge of the office, and that's the most-senior agent in our field office.

Q.   Okay.  What kinds of things were you doing out of the command post?

A.   We opened the investigation administratively and on paper.  We were serving preservation requests.  We were requesting grand jury subpoenas and beginning to run all manner of database checks and research based on information we were receiving.

Q.   What are preservation letters?

A.   Those are letters we send to providers such as Facebook or

Google simply saying, you know, "Please preserve this account as it stands or exists in this moment while we seek legal process and ask for more records from you."

Q.   And what kinds of legal process did you seek in the days on September 15th and then the days following September 15, 2024?

A.   We served grand jury subpoenas as well as search warrants.

Q.   What was your role at the command post?

A.   Really overseeing operations and ensure, you know, signing documents, assigning leads, those sorts of things.

Q.   In addition to issuing legal process, obtaining search warrants, submitting preservation letters, were interviews also conducted as part of the investigation in the days following and on September 15th?

A.   Yes, they were.

Q.   Did the investigation, was it limited to the Southern District of Florida in the West Palm Beach area, or did it expand outward?

A.   It expanded.

Q.   Did it expand to other states in the Union?

A.   It did.  To North Carolina and Hawaii.

Q.   Okay.  Now, did you review evidence in this case?

A.   Yes, ma'am.

Q.   And was the -- how would you characterize the evidence in this case?  Was it voluminous in terms of the records that you reviewed and the evidence, or not?

A.    Yes, ma'am.  Voluminous.

Q.    Now, as part of your investigation and your review of the evidence, did you uncover information tying the defendant, Ryan Routh, to the Nissan Xterra that he was arrested in?

A.    Yes, ma'am.

Q.    And aside from the evidence of the defendant running from the golf course into the Nissan Xterra, was there other evidence tying him to the golf course?

A.    Yes, ma'am.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 949, which is a physical exhibit already in evidence?

        THE COURT:  Granted.

        MS. MEDETIS-LONG:  Your Honor, permission to use the ELMO?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    Showing you Exhibit 949.  What do we see here?

A.    It is Ryan Routh's driver's license.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 950, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    Where was that license found?

A.    Inside the Nissan Xterra.

Q. Showing you now Government's Exhibit 950. What is this?

A. That's the defendant's passport.

Q. And where was that found?

A. The Nissan Xterra.

MS. MEDETIS-LONG: Your Honor, permission to publish what's already in evidence as physical Exhibit 943?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. Showing you Government's Exhibit 943. What is this?

A. This is a Visa debit card.

Q. Turning it over to the back side of the card, in whose name?

A. In the defendant's name, Ryan Routh.

Q. And where was this taken from?

A. From the Nissan Xterra.

MS. MEDETIS-LONG: Your Honor, permission to publish through the HDMI connection Government's Exhibit 911?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this? Can we go to the first page, please.

A. This is a cell phone report for GX301.

Q. And we will talk about it a little bit later, but is there evidence establishing that GX301 belongs to the defendant?

A. Yes.

MS. MEDETIS-LONG: And if we could go to the next page.

BY MS. MEDETIS-LONG:

Q.   What is this artifact?

A.   This is an image.

Q.   From what?

A.   From the cell phone.

Q.   GX301?

A.   From GX301, yes, ma'am.

Q.   And is there an enlarged image of the thumbnail attached to this report on the last page?  What is that?

A.   These are state of -- State of North Carolina Department of Transportation records as well as an insurance card.

Q.   And to what vehicle do these records pertain?

A.   The Nissan Xterra.

Q.   And how do you know that?

A.   Its VIN number is listed on both documents.

MS.  MEDETIS-LONG:  Now, could we compare, Your Honor, with your permission, Government's Exhibit 911 that's already on the screen with Government's Exhibit 922, already admitted?

THE COURT:  You may.

BY MS.  MEDETIS-LONG:

Q.   What is 922?

A.   That is a photograph of the VIN number on the Nissan Xterra that the FBI took during its search of the Xterra after the defendant's arrest.

Q.   Now, the VIN on the registration documents from the

defendant's phone and the VIN of the photograph taken by the FBI, do they match?

A.   Yes, ma'am.

Q.   What are the last four digits on each VIN?

A.   7755.

Q.   And without having you read out the entire number, does the rest of the entire number match from one document to the next?

A.   Yes, ma'am, it does.

Q.   And based on this evidence that we just reviewed, what is your determination about who was driving the Nissan Xterra at the time of the charged offenses?

A.   The defendant.

MS. MEDETIS-LONG:  Okay.  Now, Your Honor, permission to publish physical Exhibits:  GX300, GX301, GX302, GX303, GX305, and GX304, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Permission to approach, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   (Tendering items.)

A.   Thank you.

Q.   What have I just handed you?

A.   A number of cell phones that were seized from the Xterra.

Q.   How many?

A.   Six.

Q.   And when were they seized from the Xterra?

A.   After the -- excuse me -- after the defendant was arrested, when they were searching his vehicle.

Q.   Was that September 15, 2024 --

A.   Yes.

Q.   -- that he was arrested?

A.   He was arrested on September 15th, and his vehicle was searched thereafter.

Q.   Now, based on your training and experience, and based on your investigations that you have conducted, is it unusual for somebody to have this many cell phones?

A.   Yes, ma'am.

Q.   Why would somebody have this many cell phones?

A.   Typically, it would be to hide the fact that they were using the cell phones.  Someone might have a phone that is assigned to them that they use that they might have in their everyday life.  But if someone has numerous other phones, that indicates to me that they are trying to hide whatever activity they're conducting on the other phones.

Q.   Now, is there evidence showing that these phones belong to the defendant, aside from the fact that they were found in the car he was driving?

A.   Yes, ma'am.

Q.   And if could you hold up GX301 for a moment.

A.   I can.  (Complies.)

Q.   What kind of phone is that, if you can tell?

A.   This is a Samsung.

Q.   Okay.  And do you know what the call number is for that phone?

A.   I know it begins with 808 and ends with 8342.

Q.   Okay.

     MS. MEDETIS-LONG:  Your Honor, permission to publish what's been admitted as Government's Exhibit 1118?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Now, did the FBI obtain records from service providers to determine the subscriber of this phone, Government's Exhibit 301?

A.   Yes, ma'am.

Q.   And what are we looking at on the screen now?

A.   We are looking at the T-Mobile subscriber records.

Q.   And those were obtained by the FBI in the course of this investigation?

A.   Yes, ma'am.

Q.   And directing you to subscriber details -- first of all, for what number are these subscriber records?

A.   They are for the number 808-464-8342.

Q.   And what's the subscriber name in that first row that we see?

A.   Kathleen Schaffer.

Q.   And directing your attention two rows down to "device details."  What is the MSISDN number there?

A.   808-464-8342, which is the phone number of the phone.

Q.   And what is the MSISDN name for that MSISDN telephone number?

A.   Ryan Routh.

Q.   Now, is there any other evidence aside from these subscriber records linking the defendant as the user of this phone?

A.   Yes.

Q.   What is that?

A.   The defendant stipulated to -- that this was his phone.

Q.   Can you hold up Government's Exhibit 300?

A.   Yes, ma'am.  (Complies.)

Q.   Which phone is that?

A.   This is a TracFone.

Q.   And where was that taken?

A.   From the Nissan Xterra.

Q.   Government's Exhibit 300, what is the telephone number for that phone?

A.   This phone ends in 1801.

        MS. MEDETIS-LONG:  Your Honor, permission to publish what's already been admitted as Government's Exhibit 702?

        THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.   Did you uncover evidence linking the defendant to Government's Exhibit 300 as the user?

A.   Yes.

Q.   What is Government's Exhibit 702 on your screen?

A.   This -- this is a cell phone report related to GX300.

MS. MEDETIS-LONG:  Can we zoom back out.

BY MS. MEDETIS-LONG:

Q.   And going to -- zooming in to device information, how do we know it's a report for GX300?

A.   You see this is the phone number here (indicating), ending in 1801.  728-206-1801 is the call number for this device.

MS. MEDETIS-LONG:  Now, if we could scroll to the next page, and to the page after that.

BY MS. MEDETIS-LONG:

Q.   Going to row 13, directing your attention there, what does this row show?

A.   It shows that the user of GX300 logged into the Facebook account for Ryan Routh, meaning the defendant used this phone to log into his true name Facebook account.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1119?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Previously admitted.

///

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   These are the subscriber records for this TracFone, GX300.

Q.   GX300.   And were those obtained by the FBI in the course of this investigation?

A.   Yes, ma'am.

Q.   And how do you know that they are the subscriber records for GX300?

A.   You also see here in the first row, (indicating) the call number ending in 1801.

     MS. MEDETIS-LONG:   Can we go to the second page of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What does that say about profile last name and profile first name for this telephone number ending in 1801?

A.   There is none provided.

Q.   What do you know about TracFone?

A.   It is a month-to-month prepaid cell phone service that does not require a contract and, therefore, can be purchased without any identification or identity provided.

Q.   Now, in your training and experience, are there certain individuals that would subscribe to or obtain a phone without giving a name or number -- or name or address?

A.   Yes.   It would be someone who is -- with multiple phones is looking to or seeking to hide their activity on the phone.

Q.   And in your training and experience, have you encountered individuals doing just that with TracFone?

A.   Yes, ma'am.

Q.   Could you hold up Government's Exhibit 302, previously admitted into evidence.

A.   302 (indicating).

Q.   What kind of phone is that?

A.   This is an AT&T Calypso phone.

Q.   And did your investigation uncover the telephone number assigned to that phone?

A.   Yes.

Q.   And where was that phone taken from?

A.   The Nissan Xterra.

Q.   Who found it?

A.   The FBI.

Q.   Okay.  And what's the telephone number assigned to that phone?

A.   This one ends in 7269.

Q.   And did FBI obtain subscriber information for that telephone number?

A.   Yes, we did.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1117?

THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q. What are these, ma'am?

A. These are the subscriber records for GX302.

Q. But what is the name at the top row for "financially liable party"?

A. John White.

Q. What's the contact home phone under the financially liable party?

A. Appears to me to be a fake phone, 111-111-0001, which is not a real phone number.

Q. Contact work phone, what is that listed as?

A. 111-111-0002.

Q. And where it says "customer since," under financially liable party, what date is that?

A. August 4, 2024.

Q. And going to user information, what is the telephone number or MSISDN for this subscriber?

A. 743-251-7269.

Q. And what is the service start date?

A. August 4, 2024.

Q. And what is the payment type?

A. Prepaid.

Q. And what is the contact home email?

A. no@aol.com.

MS. MEDETIS-LONG: Your Honor, permission to publish

Government's Exhibit 334A?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   And what is this, ma'am?

A.   This is an AT&T receipt.

Q.   And where was it taken from?

A.   From the Nissan Xterra.

Q.   And is there a location for this AT&T receipt?

A.   Yes.  It says Greensboro, North Carolina.

Q.   Circle where it says that, please.

A.   Hard to read.  (Complies.)  (Indicating.)

Q.   Under "Customer," what does it say?

A.   John W.

Q.   And is there a telephone number listed there for the customer?

A.   Yes, ma'am.

Q.   And what is the telephone number?

A.   743-251-7269.

Q.   And, again, what number -- what telephone does that resolve back to, that number?

A.   GX302.

Q.   And what is the date of this receipt?  If you look all the way at the bottom, if you could circle it.

A.   August 4th, 2024 (indicating).

Q.   And how -- first of all, what was the total for this -- for

this -- for the items that were purchased?

A.    $80.77.

Q.    And what, in fact, was purchased, looking at this right here (indicating)?

A.    Purchased a new SIM card for the device and paid for activation.

Q.    And how was this bill paid?

A.    Cash.

        MS. MEDETIS-LONG:  Can we compare Government's Exhibit 334A to 117.  1117, rather.

BY MS. MEDETIS-LONG:

Q.    Does the receipt from the Xterra in Government's 334A have similarities with the subscriber records for telephone number ending in 7269?

A.    Yes.

Q.    What are those similarities?

A.    John W matches, as well as the date of activation.  The customer name, correct, John W.

        And then the account number and the phone number, most notably.

Q.    And that's his phone number ending in 7269?

A.    Yes, ma'am.

Q.    By the way, who is the cashier listed on the receipt on the left side of your screen?

A.    Aaron T.

Q.   Now, between the fact that the phone was found in the defendant's vehicle, or the one that he was driving, and the activation receipt from AT&T was in the defendant's vehicle, what is your estimation of who was using that phone?

A.   The defendant was using this phone.

Q.   Have you responded to the Marathon gas station and truck stop at 890 U.S. 27 North in South Bay, Florida, during your investigation?

A.   Yes, ma'am.

Q.   And did you uncover during the course of your investigation evidence tying the defendant to that gas station truck stop?

A.   Yes, I did.

Q.   Now, having responded to the Marathon gas station truck stop in South Bay, did you then take a route back to West Palm Beach and the Trump International Golf Club?

A.   I did.

Q.   What route did you take?

A.   I went from South Bay through Belle Glade and then across Southern Boulevard over through Loxahatchee, Royal Palm Beach, and into West Palm Beach.

MS. MEDETIS-LONG:  Your Honor, permission to publish already in evidence Government's Exhibit 733?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is an aerial view of the Marathon gas station and truck stop in South Bay.

Q.   Now, aside from it being a truck stop and a gas station, are there other businesses there?

A.   Yes.

Q.   What are they?

A.   There is a restaurant called Dos Amigos, and there is a Long Island Food Market as well.

Q.   And the Dos Amigos, does that have wireless connectivity?

A.   It does.

Q.   Did you check it on your phone?

A.   I did.

Q.   And what is the name of the wireless for Dos Amigos?

A.   It's "Dos Amigos."

Q.   Okay.  With respect to the Long Island Food Market, did you purchase anything from that store?

A.   Yes, I did.

Q.   And what was on the receipt for your purchase?  What did it say?

A.   It said "Long Island Food Market."

Q.   Okay.  I'm pointing you to the right side of the photo circling that area.  Do you see that?

A.   Yes, ma'am.

Q.   What is that?

A.   That is the farthest-most point of the parking lot away

from the truck stop.

Q.   And did you visit that area when you went to this location?

A.   I did.

Q.   And is there also a light pole there?

A.   Yes, ma'am.

Q.   Is there evidence in this investigation that the defendant spent time, in fact extended periods of time, at this gas station truck stop?

A.   Yes, ma'am.

     MS. MEDETIS-LONG:  And we will speak about these in greater detail later, but if we could have permission to publish Government's Exhibit 720, 726, 724, 725, and 721, already admitted into evidence one at a time?

     THE COURT:  Yes.

BY MS. MEDETIS-LONG:

Q.   Starting with Government's Exhibit 720, what is this, generally speaking?

A.   It's a Long Island Food Market receipt.

Q.   And where was it found?

A.   In the Nissan Xterra.

Q.   Going to Government's Exhibit 726, what is this?

A.   It's another Long Island Food Market receipt.

Q.   And where was that found?

A.   In the Nissan Xterra.

Q.   Going to Government's Exhibit 724, what is that?

A.   A Long Island Food Market receipt.

Q.   And where was that found?

A.   In the Nissan Xterra.

Q.   Going to Government's Exhibit 725, what is that?

A.   A Long Island Food Market receipt.

Q.   And where was that found?

A.   In the Nissan Xterra.

Q.   And going to Government's Exhibit 721, what is that?

A.   A Long Island Food Market receipt.

Q.   Where was that found?

A.   The Nissan Xterra.

        MS. MEDETIS-LONG:  Your Honor, permission to publish G734A and B?

        THE COURT:  Granted.

        MS. MEDETIS-LONG:  Already in evidence.

BY MS. MEDETIS-LONG:

Q.   What is 734A?

A.   This is a photograph of that farthest-most corner of the truck stop parking lot, and this shows the light post and the tree.

Q.   And going to Government's 734B, what is that?

A.   That is the base of the light post, and those are orange earplugs on the light post.

        MS. MEDETIS-LONG:  If we could show Government's Exhibit 733 again for a moment.

BY MS. MEDETIS-LONG:

Q. And where is the light post and the tree? If you could circle it on Government's Exhibit 733.

A. (Complies.)

Q. Now, going back to 734B, you said those are orange earplugs. Did those make an appearance in this investigation in a different area or location other than the light post?

A. Yes, ma'am.

MS. MEDETIS-LONG: Your Honor, permission to publish side by side with 734B, Government's Exhibit 730, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What do we see in Government's Exhibit 730?

A. Orange earplugs.

Q. And where are those depicted?

A. They're in the Nissan Xterra.

Q. And when was this picture taken? Or during what event was it taken?

A. During the -- excuse me -- during the search of the Xterra after the defendant's arrest.

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 756A and B, already in evidence?

THE COURT: Granted.

///

BY MS. MEDETIS-LONG:

Q.   Showing you Government's Exhibit -- first, Government's Exhibit 756A.  What do we see here?

A.   This is a still photo of a police officer's body-worn camera depicting the parking lot at the Marathon truck stop.

Q.   What is the date and time?

A.   September 6, 2024, at 1500.  That's 3:00 p.m.

Q.   And what do we see in this series of vehicles here?

A.   I note specifically the orange truck in the middle.

Q.   Did you see that elsewhere in this investigation?

A.   I did.

Q.   And we will talk about that in a moment.

     MS. MEDETIS-LONG:  Can we show Government's Exhibit 756B.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is another still photo from the police officer's body-worn camera from September 6, 2024, and it depicts the defendant standing next to the Nissan Xterra.

Q.   And what part of the -- where is this picture taken?

A.   This is in that far corner of the truck stop parking lot with the Xterra parked under the tree that I just circled in the previous photo.

     MS. MEDETIS-LONG:  Your Honor, permission to publish what's already admitted as Government's Exhibit 710?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this generally?

A.   A cell phone report for GX300.

Q.   And going to the bottom of this page, how do you know it's a cell phone report for Government's Exhibit 300?

A.   When we zoom out, I will --

MS. MEDETIS-LONG:  Oh, going to the next page.

THE WITNESS:  Great.

MS. MEDETIS-LONG:  I'm sorry.  Can we go to the first page again.  I apologize.

BY MS. MEDETIS-LONG:

Q.   Just circling this information here, how do you know it's Government's Exhibit 300?

A.   1B17 is Government's Exhibit 300.

Q.   And who assigned 1B17 to this phone?

A.   Our evidence team.

Q.   And going to the second page of this report, what is this artifact?

A.   This is an image.

Q.   And what does the "date modified" show?

A.   August 29, 2024.

Q.   And where is this image coming from?

A.   It depicts the parking lot of the Marathon truck stop gas station taking from -- taken from the aspect of the far end of

the parking lot back towards the truck stop.

MS. MEDETIS-LONG:  Can we go to the last page of this report to see an enlarged image.

BY MS. MEDETIS-LONG:

Q.   Is that what you are talking about?

A.   Yes, ma'am.

Q.   And was this found on GX300?

A.   Yes, ma'am.

Q.   We talked about a series of receipts from the Long Island Food Market.  What were those purchases for?

A.   For overnight parking.

Q.   And was it for one day or multiple days?

A.   Multiple days.

Q.   Now, based on all of the evidence we've looked at, including the body-worn camera stills and the receipts, which we will talk about in more detail later, what is your assessment of where the defendant was living between August 14th and September 15, 2024?

A.   He was living in the Nissan Xterra in the Marathon truck stop parking lot.

Q.   Okay.  Now, based on your investigation, is there evidence not just tying the defendant to the Marathon gas station and truck stop in South Bay, but is there also evidence tying the defendant to the Trump International Golf Club, and, in particular, the 6th hole?

A.    Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, permission to publish already admitted Government's Exhibit 180?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    This is the area on the exterior, on the outside of the fence, the perimeter fence of Trump International Golf Club in the vicinity of the green of the 6th hole.

Q.    Have you been to this location?

A.    I have.

Q.    And what do we see depicted in -- what are the items depicted in this photograph at Government's Exhibit 180?

A.    I see the rifle, two bags hanging from the fence, a GoPro-style camera, and as well as some tins and sausages on the ground.

Q.    I have just -- what have I just circled?

A.    The tin and the sausages.

Q.    Was that tin seized as part of the evidence in this case?

A.    Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-102, a physical item already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Your Honor, permission to approach

the witness?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   (Tendering item.)

A.   Thank you.

Q.   Special Agent McGreevy, what have I just handed you?

A.   This is the tin from the -- from the hide.

Q.   And have you had a chance to inspect that?

A.   I have.

Q.   Did you inspect it prior to today?

A.   I did.

Q.   And is there a number that stands out to you on that can at the bottom of it?

A.   Yes, there is.

Q.   What is that number?

A.   It's P4247.

Q.   Were cans of sausage found in other areas as part of your investigation, other than in the hide?

A.   Yes, they were.

MS. MEDETIS-LONG:  Showing you Government's Exhibit -- permission to publish Government's Exhibit 921, already in evidence, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this a photo of?

A.    This is a photo of a -- a box full of food items to include tins of Armour Vienna Sausage.

Q.    And where was that photo taken?

A.    In the Nissan Xterra.

Q.    And when was it taken?

A.    After the defendant's arrest.

Q.    Were those cans of Vienna sausage seized as a result of this investigation?

A.    Yes, they were.

        MS. MEDETIS-LONG:  Your Honor, permission to approach with Government's Exhibit 200-85, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    (Tendering item.)

A.    Thank you.

Q.    I have just handed you Government's Exhibit 200-85.  What is that, Special Agent?

A.    These are two tins of Armour Vienna Sausage.

Q.    And where were those taken from?

A.    From the Nissan Xterra.

Q.    Did you have an opportunity to inspect those before today?

A.    I did.

Q.    And did you look at the number on the bottom of those cans?

A.    Yes, ma'am.

Q.    And what is the number on the bottom of each of those cans

that stands out to you?

A.    P4247.

Q.    Where have you seen that number before?

A.    On the other tin.

Q.    Which tin?

A.    Excuse me.  The tin that was seized from the hide.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 734C, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see there?

A.    A tin of Armour Vienna Sausage.

Q.    And where is that photo taken?

A.    That's at the base of the light post at the Marathon truck stop in South Bay.

Q.    Did you visit that area?

A.    I did.

Q.    And what did you see when -- well, let me show you Government's Exhibit 735D first.

MS. MEDETIS-LONG:  Permission to publish, Your Honor, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see there?

A.    More tins of Armour Vienna Sausage.

Q.   And did you have an occasion to go to that tree?

A.   I did.

Q.   And what did you see when you went to that tree?

A.   I saw a tin.

Q.   And did you inspect that tin?

A.   Yes, ma'am.

Q.   And did you look at the bottom of the can?

A.   Yes, ma'am.

Q.   And did there -- was there a number that stood out to you?

A.   Yes.  P4247.

Q.   And where have we seen that number before?

A.   On the sausages we took from the Nissan Xterra as well as the tin we seized from the hide at the golf course.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-67, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here, Special Agent?

A.   This is a Family Dollar receipt.

Q.   And what's the location of this Family Dollar store?

A.   Belle Glade, Florida.

Q.   What's the date on this receipt?

A.   September 10, 2024.

Q.   Can you circle that for the ladies and gentlemen --

A.   Yes.

Q.    -- of the jury?

A.    (Complies.)

Q.    And can you circle where it says Belle Glade?

A.    Yes, ma'am.  (Complies.)

Q.    What was purchased on this day from the Family Dollar store in Belle Glade?

A.    Among other things, Armour Vienna Sausage, but also a few table covers and juice.

Q.    And where was this receipt taken from?

A.    From the Nissan Xterra.

        MS. MEDETIS-LONG:  Now, can we compare, if we might, this exhibit with Government's Exhibit 921, already in evidence, Your Honor?

        THE COURT:  You may.

BY MS. MEDETIS-LONG:

Q.    What brand of sausages in Government's Exhibit 921?

A.    Armour Vienna Sausage.

Q.    And where was that photo taken again?

A.    That is from a bin inside the Nissan Xterra.

        MS. MEDETIS-LONG:  Your Honor, permission to publish what's already been admitted as Government's Exhibit 908?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is 908, ma'am?

A.    This is a cell phone report for GX301, the cell phone in

the defendant's true name.

Q.   And if we could scroll to the last page of this exhibit.

What do we see here?

A.   This is a selfie photograph of the defendant holding a can of Armour Vienna Sausages.

Q.   Where does he appear to be sitting?

A.   At the rear of the Nissan Xterra.

MS. MEDETIS-LONG:   And if we could scroll back up to page 2 of this report.

BY MS. MEDETIS-LONG:

Q.   What is the "date modified" here (indicating)?

A.   September 9, 2024.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 200-9, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this, ma'am?

A.   This is a cell phone report for GX301, the defendant's cell phone in his true name.

MS. MEDETIS-LONG:   And if we could go to the second page.

BY MS. MEDETIS-LONG:

Q.   What is the "date modified" on this?

A.   September 14, 2024.

Q.   And what is the artifact depicted in this report?

A.   It's a photograph of a bin of food.

Q.   And where was this photograph found?

A.   On the defendant's cell phone, GX301.

Q.   And does anything stand out in this bin of food?

A.   Yes.  You could see the two tins of -- two tins of Armour Vienna Sausage.

Q.   Now, aside from the defendant's apparent affinity for Vienna sausages, are there other items of evidence that tie him to the 6th hole of the Trump International Golf course?

A.   Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, permission to approach the witness with Government's Exhibit 200-41, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   (Tendering item.)

A.   Thank you.

Q.   What have I just handed you?

A.   This is a red Harbor Freight flashlight.

Q.   And where was that taken from?

A.   The Nissan Xterra.

Q.   Can you hold that up for the ladies and gentlemen of the jury to see.

A.   (Complies.)

MS. MEDETIS-LONG:  Your Honor, permission to approach?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Your Honor, permission to use the ELMO?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What are we looking at here?

A.   This is the red flashlight I just held up.  And it's coming in and out of focus, but it says "Harbor Freight."  There you go.

Q.   And where was this taken from?

A.   From the Nissan Xterra.

Q.   And this is Government's Exhibit 200-41; correct?

A.   Correct.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-45?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a Harbor Freight receipt.

Q.   And for what location?

A.   Greensboro, North Carolina.

Q.   And what is the date at the very bottom of the receipt?

A.   August 7, 2024.

MS. MEDETIS-LONG:  And if we could zoom into this area here (indicating).

BY MS. MEDETIS-LONG:

Q.   What was purchased?

A.   Among other things, a 3-1/2 inch LED mini flashlight, 2-pack.

Q.   And could you circle that, please?

A.   Yes, ma'am.  I will underline it (indicating).

Q.   Now, I'm directing your attention to what's immediately to the left of what you just circled, which is the number 63600. Do you see that?

A.   Yes, ma'am.

Q.   Did you do any research about that?

A.   I did.

Q.   And what did you find?

A.   I found that that SKU matches -- should you purchase a 3-1/2 inch LED mini flashlight 2-pack, that SKU matches that exact item, and that the 2-pack includes a red flashlight and a blue flashlight.

Q.   Did the investigation reveal a blue flashlight?

A.   Yes, it did.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-39?

        THE COURT:  Granted.

        MS. MEDETIS-LONG:  Already in evidence.

BY MS. MEDETIS-LONG:

Q.   What is this a picture of generally?

A.   It's an evidence Item Number 26.

Q.   And where is this located?

A.   This is located near the green of the 6th hole of Trump International Golf Club, inside the fence.

Q.   On the golf course side of the fence?  When you say "inside of the fence," is that what you mean?

A.   Yes, ma'am.

Q.   Okay.

        MS. MEDETIS-LONG:  Can we have permission, Your Honor, to publish 200-46, already in evidence?

        THE COURT:  You may.

BY MS. MEDETIS-LONG:

Q.   And what do we see here?

A.   This is a photograph of a blue Harbor Freight flashlight.

Q.   Based on your observations about Government's Exhibit 200-41 --

A.   Yes, ma'am.

Q.   -- the red flashlight, and the flashlight depicted in 200-46, well, what are your observations?

A.   That this appears to be the two flashlights purchased in the two-pack as depicted on the receipt.

Q.   Now, based on your observations and comparisons between the two flashlights, the one at the golf course and the one in the defendant's Nissan Xterra, and based on your receipt -- on the receipt for the two flashlights from Harbor Freight found in

the Xterra, what is your conclusion about the defendant as it relates to this side of the golf course, the north side of the golf course near the 6th hole?

A.   It appears the defendant was physically located inside the fence, so inside the golf course.

Q.   Have you personally visited Trump International Golf Course?

A.   Yes, ma'am.

Q.   And have you visited the 6th hole area?

A.   Yes, ma'am.

Q.   What other parts of the golf course have you visited?

A.   Also the hole -- near the 14th hole.

Q.   Did you personally inspect the area where the rifle and the metal plates were found in the previous exhibit that I showed you?

A.   Yes, ma'am.

        MS. MEDETIS-LONG:  We can take this down, Ms. Luce.

        Now, if I may have permission, Your Honor, to publish what's already been admitted as 200-107?

        THE COURT:  You may.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

Q.   What is a burner phone?

A.   It's a common phrase used to describe a phone that does not have an identity assigned to it.

Q.   Who uses burner phones?

A.   People who are intending to hide their activities on that phone.

MS. MEDETIS-LONG:   Now, if we could go to the next page.

BY MS. MEDETIS-LONG:

Q.   What is this showing us occurred on GX300?

A.   These are web searches.

Q.   For what?

A.   So on September 5th, 2024, the defendant used GX300 to search for welding shops in Belle Glade.

Q.   Could you buy a metal plate from a welding shop?

A.   Yes, you could.

Q.   Did you inspect the fence running along the perimeter of the golf course at the 6th hole?

A.   I did.

MS. MEDETIS-LONG:   Your Honor, permission to approach the witness with what's already been admitted as Government's Exhibit 200-72, a physical exhibit?

THE COURT:   You may.

BY MS. MEDETIS-LONG:

Q.   (Tendering item.)

A.   Thank you.

Q.   Ma'am, could you hold that up for the jurors to see?

A.   (Complies.)

Q.   Where was that taken from?

A.   This was taken from the Nissan Xterra.

Q.   And based on your investigation, what does that look like to you?

A.   This looks like a piece of the chain-link fence.  It's similar to the chain-link fence at Trump International Golf Club.

         MS. MEDETIS-LONG:  Permission to approach, Your Honor?

         THE COURT:  Granted.

         MS. MEDETIS-LONG:  Permission to use the ELMO to publish to the jury?

         THE COURT:  Granted.

         MS. MEDETIS-LONG:  And for the record, we're showing the jury Government's Exhibit 200-72.

         Could we go to Government's Exhibit 175, Your Honor, permission to publish, already in evidence?

         THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What have I just circled on that photograph?

A.   That is a GoPro-style camera.

Q.   And what is this a photograph of?

A.   This is the fence at -- on the perimeter of the Trump International Golf Club.

Q.   And --

A.   And --

Q.   Go ahead.

A.   This is the hide.

Q.   Okay.  And what did the FBI do with that camera after it was found at the hide?

A.   We seized it and then we searched it.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-106D, already in evidence?

THE COURT:  Granted.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see there?

A.   We see a black chain-link fence consistent with the fence at the perimeter of the golf club.

MS. MEDETIS-LONG:  And if we could show Government's Exhibit --

BY MS. MEDETIS-LONG:

Q.   And where was this video taken from?

A.   This -- this video is captured by the -- the GoPro-style camera hanging on the fence.

MS. MEDETIS-LONG:  And if we could have permission first to publish Government's Exhibit 200-106E, already in evidence?

THE COURT:  Granted.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is another video depicting chain-link fence, very consistent with the fence on the perimeter of Trump International Golf Club.

Q.   Holding up again Government's Exhibit 200-72, what is that reminiscent of?

A.   The fence at Trump International Golf Club.

Q.   Is it consistent with the fence in the two videos at Government's Exhibit 200-106D and 200-106E?

A.   Yes, ma'am.  As well as my personal inspection of that fence.

Q.   Now I want to talk about the rifle for a moment.

      MS. MEDETIS-LONG:  Could we go to Government's Exhibit 175.  Permission to publish?  It's already in evidence, Your Honor.

      THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here (indicating)?

A.   That is a plastic wrapping affixed to the scope of the rifle.

      MS. MEDETIS-LONG:  Permission to publish what's already in evidence as Government's Exhibit 26?

      THE COURT:  Granted.

MS. MEDETIS-LONG:  And if we could go back to 175 for a moment.  I apologize.

BY MS. MEDETIS-LONG:

Q.   What is this a photo of, for the record?

A.   This is a photo of the hide.

Q.   And what does it show?

A.   It depicts the rifle and the bags with the metal plates hanging from the fence, and the GoPro-style camera.

Q.   Okay.

MS. MEDETIS-LONG:  Now if we could go to Government's Exhibit 26.

BY MS. MEDETIS-LONG:

Q.   What does this show?

A.   This is a portion of the rifle and the scope.

Q.   And could we zoom in on the -- on that area of the scope there.  What does that say?

A.   Dollar General.

Q.   And what does this say here (indicating)?

A.   It seems to be cut off, but "stimulates gums" or "mulates gums."

Q.   Does this suggest this is some kind of dental product?

A.   Yes, it does.

THE WITNESS:  Do I need these?

MS. MEDETIS-LONG:  Your Honor, permission to approach with Government's Exhibit 6 --

THE COURT:  Granted.

MS. MEDETIS-LONG:  -- already in evidence?

BY MS. MEDETIS-LONG:

Q.   Agent, do you have gloves up there?

A.   I do (indicating), yes, ma'am.

Q.   (Tendering item.)

A.   Thank you.

Q.   What have I just handed you?

A.   This is the wrapping from the scope, removed from the scope.

Q.   Is it the same wrapping that we see appearing in Government's Exhibit 26 on the screen right now?

A.   It is.

Q.   And what does it say?

A.   It says "Dollar General," and it says "stimulates gums."

Q.   And does it say anything else?

A.   It says it's mint flossers, among other things.

Q.   Does it list a SKU number, an S-K-U number?

A.   It does.

Q.   What does it list the SKU number as?

A.   The SKU is listed as 85- -- excuse me.  850032682435.

MS. MEDETIS-LONG:  Your Honor, permission to approach?

THE COURT:  Granted.

THE WITNESS:  Leave it out?

MS. MEDETIS-LONG:  (Nods head.)

Your Honor, permission to use the ELMO to publish this exhibit that was read to the jury?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   That number that you just read, Special Agent McGreevy, could you circle it or underline it for us.

A.   Yes.  (Complies.)

MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 729, already in evidence, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a Dollar General receipt.

Q.   And what location?

A.   From South Bay, Florida.

Q.   What's the date?

A.   August 20th, 2024.

Q.   And what is the first item purchased?

A.   Floss picks.

Q.   And what is the item number?

A.   850032682435.

Q.   Where was this receipt taken from?

A.   From the Nissan Xterra.

Q.   By who?

A.   By the FBI.

Q.   When?

A.   During the search of the defendant's vehicle, the Nissan Xterra, after his arrest.

Q.   That SKU number that you just read from the receipt for floss picks, where have you seen that before?

A.   It's the same SKU number as from the package that we just reviewed.

Q.   This package right here (indicating)?

A.   Yes, ma'am.

Q.   Government's Exhibit 6?

A.   Yes, ma'am.

Q.   Where was the Nissan Xterra parked at the time of the incident?

A.   In a parking lot across from the hide.

     MS. MEDETIS-LONG:   Your Honor, permission to publish what's already in evidence as Government's Exhibit 200-104?

     THE COURT:   Granted.

     (A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What are we seeing here?

A.   This is the dash camera of a truck that was also parked in that same parking lot across from the hide.

Q.   And what is the perspective that we're seeing?  What is across the street from this perspective?

A.   The tree line is the -- the edge of the golf course, and

you will see the hedge as light comes up later. But we're looking directly at the hide, which is in that hedge line directly in front of us.

Q. And what's the date of the video?

A. September 15th, 2024.

MS. MEDETIS-LONG: And if we could go to 1 minute -- 1 minute 15 seconds, please.

BY MS. MEDETIS-LONG:

Q. What's the lighting, by the way, in this area?

A. It's -- it's dark. It's predawn. And now the lights have just come on on the truck.

Q. And what do we see on the right side of the frame?

A. The Nissan Xterra.

(A video and/or audio was played.)

MS. MEDETIS-LONG: You can take that down.

BY MS. MEDETIS-LONG:

Q. As part of your investigation, did you uncover evidence that the defendant was planning to and ultimately did purchase a firearm?

A. Yes.

Q. Before coming to the West Palm Beach area?

A. In August, yes.

Q. And did that planning start before September 15, 2024?

A. Yes, ma'am.

Q. Have you reviewed evidence as far back as March 2024,

regarding the defendant obtaining a firearm?

A.  Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's already in evidence as Government's Exhibit 7?

THE COURT:  Granted.

We are at 4:30, so you should find a natural stopping point.

MS. MEDETIS-LONG:  This would be a natural stopping point, Your Honor.

THE COURT:  Okay, then.

All right.  We will continue with the examination of this witness tomorrow, ladies and gentlemen, at our same time of 9:00 a.m.

I remind you of all of my instructions which are not to discuss this case with anyone, including your fellow jurors; not to conduct any investigation or research about this case in any way; of course, no contact with any of the attorneys, witnesses, or parties in this case; and maintain a fully open mind until the conclusion of the proceeding.

With that, have a very nice evening.  We will see you tomorrow morning.  Thank you.

(The jury exited the courtroom at 4:34 p.m.)

THE COURT:  Please have a seat.

And thank you.  Ma'am, don't discuss the substance of your testimony before tomorrow, of course, with anyone.  And

that's -- that's it.  Thank you very much.  You may be excused.

THE WITNESS:  Thank you, ma'am.

MS. MEDETIS-LONG:  Your Honor, may I approach to retrieve the evidence?

THE COURT:  You may.

We're going to be in recess until ten till 5:00.  That's 4:50.  Please be prepared to conduct the initial charge conference, again, using those filed versions that were supplied to you earlier today.  Thank you.

(A recess was taken from 4:36 p.m. to 4:53 p.m.)

THE COURT:  Please have a seat.  Everybody is present.

Okay.  Before we jump into the jury instructions and the verdict form, I want to just review the witness list and determine -- have a better sense of any remaining government witnesses, Ms. Medetis-Long.

MS. MEDETIS-LONG:  Yes, Your Honor.  Ms. McGreevy is the last of the government witnesses.

THE COURT:  Okay.  So, to be clear, Rachel Clay, Tracy Fulk, Travas Holland, Michael Kelly, Austin Laufer, Christian Plata are not testifying?

MS. MEDETIS-LONG:  Not in our case in chief, Your Honor.

THE COURT:  Okay.  All right, then.  Are there any additional exhibits that you seek to introduce through the special agent tomorrow?

MS. MEDETIS-LONG: Yes, Your Honor. And in fact, I would seek to pre-admit them pursuant to 902(11). These are certified business records that were obtained pursuant to a search warrant provided in discovery and, of course, provided on September 2nd as part of the government's exhibits. They are all from the Google account iamanidiot200010001@gmail.com.

THE COURT: Okay. And the exhibit numbers are?

MS. MEDETIS-LONG: Certainly, Judge. They are: Government's Exhibit 130, Government's Exhibit 131, 132, 140, 143, 146, 411, and 413.

THE COURT: Mr. Routh, do you need more time to review those exhibits to determine if you have an objection?

MR. ROUTH: I'm assuming that they're all from that Google account?

THE COURT: I can't advise you one way or the other. Those are the numbers that have been provided. If you need more time to review the actual documents, I'm happy to provide that. I just want to know what your ultimate position is. If you're not ready to announce that now, then we can take it up in the morning.

MR. ROUTH: If I could have just a minute?

THE COURT: Okay.

MR. ROUTH: No objection, Your Honor.

THE COURT: Okay. Let's go over those numbers carefully.

Do you have any objection to Government's 130, Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Government's 130 will be admitted without objection.

(Government Exhibit 130 was received in evidence.)

THE COURT:  Do you have any objection, Mr. Routh, to Government's 131 or 132?

MR. ROUTH:  No, Your Honor.

THE COURT:  Those exhibits will be admitted without objection.

(Government Exhibits 131 and 132 were received in evidence.)

THE COURT:  Mr. Routh, do you have any objection to Government's Exhibit 140 or 143?

MR. ROUTH:  No, Your Honor.

THE COURT:  Those two exhibits will be admitted without objection.

(Government Exhibits 140 and 143 were received in evidence.)

THE COURT:  Do you have any objection, Mr. Routh, to Government's Exhibit 146?

MR. ROUTH:  No, Your Honor.

THE COURT:  That, too, will be admitted without objection.

(Government Exhibit 146 was received in evidence.)

THE COURT:  Now, jumping forward to Government's 411. Do you have an objection to that exhibit, sir?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Government's 411 will be admitted without objection.

(Government Exhibit 411 was received in evidence.)

THE COURT:  And then 413?

MR. ROUTH:  No objection.

THE COURT:  Okay.  413 will be admitted without objection.

(Government Exhibit 413 was received in evidence.)

MS. MEDETIS-LONG:  Your Honor, if I may?  There are two more exhibits that are illustrative aids that we don't seek to admit but will be seeking to publish.  And those are at Government's Exhibit 600-153 and 600-154, as well as -- if you'd give me a moment...

THE COURT:  We will do demonstrative aids tomorrow.  I don't want to take that up now.

MS. MEDETIS-LONG:  Fine, Your Honor.

THE COURT:  Any other exhibits that you -- that don't fall into the demonstrative category?

MS. MEDETIS-LONG:  No, Your Honor.

THE COURT:  Okay.  All right.  So I assume the parties have taken good notes as far as what is admitted and not

admitted.  It will be important to have those exhibits in organized fashion for quick transmission to the jury when the time comes to give them the exhibits.  So please make sure you're cross-referencing your lists.

For organizational purposes, looking at the exhibit list, I see 107 as not admitted, 129 as not admitted.  And 447, I show that as not admitted either, but I may be mistaken.  Same with 526, 527, 535, 536, 537.  It appears 540A was not admitted, although B and C were.

MS. MEDETIS-LONG:  That's according to my records; I have the same thing, Your Honor.

THE COURT:  Okay.  Based on the representation, the government's not at this time seeking to introduce anything related to the storage trailer.  That would make sense to see that 541A and B, and 542, are not admitted.

MS. MEDETIS-LONG:  Yes, Judge.

THE COURT:  Along with 545 through 548?

MS. MEDETIS-LONG:  Yes, Judge.

THE COURT:  Then we go to 600-153, and 600-154; two video recordings not admitted.

MS. MEDETIS-LONG:  Your Honor, those would be two of the illustrative aids.

THE COURT:  Okay.  Then looking at transcripts for radio transmissions; 600-172 through 177, not admitted.

MS. MEDETIS-LONG:  Correct, Judge.

THE COURT: 800, not admitted. 913 and 914 were just aids. Then we have 933 and 934, not admitted.

MS. MEDETIS-LONG: Your Honor, I think we might be looking at a slightly different exhibit list that -- than the one that we updated with some more exhibits that are not admitted. It doesn't change the Court's analysis, but there are more exhibits that haven't been admitted. I can name those if you would like.

THE COURT: Okay. We will get there in just a moment.

But again, 933, 934; not admitted. 936A through C, 937, 938, 939A and B; not admitted.

MS. MEDETIS-LONG: Yes, Judge.

THE COURT: 946 and 947A through M as in Mary; not admitted.

MS. MEDETIS-LONG: Yes, Judge.

THE COURT: 951, not admitted. 952, not admitted. Same for 1007 through 1009.

MS. MEDETIS-LONG: Your Honor, my records show that 952 was admitted on September 11th; that was the body worn footage showing Mr. McGee identifying Mr. Routh.

THE COURT: Madam reporter, can you check that, please.

MS. MEDETIS-LONG: September 11th, Your Honor.

THE STENOGRAPHER: What exhibit?

THE COURT: 952.

THE STENOGRAPHER: I have it as admitted.

THE COURT:  Okay.  Then 952 was admitted.  And was that without objection, Madam Reporter?

THE STENOGRAPHER:  Correct.  No objection.

THE COURT:  Okay.  Thank you.  The stipulations that were read today, Ms. Medetis-Long, are 1200 and 1201?

MS. MEDETIS-LONG:  Yes, Your Honor.

THE COURT:  Okay.  Other exhibits not admitted would be 1141, 1142; 1142 being an illustrative aid.  1301 through 1303; is that correct?

MS. MEDETIS-LONG:  I have 1301 through 1305, Your Honor.

THE COURT:  Not admitted?

MS. MEDETIS-LONG:  Not admitted.

THE COURT:  Okay.  All right.  That concludes the not admitted reading.

There are others, I think you said?

MS. MEDETIS-LONG:  Yes, Your Honor.  There -- you said, 800.  And then there is 801 through 809, consecutive, that are on our revised exhibit list, but that are not going -- that have not been admitted in our case in chief.

THE COURT:  Okay.

MS. MEDETIS-LONG:  And the one exhibit that I failed to mention, Your Honor, that we will be seeking to introduce through Special Agent McGreevy that is not an illustrative aid, is Government's Exhibit 168.

THE COURT:  Okay.  Then you can address that tomorrow with the witness.

Okay.  Having gone through that, let's now turn to the charge conference.  The way I will do this is I will go page by page, and I will ask each side whether they have an objection or a suggestion to any language on each instruction.  So we will do this systematically as best I can.

Page 1, any objection from the government?  And I'm referring to Docket Entry 295.

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh, any objection to page 1?

MR. ROUTH:  No, Your Honor.

THE COURT:  Same question, Mr. Shipley, for page 2?

MR. SHIPLEY:  No objection, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Would this need to be altered at all, Mr. Shipley, if the defendant chooses to testify?

MR. SHIPLEY:  It would, Your Honor.

THE COURT:  Okay.  Then we will reserve that for any adjustment that might be necessary.

Any objection, Mr. Routh, to page 2?  I don't know if I asked you.

MR. ROUTH:  No objection.

THE COURT:  Okay.  Mr. Shipley, page 3?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  And we're now at the consideration of direct and circumstantial evidence pattern instruction, page 4.  Any objection, Mr. Shipley?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Page 5, Mr. Shipley, defendant's self-representation?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Page 6.  Mr. Shipley, credibility of witnesses?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  All right.  Page 7, impeachment of witnesses because of inconsistent statements or felony conviction.  Any objection or suggestion, Mr. Shipley?

MR. SHIPLEY:  I think, Your Honor, this may, again, fall in the to-be-determined category.  It will change dependent upon what kind of defense case there is.  So this is

from the pattern, I recognize that, but there may be additional language required depending upon the defense case and whether the defendant testifies or not.

THE COURT:  Okay.  At this time, Mr. Routh, do you have an objection to the current language?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Then we will perhaps have to revisit that.

Okay.  Next page.  Testimony of witness with plea agreement, page 8.  Mr. Shipley?

MR. SHIPLEY:  Just one moment, Your Honor.

No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Page 9, this is a pattern instruction for expert witnesses.

Any objection, Mr. Shipley?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Page 10.  Mr. Shipley.  On or about a particular date.

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Page 11, similar acts evidence.  Mr. Shipley?

MR. SHIPLEY:  No objection, Your Honor, subject to the discussion that I think Mr. Browne had earlier today.  But I believe the Court has already basically given this pattern to the jury, so I won't have an objection to including it in the final package.

THE COURT:  Okay.  Any objection, Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Next is evidence of flight, page 12.  Any objection, Mr. Routh?  I mean, excuse me, Mr. Shipley?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Page 13, stipulations.  Any objection, Mr. Shipley?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No.  No, Your Honor.

THE COURT:  Okay.  Page 14, this is introduction to offense instructions, and it has a brief summary of all five counts.

Any objection, Mr. Shipley?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  All right.  Now we're at page 15. This is a pattern instruction for conjunctively charged counts. Any objection, Mr. Shipley?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  If any party needs more time, just let me know.  We can go more slowly because now we're going to be getting into more substantive instructions.

This is page 16, Count 1, attempted assassination of a major presidential candidate.

Any objections or suggestions, Mr. Shipley?

MR. SHIPLEY:  No, Your Honor.  This is agreeable to the government.  I did -- if -- if I'm reading it correctly, I see that you took language both from the government's suggested proposal and also mentioned, I think, in three instances, as opposed to just one, the requirement of intent to kill, which I think is consistent with the defendant's request -- one request that he had made for jury instructions.

So that's my understanding of it, and given the totality of it, I have no objection to it as you've written it.

THE COURT:  Okay.  Mr. Routh, any objection to the language?

MR. ROUTH:  Based on 047, I don't know -- we left out

the phrase "took that step," in number 1.  I don't know -- is there any way we can put back in that phrase "took that step"?  I guess it's somewhat referenced in number 2.

THE COURT:  So --

MR. ROUTH:  -- substantial step.

THE COURT:  If you could explain to me what is your concern with the current formulation, I might be able to better understand and address it.

MR. ROUTH:  Well, it's referenced in number 2.  So I just -- so we may have covered it in number 2 with "the substantial step towards committing the crime."  So I think we're okay.

THE COURT:  Okay.  Is there anything legally erroneous about the current language in this instruction, Mr. Routh, in your view?

MR. ROUTH:  I think -- I think it's okay.

THE COURT:  Okay.  Hearing no objection, then we will move on.

MR. ROUTH:  I wanted to -- further down, I don't know -- we had deleted a section at the end of that second paragraph as far as, you know, in -- in the general instructions it says "unless interrupted or frustrated by some condition or event," we -- we deleted that from the general -- general instructions.  I mean, is there any way we can plug that back in?

THE COURT: Hold on.  Let me find out.  What are you referring to specifically, Mr. Routh?

MR. ROUTH:  The paragraph after number 2 in the 047, there is a phrase at the end of that sentence that says "unless interrupted or frustrated by some condition or event."

THE COURT:  Okay.  One moment.

I'm looking at your submission.  This is Docket Entry 231.  I don't see that language in what you asked for.  So direct me to where you're getting that.

MR. ROUTH:  From the Eleventh Circuit, the standard jury instructions of 047.

THE COURT:  Okay.  Mr. Shipley, can you shed light on this and state your position.

MR. SHIPLEY:  Your Honor, the language that's quoted here is exactly the language from Pattern Instruction S11.  "Must be an act that would normally result in committing the offense."  That's the language from "Attempt," Pattern Instruction S11.

I think what Mr. Routh is referring to is 047, which he did not ask for in its entirety, but even if he had, that deals with a different statute of attempted murder.  And as I think the Court has already recognized, in its draft contains additional language and requirements that don't line up with either the pattern instruction for attempt in S11 or, candidly, the law.

So this language is completely correct and tracks S11 as part of the pattern instructions, Your Honor.

THE COURT:  Okay.  I will take a look at that, Mr. Routh, more carefully, this "unless frustrated" language, that you're asking for and issue a ruling at the appropriate time.

MR. ROUTH:  Thank you very much.

THE COURT:  But I flagged it.

MR. ROUTH:  I appreciate that.

THE COURT:  Okay.  Anything else as far as this instruction?  This covers page 16 and 17 of Docket Entry 295.

Anything else, Mr. Shipley?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Okay.  Anything else, Mr. Routh?

MR. ROUTH:  No, Your Honor.  Thank you.

THE COURT:  Okay.  Let's go, then, to Count 2, which is the possessing a firearm in furtherance of a crime of violence count.

Any objection or additions to this?  Mr. Shipley.

MR. SHIPLEY:  One moment, Your Honor.  I don't believe so.  Just one moment.

No, Your Honor.

THE COURT:  Anything from Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Then let's look at Count 3,

assaulting a federal officer.

Any objections or comments or suggestions to this language?  Mr. Shipley.

MR. SHIPLEY:  No, Your Honor.  I think that's correct.

THE COURT:  I had a question for the government on this.

MR. SHIPLEY:  Yes.

THE COURT:  The intent to commit another felony, is that specified anywhere what the other felony is?

MR. SHIPLEY:  Not in the indictment, Your Honor, no.  I don't believe that's a requirement that it would be part of the indictment customarily, but it's not part of the indictment and not part of the standard instructions.

THE COURT:  So if you're a juror, what are you supposed to do with that?  Just find any felony anywhere?

MR. SHIPLEY:  I don't think so, Your Honor.  I think this would fall into the means versus ends category.  I think it's clear that we would have arguments in this case that there are multiple other felonies charged in this indictment.  Obviously there is the Count 1, attempted assassination.  There is Count 4 and Count 5.  Certainly Count 1 and Count 4, I think, would be the focus of the government's arguments.

So I understand the Court's question, but I don't see that either in the law as an additional requirement, and I don't think -- to the extent that there is a question about a

jury being confused, I don't think that will be the case here because we have at least two other felonies that this offense would have been committed in the course of. And we will make that clear in closing argument.

THE COURT: Okay. All right.

Okay. Any objection or suggestions to offer on this instruction, Mr. Routh?

MR. ROUTH: No, Your Honor. It's all fine.

THE COURT: Okay. Then -- oh, and just conceptually, the way this tracks, it's just the simple assault and then you do the enhancements as the instruction goes along?

MR. SHIPLEY: Yes, Your Honor. That, and we've tried to -- it looks like the verdict form tracks, as well, the same idea. They will answer the initial question of the elements and then answer those two additional questions.

THE COURT: Okay. Then hearing no objections or changes offered to that instruction, we will go to page 22. This is Count 4.

Any changes here from the government?

MR. SHIPLEY: No, Your Honor.

THE COURT: Anything from the defense?

MR. ROUTH: No, Your Honor.

THE COURT: Okay.

MR. BROWNE: Your Honor, there is just a typo in the first sentence. It says "interstate of foreign commerce."

THE COURT:  Thank you.  I will fix that.

Okay.  We're now at Count 5, possessing a firearm with an obliterated serial number.

Any objection from the United States?

MR. SHIPLEY:  I have no objection to it, Your Honor.  I did just want to flag one thing that we mentioned in our proposed jury instructions that did come up in the course of testimony.

There is clear case law that it is not a defense to discharge the idea that the serial number wasn't completely unviewable or maybe law enforcement could have done something to follow up with it.  We've cited those cases in our proposal.  The defendant questioned at least two witnesses now along the lines of the idea that, Well, this was close enough, maybe the FBI could have done more to follow up what this number actually was.

That is legally irrelevant.  For the moment, I'm content to leave that and see whether that continues to be a matter that is pressed by the defendant either in -- in a defense case or otherwise.

So the language is accurate, but if I hear more to that effect, I will be asking the Court to apply that case law because that's legally accurate.

THE COURT:  Okay.  As far as the pattern, though, that you built this off of, which, I think, comes from another

circuit, that wouldn't have had any of that extra language; correct?

MR. SHIPLEY:  It would not, no, no.  This tracks as closely as we could find, in the absence of an Eleventh Circuit pattern.  But, again, there is the case law that I would be prepared -- I cited one case from the First Circuit for the Court; it's called Adams.  But, again, if this is a matter that's going to come up again in the defense case, then we may need to highlight it.  I'm okay with the record the way it is now if it doesn't come up anymore.

THE COURT:  Okay.  Well, at this point I'm not seeing a basis to change the language that's been offered.

Mr. Routh, do you have an objection or suggestion to the language for the instruction on page 24?

MR. ROUTH:  No objection.  I think it's fine.  You know, I think the jury should decide all facts.

THE COURT:  Okay.  Thank you.

Okay.  Let's look at Definition of Possession, page 25.  This is a standard instruction defining possession.

Any objection from the United States?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No.  No objection.

THE COURT:  Okay, then page 26 is Definition of Knowingly.  Mr. Shipley?

MR. SHIPLEY:  No objection, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Now, we're at page 27.  This is a No Defense of "Justification."

Any objection from the United States?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  I have no objection, I guess.  No objection.

THE COURT:  Okay.  Then we look at page 28.  This is the First Amendment/Permissible Use of Evidence instruction.  It's slightly modified from what was stated earlier, but not in a way that changes its substance.

Any objection from the United States?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Taking Notes.  That's fairly standard.  Again, another pattern.

Anything from the United States on page 29?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Page 30, this is the Caution - Punishment

instruction.

MR. SHIPLEY:  No objection from the United States.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  Duty to Deliberate, page 31.
Mr. Shipley?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  And then finally, page 32.
Mr. Shipley?

MR. SHIPLEY:  No objection.

THE COURT:  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  So let's look at the verdict form. This is, I believe, verbatim, what was submitted with no changes.  No objections have been submitted to this.

But let me inquire, is the United States comfortable with this document for the verdict form?

MR. SHIPLEY:  It is, Your Honor.

THE COURT:  Okay.  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  All right.  Anything else to discuss with respect to the jury instructions at this time, Mr. Shipley?

MR. SHIPLEY:  Not from the United States.

THE COURT:  Anything from the defense?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Tomorrow is Friday, that was the designated day for any defense witnesses.  How much longer do you think the McGreevy direct will take, Ms. Medetis-Long?

MS. MEDETIS-LONG:  Your Honor, I expect and estimate that it will take the duration of tomorrow.

THE COURT:  Okay.  Not including cross?

MS. MEDETIS-LONG:  It might include cross, Your Honor, depending on the length of cross.  I don't know.

THE COURT:  Okay.  Well, then in light of that, I just want to make sure that Mr. McClay remains on standby for Monday, along with the two other witnesses.

Ms. Militello, can you update the Court on availability for Mr. McClay or the other two individuals?

MS. MILITELLO:  We don't have any new updates.  I know that the two witnesses, my understanding, have traveled through U.S. Marshal travel arrangements and will be present by tomorrow morning.  So, of course, we will update them.

And Mr. McClay is under subpoena, and I believe Monday was a possibility.  So we haven't spoken to him today about that, but I imagine that will be fine.

THE COURT:  Okay.  Just to make sure that he is aware of the timing, please let him know that it's looking more

likely that Monday will be the date, and the same for the other two witnesses.  If you could communicate to the marshals so that they can just plan accordingly.

All right.  Now, we're not going to take this up now, Mr. Routh, but I will eventually ask you whether you wish to testify, and so we will cover that next week.  We don't need to talk about that now.

Anything further, Ms. Militello?

MS. MILITELLO:  Ms. Sihvola made a good point -- which we just want to clarify.  Ordinarily, we would have a witness here just in case.  Mr. McClay, of course, works full-time and is not in law enforcement.  Does the Court want us to have someone available tomorrow afternoon on behalf of Mr. Routh?

THE COURT:  I think -- given Ms. Medetis-Long's projection, which still wouldn't maybe take into account cross, plus the need for the government to rest and then address any motions, I think it's better that we just focus on Monday for the defense witnesses.

All right.  Okay, then.  Anything further before we adjourn for the evening?

MR. SHIPLEY:  Your Honor, we can do it at the Court's pleasure.  There is -- before the defense case starts, we still do need to address the defense exhibits.  We don't --

THE COURT:  Oh, yes, yes.

MR. SHIPLEY:  We don't need to do it now.  We can do it

tomorrow, but --

THE COURT: No. Let's do it now. Let's do it now.

Okay. Let's address those exhibits. I do need to gather them. So one moment.

All right. It will just be a few moments.

In general -- before I see the actual hard copies, Mr. Routh, why don't you just, in general terms, tell me what these consist of and why you think they should be admissible under the Federal Rules of Evidence.

MR. ROUTH: Well, in general, based on your orders, you -- you have said that we were allowed to enter evidence regarding gentleness and peacefulness and nonviolence. So all of this is geared towards those character traits and that pertinent trait. So that's what all of this is about. So that's -- that's what we're trying -- to comply with the Court orders and address those needs. So...

THE COURT: Okay. Now, have you taken a look at the Court's order at Docket Entry 252, I think it is? This is an order granting in part and denying in part the government's motion in limine, and it discussed character evidence and the boundaries of that evidence in line with Rule 404(a), and then the prohibition on specific act evidence in 405(b). Have you reviewed that order, sir?

MR. ROUTH: I'm sure I have prior. I was referencing this -- this cut and paste that I received.

THE COURT:  Okay.

MR. ROUTH:  So --

THE COURT:  Perhaps you're thinking of just the general allowance for opinions on reputation regarding peacefulness or gentleness, as you have described it, or nonviolence.  But it appears that perhaps through these exhibits you're trying to introduce specific examples to support your character theory.

Let me hear first from the United States on this issue, having reviewed those items in more detail.

MR. BROWNE:  Yes, Your Honor.

We have prepared a chart based on the exhibits that we have received at various points.  They identify, by exhibit, what the proposed exhibit number is in the document, whether it was actually produced by the discovery deadline, whether it appears on the exhibit list that is on the docket -- and in the vast majority of cases, the answer is no -- and then lays out what the government's objections are.

If that would be helpful to the Court, I can hand up a copy of that chart.

THE COURT:  Yes, please, do.

MR. BROWNE:  (Tendering item.)

THE COURT:  Have you made available this chart to Mr. Routh?

MR. BROWNE:  My recollection is that we have, and to his standby counsel as well.  I just gave standby counsel an

extra copy.

THE COURT:  Okay.

MR. ROUTH:  Yes, Your Honor.

THE COURT:  You have this.  Okay.

Have you had a chance, Mr. Routh, to go through this chart and just determine --

MR. ROUTH:  Yes, Your Honor.

THE COURT:  -- what your view is regarding all of these objections?

MR. ROUTH:  Yes, Your Honor.  The vast majority of these items were already in evidence that we extracted and submitted.  So I think anything in evidence is timely.

THE COURT:  Well, let's be careful when we say "in evidence."  Do you mean, like, defense paperwork that you provided to the government in defense discovery?  Or do you mean actual exhibits that already have been admitted as evidence in this case so far?

MR. ROUTH:  They were just in the -- in the -- in the evidence that was -- you know, that which has -- the mountain of evidence that was shared.  So, not exhibits that the government had it -- had -- had proffered.  So this was --

THE COURT:  Oh, okay.  So, Mr. Browne, do you take Mr. Routh to mean that he has pulled these items from government-supplied discovery in this case, or from where?

MR. BROWNE:  No.  I think what -- what he means is that

these were provided to us at the calendar call, which would have been approximately three months after their discovery deadline passed.  So by my count, there are at least 130 such exhibits that were not produced in discovery.  And almost all of them are documentation of specific instances of conduct by the defendant.

THE COURT:  Okay.  Setting aside the timeliness issues, Mr. Browne, what's the fundamental position of the government on the merits of these exhibits, to the extent they concern the character issue?

MR. BROWNE:  I think each and every one is covered by the Court's order at 252, specifically the Court's, you know, rulings in light of 404(a) and 405.

Just by way of example, on page 1 the first exhibit is 200 -- DX200.  It is a typewritten description written by this defendant of a website that he at one point maintained. Setting aside the hearsay and relevance problems, it is nothing more than a self-serving recitation of what that website purported to do.

The next is a hand-drawn-with-crayon picture of a log cabin that the defendant purportedly built, something he actually questioned one of the witnesses about, an objection that the Court sustained.  Again, there is no relevance.  It is hearsay because it contains, as almost all of the handwritten drawings do, a self-serving caption of some kind.  And, again,

it falls, you know, within the Court's ruling on this type of specific act evidence.

There are a number of photos of the defendant in Ukraine, a number of photos of a memorial that the defendant purportedly erected in a public space in Ukraine.  All of these are, again, obviously specific instances of conduct by the defendant.  They are irrelevant.  And to the extent they contain captions explaining what those photos purport to depict, they're obviously hearsay that we cannot possibly cross-examine.

So that's just a really broad overview, Your Honor.  We have tried to be as precise as possible in articulating our objections to each and every one of these proposed defense exhibits, as reflected in the chart that I just handed up.

THE COURT:  Okay.  I'm going to have the government file this as a supplement or evidentiary notice of some kind, just so the record is clear, on the basis of the government's objections to these proposed defense exhibits.

And then what I'm going to do, Mr. Routh, is direct you to confer with your standby counsel regarding these various exhibits in light of the Court's orders, and then we're going to have a further discussion about this tomorrow.  I want you to have a more complete understanding of the Court's order at Docket Entry 2- --

MR. ROUTH:  -52.

THE COURT:  Yes, 252, so that we can have a productive conversation about whether any of these exhibits are admissible under the federal rules.  So we're not going to decide anything today, but I do want you to confer with your standby counsel, review that Docket Entry 252 in greater detail, along with this chart that itemizes the objections, and then we will revisit the matter.

Anything further at this time, Mr. Routh?

MR. ROUTH:  Yes.  If I can just say I do not know how anyone could provide an item about character without it being a specific item.  So, I mean, yes, if you're disallowing specific cases, specific items, then certainly, this whole list is useless.  So, I mean, yeah, that disallows this entire list. If this entire list is disallowed, I would at least ask if we could proffer this entire list with one of my witnesses out -- outside the presence of the jury so that we can preserve it for -- for appeal.

THE COURT:  Okay.  Let me ask standby counsel.

Ms. Militello, are you aware of any legal basis in light of 405 that would permit admission of the numerous purported examples of good acts in Mr. Routh's background?

(Pause in proceedings.)

THE COURT:  All right.  We will just -- would it be preferable for standby counsel to think about this overnight?

MS. MILITELLO:  Yes, Your Honor.  Thank you.

THE COURT:  Okay.  Then we will do that.

Thank you, all.  Have a good evening.  We will address it tomorrow.

(These proceedings adjourned at 5:35 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled matter.


DATE:   09-18-2025          /s/Laura Melton
                            LAURA E. MELTON, RMR, CRR, FPR
                            Official Court Reporter
                            United States District Court
                            Southern District of Florida
                            Fort Pierce, Florida

$

**$200** [1]_ - 101:3
**$80.77** [1]_ - 234:2

'

**'50s** [1]_ - 75:19
**'Brian** [1]_ - 214:24
**'cardboard** [1]_ - 215:5
**'printer** [1]_ - 214:17

( )

**0135** [1]_ - 158:7
**047** [4]_ - 276:25, 278:3_, 278:11_, 278:19
**08W87C527755** [1]_ - 211:11

1

**1** [23]_ - 10:12_, 25:13_, 28:23_, 83:9_, 97:20_, 100:14_, 111:3_, 117:1_, 161:7_, 163:18_, 211:21_, 212:1_, 213:18_, 213:25_, 263:7_, 272:8_, 272:11_, 276:11_, 277:1_, 280:20_, 280:21_, 291:14
**1/2** [3]_ - 28:23_, 57:4_, 57:7
**10** [11]_ - 78:9_, 84:13_, 90:2_, 115:12_, 117:1_, 203:25_, 211:25_, 215:12 _, 247:23_, 274:21
**10-foot** [1]_ - 204:9
**100** [1]_ - 11:10
**1003** [1]_ - 78:24
**1004A** [4]_ - 82:25_, 83:5 _, 83:11_, 84:4
**1004B** [4]_ - 83:17_, 84:6 _, 84:11_, 85:25
**1005A** [1]_ - 77:20
**1007** [1]_ - 270:17
**1009** [1]_ - 270:17
**107** [1]_ - 269:6
**10:00** [1]_ - 182:17
**10:07** [2]_ - 54:18_, 54:22
**10:20** [2]_ - 54:16_, 153:24
**10:22:31** [1]_ - 155:15

**10:22:47** [1]_ - 157:9
**10:24:14** [1]_ - 159:9
**10:29** [2]_ - 54:22_, 55:2
**10:30:49** [1]_ - 171:16
**10:44** [3]_ - 173:3_, 185:4 _, 185:23
**10:47** [1]_ - 186:14
**10:48** [1]_ - 186:14
**10:48:46** [1]_ - 165:6
**10:49** [1]_ - 168:14
**10:50** [1]_ - 174:9
**10:51:26** [1]_ - 174:3
**11** [7]_ - 60:14_, 113:23_, 117:1_, 136:12_, 212:4_, 215:18_, 275:1
**111-111-0001** [1]_ - 232:9
**111-111-0002** [1]_ - 232:12
**1117** [2]_ - 231:23_, 234:10
**1118** [1]_ - 227:8
**1119** [1]_ - 229:22
**1135** [1]_ - 121:12
**1141** [1]_ - 271:8
**1142** [6]_ - 72:4_, 72:7_, 72:20_, 73:5_, 271:8
**117** [1]_ - 234:10
**11:00** [1]_ - 182:17
**11:59** [1]_ - 117:15
**11th** [2]_ - 270:19, 270:22
**12** [4]_ - 60:17_, 117:1_, 212:7_, 275:10
**1200** [3]_ - 210:2_, 210:12 _, 271:5
**1201** [3]_ - 210:2_, 213:14 _, 271:5
**126** [2]_ - 78:9_, 84:13
**129** [1]_ - 269:6
**12:00** [1]_ - 117:24
**12th** [2]_ - 199:5_, 199:6
**13** [6]_ - 117:1_, 186:5_, 199:14_, 212:11_, 229:16 _, 275:15
**130** [5]_ - 266:9_, 267:1_, 267:4, 267:6_, 291:3
**1301** [2]_ - 271:8_, 271:10
**1302** [1]_ - 215:10
**1303** [1]_ - 271:8
**1305** [1]_ - 271:10

**131** [3]_ - 266:9_, 267:8, 267:12
**132** [3]_ - 266:9_, 267:8, 267:12
**135** [1]_ - 158:5
**13th** [2]_ - 195:8_, 199:18
**14** [5]_ - 117:1_, 212:11_, 218:3_, 249:24_, 275:20
**140** [3]_ - 266:9_, 267:15, 267:19
**1406** [1]_ - 212:19
**143** [3]_ - 266:10_, 267:15, 267:19
**146** [3]_ - 266:10_, 267:22 _, 268:1
**149** [1]_ - 13:12
**14th** [11]_ - 195:1_, 195:8_, 196:7_, 197:4_, 198:6_, 198:9_, 198:25_, 199:7_, 200:7_, 242:18_, 254:12
**15** [17]_ - 54:16_, 54:21_, 117:1_, 164:10_, 166:19_, 203:25_, 210:21_, 210:24 _, 211:12_, 214:12_, 218:19_, 221:5_, 226:4_, 242:18_, 263:7_, 263:23_, 276:2
**15-month** [1]_ - 10:22
**1500** [1]_ - 240:7
**15th** [12]_ - 113:19_, 120:5 _, 189:22_, 189:24_, 190:1_, 190:8_, 195:9_, 219:22_, 221:5_, 221:13_, 226:7_, 263:5
**16** [4]_ - 90:3_, 117:1_, 276:11_, 279:11
**1644** [1]_ - 212:20
**168** [1]_ - 271:25
**17** [3]_ - 117:1_, 211:5_, 279:11
**175** [3]_ - 256:17_, 258:16 _, 259:1
**176** [7]_ - 69:25_, 70:12_, 72:5_, 72:21_, 93:10_, 94:1_, 104:20
**177** [1]_ - 269:24
**179** [2]_ - 73:13_, 74:9
**17th** [2]_ - 124:5_, 216:2
**18** [1]_ - 117:2
**180** [2]_ - 243:3_, 243:13
**1801** [4]_ - 228:21_, 229:12_, 230:10_, 230:15
**187** [1]_ - 95:12

**187A** [3]_ - 93:5_, 93:16_, 95:8
**187B** [2]_ - 95:3_, 95:12
**188A** [2]_ - 93:5_, 94:11
**188B** [1]_ - 95:18
**18th** [1]_ - 148:3
**19** [5]_ - 61:19_, 117:2_, 117:3_, 212:5_, 213:22
**1945** [2]_ - 75:11_, 75:12
**19th** [1]_ - 214:4
**1:00** [2]_ - 117:13_, 117:23
**1:19** [2]_ - 117:24_, 118:2
**1AN** [1]_ - 211:11
**1B17** [2]_ - 241:15_, 241:16

2

**2** [20]_ - 10:13_, 101:22_, 102:20_, 117:1_, 129:17_, 210:24_, 211:22_, 212:2_, 213:22_, 214:7_, 249:9_, 272:13_, 272:22_, 277:3_, 277:9_, 277:10_, 278:3_, 279:16_, 292:24
**2-by-2** [1]_ - 111:23
**2-pack** [3]_ - 252:4_, 252:15_, 252:16
**20** [5]_ - 117:5_, 147:8_, 193:16_, 208:14_, 211:25
**20-gallon** [1]_ - 15:3
**200** [1]_ - 291:15
**200-102** [1]_ - 243:22
**200-104** [1]_ - 262:16
**200-106D** [2]_ - 257:9_, 258:11
**200-106E** [2]_ - 257:23_, 258:11
**200-107** [1]_ - 254:19
**200-1A** [2]_ - 67:22_, 67:25
**200-2** [4]_ - 77:4_, 197:24 _, 198:4
**200-20** [3]_ - 68:9_, 69:8
**200-21A** [3]_ - 68:18_, 69:8
**200-21B** [1]_ - 68:24
**200-28** [2]_ - 87:6_, 88:9
**200-30A** [2]_ - 87:15_, 88:9
**200-30B** [2]_ - 88:3_,

88:10

**200-36** [1]_ - 80:25

**200-38** [1]_ - 81:9

**200-39** [1]_ - 252:21

**200-41** [3]_ - 250:12_, 251:12_, 253:16

**200-45** [1]_ - 251:15

**200-46** [2]_ - 253:10_, 253:19

**200-49A** [6]_ - 196:10_, 196:19_, 197:11_, 197:17, 197:19_, 200:12

**200-49B** [1]_ - 201:7

**200-49K** [2]_ - 204:15_, 204:19

**200-49O** [1]_ - 204:24

**200-49P** [1]_ - 205:19

**200-49Q** [1]_ - 205:25

**200-49S** [2] - 197:19_, 206:7

**200-57B** [1]_ - 82:12

**200-57C** [1]_ - 81:18

**200-57D** [1]_ - 82:5

**200-67** [1]_ - 247:15

**200-7** [1]_ - 196:14

**200-72** [3]_ - 255:21_, 256:16_, 258:7

**200-73** [2]_ - 96:6_, 97:5

**200-74** [1]_ - 97:8

**200-78** [2]_ - 96:15_, 96:17

**200-85** [2]_ - 245:11_, 245:16

**200-9** [1]_ - 249:14

**200-92** [2]_ - 96:13_, 96:25

**200-93** [2]_ - 96:14_, 97:13

**2005** [1]_ - 9:19

**2006** [1]_ - 58:4

**2007** [1]_ - 211:9

**2010** [4]_ - 58:4_, 58:5_, 58:6_, 58:8

**2013** [1]_ - 218:13

**2014** [1]_ - 119:6

**2018** [1]_ - 218:13

**2024** [51]_ - 119:25_, 147:20_, 153:24_, 155:15_, 157:9_, 159:9_, 165:6_, 168:14_, 171:16_, 173:3_, 174:3_, 181:10_, 182:4_,

185:4_, 185:11_, 185:25_, 186:16_, 187:8_, 187:22_, 188:20_, 210:21_, 210:24_, 211:5_, 211:12_, 212:5_, 213:22_, 214:12_, 214:21_, 215:13_, 215:20_, 215:23_, 215:24_, 218:19_, 221:5_, 226:4_, 232:15_, 232:20_, 233:24_, 240:7_, 240:18_, 241:22_, 242:18_, 247:23_, 249:12_, 249:24_, 251:23_, 255:12_, 261:17_, 263:5_, 263:23_, 263:25

**2025** [6]_ - 192:8_, 192:10_, 193:16_, 213:10_, 213:12_, 215:11

**2026** [1]_ - 9:1

**20th** [1]_ - 261:17

**21** [2]_ - 10:25_, 11:1

**2190** [1]_ - 212:20

**22** [1]_ - 281:17

**2300** [1]_ - 212:16

**231** [1]_ - 278:8

**23G** [2]_ - 146:13_, 147:9

**24** [1]_ - 283:14

**24-cr-80116-Cannon** [1]_ - 4:6

**24/7** [2]_ - 219:23_, 220:8

**25** [5]_ - 135:25_, 163:18_, 213:10_, 213:12_, 283:18

**2507** [1]_ - 214:14

**252** [4]_ - 288:18_, 291:12_, 293:1_, 293:5

**257** [1]_ - 82:12

**26** [6]_ - 115:13_, 253:1_, 258:24_, 259:11_, 260:12_, 283:24

**27** [2]_ - 235:7_, 284:4

**28** [1]_ - 284:11

**29** [2]_ - 241:22_, 284:21

**295** [2]_ - 272:9_, 279:11

**2:00** [1]_ - 218:24

**2:39** [1]_ - 179:2

**2:40** [1]_ - 179:10

**2:50** [1]_ - 179:10

**2:51** [1]_ - 179:14

**2nd** [6]_ - 162:15_, 164:19_, 172:13_, 215:23_, 215:24_, 266:5

### 3

**3** [11]_ - 10:16_, 78:14_, 111:25_, 112:7_, 116:20_, 117:1_, 186:4_, 211:3_, 214:4_, 272:25_, 279:25

**3-1/2** [2]_ - 252:3_, 252:15

**30** [17]_ - 74:4_, 76:9_, 101:5_, 101:9_, 102:2_, 102:3_, 102:6_, 102:15_, 102:21_, 104:14_, 113:25_, 117:5_, 164:10_, 178:22_, 208:14_, 215:20_, 284:25

**30-round** [4]_ - 102:1_, 102:5_, 103:2_, 117:3

**300** [6]_ - 228:13_, 228:19_, 229:3_, 241:6_, 241:14_, 241:15

**301** [1]_ - 227:13

**302** [2]_ - 231:4_, 231:6

**308** [2]_ - 60:13_, 60:15

**31** [1]_ - 285:5

**3131** [1]_ - 211:14

**32** [1]_ - 285:10

**320** [2]_ - 149:9_, 149:14

**3285** [1]_ - 212:21

**33** [1]_ - 84:8

**3333** [1]_ - 212:22

**334A** [3]_ - 233:1_, 234:10_, 234:12

**34** [1]_ - 153:25

**342** [1]_ - 215:14

**350** [1]_ - 84:17

**375** [2]_ - 107:3_, 107:11

**3:00** [1]_ - 240:7

**3rd** [2]_ - 159:18_, 161:17

### 4

**4** [19]_ - 15:2_, 101:16_, 102:11_, 117:1_, 138:13_, 154:10_, 184:22_, 211:5_, 211:22_, 212:1_, 214:10_, 215:11_, 232:15_, 232:20_, 273:6_, 280:21_, 281:18

**40** [2]_ - 107:8_, 208:14

**40-degree** [2]_ - 195:2_, 195:11

**404(a** [2]_ - 288:21_, 291:13

**404(b** [3]_ - 20:25_, 21:3_, 21:18

**404(b)** [1]_ - 22:1

**405** [2]_ - 291:13_, 293:20

**405(b)** [1]_ - 288:22

**40mm** [1]_ - 61:18

**411** [4]_ - 266:10_, 268:2_, 268:5_, 268:7

**413** [4]_ - 266:10_, 268:8_, 268:10_, 268:12

**446** [2]_ - 90:14_, 90:18

**447** [1]_ - 269:6

**47** [2]_ - 186:11_, 186:18

**475** [1]_ - 78:14

**49** [2]_ - 13:13_, 204:19

**49O** [1]_ - 207:12

**4:30** [2]_ - 116:16_, 264:6

**4:34** [1]_ - 264:22

**4:36** [1]_ - 265:10

**4:50** [1]_ - 265:7

**4:53** [1]_ - 265:10

**4th** [1]_ - 233:24

### 5

**5** [11]_ - 84:8_, 100:17_, 101:17_, 117:1_, 154:10_, 211:8_, 211:22_, 214:13_, 273:10_, 280:21_, 282:2

**5-year-old** [1]_ - 133:8

**50** [51]_ - 19:7_, 32:23_, 33:5_, 33:11_, 33:13_, 33:15_, 33:20_, 34:4_, 34:6_, 34:9_, 34:13_, 34:14_, 34:25_, 35:10_, 35:12_, 35:14_, 35:17_, 38:14_, 38:22_, 44:7_, 48:1_, 48:19_, 49:21_, 49:22_, 50:2_, 50:4_, 50:14_, 50:15_, 50:20_, 51:2_, 51:23_, 51:25_, 52:2_, 52:3_, 52:7_, 54:10_, 55:8_, 55:10_, 56:1_, 60:16_, 60:19_, 60:20_, 60:22_, 60:23_, 61:3_, 61:9_, 61:19_, 72:25_, 208:14

**500** [5]_ - 11:5_, 15:4_, 18:10_, 19:10_, 42:1

**507** [3]_ - 14:14_, 15:7_, 15:12

**507A** [4]_ - 14:14_, 15:9_, 30:9_, 31:6

**507B** [3]_ - 14:14_, 16:12_, 16:14
**507C** [3]_ - 14:14_, 17:3_, 17:5
**51** [2]_ - 166:19_, 173:3
**51-344** [5]_ - 120:16_, 120:18_, 121:19_, 122:25_, 214:20
**52** [1]_ - 292:25
**522** [1]_ - 40:9
**522A** [7]_ - 18:14_, 19:13_, 20:12_, 23:16, 23:23_, 25:4_, 25:8
**522AA** [5]_ - 18:15_, 19:13_, 20:12_, 23:17, 24:1
**522B** [1]_ - 26:16
**522C** [2]_ - 27:6_, 29:7
**522D** [1]_ - 29:10
**522E** [1]_ - 31:12
**522F** [1]_ - 40:10
**522K** [1]_ - 41:13
**522PP** [2]_ - 23:17, 24:1
**522R** [3]_ - 42:22_, 42:24_, 43:23
**522S** [1]_ - 45:6
**522W** [1]_ - 45:21
**522Y** [2]_ - 23:17, 23:23
**522Z** [2]_ - 47:1_, 47:6
**523** [4]_ - 28:6_, 28:11_, 43:12_, 43:21
**526** [1]_ - 269:8
**527** [1]_ - 269:8
**535** [1]_ - 269:8
**536** [1]_ - 269:8
**537** [1]_ - 269:8
**54** [1]_ - 184:23
**540A** [1]_ - 269:8
**540B** [2]_ - 37:1_, 37:15
**541A** [1]_ - 269:15
**542** [1]_ - 269:15
**544** [3]_ - 34:19_, 34:24_, 38:6
**545** [1]_ - 269:17
**548** [1]_ - 269:17
**55** [1]_ - 168:14
**5:00** [1]_ - 265:6
**5:35** [1]_ - 294:4
**5A** [1]_ - 102:3
**5B** [1]_ - 102:15

**5N** [1]_ - 211:10
**5th** [6]_ - 105:20_, 106:5_, 107:4_, 107:11_, 215:20_, 255:12

## 6

**6** [15]_ - 85:2_, 117:1_, 154:10_, 184:4_, 186:10_, 186:17_, 211:14_, 214:16_, 215:25_, 216:1_, 240:7_, 240:18_, 259:25_, 262:10_, 273:15
**6-foot** [2]_ - 112:1_, 112:7
**600-153** [2]_ - 268:16_, 269:19
**600-154** [2]_ - 268:16_, 269:19
**600-172** [1]_ - 269:24
**600-182** [6]_ - 127:23_, 128:10_, 128:23_, 129:4, 129:7_, 214:18
**600-183** [1]_ - 182:24
**600-184** [1]_ - 184:15
**600-185** [1]_ - 185:14
**600-187** [1]_ - 158:4
**600-191** [1]_ - 159:11
**600-23A** [1]_ - 143:25
**600-24A** [1]_ - 142:8
**600-24E** [1]_ - 143:1
**600-24F** [1]_ - 143:10
**600-4** [3]_ - 138:12_, 138:15_, 138:19
**611** [1]_ - 190:10
**63600** [1]_ - 252:8
**6:00** [1]_ - 124:6
**6:45** [1]_ - 173:18
**6th** [41]_ - 67:17_, 68:1_, 77:10_, 77:16_, 77:24_, 78:6_, 78:22_, 79:8_, 80:9_, 80:17_, 81:4_, 81:13_, 81:14_, 83:7_, 83:14_, 83:22_, 84:1_, 84:12_, 84:19_, 85:3_, 85:19_, 86:1_, 86:2_, 86:4_, 86:8_, 88:20_, 105:1_, 105:22_, 106:4_, 106:6_, 107:5_, 107:11_, 155:2_, 157:1_, 242:25_, 243:9_, 250:9_, 253:3_, 254:3_, 254:9_, 255:17

## 7

**7** [24]_ - 117:1_, 147:20_, 153:24_, 154:10_, 155:15_, 157:9_, 159:9_, 165:6_, 168:14_, 171:16_, 173:3_, 174:3_, 182:3_, 184:5_, 185:4_, 185:25_, 186:16_, 187:8_, 211:16_, 214:21_, 214:23_, 251:23_, 264:4_, 273:20
**7.62** [1]_ - 107:1
**7.62x39** [5]_ - 76:5_, 101:21_, 102:13_, 104:13_, 116:24
**7.62x39mm** [2]_ - 211:20_, 211:25
**7.62x51** [1]_ - 60:14
**702** [2]_ - 228:23_, 229:5
**710** [1]_ - 240:25
**720** [2]_ - 237:12_, 237:16
**721** [2]_ - 237:12_, 238:8
**724** [2]_ - 237:12_, 237:25
**725** [2]_ - 237:12_, 238:4
**726** [2]_ - 237:12_, 237:21
**7269** [3]_ - 231:18_, 234:14_, 234:21
**728-206-1801** [2]_ - 213:7_, 229:12
**729** [1]_ - 261:9
**730** [2]_ - 239:10_, 239:14
**732** [3]_ - 96:9_, 96:22_, 97:5
**733** [3]_ - 235:22_, 238:25_, 239:3
**734A** [1]_ - 238:17
**734B** [3]_ - 238:21_, 239:5_, 239:10
**734C** [1]_ - 246:8
**735D** [1]_ - 246:19
**743-251-7269** [3]_ - 212:25_, 232:18_, 233:18
**7436** [1]_ - 212:23
**756A** [2]_ - 239:23_, 240:3
**756B** [1]_ - 240:14
**757** [3]_ - 130:4_, 174:15_, 175:5
**757A** [2]_ - 148:12_, 175:1
**7755** [4]_ - 215:3_, 215:8_, 215:14_, 225:5
**7:00** [1]_ - 187:11

**7th** [18]_ - 77:16_, 77:17_, 77:24_, 78:11_, 78:22_, 79:8_, 80:17_, 81:4_, 81:13_, 155:3_, 155:25_, 156:21_, 156:22_, 185:9_, 187:2_, 190:15_, 190:19_, 216:1

## 8

**8** [6]_ - 117:1_, 187:22_, 211:18_, 213:25_, 215:4_, 274:10
**800** [2]_ - 270:1_, 271:18
**801** [1]_ - 271:18
**808** [2]_ - 213:20_, 227:5
**808-464-8342** [4]_ - 213:3_, 213:18_, 227:22_, 228:3
**809** [1]_ - 271:18
**8342** [1]_ - 227:5
**8415** [1]_ - 211:18
**85** [1]_ - 260:21
**850032682435** [2]_ - 260:21_, 261:21
**890** [1]_ - 235:7
**8:00** [2]_ - 187:11_, 187:21
**8:54** [1]_ - 5:8
**8th** [2]_ - 190:15_, 190:19

## 9

**9** [7]_ - 57:4_, 57:7_, 117:1_, 211:20_, 215:9_, 249:12_, 274:15
**90** [1]_ - 115:7
**902(11** [1]_ - 212:11
**902(11)** [1]_ - 266:2
**908** [2]_ - 248:21_, 248:24
**911** [2]_ - 223:17_, 224:17
**913** [1]_ - 270:1
**914** [1]_ - 270:1
**921** [3]_ - 244:21_, 248:12_, 248:16
**922** [2]_ - 224:18_, 224:21
**933** [2]_ - 270:2_, 270:10
**934** [2]_ - 270:2_, 270:10
**936A** [1]_ - 270:10
**937** [1]_ - 270:11
**938** [1]_ - 270:11

**939A** [1] - 270:11
**943** [2] - 223:6, 223:9
**946** [1] - 270:13
**947A** [1] - 270:13
**948** [1] - 214:3
**949** [2] - 222:11, 222:18
**950** [2] - 222:21, 223:1
**951** [1] - 270:16
**952** [4] - 270:16, 270:18, 270:24, 271:1
**96730** [1] - 214:21
**97E** [2] - 150:7, 211:16
**9:00** [3] - 188:9, 188:11, 264:13
**9:16** [1] - 20:5
**9:22** [1] - 23:5

A

**a.m** [21] - 5:8, 20:5, 23:5, 54:18, 54:22, 55:2, 117:15, 124:6, 153:24, 155:15, 157:9, 159:9, 165:6, 168:15, 174:9, 185:4, 185:23, 188:9, 188:11, 264:13
**Aaron** [1] - 234:25
**ability** [4] - 76:13, 85:14, 85:15, 85:18
**able** [26] - 33:2, 76:12, 85:2, 85:9, 87:3, 107:19, 111:15, 112:2, 121:2, 126:20, 150:10, 150:19, 154:1, 154:2, 154:12, 156:7, 157:25, 158:16, 160:23, 161:23, 168:23, 169:1, 169:23, 170:21, 277:7
**aboveboard** [2] - 177:5, 178:8
**absence** [1] - 283:4
**absolutely** [1] - 61:6
**accept** [1] - 35:4
**access** [2] - 153:4, 200:5
**accident** [1] - 55:24
**according** [5] - 28:22, 55:22, 84:6, 84:11, 269:10
**accordingly** [1] - 287:3
**account** [13] - 212:19, 212:20, 212:21, 212:22,

221:1, 229:19, 229:20, 234:19, 266:6, 266:14, 287:15
**accounts** [1] - 212:17
**accuracy** [1] - 113:14
**accurate** [6] - 71:10, 75:5, 113:13, 113:16, 282:21, 282:23
**accurately** [2] - 80:13, 197:5
**achieve** [1] - 42:14
**acknowledged** [1] - 22:23
**act** [4] - 55:13, 278:16, 288:22, 292:2
**acted** [1] - 55:22
**acting** [1] - 209:11
**action** [6] - 17:17, 49:4, 49:12, 103:13, 103:17, 104:5
**activation** [6] - 212:24, 213:2, 213:6, 234:6, 234:17, 235:3
**active** [2] - 12:14, 62:3
**activities** [1] - 255:4
**activity** [8] - 147:20, 164:20, 170:6, 171:7, 173:5, 218:1, 226:18, 230:25
**acts** [5] - 22:8, 55:21, 55:23, 275:1, 293:21
**actual** [6] - 124:17, 124:18, 201:3, 266:17, 288:6, 290:16
**Adam** [1] - 212:18
**Adams** [1] - 283:7
**added** [1] - 127:3
**addition** [8] - 12:21, 21:11, 41:17, 61:12, 63:1, 63:13, 65:4, 221:10
**additional** [10] - 17:9, 154:2, 168:23, 197:2, 202:17, 265:24, 274:1, 278:23, 280:24, 281:15
**additions** [1] - 279:19
**address** [15] - 4:22, 120:14, 120:15, 120:16, 120:18, 121:17, 125:21, 230:23, 272:1, 277:8, 287:16, 287:23, 288:3, 288:16, 294:2
**addressing** [2] - 4:4, 22:4

**adhere** [1] - 30:17
**adhesive** [1] - 30:17
**adjourn** [1] - 287:20
**adjourned** [1] - 294:4
**adjustment** [1] - 272:21
**administration** [1] - 58:13
**administratively** [1] - 220:19
**admissible** [4] - 55:16, 212:13, 288:8, 293:2
**admission** [1] - 293:20
**admit** [5] - 111:11, 129:3, 197:10, 266:2, 268:15
**admitted** [86] - 18:13, 19:14, 21:8, 22:24, 23:21, 28:6, 28:10, 34:18, 47:6, 67:21, 68:18, 68:24, 69:25, 72:3, 72:12, 72:15, 74:4, 77:4, 78:24, 80:25, 81:9, 81:18, 90:13, 93:4, 94:10, 95:2, 96:14, 96:15, 100:17, 101:5, 129:4, 139:4, 139:5, 139:11, 139:12, 151:13, 154:18, 182:23, 193:25, 197:17, 200:14, 224:18, 227:8, 228:23, 229:24, 231:5, 237:13, 240:25, 243:3, 248:21, 254:19, 255:20, 267:4, 267:10, 267:17, 267:24, 268:5, 268:10, 268:25, 269:1, 269:6, 269:7, 269:9, 269:15, 269:20, 269:24, 270:1, 270:2, 270:6, 270:7, 270:10, 270:11, 270:14, 270:16, 270:19, 270:25, 271:1, 271:7, 271:12, 271:13, 271:15, 271:20, 290:16
**admitting** [1] - 52:9
**ADR** [3] - 212:23, 213:2, 213:6
**advance** [7] - 145:19, 161:6, 166:18, 204:2, 212:23, 213:1, 213:5
**advanced** [1] - 12:22
**Advanced** [2] - 63:20, 64:24
**advantageous** [1] - 51:7

**advertising** [1] - 132:20
**advise** [1] - 266:15
**aerial** [3] - 12:2, 121:17, 236:1
**aerial-denial-types** [1] - 12:2
**affect** [2] - 67:6, 67:11
**affects** [1] - 64:11
**affinity** [1] - 250:7
**affirm** [7] - 5:18, 56:8, 118:10, 135:6, 179:24, 191:9, 216:12
**affix** [1] - 76:2
**affixed** [9] - 45:18, 76:9, 76:20, 79:25, 101:8, 112:8, 113:12, 258:21
**Afghanistan** [4] - 61:25, 62:2, 71:23, 71:25
**aforementioned** [1] - 173:16
**aftermath** [1] - 120:6
**afternoon** [20] - 105:15, 105:16, 118:8, 118:25, 119:1, 135:2, 135:3, 175:11, 175:12, 179:21, 189:20, 189:21, 191:6, 206:23, 206:24, 216:9, 216:10, 217:4, 217:5, 287:13
**agencies** [1] - 137:5
**agency** [2] - 57:11, 57:19
**Agent** [33] - 21:25, 56:6, 57:6, 65:13, 93:15, 94:15, 117:10, 118:25, 119:2, 119:25, 121:12, 122:2, 128:2, 128:9, 129:13, 129:24, 131:2, 134:23, 179:19, 191:25, 194:4, 198:3, 198:20, 200:18, 201:11, 203:20, 204:19, 205:22, 244:6, 245:17, 247:18, 261:5, 271:24
**AGENT** [5] - 56:19, 118:21, 180:9, 191:21, 216:25
**agent** [30] - 57:8, 57:17, 63:1, 108:22, 119:6, 148:19, 180:17, 180:18, 180:21, 182:7, 183:10, 187:6, 187:25, 194:18, 194:21, 196:18, 211:3, 217:9, 217:16, 217:19, 217:20,

218:8, 219:4, 220:3, 220:10, 220:11, 220:15, 220:16, 260:4, 265:25

**agents** [21] - 13:4, 106:2, 134:7, 188:2, 193:17, 194:13, 196:1, 196:3, 197:7, 202:2, 202:3, 203:3, 203:5, 203:7, 207:23, 213:23, 214:4, 214:19, 217:12, 219:24, 220:1

**ago** [5] - 23:14, 109:16, 166:1, 172:3, 180:20

**agree** [2] - 210:19, 212:7

**agreeable** [1] - 276:14

**agreed** [3] - 210:4, 213:8, 215:21

**agreement** [1] - 274:10

**agricultural** [1] - 51:6

**ahead** [12] - 25:25, 27:13, 41:12, 116:15, 139:9, 145:6, 147:8, 163:17, 164:9, 202:10, 216:5, 257:3

**aid** [5] - 72:7, 72:20, 179:7, 271:8, 271:24

**aids** [6] - 72:11, 72:13, 268:14, 268:18, 269:22, 270:2

**aimed** [1] - 59:22

**air** [4] - 33:17, 162:19, 184:12, 186:22

**Air** [2] - 9:13, 57:24

**aircraft** [12] - 11:20, 170:10, 171:2, 171:11, 173:6, 173:21, 174:13, 184:12, 185:6, 185:9, 186:22, 186:25

**aircraft-drop** [1] - 11:20

**airplane** [7] - 133:1, 133:8, 133:21, 163:12, 164:4, 171:7, 175:4

**airplanes** [4] - 132:14, 132:25, 175:17, 175:22

**Airport** [14] - 140:8, 141:8, 141:18, 142:16, 143:4, 144:7, 145:5, 145:9, 146:8, 147:14, 152:3, 159:19, 162:17, 172:25

**airport** [61] - 136:5, 136:7, 136:13, 136:16,

136:24, 137:1, 137:2, 137:10, 137:17, 137:18, 139:2, 140:5, 140:6, 141:10, 141:11, 142:1, 142:3, 143:6, 144:14, 145:12, 145:15, 145:17, 145:23, 146:23, 146:25, 147:20, 147:23, 148:22, 148:25, 150:15, 150:16, 150:18, 150:22, 153:20, 154:6, 158:19, 161:17, 161:24, 162:14, 162:19, 162:24, 163:10, 164:19, 165:20, 165:23, 166:7, 170:7, 170:8, 170:10, 175:13, 175:25, 182:13, 182:14, 182:15, 182:18, 182:19, 185:17, 187:18, 187:19

**airports** [3] - 150:25, 151:1, 175:21

**AK-47** [2] - 98:22, 98:23

**Alcohol** [1] - 6:10

**alerted** [3] - 148:1, 148:2, 148:19

**alerting** [1] - 66:2

**allow** [4] - 32:8, 71:9, 76:20, 153:4

**allowance** [1] - 289:4

**allowed** [2] - 190:11, 288:11

**allowing** [1] - 22:13

**allows** [2] - 71:11, 99:11

**almost** [9] - 10:25, 39:22, 114:1, 122:15, 188:25, 199:20, 202:6, 291:4, 291:24

**alpha** [5] - 125:7, 125:8, 174:15, 175:1, 200:23

**Alpha** [1] - 148:12

**alphanumeric** [1] - 125:4

**altered** [6] - 67:3, 69:16, 69:20, 99:17, 99:18, 272:17

**Amendment/ Permissible** [1] - 284:12

**America** [5] - 4:6, 208:4, 210:16, 210:18, 213:16

**Amigos** [4] - 236:7, 236:9, 236:13, 236:14

**ammunition** [21] - 19:7, 32:23, 33:12, 33:13, 33:20, 34:25, 35:12, 35:17, 38:14, 54:10, 54:12, 55:8, 55:10, 60:23, 60:25, 76:4, 101:19, 102:14, 102:22, 116:25, 212:1

**amount** [3] - 36:11, 85:24, 99:22

**analyses** [1] - 10:11

**analysis** [3] - 207:25, 208:1, 270:6

**analysts** [3] - 217:13, 219:7, 220:2

**analyzed** [1] - 21:9

**anchor** [5] - 30:4, 30:6, 31:5, 45:14, 46:15

**anchors** [3] - 30:4, 30:25, 45:12

**angled** [1] - 111:21

**angling** [1] - 111:20

**angular** [2] - 17:7, 34:5

**announce** [1] - 266:19

**answer** [10] - 108:2, 133:6, 133:24, 134:16, 176:15, 177:21, 207:8, 281:14, 281:15, 289:16

**answered** [1] - 177:19

**anti** [1] - 61:20

**anti-tank** [1] - 61:20

**anticipate** [1] - 178:20

**anticipating** [1] - 110:3

**anytime** [1] - 109:16

**anyway** [2] - 106:15, 153:2

**anyways** [1] - 127:20

**apart** [2] - 34:7, 210:7

**aperture** [1] - 71:1

**apologize** [4] - 54:11, 146:14, 241:11, 259:2

**apparent** [1] - 250:7

**appeal** [1] - 293:17

**appear** [17] - 17:8, 29:3, 37:13, 43:3, 69:16, 69:20, 69:22, 91:23, 91:24, 92:2, 94:15, 97:4, 97:15, 100:8, 156:24, 171:10, 249:6

**appearance** [1] - 239:6

**appearances** [2] - 4:3, 4:7

**appeared** [6] - 41:8, 123:1, 164:24, 170:1, 203:12, 205:24

**appearing** [2] - 151:19, 260:11

**application** [2] - 50:22, 60:16

**applied** [1] - 94:5

**apply** [1] - 282:22

**appreciate** [1] - 279:9

**approach** [32] - 14:15, 18:16, 33:18, 34:17, 93:12, 94:7, 94:23, 95:17, 96:10, 97:19, 100:16, 101:11, 102:8, 102:17, 105:7, 116:19, 117:6, 127:23, 138:5, 196:9, 197:14, 197:18, 225:17, 243:25, 245:10, 250:11, 250:25, 255:19, 256:10, 259:24, 260:22, 265:3

**approached** [1] - 193:17

**approaching** [1] - 79:22

**appropriate** [2] - 86:22, 279:5

**appropriately** [2] - 119:24, 126:19

**approve** [2] - 217:17

**approximate** [4] - 41:25, 42:2, 75:10, 195:2

**April** [3] - 21:13, 215:11, 215:20

**AR-15** [2] - 60:15, 60:17

**area** [122] - 67:17, 68:3, 68:6, 68:15, 69:5, 73:18, 76:16, 77:7, 77:10, 77:25, 79:8, 79:13, 79:15, 79:18, 83:6, 86:14, 89:2, 89:12, 110:5, 122:18, 122:19, 125:21, 126:1, 126:20, 127:20, 140:2, 140:20, 141:6, 141:9, 141:16, 142:3, 142:15, 143:3, 143:13, 144:6, 145:8, 145:16, 145:23, 145:24, 146:7, 146:22, 146:23, 146:24, 147:1, 147:3, 147:13, 148:22, 152:2, 155:2, 158:18,

159:1_, 159:18_, 161:15_, 161:16_, 161:17_, 161:19_, 162:17_, 162:18_, 162:20_, 163:8_, 164:19_, 165:21_, 165:22_, 166:5_, 166:9_, 167:9_, 167:11_, 167:12_, 171:1_, 171:20_, 171:21_, 172:1_, 172:24_, 174:4_, 174:22_, 174:23_, 181:15_, 195:19_, 196:3_, 196:5_, 196:6_, 197:1_, 197:3_, 197:7_, 198:6_, 198:9_, 198:23_, 198:24_, 199:12_, 199:13_, 199:17_, 199:20_, 200:2_, 200:6_, 200:19_, 201:11_, 202:1_, 202:3_, 202:4_, 202:6_, 202:13_, 202:16_, 202:18_, 213:20_, 215:19_, 221:16_, 236:22_, 237:2_, 239:7_, 243:7_, 246:16_, 251:24_, 254:9_, 254:13_, 259:15_, 263:9_, 263:21

**areas** [10]_ - 65:18_, 88:10_, 130:15_, 158:23_, 172:5_, 173:15_, 193:8_, 193:10_, 195:20_, 244:17

**argument** [1]_ - 281:4

**arguments** [2]_ - 280:18_, 280:22

**arm** [1]_ - 153:3

**Armed** [2]_ - 8:11_, 9:4

**armor** [1]_ - 73:11

**Armour** [8]_ - 245:2_, 245:18_, 246:12_, 246:25_, 248:7_, 248:17_, 249:5_, 250:5

**arms** [2]_ - 9:11_, 52:6

**Army** [2]_ - 9:10_, 9:21

**arrangements** [1]_ - 286:19

**arrest** [6]_ - 212:4_, 217:24_, 224:24_, 239:21_, 245:6_, 262:3

**arrested** [5]_ - 211:12_, 222:4_, 226:2_, 226:6_, 226:7

**arrive** [4]_ - 23:7_, 124:21_, 124:23_, 125:10

**arrived** [1]_ - 15:1

**arriving** [1]_ - 185:8

**arrow** [2]_ - 49:17_, 205:15

**arson** [2]_ - 8:22_, 8:24

**article** [1]_ - 96:19

**articles** [1]_ - 97:16

**articulating** [1]_ - 292:12

**artifact** [3]_ - 224:2_, 241:19_, 249:25

**ASAC** [5]_ - 220:9_, 220:12_, 220:13_, 220:14

**ASACs** [1]_ - 220:2

**aside** [10]_ - 27:4_, 67:2_, 218:8_, 222:6_, 226:21_, 228:7_, 236:3_, 250:7_, 291:7_, 291:17

**aspect** [1]_ - 241:25

**assassination** [3]_ - 21:10_, 276:11_, 280:20

**assault** [4]_ - 62:15_, 62:20_, 62:24_, 281:10

**assaulting** [1]_ - 280:1

**assemble** [1]_ - 46:10

**assembled** [6]_ - 16:3_, 19:6_, 41:9_, 47:18_, 52:10_, 52:11

**assembly** [2]_ - 42:4_, 50:8

**assessment** [3]_ - 8:3_, 60:1_, 242:17

**assigned** [20]_ - 9:22_, 57:10_, 119:4_, 123:16_, 123:19_, 180:23_, 181:13_, 181:16_, 192:5_, 192:6_, 211:9_, 211:15_, 211:17_, 211:19_, 213:18_, 226:16_, 231:10_, 231:16_, 241:16_, 255:2

**assigning** [1]_ - 221:9

**assignment** [6]_ - 119:8_, 123:14_, 136:3_, 136:5_, 136:18_, 192:4

**assist** [2]_ - 72:11_, 192:23

**assistance** [1]_ - 20:10

**Assistant** [2]_ - 213:9_, 215:22

**assistant** [2]_ - 125:7_, 220:10

**assisted** [1]_ - 123:17

**associated** [5]_ - 9:16_, 21:23_, 60:23_, 120:15_, 150:9

**Association** [2]_ - 12:14_, 12:16

**associations** [1]_ - 12:13

**assumably** [1]_ - 208:14

**assume** [3]_ - 133:17_, 208:23_, 268:24

**assuming** [3]_ - 52:6_, 206:25_, 266:13

**AT&T** [5]_ - 212:24_, 231:8_, 233:5_, 233:8_, 235:3

**AT4** [1]_ - 61:20

**ate** [1]_ - 188:14

**ATF** [7]_ - 6:11_, 6:24_, 7:13_, 8:6_, 8:7_, 12:21_, 13:14

**Atlantic** [7]_ - 145:24_, 146:25_, 147:2_, 147:7_, 163:3_, 170:25_, 171:18

**Atlantic's** [1]_ - 172:25

**atrium** [6]_ - 162:17_, 162:18_, 162:20_, 164:19_, 172:13_, 173:16

**attach** [3]_ - 62:21_, 104:2_, 104:3

**attached** [4]_ - 12:11_, 112:22_, 113:15_, 224:8

**attachment** [1]_ - 76:16

**attachments** [1]_ - 124:2

**attacks** [1]_ - 11:8

**attempt** [4]_ - 19:7_, 70:14_, 278:17_, 278:24

**attempted** [3]_ - 276:11_, 278:21_, 280:20

**attempting** [1]_ - 42:10

**attend** [1]_ - 193:6

**attended** [1]_ - 6:24

**attention** [9]_ - 26:15_, 126:2_, 148:6_, 181:10_, 182:3_, 218:18_, 228:1_, 229:16_, 252:7

**Attorney** [2]_ - 213:10_, 215:22

**attorneys** [1]_ - 264:17

**audio** [38]_ - 79:3_, 79:10_, 80:11_, 151:16, 152:17, 153:13, 154:21, 155:18, 156:14_, 157:12, 158:8, 159:13, 160:19, 161:5, 162:6, 163:16, 164:12, 165:9, 166:17, 166:21, 167:16, 169:10, 169:13, 170:17_, 172:20_, 183:2_, 183:14, 183:25, 184:6_, 184:17, 184:24, 185:20_, 186:6_, 186:19, 257:11, 258:1_, 262:18, 263:14

**August** [9]_ - 21:14_, 232:15, 232:20, 233:24_, 241:22_, 242:18_, 251:23_, 261:17_, 263:22

**Austin** [1]_ - 265:19

**Australian** [2]_ - 139:1_, 140:4

**AUTEC** [3]_ - 147:2_, 147:6_, 163:3

**authentic** [1]_ - 212:8

**author** [2]_ - 6:20_, 6:22

**authorizing** [2]_ - 215:1_, 215:7

**automatic** [3]_ - 61:19_, 75:4_, 108:8

**automatically** [2]_ - 98:19_, 104:4

**availability** [1]_ - 286:15

**available** [5]_ - 133:16_, 133:17_, 179:8_, 287:13_, 289:22

**Avenue** [1]_ - 139:1

**avenue** [1]_ - 139:1

**aviation** [1]_ - 163:3

**Aviation** [6]_ - 145:24_, 147:1_, 147:2_, 147:7_, 170:25_, 171:18

**awaiting** [1]_ - 36:12

**aware** [12]_ - 113:22_, 120:1_, 120:14_, 132:13_, 132:15_, 132:19_, 147:19_, 147:25_, 202:21_, 207:9_, 286:24_, 293:19

## B

**B-R-E-N-D-E-N** [1]_ - 180:5

**bachelor** [1]_ - 8:19

**bachelor's** [2]_ - 58:9_, 58:10

**background** [1]_ - 293:21

**backpack** [2]_ - 93:21_, 93:25

**backward** [1]_ - 49:5

**backwards** [1]_ - 110:8

**bad** [3]_ - 107:23_, 132:12_, 134:13

**bag** [9]_ - 30:18_, 35:8_, 41:18_, 81:22_, 94:16_, 95:24_, 177:10_, 177:16_, 206:13

**Bag** [1] - 25:13

**baggage** [1] - 168:16

**bagged** [1] - 26:2

**bags** [17] - 24:14, 24:15, 25:16, 70:4, 70:17, 71:1, 71:17, 73:17, 79:25, 80:4, 81:23, 82:10, 86:18, 105:25, 106:11, 243:14, 259:7

**ball** [1] - 85:22

**ballistic** [6] - 70:14, 70:19, 71:3, 73:3, 95:10, 96:1

**ballpark** [1] - 178:20

**Bank** [7] - 212:17, 212:18, 212:19, 212:20, 212:21, 212:22

**bank** [5] - 57:21, 126:24, 159:1, 166:7, 199:9

**barrel** [22] - 16:16, 31:17, 32:1, 32:2, 32:6, 32:14, 33:3, 33:10, 41:9, 44:17, 44:18, 48:3, 48:10, 48:23, 49:1, 49:22, 50:3, 51:3, 53:13, 106:1, 111:15, 111:20

**Barrett** [4] - 60:15, 60:19, 61:2

**Base** [1] - 9:14

**base** [7] - 146:25, 192:13, 203:11, 204:21, 205:24, 238:22, 246:14

**based** [35] - 14:7, 34:15, 36:16, 39:7, 39:8, 39:11, 44:15, 70:11, 91:25, 154:1, 156:6, 157:24, 160:22, 161:23, 162:24, 163:1, 168:22, 169:23, 196:1, 196:2, 220:22, 225:9, 226:9, 242:14, 242:21, 253:15, 253:22, 253:24, 256:5, 269:12, 276:25, 288:10, 289:11

**Basic** [3] - 63:17, 63:18, 64:1

**basic** [2] - 13:3, 61:17

**basis** [5] - 136:16, 176:14, 283:12, 292:17, 293:19

**batch** [2] - 142:18, 142:19

**baths** [1] - 123:3

**battalion** [1] - 59:3

**battery** [1] - 34:7

**Bay** [7] - 235:7, 235:14, 235:18, 236:2, 242:23, 246:15, 261:15

**bayonet** [3] - 75:23, 75:24, 76:1

**Beach** [44] - 127:18, 130:7, 130:9, 130:21, 130:22, 130:23, 130:24, 135:21, 135:23, 136:4, 136:6, 136:8, 140:8, 141:8, 141:18, 142:16, 143:4, 144:6, 145:4, 145:9, 146:8, 147:14, 152:3, 159:19, 162:17, 172:24, 181:9, 181:11, 181:15, 182:15, 187:7, 187:12, 188:7, 188:22, 192:5, 192:6, 212:14, 212:16, 215:19, 221:16, 235:15, 235:19, 235:20, 263:21

**beach** [1] - 122:23

**became** [2] - 120:6, 181:5

**become** [7] - 63:8, 63:17, 63:24, 120:1, 120:14, 147:19, 147:25

**becomes** [1] - 53:16

**bedrooms** [1] - 123:3

**began** [1] - 25:14

**begin** [7] - 5:5, 60:9, 118:19, 135:14, 180:7, 191:19, 197:23

**beginning** [3] - 15:9, 136:11, 220:21

**begins** [1] - 227:5

**behalf** [1] - 287:13

**behavior** [1] - 85:20

**behind** [6] - 76:16, 81:7, 88:8, 161:21, 165:19, 203:24

**beings** [1] - 104:10

**Belle** [5] - 235:18, 247:21, 248:3, 248:6, 255:13

**belong** [1] - 226:20

**belonging** [2] - 212:17, 213:19

**belongs** [1] - 223:23

**below** [1] - 91:21

**bend** [3] - 29:19, 29:24, 49:18

**bent** [7] - 15:25, 41:22, 48:12, 49:3, 49:9, 49:13, 49:17

**best** [8] - 7:6, 38:9, 46:5, 66:7, 67:5, 89:12, 177:6, 272:7

**better** [7] - 22:19, 44:6, 66:4, 71:16, 265:14, 277:7, 287:17

**between** [22] - 32:12, 32:22, 71:1, 71:14, 73:10, 73:17, 78:10, 82:9, 86:1, 86:4, 86:11, 86:18, 88:9, 119:10, 182:17, 199:3, 199:23, 202:7, 215:20, 235:1, 242:17, 253:22

**beyond** [2] - 190:4, 210:20

**big** [4] - 15:3, 28:15, 69:12, 133:20

**bill** [1] - 234:7

**bin** [3] - 248:19, 250:1, 250:4

**binoculars** [1] - 80:20

**bit** [19] - 7:12, 12:12, 17:10, 36:23, 57:20, 58:20, 63:23, 66:10, 126:6, 141:6, 141:16, 141:24, 143:13, 145:10, 146:9, 147:15, 180:13, 181:19, 223:22

**black** [9] - 40:16, 94:3, 95:24, 141:1, 152:22, 211:9, 215:13, 257:14

**blade** [1] - 27:17

**blast** [3] - 7:1, 7:25, 10:1

**blend** [7] - 66:17, 66:19, 66:24, 67:5, 94:5, 94:21, 97:18

**blending** [1] - 67:1

**blow** [3] - 34:12, 34:13, 122:8

**blue** [10] - 93:23, 94:18, 106:1, 106:19, 106:24, 122:19, 198:11, 252:17, 252:18, 253:14

**blurry** [4] - 143:7, 143:8, 143:17, 144:5

**BMG** [1] - 60:20

**board** [1] - 17:25

**body** [5] - 104:14, 240:4, 240:18, 242:15

270:19

**body-worn** [3] - 240:4, 240:18, 242:15

**Boeing** [2] - 130:4, 175:5

**bolt** [8] - 98:18, 99:11, 99:12, 103:3, 103:18, 103:21, 103:22, 103:24

**bolts** [3] - 44:3, 124:16, 124:18

**Bomb** [2] - 12:15, 12:16

**bomb** [18] - 7:2, 7:3, 7:8, 7:17, 7:21, 7:23, 8:11, 8:12, 9:5, 9:9, 9:23, 10:12, 10:13, 10:15, 10:24, 12:23, 33:16, 33:18

**bombing** [2] - 7:10, 7:24

**bombs** [5] - 9:25, 11:23, 11:24

**booby** [2] - 12:8, 12:9

**bookshelf** [1] - 129:23

**borne** [1] - 9:25

**bottle** [12] - 203:12, 204:11, 204:20, 205:12, 205:23, 206:4, 206:12, 206:25, 207:4, 207:11, 208:6, 208:9

**bottles** [1] - 209:1

**bottom** [18] - 26:23, 27:14, 29:17, 36:5, 41:20, 43:15, 45:20, 92:12, 130:22, 198:12, 203:23, 233:23, 241:5, 244:13, 245:23, 245:25, 247:7, 251:22

**Boulevard** [19] - 68:1, 68:14, 138:25, 140:3, 140:4, 140:9, 140:12, 142:15, 143:3, 144:9, 144:11, 145:5, 145:8, 145:24, 146:8, 147:13, 171:20, 171:24, 235:19

**boundaries** [1] - 288:21

**box** [23] - 14:18, 15:1, 19:4, 19:9, 22:5, 24:10, 24:11, 24:17, 24:19, 25:23, 27:24, 28:15, 45:9, 45:16, 47:15, 51:5, 52:11, 52:15, 54:4, 54:7, 189:14, 195:9, 245:1

**boxes** [4] - 25:20, 25:21

**branches** [1] - 207:13

**brand** [4] - 100:23, 100:25, 213:19, 248:16
**brands** [1] - 28:15
**bravo** [4] - 195:6, 200:21, 201:1, 202:9
**Bravo** [3] - 61:18, 72:24, 195:8
**break** [10] - 20:3, 20:8, 31:18, 34:6, 46:1, 54:15, 111:2, 117:12, 178:24, 179:4
**breakfast** [1] - 188:15
**breaking** [1] - 116:16
**breaks** [1] - 82:22
**breathing** [1] - 71:14
**breech** [18] - 31:17, 31:20, 31:22, 31:23, 31:24, 32:13, 33:1, 33:8, 34:2, 35:2, 35:7, 35:11, 37:14, 47:23, 47:24, 48:1, 48:6, 48:24
**BRENDEN** [1] - 180:9
**Brenden** [3] - 178:19, 179:20, 180:5
**brief** [4] - 20:3, 178:25, 191:7, 275:21
**briefly** [6] - 5:16, 10:3, 28:5, 63:24, 116:1, 119:16
**bright** [1] - 155:2
**bring** [6] - 5:5, 37:1, 118:7, 128:2, 179:13, 191:5
**bringing** [1] - 171:11
**brings** [1] - 67:13
**broad** [2] - 18:6, 292:11
**broadly** [1] - 21:3
**broken** [1] - 69:20
**brown** [3] - 15:1, 94:19, 206:13
**Browne** [6] - 4:10, 19:20, 23:14, 275:4, 290:22, 291:8
**BROWNE** [73] - 5:7, 5:13, 6:1, 6:6, 13:15, 13:22, 14:1, 14:15, 14:17, 18:16, 18:18, 19:12, 19:21, 20:21, 21:6, 21:19, 22:10, 22:13, 23:1, 23:9, 23:16, 24:3, 24:5, 26:9, 26:10, 26:25, 27:3, 28:7, 28:9, 29:6, 29:9

31:11, 31:13, 34:11, 34:17, 34:21, 36:25, 37:6, 37:10, 37:12, 38:4, 38:8, 40:8, 40:11, 40:22, 40:24, 41:12, 41:14, 42:21, 42:25, 43:11, 43:14, 43:23, 43:24, 45:5, 45:7, 45:21, 45:22, 46:25, 47:4, 47:8, 47:10, 51:9, 51:12, 53:25, 54:2, 54:13, 281:24, 289:10, 289:21, 289:24, 290:25, 291:11
**Browning** [1] - 60:22
**browning's** [1] - 60:22
**bug** [1] - 92:13
**build** [1] - 64:17
**building** [1] - 173:13
**Building** [1] - 212:15
**buildings** [4] - 136:23, 147:3, 147:5, 147:6
**built** [4] - 50:10, 75:12, 282:25, 291:21
**bullet** [26] - 32:1, 33:6, 33:9, 34:4, 35:19, 36:19, 36:20, 38:15, 38:22, 39:13, 40:6, 48:22, 49:1, 49:22, 50:2, 51:2, 51:24, 51:25, 52:3, 53:11, 53:12, 65:1, 104:13, 109:19, 110:9
**bullets** [10] - 39:12, 52:13, 71:5, 102:6, 104:11, 107:2, 113:23, 113:25, 116:10, 212:1
**bunch** [1] - 50:10
**bundle** [1] - 43:2
**bungee** [4] - 106:1, 106:19
**Bureau** [4] - 6:10, 57:1, 57:2, 119:3
**burner** [3] - 254:24, 254:25, 255:3
**burning** [2] - 80:18, 80:19
**bushes** [1] - 209:1
**bushings** [2] - 27:8, 41:7
**business** [5] - 58:13, 126:25, 212:9, 266:3
**businesses** [1] - 236:4
**button** [1] - 153:2

**buy** [2] - 28:17, 255:14
**buying** [2] - 114:4, 114:9
**BY** [234] - 6:6, 14:1, 14:17, 18:18, 24:5, 26:10, 27:3, 28:9, 29:9, 31:13, 34:11, 34:21, 37:6, 37:12, 38:8, 40:11, 40:24, 41:14, 42:25, 43:14, 43:24, 45:7, 45:22, 47:10, 51:18, 54:2, 56:22, 66:9, 67:24, 68:11, 68:20, 69:1, 69:9, 70:2, 72:18, 73:15, 73:20, 74:6, 74:16, 77:6, 77:22, 79:4, 79:11, 80:12, 81:2, 81:11, 81:20, 82:7, 82:14, 83:4, 83:10, 83:18, 86:16, 87:1, 87:8, 87:17, 88:5, 90:12, 90:17, 91:18, 93:14, 94:9, 95:1, 95:20, 96:12, 97:10, 97:22, 98:6, 100:3, 100:19, 101:7, 101:13, 102:10, 102:19, 104:22, 105:14, 108:4, 112:21, 114:8, 114:16, 114:23, 115:2, 115:16, 116:3, 116:22, 118:24, 120:23, 121:11, 128:7, 129:12, 132:6, 133:7, 135:19, 138:9, 138:17, 139:23, 141:4, 141:14, 141:21, 142:12, 142:24, 143:11, 143:23, 145:1, 145:21, 146:4, 146:11, 146:15, 147:10, 149:20, 150:1, 151:17, 151:24, 152:19, 153:16, 154:23, 155:11, 155:20, 156:17, 157:4, 157:14, 158:11, 159:16, 160:8, 160:21, 161:8, 162:9, 163:20, 164:15, 165:12, 166:23, 167:19, 168:21, 169:16, 170:20, 172:21, 173:19, 174:19, 175:10, 176:16, 177:15, 177:23, 180:12, 183:3, 183:15, 184:1, 184:7, 184:18, 185:1, 185:16, 185:21, 186:7, 186:12, 186:20, 189:19, 191:24, 192:17, 194:3, 194:20, 196:16, 198:2, 200:4, 200:17, 201:10, 203:19, 204:6, 204:17, 205:1, 205:21, 206:3,

206:9, 206:22, 207:10, 217:3, 222:17, 222:23, 223:8, 223:19, 224:1, 224:20, 225:19, 227:10, 229:1, 229:8, 229:15, 230:1, 230:13, 232:1, 233:3, 234:11, 235:24, 237:15, 238:16, 239:1, 239:13, 240:1, 240:15, 241:2, 241:12, 242:4, 243:5, 244:3, 244:24, 245:13, 246:10, 246:23, 247:17, 248:15, 248:23, 249:10, 249:16, 249:22, 250:15, 251:5, 251:17, 252:1, 252:24, 253:12, 254:21, 255:8, 255:23, 256:20, 257:12, 257:18, 258:2, 258:19, 259:3, 259:12, 260:3, 261:4, 261:11, 262:19, 263:8, 263:16

## C

**C-L-E-M-E-N-T-S** [1] - 180:6
**cabin** [1] - 291:21
**caches** [1] - 12:24
**calendar** [2] - 19:22, 291:1
**caliber** [47] - 19:7, 32:23, 33:11, 33:13, 33:15, 33:20, 34:4, 34:6, 34:9, 34:13, 34:14, 34:25, 35:10, 35:12, 35:14, 35:17, 38:14, 38:22, 44:7, 48:1, 48:19, 49:21, 49:22, 50:2, 50:4, 50:14, 50:15, 50:20, 51:2, 51:23, 51:25, 52:2, 52:3, 52:7, 54:10, 55:8, 55:10, 56:1, 60:16, 60:19, 60:20, 60:23, 61:3, 61:9, 61:19, 72:25
**calibers** [2] - 33:5, 38:22
**Calypso** [1] - 231:8
**camera** [18] - 91:4, 105:1, 106:19, 156:22, 161:24, 166:9, 166:11, 167:9, 167:12, 240:5, 240:18, 242:15, 243:15, 256:22, 257:5, 257:21, 259:8, 262:21

**cameras** [1]_ - 154:7

**camouflage** [4]_ - 59:18_, 67:4_, 97:12_, 97:15

**camouflage-pattern** [1]_ - 97:15

**campaign** [2]_ - 188:19_, 189:1

**cams** [1]_ - 171:18

**candidate** [2]_ - 211:7_, 276:12

**Candidate** [1]_ - 170:9

**candidly** [1]_ - 278:24

**cannot** [2]_ - 22:3_, 292:9

**cans** [4]_ - 244:17_, 245:7_, 245:23_, 245:25

**capabilities** [1]_ - 84:24

**capable** [1]_ - 107:6

**capacity** [2]_ - 102:21_, 114:1

**capital** [1]_ - 216:21

**caps** [2]_ - 16:21_, 16:25

**caption** [1]_ - 291:25

**captions** [1]_ - 292:8

**capture** [1]_ - 7:7

**captured** [1]_ - 257:20

**capturing** [1]_ - 24:23

**car** [2]_ - 183:16_, 226:22

**card** [6]_ - 126:25_, 214:7_, 223:10_, 223:11_, 224:11_, 234:5

**cardboard** [4]_ - 15:1_, 91:14_, 91:20_, 92:1

**cards** [1]_ - 27:4

**care** [3]_ - 199:22_, 208:16_, 208:19

**career** [1]_ - 218:9

**careful** [1]_ - 290:13

**carefully** [3]_ - 18:20_, 266:25_, 279:4

**Carly** [1]_ - 129:18

**Carolina** [7]_ - 211:8_, 211:9_, 214:15_, 221:20_, 224:10_, 233:9_, 251:21

**carpenter** [1]_ - 127:3

**carpentry** [1]_ - 127:1

**carry** [3]_ - 28:15_, 50:18_, 50:19

**cart** [18]_ - 81:13_, 82:16_, 82:18_, 82:23_, 83:22_, 84:1_, 84:7_, 86:12_, 106:12_, 106:14_, 106:21

_, 189:8_, 189:10_, 195:7_, 195:12_, 199:18_, 199:24_, 200:20

**cartridge** [37]_ - 19:8_, 31:24_, 31:25_, 32:1_, 32:24_, 32:25_, 33:1_, 33:2_, 33:4_, 33:6_, 33:8_, 34:6_, 34:9_, 35:11_, 35:19_, 35:20_, 36:15_, 36:18_, 36:20_, 38:15_, 38:18_, 38:24_, 39:4_, 40:5_, 40:6_, 44:7_, 47:25_, 48:1_, 48:3_, 48:19_, 48:21_, 48:23_, 50:4_, 52:5_, 53:5_, 53:11_, 102:13

**cartridges** [2]_ - 35:1_, 36:5

**carts** [1]_ - 188:15

**case** [49]_ - 4:3_, 4:5_, 14:3_, 16:9_, 21:5_, 22:9_, 22:17_, 24:14_, 26:23_, 32:13_, 39:7_, 39:21_, 55:9_, 55:11_, 56:3_, 72:14_, 88:19_, 88:22_, 88:24_, 90:7_, 121:13_, 128:16_, 134:5_, 142:8_, 148:18_, 151:4_, 209:20_, 221:21_, 221:24_, 243:19_, 264:15_, 264:16_, 264:18_, 265:21_, 271:20_, 273:25_, 274:2_, 280:18_, 281:1_, 282:9_, 282:20_, 282:22_, 283:5_, 283:6_, 283:8_, 287:11_, 287:22_, 290:17_, 290:24

**Case** [1]_ - 4:6

**cases** [4]_ - 115:12_, 282:12_, 289:16_, 293:12

**cash** [3]_ - 170:1_, 170:3_, 234:8

**cashier** [1]_ - 234:23

**casing** [5]_ - 34:9_, 35:20_, 38:18_, 39:4_, 103:21

**catastrophic** [1]_ - 61:8

**catch** [2]_ - 10:12_, 176:6

**categorically** [1]_ - 24:9

**categories** [3]_ - 22:16_, 212:8

**categorize** [2]_ - 25:10_, 26:1

**category** [4]_ - 11:22_, 268:22_, 273:24_, 280:17

**Caution** [1]_ - 284:25

**CDR** [3]_ - 212:23_, 213:1_, 213:5

**cell** [18]_ - 21:11_, 160:2_, 223:21_, 224:5_, 225:23_, 226:11_, 226:13_, 226:15_, 229:6_, 230:18_, 241:4_, 241:6_, 248:25_, 249:18_, 250:3_, 254:23

**cellular** [1]_ - 213:19

**center** [9]_ - 32:5_, 39:23_, 41:3_, 44:1_, 46:14_, 68:6_, 84:7_, 162:18_, 201:24

**centered** [1]_ - 38:9

**central** [1]_ - 219:17

**certain** [9]_ - 10:10_, 14:2_, 30:5_, 55:16_, 193:17_, 193:20_, 202:18_, 210:4_, 230:21

**certainly** [8]_ - 21:15_, 56:5_, 66:1_, 171:4_, 179:18_, 266:8_, 280:21_, 293:12

**certifications** [1]_ - 63:14

**certified** [6]_ - 7:23_, 63:18_, 63:21_, 63:24_, 65:4_, 266:3

**cetera** [3]_ - 131:13_, 133:19_, 219:6

**chain** [7]_ - 36:16_, 40:3_, 199:3_, 256:7_, 256:8_, 257:14_, 258:4

**chain-link** [5]_ - 199:3_, 256:7_, 256:8_, 257:14_, 258:4

**chair** [3]_ - 66:3_, 66:4_, 166:1

**Challenge** [2]_ - 8:8_, 8:9

**chamber** [5]_ - 103:7_, 103:10_, 103:18_, 104:4_, 104:7

**chambered** [5]_ - 60:13_, 60:15_, 103:5_, 103:15_, 104:25

**chambering** [2]_ - 99:12_, 103:23

**chambers** [1]_ - 103:16

**chance** [6]_ - 138:18_, 151:6_, 151:9_, 196:18_, 244:8_, 290:5

**change** [3]_ - 270:6_, 273:24_, 283:12

**changes** [5]_ - 67:10_, 281:17_, 281:19_, 284:14_, 285:17

**character** [5]_ - 288:13_, 288:20_, 289:7_, 291:10_, 293:10

**characteristics** [1]_ - 35:17

**characterize** [6]_ - 69:18_, 81:24_, 87:11_, 87:23_, 143:16_, 221:23

**charge** [11]_ - 22:8_, 110:13_, 110:14_, 119:18_, 179:5_, 179:7_, 199:22_, 220:10_, 220:15_, 265:7_, 272:4

**charged** [10]_ - 55:9_, 55:13_, 55:15_, 55:19_, 55:21_, 55:23_, 56:3_, 225:11_, 276:3_, 280:19

**charging** [6]_ - 99:10_, 99:15_, 100:6_, 103:3_, 109:8

**chart** [6]_ - 289:11_, 289:19_, 289:22_, 290:6_, 292:14_, 293:6

**check** [4]_ - 107:19_, 139:3_, 236:11_, 270:21

**checked** [2]_ - 131:22_, 150:12

**checking** [1]_ - 131:13

**checks** [1]_ - 220:22

**cheek** [1]_ - 213:25

**chemical** [1]_ - 9:15

**chief** [2]_ - 265:21_, 271:20

**China** [1]_ - 74:19

**Chinese** [3]_ - 75:15_, 75:16_, 211:20

**chloride** [1]_ - 27:9

**choose** [2]_ - 115:13_, 115:17

**chooses** [1]_ - 272:18

**Christian** [3]_ - 191:4_, 191:16_, 265:20

**CHRISTIAN** [2]_ - 191:16_, 191:21

**Christopher** [1]_ - 4:10

**circle** [40]_ - 31:19_, 39:23_, 43:4_, 45:1_, 68:3_, 70:22_, 73:5_, 75:21_, 77:17_, 122:17_, 130:11_, 130:16_, 141:9_, 142:3_, 144:21_, 146:19_, 152:12_, 155:7_, 160:14_, 164:5_, 165:25_, 167:12_, 171:5_, 172:5_, 172:8_,

172:9_, 172:12_, 173:10_, 173:12_, 198:9_, 198:13_, 199:18_, 202:6_, 233:10_, 233:23_, 239:3_, 247:24_, 248:3_, 252:5_, 261:6

**circled** [16]_ - 43:7_, 68:6_, 70:25_, 77:7_, 122:19_, 146:17_, 146:23_, 148:4_, 163:6_, 174:22_, 174:23_, 240:22_, 243:17_, 252:8_, 256:21

**circling** [2]_ - 236:22_, 241:13

**Circuit** [3]_ - 278:10_, 283:4_, 283:6

**circuit** [2]_ - 18:1_, 283:1

**circuits** [1]_ - 10:10

**circular** [4]_ - 17:8_, 27:16_, 27:17_, 44:21

**circumstantial** [1]_ - 273:5

**cited** [2]_ - 282:12_, 283:6

**civilian** [3]_ - 57:25_, 114:17_, 115:3

**civilians** [1]_ - 114:9

**clamp** [8]_ - 28:19_, 28:21_, 28:24_, 28:25_, 30:18_, 44:13_, 44:19_, 48:11

**clamps** [13]_ - 27:16_, 27:21_, 29:11_, 30:15_, 40:18_, 41:3_, 41:5_, 41:21_, 44:24_, 99:19_, 100:12_, 109:12_, 113:8

**clarification** [2] - 33:25_, 192:12

**clarify** [1]_ - 287:10

**class** [1]_ - 9:19

**classic** [1]_ - 22:2

**classifications** [1]_ - 6:20

**classified** [1]_ - 133:12

**classifies** [1]_ - 115:5

**classify** [1]_ - 6:18

**Clay** [1]_ - 265:18

**clean** [1]_ - 46:9

**clear** [15]_ - 21:17_, 21:20_, 43:4_, 44:20_, 50:3_, 70:6_, 86:11_, 87:3_, 120:6_, 143:7_, 265:18_, 280:18_, 281:4_, 282:9_, 292:17

**cleared** [1]_ - 124:14

**clearing** [1]_ - 124:10

**clearly** [3]_ - 17:7_, 49:17_, 51:1

**Clements** [3]_ - 178:19_, 179:20_, 180:6

**CLEMENTS** [1]_ - 180:9

**climbing** [1]_ - 185:8

**clip** [1]_ - 44:13

**close** [4]_ - 81:16_, 106:8_, 199:17_, 282:14

**closely** [4]_ - 7:17_, 19:6_, 36:23_, 283:4

**closer** [9]_ - 21:25_, 65:25_, 68:22_, 69:3_, 81:13_, 145:12_, 187:21_, 198:18

**closes** [1]_ - 18:2

**closet** [1]_ - 129:23

**closing** [2]_ - 79:12_, 281:4

**clothespins** [1]_ - 27:16

**clothing** [6]_ - 96:19_, 97:16_, 157:20_, 158:14_, 159:25_, 170:2

**Club** [17]_ - 67:15_, 68:2_, 79:9_, 79:16_, 79:19_, 192:25_, 193:3_, 212:16_, 219:2_, 235:15_, 242:24_, 243:8_, 253:4_, 256:9_, 256:25_, 258:6_, 258:9

**club** [2]_ - 87:19_, 257:15

**clubhouse** [2]_ - 188:14_, 188:15

**coach** [1]_ - 218:15

**coast** [1]_ - 122:22

**cocktails** [1]_ - 11:25

**code** [1]_ - 213:20

**collateral** [2]_ - 63:1_, 218:9

**collect** [2]_ - 197:2_, 202:17

**collected** [10]_ - 128:19_, 129:18_, 131:16_, 203:6_, 203:14_, 204:1_, 204:11_, 212:5_, 213:23_, 214:5

**collecting** [2]_ - 131:12_, 131:18

**collection** [2]_ - 214:1_, 214:8

**college** [2]_ - 58:8_, 180:22

**colleges** [1]_ - 218:16

**collegiate** [1]_ - 218:15

**collocate** [1]_ - 219:6

**collocating** [2]_ - 219:10

**color** [11]_ - 37:20_, 39:22_, 93:22_, 94:17_, 96:19_, 97:2_, 97:3_, 140:16_, 168:1_, 168:2

**colored** [10]_ - 46:16_, 140:25_, 141:1_, 152:8_, 153:10_, 157:22_, 168:2_, 169:19_, 170:4

**colors** [1]_ - 106:22

**combat** [6]_ - 59:15_, 62:8_, 62:22_, 71:20_, 76:3_, 104:17

**comfortable** [1]_ - 285:18

**coming** [15]_ - 14:10_, 51:19_, 150:16_, 151:10_, 155:1_, 156:21_, 156:25_, 157:1_, 175:19_, 183:6_, 219:8_, 241:23_, 251:7_, 263:21

**command** [10]_ - 131:6_, 219:3_, 219:4_, 219:16_, 219:21_, 219:25_, 220:3_, 220:18_, 221:7

**comments** [2]_ - 190:22_, 280:2

**commerce** [3]_ - 211:24_, 212:3_, 281:25

**commercially** [4]_ - 10:8_, 11:18_, 15:20_, 45:15

**commit** [4]_ - 55:19_, 55:21_, 55:22_, 280:8

**committed** [4]_ - 55:13_, 55:23_, 56:2_, 281:3

**committing** [2]_ - 277:11_, 278:16

**common** [5]_ - 15:21_, 16:17_, 46:20_, 110:24_, 255:1

**communicate** [1]_ - 287:2

**communication** [1]_ - 60:3

**community** [2]_ - 122:10_, 177:7

**companies** [1]_ - 163:2

**company** [1]_ - 153:19

**compare** [6]_ - 69:7_, 72:5_, 96:8_, 224:16_, 234:9_, 248:11

**compared** [1]_ - 75:4

**comparisons** [1]_ -

253:22

**compass** [1]_ - 64:8

**competitive** [1]_ - 60:5

**complete** [2]_ - 46:4_, 292:23

**completed** [2]_ - 9:20_, 125:6

**completely** [2]_ - 279:1_, 282:10

**Complies** [41]_ - 14:20_, 15:8_, 18:22_, 27:12_, 27:22_, 31:21_, 32:17_, 32:20_, 35:6_, 43:6_, 68:4_, 70:24_, 73:7_, 77:18_, 84:10_, 84:15_, 93:19_, 94:14_, 96:18_, 97:1_, 97:15_, 101:18_, 101:24_, 130:17_, 130:25_, 152:14_, 155:8_, 160:16_, 166:2_, 171:6_, 198:19_, 201:2_, 226:25_, 228:14_, 233:11_, 239:4_, 248:2_, 248:4_, 250:24_, 256:2_, 261:7

**comply** [1]_ - 288:15

**component** [4]_ - 7:15_, 18:4_, 32:3_, 34:7

**components** [26]_ - 7:17_, 11:15_, 15:21_, 17:23_, 19:5_, 20:22_, 24:12_, 24:15_, 24:20_, 24:24_, 25:16_, 36:22_, 38:11_, 41:10_, 42:13_, 44:16_, 46:8_, 47:16_, 47:19_, 47:21_, 49:20_, 49:24_, 50:21_, 50:24_, 51:4_, 52:10

**comprehending** [1]_ - 72:11

**compress** [1]_ - 16:6

**compresses** [1]_ - 45:1

**compressing** [1]_ - 48:16

**comprised** [2]_ - 7:4_, 39:9

**compromise** [2]_ - 88:24_, 88:25

**compromised** [1]_ - 66:20

**computers** [2]_ - 219:5_, 220:4

**concealed** [4]_ - 59:15_, 62:24_, 64:18_, 88:18

**concealing** [1]_ - 106:17

**concealment** [8]_ -

59:17_, 64:13_, 65:15_, 65:21_, 66:12_, 66:13_, 82:1_, 112:17

**concept** [1]_ - 32:7

**conceptually** [1]_ - 281:9

**concern** [3]_ - 65:23_, 277:7_, 291:9

**concerned** [1]_ - 177:17

**concerns** [1]_ - 125:1

**conclude** [1]_ - 56:1

**concludes** [2]_ - 116:14 _, 271:14

**conclusion** [4]_ - 21:5_, 114:22_, 254:1_, 264:19

**concourse** [2]_ - 162:21 _, 162:22

**Concourse** [1]_ - 166:6

**concourses** [2]_ - 162:16

**condition** [3]_ - 24:25_, 277:23_, 278:5

**conditions** [2]_ - 99:23_, 110:16

**conduct** [11]_ - 10:1_, 64:17_, 65:5_, 90:4_, 207:25_, 217:20_, 217:22 _, 264:16_, 265:7_, 291:5 _, 292:6

**conducted** [3]_ - 9:13_, 221:12_, 226:10

**conducting** [3]_ - 89:17 _, 217:23_, 226:19

**conductive** [1]_ - 17:24

**confer** [4]_ - 22:10_, 22:14_, 292:20_, 293:4

**conference** [5]_ - 22:8_, 179:5_, 179:7_, 265:8_, 272:4

**confirm** [4]_ - 10:7_, 19:20_, 20:1_, 22:10

**confused** [1]_ - 281:1

**Congress** [1]_ - 139:1

**conjunctively** [1]_ - 276:3

**connect** [5]_ - 16:22_, 26:19_, 26:22_, 32:4_, 48:7

**connected** [1]_ - 17:21

**Connecticut** [1]_ - 218:17

**connection** [4]_ - 16:24 _, 17:15_, 148:15_,

223:17

**connectivity** [1]_ - 236:9

**connectors** [1]_ - 48:6

**conscious** [1]_ - 177:10

**consecutive** [1]_ - 271:18

**consider** [1]_ - 55:25

**consideration** [1]_ - 273:4

**considered** [4]_ - 11:21 _, 55:16_, 114:20_, 115:8

**consist** [1]_ - 288:8

**consisted** [1]_ - 123:2

**consistent** [13]_ - 21:15 _, 40:19_, 43:20_, 71:20_, 73:10_, 90:5_, 100:10_, 102:2_, 102:14_, 257:14_, 258:5_, 258:10_, 276:19

**constructed** [3]_ - 15:24 _, 16:3_, 66:15

**construction** [3]_ - 64:16_, 66:16_, 127:2

**contact** [5]_ - 126:25_, 232:7_, 232:11_, 232:23_, 264:17

**contain** [3]_ - 83:23_, 90:23_, 292:8

**contained** [11]_ - 15:2_, 27:14_, 30:18_, 35:1_, 36:6_, 36:9_, 36:14_, 39:21_, 40:5_, 70:17_, 138:19

**container** [10]_ - 15:3_, 15:4_, 20:18_, 21:10_, 24:7_, 25:19_, 25:22_, 26:4_, 26:5_, 129:23

**containers** [3]_ - 25:19_, 25:24_, 26:13

**contains** [7]_ - 7:15_, 34:14_, 36:15_, 39:16_, 40:1_, 278:22_, 291:24

**contemporaneous** [2] _ - 21:1_, 21:18

**content** [1]_ - 282:18

**contents** [1]_ - 52:15

**continue** [11]_ - 66:8_, 72:17_, 80:10_, 91:17_, 157:10_, 158:25_, 160:4_, 167:14_, 187:2_, 196:15_, 264:11

**continues** [2]_ - 79:14_, 282:18

**continuing** [1]_ - 165:7

**contract** [1]_ - 230:19

**contractor** [1]_ - 8:8

**contracts** [1]_ - 57:25

**control** [2]_ - 75:8_, 131:23

**conventional** [2]_ - 9:14 _, 62:9

**conversation** [1]_ - 293:2

**conversions** [2]_ - 91:24_, 92:4

**converting** [1]_ - 92:4

**convict** [1]_ - 55:12

**convicted** [6]_ - 54:6_, 54:9_, 54:12_, 55:8_, 210:22_, 210:25

**conviction** [1]_ - 273:22

**coordinating** [1]_ - 65:10

**copies** [9]_ - 18:13_, 20:11_, 138:5_, 139:14_, 179:5_, 196:9_, 197:15_, 212:9_, 288:6

**copy** [3]_ - 19:16_, 289:19 _, 290:1

**cords** [4]_ - 106:1_, 106:19

**corner** [10]_ - 30:1_, 31:3 _, 98:3_, 155:1_, 159:3_, 198:21_, 205:15_, 214:18 _, 238:18_, 240:21

**corporal** [2]_ - 58:19_, 136:11

**Corps** [14]_ - 58:1_, 58:3_, 58:7_, 58:15_, 58:18_, 58:21_, 58:22_, 60:4_, 60:10_, 60:13_, 61:14_, 61:21_, 89:21_, 90:23

**correct** [37]_ - 9:3_, 9:6_, 12:20_, 15:5_, 19:11_, 23:18_, 25:2_, 26:6_, 39:17_, 39:18_, 40:21_, 43:9_, 45:4_, 47:7_, 47:8 _, 52:1_, 52:12_, 59:6_, 75:20_, 86:19_, 109:17_, 110:1_, 116:5_, 119:15_, 182:21_, 185:12_, 189:2_, 208:15_, 234:18_, 251:12 _, 251:13_, 269:25_, 271:3_, 271:9_, 279:1_, 280:4_, 283:2

**corrected** [1]_ - 139:12

**correctly** [2]_ - 125:23_, 276:15

**corresponding** [2]_ - 214:1_, 214:8

**corresponds** [1]_ - 22:9

**corridor** [1]_ - 160:13

**corroded** [1]_ - 41:4

**cost** [1]_ - 101:2

**Counsel** [1]_ - 4:7

**counsel** [10]_ - 4:19_, 139:3_, 209:11_, 289:25_, 292:20_, 293:4_, 293:18_, 293:24

**count** [3]_ - 116:25_, 279:18_, 291:3

**Count** [11]_ - 212:1_, 276:11_, 279:16_, 279:25 _, 280:20_, 280:21_, 281:18_, 282:2

**countermeasures** [1]_ - 10:16

**counterterrorism** [1]_ - 57:15

**country** [5]_ - 9:24_, 10:5 _, 10:16_, 37:25_, 218:15

**Counts** [1]_ - 211:22

**counts** [2]_ - 275:22_, 276:3

**County** [5]_ - 135:21_, 135:23_, 136:4_, 136:8_, 212:15

**couple** [5]_ - 41:8_, 49:2_, 72:23_, 107:2_, 123:4

**coupler** [1]_ - 29:16

**coupling** [1]_ - 26:19

**Course** [1]_ - 254:7

**course** [74]_ - 7:5_, 9:18_, 9:20_, 12:25_, 13:13_, 20:24_, 63:17_, 63:19_, 63:20_, 64:1_, 64:22_, 64:23_, 64:24_, 65:3_, 68:7_, 81:6_, 87:24_, 125:17_, 127:5_, 127:11_, 148:14_, 159:20_, 188:1_, 188:5_, 188:6_, 188:7_, 188:13_, 188:16_, 193:8_, 193:14_, 193:18_, 196:3_, 196:7_, 197:1_, 197:3_, 197:6_, 198:23_, 199:12_, 199:21_, 200:2_, 200:6_, 202:4_, 207:14_, 207:15_, 208:10_, 208:15_, 208:17 _, 208:20_, 209:2_, 212:10_, 222:7_, 222:8_, 227:17_, 230:4_, 235:10_, 247:13_, 250:9_, 253:5_, 253:23_, 254:2_, 254:3_, 254:5_, 254:11_, 255:17_, 262:25_, 264:17_, 264:25

_, 266:4_, 281:3_, 282:7_, 286:20_, 287:11

**courses** [5]_ - 6:24_, 6:25_, 7:1_, 12:21_, 13:3

**Court** [14]_ - 4:1_, 4:4_, 22:24, 33:25_, 192:12_, 275:5_, 278:22_, 282:22_, 283:7_, 286:15_, 287:12_, 288:15_, 289:18_, 291:23

**court** [8]_ - 14:10_, 123:12_, 123:13_, 151:10_, 181:20_, 210:22_, 210:25_, 219:13

**COURT** [414]_ - 4:2_, 4:13_, 4:17_, 4:20_, 4:24_, 5:1_, 5:4_, 5:5_, 5:9_, 5:15_, 6:2_, 13:18_, 13:20_, 13:24_, 14:16_, 18:17_, 19:15_, 19:18_, 19:24_, 20:1_, 20:6_, 20:15_, 20:24_, 21:15_, 22:7_, 22:12_, 22:25_, 23:3_, 23:6_, 23:11_, 23:18_, 23:21_, 24:4_, 28:8_, 34:20_, 37:5_, 38:7_, 47:3_, 47:6_, 47:9_, 51:11_, 51:14_, 53:24_, 54:14_, 54:19_, 54:23_, 55:3_, 56:18_, 65:16_, 65:18_, 65:21_, 66:1_, 66:6_, 67:23_, 68:10_, 68:19_, 68:25_, 70:1_, 72:6_, 72:9_, 73:14_, 74:5_, 77:5_, 77:21_, 78:25_, 81:1_, 81:10_, 81:19_, 82:6_, 82:13_, 83:1_, 83:3_, 87:7_, 87:16_, 88:4_, 90:11_, 90:16_, 91:15_, 93:6_, 93:11_, 93:13_, 94:8_, 94:24_, 95:19_, 96:7_, 96:11_, 97:9_, 97:21_, 98:2_, 100:2_, 100:15_, 100:18_, 101:6_, 101:12_, 102:9_, 102:18_, 105:9_, 105:12_, 108:1_, 112:20_, 114:6_, 114:13_, 114:25_, 115:15_, 115:22_, 115:25_, 116:13_, 116:21_, 117:7_, 117:9_, 117:16_, 117:20_, 117:22_, 117:25_, 118:3_, 118:7_, 118:19_, 120:20_, 121:6_, 121:9_, 127:25_, 128:24_, 129:3_, 129:10_, 132:2_, 133:4_, 134:15_, 134:21_, 134:23_, 135:2_, 135:14_, 138:7_, 138:14_, 139:3_, 139:7_, 139:16_, 139:20_, 142:10_, 143:21_, 149:14_, 149:16_, 149:19_,

151:15_, 154:19_, 156:13_, 158:6_, 159:12_, 160:1_, 160:3_, 160:6_, 161:2_, 162:4_, 166:16_, 169:9_, 170:15_, 172:18_, 174:18_, 175:8_, 176:14_, 177:14_, 177:20_, 178:13_, 178:15_, 178:17_, 178:20_, 178:23_, 179:3_, 179:11_, 179:15_, 179:21_, 180:8_, 182:25_, 184:16_, 185:15_, 189:17_, 190:6_, 190:9_, 190:13_, 190:16_, 190:23_, 190:25_, 191:2_, 191:5, 191:19_, 192:13_, 192:16_, 194:2_, 194:19_, 196:12_, 196:15_, 197:12_, 197:16_, 198:1_, 200:13_, 200:16_, 201:8_, 203:18_, 204:4_, 204:16_, 204:25_, 205:20_, 206:2_, 206:8_, 206:17_, 206:20_, 207:8_, 209:6_, 209:9_, 209:15_, 209:21_, 209:25_, 210:3_, 210:13_, 210:15_, 213:15_, 216:3_, 216:5_, 216:8_, 216:10_, 216:24_, 222:13_, 222:16_, 222:22_, 223:7_, 223:18_, 224:19_, 225:16_, 225:18_, 227:9_, 228:24_, 229:23_, 231:24_, 233:2_, 235:23_, 237:14_, 238:14_, 239:12_, 239:24_, 241:1_, 243:4_, 243:24_, 244:2_, 244:23_, 245:12_, 246:9_, 246:22_, 247:16_, 248:14_, 248:22_, 249:15_, 250:14_, 251:1_, 251:4_, 251:16_, 252:22_, 253:11_, 254:20_, 255:22_, 256:11_, 256:14_, 256:19_, 257:10_, 257:25_, 258:18_, 258:25_, 260:1_, 260:23_, 261:3_, 261:10_, 262:17_, 264:5_, 264:10_, 264:23_, 265:5_, 265:11_, 265:18_, 265:23_, 266:7_, 266:11_, 266:15_, 266:22_, 266:24_, 267:4_, 267:7_, 267:10_, 267:14_, 267:17_, 267:21_, 267:24_, 268:2_, 268:5_, 268:8_, 268:10_, 268:18_, 268:21_, 268:24_, 269:12_, 269:17_, 269:19_, 269:23_, 270:1_, 270:9_, 270:13_, 270:16_, 270:21_, 270:24_, 271:1_, 271:4_,

271:7_, 271:12_, 271:14_, 271:21_, 272:1_, 272:11_, 272:13_, 272:15_, 272:17_, 272:20_, 272:25_, 273:2_, 273:4_, 273:8_, 273:10_, 273:13_, 273:15_, 273:18_, 273:20_, 274:4_, 274:7_, 274:13_, 274:15_, 274:19_, 274:21_, 274:24_, 275:1_, 275:8_, 275:10_, 275:13_, 275:15_, 275:18_, 275:20_, 275:25_, 276:2_, 276:6_, 276:8_, 276:23_, 277:4_, 277:6_, 277:13_, 277:17_, 278:1_, 278:6_, 278:12_, 279:3_, 279:8_, 279:10_, 279:14_, 279:16_, 279:23_, 279:25_, 280:5_, 280:8_, 280:14_, 281:5_, 281:9_, 281:16_, 281:21_, 281:23_, 282:1_, 282:24_, 283:11_, 283:17_, 283:22_, 283:24_, 284:2_, 284:4_, 284:8_, 284:11_, 284:17_, 284:19_, 284:23_, 284:25_, 285:3_, 285:5_, 285:8_, 285:10_, 285:13_, 285:15_, 285:21_, 285:23_, 286:2_, 286:4_, 286:9_, 286:12_, 286:24_, 287:14_, 287:24_, 288:2_, 288:17_, 289:1_, 289:3_, 289:20_, 289:22_, 290:2_, 290:4_, 290:8_, 290:13_, 290:22_, 291:7_, 292:15_, 293:1_, 293:18_, 293:23_, 294:1

**Court's** [14]_ - 21:16_, 38:5_, 121:3_, 209:17_, 209:22_, 270:6_, 280:23_, 287:21_, 288:18_, 291:12_, 292:1_, 292:21_, 292:23

**courteous** [1]_ - 177:10

**courtroom** [11]_ - 5:8_, 20:5_, 23:5_, 54:18_, 55:2_, 117:15_, 118:2_, 179:2_, 179:8_, 179:14_, 264:22

**COURTROOM** [17]_ - 4:5_, 5:3_, 5:17_, 5:22_, 56:7_, 56:12_, 118:9_, 118:14_, 135:4_, 135:10_, 179:23_, 180:3_, 191:8_, 191:13_, 216:11_, 216:16_, 216:18

**cover** [2]_ - 64:13_, 287:6

**covered** [6]_ - 123:4_, 190:17_, 199:24_, 204:11_, 277:10_, 291:11

**covering** [2]_ - 91:9_, 99:20

**coverings** [1]_ - 97:12

**covers** [4]_ - 37:21_, 213:20_, 248:8_, 279:11

**craft** [1]_ - 59:13

**crayon** [1]_ - 291:20

**create** [2]_ - 16:6_, 45:14

**created** [1]_ - 75:9

**creating** [1]_ - 48:16

**credibility** [1]_ - 273:15

**crew** [2]_ - 72:23_, 72:24

**crew-served** [1]_ - 72:24

**crime** [5]_ - 55:22_, 210:22_, 211:1_, 277:11_, 279:17

**crimes** [7]_ - 55:15_, 55:19_, 56:3_, 57:18_, 119:10_, 136:12_, 137:23

**criminal** [4]_ - 8:19_, 57:14_, 181:17_, 217:24

**crimp** [2]_ - 36:18_, 40:6

**Crimson** [1]_ - 100:24

**criteria** [1]_ - 212:11

**crop** [1]_ - 12:4

**cross** [14]_ - 51:15_, 64:9_, 105:12_, 132:3_, 175:8_, 189:17_, 206:18_, 218:15_, 269:4_, 286:9_, 286:10_, 286:11_, 287:15_, 292:10

**CROSS** [6]_ - 51:17_, 105:13_, 132:5_, 175:9_, 189:18_, 206:21

**cross-country** [1]_ - 218:15

**cross-examination** [6]_ - 51:15_, 105:12_, 132:3_, 175:8_, 189:17_, 206:18

**CROSS-EXAMINATION** [6]_ - 51:17_, 105:13_, 132:5_, 175:9_, 189:18_, 206:21

**cross-examine** [1]_ - 292:10

**cross-referencing** [1]_ - 269:4

**cross-terrain** [1]_ - 64:9

**crosshairs** [1] - 64:6
**CT1** [2] - 123:18, 123:19
**cup** [3] - 36:7, 36:8, 39:25
**current** [12] - 6:12, 6:13, 119:8, 136:1, 136:3, 137:15, 144:19, 182:9, 192:4, 274:5, 277:7, 277:14
**customarily** [1] - 280:12
**customer** [4] - 232:13, 233:12, 233:15, 234:18
**customs** [1] - 163:4
**Customs** [2] - 147:2, 147:6
**Customs/AUTEC** [1] - 171:1
**cut** [8] - 26:13, 69:20, 202:7, 203:23, 205:6, 259:19, 288:25
**cuts** [1] - 17:7
**cutting** [3] - 27:17, 199:20, 199:24
**cycle** [2] - 103:20, 109:22
**cycles** [1] - 11:25
**cylinder** [1] - 26:21

### D

**D.C** [1] - 218:6
**daily** [1] - 188:25
**damage** [4] - 7:20, 61:5, 61:7, 61:8
**dark** [8] - 87:13, 87:25, 88:12, 141:1, 152:8, 168:8, 169:19, 263:10
**dark-colored** [3] - 141:1, 152:8, 169:19
**dash** [1] - 262:21
**dashboard** [1] - 140:20
**database** [1] - 220:22
**date** [31] - 8:25, 25:12, 153:17, 153:23, 155:12, 157:5, 159:6, 165:2, 165:5, 168:9, 168:12, 171:12, 171:15, 173:1, 173:23, 174:1, 185:2, 232:14, 232:19, 233:22, 234:17, 240:6, 241:21, 247:22, 249:11, 249:23, 251:22,

261:16, 263:4, 274:22, 287:1
**dates** [1] - 215:12
**daughter** [2] - 215:16, 215:17
**day-to-day** [1] - 136:16
**days** [6] - 220:7, 221:4, 221:5, 221:12, 242:12, 242:13
**daytime** [3] - 89:20, 89:21, 89:22
**deadline** [2] - 289:14, 291:3
**dealing** [1] - 124:25
**deals** [1] - 278:20
**debit** [1] - 223:10
**December** [1] - 119:6
**decide** [3] - 22:19, 283:16, 293:3
**decimals** [1] - 91:24
**decision** [2] - 131:3, 219:7
**decision-makers** [1] - 219:7
**decisions** [2] - 119:20, 219:9
**deeds** [1] - 134:12
**defendant** [56] - 21:23, 210:4, 210:17, 210:18, 210:21, 210:24, 211:11, 213:11, 213:12, 213:17, 213:20, 213:24, 214:11, 214:13, 214:16, 214:23, 215:4, 215:10, 215:12, 215:18, 215:23, 215:24, 222:3, 222:6, 223:23, 225:12, 226:2, 226:21, 228:8, 228:12, 229:2, 229:19, 235:5, 235:11, 237:6, 240:19, 242:17, 242:22, 242:24, 249:4, 254:1, 254:4, 255:12, 263:18, 264:1, 272:18, 274:3, 282:13, 282:19, 291:6, 291:16, 291:21, 292:3, 292:4, 292:7
**defendant's** [23] - 21:12, 212:4, 212:6, 214:6, 215:16, 223:2, 223:13, 224:24, 225:1, 235:2, 235:3, 239:21, 245:6, 249:1, 249:18, 250:3, 250:7, 253:24, 254:24, 262:2, 273:10, 276:19

**Defense** [1] - 284:5
**defense** [17] - 4:16, 117:20, 273:25, 274:2, 281:21, 282:9, 282:20, 283:8, 286:2, 286:5, 287:18, 287:22, 287:23, 290:14, 290:15, 292:13, 292:18
**defining** [1] - 283:19
**definitely** [3] - 17:10, 38:13, 42:10
**Definition** [2] - 283:18, 283:24
**degree** [5] - 8:20, 58:10, 58:12, 111:17, 111:18
**deleted** [4] - 176:20, 176:21, 277:20, 277:23
**Deliberate** [1] - 285:5
**Delight** [5] - 206:25, 207:4, 207:11, 208:9, 208:25
**deliver** [4] - 17:21, 39:12, 49:1, 51:2
**delivered** [1] - 36:19
**delivers** [1] - 59:14
**demonstrate** [1] - 98:25
**demonstrative** [6] - 72:4, 72:7, 72:11, 72:12, 268:18, 268:22
**denial** [1] - 12:2
**dense** [1] - 82:1
**dental** [1] - 259:21
**denying** [1] - 288:19
**depart** [1] - 186:25
**department** [1] - 150:21
**Department** [5] - 57:24, 150:25, 151:1, 211:6, 224:10
**dependent** [1] - 273:25
**depict** [11] - 19:3, 80:13, 88:10, 138:21, 196:22, 196:24, 196:25, 197:5, 205:9, 205:22, 292:9
**depicted** [24] - 37:15, 72:22, 74:12, 97:4, 143:2, 144:1, 144:11, 147:11, 164:17, 171:21, 174:1, 194:5, 194:18, 196:19, 198:3, 199:14, 203:11, 215:14

239:16, 243:12, 243:13, 249:25, 253:18, 253:21
**depicting** [2] - 240:5, 258:4
**depicts** [3] - 240:18, 241:24, 259:7
**deployed** [5] - 9:23, 61:22, 61:24, 62:3, 62:7
**deploying** [1] - 9:23
**deployment** [3] - 10:3, 10:22, 11:4
**Depot** [1] - 28:16
**deputy** [1] - 136:10
**DEPUTY** [17] - 4:5, 5:3, 5:17, 5:22, 56:7, 56:12, 118:9, 118:14, 135:4, 135:10, 179:23, 180:3, 191:8, 191:13, 216:11, 216:16, 216:18
**derivatives** [1] - 113:3
**describe** [25] - 8:18, 69:10, 95:12, 96:19, 121:15, 122:3, 122:19, 122:25, 123:21, 124:7, 136:15, 140:23, 141:5, 146:22, 153:7, 154:24, 156:18, 162:13, 164:16, 168:7, 198:24, 199:15, 203:9, 203:20, 255:1
**described** [12] - 19:9, 29:1, 36:23, 37:14, 38:12, 120:18, 140:9, 144:8, 155:4, 171:20, 198:6, 289:5
**describing** [3] - 145:11, 200:20, 205:5
**description** [4] - 28:25, 43:20, 159:25, 291:15
**design** [2] - 13:16, 41:23
**designated** [3] - 201:18, 211:6, 286:5
**designation** [1] - 201:12
**designed** [20] - 6:21, 7:15, 7:19, 12:7, 26:19, 48:14, 50:14, 50:16, 50:18, 50:25, 51:1, 53:6, 53:16, 75:3, 75:10, 76:18, 84:16, 104:8, 104:9, 104:13
**destructive** [19] - 6:13,

6:15_, 6:19_, 7:13_, 7:14_, 8:6_, 11:1_, 11:7_, 11:11_, 11:12_, 11:17_, 11:21_, 12:19_, 13:8_, 13:16_, 13:21_, 17:14_, 17:15_, 20:23

**detached** [1]_ - 180:25

**detail** [9]_ - 24:10_, 37:17_, 212:23_, 213:1_, 213:5_, 237:11_, 242:16_, 289:9_, 293:5

**details** [3]_ - 192:23_, 227:20_, 228:2

**detect** [1]_ - 137:23

**detected** [1]_ - 105:22

**Detective** [1]_ - 135:1

**DETECTIVE** [1] - 135:16

**detective** [25]_ - 135:20_, 136:2_, 136:5_, 136:14_, 136:18, 139:24_, 143:12_, 143:24_, 147:19_, 152:20_, 155:21_, 156:18_, 157:15_, 159:17_, 160:22_, 162:10_, 163:21_, 164:16_, 165:13_, 167:20_, 168:22_, 169:17_, 170:6_, 170:21_, 174:20

**determination** [1]_ - 225:10

**determine** [5]_ - 49:21_, 227:12_, 265:14_, 266:12_, 290:6

**determined** [3]_ - 108:21_, 120:8_, 273:24

**detonation** [1]_ - 7:25

**detract** [2]_ - 76:14_, 76:25

**detracts** [1]_ - 85:18

**develop** [3]_ - 7:4_, 10:16_, 13:1

**developments** [2]_ - 13:8_, 13:9

**deviations** [1]_ - 113:14

**device** [40]_ - 6:13_, 6:16_, 6:17_, 7:13_, 7:14_, 7:16_, 7:18_, 8:2_, 8:6_, 8:16_, 11:11_, 11:12_, 12:3_, 12:11_, 13:16_, 13:21_, 16:2_, 17:15_, 17:21_, 19:6_, 20:18_, 20:23_, 21:22_, 27:17_, 33:16_, 34:7_, 34:10_, 49:23_, 50:5_, 51:21_, 51:22_, 51:24_, 52:1_, 52:2_, 53:1_, 228:1_,

229:9_, 229:12_, 234:5

**devices** [23]_ - 6:19_, 7:6_, 10:1_, 10:4_, 10:13_, 10:17_, 11:1_, 11:7_, 11:17_, 11:21_, 12:3_, 12:19_, 13:2_, 13:6_, 13:8_, 13:12_, 17:5_, 17:14_, 33:21_, 50:12_, 53:3_, 134:8

**devolve** [1]_ - 111:3

**diagram** [1]_ - 30:2

**diameter** [21]_ - 16:19_, 26:20_, 29:14_, 32:13_, 32:14_, 32:16_, 32:19_, 32:25_, 33:3_, 33:5_, 33:8_, 35:3_, 35:18_, 35:19_, 36:21_, 37:22_, 38:20_, 50:1_, 52:7_, 111:19

**diameters** [5]_ - 16:22_, 26:22_, 32:22_, 38:19_, 48:8

**diapers** [1]_ - 91:7

**difference** [1]_ - 32:21

**different** [26]_ - 16:22_, 18:6_, 25:16_, 26:22_, 28:15_, 29:12_, 32:13_, 41:18_, 42:12_, 42:13_, 42:14_, 48:7_, 84:4_, 122:15_, 127:17_, 137:17_, 193:7_, 193:8_, 193:10_, 199:23_, 239:7_, 270:4_, 278:21

**different-diameter-sized** [1]_ - 32:13

**digital** [1]_ - 134:8

**digits** [2]_ - 215:3_, 225:4

**dignitaries** [2]_ - 192:20

**dimensions** [3]_ - 15:2_, 28:21_, 206:14

**DIRECT** [7] - 6:5_, 56:21_, 118:23_, 135:18_, 180:11_, 191:23_, 217:2

**direct** [11]_ - 114:14_, 178:21_, 181:10_, 190:5_, 190:14_, 190:17_, 218:18_, 273:5_, 278:9_, 286:6_, 292:19

**directed** [1]_ - 48:13

**directing** [5]_ - 182:3_, 227:20_, 228:1_, 229:16_, 252:7

**direction** [8]_ - 48:2_, 70:16_, 82:23_, 145:13_, 145:25_, 156:2_, 165:23_, 167:6

**directly** [5]_ - 42:15_, 81:7_, 198:24_, 263:2_, 263:3

**disable** [1]_ - 33:22

**disagreement** [1]_ - 210:6

**disallowed** [1]_ - 293:14

**disallowing** [1]_ - 293:11

**disallows** [1]_ - 293:13

**disarm** [1]_ - 33:22

**disassembled** [1]_ - 46:7

**disassembly** [1]_ - 7:6

**discharge** [1]_ - 282:10

**discharged** [1]_ - 58:14

**discovery** [7]_ - 19:23_, 266:4_, 289:14_, 290:15_, 290:24_, 291:2_, 291:4

**discuss** [5]_ - 20:8_, 116:17_, 264:15_, 264:24_, 285:23

**discussed** [5]_ - 20:17_, 21:2_, 42:3_, 47:24_, 288:20

**discussing** [1]_ - 20:11

**discussion** [2]_ - 275:4_, 292:22

**discussions** [1]_ - 196:1

**display** [1]_ - 129:2

**displayed** [2]_ - 149:16_, 166:24

**displaying** [1]_ - 132:24

**disposal** [4]_ - 8:11_, 9:11_, 12:23_, 34:1

**dispose** [1]_ - 9:17

**disregard** [1]_ - 134:16

**disrupt** [2]_ - 33:20_, 34:10

**disrupter** [1]_ - 34:2

**disruption** [3]_ - 33:19_, 34:6_, 70:15

**distance** [9]_ - 78:5_, 78:10_, 84:6_, 84:11_, 84:18_, 85:3_, 107:6_, 107:13_, 122:13

**distance-wise** [1]_ - 122:13

**distances** [8]_ - 62:12_, 64:12_, 64:25_, 65:1_, 83:11_, 83:13_, 85:8_, 92:4

**distinctive** [4]_ - 140:25_, 153:10_, 161:12_, 170:4

**district** [1]_ - 192:22

**District** [4]_ - 123:13_, 213:10_, 215:22_, 221:16

**disturb** [1]_ - 18:1

**disturbed** [2]_ - 17:18_, 24:16

**division** [1]_ - 136:12

**DIY** [1]_ - 11:14

**DNA** [4]_ - 10:11_, 207:5_, 213:24

**docket** [3]_ - 278:8_, 279:11_, 289:15

**Docket** [4]_ - 272:9_, 288:18_, 292:24_, 293:5

**doctoral** [1]_ - 8:24

**doctoral-level** [1]_ - 8:24

**document** [15]_ - 24:9_, 90:22_, 124:23_, 125:14_, 125:15_, 127:10_, 127:13_, 127:14_, 131:2_, 131:3_, 131:5_, 198:21_, 225:7_, 285:19_, 289:13

**documentation** [3]_ - 119:23_, 125:24_, 291:5

**documented** [1]_ - 126:18

**documenting** [1]_ - 24:8

**documents** [8]_ - 126:24_, 127:8_, 127:9_, 217:17_, 221:9_, 224:15_, 224:25_, 266:17

**Dollar** [6]_ - 247:19_, 247:20_, 248:5_, 259:17_, 260:15_, 261:13

**domestically** [2]_ - 7:9_, 12:1

**Donald** [3]_ - 147:22_, 182:10_, 211:5

**done** [14]_ - 18:21_, 49:11_, 110:4_, 119:23_, 124:22_, 125:4_, 125:11_, 125:13_, 131:15_, 134:6_, 149:22_, 178:3_, 282:11_, 282:15

**DONNELLY** [198]_ - 118:5_, 118:20_, 118:24_, 120:21, 120:23_, 121:3_, 121:7_, 121:10_, 121:11_, 127:22_, 128:1_, 128:5_, 128:7_, 128:22_, 129:1_,

129:6, 129:8, 129:11, 129:12, 131:25, 133:2, 134:14, 134:22, 134:25, 135:15, 135:19, 138:3, 138:8, 138:9, 138:12, 138:17, 139:5, 139:8, 139:17, 139:21, 139:23, 141:2, 141:4, 141:12, 141:14, 141:19, 141:21, 142:6, 142:11, 142:12, 142:23, 142:24, 143:10, 143:11, 143:18, 143:22, 143:23, 144:24, 145:1, 145:19, 145:21, 146:3, 146:4, 146:10, 146:11, 146:13, 146:15, 147:8, 147:10, 149:7, 149:15, 149:18, 149:20, 149:25, 150:1, 151:12, 151:17, 151:22, 151:24, 152:15, 152:18, 152:19, 153:11, 153:14, 153:16, 154:16, 154:20, 154:22, 154:23, 155:10, 155:11, 155:16, 155:19, 155:20, 156:10, 156:15, 156:17, 157:2, 157:4, 157:10, 157:13, 157:14, 158:3, 158:7, 158:9, 158:11, 159:10, 159:14, 159:16, 160:5, 160:7, 160:8, 160:17, 160:20, 160:21, 160:25, 161:3, 161:6, 161:8, 162:1, 162:5, 162:7, 162:9, 163:14, 163:17, 163:20, 164:9, 164:13, 164:15, 165:7, 165:10, 165:12, 166:13, 166:18, 166:22, 166:23, 167:14, 167:17, 167:19, 168:19, 168:21, 169:6, 169:11, 169:14, 169:16, 170:12, 170:16, 170:18, 170:20, 172:15, 172:19, 172:21, 173:17, 173:19, 174:16, 174:19, 175:6, 176:13, 177:12, 177:18, 178:14, 191:3, 191:18, 191:20, 191:24, 192:17, 193:23, 194:3, 194:16, 194:20, 196:8, 196:14, 196:16, 197:9, 197:14, 197:21, 198:2, 200:3, 200:4, 200:9, 200:15, 200:17, 201:6, 201:9, 201:10, 203:16, 203:19, 204:2, 204:5, 204:6, 204:13, 204:17, 204:23, 205:1, 205:18,

205:21, 205:25, 206:3, 206:6, 206:9, 206:15, 207:6, 209:14

**Donnelly** [1] - 4:11

**Dos** [4] - 236:7, 236:9, 236:13, 236:14

**dot** [1] - 167:11

**double** [5] - 34:15, 36:16, 39:7, 39:8, 39:11

**double-based** [5] - 34:15, 36:16, 39:7, 39:8, 39:11

**doubt** [1] - 210:20

**down** [31] - 15:10, 31:18, 33:2, 38:19, 44:4, 45:1, 46:1, 48:23, 53:13, 87:4, 97:25, 111:16, 111:22, 112:7, 131:22, 149:25, 158:25, 159:3, 160:13, 161:22, 164:2, 166:8, 167:11, 167:13, 181:19, 205:16, 228:1, 254:17, 263:15, 277:19

**downrange** [7] - 19:8, 32:1, 36:21, 39:13, 40:7, 48:22, 51:2

**downtown** [1] - 122:14

**dozen** [2] - 28:3, 28:4

**dozens** [1] - 193:4

**drab** [1] - 96:20

**draft** [1] - 278:22

**draw** [3] - 70:16, 82:22, 158:22

**drawings** [1] - 291:25

**drawn** [1] - 291:20

**drill** [1] - 17:10

**drilled** [1] - 17:10

**drink** [2] - 208:21, 209:1

**drinks** [2] - 208:21, 208:24

**drive** [4] - 16:9, 33:18, 34:9, 105:17

**driven** [1] - 9:17

**driver's** [1] - 222:19

**drives** [1] - 189:14

**driving** [3] - 225:10, 226:22, 235:2

**drop** [2] - 11:20, 62:23

**drove** [1] - 215:13

**drugs** [1] - 12:4

**drywall** [1] - 45:20

**dual** [1] - 181:17

**due** [1] - 163:9

**duration** [1] - 286:8

**during** [29] - 10:3, 10:5, 13:11, 20:25, 33:14, 62:23, 64:10, 90:1, 125:17, 127:5, 127:11, 148:14, 159:20, 179:7, 185:17, 188:19, 189:1, 190:17, 210:5, 215:12, 218:9, 219:11, 224:23, 235:7, 235:10, 239:18, 239:20, 262:2

**duties** [12] - 57:16, 63:2, 136:22, 137:16, 147:19, 181:14, 182:12, 187:2, 192:11, 192:18, 217:15, 218:9

**duty** [2] - 136:7, 187:5

**Duty** [1] - 285:5

**DX200** [1] - 291:15

E

**E4** [1] - 58:19

**early** [3] - 116:16, 178:24, 193:16

**earplugs** [3] - 238:23, 239:6, 239:15

**earth** [1] - 97:17

**ease** [1] - 49:12

**easier** [4] - 49:8, 75:8, 100:10, 192:14

**easily** [1] - 112:8

**east** [1] - 166:7

**eastbound** [1] - 156:23

**easy** [2] - 26:1, 200:5

**economy** [3] - 148:22, 148:24, 150:13

**edge** [4] - 164:7, 203:22, 205:7, 262:25

**education** [1] - 8:18

**EED** [2] - 150:7, 211:16

**EEED** [1] - 149:6

**effect** [1] - 282:22

**effective** [1] - 84:17

**effects** [3] - 13:17, 13:21, 64:25

**Eglin** [2] - 9:13, 34:2

**egomaniac** [1] - 132:24

**either** [12] - 21:5, 62:22, 71:17, 73:4, 85:17, 150:17, 154:10, 193:5, 269:7, 278:24, 280:24, 282:19

**ejected** [1] - 103:22

**elected** [1] - 50:22

**electrical** [7] - 17:23, 18:4, 92:8, 92:10, 92:18, 92:20, 100:9

**electrical-initiated** [1] - 17:23

**electronic** [2] - 18:2, 127:9

**electronics** [1] - 10:9

**elects** [1] - 22:18

**elements** [3] - 64:25, 90:23, 281:14

**elevation** [4] - 86:3, 86:11, 87:3, 92:5

**elevator** [2] - 159:1, 166:7

**Eleventh** [2] - 278:10, 283:4

**ELMO** [11] - 36:24, 38:5, 47:2, 90:10, 129:9, 129:14, 174:17, 222:15, 251:3, 256:12, 261:1

**elongated** [1] - 99:19

**elsewhere** [2] - 41:6, 240:10

**email** [2] - 215:9, 232:23

**emplacers** [1] - 10:13

**employed** [5] - 119:2, 135:20, 135:21, 180:15, 191:25

**employee** [2] - 148:21, 211:4

**employees** [1] - 208:16

**encountered** [2] - 14:24, 231:1

**end** [29] - 16:19, 16:20, 16:21, 16:25, 17:8, 17:25, 22:7, 26:24, 33:6, 36:5, 37:21, 43:3, 44:4, 44:17, 46:12, 46:25, 48:3, 48:4, 52:18, 55:11, 125:12, 131:18, 131:19, 166:7, 241:25, 277:20, 278:4

**ending** [14] - 178:24, 212:19, 212:20, 212:21, 212:22, 215:8, 215:14, 229:11, 230:10

_, 230:15_, 234:14_, 234:21

**ends** [5]_ - 16:20_, 227:5_, 228:21_, 231:18_, 280:17

**Enduring** [1]_ - 62:1

**enemy** [2]_ - 59:19_, 89:1

**energy** [2]_ - 34:9_, 39:12

**enforcement** [11]_ - 7:8_, 202:15_, 212:5_, 212:10_, 213:22_, 214:4_, 214:19_, 214:25_, 215:6_, 282:11_, 287:12

**engage** [5]_ - 62:6_, 62:15_, 89:6_, 105:3_, 105:4

**engaged** [1]_ - 59:23

**engaging** [1]_ - 59:22

**engineering** [1]_ - 10:9

**enhance** [3]_ - 76:13_, 76:25_, 77:2

**enhancements** [1]_ - 281:11

**enhances** [2]_ - 76:15_, 85:17

**enjoined** [1]_ - 9:9

**enjoy** [1]_ - 117:22

**enlarged** [2]_ - 224:8_, 242:3

**enlisted** [1]_ - 9:9

**enrolled** [1]_ - 8:23

**ensure** [2]_ - 89:23_, 221:8

**entail** [1]_ - 66:14

**enter** [3]_ - 69:5_, 88:15_, 288:11

**entered** [7]_ - 5:8_, 23:5_, 55:2_, 118:2_, 148:24_, 150:20_, 179:14

**entering** [1]_ - 154:25

**entertain** [1]_ - 109:3

**entertainment** [1]_ - 175:23

**entire** [19]_ - 8:15_, 10:5_, 32:24_, 33:1_, 35:18_, 57:7_, 62:8_, 65:3_, 119:19_, 124:25_, 126:6_, 131:17_, 134:2_, 187:5_, 225:6_, 225:7_, 293:13_, 293:14_, 293:15

**entirety** [1]_ - 278:20

**entrance** [6]_ - 145:13_, 145:14_, 145:15_, 148:25_, 150:16_, 152:2

**Entry** [4]_ - 272:9_, 288:18_, 292:24_, 293:5

**entry** [11]_ - 68:13_, 69:10_, 79:22_, 124:21_, 124:22_, 125:3_, 125:6_, 125:10_, 125:11_, 278:8_, 279:11

**environment** [9]_ - 64:11_, 66:18_, 66:25_, 67:2_, 67:5_, 94:6_, 94:22_, 97:18_, 106:23

**environmental** [1]_ - 67:6

**EOD** [4]_ - 8:10_, 9:5_, 9:7_, 33:23

**equip** [2]_ - 93:8_, 97:25

**equipment** [5]_ - 61:11_, 67:4_, 92:20_, 92:22_, 168:17

**erected** [1]_ - 292:5

**ergonomics** [1]_ - 49:9

**erroneous** [1]_ - 277:13

**ERT** [2]_ - 119:14_, 119:17

**escape** [1]_ - 89:3

**especially** [2]_ - 134:5_, 219:10

**essentially** [10]_ - 7:14_, 9:8_, 12:8_, 12:9_, 16:2_, 16:7_, 16:21_, 18:2_, 29:23_, 48:14

**established** [2]_ - 12:4_, 122:9

**establishing** [1]_ - 223:23

**estimate** [1]_ - 286:7

**estimation** [1]_ - 235:4

**et** [3]_ - 131:13_, 133:19_, 219:6

**evening** [4]_ - 5:10_, 264:20_, 287:20_, 294:2

**event** [5]_ - 110:5_, 110:16_, 239:18_, 277:23_, 278:5

**events** [2]_ - 8:14_, 193:6

**eventually** [2]_ - 127:7_, 287:5

**everyday** [2]_ - 188:25_, 226:17

**Evidence** [8]_ - 119:11_, 120:11_, 123:18_, 124:15_, 212:12_, 218:12_, 284:12_, 288:9

**evidence** [174]_ - 6:17_,

7:3_, 7:5_, 7:7_, 14:3_, 14:11_, 14:14_, 19:14_, 20:14_, 20:17_, 21:2_, 21:3_, 21:12_, 21:21_, 21:24_, 22:16_, 22:18_, 22:19_, 22:24_, 23:24_, 24:2_, 25:9_, 37:1_, 47:16_, 55:15_, 55:25_, 56:2_, 68:9_, 72:12_, 72:13_, 73:13_, 77:20_, 82:5_, 82:12_, 83:2_, 87:6_, 87:15_, 88:3_, 90:7_, 93:16_, 96:6_, 96:9_, 97:8_, 100:1_, 116:20_, 119:13_, 119:24_, 121:4_, 121:13_, 125:13_, 127:24_, 128:18_, 128:23_, 129:7_, 129:15_, 129:16_, 131:7_, 131:13_, 131:17_, 131:18_, 131:20_, 131:23_, 138:6_, 142:7_, 143:19_, 149:9_, 149:14_, 151:14_, 154:18_, 156:12_, 158:5_, 159:11_, 161:1_, 162:3_, 166:15_, 169:8_, 170:14_, 172:19_, 174:21_, 182:24_, 184:15_, 190:9_, 194:1_, 194:12_, 194:18_, 196:11_, 197:2_, 197:10_, 197:20_, 197:23_, 197:24_, 200:11_, 202:17_, 203:6_, 204:1_, 209:12_, 210:7_, 214:1_, 214:8_, 221:21_, 221:23_, 221:25_, 222:3_, 222:6_, 222:8_, 222:12_, 222:21_, 223:6_, 223:23_, 225:9_, 225:15_, 226:20_, 228:7_, 229:2_, 231:5_, 235:11_, 235:22_, 237:6_, 237:13_, 238:15_, 239:11_, 239:23_, 241:17_, 242:14_, 242:21_, 242:23_, 243:19_, 243:23_, 244:22_, 245:11_, 246:8_, 246:21_, 247:15_, 248:13_, 249:14_, 250:8_, 250:13_, 252:23_, 253:1_, 253:10_, 256:18_, 257:9_, 257:24_, 258:16_, 258:24_, 260:2_, 261:9_, 262:16_, 263:17_, 263:25_, 264:4_, 265:4_, 267:6_, 267:13_, 267:20_, 268:1_, 268:7, 268:12_, 273:5_, 275:1_, 275:10_, 288:11_, 288:20_, 288:21_, 288:22_, 290:11_, 290:12_, 290:14_, 290:17_, 290:19_, 290:20_, 292:2

**evidentiary** [2]_ - 127:7_, 292:16

**exact** [6]_ - 11:3_, 111:19_, 148:20_, 208:2_, 208:16_, 252:16

**exactly** [10]_ - 10:10_, 16:4_, 23:1_, 30:12_, 35:15_, 112:19_, 149:5_, 207:13_, 207:19_, 278:15

**EXAMINATION** [15]_ - 6:5_, 51:17_, 54:1_, 56:21_, 105:13_, 116:2_, 118:23_, 132:5_, 135:18_, 175:9_, 180:11_, 189:18_, 191:23_, 206:21_, 217:2

**examination** [18]_ - 6:18_, 13:11_, 18:9_, 25:18_, 35:15_, 44:15_, 51:15_, 105:12_, 114:14_, 132:3_, 163:6_, 175:8_, 189:17_, 190:17_, 206:18_, 214:2_, 214:9_, 264:11

**examinations** [1]_ - 10:7

**examine** [4]_ - 11:2_, 14:2_, 14:5_, 292:10

**examined** [2]_ - 13:11_, 90:7

**examiner** [6]_ - 6:14_, 6:16_, 6:17_, 8:6_, 8:17_, 13:11

**examining** [2]_ - 25:11_, 46:1

**example** [8]_ - 22:21_, 22:22_, 25:3_, 25:8_, 26:4_, 45:24_, 134:8_, 291:14

**examples** [2]_ - 289:7_, 293:21

**exceed** [1]_ - 114:14

**exceeding** [2]_ - 210:23_, 211:2

**excellent** [1]_ - 191:5

**excess** [1]_ - 90:2

**exciting** [1]_ - 190:18

**excluding** [1]_ - 11:8

**excuse** [17]_ - 4:9_, 12:13_, 12:15_, 17:2_, 18:14_, 35:20_, 42:21_, 48:7_, 49:21_, 51:3_, 181:13_, 219:10_, 226:2_, 239:20_, 246:6_, 260:21_, 275:11

**excused** [5]_ - 20:7_, 117:10_, 134:23_, 209:15_, 265:1

**execute** [2]_ - 123:17_,

124:19

**executed** [4]_ - 124:5_, 124:7_, 213:23_, 214:5

**executing** [4]_ - 124:16_, 214:19_, 214:25_, 215:7

**execution** [6]_ - 119:21_, 123:19_, 124:8_, 125:18_, 127:5_, 127:11

**exempted** [1]_ - 52:5

**exercise** [1]_ - 8:9

**exhibit** [37]_ - 14:11_, 19:21_, 31:9_, 31:11_, 32:3_, 35:13_, 37:18_, 38:12_, 45:5_, 49:16_, 72:4_, 72:14_, 72:15_, 78:3_, 79:5_, 91:1_, 97:25_, 193:25_, 209:25_, 222:11_, 230:12_, 248:12_, 249:2_, 254:14_, 255:21_, 261:2_, 266:7_, 268:3_, 269:5_, 270:4_, 270:23_, 271:19_, 271:22_, 289:12_, 289:13_, 289:15_, 291:14

**Exhibit** [194]_ - 15:4_, 15:7_, 15:9_, 15:12_, 16:12_, 18:10_, 19:10_, 25:4_, 25:13_, 26:16_, 27:6_, 28:1_, 28:6_, 28:11_, 30:9_, 34:19_, 34:24_, 37:1_, 37:15_, 38:6_, 40:10_, 41:13_, 42:1_, 42:24_, 43:12_, 43:21_, 45:6_, 47:1_, 67:22_, 68:9_, 68:18_, 68:24_, 69:25_, 70:12_, 72:5_, 72:20_, 72:21_, 73:13_, 74:4_, 74:9_, 76:9_, 77:4_, 77:20_, 78:24_, 80:25_, 81:9_, 81:18_, 82:5_, 82:12_, 82:25_, 83:5_, 83:9_, 83:11_, 83:17_, 85:25_, 87:6_, 87:15_, 88:1_, 88:3_, 88:9_, 90:14_, 90:18_, 93:5_, 93:10_, 93:16_, 94:1_, 94:11_, 95:18_, 96:6_, 96:9_, 96:25_, 97:20_, 100:1_, 100:14_, 100:17_, 101:5_, 101:9_, 101:16_, 101:17_, 101:22_, 102:2_, 102:3_, 102:11_, 102:15_, 102:20_, 104:14_, 104:20_, 116:20_, 127:23_, 128:23_, 129:7_, 143:25_, 149:9_, 159:11_, 182:24_, 184:15_, 185:14_, 196:10_, 197:24_, 198:4_, 200:12_, 201:7_, 210:12_, 213:14_,

214:3_, 214:18_, 215:10_, 215:14_, 222:11_, 222:18_, 222:21_, 223:1_, 223:6_, 223:9_, 223:17_, 224:17_, 224:18_, 227:8_, 227:13_, 228:13_, 228:19_, 228:23_, 229:3_, 229:5_, 229:22_, 231:4_, 231:23_, 233:1_, 234:10_, 235:22_, 237:12_, 237:16_, 237:21_, 237:25_, 238:4_, 238:8_, 238:25_, 239:3_, 239:10_, 239:14_, 239:23_, 240:2_, 240:3_, 240:14_, 240:25_, 241:6_, 241:14_, 241:15_, 243:3_, 243:13_, 243:22_, 244:21_, 245:11_, 245:16_, 246:8_, 246:19_, 247:15_, 248:12_, 248:16_, 248:21_, 249:14_, 250:12_, 251:12_, 251:15_, 252:21_, 253:16_, 255:21_, 256:16_, 256:17_, 257:9_, 257:17_, 257:23_, 258:7_, 258:11_, 258:16_, 258:24_, 259:11_, 259:25_, 260:12_, 261:9_, 262:10_, 262:16_, 264:4_, 266:9, 267:6_, 267:15_, 267:22_, 268:1_, 268:7_, 268:12_, 268:16_, 271:25

**Exhibits** [15]_ - 14:14_, 18:13_, 18:14_, 19:13, 23:23_, 24:1_, 40:9_, 41:13_, 197:17_, 197:19_, 210:2_, 225:14_, 267:12_, 267:19

**exhibits** [35]_ - 14:21_, 19:18_, 20:11_, 23:14_, 23:19_, 23:21_, 25:10_, 41:13_, 47:4_, 51:10_, 105:8_, 265:24_, 266:5_, 266:12_, 267:10_, 267:17_, 268:14_, 268:21_, 269:1_, 269:3_, 270:5_, 270:7_, 271:7_, 287:23_, 288:3_, 289:6_, 289:11_, 290:16_, 290:20_, 291:4_, 291:9_, 292:14_, 292:18_, 292:21_, 293:2

**exists** [1]_ - 221:2

**exit** [3]_ - 125:14_, 169:25_, 170:3

**exited** [5]_ - 20:5_, 54:18_, 117:15_, 179:2_, 264:22

**expand** [2]_ - 221:17_, 221:19

**expanded** [1]_ - 221:18

**expect** [1]_ - 286:7

**expended** [1]_ - 103:20

**experience** [11]_ - 9:9_, 17:13_, 61:10_, 76:18_, 88:15_, 90:5_, 92:19_, 110:10_, 226:9_, 230:21_, 231:1

**expert** [4]_ - 13:16_, 65:14_, 90:3_, 274:16

**expertise** [1]_ - 113:7

**explain** [6]_ - 7:22_, 24:6_, 59:11_, 102:25_, 111:18_, 277:6

**explaining** [1]_ - 292:8

**explode** [2]_ - 11:15_, 40:3

**exploded** [1]_ - 8:2

**explodes** [2]_ - 36:14_, 40:4

**exploding** [2]_ - 10:17_, 53:9

**exploitation** [2]_ - 7:5_, 10:4

**explosion** [1]_ - 48:25

**explosive** [37]_ - 6:19_, 6:23_, 7:5_, 7:15_, 8:10_, 9:11_, 9:25_, 12:3_, 12:11_, 12:21_, 12:22_, 13:1_, 13:3_, 17:21_, 20:18_, 21:22_, 33:21_, 33:24_, 34:1_, 34:15_, 34:16_, 36:9_, 36:14_, 36:17_, 39:6_, 39:8_, 39:21_, 40:1_, 40:4_, 48:20_, 50:9_, 51:21_, 51:22_, 51:24_, 51:25_, 52:2_, 52:5

**explosive-related** [2]_ - 6:23_, 12:21

**explosives** [7]_ - 8:22_, 8:24_, 10:8_, 12:24_, 36:12_, 39:17_, 53:5

**Explosives** [1]_ - 6:11

**expose** [1]_ - 12:24

**exposed** [1]_ - 202:7

**extend** [1]_ - 110:13

**extended** [2]_ - 110:3_, 237:7

**extending** [1]_ - 109:25

**extensive** [1]_ - 154:7

**extent** [3]_ - 280:25_, 291:9_, 292:7

**exterior** [2]_ - 140:16_, 243:7

**extra** [2]_ - 283:1_, 290:1

**extracted** [1]_ - 290:11

**extraneous** [1]_ - 190:22

**extreme** [2]_ - 44:8_, 44:10

**extremely** [1]_ - 158:21

**extrinsic** [2]_ - 22:16_, 22:19

**eye** [6]_ - 46:8_, 70:16_, 76:21_, 76:22_, 76:23_, 82:23

F

**fabrication** [1]_ - 41:19

**face** [1]_ - 112:3

**Facebook** [3]_ - 220:25_, 229:18_, 229:20

**facility** [1]_ - 15:1

**facing** [4]_ - 51:3_, 156:22_, 164:2

**fact** [16]_ - 14:5_, 26:3_, 36:4_, 37:18_, 49:3_, 49:21_, 50:2_, 50:14_, 79:18_, 116:10_, 226:14_, 226:21_, 234:3_, 235:1_, 237:7_, 266:1

**factors** [1]_ - 67:6

**factory** [5]_ - 46:17_, 46:23_, 49:13_, 99:16_, 111:2

**facts** [5]_ - 210:4_, 210:7_, 210:8_, 210:20_, 283:16

**fail** [1]_ - 9:18

**failed** [1]_ - 271:22

**fair** [3]_ - 27:23_, 49:14_, 49:15

**fairly** [4]_ - 80:13_, 178:25_, 197:5_, 284:19

**fairway** [1]_ - 189:14

**fake** [1]_ - 232:9

**fall** [5]_ - 35:22_, 104:4_, 268:22_, 273:24_, 280:17

**falls** [1]_ - 292:1

**familiar** [17]_ - 11:23_, 13:4_, 32:7_, 33:13_, 100:25_, 136:22_, 137:1_, 137:16_, 148:4_, 148:8_, 158:19_, 158:21_, 192:24_, 193:2_, 193:7_, 193:10_, 193:13

**familiarization** [1]_ - 75:16

**Family** [3]_ - 247:19_, 247:20_, 248:5
**family** [1]_ - 122:10
**far** [20]_ - 72:25_, 84:16_, 105:17_, 106:21_, 107:20_, 111:12_, 114:4_, 114:9_, 114:10_, 114:11_, 122:13_, 168:22_, 240:21_, 241:25_, 263:25_, 268:25_, 277:21_, 279:10_, 282:24_, 290:17
**farthest** [2]_ - 236:25_, 238:18
**farthest-most** [2]_ - 236:25_, 238:18
**fashion** [2]_ - 139:10_, 269:2
**fashioned** [1]_ - 41:11
**fast** [2]_ - 102:24_, 184:4
**fast-forward** [1]_ - 184:4
**fasten** [3]_ - 45:3_, 46:13_, 92:7
**fatigue** [1]_ - 71:15
**FBI** [53]_ - 57:7_, 57:23_, 62:25_, 63:3_, 63:6_, 63:18_, 63:19_, 63:20_, 63:21_, 64:2_, 65:9_, 108:20_, 108:22_, 114:24_, 115:7_, 119:4_, 119:5_, 119:6_, 119:8_, 119:12_, 131:22_, 133:10_, 148:1_, 148:2_, 148:19_, 180:25_, 181:2_, 193:17_, 194:11_, 194:13_, 196:3_, 197:1_, 197:7_, 207:1_, 207:4_, 207:22_, 208:1_, 217:7_, 217:10_, 218:2_, 218:14_, 219:19_, 219:24_, 224:23_, 225:2_, 227:11_, 227:17_, 230:4_, 231:15_, 231:19_, 257:5_, 261:25_, 282:15
**FBI-worthy** [1]_ - 133:10
**FBOs** [1]_ - 146:25
**feasible** [2]_ - 106:8_, 107:3
**feature** [2]_ - 39:2_, 73:24
**features** [1]_ - 199:4
**February** [1]_ - 193:16
**fed** [2]_ - 60:14_, 60:18
**federal** [5]_ - 57:18_, 137:5_, 211:4_, 280:1_, 293:3
**Federal** [5]_ - 57:1_, 57:2_, 119:3_, 212:11_, 288:9

**feed** [1]_ - 98:19
**feedback** [1]_ - 7:11
**feeding** [1]_ - 99:12
**feet** [10]_ - 15:2_, 78:9_, 78:14_, 84:8_, 84:13_, 85:2_, 91:24_, 111:25_, 112:7_, 203:25
**fellow** [1]_ - 264:15
**felon** [3]_ - 54:6_, 54:9_, 54:12
**felonies** [2]_ - 280:19_, 281:2
**felony** [7]_ - 55:8_, 210:22_, 210:25_, 273:21_, 280:8_, 280:9_, 280:15
**fence** [46]_ - 70:4_, 70:13_, 71:6_, 73:17_, 77:13_, 79:25_, 80:6_, 81:23_, 82:9_, 105:25_, 106:2_, 106:11_, 107:4_, 111:11_, 111:15_, 111:19_, 112:8_, 112:9_, 112:10_, 143:5_, 199:3_, 199:4_, 200:6_, 200:7_, 243:8_, 243:14_, 253:4_, 253:5_, 253:6_, 254:5_, 255:16_, 256:7_, 256:8_, 256:24_, 257:14_, 257:21_, 258:4_, 258:5_, 258:9_, 258:10_, 258:13_, 259:8
**fescue** [2]_ - 202:7_, 205:7
**few** [10]_ - 72:1_, 113:2_, 125:2_, 127:8_, 155:17_, 166:1_, 172:3_, 220:5_, 248:7_, 288:5
**field** [20]_ - 8:21_, 12:19_, 13:4_, 13:8_, 13:9_, 13:21_, 57:12_, 59:13_, 90:25_, 115:17_, 119:4_, 136:11_, 163:11_, 217:12_, 218:5_, 218:13_, 218:15_, 219:2_, 219:5_, 220:16
**fight** [2]_ - 59:4_, 104:10
**fighting** [1]_ - 76:2
**file** [1]_ - 292:16
**filed** [1]_ - 265:8
**fill** [1]_ - 38:25
**filled** [1]_ - 36:11
**final** [9]_ - 23:7_, 64:20_, 66:13_, 66:22_, 80:1_, 80:3_, 178:24_, 179:6_, 275:7
**finally** [4]_ - 44:20_, 147:9_, 176:11_, 285:10

**financial** [2]_ - 119:10_, 181:18
**financially** [3]_ - 232:4_, 232:7_, 232:13
**findings** [1]_ - 14:7
**fine** [4]_ - 268:20_, 281:8_, 283:15_, 286:23
**finger** [6]_ - 27:10_, 35:7_, 38:10_, 140:10_, 198:13_, 200:25
**fingerprints** [4]_ - 10:11_, 212:6_, 214:6_, 214:7
**fire** [17]_ - 11:16_, 11:24_, 19:7_, 33:9_, 47:25_, 49:6_, 50:4_, 59:14_, 62:11_, 70:20_, 71:5_, 78:17_, 78:22_, 80:9_, 102:22_, 107:13_, 108:5
**firearm** [8]_ - 74:10_, 74:12_, 116:7_, 211:21_, 263:19_, 264:1_, 279:17_, 282:2
**Firearms** [1]_ - 6:10
**firearms** [3]_ - 8:22_, 8:24_, 22:23
**fired** [10]_ - 50:15_, 74:23_, 98:17_, 103:12_, 108:15_, 108:18_, 109:22_, 113:18_, 190:1_, 190:3
**fires** [2]_ - 7:16_, 103:20
**firing** [30]_ - 15:13_, 15:15_, 15:18_, 15:19_, 16:2_, 29:24_, 30:14_, 31:6_, 31:8_, 31:25_, 34:8_, 36:12_, 36:13_, 40:13_, 41:7_, 41:15_, 41:25_, 42:16_, 44:2_, 45:24_, 46:2_, 48:11_, 64:20_, 66:13_, 66:22_, 73:25_, 80:1_, 80:3_, 107:13_, 111:13
**firmly** [1]_ - 113:12
**First** [2]_ - 283:6_, 284:12
**first** [46]_ - 5:23_, 7:13_, 10:3_, 10:20_, 14:24_, 28:18_, 29:13_, 56:13_, 75:9_, 103:12_, 103:18_, 104:6_, 109:15_, 118:15_, 125:5_, 129:3_, 129:13_, 135:11_, 138:6_, 139:19_, 143:14_, 150:12_, 156:24_, 180:4_, 180:5_, 183:4_, 189:3_, 191:14_, 194:10_, 197:23_, 216:18_, 220:1_, 223:20_, 227:20_, 227:23_, 230:9_, 230:15_,

233:25_, 240:2_, 241:10_, 246:19_, 257:23_, 261:18_, 281:25_, 289:8_, 291:14
**fit** [3]_ - 33:1_, 33:2_, 48:23
**fits** [2]_ - 22:16_, 33:7
**fitting** [1]_ - 15:22
**fittings** [1]_ - 52:13
**five** [6]_ - 8:16_, 35:12_, 44:21_, 106:2_, 220:1_, 275:21
**fix** [1]_ - 282:1
**fixed** [3]_ - 146:25_, 162:24_, 163:1
**fixed-base** [1]_ - 146:25
**fixed-based** [2]_ - 162:24_, 163:1
**flag** [15]_ - 78:6_, 78:11_, 83:14_, 83:22_, 84:2_, 84:12_, 84:19_, 85:3_, 85:19_, 86:1_, 86:2_, 86:4_, 105:1_, 201:4_, 282:6
**flagged** [1] - 279:8
**flash** [1]_ - 52:22
**flashlight** [10]_ - 250:19_, 251:7_, 252:3_, 252:15_, 252:16_, 252:17_, 252:18_, 253:14_, 253:18
**flashlights** [3]_ - 253:20_, 253:23_, 253:25
**flat** [2]_ - 195:15_, 200:19
**flight** [1]_ - 275:10
**Florida** [23]_ - 9:13_, 21:12_, 114:10_, 120:1_, 120:4_, 120:7_, 123:13_, 132:11_, 134:6_, 152:10_, 181:7_, 211:16_, 211:17_, 211:23_, 212:3_, 212:16_, 213:10_, 215:19_, 215:23_, 221:16_, 235:7_, 247:21_, 261:15
**floss** [2]_ - 261:19_, 262:5
**flossers** [1]_ - 260:17
**focus** [5]_ - 123:7_, 126:5_, 251:8_, 280:22_, 287:17
**focused** [1]_ - 127:21
**focuses** [1]_ - 132:17
**focusing** [1]_ - 125:22
**fold** [1]_ - 10:12
**foliage** [5]_ - 68:13_, 68:22_, 69:3_, 70:16_, 165:19

**folks** [2]_ - 131:6_, 220:4
**follow** [6]_ - 50:10_, 63:20_, 108:24_, 158:22_, 282:12_, 282:15
**follow-on** [1]_ - 63:20
**following** [9]_ - 9:22_, 40:10_, 119:23_, 199:23_, 210:19_, 212:4_, 212:7_, 221:5_, 221:12
**follows** [8]_ - 6:4_, 55:17_, 56:20, 118:22, 135:17, 180:10, 191:22, 217:1
**Food** [8]_ - 236:8_, 236:15_, 236:20_, 237:18_, 237:22_, 238:5_, 238:9_, 242:10
**food** [4]_ - 238:1_, 245:1_, 250:1_, 250:4
**footage** [1]_ - 270:19
**Force** [6]_ - 9:14_, 57:24_, 181:4_, 181:6_, 181:7_, 217:11
**force** [4]_ - 17:22_, 180:25_, 181:3_, 217:12
**Forces** [1]_ - 9:4
**foreign** [4]_ - 192:20_, 211:24_, 212:3_, 281:25
**forensic** [1]_ - 8:21
**forewent** [1]_ - 21:24
**form** [11]_ - 21:4_, 22:25_, 42:7_, 179:6_, 207:6_, 210:4_, 265:13_, 281:13_, 285:15_, 285:19
**formally** [1]_ - 129:3
**former** [9]_ - 137:10_, 137:12_, 144:19_, 181:24_, 182:9_, 182:20_, 183:5_, 188:4
**formulation** [1]_ - 277:7
**Fort** [2]_ - 57:11_, 57:19
**fortunate** [1]_ - 9:18
**forward** [11]_ - 16:8_, 37:21_, 42:22_, 45:21_, 48:9_, 48:18_, 49:5_, 103:22_, 103:24_, 184:4_, 268:2
**forwards** [1]_ - 110:8
**foundational** [1]_ - 212:14
**four** [11]_ - 15:12_, 30:13_, 57:25_, 60:1_, 63:7_, 123:3_, 136:10_, 149:6_, 154:11_, 215:2_, 225:4
**four-day** [1]_ - 60:1

**Foxtrot** [1]_ - 148:12
**foxtrot** [2]_ - 174:15_, 175:2
**frame** [4]_ - 155:12_, 167:6_, 167:20_, 263:12
**framed** [1]_ - 168:6
**frames** [1]_ - 140:23
**framing** [1]_ - 30:7
**Fraud** [1]_ - 181:7
**free** [1]_ - 212:13
**Freedom** [1]_ - 62:1
**Freight** [8]_ - 28:11_, 28:14_, 40:19_, 250:19_, 251:8_, 251:19_, 253:14_, 253:25
**freshly** [3]_ - 202:7_, 203:23_, 205:6
**Friday** [1]_ - 286:4
**fronds** [1]_ - 207:19
**front** [20]_ - 14:18_, 26:3_, 28:18_, 30:9_, 31:3_, 31:19_, 37:7_, 38:10_, 75:22_, 76:2_, 112:1_, 121:12_, 130:1_, 143:24_, 151:19_, 194:5_, 194:22_, 198:4_, 205:8_, 263:3
**frustrated** [3]_ - 277:22_, 278:5_, 279:4
**Fulk** [1]_ - 265:19
**full** [7]_ - 19:4_, 24:7_, 35:1_, 39:4_, 48:19_, 245:1_, 287:11
**full-time** [1]_ - 287:11
**fully** [4]_ - 75:4_, 119:21_, 180:25_, 264:18
**function** [12]_ - 10:14_, 12:6_, 13:16_, 13:21_, 34:5_, 50:16_, 51:25_, 53:4_, 53:6_, 53:11_, 53:12_, 125:17
**functional** [1]_ - 53:1
**functioned** [3]_ - 6:21_, 10:10_, 107:21
**functioning** [4]_ - 51:1_, 111:1_, 152:25
**functions** [1]_ - 33:4
**fundamental** [1]_ - 291:8
**fundamentals** [1]_ - 64:2
**funnels** [1]_ - 98:18
**furtherance** [1]_ - 279:17

**G**

**G734A** [1]_ - 238:13
**galvanized** [1]_ - 46:22
**gap** [1]_ - 71:1
**gaps** [1]_ - 78:16
**garage** [2]_ - 160:12_, 169:4
**garages** [1]_ - 169:22
**gas** [18]_ - 7:16_, 11:16_, 46:21_, 48:24_, 50:19_, 98:11_, 98:16_, 98:18_, 103:16_, 103:20_, 235:6_, 235:11_, 235:13_, 236:1_, 236:3_, 237:7_, 241:24_, 242:22
**gate** [1]_ - 153:3
**gather** [3]_ - 131:19_, 194:11_, 288:4
**Gatorade** [1]_ - 208:24
**gear** [1]_ - 90:24
**geared** [1]_ - 288:13
**gears** [2]_ - 28:5_, 33:11
**gener** [1]_ - 50:19
**general** [15]_ - 19:2_, 19:4_, 33:13_, 45:8_, 114:5_, 136:5_, 136:18_, 154:6_, 277:21_, 277:24_, 288:6_, 288:7_, 288:10_, 289:3
**General** [3]_ - 259:17_, 260:15_, 261:13
**generally** [12]_ - 19:5_, 30:2_, 45:11_, 79:7_, 90:21_, 95:13_, 138:23_, 145:17_, 196:21_, 237:17_, 241:3_, 252:25
**generate** [1]_ - 50:20
**generating** [1]_ - 49:12
**gentleman** [8]_ - 112:2_, 162:11_, 176:3_, 176:7_, 177:1_, 177:9_, 177:17_, 177:24
**gentlemen** [13]_ - 5:10_, 54:15_, 55:4_, 72:10_, 116:13_, 117:11_, 178:23_, 179:16_, 209:10_, 210:3_, 247:24_, 250:22_, 264:12
**gentleness** [2]_ - 288:12_, 289:5
**given** [8]_ - 12:18_, 20:3_, 86:23_, 95:22_, 125:5_, 275:5_, 276:21_, 287:14

**Glade** [5]_ - 235:18_, 247:21, 248:3, 248:6_, 255:13
**glasses** [2]_ - 140:22_, 140:24
**glove** [1]_ - 30:11
**gloves** [4]_ - 14:18_, 93:7_, 128:3_, 260:4
**glued** [1]_ - 113:8
**God** [7]_ - 5:20_, 56:10_, 118:12_, 135:8_, 180:1_, 191:11_, 216:14
**Golf** [20]_ - 67:15_, 68:2_, 79:9_, 79:16_, 79:19_, 192:25_, 193:3_, 209:2_, 212:15_, 219:2_, 235:15_, 242:24_, 243:8_, 250:9_, 253:4_, 254:6_, 256:8_, 256:25_, 258:6_, 258:9
**golf** [51]_ - 68:7_, 81:6_, 85:22_, 87:19_, 87:23_, 188:1_, 188:5_, 188:7_, 188:12_, 188:16_, 188:17_, 188:21_, 189:3_, 189:7_, 193:6_, 193:8_, 193:14_, 193:18_, 195:7_, 196:3_, 196:7_, 197:1_, 197:3_, 197:6_, 198:23_, 199:12_, 199:19_, 199:21_, 200:2_, 200:5_, 202:3_, 207:14_, 207:15_, 208:9_, 208:15_, 208:17_, 208:19_, 222:7_, 222:8_, 247:13_, 253:5_, 253:23_, 254:2_, 254:3_, 254:5_, 254:11_, 255:17_, 257:15_, 262:25
**golfer** [1]_ - 85:22
**golfer's** [1]_ - 85:20
**golfers** [2]_ - 193:10_, 199:19
**golfing** [3]_ - 85:17_, 105:20
**golfs** [1]_ - 189:5
**Google** [3]_ - 221:1_, 266:6_, 266:14
**GoPro** [4]_ - 243:15_, 256:22_, 257:20_, 259:8
**GoPro-style** [4]_ - 243:15_, 256:22_, 257:20_, 259:8
**government** [19]_ - 65:13_, 118:4_, 118:5_, 134:25_, 191:3_, 193:25_, 210:3_, 265:14_, 265:17_, 272:8_, 276:15_, 280:5_, 281:19_, 287:16_, 290:15

_, 290:21_, 290:24_, 291:8_, 292:15

**Government** [20] - 23:23, 24:1_, 34:24_, 127:23, 128:23, 129:7_, 149:8_, 159:11_, 196:10, 197:19, 197:24_, 198:4_, 200:11_, 201:7, 267:6, 267:12, 267:19_, 268:1_, 268:7, 268:12

**Government's** [204]_ - 14:14_, 15:4_, 15:7_, 15:9_, 16:12_, 18:10_, 18:13_, 18:14_, 19:9_, 19:13_, 25:4_, 26:16_, 27:5_, 28:1_, 28:6_, 28:11_, 29:7_, 29:10_, 30:8_, 34:19_, 37:1_, 37:15_, 38:6_, 40:9_, 40:10_, 41:13_, 42:1_, 42:24_, 43:12_, 43:21_, 45:6_, 47:1_, 67:22_, 68:9_, 68:17_, 68:23_, 69:8_, 69:25_, 70:11_, 72:4_, 72:5_, 72:7_, 72:20_, 72:21_, 73:12_, 74:4_, 74:9_, 76:8_, 77:4_, 77:20_, 78:24_, 80:25_, 81:8_, 81:18_, 82:4_, 82:11_, 82:25_, 83:5_, 83:8_, 83:11_, 83:16_, 85:25_, 87:6_, 87:14_, 88:1_, 88:3_, 88:9_, 90:14_, 90:18_, 93:5_, 93:10_, 93:16_, 94:1_, 94:10_, 95:3_, 95:8_, 95:18_, 96:6_, 96:9_, 96:13_, 96:14_, 96:15_, 96:17_, 96:22_, 96:24_, 97:5_, 97:7_, 97:13_, 97:20_, 100:1_, 100:14_, 100:17_, 101:5_, 101:9_, 101:16_, 101:17_, 101:22_, 102:2_, 102:3_, 102:11_, 102:15_, 102:20_, 104:14_, 104:19_, 116:20_, 143:25_, 182:24_, 184:15_, 185:14_, 210:1_, 210:11_, 213:13_, 214:2_, 214:18_, 215:9_, 215:14_, 222:11_, 222:21_, 223:1_, 223:9_, 223:17_, 224:17_, 224:18_, 227:8_, 227:12_, 228:13_, 228:19_, 228:23_, 229:3_, 229:5_, 229:22_, 231:4_, 231:23_, 233:1_, 234:9_, 234:12_, 235:22_, 237:12_, 237:16_, 237:21_, 237:25_, 238:4_, 238:8_, 238:21_, 238:24_, 239:3_, 239:10_, 239:14_, 239:22_, 240:2_,

240:13_, 240:25_, 241:14_, 241:15_, 243:3_, 243:13_, 243:22_, 244:20_, 244:21_, 245:11_, 245:16_, 246:8_, 246:19_, 247:15_, 248:12_, 248:16_, 248:21_, 249:13_, 250:12_, 251:12_, 251:15_, 252:21_, 253:15_, 255:20_, 256:16_, 256:17_, 257:9_, 257:16_, 257:23_, 258:7_, 258:11_, 258:15_, 258:24_, 259:10_, 259:25_, 260:12_, 261:9_, 262:10_, 262:16_, 264:4_, 266:9_, 267:1_, 267:4_, 267:8_, 267:15_, 267:22_, 268:2_, 268:5_, 268:16_, 271:25

**government's** [10]_ - 5:11_, 14:11_, 241:6_, 266:5_, 269:13_, 276:16_, 280:22_, 288:19_, 289:17_, 292:17

**government-supplied** [1]_ - 290:24

**GPS** [1]_ - 64:8

**grade** [2]_ - 53:7_, 60:18

**graduate** [1]_ - 9:19

**graduation** [2]_ - 8:25_, 9:22

**gram** [1]_ - 35:23

**grand** [3]_ - 217:25_, 220:21_, 221:6

**granted** [94]_ - 24:4_, 28:8_, 37:5_, 38:7_, 56:18_, 67:23_, 68:10_, 68:19_, 68:25_, 70:1_, 73:14_, 74:5_, 77:5_, 77:21_, 78:25_, 81:1_, 81:10_, 81:19_, 82:6_, 82:13_, 83:1_, 83:3_, 87:7_, 87:16_, 88:4_, 90:11_, 90:16_, 93:6_, 93:13_, 94:8_, 94:24_, 95:19_, 96:7_, 96:11_, 97:9_, 97:21_, 100:15_, 100:18_, 101:12_, 102:9_, 102:18_, 116:21_, 117:7_, 182:25_, 184:16_, 185:15_, 204:25_, 210:13_, 213:15_, 222:13_, 222:16_, 222:22_, 223:7_, 223:18_, 225:16_, 225:18_, 227:9_, 228:24_, 229:23_, 231:24_, 233:2_, 235:23_, 238:14_, 239:12_, 239:24_, 241:1_, 243:4_, 243:24_

_, 244:2_, 244:23_, 245:12_, 246:9_, 246:22_, 247:16_, 248:22_, 249:15_, 250:14_, 251:1_, 251:4_, 251:16_, 252:22_, 256:11_, 256:14_, 256:19_, 257:10_, 257:25_, 258:18_, 258:25_, 260:1_, 260:23_, 261:3_, 261:10_, 262:17_, 264:5

**granting** [1]_ - 288:19

**grasp** [1]_ - 29:25

**grass** [4]_ - 202:7_, 203:23_, 205:6_, 208:18

**gray** [3]_ - 15:2_, 24:7_, 199:17

**grayish** [1]_ - 97:3

**grayish-green** [1]_ - 97:3

**great** [4]_ - 106:16_, 168:20_, 190:19_, 241:9

**greater** [3]_ - 64:25_, 237:11_, 293:5

**green** [48]_ - 25:22_, 26:7_, 27:16_, 30:19_, 35:10_, 37:20_, 37:24_, 41:4_, 42:23_, 43:3_, 45:16_, 46:16_, 67:17_, 68:1_, 77:10_, 77:16_, 77:17_, 81:13_, 83:7_, 88:20_, 91:9_, 91:12_, 96:20_, 97:3_, 106:22_, 107:4_, 107:5_, 107:11_, 189:15_, 195:1_, 195:8_, 195:9_, 196:7_, 197:4_, 198:9_, 198:25_, 199:6_, 199:8_, 200:7_, 201:3_, 202:10_, 243:9_, 253:3

**Greensboro** [3]_ - 214:15_, 233:9_, 251:21

**GREEV** [1]_ - 216:21

**Gregory** [2]_ - 118:6_, 118:17

**GREGORY** [2]_ - 118:17, 118:21

**grenade** [3]_ - 7:18_, 61:18_, 61:19

**grenades** [1]_ - 11:19

**ground** [10]_ - 42:20_, 43:2_, 43:8_, 45:12_, 45:13_, 59:4_, 70:15_, 204:10_, 206:13_, 243:16

**grounds** [4]_ - 21:18_, 192:24_, 193:2_, 199:22

**group** [3]_ - 73:22_, 138:19_, 181:2

**groups** [1]_ - 138:4

**growth** [3]_ - 69:17_, 69:19_, 69:22

**guard** [4]_ - 114:18_, 176:8_, 177:2_, 177:25

**guess** [7]_ - 10:25_, 35:9_, 126:14_, 176:6_, 207:13_, 277:3_, 284:9

**gums** [3]_ - 259:19_, 259:20_, 260:15

**gun** [34]_ - 50:16_, 51:21_, 51:22_, 52:2_, 60:22_, 60:23_, 61:18_, 61:19_, 72:25_, 107:3_, 107:20_, 107:21_, 108:13_, 108:15_, 109:5_, 109:14_, 109:15_, 109:20_, 110:7_, 111:1_, 111:5_, 111:10_, 111:12_, 111:25_, 113:1_, 113:4_, 113:5_, 113:8_, 113:18_, 115:4_, 202:22_, 202:25_, 203:1_, 208:10

**Gun** [1]_ - 72:24

**guns** [3]_ - 111:2_, 114:4_, 114:9

**GX-23A** [1]_ - 144:22

**GX1135** [3]_ - 121:5_, 121:13_, 122:17

**GX166** [1]_ - 214:10

**GX167** [1]_ - 214:11

**GX185** [1]_ - 172:23

**GX20** [1]_ - 193:25

**GX200-49H** [1]_ - 203:17

**GX200-49J** [1]_ - 204:3

**GX200-7** [1]_ - 194:18

**GX30** [2]_ - 74:12_, 74:14

**GX300** [12]_ - 225:14_, 229:6_, 229:10_, 229:18_, 230:3_, 230:4_, 230:8_, 241:4_, 242:7_, 254:23_, 255:9_, 255:12

**GX301** [10]_ - 213:20_, 223:21_, 223:23_, 224:6_, 224:7_, 225:14_, 226:24_, 248:25_, 249:18_, 250:3

**GX302** [3]_ - 225:14_, 232:3_, 233:21

**GX303** [1]_ - 225:14

**GX304** [1]_ - 225:15

**GX305** [1]_ - 225:15

**GX35** [2]_ - 100:1_, 100:4

**GX4** [1]_ - 138:6

**GX445** [1]_ - 214:24

**GX446** [1]_ - 215:5

**GX600-182** [2]_ - 174:17_, 174:21

**GX600-183** [2]_ - 170:14_, 170:21

**GX600-185** [1]_ - 172:17

**GX600-186** [1]_ - 151:13

**GX600-187** [1]_ - 154:18

**GX600-188** [1]_ - 156:12

**GX600-189** [1]_ - 169:8

**GX600-190** [1]_ - 161:1

**GX600-192** [1]_ - 162:2

**GX600-193** [1]_ - 166:14

**GX600-23A** [1]_ - 143:20

**GX600-23B** [1]_ - 144:24

**GX600-23C** [1]_ - 145:6

**GX600-23D** [1]_ - 145:20

**GX600-23E** [1]_ - 146:3

**GX600-23F** [1]_ - 146:10

**GX600-24** [1]_ - 142:8

**GX600-24E** [1]_ - 142:23

**GX600-4** [1]_ - 139:19

**GX948)** [1]_ - 214:9

## H

**H-L-I-N-K-A** [1]_ - 191:17

**hair** [1]_ - 195:19

**half** [18]_ - 16:18_, 16:23_, 26:24_, 27:18_, 29:15_, 32:14_, 32:16_, 33:3_, 36:20_, 37:22_, 37:25_, 38:23_, 48:8_, 48:9_, 50:1_, 199:20_, 202:6_, 205:6

**half-inch** [7]_ - 16:23_, 32:14_, 32:16_, 38:23_, 48:8_, 48:9_, 50:1

**halted** [1]_ - 85:23

**hand** [26]_ - 5:17_, 11:19_, 22:2_, 26:13_, 26:16_, 29:12_, 30:1_, 31:3_, 38:12_, 44:13_, 49:6_, 56:7_, 76:3_, 118:9_, 135:5_, 142:18_, 159:2_, 179:23_, 191:8_, 198:21_, 201:23_, 205:15_, 216:11_, 289:18_, 291:20

**hand-drawn-with-crayon** [1]_ - 291:20

**hand-to-hand** [1]_ - 76:3

**handed** [9]_ - 95:7_, 100:21_, 116:24_, 225:22_, 244:6_, 245:16_, 250:18_, 260:8_, 292:14

**handheld** [1]_ - 98:1

**handle** [16]_ - 36:2_, 57:19_, 99:10_, 99:11_, 99:23_, 100:6_, 100:11_, 103:3_, 109:8_, 109:20_, 109:25_, 110:1_, 110:3_, 110:13_, 110:14_, 110:25

**handled** [2]_ - 119:24_, 126:18

**handling** [1]_ - 109:8

**handwriting** [1]_ - 214:17

**handwritten** [3]_ - 214:23_, 215:5_, 291:24

**hanging** [7]_ - 70:4_, 95:8_, 105:25_, 106:11_, 243:14_, 257:21_, 259:8

**happy** [1]_ - 266:17

**Harbor** [8]_ - 28:11_, 28:14_, 40:19_, 250:19_, 251:8_, 251:19_, 253:14_, 253:25

**hard** [3]_ - 165:19_, 233:11_, 288:6

**harder** [1]_ - 49:10

**hardware** [6]_ - 15:21_, 16:17_, 28:14_, 28:15_, 28:17_, 46:21

**harm** [1]_ - 7:19

**hatting** [1]_ - 181:17

**Hawaii** [17]_ - 119:4_, 120:7_, 120:8_, 120:9_, 120:17_, 122:7_, 132:7_, 212:17_, 212:19_, 212:20_, 212:21_, 212:22_, 213:21_, 214:21_, 221:20

**hazardous** [1]_ - 8:4

**HDMI** [1]_ - 223:17

**head** [3]_ - 37:11_, 168:3_, 260:25

**headquarters** [1]_ - 131:10

**hear** [5]_ - 36:3_, 190:2_, 190:3_, 282:21_, 289:8

**heard** [5]_ - 21:8_, 22:5_, 55:6_, 55:16_, 119:13

**hearing** [2]_ - 277:17_, 281:16

**hearsay** [3]_ - 291:17_, 291:24_, 292:9

**heavily** [2]_ - 199:11_, 199:20

**heavy** [4]_ - 95:15_, 96:3_, 96:4_, 204:11

**hedge** [2]_ - 263:1_, 263:2

**held** [4]_ - 17:17_, 17:25_, 47:25_, 251:7

**helicopter** [2]_ - 133:15_, 133:21

**helicopters** [5]_ - 132:14_, 132:17_, 132:18_, 132:25_, 133:10

**help** [16]_ - 5:20_, 33:22_, 56:10_, 85:14_, 94:5_, 97:17_, 118:12_, 121:2_, 121:24_, 135:8_, 150:2_, 180:1_, 191:11_, 208:19_, 216:14_, 220:4

**helped** [1]_ - 30:17

**helpful** [1]_ - 289:18

**helps** [1]_ - 85:16

**hereinafter** [1]_ - 211:12

**hide** [81]_ - 64:16_, 64:19_, 64:20_, 66:14_, 66:15_, 66:22_, 68:13_, 69:3_, 69:10_, 70:5_, 70:6_, 70:12_, 73:9_, 77:9_, 77:13_, 77:24_, 77:25_, 78:5_, 78:10_, 78:18_, 79:8_, 79:13_, 79:22_, 80:14_, 81:7_, 81:15_, 81:22_, 81:24_, 82:2_, 82:16_, 82:17_, 82:18_, 82:19_, 82:21_, 83:6_, 83:13_, 83:22_, 84:1_, 84:6_, 84:11_, 84:19_, 85:3_, 85:18_, 86:1_, 86:2_, 86:4_, 86:7_, 86:11_, 87:4_, 87:10_, 87:12_, 87:20_, 88:7_, 88:10_, 88:11_, 88:14_, 88:16_, 88:22_, 88:23_, 89:5_, 89:13_, 90:1_, 90:25_, 92:17_, 104:19_, 226:14_, 226:18_, 230:25_, 244:7_, 244:18_, 246:6_, 247:13_, 255:4_, 257:4_, 257:6_, 259:5_, 262:14_, 262:22_, 263:2

**hierarchy** [1]_ - 220:11

**high** [4]_ - 9:18_, 53:13_, 82:1_, 120:11

**high-strength** [1]_ - 53:13

**higher** [1]_ - 35:5

**highlight** [1]_ - 283:9

**highlighted** [1]_ - 38:17

**highly** [1]_ - 59:13

**Highway** [4]_ - 120:16_, 120:19_, 121:18_, 121:21

**highway** [3]_ - 122:11_, 122:21_, 214:20

**hill** [3]_ - 195:9_, 195:10_, 200:22

**Hispanics** [1]_ - 208:18

**hit** [4]_ - 85:1_, 85:13_, 85:22_, 150:15

**HKY4343** [1]_ - 211:8

**Hlinka** [4]_ - 191:4_, 191:16_, 191:25_, 194:4

**HLINKA** [1] - 191:21

**hold** [25]_ - 15:14_, 16:13_, 30:7_, 30:11_, 35:5_, 49:8_, 71:15_, 93:18_, 94:13_, 96:17_, 96:24_, 97:13_, 99:4_, 101:15_, 101:20_, 101:22_, 102:6_, 149:11_, 226:24_, 228:13_, 231:4_, 250:22_, 256:1_, 278:1

**holding** [8]_ - 38:12_, 53:9_, 86:6_, 95:12_, 98:7_, 113:22_, 249:4_, 258:7

**holds** [4]_ - 31:24_, 33:8_, 113:25

**hole** [38]_ - 67:17_, 77:10_, 77:24_, 78:6_, 78:11_, 78:22_, 80:9_, 80:17_, 81:4_, 81:15_, 84:12_, 84:19_, 85:3_, 85:19_, 86:1_, 86:4_, 86:8_, 88:20_, 105:1_, 105:20_, 105:22_, 106:4_, 106:5_, 106:6_, 107:4_, 111:19_, 189:12_, 198:6_, 242:25_, 243:9_, 250:9_, 253:3_, 254:3_, 254:9_, 254:12_, 255:17

**holes** [4]_ - 17:9_, 79:9_, 193:8_, 199:23

**Holland** [1]_ - 265:19

**Home** [1]_ - 28:16

**home** [8]_ - 13:1_, 17:19_, 22:5_, 122:3_, 122:25_, 123:2_, 232:7_, 232:23

**Homeland** [1]_ - 211:6

**homemade** [5]_ - 10:8_, 11:13_, 11:21_, 11:22_, 12:24

**homeowner** [2]_ - 53:7_, 114:17

**homeowner-grade** [1]_ - 53:7

**homes** [2]_ - 122:10

**homicide** [1]_ - 136:12

**honest** [1]_ - 177:6

**honestly** [1]_ - 108:7

**Honolulu** [7]_ - 119:4_, 119:9_, 119:12_, 122:5_, 122:13_, 122:14_, 213:21

**honor** [1]_ - 9:19

**Honor** [262]_ - 4:9_, 4:14_, 4:15_, 4:18_, 4:25_, 5:7_, 5:14, 6:1_, 13:15_, 13:22_, 14:15_, 18:16_, 19:12_, 20:21_, 21:8_, 21:20_, 22:4_, 22:11_, 22:13_, 23:10_, 23:16_, 24:3_, 28:7_, 34:17_, 37:4_, 38:4_, 47:2_, 47:8_, 51:9_, 51:13_, 51:16_, 53:25_, 56:5_, 56:17_, 65:12_, 67:20_, 68:8_, 68:18_, 68:24_, 69:24_, 72:2_, 73:13_, 74:3_, 77:3_, 77:19_, 78:23_, 80:24_, 81:17_, 82:12_, 82:24_, 87:5_, 90:9_, 93:3_, 93:9_, 93:12_, 94:7_, 94:23_, 95:17_, 96:5_, 96:10_, 97:19_, 97:24_, 99:25_, 100:13_, 101:5_, 101:11_, 102:8_, 102:17_, 105:7_, 105:10_, 107:24_, 114:5_, 116:1_, 116:19_, 117:6_, 117:8_, 117:19_, 117:21_, 118:5_, 118:20, 120:22_, 121:3_, 127:22_, 128:1_, 128:22_, 129:8_, 131:25_, 133:2_, 134:14_, 134:22_, 134:25_, 135:3_, 138:3_, 143:22_, 149:7_, 149:15_, 149:18_, 151:12_, 154:17_, 156:10_, 158:3_, 159:10_, 160:25_, 161:3_, 162:5_, 166:13_, 169:6_, 170:12_, 170:16_, 174:16_, 175:6_, 176:13_, 177:12_, 177:18_, 178:14_, 178:18_, 179:18_, 180:7_, 182:22_, 184:14_, 185:13_, 189:16_, 190:4_, 190:24_, 191:3_, 194:16_, 196:8_, 196:14_, 197:9_, 197:21_, 197:22_, 203:16_, 204:13_, 204:23_, 205:18_, 206:15_, 206:19_, 207:6_, 209:14_, 209:17_, 210:1_, 210:14_,

213:13_, 215:25_, 216:6_, 216:23_, 222:10_, 222:14_, 222:20_, 223:5_, 223:16_, 224:16_, 225:13_, 225:17_, 227:7_, 228:22_, 229:21_, 231:22_, 232:25_, 235:21_, 238:12_, 239:9_, 240:24_, 243:2_, 243:21_, 243:25_, 244:22_, 245:10_, 246:7_, 246:20_, 247:14_, 248:13_, 248:20_, 250:11_, 250:25_, 251:2_, 251:14_, 252:20_, 253:9_, 254:18_, 255:19_, 256:10_, 256:17_, 257:8_, 258:17_, 259:24_, 260:22_, 261:1_, 261:9_, 262:15_, 264:3_, 264:9_, 265:3_, 265:16_, 265:22_, 266:1_, 266:23_, 267:3_, 267:9_, 267:16_, 267:23_, 268:4_, 268:13_, 268:20_, 268:23_, 269:11_, 269:21_, 270:3_, 270:18, 270:22_, 271:6_, 271:11_, 271:17_, 271:23_, 272:10_, 272:12_, 272:14_, 272:19_, 273:7_, 273:9_, 273:23_, 274:6_, 274:11_, 275:3_, 275:17_, 275:19_, 275:24_, 276:1_, 276:5_, 276:7_, 276:14_, 278:14_, 279:2_, 279:13_, 279:15_, 279:20_, 279:22_, 279:24_, 280:4_, 280:10_, 280:16_, 281:8_, 281:12_, 281:20_, 281:22_, 281:24_, 282:5_, 283:21_, 284:1_, 284:7_, 284:22_, 285:20_, 286:3_, 286:7_, 286:10_, 287:21_, 289:10_, 290:3_, 290:7_, 290:10_, 292:11_, 293:25

**Honor's** [11]_ - 139:18_, 142:6_, 143:18_, 162:1_, 172:15_, 193:23_, 200:10_, 201:6_, 204:3_, 205:25_, 206:6

**honorably** [1]_ - 58:14

**hood** [1]_ - 140:18

**hooking** [1]_ - 49:7

**hope** [1]_ - 5:10

**hopefully** [1]_ - 8:1

**hose** [4]_ - 44:19_, 44:24_, 48:11_, 52:18

**hot** [1]_ - 208:22

**hour** [1]_ - 117:12

**hours** [5]_ - 89:25_, 90:2_,

90:3_, 171:16_, 219:21

**house** [6]_ - 30:6_, 123:6_, 126:6_, 129:17_, 134:2_, 134:6

**housed** [2]_ - 35:10_, 38:24

**hub** [2]_ - 219:17

**huge** [1]_ - 154:9

**human** [8]_ - 69:12_, 69:20_, 70:16_, 71:13_, 85:1_, 104:10_, 104:14_, 110:12

**human-sized** [1]_ - 85:1

**Humvee** [3]_ - 71:22_, 71:24_, 72:23

**hundred** [5]_ - 11:3_, 11:4_, 11:7_, 62:19_, 113:2

**hundreds** [2]_ - 189:6_, 207:13

**hurt** [1]_ - 85:14

**Husbands** [1]_ - 214:14

**hyper** [1]_ - 88:13

## I

**iamanidiot 200010001@gmail. com** [1]_ - 266:6

**idea** [5]_ - 23:12_, 107:23_, 281:14_, 282:10_, 282:14

**ideal** [3]_ - 82:2_, 86:22_, 112:17

**ideas** [1]_ - 42:11

**identical** [2]_ - 84:3_, 207:12

**identification** [3]_ - 211:10_, 215:2_, 230:20

**identified** [6]_ - 15:14_, 27:20_, 31:19_, 42:16_, 43:8_, 43:19

**identifier** [1]_ - 25:11

**identify** [4]_ - 8:2_, 9:16_, 32:2_, 289:12

**identifying** [1]_ - 270:20

**identity** [2]_ - 230:20_, 255:2

**ignite** [1]_ - 48:21

**ignites** [1]_ - 36:17

**ii** [1]_ - 212:19

**iii** [1]_ - 212:20

**illegal** [11]_ - 52:13_, 52:16_, 54:3_, 54:6_, 54:9_, 54:11_, 55:7_, 175:13_, 175:25_, 178:3_, 178:6

**illustrative** [6]_ - 72:4_, 72:20_, 268:14_, 269:22_, 271:8_, 271:24

**image** [13]_ - 26:14_, 27:1_, 29:6_, 40:25_, 47:12_, 68:22_, 79:24_, 196:13_, 224:3_, 224:8_, 241:20_, 241:23_, 242:3

**imagery** [1]_ - 89:11

**imagine** [3]_ - 195:11_, 199:19_, 286:23

**immediate** [2]_ - 127:15_, 131:11

**immediately** [7]_ - 9:22_, 10:20_, 10:21_, 29:12_, 124:22_, 131:8_, 252:7

**impact** [10]_ - 16:10_, 17:22_, 36:10_, 36:12_, 36:13_, 39:20_, 40:2_, 40:3_, 48:20_, 53:4

**impact-sensitive** [3]_ - 39:20_, 48:20_, 53:4

**impacting** [1]_ - 53:4

**impeachment** [1]_ - 273:20

**important** [6]_ - 110:25_, 133:22_, 133:24_, 134:9_, 269:1

**importantly** [2]_ - 7:19_, 8:1

**impressions** [8]_ - 82:19_, 88:11_, 90:22_, 92:14_, 94:4_, 94:20_, 95:9_, 97:16

**imprisonment** [2]_ - 210:23_, 211:1

**improvised** [44]_ - 7:6_, 9:25_, 10:14_, 11:7_, 11:10_, 11:11_, 11:12_, 12:2_, 12:11_, 13:2_, 13:12_, 15:13_, 15:15_, 15:18_, 15:19_, 15:20_, 16:2_, 16:16_, 18:5_, 20:18_, 20:22_, 20:23_, 21:22_, 30:13_, 31:17_, 31:20_, 32:6_, 33:20_, 35:2_, 35:7_, 35:11_, 37:14_, 40:12_, 41:9_, 41:15_, 41:25_, 44:2_, 44:17_, 45:24_, 48:10_, 50:11_, 52:21_, 53:3

**improvising** [1]_ - 17:11

**incendiary** [2] - 7:15, 11:24
**inch** [28] - 16:19, 16:23, 26:23, 26:24, 28:23, 29:14, 29:15, 32:14, 32:16, 33:3, 35:3, 36:8, 36:20, 37:25, 38:20, 38:23, 39:25, 40:1, 48:8, 48:9, 49:19, 50:1, 252:3, 252:15
**inches** [6] - 32:25, 49:19, 78:9, 78:14, 84:8, 84:13
**incident** [10] - 70:7, 113:19, 116:4, 116:5, 120:1, 120:3, 120:5, 219:1, 219:11, 262:13
**incline** [4] - 195:2, 195:11, 199:8, 199:10
**include** [4] - 65:14, 65:19, 245:1, 286:10
**includes** [1] - 252:16
**including** [8] - 212:18, 214:17, 214:24, 215:5, 242:15, 264:15, 275:6, 286:9
**incoming** [1] - 71:5
**inconsistent** [1] - 273:21
**indicate** [2] - 35:7, 130:10
**indicates** [1] - 226:18
**indicating** [35] - 29:18, 32:5, 36:15, 38:16, 39:22, 41:20, 44:11, 48:2, 77:8, 91:3, 91:13, 92:6, 108:12, 121:19, 130:13, 141:7, 144:13, 158:25, 161:21, 173:11, 174:22, 198:16, 201:5, 201:17, 201:22, 229:11, 230:9, 233:11, 234:4, 249:11, 258:20, 259:18, 260:5, 262:8
**indicating)** [32] - 15:16, 16:14, 29:14, 29:15, 30:15, 38:18, 47:23, 48:5, 73:19, 86:15, 91:5, 99:2, 99:3, 99:6, 99:14, 140:12, 141:11, 142:5, 144:23, 146:21, 159:1, 164:7, 167:13, 171:25, 172:7, 205:14, 220:13, 231:6, 233:24, 251:25, 252:6

**indicia** [1] - 126:21
**indictment** [11] - 55:14, 55:15, 55:20, 55:21, 55:24, 211:22, 212:2, 280:10, 280:12, 280:19
**individual** [7] - 7:23, 164:1, 165:18, 167:4, 167:24, 168:23, 174:5
**individuals** [7] - 181:17, 181:23, 181:24, 181:25, 230:22, 231:2, 286:16
**industrial** [1] - 51:6
**industries** [1] - 46:20
**inextricably** [2] - 21:7, 22:3
**infantry** [13] - 58:6, 58:23, 58:25, 59:1, 59:2, 59:3, 59:7, 60:2, 61:17, 62:21, 89:22, 104:9
**infantryman** [2] - 59:1, 60:4
**infer** [1] - 56:2
**infiltrated** [1] - 88:23
**inflict** [1] - 7:19
**info** [1] - 133:11
**information** [16] - 10:15, 24:23, 127:1, 131:14, 132:21, 133:1, 133:12, 133:16, 154:3, 219:8, 220:22, 222:3, 229:9, 231:19, 232:16, 241:13
**inherent** [1] - 50:20
**inherently** [1] - 50:12
**initial** [7] - 110:6, 110:15, 179:7, 207:20, 216:21, 265:7, 281:14
**initials** [1] - 215:19
**initiated** [1] - 17:23
**initiation** [1] - 18:4
**ink'** [1] - 214:17
**inner** [2] - 50:1, 143:5
**inquire** [4] - 6:1, 13:22, 20:16, 285:18
**insert** [1] - 103:2
**inside** [22] - 15:25, 35:1, 35:11, 36:18, 48:1, 48:4, 69:3, 81:6, 133:1, 140:1, 159:19, 172:9, 174:4, 188:14, 205:4, 219:5, 222:25, 248:19, 253:4, 253:5,

254:4, 254:5
**inspect** [6] - 244:8, 244:10, 245:21, 247:5, 254:13, 255:16
**inspection** [1] - 258:12
**installed** [4] - 107:10, 107:12, 107:14, 107:15
**instance** [1] - 201:4
**instances** [3] - 276:17, 291:5, 292:6
**instead** [2] - 27:8, 46:6
**instruct** [2] - 6:25, 55:11
**instruction** [22] - 21:1, 21:5, 21:18, 22:9, 55:5, 149:12, 272:6, 273:5, 274:16, 276:3, 277:14, 278:15, 278:18, 278:24, 279:11, 281:7, 281:11, 281:17, 283:14, 283:19, 284:12, 285:1
**instructions** [13] - 179:5, 264:14, 265:12, 275:21, 276:10, 276:20, 277:22, 277:24, 278:11, 279:2, 280:13, 282:7, 285:24
**instructors** [1] - 6:23
**insurance** [1] - 224:11
**intake** [1] - 220:5
**intelligence** [4] - 182:7, 183:10, 187:25, 188:2
**intend** [1] - 21:23
**intended** [3] - 76:25, 89:11, 104:10
**intending** [3] - 105:2, 105:3, 255:4
**intent** [4] - 21:21, 55:18, 276:18, 280:8
**interact** [2] - 137:4, 137:7
**interaction** [2] - 177:3, 178:4
**interest** [4] - 78:1, 79:8, 79:13, 83:6
**interests** [1] - 177:6
**interior** [1] - 200:7
**International** [38] - 12:14, 67:15, 67:18, 68:1, 79:9, 79:15, 79:19, 136:6, 140:8, 141:8, 141:18, 142:16,

143:4, 144:6, 145:4, 145:9, 146:8, 147:14, 152:3, 159:19, 162:17, 172:24, 188:7, 192:25, 193:3, 209:2, 212:15, 219:1, 235:15, 242:24, 243:8, 250:9, 253:4, 254:6, 256:8, 256:25, 258:6, 258:9
**international** [2] - 217:13, 217:23
**internet** [1] - 133:9
**interrupt** [1] - 25:25
**interrupted** [2] - 277:22, 278:5
**interruption** [1] - 160:2
**interstate** [3] - 211:23, 212:3, 281:25
**intertwined** [2] - 21:7, 22:3
**interviews** [1] - 221:11
**introduce** [4] - 265:24, 269:13, 271:23, 289:7
**introduced** [3] - 72:13, 72:15, 180:13
**introducing** [1] - 20:14
**introduction** [1] - 275:20
**investigate** [2] - 57:18, 217:13
**investigating** [1] - 134:5
**Investigation** [3] - 57:1, 57:3, 119:3
**investigation** [31] - 7:2, 123:7, 127:2, 144:18, 148:15, 151:7, 158:1, 159:21, 165:15, 167:1, 168:24, 212:10, 220:19, 221:12, 221:15, 222:2, 227:18, 230:5, 231:9, 235:8, 235:10, 237:6, 239:6, 240:10, 242:21, 244:18, 245:8, 252:18, 256:5, 263:17, 264:16
**investigations** [9] - 8:23, 10:2, 13:13, 181:18, 217:17, 217:20, 217:22, 217:23, 226:10
**investigative** [7] - 7:4, 126:15, 127:15, 130:8, 131:11, 192:19, 217:25
**investigators** [4] -

120:7_, 120:8_, 131:8_, 219:7

**Investigators** [1]_ - 12:15

**invite** [1]_ - 216:8

**involve** [1]_ - 119:20

**Iraq** [4]_ - 9:23_, 10:5_, 10:19_, 10:25

**iron** [1]_ - 85:8

**irrelevant** [3]_ - 109:21_, 282:17_, 292:7

**ish** [1]_ - 119:7

**Island** [8]_ - 236:8_, 236:15, 236:20, 237:18_, 237:22, 238:5_, 238:9_, 242:9

**island** [1]_ - 238:1

**issuance** [1]_ - 123:15

**issue** [4]_ - 50:20_, 279:5_, 289:8_, 291:10

**issued** [7]_ - 123:9_, 123:12, 213:23, 214:5_, 214:20, 215:1_, 215:7

**issues** [4]_ - 116:17_, 117:17, 210:7_, 291:7

**issuing** [1]_ - 221:10

**item** [39]_ - 25:8_, 25:9_, 31:19, 34:22, 39:15_, 42:17, 43:17, 93:17_, 94:12, 94:20, 95:4_, 95:12, 95:21, 96:3, 97:23, 100:20, 101:14_, 109:7, 111:12, 116:23_, 128:8, 128:9, 129:15_, 129:20, 138:10, 196:17_, 203:14_, 243:22_, 244:4, 245:14, 250:16_, 252:16, 255:24, 260:6_, 261:18, 261:20, 289:21_, 293:10_, 293:11

**Item** [3]_ - 129:17_, 214:7_, 253:1

**itemized** [2]_ - 28:19_, 43:13

**itemizes** [1]_ - 293:6

**itemizing** [1]_ - 21:4

**items** [54]_ - 4:22_, 14:3_, 14:5, 14:8_, 14:22_, 14:24, 15:14, 16:17_, 18:9, 18:19, 18:23_, 19:5, 21:6, 21:8_, 24:7_, 24:25, 25:15, 26:15_, 27:5, 27:10, 27:20_, 27:22, 30:8, 30:25_, 40:15, 40:16, 42:23_,

43:15_, 43:18_, 43:19_, 44:21, 45:11, 54:4_, 54:6, 90:24, 92:16_, 94:21, 96:16, 131:3_, 131:7, 212:7, 212:8_, 212:13, 213:25, 225:20_, 234:1, 243:12, 245:1_, 250:8, 289:9, 290:11_, 290:23, 293:12

**itself** [7]_ - 33:6_, 109:22_, 122:25, 123:1_, 131:15_, 131:16, 150:19

**iv** [1]_ - 212:21

## J

**jam** [1]_ - 48:18

**James** [1]_ - 4:11

**January** [1]_ - 192:10

**Jennifer** [1]_ - 4:11

**jingle** [1]_ - 92:24

**jingled** [1]_ - 92:21

**job** [9]_ - 6:12_, 6:13_, 7:13_, 9:10, 9:12, 13:7_, 106:17, 136:3_, 148:14

**Jog** [1]_ - 212:16

**John** [9]_ - 4:10_, 60:22_, 213:9, 215:21, 232:6_, 233:13, 234:17, 234:18

**joined** [3]_ - 8:6_, 57:23_, 218:14

**Joint** [3]_ - 181:4_, 181:5_, 217:11

**joint** [1]_ - 65:11

**Judge** [22]_ - 5:3_, 5:4_, 121:10, 129:6, 129:11_, 135:15, 138:8, 138:12_, 139:6, 139:8, 139:12_, 139:21, 142:11, 154:20_, 160:5, 191:18, 266:8_, 269:16, 269:18_, 269:25, 270:12, 270:15

**juice** [1]_ - 248:8

**July** [4]_ - 192:8_, 211:5_, 213:10, 213:12

**jump** [1]_ - 265:12

**jumping** [1]_ - 268:2

**junction** [1]_ - 38:22

**juror** [2]_ - 23:7_, 280:14

**Juror** [1]_ - 65:23

**JUROR** [2]_ - 37:11_, 65:24

**jurors** [4]_ - 5:1_, 38:11_,

256:1_, 264:15

**jury** [127]_ - 5:8_, 6:9_, 15:10, 16:12, 17:3_, 20:4, 20:5, 21:4, 23:3_, 23:5, 26:17, 27:4_, 30:12, 32:2, 33:12_, 37:10, 40:13, 41:16_, 44:14, 54:17, 54:18_, 54:25, 55:2, 59:12_, 67:22, 93:18, 94:13_, 98:13, 98:25, 101:16_, 101:23, 103:1, 116:16_, 117:14, 117:15, 118:1_, 118:2, 119:17, 121:7_, 121:15, 122:4, 124:8_, 128:12, 129:2, 129:25_, 130:16, 130:24, 136:15_, 139:19, 139:24_, 142:7, 142:13, 143:19_, 144:3, 144:22, 146:20_, 148:10, 148:17, 151:21_, 152:1, 152:13_, 153:22, 154:17, 156:11_, 157:15, 158:12_, 161:4, 162:2, 162:13_, 163:24, 164:16, 166:4_, 166:14, 166:25, 169:7_, 170:13, 170:23, 171:23_, 172:5, 172:16_, 172:22, 174:17, 174:25_, 179:1, 179:2, 179:5_, 179:12, 179:14, 193:24_, 194:17, 194:24_, 197:25, 198:10, 199:16_, 200:11, 201:9_, 201:15, 203:9, 203:17_, 204:7, 204:14, 204:18_, 205:2, 205:11, 205:19_, 206:10, 209:11, 209:23_, 217:25, 220:21_, 221:6, 248:1, 250:23_, 256:13, 256:16, 261:2_, 264:22, 265:12, 269:2_, 275:6, 276:20, 278:11_, 281:1, 282:7, 283:16_, 285:24, 293:16

**justice** [1]_ - 8:20

**Justification** [1]_ - 284:5

## K

**K-A-A-A-W-A** [1]_ - 214:22

**K-A-M-E-H-A-M-E-H-A** [1]_ - 122:1

**K-I-M-B-E-R-L-Y** [1]_ - 216:20

**KA** [1]_ - 120:25

**Ka'a'awa** [6]_ - 120:17_, 122:6, 131:21, 214:20_, 214:21

**KAAAWA** [1]_ - 122:6

**Kamehameha** [8]_ - 120:16, 120:18, 121:1_, 121:18, 121:21, 121:25_, 122:21, 214:20

**KAMEHAMEHA** [1]_ - 121:1

**Kane'ohe** [1]_ - 122:22

**Kapolei** [1]_ - 131:22

**Kathleen** [1]_ - 227:25

**KDL** [1]_ - 211:18

**keep** [5]_ - 25:10_, 73:25_, 93:2, 161:13, 165:7

**Kelly** [1]_ - 265:19

**Kenny** [2]_ - 135:1_, 135:13

**KENNY** [1] - 135:16

**kid** [1]_ - 133:8

**kill** [4]_ - 104:10_, 104:11_, 105:6, 276:18

**Kimberly** [2]_ - 216:7_, 216:20

**KIMBERLY** [1] - 216:25

**kind** [59]_ - 10:12_, 10:23_, 13:7, 17:16, 24:12_, 24:14, 25:7, 25:18_, 25:23, 26:1, 26:2_, 26:20, 30:16, 36:16_, 38:21, 39:22, 41:3_, 42:8, 42:17, 44:5_, 44:13, 47:16, 47:24_, 48:12, 60:12, 61:7_, 74:9, 89:5, 109:11_, 122:4, 122:7, 122:12_, 122:14, 122:15, 122:18_, 124:2, 124:15_, 124:22, 124:24, 125:12_, 125:19, 125:21_, 126:13, 127:3, 136:7_, 145:16, 165:18, 177:9_, 188:24, 196:6, 199:17_, 202:6, 227:1, 231:7_, 259:21, 273:25, 291:25_, 292:16

**kinds** [3]_ - 217:22_, 220:17, 221:4

**Kirk** [1]_ - 199:1

**kneeling** [2]_ - 86:9_, 86:13

**knife** [1]_ - 76:2

**knob** [1] - 99:23

**Knowingly** [1] - 283:25

**knowledge** [2] - 60:2, 154:6

**knowledgeable** [1] - 133:5

**known** [2] - 6:11, 64:20

**knows** [1] - 53:17

**Kristy** [1] - 4:19

**KS** [2] - 214:11, 215:10

**Kuwait** [1] - 61:25

L

**lab** [4] - 10:4, 108:20, 207:1, 207:4

**label** [4] - 121:21, 203:13, 204:20, 205:23

**labeled** [5] - 102:3, 102:15, 199:1, 213:24, 214:6

**ladies** [13] - 5:10, 54:15, 55:4, 72:10, 116:13, 117:11, 178:23, 179:16, 209:10, 210:3, 247:24, 250:22, 264:12

**lady** [1] - 207:4

**Lago** [4] - 127:19, 182:19, 187:19, 188:1

**land** [6] - 11:19, 60:3, 64:3, 64:7, 175:22, 187:16

**lands** [1] - 85:23

**lane** [2] - 122:11, 153:2

**lanes** [6] - 78:15, 78:18, 78:20, 78:21

**language** [18] - 272:6, 274:2, 274:5, 276:16, 276:24, 277:14, 278:8, 278:14, 278:15, 278:17, 278:23, 279:1, 279:4, 280:3, 282:21, 283:1, 283:12, 283:14

**large** [7] - 10:1, 12:24, 26:23, 50:16, 123:4, 219:5, 219:11

**large-scale** [2] - 12:24, 219:11

**larger** [10] - 16:20, 29:13, 32:18, 33:8, 34:3, 39:12, 39:13, 99:22, 100:10

**largest** [1] - 52:7

**last** [26] - 5:23, 56:13, 92:9, 109:16, 118:15, 118:18, 135:11, 141:19, 142:19, 149:5, 165:13, 174:4, 180:4, 180:5, 191:14, 196:2, 200:19, 215:2, 216:18, 216:21, 224:9, 225:4, 230:14, 242:2, 249:2, 265:17

**late** [1] - 75:17

**Laufer** [1] - 265:19

**Laum** [1] - 129:18

**launch** [1] - 16:8

**launcher** [2] - 61:18, 61:20

**law** [16] - 7:8, 202:15, 212:5, 212:9, 213:22, 214:4, 214:19, 214:25, 215:6, 278:25, 280:24, 282:9, 282:11, 282:22, 283:5, 287:12

**lawfully** [6] - 212:5, 213:23, 214:5, 214:19, 214:25, 215:7

**lawn** [1] - 208:16

**lay** [1] - 86:21

**lays** [1] - 289:16

**Lazaro** [1] - 20:20

**leader** [3] - 119:11, 119:18, 123:21

**leading** [1] - 8:16

**leads** [3] - 7:4, 220:6, 221:9

**learn** [5] - 60:4, 64:10, 64:15, 64:23, 120:3

**learned** [4] - 33:23, 64:16, 107:1, 120:5

**learning** [3] - 64:2, 64:25, 219:1

**least** [12] - 11:5, 22:24, 31:7, 42:3, 42:7, 61:9, 105:17, 123:3, 281:2, 282:13, 291:3, 293:14

**leave** [3] - 89:2, 260:24, 282:18

**leaving** [4] - 164:25, 165:22, 169:22, 170:10

**LED** [2] - 252:3, 252:15

**left** [34] - 26:18, 29:12, 30:14, 35:9, 40:12, 42:23, 44:20, 58:7, 72:20, 73:4, 73:8,

79:24, 95:8, 111:16, 125:15, 156:4, 156:5, 159:4, 162:21, 165:3, 167:7, 174:4, 198:21, 198:24, 199:1, 199:2, 201:24, 205:15, 213:25, 214:7, 214:17, 234:24, 252:8, 276:25

**left-hand** [3] - 29:12, 198:21, 205:15

**leg** [1] - 97:12

**legal** [10] - 52:8, 114:21, 116:17, 175:15, 175:19, 178:8, 221:2, 221:4, 221:10, 293:19

**legally** [3] - 277:13, 282:17, 282:23

**legged** [1] - 124:12

**leggings** [1] - 97:15

**length** [6] - 27:15, 32:24, 33:2, 35:19, 37:22, 286:11

**lengths** [3] - 32:12, 44:14, 44:16

**lens** [1] - 76:23

**less** [4] - 35:23, 62:24, 66:18, 113:15

**less-concealed** [1] - 62:24

**letter** [2] - 21:10, 131:15

**letters** [3] - 220:24, 220:25, 221:11

**level** [15] - 8:24, 82:1, 84:25, 88:12, 155:2, 155:3, 156:1, 156:22, 157:1, 159:18, 161:18, 162:15, 164:19, 172:13

**levels** [2] - 154:10, 154:11

**liable** [3] - 232:4, 232:7, 232:14

**liaison** [1] - 148:19

**license** [13] - 148:23, 150:12, 150:14, 152:10, 152:12, 155:4, 211:8, 211:14, 211:16, 211:18, 222:19, 222:24

**life** [2] - 8:13, 226:17

**light** [26] - 96:3, 99:23, 110:16, 110:18, 110:21, 140:25, 153:10, 157:22, 168:2, 168:8, 170:4, 176:9, 237:4, 238:19, 238:22, 238:23, 239:2, 239:7, 246:14,

263:1, 278:12, 286:12, 291:13, 292:21, 293:20

**light-colored** [6] - 140:25, 153:10, 157:22, 168:2, 170:4

**lighting** [4] - 87:11, 87:23, 88:12, 263:9

**lights** [1] - 263:10

**likelihood** [2] - 53:8, 120:10

**likely** [2] - 120:12, 287:1

**limine** [1] - 288:20

**limited** [4] - 55:16, 55:17, 115:17, 221:15

**limiting** [1] - 21:1

**limitless** [1] - 18:8

**limo** [2] - 183:18, 183:20

**line** [35] - 19:5, 35:17, 38:25, 43:17, 43:18, 91:2, 91:6, 91:8, 91:11, 92:6, 92:9, 92:12, 158:22, 159:2, 195:3, 196:6, 199:2, 199:3, 199:5, 200:24, 202:5, 202:9, 202:19, 203:3, 203:5, 203:7, 203:22, 203:25, 205:4, 262:25, 263:2, 278:23, 288:21

**lines** [1] - 282:14

**link** [5] - 199:3, 256:7, 256:8, 257:14, 258:4

**linking** [2] - 228:8, 229:2

**links** [2] - 41:8, 44:12

**list** [12] - 90:24, 260:18, 260:20, 265:13, 269:6, 270:4, 271:19, 289:15, 293:12, 293:13, 293:14, 293:15

**listed** [7] - 185:18, 185:22, 224:15, 232:11, 233:14, 234:23, 260:21

**lists** [1] - 269:4

**litigation** [1] - 20:25

**live** [2] - 7:11, 36:4

**living** [2] - 242:17, 242:19

**load** [3] - 102:25, 104:6, 117:3

**loaded** [1] - 17:17

**loading** [2] - 110:6, 110:16

**local** [2]_ - 10:18_, 65:10

**locate** [1]_ - 168:23

**located** [13]_ - 14:25_, 42:15_, 70:5_, 77:9_, 99:2_, 129:21_, 156:22_, 166:4_, 167:9_, 167:12_, 253:2_, 253:3_, 254:4

**locating** [1]_ - 126:17

**location** [20]_ - 10:6_, 29:18_, 30:5_, 33:19_, 64:16_, 64:17_, 66:23_, 89:1_, 90:1_, 92:1_, 129:17_, 129:20, 194:12_, 233:8_, 237:2_, 239:7_, 243:10_, 247:20, 251:20_, 261:14

**locations** [4]_ - 127:18_, 130:19_, 137:2

**locking** [2]_ - 17:18_, 32:12

**log** [4]_ - 214:1_, 214:8_, 229:20_, 291:20

**logged** [1]_ - 229:18

**logical** [6]_ - 106:3_, 106:5_, 107:10_, 110:7_, 110:12_, 112:19

**LONG** [318]_ - 4:14_, 56:5_, 56:17_, 56:22_, 65:12, 65:20_, 66:9_, 67:20_, 67:24_, 68:8_, 68:11_, 68:17_, 68:20_, 68:23_, 69:1_, 69:7_, 69:9_, 69:24_, 70:2_, 72:2_, 72:18_, 73:12_, 73:15_, 73:18, 73:20_, 74:3_, 74:6_, 74:14_, 74:16_, 77:3_, 77:6_, 77:19_, 77:22_, 78:23_, 79:1_, 79:4_, 79:11_, 80:7_, 80:10_, 80:12_, 80:24_, 81:2_, 81:8_, 81:11_, 81:17_, 81:20_, 82:4_, 82:7_, 82:11_, 82:14_, 82:24_, 83:2_, 83:4_, 83:8, 83:10_, 83:16_, 83:18_, 86:14_, 86:16_, 86:24_, 87:1_, 87:5_, 87:8_, 87:14_, 87:17_, 88:2_, 88:5_, 90:9_, 90:12_, 90:15_, 90:17_, 91:18_, 93:3_, 93:7_, 93:12_, 93:14_, 94:7_, 94:9_, 94:23_, 95:1_, 95:17_, 95:20_, 96:5_, 96:8_, 96:12_, 97:7_, 97:10_, 97:19_, 97:22_, 97:24_, 98:6_, 99:25_, 100:3_, 100:13_, 100:16_, 100:19_, 101:4_, 101:7_,

101:11_, 101:13_, 102:8_, 102:10_, 102:17_, 102:19_, 104:21, 104:22_, 105:7_, 105:10_, 107:24_, 114:12_, 114:21_, 115:14_, 116:1_, 116:3_, 116:19_, 116:22_, 117:6_, 117:8_, 178:18_, 178:22_, 179:18_, 180:7_, 180:12_, 182:22_, 183:1_, 183:3_, 183:15_, 184:1_, 184:4_, 184:7_, 184:14_, 184:18_, 184:22_, 185:1_, 185:13_, 185:16_, 185:21_, 186:4_, 186:7_, 186:10_, 186:12_, 186:17_, 186:20_, 189:16_, 190:4_, 190:21_, 190:24_, 209:17_, 209:22_, 210:1_, 210:11_, 210:14_, 210:16_, 213:16_, 216:4_, 216:6, 216:23_, 217:3_, 222:10_, 222:14_, 222:17_, 222:20_, 222:23_, 223:5_, 223:8_, 223:16_, 223:19_, 223:25_, 224:1_, 224:16_, 224:20_, 225:13_, 225:17_, 225:19_, 227:7_, 227:10_, 228:22_, 229:1_, 229:7_, 229:8_, 229:13, 229:15_, 229:21_, 229:24_, 230:1_, 230:11, 230:13_, 231:22_, 232:1_, 232:25_, 233:3_, 234:9, 234:11_, 235:21_, 235:24_, 237:10_, 237:15_, 238:12_, 238:15_, 238:16_, 238:24_, 239:1_, 239:9_, 239:13_, 239:22_, 240:1_, 240:13_, 240:15_, 240:24_, 241:2_, 241:8_, 241:10_, 241:12_, 242:2, 242:4_, 243:2_, 243:5_, 243:21_, 243:25_, 244:3_, 244:20_, 244:24_, 245:10_, 245:13_, 246:7_, 246:10_, 246:20_, 246:23_, 247:14_, 247:17_, 248:11_, 248:15_, 248:20_, 248:23_, 249:8, 249:10_, 249:13_, 249:16_, 249:20_, 249:22_, 250:11_, 250:15_, 250:25_, 251:2_, 251:5_, 251:14_, 251:17_, 251:24_, 252:1_, 252:20_, 252:23_, 252:24_, 253:9_, 253:12_, 254:17_, 254:21_, 255:6_, 255:8_, 255:19_, 255:23_, 256:10_, 256:12_, 256:15_, 256:20_, 257:8, 257:12_, 257:16, 257:18_,

257:22, 258:2_, 258:15_, 258:19_, 258:23_, 259:1_, 259:3_, 259:10, 259:12_, 259:24_, 260:2_, 260:3_, 260:22_, 260:25_, 261:4_, 261:8_, 261:11_, 262:15_, 262:19_, 263:6_, 263:8_, 263:15_, 263:16_, 264:3_, 264:8_, 265:3_, 265:16_, 265:21_, 266:1_, 266:8_, 268:13_, 268:20_, 268:23_, 269:10_, 269:16_, 269:18_, 269:21_, 269:25_, 270:3_, 270:12_, 270:15_, 270:18, 270:22_, 271:6_, 271:10_, 271:13_, 271:17_, 271:22_, 286:7_, 286:10

**Long's** [1]_ - 287:14

**long-range** [1]_ - 59:14

**long-term** [1]_ - 150:18

**look** [47]_ - 18:20_, 35:15_, 36:5_, 36:22_, 42:19_, 44:4_, 46:7_, 64:6_, 66:18_, 67:2_, 70:12_, 71:1_, 77:13_, 79:14_, 80:5_, 80:21_, 80:22_, 81:22_, 93:25_, 98:13_, 101:22_, 133:8_, 138:18_, 142:25_, 148:19_, 149:1_, 149:21_, 149:22_, 151:6_, 151:9_, 152:20_, 164:3_, 174:20_, 193:20_, 194:4_, 195:10_, 196:18_, 233:22_, 245:23_, 247:7_, 256:5_, 279:3_, 279:25_, 283:18_, 284:11_, 285:15_, 288:17

**looked** [13]_ - 29:23_, 40:20_, 41:24_, 49:16_, 106:12_, 109:5_, 130:5_, 142:19_, 161:15_, 197:6_, 204:21_, 207:24_, 242:14

**looking** [79]_ - 15:10_, 17:4_, 25:7_, 26:11_, 31:14_, 31:16_, 34:23_, 39:16_, 45:23_, 70:15_, 76:21_, 76:24_, 81:6_, 87:3_, 121:16_, 121:22_, 122:20_, 126:14_, 128:9_, 128:13_, 129:25_, 138:15_, 140:15_, 144:3_, 145:3_, 148:23_, 150:3_, 150:5_, 152:1_, 152:5_, 154:8_, 154:24_, 157:6_, 157:16_, 158:12_, 159:17_, 161:20_, 163:9_, 163:10_, 166:25_, 169:17_, 169:18_, 170:24_, 172:22_, 173:20_, 177:6_, 194:25_,

195:17_, 195:24_, 198:25_, 200:18_, 201:13_, 202:8_, 202:18_, 202:19_, 202:24_, 203:21_, 203:23_, 204:7_, 204:10_, 204:18_, 205:2_, 205:9_, 205:13_, 206:11_, 207:22_, 227:15_, 227:16_, 230:25_, 234:3_, 251:6_, 263:2_, 269:5_, 269:23_, 270:4_, 278:7_, 286:25

**looks** [18]_ - 42:20_, 43:17_, 69:13_, 89:22_, 115:21_, 138:25_, 140:18_, 143:5_, 145:24_, 157:22_, 158:14_, 162:18_, 164:1_, 195:10_, 195:15_, 195:18_, 256:7_, 281:13

**loop** [1]_ - 18:2

**loophole** [5]_ - 70:20_, 70:22_, 70:23_, 71:18_, 71:20

**loopholes** [4]_ - 78:21_, 80:8_, 86:12_, 86:17

**loose** [8]_ - 24:15_, 25:15_, 30:18_, 31:9_, 36:3_, 38:24_, 42:4_, 42:5

**low** [5]_ - 88:12_, 99:23_, 110:16_, 110:18_, 110:21

**Lowe's** [1]_ - 28:16

**lower** [6]_ - 26:16_, 30:1_, 31:3_, 86:2_, 195:1_, 195:6

**Loxahatchee** [1]_ - 235:19

**LPR** [1]_ - 150:15

**Luce** [36]_ - 4:11_, 27:2_, 31:11_, 36:25_, 40:8_, 41:12_, 42:22_, 43:11_, 43:23_, 69:7_, 73:18_, 74:15_, 79:2_, 86:15_, 139:22_, 141:3_, 141:13_, 149:25_, 152:16_, 153:12_, 155:10_, 155:16_, 157:2_, 158:10_, 163:15_, 164:9_, 164:13_, 165:11_, 166:18_, 167:15_, 167:18_, 170:18_, 173:17_, 200:3_, 200:9_, 254:17

**lug** [2]_ - 75:23_, 75:24

**lump** [1]_ - 26:1

**lunch** [3]_ - 116:14_, 117:12_, 117:22

## M

**M16** [1]_ - 61:17
**M2** [3]_ - 60:23_, 61:18_, 72:25
**M203** [1]_ - 61:18
**M240** [2]_ - 61:17_, 72:24
**M249** [1]_ - 61:17
**M40A3** [1]_ - 60:13
**ma'am** [60]_ - 135:9_, 178:16_, 183:13_, 187:15_, 217:5_, 218:5_, 218:20_, 219:15_, 219:18_, 219:20_, 221:22_, 222:1_, 222:5_, 222:9_, 224:7_, 225:3_, 225:8_, 226:12_, 226:23_, 227:14_, 227:19_, 228:14_, 230:6_, 231:3_, 232:2_, 233:4_, 233:16_, 234:22_, 235:9_, 236:23_, 237:5_, 237:9_, 239:8_, 242:6_, 242:8_, 243:1_, 243:20_, 245:24_, 247:6_, 247:8_, 248:4_, 248:24_, 249:17_, 250:10_, 252:6_, 252:10_, 253:7_, 253:17_, 254:8_, 254:10_, 254:16_, 256:1_, 258:12_, 260:5_, 262:9_, 262:11_, 263:24_, 264:2_, 264:24_, 265:2
**Machine** [1]_ - 72:24
**machine** [6]_ - 50:16_, 60:22_, 60:23_, 61:18_, 61:19_, 72:25
**madam** [1]_ - 270:21
**Madam** [1]_ - 271:2
**magazine** [15]_ - 60:14_, 60:18_, 74:8_, 98:20_, 102:1_, 102:3_, 102:20_, 103:3_, 103:5_, 104:2_, 104:3_, 113:22_, 113:25_, 116:11_, 117:4
**magenta** [1]_ - 77:25
**magnified** [1]_ - 80:20
**magnify** [1]_ - 76:12
**main** [11]_ - 129:15_, 137:17_, 145:12_, 145:14_, 148:25_, 150:15_, 158:23_, 172:1_, 173:7_, 219:2
**maintain** [3]_ - 191:7_, 208:15_, 264:18
**maintained** [4]_ - 150:25_, 153:19_, 214:14_,

291:16
**maintains** [3]_ - 132:13_, 150:22_, 150:24
**maintenance** [2]_ - 199:21_, 205:5
**major** [2]_ - 211:7_, 276:12
**majority** [4]_ - 52:10_, 130:3_, 289:16_, 290:10
**maker** [1]_ - 52:20
**makers** [2]_ - 10:13_, 219:7
**male** [5]_ - 153:9_, 158:14_, 158:16_, 159:24_, 164:20
**malfunction** [4]_ - 110:2_, 110:3_, 110:5_, 110:17
**man** [4]_ - 66:19_, 67:3_, 69:16_, 112:1
**man-made** [2]_ - 66:19_, 67:3
**manner** [3]_ - 19:7_, 217:25_, 220:21
**manners** [1]_ - 57:21
**manual** [4]_ - 21:21_, 21:22_, 33:17_, 104:5
**manually** [2]_ - 104:6_, 110:8
**manufacture** [2]_ - 38:1_, 75:15
**manufactured** [14]_ - 11:13_, 11:14_, 11:18_, 35:16_, 35:21_, 35:24_, 74:18_, 74:19_, 75:18_, 113:1_, 211:20_, 211:23_, 211:25_, 212:2
**manufacturer** [2]_ - 37:24_, 74:21
**map** [7]_ - 64:8_, 77:8_, 77:17_, 89:8_, 89:10_, 89:16_, 121:22
**maps** [1]_ - 89:11
**Mar** [4]_ - 127:19_, 182:19_, 187:19_, 188:1
**Mar-a-Lago** [4]_ - 127:19_, 182:19_, 187:19_, 188:1
**Marathon** [8]_ - 235:6_, 235:13_, 236:1_, 240:5_, 241:24_, 242:19_, 242:22_, 246:14
**March** [3]_ - 21:12_, 215:20_, 263:25
**Maria** [1]_ - 4:10

**Marine** [16]_ - 58:1_, 58:2_, 58:7_, 58:15_, 58:18_, 58:21_, 58:22_, 59:18_, 60:2_, 60:4_, 60:10_, 60:13_, 61:13_, 61:21_, 89:21_, 90:23
**marine** [3]_ - 59:1_, 59:13_, 80:19
**mark** [8]_ - 27:10_, 32:16_, 32:18_, 60:14_, 60:17_, 61:19_, 140:10_, 198:20
**marked** [20]_ - 18:12_, 121:13_, 128:10_, 138:19_, 142:7_, 143:19_, 143:25_, 145:6_, 145:20_, 156:11_, 158:4_, 169:8_, 170:14_, 172:16_, 174:21_, 196:10_, 197:23_, 198:4_, 200:11_, 201:12
**Market** [8]_ - 236:8_, 236:15_, 236:20_, 237:18_, 237:22_, 238:5_, 238:9_, 242:10
**market** [1]_ - 238:1
**marking** [1]_ - 39:23
**markings** [4]_ - 36:1_, 128:16_, 128:20_, 195:20
**marksman** [3]_ - 60:8_, 84:20_, 84:21
**marksmanship** [7]_ - 59:14_, 59:20_, 59:21_, 60:3_, 60:7_, 65:15_, 65:22
**Marshal** [1]_ - 286:19
**marshals** [1]_ - 287:2
**Mary** [1]_ - 270:13
**master's** [2]_ - 8:20_, 58:13
**match** [8]_ - 33:9_, 60:17_, 96:21_, 97:4_, 142:18_, 207:18_, 225:2_, 225:7
**matches** [3]_ - 234:17_, 252:14_, 252:15
**material** [3]_ - 13:2_, 17:24_, 27:9
**materials** [1]_ - 50:13
**matter** [7]_ - 20:24_, 67:14_, 110:21_, 190:16_, 282:19_, 283:7_, 293:7
**matters** [2]_ - 57:21_, 57:22
**max** [1]_ - 84:17
**MC** [1]_ - 216:21
**McClay** [7]_ - 108:20_,

108:21_, 108:24_, 286:13_, 286:16_, 286:21_, 287:11
**McClay's** [1]_ - 108:25
**McGee** [1]_ - 270:20
**McGreevy** [9]_ - 216:7_, 216:20_, 216:21_, 219:4_, 244:6_, 261:5_, 265:16_, 271:24_, 286:6
**MCGREEVY** [1] - 216:25
**ME** [1]_ - 120:25
**mean** [39]_ - 58:25_, 59:17_, 60:25_, 62:13_, 64:19_, 71:3_, 71:12_, 73:5_, 73:8_, 74:22_, 80:18_, 85:11_, 85:21_, 86:3_, 88:25_, 98:16_, 102:5_, 105:4_, 105:21_, 106:2_, 106:3_, 109:22_, 110:12_, 110:21_, 110:24_, 115:13_, 132:20_, 137:21_, 184:11_, 208:25_, 253:6_, 275:11_, 277:24_, 290:14_, 290:16_, 290:23_, 293:11_, 293:13
**mean..** [1]_ - 132:21
**meaning** [2]_ - 66:16_, 229:19
**means** [6]_ - 7:22_, 39:9_, 98:17_, 134:1_, 280:17_, 290:25
**meantime** [1]_ - 66:6
**measure** [1]_ - 103:9
**measured** [1]_ - 35:18
**measurement** [4]_ - 38:23_, 78:5_, 78:8_, 78:10
**measurements** [6]_ - 49:25_, 64:4_, 78:3_, 83:23_, 84:3
**mechanical** [3]_ - 18:3_, 73:24
**mechanism** [10]_ - 15:19_, 16:7_, 17:18_, 31:25_, 36:13_, 44:3_, 45:19_, 46:2_, 48:11_, 99:15
**mechanisms** [13]_ - 15:13_, 15:15_, 15:18_, 29:24_, 30:14_, 31:7_, 31:8_, 40:13_, 41:7_, 41:16_, 42:1_, 42:16_, 45:25
**Medetis** [6]_ - 4:10_, 178:17_, 265:15_, 271:5_, 286:6_, 287:14

**MEDETIS** [318]_ - 4:14_, 56:5_, 56:17_, 56:22_, 65:12, 65:20_, 66:9_, 67:20_, 67:24_, 68:8_, 68:11_, 68:17_, 68:20_, 68:23_, 69:1_, 69:7_, 69:9_, 69:24_, 70:2_, 72:2_, 72:18_, 73:12_, 73:15_, 73:18, 73:20_, 74:3_, 74:6_, 74:14_, 74:16_, 77:3_, 77:6_, 77:19_, 77:22_, 78:23_, 79:1_, 79:4_, 79:11_, 80:7_, 80:10_, 80:12_, 80:24_, 81:2_, 81:8_, 81:11_, 81:17_, 81:20_, 82:4_, 82:7_, 82:11_, 82:14_, 82:24_, 83:2_, 83:4_, 83:8, 83:10_, 83:16, 83:18_, 86:14_, 86:16_, 86:24_, 87:1_, 87:5_, 87:8_, 87:14_, 87:17_, 88:2_, 88:5_, 90:9_, 90:12_, 90:15_, 90:17_, 91:18_, 93:3_, 93:7_, 93:12_, 93:14_, 94:7_, 94:9_, 94:23_, 95:1_, 95:17_, 95:20_, 96:5_, 96:8_, 96:12_, 97:7_, 97:10_, 97:19_, 97:22_, 97:24_, 98:6_, 99:25_, 100:3_, 100:13_, 100:16_, 100:19_, 101:4_, 101:7_, 101:11_, 101:13_, 102:8_, 102:10_, 102:17_, 102:19_, 104:21, 104:22_, 105:7_, 105:10_, 107:24_, 114:12_, 114:21_, 115:14_, 116:1_, 116:3_, 116:19_, 116:22_, 117:6_, 117:8_, 178:18_, 178:22_, 179:18_, 180:7_, 180:12_, 182:22_, 183:1_, 183:3_, 183:15_, 184:1_, 184:4_, 184:7_, 184:14_, 184:18_, 184:22_, 185:1_, 185:13_, 185:16_, 185:21_, 186:4_, 186:7_, 186:10_, 186:12_, 186:17_, 186:20_, 189:16_, 190:4_, 190:21_, 190:24_, 209:17_, 209:22_, 210:1_, 210:11_, 210:14_, 210:16_, 213:16_, 216:4_, 216:6, 216:23_, 217:3_, 222:10_, 222:14_, 222:17_, 222:20_, 222:23_, 223:5_, 223:8_, 223:16_, 223:19_, 223:25_, 224:1_, 224:16_, 224:20_, 225:13_, 225:17_, 225:19_, 227:7_, 227:10_,

228:22_, 229:1_, 229:7_, 229:8_, 229:13, 229:15_, 229:21_, 229:24_, 230:1_, 230:11, 230:13_, 231:22_, 232:1_, 232:25_, 233:3_, 234:9, 234:11_, 235:21_, 235:24_, 237:10_, 237:15_, 238:12_, 238:15_, 238:16_, 238:24, 239:1_, 239:9_, 239:13_, 239:22_, 240:1_, 240:13_, 240:15_, 240:24_, 241:2_, 241:8_, 241:10_, 241:12_, 242:2, 242:4_, 243:2_, 243:5_, 243:21_, 243:25_, 244:3_, 244:20_, 244:24_, 245:10_, 245:13_, 246:7_, 246:10_, 246:20_, 246:23_, 247:14_, 247:17_, 248:11_, 248:15_, 248:20_, 248:23_, 249:8, 249:10_, 249:13_, 249:16_, 249:20_, 249:22_, 250:11_, 250:15_, 250:25_, 251:2_, 251:5_, 251:14_, 251:17_, 251:24, 252:1_, 252:20_, 252:23_, 252:24_, 253:9_, 253:12_, 254:17_, 254:21_, 255:6_, 255:8_, 255:19_, 255:23_, 256:10_, 256:12_, 256:15_, 256:20_, 257:8, 257:12_, 257:16, 257:18_, 257:22, 258:2_, 258:15_, 258:19_, 258:23_, 259:1_, 259:3_, 259:10, 259:12_, 259:24_, 260:2_, 260:3_, 260:22_, 260:25_, 261:4_, 261:8_, 261:11_, 262:15_, 262:19_, 263:6_, 263:8_, 263:15_, 263:16_, 264:3_, 264:8_, 265:3_, 265:16_, 265:21_, 266:1_, 266:8_, 268:13_, 268:20_, 268:23_, 269:10_, 269:16_, 269:18_, 269:21_, 269:25_, 270:3_, 270:12_, 270:15_, 270:18, 270:22_, 271:6_, 271:10_, 271:13_, 271:17_, 271:22_, 286:7_, 286:10

**Medetis-Long** [5]_ - 4:10_, 178:17_, 265:15_, 271:5_, 286:6

**MEDETIS-LONG** [318]_ - 4:14_, 56:5_, 56:17_, 56:22_, 65:12, 65:20_, 66:9_, 67:20_, 67:24_, 68:8_, 68:11_, 68:17_, 68:20_, 68:23_, 69:1_,

69:7_, 69:9_, 69:24_, 70:2_, 72:2_, 72:18_, 73:12_, 73:15_, 73:18, 73:20_, 74:3_, 74:6_, 74:14_, 74:16_, 77:3_, 77:6_, 77:19_, 77:22_, 78:23_, 79:1_, 79:4_, 79:11_, 80:7_, 80:10_, 80:12_, 80:24_, 81:2_, 81:8_, 81:11_, 81:17_, 81:20_, 82:4_, 82:7_, 82:11_, 82:14_, 82:24_, 83:2_, 83:4_, 83:8, 83:10, 83:16, 83:18_, 86:14_, 86:16_, 86:24_, 87:1_, 87:5_, 87:8_, 87:14_, 87:17_, 88:2_, 88:5_, 90:9_, 90:12_, 90:15_, 90:17_, 91:18_, 93:3_, 93:7_, 93:12_, 93:14_, 94:7_, 94:9_, 94:23_, 95:1_, 95:17_, 95:20_, 96:5_, 96:8_, 96:12_, 97:7_, 97:10_, 97:19_, 97:22_, 97:24_, 98:6_, 99:25_, 100:3_, 100:13_, 100:16_, 100:19_, 101:4_, 101:7_, 101:11_, 101:13_, 102:8_, 102:10_, 102:17_, 102:19_, 104:21, 104:22_, 105:7_, 105:10_, 107:24_, 114:12_, 114:21_, 115:14_, 116:1_, 116:3_, 116:19_, 116:22_, 117:6_, 117:8_, 178:18_, 178:22_, 179:18_, 180:7_, 180:12_, 182:22_, 183:1_, 183:3_, 183:15_, 184:1_, 184:4_, 184:7_, 184:14_, 184:18_, 184:22_, 185:1_, 185:13_, 185:16_, 185:21_, 186:4_, 186:7_, 186:10_, 186:12_, 186:17_, 186:20_, 189:16_, 190:4_, 190:21_, 190:24_, 209:17_, 209:22_, 210:1_, 210:11_, 210:14_, 210:16_, 213:16_, 216:4_, 216:6, 216:23_, 217:3_, 222:10_, 222:14_, 222:17_, 222:20_, 222:23_, 223:5_, 223:8_, 223:16_, 223:19_, 223:25_, 224:1_, 224:16_, 224:20_, 225:13_, 225:17_, 225:19_, 227:7_, 227:10_, 228:22_, 229:1_, 229:7_, 229:8_, 229:13, 229:15_, 229:21_, 229:24_, 230:1_, 230:11, 230:13_, 231:22_, 232:1_, 232:25_, 233:3_, 234:9, 234:11_, 235:21_, 235:24_, 237:10_, 237:15_,

238:12_, 238:15_, 238:16_, 238:24, 239:1_, 239:9_, 239:13_, 239:22_, 240:1_, 240:13_, 240:15_, 240:24_, 241:2_, 241:8_, 241:10_, 241:12_, 242:2, 242:4_, 243:2_, 243:5_, 243:21_, 243:25_, 244:3_, 244:20_, 244:24_, 245:10_, 245:13_, 246:7_, 246:10_, 246:20_, 246:23_, 247:14_, 247:17_, 248:11_, 248:15_, 248:20_, 248:23_, 249:8, 249:10_, 249:13_, 249:16_, 249:20_, 249:22_, 250:11_, 250:15_, 250:25_, 251:2_, 251:5_, 251:14_, 251:17_, 251:24, 252:1_, 252:20_, 252:23_, 252:24_, 253:9_, 253:12_, 254:17_, 254:21_, 255:6_, 255:8_, 255:19_, 255:23_, 256:10_, 256:12_, 256:15_, 256:20_, 257:8, 257:12_, 257:16, 257:18_, 257:22, 258:2_, 258:15_, 258:19_, 258:23_, 259:1_, 259:3_, 259:10, 259:12_, 259:24_, 260:2_, 260:3_, 260:22_, 260:25_, 261:4_, 261:8_, 261:11_, 262:15_, 262:19_, 263:6_, 263:8_, 263:15_, 263:16_, 264:3_, 264:8_, 265:3_, 265:16_, 265:21_, 266:1_, 266:8_, 268:13_, 268:20_, 268:23_, 269:10_, 269:16_, 269:18_, 269:21_, 269:25_, 270:3_, 270:12_, 270:15_, 270:18, 270:22_, 271:6_, 271:10_, 271:13_, 271:17_, 271:22_, 286:7_, 286:10

**Medetis-Long's** [1]_ - 287:14

**media** [1]_ - 127:9

**meet** [1]_ - 212:10

**meetings** [1]_ - 193:6

**mem** [1]_ - 65:9

**member** [10]_ - 12:13_, 12:14_, 12:16_, 59:9_, 59:10_, 63:3_, 63:8_, 63:13_, 63:14_, 218:12

**members** [54]_ - 6:9_, 16:11_, 17:3_, 33:12_, 37:10_, 59:12_, 103:1_, 119:17_, 121:15_, 122:4_, 124:8_, 126:10_, 128:12_,

128:19_, 129:24_, 130:24_, 136:15_, 139:24_, 142:13_, 144:3_, 144:21_, 146:19_, 148:10_, 148:17_, 151:21_, 151:25_, 152:13_, 153:22_, 156:11_, 157:15_, 158:12_, 162:13_, 163:24_, 164:16_, 166:4_, 170:13_, 170:23_, 171:23_, 172:5_, 172:16_, 172:22_, 174:25_, 194:24_, 198:10_, 199:15_, 200:10_, 201:15_, 203:9_, 204:7_, 204:14_, 204:18_, 205:2_, 205:11_, 206:10

**memorial** [1]_ - 292:4

**memory** [1]_ - 150:2

**mention** [1]_ - 271:23

**mentioned** [20]_ - 7:21_, 9:4_, 12:22_, 60:19_, 63:23_, 64:23_, 66:10_, 72:10_, 101:19_, 102:21_, 103:17_, 121:18_, 130:20_, 148:13_, 162:24_, 163:2_, 195:13_, 201:1_, 276:17_, 282:6

**merits** [1]_ - 291:9

**message** [3]_ - 22:22_, 23:1_, 215:9

**metal** [9]_ - 15:22_, 16:18_, 16:21_, 26:22_, 27:9_, 44:18_, 254:14_, 255:14_, 259:7

**meters** [1]_ - 84:17

**method** [1]_ - 169:24

**methodology** [1]_ - 24:6

**Miami** [9]_ - 57:12_, 63:3_, 65:9_, 134:7_, 207:1_, 217:12_, 218:4_, 218:7_, 219:2

**mic** [2]_ - 98:1

**Michael** [1]_ - 265:19

**Michigan** [1]_ - 218:17

**microphone** [4]_ - 15:11_, 65:24_, 66:6_, 161:14

**mics** [1]_ - 98:3

**mid-'50s** [1]_ - 75:17

**middle** [11]_ - 27:14_, 45:12_, 47:22_, 88:21_, 90:2_, 129:16_, 159:3_, 205:16_, 216:21_, 240:9

**might** [16]_ - 7:1_, 10:16_, 12:4_, 28:14_, 91:2_, 92:22_, 115:12_, 131:10_,

209:2_, 226:15_, 226:16_, 248:11_, 270:3_, 272:21_, 277:7_, 286:10

**miles** [1]_ - 107:2

**military** [10]_ - 8:10_, 9:10_, 9:15_, 10:17_, 11:8_, 11:18_, 33:14_, 35:16_, 61:10_, 96:20

**MILITELLO** [4]_ - 4:18_, 286:17_, 287:9_, 293:25

**Militello** [4]_ - 4:19_, 286:15_, 287:8_, 293:19

**mind** [5]_ - 15:6_, 15:11_, 27:20_, 55:18_, 264:19

**mine** [1]_ - 7:18

**mines** [1]_ - 11:20

**mini** [2]_ - 252:3_, 252:15

**minimal** [3]_ - 66:16_, 70:15_, 87:25

**mint** [1]_ - 260:17

**minute** [6]_ - 161:7_, 163:18_, 176:10_, 263:7_, 266:21

**minutes** [12]_ - 54:16_, 54:21_, 164:10_, 166:19_, 178:22_, 178:25_, 179:9_, 184:4_, 184:22_, 186:4_, 186:10_, 186:17

**miscellaneous** [2]_ - 27:18_, 41:5

**missile** [1]_ - 7:17

**mission** [4]_ - 89:7_, 90:6_, 192:19_, 192:20

**mission-planning** [1]_ - 89:7

**misspoke** [3]_ - 137:15_, 138:12_, 215:25

**mistake** [1]_ - 55:24

**mistaken** [1]_ - 269:7

**mitigated** [1]_ - 92:21

**mitigates** [1]_ - 100:12

**mix** [1]_ - 13:1

**Mobile** [2]_ - 213:2_, 227:16

**Mochizuki** [1]_ - 129:19

**model** [1]_ - 211:21

**modification** [3]_ - 17:11_, 29:22_, 44:6

**modifications** [1]_ - 16:4

**modified** [10]_ - 17:6_, 35:11_, 36:2_, 45:17_, 100:8_, 109:8_, 241:21_,

249:11_, 249:23_, 284:13

**modify** [2]_ - 30:20_, 53:15

**Molotov** [1]_ - 11:25

**moment** [36]_ - 17:13_, 22:10_, 23:14_, 42:21_, 43:12_, 65:19_, 91:15_, 146:14_, 149:21_, 156:16_, 157:11_, 159:6_, 160:1_, 163:19_, 164:14_, 165:8_, 165:11_, 167:18_, 169:12_, 169:15_, 170:19_, 191:7_, 197:16_, 221:2_, 226:24_, 238:25_, 240:12_, 258:14_, 259:2_, 270:9_, 274:11_, 278:6_, 279:20_, 279:21_, 282:17_, 288:4

**moment..** [1]_ - 268:17

**momentarily** [3]_ - 23:6_, 152:18_, 153:15

**moments** [4]_ - 155:17_, 166:1_, 172:3_, 288:5

**Monday** [4]_ - 286:14_, 286:21_, 287:1_, 287:17

**month** [3]_ - 10:22_, 230:18

**month-to-month** [1]_ - 230:18

**months** [3]_ - 10:20_, 11:1_, 291:2

**months'** [1]_ - 10:25

**Moran** [1]_ - 5:2

**morning** [19]_ - 4:2_, 4:9_, 4:12_, 4:13_, 4:14_, 4:15_, 4:17_, 4:18_, 4:20_, 4:22_, 5:9_, 5:10_, 6:7_, 6:8_, 56:23_, 56:24_, 264:21_, 266:20_, 286:20

**mortar** [1]_ - 11:9

**most** [10]_ - 7:18_, 9:13_, 46:4_, 115:12_, 115:13_, 122:11_, 220:16_, 234:19_, 236:25_, 238:18

**most-senior** [1]_ - 220:16

**mostly** [3]_ - 122:8_, 134:5_, 136:19

**motion** [2]_ - 49:6_, 288:20

**motions** [1]_ - 287:17

**motive** [1]_ - 55:20

**motorcade** [8]_ - 171:11_, 182:19_, 183:6_, 183:10_, 183:12_, 184:9_,

185:8_, 186:25

**mountain** [1]_ - 290:19

**mountains** [1]_ - 134:12

**mousetrap** [2]_ - 18:2_, 45:17

**mousetraps** [5]_ - 17:10_, 17:14_, 17:16_, 17:22_, 18:5

**move** [17]_ - 45:21_, 66:6_, 101:15_, 111:16_, 112:7_, 113:12_, 125:8_, 128:22_, 159:11_, 184:22_, 186:4_, 186:10_, 186:17_, 190:21_, 190:23_, 192:13_, 277:18

**moved** [3]_ - 128:23_, 211:23_, 212:3

**movement** [5]_ - 62:24_, 71:14_, 182:19_, 188:24_, 188:25

**moving** [7]_ - 92:25_, 140:2_, 145:25_, 184:9_, 185:6_, 186:2_, 186:9

**mow** [1]_ - 208:18

**MR** [416]_ - 4:9_, 4:15_, 4:23_, 4:25_, 5:7_, 5:13, 6:1, 6:6_, 13:15_, 13:19_, 13:22_, 14:1_, 14:15_, 14:17_, 18:16_, 18:18_, 19:12_, 19:16_, 19:21_, 19:25_, 20:13_, 20:21_, 21:6_, 21:19_, 22:10_, 22:13_, 23:1_, 23:9_, 23:16_, 23:20_, 24:3_, 24:5_, 26:9_, 26:10_, 26:25_, 27:3_, 28:7_, 28:9_, 29:6_, 29:9_, 31:11_, 31:13_, 34:11_, 34:17_, 34:21_, 36:25_, 37:6_, 37:10_, 37:12_, 38:4_, 38:8_, 40:8_, 40:11_, 40:22, 40:24_, 41:12_, 41:14_, 42:21_, 42:25_, 43:11_, 43:14_, 43:23_, 43:24_, 45:5_, 45:7_, 45:21_, 45:22_, 46:25_, 47:4_, 47:8_, 47:10_, 51:9_, 51:12_, 51:16_, 51:18_, 53:21_, 53:25_, 54:2_, 54:13_, 65:17_, 72:8_, 105:14_, 108:4, 112:21_, 114:4_, 114:8, 114:16, 114:23, 115:2_, 115:16_, 115:21_, 115:23_, 117:19_, 117:21_, 118:5_, 118:20_, 118:24_, 120:21, 120:23_, 121:3_, 121:7_, 121:10_, 121:11_, 127:22

_, 128:1_, 128:5_, 128:7_, 128:22_, 128:25_, 129:1_, 129:6_, 129:8_, 129:11_, 129:12_, 131:25_, 132:4_, 132:6_, 133:2_, 133:7_, 134:14_, 134:18_, 134:22_, 134:25_, 135:15_, 135:19_, 138:3_, 138:8_, 138:9_, 138:12_, 138:17_, 139:5_, 139:8_, 139:17_, 139:21_, 139:23_, 141:2_, 141:4_, 141:12, 141:14_, 141:19, 141:21_, 142:6_, 142:11_, 142:12_, 142:23_, 142:24_, 143:10, 143:11_, 143:18_, 143:22_, 143:23_, 144:24, 145:1_, 145:19, 145:21_, 146:3, 146:4_, 146:10, 146:11_, 146:13, 146:15_, 147:8, 147:10_, 149:7_, 149:15_, 149:18_, 149:20_, 149:25, 150:1_, 151:12_, 151:17_, 151:22_, 151:24_, 152:15_, 152:18_, 152:19_, 153:11_, 153:14, 153:16_, 154:16_, 154:20_, 154:22, 154:23_, 155:10, 155:11_, 155:16_, 155:19, 155:20_, 156:10_, 156:15, 156:17_, 157:2, 157:4_, 157:10_, 157:13, 157:14_, 158:3_, 158:7_, 158:9_, 158:11_, 159:10, 159:14, 159:16_, 160:5_, 160:7, 160:8_, 160:17_, 160:20, 160:21_, 160:25_, 161:3_, 161:6_, 161:8_, 162:1_, 162:5_, 162:7, 162:9_, 163:14_, 163:17, 163:20_, 164:9_, 164:13, 164:15_, 165:7_, 165:10, 165:12_, 166:13_, 166:18, 166:22, 166:23_, 167:14, 167:17, 167:19_, 168:19, 168:21_, 169:6_, 169:11_, 169:14, 169:16_, 170:12, 170:16_, 170:18, 170:20_, 172:15_, 172:19_, 172:21_, 173:17_, 173:19_, 174:16_, 174:19_, 175:6_, 175:10_, 176:13_, 176:16_, 177:12_, 177:15_, 177:18_, 177:23_, 178:11_, 178:14_, 189:19_, 190:7_, 190:12_, 190:15_, 190:18_, 191:3_, 191:18, 191:20_, 191:24_, 192:17_, 193:23_, 194:3_, 194:16_, 194:20_, 196:8_, 196:14_, 196:16_, 197:9_, 197:13_,

197:14_, 197:21_, 198:2_, 200:3_, 200:4_, 200:9_, 200:15_, 200:17_, 201:6_, 201:9_, 201:10_, 203:16_, 203:19_, 204:2_, 204:5_, 204:6_, 204:13_, 204:17_, 204:23_, 205:1_, 205:18_, 205:21_, 205:25_, 206:3_, 206:6_, 206:9_, 206:15_, 206:19_, 206:22_, 207:6_, 207:10_, 209:7_, 209:14_, 266:13_, 266:21_, 266:23_, 267:3_, 267:9_, 267:16_, 267:23_, 268:4_, 268:9_, 272:10_, 272:12_, 272:14_, 272:16_, 272:19_, 272:24_, 273:1_, 273:3_, 273:7_, 273:9_, 273:12_, 273:14_, 273:17_, 273:19_, 273:23_, 274:6_, 274:11_, 274:14_, 274:18_, 274:20_, 274:23_, 274:25_, 275:3_, 275:9_, 275:12_, 275:14_, 275:17_, 275:19_, 275:24_, 276:1_, 276:5_, 276:7_, 276:14_, 276:25_, 277:5_, 277:9_, 277:16_, 277:19_, 278:3_, 278:10_, 278:14_, 279:7_, 279:9_, 279:13_, 279:15_, 279:20_, 279:24_, 280:4_, 280:7_, 280:10_, 280:16_, 281:8_, 281:12_, 281:20_, 281:22_, 281:24_, 282:5_, 283:3_, 283:15_, 283:21_, 283:23_, 284:1_, 284:3_, 284:7_, 284:9_, 284:16_, 284:18_, 284:22_, 284:24_, 285:2_, 285:4_, 285:7_, 285:9_, 285:12_, 285:14_, 285:20_, 285:22_, 286:1_, 286:3_, 287:21_, 287:25_, 288:10_, 288:24_, 289:2_, 289:10_, 289:21_, 289:24_, 290:3_, 290:7_, 290:10_, 290:18_, 290:25_, 291:11_, 292:25_, 293:9

**MS** [322]_ - 4:14_, 4:18_, 56:5_, 56:17_, 56:22_, 65:12, 65:20_, 66:9_, 67:20_, 67:24_, 68:8_, 68:11_, 68:17_, 68:20_, 68:23_, 69:1_, 69:7_, 69:9_, 69:24_, 70:2_, 72:2_, 72:18_, 73:12_, 73:15_, 73:18, 73:20_, 74:3_, 74:6_, 74:14_, 74:16_, 77:3_, 77:6_, 77:19_, 77:22_, 78:23_, 79:1_, 79:4_,

79:11_, 80:7_, 80:10_, 80:12_, 80:24_, 81:2_, 81:8_, 81:11_, 81:17_, 81:20_, 82:4_, 82:7_, 82:11_, 82:14_, 82:24_, 83:2_, 83:4_, 83:8, 83:10_, 83:16, 83:18_, 86:14_, 86:16_, 86:24_, 87:1_, 87:5_, 87:8_, 87:14_, 87:17_, 88:2_, 88:5_, 90:9_, 90:12_, 90:15_, 90:17_, 91:18_, 93:3_, 93:7_, 93:12_, 93:14_, 94:7_, 94:9_, 94:23_, 95:1_, 95:17_, 95:20_, 96:5_, 96:8_, 96:12_, 97:7_, 97:10_, 97:19_, 97:22_, 97:24_, 98:6_, 99:25_, 100:3_, 100:13_, 100:16_, 100:19_, 101:4_, 101:7_, 101:11_, 101:13_, 102:8_, 102:10_, 102:17_, 102:19_, 104:21, 104:22_, 105:7_, 105:10_, 107:24_, 114:12_, 114:21_, 115:14_, 116:1_, 116:3_, 116:19_, 116:22_, 117:6_, 117:8_, 178:18_, 178:22_, 179:18_, 180:7_, 180:12_, 182:22_, 183:1_, 183:3_, 183:15_, 184:1_, 184:4_, 184:7_, 184:14_, 184:18_, 184:22_, 185:1_, 185:13_, 185:16_, 185:21_, 186:4_, 186:7_, 186:10_, 186:12_, 186:17_, 186:20_, 189:16_, 190:4_, 190:21_, 190:24_, 209:17_, 209:22_, 210:1_, 210:11_, 210:14_, 210:16_, 213:16_, 216:4_, 216:6, 216:23_, 217:3_, 222:10_, 222:14_, 222:17_, 222:20_, 222:23_, 223:5_, 223:8_, 223:16_, 223:19_, 223:25_, 224:1_, 224:16_, 224:20_, 225:13_, 225:17_, 225:19_, 227:7_, 227:10_, 228:22_, 229:1_, 229:7_, 229:8_, 229:13, 229:15_, 229:21_, 229:24_, 230:1_, 230:11, 230:13_, 231:22_, 232:1_, 232:25_, 233:3_, 234:9, 234:11_, 235:21_, 235:24_, 237:10_, 237:15_, 238:12_, 238:15_, 238:16_, 238:24, 239:1_, 239:9_, 239:13_, 239:22_, 240:1_, 240:13_, 240:15_, 240:24_, 241:2_, 241:8_, 241:10_, 241:12_, 242:2,

242:4_, 243:2_, 243:5_, 243:21_, 243:25_, 244:3_, 244:20_, 244:24_, 245:10_, 245:13_, 246:7_, 246:10_, 246:20_, 246:23_, 247:14_, 247:17_, 248:11_, 248:15_, 248:20_, 248:23_, 249:8, 249:10_, 249:13_, 249:16_, 249:20_, 249:22_, 250:11_, 250:15_, 250:25_, 251:2_, 251:5_, 251:14_, 251:17_, 251:24, 252:1_, 252:20_, 252:23_, 252:24_, 253:9_, 253:12_, 254:17_, 254:21_, 255:6_, 255:8_, 255:19_, 255:23_, 256:10_, 256:12_, 256:15_, 256:20_, 257:8, 257:12_, 257:16, 257:18_, 257:22, 258:2_, 258:15_, 258:19_, 258:23_, 259:1_, 259:3_, 259:10, 259:12_, 259:24_, 260:2_, 260:3_, 260:22_, 260:25_, 261:4_, 261:8_, 261:11_, 262:15_, 262:19_, 263:6_, 263:8_, 263:15_, 263:16_, 264:3_, 264:8_, 265:3_, 265:16_, 265:21_, 266:1_, 266:8_, 268:13_, 268:20_, 268:23_, 269:10_, 269:16_, 269:18_, 269:21_, 269:25_, 270:3_, 270:12_, 270:15_, 270:18, 270:22_, 271:6_, 271:10_, 271:13_, 271:17_, 271:22_, 286:7_, 286:10_, 286:17_, 287:9_, 293:25

**MSISDN** [4]_ - 228:2_, 228:4_, 232:17

**mulates** [1]_ - 259:19

**multicolored** [1]_ - 168:8

**multiple** [6]_ - 78:18_, 102:22_, 230:24_, 242:12_, 242:13_, 280:19

**munitions** [3]_ - 9:17_, 11:9_, 11:20

**murder** [1]_ - 278:21

**muscle** [1]_ - 71:14

**must** [2]_ - 210:8_, 278:16

**muzzle** [3]_ - 52:22_, 75:22_, 82:9

| N |
|---|

**name** [30]_ - 5:23_, 47:11_, 56:13_, 118:15_, 118:18_, 126:24_, 126:25_, 135:11_, 180:4_, 180:5_, 191:14_, 215:15_, 216:18_, 216:21_, 223:12_, 223:13_, 227:23_, 228:4_, 229:20_, 230:14_, 230:15_, 230:23_, 232:4_, 234:18_, 236:13_, 249:1_, 249:19_, 270:7

**names** [1]_ - 115:12

**Nancy** [2]_ - 211:11

**narrows** [1]_ - 38:21

**national** [2]_ - 57:15_, 57:20

**natural** [15]_ - 67:5_, 69:13_, 69:17_, 69:18_, 69:22_, 71:14_, 81:25_, 82:22_, 94:6_, 94:22_, 97:18_, 106:22_, 264:6_, 264:8

**naturally** [1]_ - 66:17

**nature** [1]_ - 50:12

**NAV** [1]_ - 33:23

**navigate** [1]_ - 64:8

**navigation** [3]_ - 60:3_, 64:3_, 64:7

**near** [6]_ - 67:17_, 90:1_, 129:23_, 253:3_, 254:3_, 254:12

**nearby** [1]_ - 124:13

**nearly** [1]_ - 11:10

**necessary** [2]_ - 55:19_, 272:21

**need** [26]_ - 7:11_, 10:14_, 20:10_, 39:12_, 39:14_, 46:23_, 85:5_, 86:12_, 89:2_, 90:24_, 95:13_, 110:1_, 110:22_, 125:23_, 208:21_, 210:7_, 259:23_, 266:11_, 266:16_, 272:17_, 283:9_, 287:6_, 287:16_, 287:23_, 287:25_, 288:3

**needed** [5]_ - 25:17_, 30:4_, 30:6_, 34:6_, 107:8

**needs** [2]_ - 276:8_, 288:16

**negotiator** [1]_ - 57:25

**neighborhood** [1]_ - 122:4

**never** [6]_ - 50:21_, 106:4_, 108:15_, 110:1_, 110:21_, 207:4

**new** [4]_ - 42:11_, 103:23_, 234:5_, 286:17

**news** [4]_ - 11:24_, 133:13_, 133:16_, 133:18

**next** [45]_ - 5:6_, 5:11_, 9:21_, 26:9_, 26:25_, 31:11_, 40:9_, 40:22_, 40:23_, 45:5_, 55:1_, 55:4_, 56:4_, 75:21_, 85:24_, 103:15_, 103:19_, 114:15_, 118:4_, 134:17_, 134:24_, 139:13_, 141:2_, 141:12_, 178:17_, 179:13_, 179:17_, 187:22_, 189:13_, 191:2_, 209:16_, 209:18_, 213:4_, 220:7_, 223:25_, 225:7_, 229:13_, 240:19_, 241:8_, 255:6_, 274:9_, 275:10_, 287:6_, 291:20

**nexus** [1]_ - 57:18

**nice** [2]_ - 5:10_, 264:20

**Nicholas** [2]_ - 56:6_, 56:15

**NICHOLAS** [2]_ - 56:15_, 56:19

**night** [12]_ - 87:10_, 88:8_, 88:11_, 88:16_, 88:20_, 88:21_, 88:23_, 89:23_, 90:2_, 92:25_, 187:21

**nighttime** [1]_ - 87:22

**Nissan** [44]_ - 88:19_, 152:8_, 152:22_, 211:10_, 211:12_, 211:15_, 211:17_, 211:19_, 215:1_, 215:8_, 215:13_, 222:4_, 222:7_, 222:25_, 223:4_, 223:15_, 224:13_, 224:22_, 225:10_, 228:18_, 231:13_, 233:7_, 237:20_, 237:24_, 238:3_, 238:7_, 238:11_, 239:17_, 240:19_, 242:19_, 245:4_, 245:20_, 247:12_, 248:10_, 248:19_, 249:7_, 250:21_, 251:11_, 253:24_, 256:4_, 261:23_, 262:2_, 262:12_, 263:13

**nitrocellulose** [1]_ - 39:10

**nitroglycerin** [1]_ - 39:10

**no@aol.com** [1]_ - 232:24

**nomenclature** [1]_ - 60:21

**non** [1]_ - 212:14

**non-foundational** [1]_ - 212:14

**none** [2]_ - 41:21_, 230:16

**nonviolence** [2]_ - 288:12_, 289:5

**Norinco** [5]_ - 74:21_, 74:24_, 75:12_, 101:20_, 211:20

**normal** [1]_ - 113:10

**normally** [2]_ - 171:2_, 278:16

**north** [3]_ - 145:15_, 235:7_, 254:2

**North** [9]_ - 122:23_, 211:8_, 211:9_, 212:16_, 214:15_, 221:20_, 224:10_, 233:9_, 251:21

**northbound** [1]_ - 167:7

**northeastern** [1]_ - 122:7

**notable** [4]_ - 29:10_, 40:25_, 43:25_, 167:23

**notably** [1]_ - 234:20

**notch** [1]_ - 26:13

**note** [24]_ - 35:25_, 68:5_, 92:15_, 127:10_, 131:15_, 131:16_, 140:21_, 144:17_, 152:4_, 152:9_, 159:23_, 160:9_, 161:9_, 162:10_, 163:25_, 165:15_, 166:25_, 167:20_, 170:7_, 214:23_, 214:24_, 215:5_, 215:6_, 240:9

**noted** [1]_ - 195:21

**Notes** [1]_ - 284:19

**notes** [1]_ - 268:25

**nothing** [17]_ - 5:20_, 51:12_, 53:8_, 56:10_, 117:8_, 118:12_, 134:2_, 134:3_, 135:8_, 168:18_, 178:3_, 180:1_, 191:11_, 209:5_, 216:14_, 291:17

**notice** [1]_ - 292:16

**noticed** [2]_ - 21:20_, 152:10

**November** [3]_ - 148:12_, 174:15_, 175:1

**now-current** [1]_ - 182:9

**nuclear** [1]_ - 9:15

**Number** [3]_ - 4:6_,

129:17_, 253:1

**number** [114]_ - 11:3_, 17:19_, 42:12_, 95:13_, 114:19_, 114:20_, 115:3_, 115:4_, 115:6_, 115:8_, 115:11_, 116:25_, 119:13_, 127:16_, 128:16_, 130:5_, 148:8_, 148:11_, 148:20_, 148:21_, 149:3_, 150:3_, 150:5_, 150:9_, 174:13_, 196:13_, 199:14_, 209:25_, 210:24_, 211:3_, 211:5_, 211:8_, 211:10_, 211:14_, 211:16_, 211:18_, 211:20_, 211:25_, 212:4_, 212:7_, 212:25_, 213:3_, 213:7_, 213:18_, 213:22_, 214:4_, 214:10_, 214:13_, 214:16_, 214:23_, 215:2_, 215:4_, 215:9_, 215:12_, 215:18_, 215:25_, 216:1_, 224:15_, 224:22_, 225:6_, 225:7_, 225:23_, 227:3_, 227:21_, 227:22_, 228:2_, 228:3_, 228:5_, 228:19_, 229:11_, 229:12_, 230:10_, 230:15_, 230:23_, 231:9_, 231:16_, 231:20_, 232:10_, 232:16_, 233:14_, 233:17_, 233:19_, 233:20_, 234:13_, 234:19_, 234:21_, 244:12_, 244:15_, 245:23_, 245:25_, 246:3_, 247:9_, 247:11_, 252:8_, 260:18_, 260:20_, 261:5_, 261:20_, 262:4_, 262:6_, 277:1_, 277:3_, 277:9_, 277:10_, 278:3_, 282:3_, 282:10_, 282:15_, 289:13_, 292:3_, 292:4

**numbers** [10]_ - 23:15_, 91:23_, 91:25_, 130:11_, 133:21_, 133:24_, 208:16_, 266:7_, 266:16_, 266:24

**numerous** [5]_ - 137:9_, 137:23_, 148:7_, 226:17_, 293:20

**nuts** [6]_ - 16:1_, 41:5_, 41:22_, 46:11_, 124:16_, 124:18

**nylon** [3]_ - 28:19_, 28:23_, 40:18

## O

**Oahu** [1] - 122:7
**oath** [1] - 23:13
**object** [2] - 44:25, 80:20
**objection** [111] - 13:18, 13:19, 19:15, 19:25, 20:13, 20:14, 23:19, 23:20, 23:22, 65:16, 65:17, 72:6, 72:8, 107:24, 114:7, 114:12, 114:21, 114:22, 115:14, 128:24, 128:25, 129:4, 133:2, 134:14, 176:13, 177:12, 177:18, 190:4, 190:21, 197:12, 197:13, 197:18, 207:6, 266:12, 266:23, 267:1, 267:5, 267:7, 267:11, 267:14, 267:18, 267:21, 267:25, 268:3, 268:6, 268:9, 268:11, 271:2, 271:3, 272:5, 272:8, 272:11, 272:14, 272:16, 272:22, 272:24, 273:1, 273:3, 273:6, 273:12, 273:14, 273:17, 273:19, 273:22, 274:5, 274:12, 274:14, 274:17, 274:18, 274:20, 274:23, 274:25, 275:3, 275:6, 275:8, 275:9, 275:11, 275:12, 275:14, 275:15, 275:23, 276:4, 276:22, 276:23, 277:17, 279:19, 281:6, 282:4, 282:5, 283:13, 283:15, 283:20, 283:23, 284:1, 284:3, 284:6, 284:9, 284:10, 284:15, 284:16, 284:18, 284:24, 285:2, 285:4, 285:7, 285:9, 285:12, 285:14, 285:22, 291:22
**objections** [10] - 212:14, 276:13, 280:2, 281:16, 285:17, 289:17, 290:9, 292:13, 292:18, 293:6
**objects** [1] - 92:22
**obliterated** [5] - 114:20, 115:4, 115:5, 115:8, 282:3
**observation** [3] - 78:22, 80:8, 107:12
**observations** [3] -

253:15, 253:19, 253:22
**observe** [3] - 62:11, 68:15, 169:23
**observed** [3] - 128:20, 129:19, 165:14
**observing** [1] - 24:20
**obstacles** [1] - 78:16
**obstructing** [1] - 147:16
**obtain** [12] - 58:10, 58:12, 151:1, 154:2, 156:7, 160:23, 161:24, 166:11, 227:11, 230:22, 231:19
**obtained** [6] - 159:20, 209:19, 212:9, 227:17, 230:4, 266:3
**obtaining** [3] - 20:10, 221:10, 264:1
**obvious** [1] - 66:23
**obviously** [9] - 25:12, 126:5, 133:25, 137:23, 204:11, 208:10, 280:20, 292:6, 292:9
**occasion** [1] - 247:1
**occupant** [1] - 126:21
**occurred** [6] - 7:25, 116:5, 120:1, 120:3, 124:9, 255:9
**occurs** [2] - 36:13
**Ocean** [2] - 122:21, 122:24
**ocular** [1] - 76:23
**off-ramp** [2] - 138:25, 140:3
**offense** [4] - 21:7, 275:21, 278:17, 281:2
**offenses** [1] - 225:11
**offer** [3] - 21:21, 21:24, 281:6
**offered** [8] - 20:19, 21:3, 22:20, 23:14, 47:7, 72:3, 281:17, 283:12
**office** [35] - 16:5, 57:10, 57:12, 57:19, 119:4, 126:3, 126:7, 126:8, 126:12, 126:20, 126:21, 126:23, 127:6, 127:9, 128:15, 129:18, 131:6, 131:22, 136:17, 150:21, 181:9, 181:11, 192:5, 192:7, 192:18, 217:12, 218:4, 218:5, 218:7, 218:13, 219:2,

219:3, 219:5, 220:15, 220:16
**Office** [4] - 135:22, 135:24, 136:4, 136:9
**OFFICER** [1] - 5:4
**Officer** [1] - 160:3
**officer** [5] - 136:11, 181:1, 181:3, 211:4, 280:1
**officer's** [2] - 240:4, 240:17
**officers** [2] - 212:5, 217:13
**official** [1] - 72:14
**often** [3] - 137:11, 186:22, 189:11
**Ohio** [5] - 58:8, 211:14, 211:15, 211:18, 211:19
**Oklahoma** [2] - 8:20, 8:25
**older** [1] - 122:10
**olive** [1] - 96:20
**on-site** [1] - 113:18
**once** [11] - 9:20, 49:20, 123:22, 124:21, 125:3, 125:8, 125:11, 125:13, 163:5, 186:25, 203:5
**one** [108] - 6:24, 7:16, 16:22, 19:1, 19:17, 21:19, 21:20, 22:10, 22:21, 24:21, 26:12, 26:18, 26:21, 29:13, 29:15, 29:18, 29:19, 31:9, 32:8, 32:11, 35:1, 35:9, 38:13, 41:3, 41:4, 41:19, 45:18, 45:24, 46:3, 46:4, 46:9, 47:20, 49:17, 50:8, 53:25, 62:14, 64:23, 65:19, 67:1, 73:24, 74:19, 74:23, 76:13, 78:16, 86:6, 91:15, 98:19, 102:13, 103:4, 104:2, 104:12, 114:1, 114:25, 117:12, 123:17, 125:10, 127:10, 131:8, 132:9, 134:10, 134:13, 136:11, 140:25, 141:1, 143:14, 146:5, 146:14, 150:17, 160:1, 171:18, 174:10, 181:25, 185:3, 189:12, 192:13, 193:13, 197:10, 197:16, 210:23, 211:2, 225:7, 231:18, 235:2, 237:13, 242:12,

253:23, 254:23, 266:15, 270:5, 271:22, 274:11, 276:18, 276:19, 278:6, 279:20, 279:21, 282:6, 283:6, 288:4, 291:11, 291:16, 291:22, 292:13, 293:15
**one's** [2] - 85:14, 85:18
**one-third** [1] - 114:1
**one-week** [1] - 64:23
**ones** [7] - 35:16, 41:23, 42:2, 46:5, 49:17, 59:3
**oops** [1] - 164:7
**open** [5] - 17:25, 18:1, 24:10, 102:11, 264:18
**opened** [1] - 220:19
**opening** [2] - 15:6, 24:11
**operate** [4] - 12:5, 12:6, 53:15, 89:12
**operated** [3] - 98:11, 98:16, 107:20
**operating** [3] - 7:9, 98:17, 99:23
**Operation** [1] - 62:1
**operation** [2] - 62:20, 219:21
**operational** [1] - 217:18
**operations** [10] - 59:16, 60:11, 62:6, 62:9, 62:10, 62:16, 64:17, 71:21, 147:7, 221:8
**operator** [2] - 63:18, 99:11
**operators** [3] - 146:25, 162:24, 163:1
**opinion** [10] - 42:9, 50:24, 53:1, 70:12, 75:18, 78:18, 81:14, 90:3, 105:2, 106:16
**opinions** [1] - 289:4
**opportunity** [5] - 20:16, 22:14, 55:20, 77:12, 245:21
**opposed** [1] - 276:18
**opposite** [2] - 145:14, 167:10
**opt** [1] - 59:8
**optimal** [1] - 86:6
**optimally** [1] - 89:18
**option** [1] - 89:12
**or..** [1] - 51:24
**Oran** [1] - 214:13

**orange** [4] - 238:22, 239:5, 239:15, 240:9

**order** [12] - 11:15, 50:9, 76:20, 86:7, 86:11, 152:25, 153:3, 288:18, 288:19, 288:23, 291:12, 292:23

**Order** [1] - 4:1

**orders** [3] - 288:10, 288:16, 292:21

**ordinarily** [1] - 287:10

**ordnance** [6] - 8:10, 9:15, 11:19, 34:1

**organization** [1] - 25:17

**organizational** [1] - 269:5

**Organized** [1] - 181:7

**organized** [1] - 269:2

**orient** [1] - 25:7

**oriented** [3] - 38:21, 48:2, 49:1

**otherwise** [5] - 6:11, 31:5, 52:6, 54:12, 282:20

**outer** [1] - 15:6

**outside** [5] - 70:14, 200:5, 200:6, 243:7, 293:16

**outward** [1] - 221:17

**overall** [2] - 123:19, 125:19

**overcomes** [1] - 36:18

**overhead** [1] - 195:15

**overlaid** [1] - 207:18

**overnight** [2] - 242:11, 293:24

**overruled** [6] - 108:1, 115:15, 133:4, 176:14, 177:20, 207:8

**overseas** [2] - 10:25, 61:22

**oversee** [1] - 217:17

**overseeing** [1] - 221:8

**oversight** [1] - 125:19

**overt** [1] - 62:24

**overview** [1] - 292:11

**overwhelm** [1] - 40:6

**own** [6] - 10:23, 10:24, 11:15, 13:1, 52:13, 217:20

**owned** [1] - 22:23

**ownership** [1] - 114:11

### P

**p.m** [13] - 117:24, 118:2, 179:2, 179:10, 179:14, 218:24, 240:7, 264:22, 265:10, 294:4

**P4247** [3] - 244:16, 246:2, 247:10

**Pacific** [2] - 122:21, 122:23

**pack** [1] - 253:21

**package** [4] - 15:7, 262:6, 262:8, 275:7

**packages** [1] - 30:22

**packaging** [1] - 25:15

**packed** [1] - 25:17

**page** [58] - 29:8, 40:9, 40:22, 159:3, 159:4, 199:13, 201:23, 201:24, 205:16, 213:4, 223:20, 223:25, 224:9, 229:14, 230:11, 241:5, 241:8, 241:11, 241:18, 242:2, 249:2, 249:9, 249:21, 255:7, 272:4, 272:5, 272:8, 272:11, 272:13, 272:22, 272:25, 273:6, 273:10, 273:15, 273:20, 274:9, 274:10, 274:15, 274:21, 275:1, 275:10, 275:15, 275:20, 276:2, 276:11, 279:11, 281:17, 283:14, 283:18, 283:24, 284:4, 284:11, 284:21, 284:25, 285:5, 285:10, 291:14

**paid** [3] - 126:2, 234:5, 234:7

**paint** [9] - 30:16, 37:24, 46:24, 91:22, 94:3, 94:5, 94:20, 94:21

**painted** [16] - 25:22, 26:7, 30:16, 30:19, 35:9, 37:20, 37:23, 41:4, 42:23, 43:3, 43:19, 45:16, 46:16, 93:24, 94:18, 95:24

**pair** [2] - 14:19, 128:2

**pairs** [1] - 140:22

**palm** [1] - 205:8

**Palm** [45] - 127:18, 130:6, 130:8, 130:21,

130:22, 130:23, 135:21, 135:23, 136:3, 136:5, 136:8, 140:8, 141:8, 141:18, 142:16, 143:4, 144:6, 145:4, 145:9, 146:7, 147:14, 152:3, 159:19, 162:17, 172:24, 181:8, 181:11, 181:15, 182:15, 187:7, 187:12, 188:7, 188:22, 192:5, 192:6, 192:18, 212:14, 212:16, 215:19, 221:16, 235:14, 235:19, 235:20, 263:21

**pant** [1] - 97:3

**pants** [2] - 96:24, 97:4

**paper** [17] - 18:13, 114:11, 127:18, 127:20, 128:14, 130:2, 132:9, 134:11, 134:12, 134:13, 138:5, 139:14, 196:9, 197:15, 214:16, 214:18, 220:19

**paperwork** [2] - 114:11, 290:14

**paragraph** [2] - 277:21, 278:3

**pardon** [2] - 34:1, 147:2

**park** [4] - 141:7, 141:17, 141:24, 163:8

**Park** [1] - 141:7

**parked** [12] - 88:20, 156:1, 158:18, 158:24, 163:12, 165:24, 171:2, 171:3, 183:16, 240:22, 262:12, 262:21

**parking** [29] - 148:21, 148:22, 148:24, 150:14, 150:18, 150:20, 152:2, 153:3, 154:9, 155:1, 158:20, 160:12, 169:4, 169:20, 169:21, 169:22, 169:25, 170:3, 236:25, 238:19, 240:5, 240:21, 241:24, 242:1, 242:11, 242:20, 262:14, 262:22

**part** [39] - 13:7, 18:9, 19:23, 21:9, 31:23, 38:16, 44:17, 57:12, 61:13, 62:1, 63:6, 67:13, 122:11, 124:2, 136:22, 137:16, 147:19, 168:23, 172:1, 176:6, 181:2, 181:5, 182:11, 193:17, 195:6, 201:23, 221:12, 222:2, 240:20, 243:19, 244:17,

263:17, 266:5, 279:2, 280:11, 280:12, 280:13, 288:19

**parted** [1] - 69:21

**partial** [2] - 42:3, 46:5

**partially** [1] - 155:25

**participate** [2] - 116:7, 183:12

**participated** [1] - 59:23

**participation** [1] - 67:14

**particular** [30] - 29:19, 32:3, 37:17, 46:2, 57:14, 125:17, 126:1, 127:6, 127:10, 146:12, 147:16, 148:18, 149:1, 152:4, 156:2, 157:5, 158:13, 160:9, 164:11, 165:21, 171:12, 173:8, 175:3, 181:2, 196:3, 201:16, 210:6, 217:10, 242:25, 274:22

**parties** [6] - 116:17, 209:11, 212:7, 212:12, 264:18, 268:24

**partners** [1] - 65:10

**parts** [1] - 254:11

**party** [4] - 232:5, 232:8, 232:14, 276:8

**pass** [4] - 49:22, 69:12, 86:12, 126:15

**passed** [1] - 291:3

**passport** [1] - 223:2

**past** [5] - 55:13, 136:14, 176:4, 176:23, 202:10

**paste** [1] - 288:25

**path** [21] - 81:13, 82:16, 82:18, 82:23, 83:14, 83:22, 84:1, 84:7, 86:12, 106:12, 106:14, 106:21, 189:10, 195:7, 195:12, 199:18, 199:21, 199:24, 199:25, 200:20, 205:5

**patrol** [3] - 62:22, 136:10, 136:13

**patrolling** [1] - 106:3

**pattern** [13] - 97:15, 273:5, 274:1, 274:15, 275:5, 276:3, 278:15, 278:17, 278:24, 279:2, 282:24, 283:5, 284:20

**pause** [10] - 80:7, 151:22, 163:19, 164:14

_, 165:10_, 166:22_, 167:17_, 168:19_, 169:14_, 170:18

**Pause** [1]_ - 293:22

**pay** [3]_ - 148:5_, 169:21_, 170:3

**paying** [1]_ - 170:1

**payment** [2]_ - 169:24_, 232:21

**peacefulness** [2]_ - 288:12_, 289:4

**Pelly** [1]_ - 141:7

**pelly** [1]_ - 141:17

**people** [14]_ - 12:25_, 106:8_, 115:17_, 124:4_, 125:2_, 128:17_, 136:20_, 169:21_, 175:21_, 199:18_, 199:22_, 208:19_, 255:4

**percent** [2]_ - 11:10_, 115:7

**perfectly** [1]_ - 175:15

**performance** [1]_ - 76:25

**performed** [2]_ - 35:15_, 124:24

**performs** [1]_ - 34:16

**perhaps** [7]_ - 42:11_, 44:6_, 49:8_, 52:21_, 274:7_, 289:3_, 289:6

**perimeter** [8]_ - 68:7_, 143:5_, 199:12_, 243:8_, 255:16_, 256:24_, 257:15_, 258:5

**period** [3]_ - 58:2_, 92:17_, 188:19

**periods** [1]_ - 237:7

**permission** [139]_ - 24:3_, 28:7_, 37:3_, 38:5_, 56:17_, 67:21_, 68:8_, 68:17_, 68:23_, 69:24_, 73:12_, 74:3_, 77:3_, 77:19_, 78:23_, 80:24_, 81:8_, 81:17_, 82:4_, 82:11_, 82:24_, 87:5_, 87:14_, 88:2_, 90:9_, 90:15_, 93:3_, 93:10_, 93:12_, 94:7_, 94:23_, 95:17_, 96:5_, 96:10_, 97:7_, 97:19_, 97:24_, 100:13_, 100:16_, 101:4_, 101:11_, 102:8_, 102:17_, 116:19_, 117:6_, 121:3_, 127:22_, 129:1_, 129:8_, 138:3_, 139:18_, 142:6_, 143:18_, 149:7_, 151:12_,

154:17_, 156:10_, 158:3_, 159:10_, 162:2_, 166:14_, 169:7_, 170:12_, 172:15_, 174:16_, 180:7_, 182:23_, 184:14_, 185:13_, 193:24_, 194:16_, 196:8_, 197:9_, 197:22_, 200:10_, 201:6_, 203:16_, 204:3_, 204:13_, 204:23_, 205:18_, 205:25_, 206:6_, 209:18_, 209:22_, 210:11_, 210:14_, 213:13_, 216:23_, 222:10_, 222:14_, 222:20_, 223:5_, 223:16_, 224:17_, 225:13_, 225:17_, 227:7_, 228:22_, 229:21_, 231:22_, 232:25_, 235:21_, 237:11_, 238:12_, 239:9_, 239:22_, 240:24_, 243:2_, 243:21_, 243:25_, 244:21_, 245:10_, 246:7_, 246:20_, 247:14_, 248:20_, 249:13_, 250:11_, 250:25_, 251:2_, 251:14_, 252:20_, 253:9_, 254:18_, 255:19_, 256:10_, 256:12_, 256:18_, 257:8_, 257:22_, 258:16_, 258:23_, 259:24_, 260:22_, 261:1_, 261:8_, 262:15_, 264:3

**permit** [1]_ - 293:20

**Perry** [1]_ - 21:25

**person** [24]_ - 52:7_, 54:12_, 55:7_, 55:12_, 67:4_, 89:15_, 106:16_, 153:7_, 157:18_, 157:20_, 157:21_, 160:11_, 160:14_, 161:10_, 164:5_, 165:25_, 166:5_, 168:1_, 168:3_, 168:7_, 168:16_, 169:24_, 170:2_, 215:18

**personal** [5]_ - 92:22_, 144:20_, 170:10_, 171:2_, 258:12

**personally** [5]_ - 68:15_, 79:15_, 79:18_, 254:6_, 254:13

**personnel** [2]_ - 119:20_, 219:24

**persons** [1]_ - 137:23

**perspective** [3]_ - 82:20_, 262:23_, 262:24

**pertain** [1]_ - 224:12

**pertinent** [1]_ - 288:14

**Ph.D** [1]_ - 9:2

**phone** [53]_ - 91:15_, 160:2_, 194:15_, 195:18_, 195:19_, 220:6_, 223:21_, 224:5_, 225:1_, 226:15_, 227:1_, 227:4_, 227:12_, 228:3_, 228:9_, 228:12_, 228:15_, 228:20_, 228:21_, 229:6_, 229:11_, 229:19_, 230:18_, 230:22_, 230:25_, 231:7_, 231:8_, 231:10_, 231:12_, 231:17_, 232:7_, 232:9_, 232:10_, 232:11_, 234:19_, 234:21_, 235:1_, 235:4_, 235:5_, 236:11_, 241:4_, 241:6_, 241:16_, 248:25_, 249:18_, 249:19_, 250:3_, 254:23_, 254:25_, 255:1_, 255:5

**phones** [11]_ - 21:11_, 225:23_, 226:11_, 226:13_, 226:15_, 226:17_, 226:19_, 226:20_, 230:24_, 254:24_, 255:3

**phonetic** [1]_ - 141:7

**photo** [27]_ - 19:17_, 24:16_, 29:1_, 34:3_, 37:15_, 37:18_, 37:21_, 43:25_, 48:4_, 69:3_, 73:4_, 73:8_, 141:2_, 143:2_, 207:20_, 207:21_, 236:21_, 240:4_, 240:17_, 240:23_, 244:25_, 245:1_, 245:3_, 246:13_, 248:18_, 259:4_, 259:5

**photograph** [60]_ - 25:21_, 27:14_, 27:25_, 44:9_, 44:12_, 44:21_, 46:9_, 47:14_, 68:6_, 70:23_, 71:6_, 74:1_, 76:8_, 87:12_, 96:21_, 99:7_, 104:24_, 121:16_, 122:17_, 139:25_, 140:1_, 141:5_, 141:10_, 141:13_, 141:15_, 141:20_, 141:22_, 142:14_, 144:1_, 144:12_, 145:2_, 145:3_, 145:7_, 145:22_, 146:16_, 146:17_, 147:11_, 147:17_, 194:8_, 194:10_, 194:11_, 194:14_, 194:21_, 195:16_, 195:20_, 195:23_, 198:7_, 200:18_, 201:16_, 201:19_, 224:22_, 225:1_, 238:18_, 243:13_, 249:4_, 250:1_, 250:2_, 253:14_, 256:21_, 256:23

**photographed** [3]_ -

24:25_, 27:5_, 30:21

**photographer** [2]_ - 125:6_, 203:24

**photographer's** [1]_ - 125:7

**photographs** [21]_ - 18:10_, 24:19_, 24:22_, 73:2_, 94:16_, 104:19_, 138:2_, 138:4_, 138:18_, 138:19_, 138:24_, 142:17_, 142:18_, 142:19_, 142:25_, 193:20_, 196:2_, 196:19_, 196:21_, 197:5_, 197:10

**photography** [1]_ - 125:25

**photos** [16]_ - 19:1_, 19:2_, 19:18_, 24:11_, 124:21_, 124:22_, 125:3_, 125:6_, 125:11_, 125:14_, 207:18_, 207:25_, 292:3_, 292:4_, 292:8

**phrase** [4]_ - 255:1_, 277:1_, 277:2_, 278:4

**physical** [14]_ - 7:7_, 20:11_, 30:9_, 37:18_, 51:9_, 89:8_, 89:14_, 89:17_, 90:7_, 222:11_, 223:6_, 225:14_, 243:22_, 255:21

**physically** [2]_ - 40:13_, 254:4

**pick** [1]_ - 15:11

**picked** [1]_ - 206:12

**picking** [2]_ - 67:2_, 88:13

**picks** [3]_ - 176:11_, 261:19_, 262:5

**picture** [30]_ - 26:9_, 26:25_, 31:3_, 46:3_, 72:25_, 76:24_, 80:3_, 124:25_, 131:9_, 141:25_, 143:16_, 146:12_, 195:4_, 195:11_, 195:13_, 195:14_, 195:15_, 200:22_, 200:23_, 203:24_, 204:10_, 208:5_, 208:7_, 208:8_, 208:11_, 208:12_, 239:18_, 240:20_, 252:25_, 291:20

**pictures** [8]_ - 24:12_, 106:12_, 111:10_, 126:23_, 144:5_, 175:13_, 175:17_, 202:8

**piece** [12]_ - 7:3_, 24:23_, 43:18_, 44:18_, 102:14_,

127:20_, 128:14_, 132:9_, 134:10_, 214:16_, 214:18 _, 256:7

**pieces** [5]_ - 14:11_, 24:18_, 27:18_, 41:11_, 73:11

**Pierce** [2]_ - 57:11_, 57:19

**pierce** [1]_ - 104:14

**pin** [3]_ - 34:8_, 36:12_, 121:19

**pink** [2]_ - 39:22_, 112:17

**pipe** [26]_ - 11:23_, 15:25_, 16:18_, 29:14_, 30:3_, 30:4_, 30:17_, 31:4_, 31:6 _, 32:14_, 32:15_, 32:16_, 32:19_, 33:8_, 35:3_, 35:10_, 44:18_, 46:7_, 46:14_, 48:5_, 48:9_, 50:1 _, 53:17_, 109:12_, 113:8

**pipes** [19]_ - 15:22_, 16:22 _, 26:19_, 26:22_, 29:13_, 30:7_, 32:13_, 32:22_, 35:4_, 42:5_, 46:22_, 48:7 _, 50:17_, 50:18_, 52:13_, 53:7_, 53:8_, 53:9

**piping** [1]_ - 30:5

**pitch** [1]_ - 57:22

**PKU** [1]_ - 211:14

**placard** [1]_ - 47:11

**place** [11]_ - 30:7_, 45:2_, 62:14_, 64:21_, 69:13_, 85:9_, 85:11_, 103:2_, 193:13_, 208:6_, 219:6

**placed** [3]_ - 81:23_, 206:13_, 214:11

**placement** [1]_ - 48:13

**places** [3]_ - 21:13_, 41:19_, 150:17

**plain** [1]_ - 106:20

**plainly** [1]_ - 31:23

**plan** [3]_ - 55:22_, 89:12_, 287:3

**plane** [23]_ - 127:16_, 127:17_, 130:8_, 133:9_, 133:14_, 133:18_, 144:20 _, 146:17_, 148:4_, 148:6 _, 148:8_, 163:6_, 171:3_, 178:6_, 183:6_, 184:9_, 184:20_, 184:21_, 186:2_, 186:9_, 187:13_, 187:14

**planes** [4]_ - 132:17_, 132:18_, 144:14_, 144:17

**planet** [1]_ - 208:25

**planning** [8]_ - 89:7_,

90:6_, 116:13_, 119:21_, 123:24_, 124:2_, 263:18_, 263:23

**Planning** [1]_ - 212:15

**plastic** [7]_ - 91:9_, 99:19 _, 129:23_, 203:12_, 204:20_, 205:23_, 258:21

**Plata** [2]_ - 20:20_, 265:20

**Platas** [1]_ - 22:4

**plate** [14]_ - 95:6_, 95:23_, 148:23_, 150:12_, 150:14 _, 152:10_, 152:11_, 152:12_, 155:4_, 211:8_, 211:14_, 211:16_, 211:18 _, 255:14

**plates** [3]_ - 70:17_, 254:14_, 259:7

**platform** [3]_ - 64:2_, 110:10_, 110:11

**platoon** [4]_ - 58:24_, 59:3_, 59:7_, 59:10

**plausible** [1]_ - 105:21

**play** [12]_ - 79:14_, 88:13_, 152:15_, 153:11_, 155:16 _, 157:10_, 160:17_, 163:14_, 165:8_, 188:21_, 193:5_, 193:11

**played** [40]_ - 79:3_, 79:10_, 80:11_, 151:16, 152:17, 153:13, 154:21, 155:18, 156:14_, 157:12, 158:8, 159:13, 160:19, 161:5, 162:6, 163:16, 164:12, 165:9, 166:17, 166:21, 167:16, 169:10, 169:13, 170:17_, 172:20_, 183:2_, 183:14_, 183:25_, 184:6_, 184:17_, 184:24_, 185:20_, 186:6_, 186:19_, 188:17_, 189:5, 257:11_, 258:1_, 262:18, 263:14

**playing** [6]_ - 71:6_, 79:1 _, 80:10_, 167:14_, 183:1 _, 199:19

**plays** [2]_ - 189:3_, 189:7

**plaza** [1]_ - 169:20

**plea** [1]_ - 274:9

**pleasure** [1]_ - 287:22

**plug** [1]_ - 277:25

**plumbing** [2]_ - 46:21_, 53:17

**plus** [1]_ - 287:16

**point** [34]_ - 10:23_, 21:20 _, 37:17_, 44:5_, 45:14_, 64:20_, 66:14_, 66:22_,

72:15_, 80:1_, 80:3_, 81:5 _, 119:25_, 120:14_, 123:9_, 137:4_, 142:20_, 148:13_, 193:16_, 195:3_, 195:6_, 195:10_, 200:21_, 200:22_, 201:1_, 202:9_, 236:25_, 264:7_, 264:9_, 283:11_, 287:9_, 291:16

**pointed** [4]_ - 44:4_, 99:15_, 105:1_, 207:22

**pointing** [1]_ - 236:21

**pointless** [1]_ - 109:25

**points** [1]_ - 289:12

**poison** [2]_ - 7:16_, 11:16

**poking** [1]_ - 71:18

**pole** [2]_ - 171:18_, 237:4

**police** [2]_ - 240:4_, 240:17

**policies** [1]_ - 105:23

**polyvinyl** [1]_ - 27:9

**poncho** [2]_ - 91:9_, 91:12

**pond** [5]_ - 199:6_, 199:7 _, 199:9_, 199:11_, 202:10

**pool** [1]_ - 123:5

**pop** [1]_ - 80:2

**populace** [1]_ - 10:18

**porch** [1]_ - 123:4

**portable** [1]_ - 98:1

**portion** [5]_ - 26:16_, 43:7 _, 43:13_, 45:13_, 259:14

**position** [21]_ - 22:19_, 29:25_, 62:11_, 62:13_, 71:16_, 86:6_, 86:13_, 86:20_, 86:22_, 93:2_, 99:3_, 99:4_, 99:5_, 99:8 _, 99:9_, 266:18_, 278:13 _, 291:8

**positional** [1]_ - 64:3

**positioned** [4]_ - 104:18 _, 104:25_, 203:1_, 204:21

**positioning** [3]_ - 65:15 _, 65:21_, 66:11

**positions** [1]_ - 59:15

**possess** [7]_ - 52:7_, 52:8_, 54:3_, 54:6_, 54:9 _, 54:11_, 55:8

**possessing** [3]_ - 55:10 _, 279:17_, 282:2

**Possession** [1]_ - 283:18

**possession** [2]_ - 20:2_, 283:19

**possibility** [1]_ - 286:22

**possible** [8]_ - 7:7_, 30:11_, 50:8_, 89:9_, 111:6_, 113:2_, 115:19_, 292:12

**possibly** [7]_ - 113:17_, 130:13_, 148:21_, 157:23 _, 165:22_, 176:25_, 292:9

**post** [19]_ - 7:1_, 7:25_, 10:1_, 131:7_, 219:3_, 219:4_, 219:16_, 219:21_, 219:25_, 220:3_, 220:18_, 221:7_, 238:19_, 238:22_, 238:23_, 239:2_, 239:7_, 246:14

**post-blast** [3]_ - 7:1_, 7:25_, 10:1

**potentially** [1]_ - 18:7

**POTUS** [1]_ - 188:4

**powder** [16]_ - 34:15_, 36:3_, 36:16_, 36:18_, 38:24_, 39:5_, 39:7_, 39:8 _, 39:9_, 39:14_, 40:4_, 48:21_, 48:25_, 52:4

**powerful** [2]_ - 34:14_, 61:3

**PP** [3]_ - 18:15_, 19:13_, 20:12

**practical** [2]_ - 8:13_, 8:15

**pre** [2]_ - 179:5_, 266:2

**pre-admit** [1]_ - 266:2

**pre-charge** [1]_ - 179:5

**precise** [1]_ - 292:12

**precision** [7]_ - 34:8_, 59:14_, 60:10_, 60:12_, 61:12_, 65:2_, 65:3

**precursors** [1]_ - 13:1

**predawn** [1]_ - 263:10

**predictable** [1]_ - 85:20

**preferable** [1]_ - 293:24

**preliminarily** [1]_ - 22:24

**prepaid** [2]_ - 230:18_, 232:22

**preparation** [4]_ - 55:22 _, 89:6_, 119:21_, 124:3

**prepared** [4]_ - 47:25_, 265:7_, 283:6_, 289:11

**preprinted** [1]_ - 121:21

prescribes [1] - 190:10

presence [1] - 293:16

present [11] - 4:2, 5:1, 22:18, 30:8, 30:15, 41:11, 179:11, 183:7, 185:17, 265:11, 286:19

preservation [3] - 220:20, 220:24, 221:11

preserve [2] - 221:1, 293:16

President [24] - 127:15, 127:17, 137:12, 137:13, 137:15, 144:19, 164:4, 171:1, 173:6, 173:21, 174:13, 181:25, 182:20, 183:19, 183:23, 184:3, 185:8, 187:7, 188:21, 189:3, 189:5, 189:7, 192:21

president [5] - 182:9, 182:10, 183:5, 188:10, 188:12

president's [1] - 178:6

presidential [3] - 188:19, 211:7, 276:12

press [1] - 153:2

pressed [1] - 282:19

pressure [4] - 12:10, 36:19, 40:5, 48:25

pressures [1] - 50:19

pretty [8] - 33:7, 120:10, 122:14, 123:23, 133:25, 136:19, 199:11, 199:25

prevailing [1] - 47:18

prevent [2] - 10:16, 52:22

previous [16] - 41:23, 144:5, 156:20, 161:15, 161:19, 161:20, 162:12, 164:2, 167:5, 167:25, 172:14, 185:7, 195:4, 204:10, 240:23, 254:14

previously [32] - 22:23, 28:6, 34:18, 38:11, 39:15, 41:16, 42:2, 42:16, 43:8, 55:7, 67:21, 68:18, 68:24, 69:25, 74:4, 77:4, 80:25, 81:9, 90:13, 93:4, 95:2, 95:7, 96:13, 96:14, 96:15, 101:5, 142:17, 167:8, 210:21, 210:25, 229:24, 231:4

primarily [4] - 124:10, 126:13, 127:8, 130:9

primary [8] - 36:9, 36:12, 36:14, 36:17, 39:20, 40:1, 40:4, 126:21

primer [17] - 31:25, 36:6, 36:7, 36:11, 36:14, 39:21, 39:23, 48:3, 48:13, 48:16, 48:19, 48:20, 48:25, 49:5, 51:1, 53:2, 53:3

printed [1] - 179:4

priority [2] - 125:21, 126:1

private [1] - 146:24

pro [3] - 210:19, 213:11, 215:24

proactively [1] - 103:7

problems [2] - 125:20, 291:17

procedures [2] - 7:6, 105:24

proceed [7] - 56:17, 72:9, 139:7, 160:25, 210:10, 210:14, 216:23

proceeded [1] - 161:24

proceeding [1] - 264:19

proceedings [2] - 293:22, 294:4

process [9] - 50:9, 59:8, 59:24, 60:5, 89:7, 110:6, 221:3, 221:4, 221:10

processed [1] - 219:8

produced [4] - 10:9, 45:15, 289:14, 291:4

product [1] - 259:21

productive [1] - 293:1

products [1] - 28:17

professional [4] - 9:8, 12:13, 207:25, 208:1

proffer [1] - 293:15

proffered [1] - 290:21

profile [3] - 83:20, 230:14

program [3] - 8:8, 8:24, 9:12

prohibited [2] - 52:6, 54:12

prohibition [1] - 288:22

projectile [4] - 33:5, 33:10, 35:20, 53:5

projection [1] - 287:15

projects [1] - 33:5

prone [3] - 86:20, 86:22, 87:4

proper [2] - 76:21, 76:24

properly [2] - 107:14, 220:5

property [5] - 123:2, 123:4, 123:6, 129:16, 207:17

proposal [2] - 276:17, 282:12

proposed [4] - 282:7, 289:13, 292:13, 292:18

propped [3] - 70:13, 73:17, 82:9

prosecution [1] - 176:23

protect [2] - 12:4, 189:4

protected [1] - 181:24

protectee [1] - 188:3

protectees [2] - 181:15, 193:5

protecting [2] - 181:16, 181:23

protection [12] - 70:14, 70:20, 71:3, 71:5, 73:3, 73:11, 95:10, 96:2, 181:25, 182:11, 192:22, 193:4

protective [6] - 182:7, 183:10, 187:2, 187:25, 188:2, 192:19

protrusion [1] - 75:21

proved [1] - 210:9

proven [1] - 210:20

provide [13] - 46:5, 64:4, 70:14, 70:19, 80:8, 95:10, 96:1, 97:17, 179:4, 192:22, 209:25, 266:17, 293:10

provided [14] - 19:19, 19:21, 19:22, 75:16, 78:21, 176:14, 181:25, 230:16, 230:20, 266:4, 266:16, 290:15, 291:1

providers [2] - 220:25, 227:11

provides [6] - 6:24, 12:21, 73:11, 82:1, 110:5, 111:14

public [3] - 8:4, 8:12, 292:5

publish [106] - 24:3, 28:7, 37:3, 38:5, 67:21, 68:8, 68:17, 68:23, 69:24, 72:3, 73:12, 74:3, 77:3, 77:19, 78:23, 80:24, 81:8, 81:17, 82:4, 82:11, 82:24, 87:5, 87:14, 88:2, 90:15, 93:4, 93:9, 96:5, 97:7, 100:1, 101:4, 121:4, 121:7, 129:5, 139:19, 142:7, 143:10, 143:19, 146:3, 146:10, 149:8, 151:13, 154:16, 156:11, 161:4, 162:2, 166:14, 169:7, 170:13, 172:16, 174:17, 182:23, 184:14, 185:13, 193:24, 194:17, 197:25, 200:10, 201:9, 203:17, 204:5, 204:14, 204:24, 205:19, 209:23, 210:11, 213:13, 222:10, 222:20, 223:5, 223:16, 225:14, 227:7, 228:22, 229:21, 231:22, 232:25, 235:21, 237:12, 238:12, 239:9, 239:22, 240:24, 243:2, 243:21, 244:21, 246:7, 246:20, 247:14, 248:20, 249:13, 251:14, 252:20, 253:10, 254:18, 256:13, 256:18, 257:8, 257:23, 258:16, 258:23, 261:1, 261:8, 262:15, 264:3, 268:15

published [1] - 206:1

pull [14] - 16:5, 51:20, 65:24, 89:11, 99:11, 102:24, 103:3, 103:18, 103:24, 104:21, 137:21, 150:8, 153:2, 183:23

pulled [3] - 148:18, 151:7, 290:23

pulling [5] - 48:15, 103:17, 137:21, 148:13

punishable [2] - 210:23, 211:1

Punishment [1] - 284:25

purchase [6] - 99:22, 110:5, 236:16, 236:18, 252:14, 263:18

purchased [9] - 17:6, 230:19, 234:1, 234:3, 234:5, 248:5, 252:2,

253:20_, 261:18
**purchases** [1]_ - 242:10
**purely** [1]_ - 18:3
**purport** [1]_ - 292:8
**purported** [2]_ - 291:19_, 293:21
**purportedly** [2]_ - 291:21_, 292:5
**purpose** [5]_ - 51:4_, 51:7_, 56:1_, 76:11_, 202:15
**purposes** [9]_ - 21:4_, 46:1_, 55:17_, 107:12_, 127:7_, 211:21_, 212:1_, 269:5
**purse** [4]_ - 176:7_, 176:9_, 176:18
**pursuant** [2]_ - 266:2_, 266:3
**pursued** [1]_ - 8:20
**push** [1]_ - 98:18
**pushed** [1]_ - 110:8
**put** [21]_ - 8:12_, 11:3_, 14:19_, 16:25_, 34:4_, 36:23_, 42:7_, 44:25_, 46:10_, 49:20_, 52:9_, 52:25_, 59:2_, 60:1_, 65:10_, 93:1_, 109:15_, 125:4_, 125:7_, 143:1_, 277:2
**puts** [1]_ - 133:20
**putting** [4]_ - 27:20_, 50:21_, 75:21_, 189:14
**PVC** [4]_ - 27:9_, 41:6_, 41:20_, 46:13

### Q

**qualifications** [1]_ - 12:12
**qualified** [5]_ - 13:20_, 65:13_, 65:18_, 133:5_, 133:23
**quality** [1]_ - 50:13
**quantity** [1]_ - 42:8
**quarter** [15]_ - 16:23_, 26:23_, 29:14_, 29:16_, 32:14_, 32:19_, 32:25_, 35:3_, 36:8_, 37:25_, 38:20_, 39:25_, 40:1_, 48:8
**quarter-inch** [4]_ - 36:8_, 39:25_, 40:1

**questionable** [1]_ - 53:10
**questioned** [3]_ - 207:3_, 282:13_, 291:22
**questions** [13]_ - 49:2_, 53:21_, 105:11_, 115:21_, 131:25_, 174:10_, 175:7_, 189:16_, 190:13_, 206:15_, 209:7_, 209:11_, 281:15
**quick** [2]_ - 127:15_, 269:2
**quicker** [1]_ - 199:23
**quickly** [5]_ - 71:9_, 71:12_, 102:21_, 131:14_, 219:8
**quiet** [1]_ - 91:9
**quite** [4]_ - 72:1_, 127:8_, 137:11_, 176:5
**quoted** [1]_ - 278:14

### R

**Rachel** [1]_ - 265:18
**radio** [1]_ - 269:24
**rail** [1]_ - 112:25
**railing** [1]_ - 147:18
**rain** [1]_ - 67:10
**raise** [9]_ - 5:17_, 56:7_, 112:12_, 117:17_, 118:9_, 135:5_, 179:23_, 191:8_, 216:11
**ramp** [6]_ - 138:25_, 140:3_, 155:2_, 155:3_, 155:25_, 156:21
**ran** [1]_ - 92:21
**Randy** [2]_ - 5:13_, 5:25
**RANDY** [2]_ - 5:25, 6:3
**range** [3]_ - 59:14_, 84:17_, 204:9
**rank** [2]_ - 58:17_, 136:1
**rat** [2]_ - 17:5_, 17:14
**ratchet** [2]_ - 27:18_, 45:20
**rate** [1]_ - 9:18
**rated** [1]_ - 50:19
**rather** [8]_ - 88:2_, 101:17_, 131:11_, 146:14_, 150:22_, 176:22_, 215:16_, 234:10
**Ravens** [2]_ - 8:8
**ray** [2]_ - 10:7_, 46:6

**reach** [2]_ - 105:22_, 107:3
**reachback** [1]_ - 7:11
**reaction** [2]_ - 36:17_, 40:3
**read** [13]_ - 43:15_, 55:5_, 115:3_, 115:7_, 115:11_, 209:19_, 210:5_, 225:6_, 233:11_, 261:2_, 261:5_, 262:4_, 271:5
**reader** [2]_ - 148:23_, 150:12
**readers** [1]_ - 150:14
**readily** [2]_ - 133:16_, 133:17
**reading** [3]_ - 209:24_, 271:15_, 276:15
**reads** [1]_ - 130:15
**ready** [7]_ - 33:9_, 35:4_, 55:1_, 109:17_, 124:5_, 184:21_, 266:19
**real** [3]_ - 8:13_, 8:14_, 232:10
**real-life** [1]_ - 8:13
**really** [15]_ - 6:20_, 8:14_, 18:5_, 18:7_, 24:9_, 24:21_, 32:11_, 36:7_, 41:2_, 122:13_, 133:22_, 155:2_, 221:8_, 292:11
**rear** [12]_ - 15:25_, 16:6_, 17:17_, 29:19_, 41:7_, 48:11_, 48:15_, 99:12_, 103:4_, 103:21_, 114:18_, 249:7
**rearward** [1]_ - 29:25
**reason** [1]_ - 110:13
**reasonable** [1]_ - 210:20
**recalled** [1]_ - 174:12
**receipt** [30]_ - 28:18_, 28:22_, 28:23_, 40:19_, 43:13_, 43:16_, 43:20_, 233:5_, 233:8_, 233:22_, 234:12_, 234:23_, 235:3_, 236:18_, 237:18_, 237:22_, 238:1_, 238:5_, 238:9_, 247:19_, 247:22_, 248:9_, 251:19_, 251:22_, 253:21_, 253:24_, 253:25_, 261:13_, 261:22_, 262:4
**receipts** [2]_ - 242:9_, 242:15
**receive** [6]_ - 6:17_, 24:7_, 60:7_, 63:8_, 63:25_, 123:14

**received** [20]_ - 8:19_, 12:18_, 19:16_, 19:17, 23:23, 24:1_, 24:8_, 25:1_, 65:5_, 123:22, 129:7_, 197:20, 267:6, 267:12, 267:19, 268:1_, 268:7, 268:12, 288:25, 289:12
**receiver** [1]_ - 114:19
**receives** [1]_ - 40:2
**receiving** [1]_ - 220:23
**recently** [1]_ - 137:9
**recess** [6]_ - 54:21_, 54:22_, 117:24_, 179:10_, 265:6_, 265:10
**recitation** [1]_ - 291:18
**recognize** [16]_ - 14:22_, 18:23_, 18:25_, 128:10_, 128:18_, 128:20_, 129:16_, 138:21_, 143:2_, 143:25_, 151:18_, 194:5_, 194:21_, 196:21_, 198:3_, 274:1
**recognized** [1]_ - 278:22
**recollection** [3]_ - 42:6_, 121:24_, 289:24
**reconnaissance** [5]_ - 89:8_, 89:9_, 89:10_, 89:14_, 89:17
**record** [18]_ - 4:7_, 5:24_, 31:12_, 43:7_, 56:14_, 68:5_, 118:16_, 129:4_, 129:20_, 135:12_, 180:5_, 191:15_, 209:19_, 216:19_, 256:15_, 259:4_, 283:9_, 292:17
**recorded** [1]_ - 214:10
**recordings** [1]_ - 269:20
**records** [28]_ - 212:9_, 212:14_, 212:17_, 212:23_, 212:24_, 213:1_, 213:2_, 213:5_, 213:6_, 221:3_, 221:24_, 224:11_, 224:12_, 227:11_, 227:16_, 227:21_, 228:8_, 230:3_, 230:7_, 232:3_, 234:13_, 266:3_, 269:10_, 270:18
**recount** [1]_ - 119:16
**recreated** [1]_ - 8:14
**recreation** [1]_ - 50:11
**red** [9]_ - 94:18_, 106:1_, 106:19_, 106:24_, 121:19_, 250:19_, 251:7_, 252:16_, 253:18
**redacted** [1]_ - 22:25
**reddish** [1]_ - 94:19

**reddish-brown** [1] - 94:19

**redirect** [6] - 53:24, 115:25, 134:21, 178:13, 190:23, 209:13

**REDIRECT** [2] - 54:1, 116:2

**reducer** [4] - 26:21, 37:23, 41:20, 46:13

**reducers** [6] - 15:22, 17:2, 32:11, 35:3, 38:2, 48:7

**reducing** [1] - 16:19

**refer** [2] - 11:25, 183:18

**reference** [2] - 130:18, 175:3

**referenced** [2] - 277:3, 277:9

**referencing** [2] - 269:4, 288:24

**referred** [3] - 16:25, 33:11, 186:22

**referring** [12] - 27:11, 43:5, 44:10, 59:25, 86:17, 130:12, 137:12, 140:7, 175:4, 272:9, 278:2, 278:19

**reflected** [1] - 292:14

**reflections** [1] - 195:16

**refresh** [3] - 28:3, 121:24, 150:2

**regard** [18] - 122:3, 123:24, 137:7, 141:15, 141:22, 143:9, 143:15, 145:2, 145:7, 145:22, 146:5, 146:16, 147:11, 150:10, 152:21, 163:5, 200:2, 202:24

**regarding** [8] - 67:13, 84:18, 212:17, 264:1, 288:12, 289:4, 290:8, 292:20

**regardless** [1] - 84:24

**registered** [1] - 215:15

**registration** [1] - 224:25

**regular** [1] - 89:22

**regulated** [3] - 34:15, 39:8, 52:5

**relate** [1] - 202:22

**related** [5] - 6:23, 12:21, 127:15, 229:6, 269:14

**relates** [4] - 8:22, 66:12, 209:5, 254:2

**relation** [4] - 66:13, 76:23, 122:5, 163:8

**release** [2] - 16:7, 48:17

**relevance** [2] - 291:17, 291:23

**relevant** [1] - 157:25

**relief** [2] - 76:21, 76:22

**remain** [7] - 23:13, 59:18, 88:18, 92:25, 135:4, 179:22, 212:13

**remaining** [2] - 92:16, 265:14

**remains** [1] - 286:13

**remember** [4] - 40:16, 148:20, 149:5

**remind** [5] - 26:17, 44:14, 55:9, 209:10, 264:14

**reminiscent** [2] - 71:19, 258:8

**remote** [1] - 49:7

**removed** [3] - 107:16, 112:9, 260:9

**removing** [1] - 184:20

**render** [2] - 8:3, 9:16

**rendered** [1] - 10:5

**rendering** [1] - 83:6

**Renee** [1] - 4:19

**renting** [1] - 132:17

**repeat** [4] - 23:15, 91:19, 106:7, 160:5

**repetition** [2] - 42:8, 42:10

**rephrase** [1] - 115:1

**report** [14] - 19:23, 223:21, 224:9, 229:6, 229:10, 241:4, 241:6, 241:18, 242:3, 248:25, 249:9, 249:18, 249:25, 254:23

**reporter** [3] - 181:20, 219:13, 270:21

**Reporter** [3] - 33:25, 192:12, 271:2

**reports** [3] - 6:20, 6:22, 13:10

**representation** [3] - 46:6, 269:12, 273:11

**reputation** [1] - 289:4

**request** [2] - 276:19

**requested** [4] - 33:25, 192:12, 192:22, 202:3

**requesting** [1] - 220:20

**requests** [1] - 220:20

**require** [1] - 230:19

**required** [4] - 49:4, 134:16, 192:22, 274:2

**requirement** [3] - 276:18, 280:11, 280:24

**requirements** [1] - 278:23

**research** [3] - 220:22, 252:11, 264:16

**resemble** [1] - 7:17

**resembled** [1] - 19:6

**resembles** [1] - 71:21

**reserve** [1] - 272:20

**residence** [9] - 120:9, 121:20, 123:10, 124:11, 124:14, 126:1, 126:3, 131:18, 131:21

**resident** [7] - 57:11, 57:19, 181:9, 181:11, 192:5, 192:7, 192:18

**resolve** [1] - 233:19

**respect** [2] - 236:15, 285:24

**respective** [1] - 30:22

**respond** [6] - 7:2, 7:24, 9:24, 182:11, 182:16, 182:18

**responded** [6] - 182:13, 197:1, 219:2, 220:2, 235:6, 235:13

**Response** [5] - 119:11, 120:12, 123:18, 124:15, 218:12

**response** [1] - 119:14

**responsibilities** [3] - 57:16, 181:14, 217:15

**responsibility** [1] - 181:16

**responsible** [3] - 124:10, 124:15, 131:20

**rest** [9] - 116:15, 131:16, 152:15, 153:11, 155:21, 157:24, 160:17, 225:7, 287:16

**restaurant** [1] - 236:7

**resting** [1] - 86:18

**restroom** [1] - 23:7

**result** [4] - 123:14, 151:7, 245:7, 278:16

**results** [1] - 42:14

**resume** [3] - 4:21, 5:11, 117:13

**reticle** [2] - 64:4, 64:5

**retrieve** [8] - 38:5, 47:4, 51:9, 100:13, 105:8, 129:2, 139:14, 265:4

**return** [2] - 179:9, 187:7

**returned** [1] - 30:21

**reveal** [1] - 252:18

**reverse** [1] - 125:12

**review** [9] - 14:7, 18:20, 89:12, 221:21, 222:2, 265:13, 266:11, 266:17, 293:5

**reviewed** [9] - 90:21, 92:14, 142:17, 221:25, 225:9, 262:7, 263:25, 288:23, 289:9

**reviewing** [3] - 130:4, 150:16, 150:19

**revised** [1] - 271:19

**revisit** [2] - 274:7, 293:6

**ridden** [1] - 71:24

**ride** [1] - 71:22

**rifle** [61] - 50:15, 60:13, 60:16, 60:17, 62:21, 70:4, 71:7, 71:8, 71:13, 71:17, 73:25, 74:24, 75:4, 75:10, 76:3, 76:4, 77:1, 79:25, 80:3, 80:20, 81:23, 82:9, 86:7, 86:18, 92:5, 92:23, 94:1, 95:9, 95:25, 98:9, 98:18, 98:23, 99:1, 99:7, 99:13, 100:22, 101:9, 103:5, 103:20, 103:21, 104:3, 104:8, 104:13, 104:18, 104:24, 104:25, 105:2, 111:21, 112:2, 112:23, 113:3, 195:4, 203:11, 207:21, 211:21, 243:14, 254:13, 258:14, 258:22, 259:7, 259:14

**rifleman** [2] - 58:23, 58:25

**rifles** [2] - 33:15, 33:20

**right-hand** [7] - 26:13, 26:16, 30:1, 31:3, 44:13, 159:2, 201:23

**rimmed** [1] - 170:5

**rise** [4] - 20:4, 54:17, 117:14, 179:1

**road** [8]_ - 136:10_, 136:13_, 140:9_, 143:5_, 144:8_, 199:1_, 199:3_, 199:15

**Road** [2]_ - 87:19_, 212:16

**roads** [2]_ - 136:23_, 137:1

**roadside** [1]_ - 9:25

**roadway** [1]_ - 140:11

**robbery** [1]_ - 57:21

**robot** [1]_ - 33:18

**rocket** [2]_ - 11:9_, 61:20

**rockets** [1]_ - 11:19

**rod** [13]_ - 15:24_, 16:5_, 29:24_, 32:4_, 41:22_, 46:11_, 46:13_, 48:12_, 48:15_, 48:18_, 49:3_, 49:9_, 49:11

**rods** [5]_ - 15:23_, 29:18_, 44:2_, 45:18_, 49:15

**role** [6]_ - 6:15_, 8:7_, 71:6 _, 134:4_, 189:4_, 221:7

**roles** [1]_ - 136:8

**Room** [2]_ - 129:17_, 129:22

**room** [7]_ - 50:2_, 125:5_, 125:6_, 125:8_, 131:13_, 131:23_, 219:5

**ropes** [1]_ - 45:20

**roughly** [4]_ - 39:25_, 153:8_, 159:2_, 198:20

**round** [27]_ - 34:4_, 38:14 _, 49:21_, 50:14_, 52:21_, 60:21_, 60:25_, 74:23_, 98:17_, 98:19_, 99:12_, 103:4_, 103:7_, 103:10_, 103:12_, 103:15_, 103:16 _, 103:18_, 103:20_, 103:23_, 103:25_, 104:3_, 104:6_, 104:25_, 107:6_, 109:15

**rounds** [11]_ - 34:25_, 35:12_, 35:14_, 74:8_, 85:9_, 85:11_, 102:21_, 102:22_, 116:24_, 116:25 _, 117:3

**route** [2]_ - 235:14_, 235:17

**Routh** [96]_ - 4:6_, 4:15_, 4:17_, 4:24_, 13:18_, 19:15_, 19:19_, 20:1_, 20:10_, 22:18_, 22:22_, 23:18_, 47:7_, 51:15_, 55:9_, 55:14_, 55:18_, 55:20_, 55:21_, 55:23_,

56:2_, 65:16_, 72:6_, 115:1_, 115:22_, 120:9_, 120:15_, 126:23_, 127:3_, 128:24_, 175:8_, 197:12_, 210:17_, 210:19_, 212:18 _, 213:11_, 213:17_, 214:14_, 215:15_, 215:16 _, 215:24_, 222:4_, 223:13_, 228:6_, 229:19_, 266:11_, 267:2_, 267:7_, 267:14_, 267:21_, 270:20 _, 272:11_, 272:15_, 272:22_, 273:2_, 273:8_, 273:13_, 273:18_, 274:4_, 274:13_, 274:19_, 274:24 _, 275:8_, 275:11_, 275:13_, 275:18_, 275:25 _, 276:6_, 276:23_, 277:14_, 278:2_, 278:19_, 279:4_, 279:14_, 279:23_, 281:7_, 283:13_, 283:22_, 284:2_, 284:8_, 284:17_, 284:23_, 285:3_, 285:8_, 285:13_, 285:21_, 287:5_, 287:13_, 288:7_, 289:23_, 290:5_, 290:23_, 292:19_, 293:8

**ROUTH** [102]_ - 4:15_, 4:25_, 13:19_, 19:16_, 19:25_, 20:13_, 23:20_, 51:16_, 51:18_, 53:21_, 65:17_, 72:8_, 105:14_, 108:4, 112:21_, 114:4_, 114:8, 114:16, 114:23, 115:2_, 115:16_, 115:21_, 115:23_, 117:21_, 128:25 _, 132:4_, 132:6_, 133:7_, 134:18_, 175:10_, 176:16 _, 177:15_, 177:23_, 178:11_, 189:19_, 190:7_, 190:12_, 190:15_, 190:18 _, 197:13_, 206:19_, 206:22_, 207:10_, 209:7_, 266:13_, 266:21_, 266:23 _, 267:3_, 267:9_, 267:16 _, 267:23_, 268:4_, 268:9 _, 272:12_, 272:16_, 272:24_, 273:3_, 273:9_, 273:14_, 273:19_, 274:6_, 274:14_, 274:20_, 274:25 _, 275:9_, 275:14_, 275:19_, 276:1_, 276:7_, 276:25_, 277:5_, 277:9_, 277:16_, 277:19_, 278:3_, 278:10_, 279:7_, 279:9_, 279:15_, 279:24_, 281:8_, 281:22_, 283:15_, 283:23 _, 284:3_, 284:9_, 284:18 _, 284:24_, 285:4_, 285:9 _, 285:14_, 285:22_,

286:3_, 288:10_, 288:24_, 289:2_, 290:3_, 290:7_, 290:10_, 290:18_, 292:25 _, 293:9

**Routh's** [3]_ - 126:4_, 222:19_, 293:21

**row** [5]_ - 227:23_, 229:16 _, 229:17_, 230:9_, 232:4

**rows** [1]_ - 228:1

**Royal** [1]_ - 235:19

**rubber** [8]_ - 27:15_, 41:8 _, 44:12_, 44:15_, 44:16_, 44:19_, 48:10_, 52:18

**rudimentary** [1]_ - 52:25

**rule** [1]_ - 190:9

**Rule** [1]_ - 288:21

**ruler** [1]_ - 206:13

**Rules** [3]_ - 212:11_, 212:12_, 288:9

**rules** [1]_ - 293:3

**ruling** [4]_ - 21:16_, 107:25_, 279:5_, 292:1

**rulings** [1]_ - 291:13

**run** [6]_ - 8:13_, 8:15_, 10:11_, 59:8_, 173:13_, 220:21

**running** [7]_ - 10:23_, 30:5_, 122:12_, 125:20_, 220:4_, 222:6_, 255:16

**runs** [3]_ - 122:21_, 140:11_, 140:14

**runway** [3]_ - 185:6_, 186:3_, 186:9

**rural** [2]_ - 71:21_, 122:15

**Russ** [1]_ - 129:19

**Russian** [1]_ - 211:25

**Russian-manufactured** [1]_ - 211:25

**rust** [1]_ - 114:17

**rusted** [1]_ - 41:4

**Ryan** [13]_ - 4:6_, 4:15_, 210:16_, 210:18_, 212:18 _, 213:11_, 213:16_, 215:23_, 222:4_, 222:19_, 223:13_, 228:6_, 229:19

---

S

---

**S-C-H-N-E-L-L-E** [1]_ - 56:16

**S-M-I-T-H** [1]_ - 135:13

**S11** [4]_ - 278:15_, 278:18 _, 278:24_, 279:1

**safe** [6]_ - 8:3_, 9:16_, 10:5_, 103:2_, 119:20_, 126:16

**safeties** [1]_ - 9:16

**safety** [13]_ - 8:12_, 13:3_, 50:10_, 50:20_, 73:23_, 74:1_, 98:25_, 99:2_, 99:8 _, 104:23_, 104:24_, 125:1_, 177:10

**Samsung** [2]_ - 213:19_, 227:2

**Samuel** [1]_ - 20:19

**sand** [1]_ - 114:17

**sands** [1]_ - 198:12

**Sara** [2]_ - 212:18_, 215:15

**sat** [1]_ - 164:20

**Saturday** [6]_ - 153:24_, 155:15_, 157:9_, 159:9_, 165:6_, 168:14

**sausage** [2]_ - 244:17_, 245:7

**Sausage** [7]_ - 245:2_, 245:18_, 246:12_, 246:25 _, 248:7_, 248:17_, 250:6

**sausages** [5]_ - 243:15_, 243:18_, 247:12_, 248:16 _, 250:8

**Sausages** [1]_ - 249:5

**saw** [44]_ - 17:9_, 27:16_, 44:17_, 45:20_, 51:5_, 89:15_, 99:7_, 104:19_, 104:23_, 106:15_, 107:16 _, 109:7_, 111:10_, 131:2 _, 154:1_, 154:25_, 156:6 _, 156:18_, 156:20_, 156:24_, 158:15_, 160:22 _, 163:24_, 165:18_, 165:25_, 167:4_, 167:8_, 168:18_, 169:19_, 176:6_, 177:1_, 177:16_, 177:24_, 178:5_, 194:10_, 194:11_, 195:4_, 196:2_, 200:21_, 203:11_, 207:12_, 247:4

**SAW** [1]_ - 61:17

**scale** [2]_ - 12:24_, 219:11

**scenarios** [2]_ - 8:13_, 8:15

**scene** [11]_ - 7:3_, 7:10_, 7:24_, 8:1_, 116:4_, 116:8 _, 124:21_, 124:23_, 125:10_, 125:15_, 131:9

**Schaffer** [1]_ - 227:25

**Schnelle** [5]_ - 56:6_, 56:15_, 65:13_, 93:15_, 94:15

**SCHNELLE** [1] - 56:19

**school** [3]_ - 33:23_, 59:2

**science** [2]_ - 8:19_, 8:21

**scope** [44]_ - 64:6_, 76:6_, 76:9_, 76:11_, 76:16_, 76:21_, 76:24_, 77:1_, 80:20_, 85:5_, 85:14_, 91:14_, 91:20_, 92:1_, 92:5_, 100:22_, 101:8_, 101:15_, 107:7_, 107:10_, 107:12_, 107:14_, 107:15_, 107:16_, 107:20_, 107:21_, 112:22_, 112:24_, 113:4_, 113:7_, 113:12_, 114:12_, 114:14_, 114:22_, 115:14_, 190:5_, 190:14_, 215:6_, 258:21_, 259:14_, 259:15_, 260:9_, 260:10

**scoped** [1]_ - 60:16

**scout** [1]_ - 58:23

**Scout** [5]_ - 59:5_, 59:7_, 59:11_, 59:13_, 59:24

**screen** [37]_ - 25:4_, 27:10_, 29:17_, 31:18_, 37:7_, 38:10_, 39:16_, 44:20_, 72:19_, 72:22_, 80:2_, 96:22_, 100:4_, 102:15_, 121:12_, 129:25_, 130:10_, 130:22_, 143:1_, 143:2_, 143:24_, 151:19_, 152:5_, 158:23_, 194:5_, 194:22_, 195:1_, 195:6_, 195:7_, 196:13_, 198:4_, 198:15_, 224:18_, 227:15_, 229:5_, 234:24_, 260:12

**screenshot** [2]_ - 195:24_, 201:12

**screw** [1]_ - 44:25

**scroll** [5]_ - 157:2_, 173:23_, 229:13_, 249:2_, 249:8

**se** [3]_ - 210:19_, 213:11_, 215:24

**seamlessly** [2]_ - 66:25_, 67:1

**search** [39]_ - 119:22_, 120:10_, 120:12_, 121:20_, 123:9_, 123:12_, 123:15_, 123:17_, 123:20_, 123:22_, 123:25_, 124:1_, 124:9_, 124:17_,

124:18_, 124:19_, 125:12_, 125:13_, 125:18_, 127:5_, 127:11_, 131:19_, 134:6_, 134:8_, 213:23_, 214:5_, 214:20_, 215:1_, 215:7_, 215:8_, 217:24_, 221:6_, 221:10_, 224:23_, 239:20_, 255:13_, 262:2_, 266:4

**searched** [3]_ - 126:6_, 226:8_, 257:7

**searchers** [1]_ - 134:4

**searches** [1]_ - 255:10

**searching** [6]_ - 121:20_, 125:9_, 125:24_, 126:13_, 131:18_, 226:3

**seat** [12]_ - 5:9_, 14:21_, 20:6_, 23:8_, 54:19_, 55:3_, 117:25_, 118:3_, 179:3_, 179:15_, 264:23_, 265:11

**seated** [10]_ - 4:3_, 5:22_, 54:23_, 56:12_, 117:16_, 118:14_, 135:10_, 180:3_, 191:13_, 216:16

**second** [12]_ - 29:7_, 91:6_, 103:25_, 114:25_, 123:8_, 157:3_, 166:22_, 192:13_, 230:11_, 241:18_, 249:20_, 277:20

**seconds** [13]_ - 117:5_, 153:25_, 163:18_, 164:10_, 166:19_, 168:15_, 173:4_, 184:5_, 184:23_, 186:5_, 186:11_, 186:18_, 263:7

**Secret** [13]_ - 105:23_, 137:5_, 137:7_, 137:8_, 179:19_, 180:15_, 180:19_, 180:23_, 181:6_, 192:1_, 192:2_, 192:4_, 211:3

**Secretary** [1]_ - 211:6

**section** [26]_ - 36:15_, 44:17_, 47:23_, 156:19_, 157:16_, 157:25_, 158:13_, 158:20_, 160:9_, 163:21_, 163:25_, 164:17_, 165:14_, 166:19_, 166:24_, 167:23_, 168:9_, 168:12_, 169:17_, 176:3_, 176:17_, 176:20_, 176:24_, 177:1_, 201:24_, 277:20

**sections** [2]_ - 169:3_, 173:7

**secure** [8]_ - 17:12_, 29:25_, 31:5_, 32:12_,

46:15_, 49:10_, 92:7_, 92:24

**secured** [2]_ - 44:19_, 48:10

**secures** [1]_ - 45:2

**SECURITY** [1]_ - 5:4

**security** [6]_ - 57:15_, 57:20_, 105:21_, 176:8_, 177:2_, 177:25

**Security** [1]_ - 211:7

**see** [222]_ - 15:16_, 15:21_, 16:3_, 24:21_, 25:4_, 26:20_, 28:18_, 28:21_, 30:13_, 30:15_, 34:3_, 37:7_, 37:21_, 38:13_, 38:19_, 38:21_, 39:2_, 39:22_, 40:15_, 40:16_, 41:18_, 42:4_, 42:17_, 43:1_, 44:5_, 44:8_, 44:21_, 46:8_, 47:11_, 47:12_, 47:18_, 48:4_, 49:19_, 53:2_, 67:25_, 68:12_, 68:21_, 69:2_, 70:3_, 73:16_, 74:7_, 74:24_, 76:8_, 76:12_, 76:16_, 77:15_, 77:23_, 78:3_, 78:5_, 78:10_, 79:24_, 80:2_, 80:5_, 80:16_, 81:3_, 81:12_, 81:21_, 82:8_, 82:21_, 83:5_, 84:9_, 84:14_, 85:9_, 87:9_, 87:18_, 88:6_, 89:15_, 89:22_, 92:11_, 93:18_, 97:11_, 100:4_, 100:6_, 102:14_, 104:13_, 106:11_, 114:6_, 114:19_, 121:12_, 121:18_, 126:21_, 129:14_, 129:15_, 130:4_, 130:11_, 130:19_, 133:9_, 139:25_, 140:15_, 140:20_, 141:5_, 141:23_, 142:1_, 142:3_, 142:14_, 142:15_, 143:12_, 144:8_, 144:14_, 144:17_, 144:19_, 146:16_, 150:20_, 152:4_, 152:7_, 152:8_, 152:21_, 152:24_, 153:5_, 153:7_, 154:8_, 155:4_, 155:22_, 156:2_, 157:20_, 157:24_, 158:16_, 159:23_, 160:15_, 161:9_, 161:16_, 162:10_, 162:20_, 162:21_, 162:23_, 163:21_, 164:5_, 164:20_, 164:23_, 165:2_, 165:14_, 165:17_, 165:19_, 165:21_, 166:25_, 167:3_, 167:9_, 167:20_, 168:18_, 169:24_, 170:2_, 170:4_,

170:21_, 171:3_, 171:7_, 171:21_, 172:1_, 173:7_, 173:12_, 174:22_, 175:3_, 176:10_, 176:17_, 176:21_, 183:4_, 183:5_, 183:16_, 184:2_, 184:3_, 184:8_, 184:19_, 184:20_, 185:5_, 186:1_, 186:8_, 186:21_, 195:13_, 195:14_, 195:16_, 198:6_, 199:1_, 199:2_, 199:17_, 201:18_, 202:4_, 205:8_, 222:18_, 227:24_, 229:11_, 230:2_, 230:9_, 235:25_, 236:22_, 239:14_, 240:3_, 240:8_, 240:10_, 240:16_, 242:3_, 243:6_, 243:12_, 243:14_, 246:11_, 246:18_, 246:24_, 247:3_, 247:18_, 249:3_, 250:5_, 250:23_, 251:18_, 252:9_, 253:13_, 256:1_, 257:13_, 257:14_, 258:3_, 258:20_, 260:11_, 263:1_, 263:12_, 264:20_, 269:6_, 269:14_, 276:15_, 278:8_, 280:23_, 282:18_, 288:6

**seeing** [11]_ - 70:11_, 72:14_, 106:14_, 126:17_, 162:11_, 167:4_, 186:2_, 186:22_, 262:20_, 262:23_, 283:11

**seek** [6]_ - 182:23_, 221:2_, 221:4_, 265:24_, 266:2_, 268:14

**seeking** [5]_ - 120:10_, 230:25_, 268:15_, 269:13_, 271:23

**seized** [15]_ - 116:8_, 127:7_, 127:8_, 129:21_, 131:20_, 214:19_, 214:25_, 215:6_, 225:23_, 226:1_, 243:19_, 245:7_, 246:6_, 247:13_, 257:7

**selected** [3]_ - 59:9_, 59:10_, 59:15

**selecting** [1]_ - 66:22

**selection** [3]_ - 59:8_, 59:24_, 60:2

**self** [4]_ - 92:13_, 273:11_, 291:18_, 291:25

**self-representation** [1]_ - 273:11

**self-serving** [2]_ - 291:18_, 291:25

**selfie** [1]_ - 249:4

**selling** [2]_ - 114:4_,

114:9

**semiautomatic** [25] - 60:14, 60:16, 60:18, 74:22, 74:25, 75:3, 75:4, 75:6, 98:9, 102:23, 108:7, 108:9, 108:10, 108:17, 108:23, 108:25, 109:14, 109:19, 109:20, 110:7, 110:18, 111:3, 111:4, 111:7, 211:21

**send** [5] - 17:19, 32:1, 40:6, 48:21, 220:25

**sends** [1] - 36:20

**senior** [3] - 119:11, 119:18, 220:16

**sense** [6] - 7:25, 89:20, 110:24, 124:24, 265:14, 269:14

**sensitive** [6] - 36:9, 36:10, 39:20, 40:2, 48:20, 53:4

**sent** [4] - 22:22, 131:9, 207:1, 215:10

**sentence** [2] - 278:4, 281:25

**separated** [1] - 58:17

**separates** [1] - 199:4

**September** [56] - 21:14, 113:19, 119:25, 120:5, 147:20, 148:3, 153:24, 155:15, 157:9, 159:9, 165:6, 168:14, 171:16, 173:3, 174:3, 181:10, 182:3, 185:4, 185:9, 185:25, 186:16, 187:2, 187:8, 187:22, 188:20, 210:21, 210:24, 211:12, 212:5, 213:22, 214:4, 214:12, 214:21, 215:23, 215:24, 216:1, 216:2, 218:19, 219:22, 221:5, 221:13, 226:4, 226:7, 240:7, 240:18, 242:18, 247:23, 249:12, 249:24, 255:12, 263:5, 263:23, 266:5, 270:19, 270:22

**serial** [9] - 114:19, 114:20, 115:3, 115:4, 115:5, 115:8, 115:11, 282:3, 282:10

**series** [11] - 44:11, 45:19, 138:4, 139:13, 141:13, 142:25, 172:8, 173:12, 174:10, 240:8,

242:9

**serve** [4] - 6:13, 30:4, 30:25, 136:8

**served** [2] - 72:24, 221:6

**serves** [1] - 48:9

**Service** [12] - 137:5, 137:7, 137:8, 179:19, 180:15, 180:19, 180:24, 181:6, 192:1, 192:2, 192:4, 211:4

**service** [4] - 33:14, 227:11, 230:18, 232:19

**Service's** [1] - 105:23

**Services** [1] - 8:12

**serving** [3] - 220:20, 291:18, 291:25

**set** [4] - 12:3, 12:5, 43:18, 62:10

**sets** [1] - 214:6

**setting** [6] - 27:4, 88:13, 89:5, 122:16, 291:7, 291:17

**settings** [2] - 92:2, 92:3

**settle** [2] - 71:9, 71:11

**setup** [1] - 71:17

**setups** [1] - 73:1

**seven** [4] - 42:3, 42:6, 218:6, 218:7

**several** [20] - 11:3, 11:4, 11:6, 14:10, 19:4, 22:23, 24:11, 25:16, 25:23, 27:25, 28:2, 29:18, 32:11, 41:2, 42:6, 49:19, 116:24, 220:2, 220:5, 220:7

**shake** [1] - 36:3

**shape** [1] - 32:18

**shaped** [1] - 42:17

**shared** [1] - 290:20

**shed** [1] - 278:12

**sheds** [1] - 123:4

**Sheriff's** [4] - 135:21, 135:24, 136:4, 136:8

**sheriff's** [3] - 136:17, 150:21

**shield** [1] - 71:22

**shift** [1] - 123:7

**shine** [4] - 92:21, 92:23, 93:1, 100:12

**SHIPLEY** [43] - 4:9, 4:23, 117:19, 272:10,

272:14, 272:19, 273:1, 273:7, 273:12, 273:17, 273:23, 274:11, 274:18, 274:23, 275:3, 275:12, 275:17, 275:24, 276:5, 276:14, 278:14, 279:13, 279:20, 280:4, 280:7, 280:10, 280:16, 281:12, 281:20, 282:5, 283:3, 283:21, 284:1, 284:7, 284:16, 284:22, 285:2, 285:7, 285:12, 285:20, 286:1, 287:21, 287:25

**Shipley** [28] - 4:10, 213:9, 215:22, 272:13, 272:18, 272:25, 273:6, 273:10, 273:15, 273:22, 274:10, 274:17, 274:21, 275:2, 275:11, 275:16, 275:23, 276:4, 276:13, 278:12, 279:12, 279:19, 280:3, 283:25, 285:6, 285:11, 285:25

**shirt** [12] - 96:21, 112:17, 153:10, 157:22, 168:1, 168:2, 170:4, 176:8, 177:2, 177:9, 177:17, 177:24

**shoot** [5] - 64:21, 84:16, 107:8, 107:11, 112:2

**shooter** [8] - 73:11, 76:12, 76:20, 95:11, 96:2, 97:18, 103:16, 111:21

**shooter's** [1] - 76:23

**shooting** [12] - 64:3, 64:11, 64:24, 65:2, 65:3, 71:20, 78:15, 78:18, 78:20, 78:21, 85:13

**shop** [1] - 255:14

**shops** [1] - 255:13

**Shore** [1] - 122:23

**short** [9] - 150:18, 150:20, 152:2, 154:9, 155:1, 155:3, 157:1, 169:20, 174:10

**short-term** [8] - 150:18, 150:20, 152:2, 154:9, 155:1, 155:3, 157:1, 169:20

**shortened** [1] - 119:14

**shorts** [2] - 157:23, 168:7

**shot** [12] - 34:8, 67:7,

84:19, 84:21, 85:2, 85:15, 85:18, 85:22, 85:24, 106:5, 152:20, 159:17

**shots** [6] - 59:22, 71:10, 78:17, 105:6, 190:1, 190:3

**shoulders** [1] - 71:13

**show** [37] - 14:13, 16:11, 17:3, 18:12, 28:5, 28:23, 30:11, 34:18, 38:11, 79:7, 82:15, 83:19, 85:25, 90:13, 93:3, 93:15, 96:13, 138:2, 138:4, 140:10, 171:23, 194:13, 194:17, 201:11, 201:15, 205:11, 206:7, 229:17, 238:24, 240:13, 241:21, 246:18, 257:16, 259:6, 259:13, 269:7, 270:18

**showed** [8] - 40:13, 41:16, 117:4, 185:3, 185:7, 194:15, 207:21, 254:14

**showing** [18] - 25:3, 28:10, 88:1, 90:18, 94:10, 95:2, 102:2, 129:13, 151:18, 222:18, 223:1, 223:9, 226:20, 240:2, 244:20, 255:9, 256:15, 270:20

**shown** [4] - 14:10, 193:20, 200:23, 208:12

**shows** [3] - 29:22, 229:18, 238:19

**shy** [1] - 135:25

**side** [60] - 24:21, 26:14, 29:20, 33:10, 39:1, 40:12, 41:7, 42:23, 44:13, 71:17, 72:19, 72:21, 72:22, 73:4, 74:8, 77:13, 79:24, 83:20, 112:25, 122:7, 122:8, 122:9, 123:5, 130:2, 133:20, 133:21, 139:1, 140:5, 141:7, 141:17, 142:16, 143:3, 144:6, 145:4, 145:9, 145:14, 145:16, 145:23, 146:7, 147:14, 156:1, 162:23, 164:4, 167:10, 170:11, 172:25, 199:7, 199:9, 205:7, 206:13, 223:11, 234:24, 236:21, 239:10, 253:5, 254:2, 263:12,

272:5

**side-profile** [1]_ - 83:20

**sides** [1]_ - 24:21

**sift** [1]_ - 24:12

**sight** [3]_ - 76:24_, 92:2_, 92:3

**sights** [5]_ - 71:9_, 71:11_, 71:14_, 85:8_, 87:4

**sign** [1]_ - 125:4

**Signature** [1]_ - 147:1

**signature** [1]_ - 163:3

**signed** [3]_ - 213:8_, 213:11_, 215:21

**significance** [5]_ - 25:13_, 32:21_, 32:23_, 49:2_, 91:25

**significant** [2]_ - 29:21_, 44:14

**signing** [1]_ - 221:8

**Sihvola** [2]_ - 4:19_, 287:9

**silence** [3]_ - 52:21_, 91:16_, 92:20

**silly** [1]_ - 52:18

**silver** [1]_ - 26:18

**SIM** [1]_ - 234:5

**similar** [13]_ - 7:18_, 22:8_, 41:23_, 44:3_, 73:1_, 73:4_, 95:23_, 98:21_, 144:5_, 158:14_, 207:24_, 256:8_, 275:1

**similarities** [2]_ - 234:13_, 234:16

**similarly** [2]_ - 35:24_, 220:8

**simple** [1]_ - 281:10

**simply** [3]_ - 46:7_, 55:12_, 221:1

**simultaneous** [1]_ - 209:23

**simultaneously** [1]_ - 99:25

**single** [5]_ - 38:14_, 39:10_, 111:1_, 122:10

**single-family** [1]_ - 122:10

**single-functioning** [1]_ - 111:1

**sit** [4]_ - 15:10_, 86:2_, 149:3_, 183:19

**site** [13]_ - 68:13_, 69:4_, 70:5_, 77:9_, 77:24_,

77:25_, 79:8_, 79:13_, 87:20_, 89:13_, 90:25_, 113:18_, 132:25

**sitting** [8]_ - 26:3_, 66:24_, 164:2_, 164:5_, 176:4_, 176:7_, 177:16_, 249:6

**situations** [1]_ - 99:24

**six** [6]_ - 10:20_, 34:25_, 43:18_, 136:13_, 220:1_, 225:25

**six-piece** [1]_ - 43:18

**size** [3]_ - 29:3_, 33:7_, 52:7

**sized** [2]_ - 32:13_, 85:1

**skilled** [1]_ - 59:13

**skills** [1]_ - 60:3

**skip** [3]_ - 41:12_, 163:17_, 164:9

**skipped** [4]_ - 176:4_, 176:23

**SKS** [25]_ - 73:17_, 74:8_, 74:11_, 74:17_, 74:24_, 75:3_, 75:9_, 75:12_, 76:4_, 76:6_, 84:16_, 84:24_, 85:8_, 86:6_, 98:8_, 101:19_, 102:1_, 102:22_, 102:25_, 103:6_, 103:10_, 104:8_, 112:22_, 211:21

**SKSs** [1]_ - 75:16

**SKU** [8]_ - 252:14_, 252:15_, 260:18_, 260:20_, 260:21_, 262:4_, 262:6

**slammer** [1]_ - 17:25

**slew** [1]_ - 208:18

**slide** [2]_ - 45:5_, 158:5

**slight** [1]_ - 49:9

**slightly** [4]_ - 31:16_, 42:13_, 270:4_, 284:13

**slope** [3]_ - 195:2_, 199:10

**slow** [1]_ - 181:19

**slower** [1]_ - 219:12

**slowly** [1]_ - 276:9

**slugs** [1]_ - 34:5

**small** [5]_ - 36:7_, 36:11_, 52:6_, 57:19_, 199:6

**smaller** [6]_ - 16:20_, 33:6_, 33:7_, 35:4_, 36:17_, 49:18

**Smith** [2]_ - 135:1_, 135:13

**SMITH** [1] - 135:16

**smokeless** [10]_ - 34:15_

_, 36:16_, 39:4_, 39:7_, 39:8_, 39:9_, 40:4_, 48:21_, 48:25_, 52:4

**smoothly** [1]_ - 125:20

**Sniper** [6]_ - 59:5_, 59:7_, 59:11_, 59:13_, 59:24_, 63:18

**sniper** [40]_ - 33:15_, 33:19_, 50:15_, 58:24_, 59:20_, 60:7_, 60:8_, 60:9_, 60:13_, 62:9_, 62:10_, 62:20_, 62:21_, 63:19_, 63:20_, 63:21_, 63:24_, 64:16_, 64:17_, 64:21_, 65:4_, 65:5_, 65:14_, 65:19_, 66:11_, 66:12_, 66:15_, 66:21_, 67:6_, 71:8_, 82:2_, 88:14_, 88:16_, 88:22_, 89:5_, 89:21_, 89:23_, 106:9

**snipers** [2]_ - 65:9_, 80:19

**so..** [3]_ - 30:24_, 134:1_, 288:16

**social** [1]_ - 51:6

**socket** [2]_ - 99:20_, 109:11

**socks** [1]_ - 97:12

**solemnly** [7]_ - 5:18_, 56:8_, 118:10_, 135:6_, 179:24_, 191:9_, 216:12

**solution** [1]_ - 11:15

**someone** [11]_ - 66:24_, 99:21_, 104:11_, 105:22_, 109:15_, 110:3_, 175:25_, 226:15_, 226:17_, 230:24_, 287:13

**sometime** [2]_ - 75:19_, 182:17

**sometimes** [2]_ - 33:16_, 137:21

**somewhat** [2]_ - 122:10_, 277:3

**somewhere** [4]_ - 53:12_, 111:25_, 140:18_, 159:1

**son** [1]_ - 214:13

**soon** [2]_ - 17:18_, 109:4

**sorry** [17]_ - 25:25_, 38:25_, 51:19_, 51:20_, 91:10_, 92:11_, 101:16_, 137:15_, 144:19_, 146:14_, 154:10_, 156:5_, 177:8_, 190:19_, 195:8_, 196:25_, 241:10

**sort** [1]_ - 68:6

**sorts** [3]_ - 217:18_, 220:6_, 221:9

**sound** [1]_ - 120:25

**south** [20]_ - 139:1_, 140:4_, 141:7_, 141:17_, 142:16_, 143:3_, 144:6_, 145:4_, 145:9_, 145:23_, 146:7_, 147:13_, 156:1_, 156:3_, 162:23_, 163:9_, 164:3_, 170:10_, 172:25

**South** [8]_ - 181:7_, 235:7_, 235:14_, 235:18_, 236:2_, 242:23_, 246:15_, 261:15

**Southern** [21]_ - 123:13_, 138:25_, 140:3_, 140:4_, 140:9_, 140:12_, 142:15_, 143:3_, 144:8_, 144:11_, 145:5_, 145:8_, 145:24_, 146:8_, 147:13_, 171:20_, 171:23_, 213:10_, 215:22_, 221:15_, 235:19

**Soviet** [3]_ - 75:10_, 75:15_, 98:23

**Soviet-style** [1]_ - 98:23

**space** [2]_ - 86:18_, 292:5

**sparse** [1]_ - 69:22

**speaking** [6]_ - 79:7_, 90:21_, 95:14_, 98:13_, 107:14_, 237:17

**Special** [27]_ - 21:24_, 56:6_, 57:6_, 65:13_, 93:15_, 94:15_, 117:10_, 118:25_, 119:2_, 119:25_, 121:12_, 122:2_, 128:2_, 128:9_, 129:13_, 129:24_, 131:2_, 179:19_, 198:3_, 200:18_, 201:11_, 203:20_, 204:19_, 245:17_, 247:18_, 261:5_, 271:24

**special** [27]_ - 53:8_, 57:8_, 57:17_, 60:15_, 63:1_, 63:5_, 132:21_, 133:1_, 133:10_, 180:17_, 180:18_, 180:21_, 194:21_, 211:3_, 217:9_, 217:16_, 217:19_, 217:20_, 218:8_, 219:4_, 219:24_, 220:3_, 220:10_, 220:11_, 220:15_, 244:6_, 265:25

**SPECIAL** [4] - 56:19_, 118:21_, 180:9_, 216:25

**specialize** [2]_ - 57:14_, 57:20

**specialized** [4]_ - 12:17_

_, 12:18_, 60:8_, 63:8

**specialties** [1]_ - 58:21

**specialty** [1]_ - 9:10

**specific** [15]_ - 34:7_, 64:17_, 75:12_, 108:13_, 117:17_, 120:15_, 202:16_, 288:22_, 289:7_, 291:5_, 292:2_, 292:6_, 293:11_, 293:12

**specifically** [14]_ - 8:22_, 16:23_, 21:21_, 123:25_, 129:23_, 132:14_, 132:21_, 147:1_, 181:18_, 182:3_, 203:1_, 240:9_, 278:2_, 291:12

**specifications** [1]_ - 35:22

**specified** [1]_ - 280:9

**specs** [1]_ - 37:23

**speculate** [1]_ - 132:22

**speculation** [4]_ - 133:3_, 177:13_, 177:19_, 207:7

**speed** [1]_ - 105:23

**spell** [10]_ - 5:23_, 56:13_, 118:15_, 120:20_, 120:24_, 121:25_, 135:11_, 180:4_, 191:14_, 216:19

**spelled** [2]_ - 214:21_, 220:9

**spend** [2]_ - 64:24_, 126:8

**spent** [11]_ - 10:3_, 57:24_, 57:25_, 58:2_, 58:23_, 89:25_, 103:21_, 126:5_, 126:6_, 218:5_, 237:7

**spin** [1]_ - 45:13

**spiralized** [1]_ - 45:13

**split** [1]_ - 119:10

**spoken** [1]_ - 286:22

**sport** [2]_ - 85:17_, 215:13

**spot** [4]_ - 7:11_, 187:17_, 201:15_, 201:18

**spray** [18]_ - 25:22_, 26:7_, 30:16_, 30:19_, 35:9_, 37:20_, 41:4_, 42:23_, 43:3_, 43:19_, 45:16_, 46:24_, 92:13_, 93:24_, 94:3_, 94:5

**spray-paint** [1]_ - 46:24

**spray-painted** [12]_ - 25:22_, 26:7_, 30:16_, 30:19_, 35:9_, 37:20_, 41:4_, 42:23_, 43:3_, 43:19_, 45:16_, 93:24

**spring** [21]_ - 8:25_, 16:7_, 16:8_, 17:17_, 27:16_, 27:21_, 28:19_, 28:21_, 28:23_, 28:25_, 29:11_, 30:15_, 40:18_, 41:2_, 41:5_, 41:21_, 42:15_, 48:17_, 49:8_, 49:12

**spring-loaded** [1]_ - 17:17

**springing** [1]_ - 45:19

**springs** [6]_ - 16:1_, 16:6_, 41:22_, 42:5_, 46:12_, 48:16

**squad** [6]_ - 62:21_, 123:18_, 124:10_, 124:14_, 217:10_, 217:11

**squads** [1]_ - 123:18

**square** [2]_ - 111:23_, 198:11

**squeeze** [1]_ - 74:23

**stabilization** [1]_ - 111:14

**stabilizing** [2]_ - 111:12

**staff** [1]_ - 179:8

**staffed** [3]_ - 119:21_, 219:24_, 220:7

**stage** [1]_ - 184:9

**stair** [1]_ - 184:20

**stairs** [3]_ - 183:17_, 184:3_, 185:8

**stake** [1]_ - 42:20

**stakes** [3]_ - 43:2_, 43:8_, 43:17

**stamp** [8]_ - 157:5_, 159:6_, 165:2_, 168:9_, 168:12_, 171:13_, 171:15_, 173:1

**stamped** [1]_ - 38:1

**stampings** [1]_ - 37:24

**stand** [12]_ - 14:19_, 23:9_, 26:4_, 37:13_, 38:6_, 47:5_, 51:10_, 63:4_, 93:8_, 139:12_, 219:3_, 250:4

**standard** [5]_ - 123:23_, 278:10_, 280:13_, 283:19_, 284:20

**standby** [10]_ - 4:19_, 7:8_, 124:3_, 286:13_, 289:25_, 292:20_, 293:4_, 293:18_, 293:24

**standing** [8]_ - 5:16_, 86:9_, 86:13_, 112:1_, 135:4_, 179:22_, 191:7_, 240:19

**stands** [3]_ - 221:2_, 244:12_, 246:1

**start** [18]_ - 11:16_, 11:22_, 25:14_, 40:3_, 47:22_, 50:21_, 79:1_, 117:17_, 117:23_, 124:22_, 125:9_, 125:10_, 154:8_, 158:5_, 180:18_, 183:1_, 232:19_, 263:23

**started** [5]_ - 38:19_, 148:22_, 180:21_, 202:4_, 202:8

**starting** [5]_ - 4:8_, 24:11_, 80:5_, 219:22_, 237:16

**starts** [2]_ - 36:16_, 287:22

**State** [7]_ - 8:21_, 8:25_, 211:9_, 211:15_, 211:17_, 218:17_, 224:10

**state** [15]_ - 4:7_, 5:23_, 55:18_, 56:13_, 65:10_, 118:15_, 135:11_, 180:4_, 191:14_, 211:19_, 211:23_, 212:2_, 216:18_, 224:10_, 278:13

**statement** [1]_ - 126:24

**statements** [1]_ - 273:21

**states** [1]_ - 221:19

**States** [37]_ - 4:5_, 4:8_, 4:11_, 4:23_, 5:13_, 7:10_, 9:10_, 12:16_, 56:6_, 117:18_, 178:18_, 179:19_, 180:15_, 180:19_, 182:9_, 183:5_, 192:1_, 210:16_, 210:18_, 211:3_, 211:4_, 213:8_, 213:9_, 213:16_, 215:21_, 215:22_, 216:7_, 282:4_, 283:20_, 284:6_, 284:15_, 284:21_, 285:2_, 285:18_, 286:1_, 289:8

**static** [2]_ - 62:11_, 62:13

**station** [8]_ - 235:6_, 235:11_, 235:13_, 236:1_, 236:3_, 237:8_, 241:25_, 242:22

**statute** [1]_ - 278:21

**stay** [5]_ - 5:16_, 48:24_, 62:14_, 62:23_, 191:7

**steel** [5]_ - 34:5_, 46:22_, 70:17_, 95:6_, 95:23

**steep** [2]_ - 199:8_, 199:9

**STENOGRAPHER** [3]_ - 270:23_, 270:25_, 271:3

**step** [5]_ - 97:25_, 277:1_,

277:2_, 277:5_, 277:11

**stepping** [1]_ - 17:13

**steps** [1]_ - 12:10

**Sterilite** [2]_ - 15:3_, 24:7

**stick** [3]_ - 69:14_, 91:4_, 201:4

**sticker** [1]_ - 25:9

**stickers** [2]_ - 14:11_, 19:22

**sticking** [3]_ - 106:2_, 111:10_, 111:15

**still** [12]_ - 30:14_, 31:8_, 41:21_, 145:25_, 146:1_, 152:20_, 161:17_, 185:17_, 240:4_, 240:17_, 287:15_, 287:22

**stills** [1]_ - 242:15

**stimulates** [2]_ - 259:19_, 260:15

**stipulate** [2]_ - 210:19_, 212:12

**stipulated** [2]_ - 210:8_, 228:12

**stipulation** [1]_ - 210:8

**stipulations** [5]_ - 209:19_, 210:5_, 213:17_, 271:4_, 275:15

**Stipulations** [1]_ - 210:17

**stomach** [1]_ - 86:21

**stood** [1]_ - 247:9

**stop** [29]_ - 71:5_, 152:18_, 153:14_, 154:22_, 155:19_, 156:15_, 157:13_, 158:9_, 159:14_, 160:20_, 161:7_, 162:7_, 163:17_, 169:11_, 235:7_, 235:11_, 235:14_, 236:2_, 236:3_, 237:1_, 237:8_, 238:19_, 240:5_, 240:21_, 241:24_, 242:1_, 242:20_, 242:23_, 246:15

**stopped** [1]_ - 152:5

**stopping** [2]_ - 264:6_, 264:8

**storage** [3]_ - 127:9_, 214:14_, 269:14

**store** [6]_ - 17:6_, 28:14_, 28:17_, 236:16_, 247:20_, 248:5

**stores** [4]_ - 15:21_, 16:17_, 28:16_, 46:21

**stories** [1]_ - 123:3

**story** [1]_ - 22:3

**straight** [6]_ - 46:23_, 49:11_, 49:16_, 180:22_, 202:10

**strap** [1]_ - 27:18

**straps** [5]_ - 30:3_, 31:4_, 31:6_, 45:20

**strategies** [1]_ - 217:18

**street** [2]_ - 88:20_, 262:24

**Street** [1]_ - 214:14

**strength** [1]_ - 53:13

**stressful** [1]_ - 99:24

**strike** [4]_ - 31:25_, 44:6_, 49:5_, 190:21

**striker** [1]_ - 17:19

**striking** [2]_ - 17:8_, 17:20

**stripped** [1]_ - 103:4

**stronger** [2]_ - 39:14

**structure** [1]_ - 122:25

**structures** [1]_ - 61:11

**studies** [1]_ - 59:1

**study** [1]_ - 75:16

**studying** [1]_ - 9:2

**stuff** [1]_ - 52:10

**sturdy** [1]_ - 45:14

**style** [6]_ - 98:23_, 207:16_, 243:15_, 256:22_, 257:20_, 259:8

**subject** [2]_ - 190:16_, 275:3

**submission** [1]_ - 278:7

**submitted** [6]_ - 6:18_, 214:1_, 214:8_, 285:16_, 285:17_, 290:12

**submitting** [1]_ - 221:11

**subpoena** [1]_ - 286:21

**subpoenas** [3]_ - 217:25_, 220:21_, 221:6

**subscribe** [1]_ - 230:22

**subscriber** [15]_ - 212:24_, 213:2_, 213:6_, 227:12_, 227:16_, 227:20_, 227:21_, 227:23_, 228:8_, 230:3_, 230:7_, 231:19_, 232:3_, 232:17_, 234:13

**substance** [3]_ - 20:8_, 264:24_, 284:14

**substantial** [3]_ - 199:25_, 277:5_, 277:11

**substantive** [2]_ - 72:13

_, 276:10

**suburban** [1]_ - 122:15

**successful** [2]_ - 48:20_, 53:9

**suggest** [4]_ - 42:8_, 70:18_, 70:19_, 259:21

**suggested** [1]_ - 276:16

**suggesting** [1]_ - 109:1

**suggestion** [3]_ - 272:6_, 273:22_, 283:13

**suggestions** [3]_ - 276:13_, 280:2_, 281:6

**suit** [1]_ - 33:18

**summary** [1]_ - 275:21

**Summit** [4]_ - 68:1_, 68:13_, 87:19_, 88:7

**Sunday** [2]_ - 218:20_, 218:21

**sunglasses** [8]_ - 140:22_, 140:23_, 153:9_, 153:10_, 161:11_, 168:6_, 170:5

**Sunny** [5]_ - 206:25_, 207:4_, 207:11_, 208:9_, 208:24

**SunnyD** [5]_ - 203:13_, 204:20_, 205:23_, 206:4_, 206:12

**SunPass** [2]_ - 153:1_, 153:2

**supervise** [2]_ - 217:10_, 217:11

**supervisory** [5]_ - 217:9_, 217:16_, 217:19_, 220:3_, 220:11

**supplement** [1]_ - 292:16

**supplemental** [1]_ - 213:17

**supplied** [2]_ - 265:9_, 290:24

**support** [3]_ - 71:7_, 71:8_, 289:7

**supported** [2]_ - 71:15_, 89:16

**supportive** [1]_ - 59:15

**suppose** [3]_ - 11:8_, 44:1_, 53:19

**supposed** [3]_ - 136:20_, 137:24_, 280:14

**surface** [1]_ - 46:15

**surge** [1]_ - 10:22

**surprise** [1]_ - 207:3

**surround** [1]_ - 137:1

**surrounding** [1]_ - 88:10

**surroundings** [1]_ - 66:19

**surrounds** [1]_ - 146:23

**surveillances** [1]_ - 217:24

**survey** [1]_ - 212:16

**suspended** [1]_ - 33:17

**sustained** [5]_ - 114:13_, 134:15_, 177:14_, 190:6_, 291:23

**sustainment** [2]_ - 90:25_, 92:16

**SUV** [1]_ - 169:19

**swabs** [2]_ - 213:24_, 213:25

**SWAT** [9]_ - 63:3_, 63:4_, 63:6_, 63:9_, 63:13_, 63:14_, 63:17_, 63:18_, 65:9

**swear** [7]_ - 5:18_, 56:8_, 118:10_, 135:6_, 179:24_, 191:9_, 216:12

**swimming** [1]_ - 123:5

**switch** [5]_ - 12:10_, 28:5_, 33:11_, 47:2_, 83:8

**sworn** [10]_ - 5:16, 6:4, 56:20, 118:22, 135:17_, 179:22, 180:10_, 191:6, 191:22, 217:1

**system** [11]_ - 31:24_, 39:13_, 50:15_, 53:14_, 98:17_, 103:16_, 112:25_, 137:22_, 150:13_, 154:7

**systematic** [2]_ - 24:20_, 25:18

**systematically** [2]_ - 24:13_, 272:7

**systems** [3]_ - 33:15_, 60:10_, 150:22

### T

**T-Mobile** [2]_ - 213:2_, 227:16

**T-shape** [1]_ - 32:18

**T-U-R-N-E-R** [1]_ - 118:18

**table** [2]_ - 24:18_, 248:8

**tactics** [2]_ - 59:1_, 63:5

**tag** [10]_ - 128:18_, 129:16

_, 148:20_, 148:21_, 149:1_, 149:3_, 149:5_, 150:2_, 150:5_, 150:9

**tail** [13]_ - 127:16_, 130:5_, 130:6_, 130:11_, 130:16_, 133:9_, 133:21_, 133:24_, 148:8_, 148:11_, 174:12_, 183:6

**tall** [1]_ - 85:2

**tank** [1]_ - 61:20

**tannish** [1]_ - 140:18

**tape** [10]_ - 91:14_, 91:20_, 91:21_, 92:8_, 92:10_, 92:18_, 92:20_, 93:1_, 100:9_, 113:8

**target** [15]_ - 34:7_, 36:21_, 61:5_, 76:13_, 78:17_, 80:23_, 85:1_, 85:9_, 85:10_, 85:11_, 86:7_, 89:1_, 105:3_, 105:4_, 105:6

**targets** [2]_ - 59:15_, 59:22

**tarmac** [5]_ - 146:24_, 162:18_, 170:25_, 171:3_, 172:25

**task** [4]_ - 47:15_, 180:25_, 181:3_, 217:12

**Task** [4]_ - 181:4_, 181:5_, 181:7_, 217:11

**tasked** [1]_ - 218:25

**taxi** [4]_ - 184:21_, 185:6_, 186:3_, 186:9

**taxiing** [1]_ - 173:6

**teach** [3]_ - 12:20_, 12:23_, 13:3

**Team** [5]_ - 119:11_, 120:12_, 123:18_, 124:15_, 218:12

**team** [21]_ - 8:13_, 10:23_, 62:10_, 62:21_, 63:3_, 63:6_, 65:9_, 89:23_, 105:21_, 119:11_, 119:18_, 119:19_, 123:16_, 123:21_, 124:3_, 124:13_, 124:19_, 126:10_, 128:19_, 131:4_, 241:17

**teammates** [1]_ - 10:24

**teams** [1]_ - 119:14

**tech** [1]_ - 220:4

**technical** [1]_ - 6:20

**technically** [3]_ - 9:17_, 48:4_, 52:15

**Technician** [1]_ - 12:16

**technician** [8] - 7:21, 7:23, 9:7, 9:9, 9:11, 9:24, 10:24, 33:16

**technicians** [9] - 7:2, 7:9, 8:10, 8:11, 8:12, 9:5, 10:15, 12:23

**Technicians** [1] - 12:15

**techniques** [2] - 12:23, 33:19

**technology** [1] - 64:3

**tee** [6] - 106:5, 106:6, 107:4, 107:11, 189:14, 195:9

**telephone** [17] - 212:24, 213:3, 213:7, 213:18, 213:19, 214:10, 228:4, 228:19, 230:15, 231:9, 231:16, 231:20, 232:16, 233:14, 233:17, 233:19, 234:13

**temperature** [1] - 67:10

**temporarily** [1] - 20:7

**ten** [5] - 43:17, 119:7, 178:25, 179:9, 265:6

**ten-ish** [1] - 119:7

**tender** [1] - 13:15

**Tendering** [21] - 18:19, 34:22, 93:17, 94:12, 95:4, 95:21, 96:16, 97:23, 100:20, 101:14, 116:23, 128:8, 138:10, 196:17, 225:20, 244:4, 245:14, 250:16, 255:24, 260:6, 289:21

**tension** [3] - 16:7, 48:17, 49:8

**tent** [1] - 43:17

**term** [16] - 7:21, 11:6, 17:1, 80:19, 150:18, 150:20, 152:2, 154:9, 155:1, 155:3, 157:1, 169:20, 210:23, 211:1

**terminal** [6] - 137:17, 158:23, 159:19, 172:2, 173:7, 174:4

**terminals** [3] - 137:18, 145:15, 150:19

**terminology** [1] - 31:1

**terms** [7] - 11:23, 19:2, 45:8, 88:22, 183:16, 221:24, 288:7

**terrain** [6] - 64:9, 67:11, 86:1, 86:3, 86:23, 193:7

**terrorism** [2] - 217:14, 217:23

**Terrorism** [3] - 181:4, 181:5, 217:11

**test** [7] - 49:20, 108:23, 108:25, 109:2, 111:8, 112:5, 112:6

**tested** [6] - 49:24, 108:18, 108:19, 207:4, 207:11, 209:4

**testified** [9] - 6:4, 21:25, 39:15, 56:20, 118:22, 135:17, 180:10, 191:22, 217:1

**testifies** [1] - 274:3

**testify** [3] - 108:23, 272:18, 287:6

**testifying** [2] - 134:4, 265:20

**testimony** [18] - 5:18, 20:8, 20:19, 31:2, 55:7, 56:8, 72:12, 116:15, 118:10, 122:2, 134:10, 135:6, 179:24, 191:9, 216:12, 264:25, 274:9, 282:8

**testing** [3] - 50:9, 50:23, 52:24

**tests** [1] - 60:2

**text** [1] - 22:22

**TH** [1] - 215:19

**thankfully** [1] - 154:8

**THE** [457] - 4:2, 4:13, 4:17, 4:20, 4:24, 5:1, 5:5, 5:9, 5:15, 5:21, 5:25, 6:2, 13:18, 13:20, 13:24, 14:16, 18:17, 19:15, 19:18, 19:24, 20:1, 20:6, 20:15, 20:24, 21:15, 22:7, 22:12, 22:25, 23:3, 23:6, 23:11, 23:18, 23:21, 24:4, 28:8, 34:1, 34:20, 37:5, 38:7, 47:3, 47:6, 47:9, 51:11, 51:14, 53:23, 53:24, 54:14, 54:19, 54:23, 55:3, 56:11, 56:15, 56:18, 65:16, 65:18, 65:21, 66:1, 66:5, 66:6, 67:23, 68:10, 68:19, 68:25, 70:1, 72:6, 72:9, 73:14, 74:5, 77:5, 77:21, 78:25, 80:8, 81:1, 81:10, 81:19, 82:6, 82:13, 83:1, 83:3,

86:25, 87:7, 87:16, 88:4, 90:11, 90:16, 91:15, 93:6, 93:11, 93:13, 94:8, 94:24, 95:19, 96:7, 96:11, 97:9, 97:21, 98:2, 98:5, 100:2, 100:15, 100:18, 101:6, 101:12, 102:9, 102:18, 105:9, 105:12, 108:1, 108:3, 112:20, 114:6, 114:13, 114:25, 115:15, 115:22, 115:24, 115:25, 116:13, 116:21, 117:7, 117:9, 117:16, 117:20, 117:22, 117:25, 118:3, 118:7, 118:13, 118:17, 118:19, 120:20, 121:6, 121:9, 127:25, 128:4, 128:6, 128:24, 129:3, 129:10, 132:2, 133:4, 133:5, 134:15, 134:20, 134:21, 134:23, 135:2, 135:3, 135:9, 135:13, 135:14, 138:7, 138:14, 138:16, 139:3, 139:7, 139:16, 139:20, 142:10, 143:21, 149:13, 149:14, 149:16, 149:19, 151:15, 154:19, 156:13, 158:6, 159:12, 160:1, 160:3, 160:6, 161:2, 162:4, 166:16, 169:9, 170:15, 172:18, 174:18, 175:8, 176:14, 177:14, 177:20, 177:22, 178:12, 178:13, 178:15, 178:16, 178:17, 178:20, 178:23, 179:3, 179:11, 179:15, 179:21, 180:2, 180:8, 182:25, 184:16, 185:15, 189:17, 190:6, 190:9, 190:13, 190:16, 190:20, 190:23, 190:25, 191:1, 191:2, 191:5, 191:12, 191:16, 191:19, 192:13, 192:15, 192:16, 194:2, 194:19, 196:12, 196:15, 197:12, 197:16, 198:1, 200:13, 200:16, 201:8, 203:18, 204:4, 204:16, 204:25, 205:20, 206:2, 206:8, 206:17, 206:20, 207:8, 207:9, 209:6, 209:9, 209:15, 209:21, 209:25, 210:3, 210:13, 210:15, 213:15, 216:3, 216:5, 216:8, 216:9, 216:10, 216:15, 216:17,

216:20, 216:24, 222:13, 222:16, 222:22, 223:7, 223:18, 224:19, 225:16, 225:18, 227:9, 228:24, 229:23, 231:24, 233:2, 235:23, 237:14, 238:14, 239:12, 239:24, 241:1, 241:9, 243:4, 243:24, 244:2, 244:23, 245:12, 246:9, 246:22, 247:16, 248:14, 248:22, 249:15, 250:14, 251:1, 251:4, 251:16, 252:22, 253:11, 254:20, 255:22, 256:11, 256:14, 256:19, 257:10, 257:25, 258:18, 258:25, 259:23, 260:1, 260:23, 260:24, 261:3, 261:10, 262:17, 264:5, 264:10, 264:23, 265:2, 265:5, 265:11, 265:18, 265:23, 266:7, 266:11, 266:15, 266:22, 266:24, 267:4, 267:7, 267:10, 267:14, 267:17, 267:21, 267:24, 268:2, 268:5, 268:8, 268:10, 268:18, 268:21, 268:24, 269:12, 269:17, 269:19, 269:23, 270:1, 270:9, 270:13, 270:16, 270:21, 270:23, 270:24, 270:25, 271:1, 271:3, 271:4, 271:7, 271:12, 271:14, 271:21, 272:1, 272:11, 272:13, 272:15, 272:17, 272:20, 272:25, 273:2, 273:4, 273:8, 273:10, 273:13, 273:15, 273:18, 273:20, 274:4, 274:7, 274:13, 274:15, 274:19, 274:21, 274:24, 275:1, 275:8, 275:10, 275:13, 275:15, 275:18, 275:20, 275:25, 276:2, 276:6, 276:8, 276:23, 277:4, 277:6, 277:13, 277:17, 278:1, 278:6, 278:12, 279:3, 279:8, 279:10, 279:14, 279:16, 279:23, 279:25, 280:5, 280:8, 280:14, 281:5, 281:9, 281:16, 281:21, 281:23, 282:1, 282:24, 283:11, 283:17, 283:22, 283:24, 284:2, 284:4, 284:8, 284:11, 284:17, 284:19

_, 284:23_, 284:25_, 285:3_, 285:5_, 285:8_, 285:10_, 285:13_, 285:15_, 285:21_, 285:23_, 286:2_, 286:4_, 286:9_, 286:12_, 286:24_, 287:14_, 287:24_, 288:2_, 288:17_, 289:1_, 289:3_, 289:20_, 289:22_, 290:2_, 290:4_, 290:8_, 290:13_, 290:22_, 291:7_, 292:15_, 293:1_, 293:18_, 293:23_, 294:1

**thefts** [1]_ - 136:19

**themselves** [3]_ - 53:10_, 72:13_, 114:10

**then-former** [3]_ - 181:24_, 182:20_, 183:5

**theories** [2]_ - 52:20_, 52:23

**theory** [3]_ - 47:18_, 50:8_, 289:7

**thereabouts** [1]_ - 112:1

**thereafter** [2]_ - 70:9_, 226:8

**therefore** [1]_ - 230:19

**thick** [2]_ - 69:22_, 69:23

**thinking** [3]_ - 23:1_, 116:15_, 289:3

**third** [3]_ - 91:8_, 91:11_, 114:1

**thousands** [1]_ - 209:1

**thread** [3]_ - 16:9_, 32:11_, 49:25

**threaded** [13]_ - 15:23_, 15:24_, 16:5_, 16:20_, 29:18_, 32:4_, 41:22_, 44:2_, 45:18_, 46:11_, 48:12_, 48:15_, 48:18

**threading** [4]_ - 32:8_, 32:10

**threats** [1]_ - 124:12

**three** [29]_ - 10:12_, 16:23_, 26:23_, 27:15_, 27:16_, 27:22_, 27:23_, 27:25_, 29:14_, 29:16_, 32:14_, 32:19_, 32:25_, 35:3_, 37:25_, 38:20_, 41:12_, 48:8_, 57:24_, 63:12_, 63:17_, 136:14_, 138:4_, 150:17_, 154:9_, 162:16_, 180:20_, 276:17_, 291:2

**three-fold** [1]_ - 10:12

**three-quarter** [4]_ - 26:23_, 29:16_, 32:25_,

37:25

**three-quarter-diameter** [1]_ - 32:19

**three-quarter-inch** [4]_ - 16:23_, 32:14_, 38:20_, 48:8

**three-quarter-inch-diameter** [1]_ - 35:3

**three-quarter-inch-in-diameter** [1]_ - 29:14

**three-week** [1]_ - 63:17

**throughout** [9]_ - 10:15_, 25:23_, 27:25_, 31:1_, 45:16_, 49:15_, 92:25_, 187:5_, 207:17

**throw** [1]_ - 46:11

**thumbnail** [1]_ - 224:8

**ticket** [1]_ - 153:3

**ticketing** [2]_ - 159:18_, 161:18

**tie** [3]_ - 49:8_, 120:7_, 250:8

**tied** [2]_ - 195:4_, 203:12

**ties** [3]_ - 44:11_, 92:7_, 92:10

**tight** [1]_ - 35:21

**tightener** [1]_ - 45:1

**timeliness** [1]_ - 291:7

**timely** [1]_ - 290:12

**timer** [1]_ - 164:10

**timestamp** [4]_ - 153:17_, 173:24_, 174:1_, 185:2

**timing** [4]_ - 212:23_, 213:1_, 213:5_, 286:25

**tin** [10]_ - 243:18_, 243:19_, 244:7_, 246:4_, 246:5_, 246:6_, 246:12_, 247:4_, 247:5_, 247:13

**tinkering** [1]_ - 42:11

**tins** [6]_ - 243:15_, 245:2_, 245:18_, 246:25_, 250:5

**tiny** [1]_ - 37:23

**title** [5]_ - 6:12_, 6:13_, 57:5_, 180:16_, 217:8

**to-be-determined** [1]_ - 273:24

**Tobacco** [1]_ - 6:10

**today** [16]_ - 5:11_, 22:8_, 67:13_, 116:16_, 117:12_, 134:10_, 149:4_, 151:10_, 176:21_, 244:10_, 245:21_

_, 265:9_, 271:5_, 275:4_, 286:22_, 293:4

**together** [16]_ - 7:3_, 8:13_, 26:2_, 41:11_, 42:7_, 45:3_, 47:14_, 47:19_, 49:20_, 49:25_, 50:22_, 52:9_, 52:25_, 53:9_, 57:22_, 60:1

**tolerance** [1]_ - 50:18

**toll** [1]_ - 169:20

**tomorrow** [13]_ - 264:12_, 264:21_, 264:25_, 265:25_, 268:18_, 272:1_, 286:4_, 286:8_, 286:20_, 287:13_, 288:1_, 292:22_, 294:3

**tone** [1]_ - 97:17

**took** [14]_ - 8:7_, 19:1_, 35:20_, 49:25_, 124:15_, 127:10_, 159:23_, 163:25_, 206:25_, 224:23_, 247:12_, 276:16_, 277:1_, 277:2

**tool** [1]_ - 24:15

**toolmarks** [2]_ - 8:23_, 35:25

**tools** [4]_ - 33:22_, 34:16_, 127:1_, 127:2

**top** [20]_ - 25:8_, 26:24_, 27:8_, 29:17_, 38:16_, 41:3_, 43:3_, 45:12_, 71:22_, 72:23_, 91:2_, 159:2_, 173:1_, 195:7_, 195:19_, 199:13_, 200:22_, 205:15_, 214:17_, 232:4

**total** [3]_ - 10:25_, 34:25_, 233:25

**totality** [1]_ - 276:22

**touch** [2]_ - 110:1_, 110:22

**tough** [3]_ - 195:10_, 195:13_, 195:14

**tour** [1]_ - 10:20

**tours** [2]_ - 10:19_, 133:1

**toward** [5]_ - 75:21_, 105:1_, 195:8_, 199:7_, 202:9

**towards** [19]_ - 17:7_, 29:17_, 33:6_, 44:4_, 48:3_, 48:13_, 48:18_, 81:22_, 87:19_, 87:23_, 130:22_, 159:3_, 164:3_, 166:6_, 205:16_, 242:1_, 277:11_, 288:13

**Trace** [1]_ - 100:24

**TracFone** [4]_ - 228:16_, 230:3_, 230:17_, 231:2

**track** [5]_ - 13:7_, 13:9_, 25:10_, 218:15

**tracks** [4]_ - 279:1_, 281:10_, 281:13_, 283:3

**Tracy** [1]_ - 265:19

**trade** [1]_ - 122:8

**tradecraft** [4]_ - 60:9_, 65:14_, 65:19

**traditionally** [1]_ - 53:12

**trailer** [3]_ - 21:22_, 214:14_, 269:14

**train** [5]_ - 60:9_, 60:12_, 64:13_, 65:2_, 65:8

**trained** [5]_ - 33:14_, 61:2_, 61:13_, 66:21_, 84:21

**training** [22]_ - 8:9_, 9:12_, 12:17_, 60:8_, 61:9_, 63:8_, 63:11_, 63:23_, 63:25_, 64:10_, 65:5_, 65:6_, 76:18_, 84:25_, 88:15_, 90:5_, 92:18_, 110:10_, 136:11_, 226:9_, 230:21_, 231:1

**trainings** [2]_ - 12:18_, 65:11

**trait** [1]_ - 288:14

**traits** [1]_ - 288:13

**transcripts** [1]_ - 269:23

**transmission** [1]_ - 269:2

**transmissions** [1]_ - 269:24

**Transportation** [1]_ - 224:11

**transported** [2]_ - 126:18_, 131:21

**trap** [3]_ - 12:8_, 12:9_, 17:5

**trap-type** [1]_ - 17:5

**traps** [2]_ - 17:14_, 198:12

**Travas** [1]_ - 265:19

**travel** [4]_ - 21:12_, 107:2_, 148:2_, 286:19

**traveled** [2]_ - 132:7_, 286:18

**traveling** [2]_ - 145:13_, 168:16

**travelled** [1]_ - 147:23

**travelling** [1]_ - 107:6

**traverse** [2]_ - 189:12_, 199:22

**treat** [1]_ - 210:8

**tree** [40]_ - 195:3_, 195:5_, 196:6_, 199:2_, 199:3_, 199:5_, 200:24_, 202:5_, 202:9_, 202:19_, 202:22_, 202:25_, 203:1_, 203:3_, 203:5_, 203:7_, 203:11_, 203:22_, 203:25_, 204:21_, 205:4_, 205:8_, 205:9_, 205:13_, 205:24_, 207:19_, 207:22_, 208:2_, 208:4_, 208:5_, 238:20_, 239:2_, 240:22_, 247:1_, 247:3_, 262:25

**trees** [6]_ - 141:17_, 199:25_, 207:12_, 207:13_, 207:15_, 207:17

**trial** [6]_ - 4:21_, 5:11_, 21:4_, 55:14_, 72:16_, 210:6

**Trial** [1]_ - 210:17

**tried** [2]_ - 281:12_, 292:12

**trigger** [5]_ - 73:22_, 74:23_, 102:24_, 103:18_, 114:18

**trip** [2]_ - 12:5_, 12:9

**tripod** [1]_ - 92:7

**truck** [19]_ - 184:20_, 235:6_, 235:11_, 235:13_, 236:2_, 236:3_, 237:1_, 237:8_, 238:19_, 240:5_, 240:9_, 240:21_, 241:24_, 242:1_, 242:19_, 242:23_, 246:14_, 262:21_, 263:11

**true** [4]_ - 208:22_, 229:20_, 249:1_, 249:19

**Trump** [45]_ - 67:14_, 67:17_, 68:1_, 79:9_, 79:15_, 79:19_, 105:20_, 127:16_, 130:5_, 130:6_, 130:15_, 132:13_, 133:25_, 134:1_, 137:12_, 137:13_, 137:15_, 147:22_, 163:12_, 170:9_, 181:25_, 182:10_, 182:20_, 187:7_, 188:4_, 188:7_, 188:21_, 189:5_, 189:7_, 192:24_, 193:2_, 209:1_, 211:5_, 212:15_, 219:1_, 235:15_, 242:24_, 243:8_, 250:9_, 253:3_, 254:6_, 256:8_, 256:24_, 258:5_, 258:9

**Trump's** [9]_ - 127:17_,

133:8_, 144:19_, 164:4_, 171:1_, 173:6_, 173:21_, 174:13_, 183:5

**trumpaviation.com** [1]_ - 132:16

**trustworthy** [1]_ - 177:5

**truth** [21] - 5:19_, 5:20, 56:9_, 56:10, 118:11_, 118:12, 135:7_, 135:8, 179:25_, 180:1, 191:10_, 191:11, 216:13_, 216:14

**try** [7]_ - 7:3_, 10:9_, 13:3_, 24:9_, 39:2_, 50:4_, 137:24

**trying** [10]_ - 16:9_, 29:24_, 34:12_, 42:12_, 66:4_, 70:19_, 136:20_, 226:18_, 288:15_, 289:6

**TT1** [1]_ - 124:10

**tubing** [8]_ - 27:15_, 30:3_, 41:8_, 44:12_, 44:15_, 44:16_, 44:19_, 48:10

**TulAmmo** [1]_ - 212:1

**Tupperware** [4]_ - 15:3_, 25:22_, 25:24_, 26:12

**turn** [7]_ - 26:15_, 29:8_, 40:4_, 73:24_, 134:7_, 156:2_, 272:3

**Turner** [3]_ - 118:6_, 118:17_, 118:25

**TURNER** [1] - 118:21

**turning** [1]_ - 223:11

**turret** [1]_ - 72:23

**turrets** [1]_ - 92:5

**two** [79]_ - 12:22_, 16:20_, 16:22_, 17:5_, 26:15_, 26:19_, 26:22_, 27:8_, 29:11_, 30:14_, 31:7_, 31:8_, 32:13_, 32:22_, 35:3_, 39:16_, 43:15_, 43:18_, 45:3_, 48:6_, 48:7_, 52:22_, 52:23_, 60:1_, 63:19_, 64:1_, 64:22_, 70:4_, 71:1_, 73:1_, 73:10_, 73:17_, 79:25_, 80:4_, 81:22_, 82:10_, 86:18_, 122:11_, 123:2_, 123:3_, 124:12_, 128:19_, 139:10_, 140:22_, 141:17_, 162:16_, 185:2_, 192:3_, 196:2_, 198:12_, 199:4_, 207:12_, 207:18_, 213:24_, 214:5_, 220:2_, 228:1_, 243:14_, 245:18_, 250:5_, 253:20_, 253:21_, 253:23_, 253:25_, 258:10_,

267:17_, 268:13_, 269:19_, 269:21_, 281:2_, 281:15_, 282:13_, 286:14_, 286:16_, 286:18_, 287:2

**two-lane** [1]_ - 122:11

**two-legged** [1]_ - 124:12

**two-pack** [1]_ - 253:21

**two-week** [3]_ - 63:19_, 64:1_, 64:22

**tying** [5]_ - 222:3_, 222:8_, 235:11_, 242:22_, 242:23

**Tyler** [1]_ - 148:19

**type** [15]_ - 12:3_, 12:11_, 17:5_, 17:8_, 35:25_, 39:19_, 39:20_, 50:11_, 76:4_, 101:19_, 112:22_, 112:25_, 113:1_, 232:21_, 292:1

**types** [10]_ - 9:14_, 10:11_, 12:2_, 13:6_, 28:17_, 30:8_, 39:16_, 62:6_, 62:15

**typewritten** [1]_ - 291:15

**typically** [4]_ - 45:14_, 46:20_, 46:22_, 226:14

**typo** [1]_ - 281:24

**U**

**U-shaped** [1]_ - 42:17

**U.S** [3]_ - 9:4_, 235:7_, 286:19

**Ukraine** [2]_ - 292:4_, 292:5

**ultimate** [1]_ - 266:18

**ultimately** [3]_ - 21:14_, 218:21_, 263:18

**unaltered** [1]_ - 81:25

**unattended** [1]_ - 177:10

**uncomfortable** [1]_ - 66:3

**uncover** [5]_ - 222:3_, 229:2_, 231:9_, 235:10_, 263:17

**under** [10]_ - 23:13_, 213:25_, 214:7_, 232:7_, 232:13_, 233:12_, 240:22_, 286:21_, 288:9_, 293:3

**underline** [5]_ - 84:9_, 84:14_, 130:23_, 252:6_, 261:6

**underneath** [1]_ - 92:1

**understood** [2]_ - 16:11_, 109:2

**undetected** [3]_ - 59:19_, 88:18_, 92:25

**undo** [1]_ - 39:2

**unfolds** [1]_ - 22:17

**unfortunate** [1]_ - 107:19

**uniform** [1]_ - 26:20

**Union** [3]_ - 75:10_, 75:15_, 221:19

**unique** [3]_ - 13:12_, 17:12_, 18:5

**unit** [3]_ - 9:23_, 59:7_, 136:13

**United** [37]_ - 4:5_, 4:8_, 4:11_, 4:23_, 5:13_, 7:10_, 9:10_, 12:16_, 56:6_, 117:18_, 178:18_, 179:19_, 180:15_, 180:19_, 182:9_, 183:5_, 192:1_, 210:16_, 210:18_, 211:3_, 211:4_, 213:8_, 213:9_, 213:16_, 215:21_, 215:22_, 216:7_, 282:4_, 283:20_, 284:6_, 284:15_, 284:21_, 285:2_, 285:18_, 286:1_, 289:8

**University** [3]_ - 8:21_, 58:8_, 218:17

**unless** [6]_ - 4:4_, 72:15_, 110:14_, 277:22_, 278:4_, 279:4

**unloading** [1]_ - 116:7

**unmodified** [1]_ - 11:9

**unobstructed** [1]_ - 81:16

**unpredictable** [1]_ - 53:16

**unsafe** [1]_ - 50:12

**unspray** [1]_ - 37:23

**unspray-painted** [1]_ - 37:23

**unusual** [2]_ - 188:20_, 226:10

**unviewable** [1]_ - 282:11

**up** [110]_ - 8:16_, 11:14_, 12:3_, 12:5_, 12:25_, 15:11_, 15:14_, 16:13_, 18:20_, 20:24_, 21:20_, 29:16_, 33:18_, 34:12_, 34:13_, 35:5_, 35:17_, 36:24_, 37:1_, 37:13_, 38:21_, 47:16_, 49:7_,

57:22_, 70:13_, 72:19_, 80:2_, 88:13_, 89:5_, 93:18_, 94:13_, 96:17_, 96:24_, 97:13_, 99:4_, 101:16_, 101:23_, 104:21_, 105:23_, 111:16_, 111:22_, 112:7_, 112:12_, 119:23_, 122:12_, 122:21_, 122:22_, 125:4_, 125:7_, 125:8_, 128:2_, 131:19_, 133:8_, 142:19_, 149:22_, 153:3_, 155:3_, 155:25_, 156:21_, 160:12_, 161:13_, 164:24_, 164:25_, 165:25_, 166:7_, 173:22_, 176:12_, 183:23_, 184:3_, 184:10_, 184:11_, 184:12_, 186:22_, 186:23_, 186:24_, 186:25_, 195:9_, 195:10_, 195:12_, 199:7_, 199:10_, 204:22_, 205:24_, 206:12_, 207:18_, 219:3_, 226:24_, 228:13_, 231:4_, 249:8_, 250:22_, 251:7_, 256:1_, 258:7_, 260:4_, 263:1_, 266:19_, 268:19_, 278:23_, 282:7_, 282:12_, 282:15_, 283:8_, 283:10_, 287:4_, 289:18_, 292:14

**update** [3]_ - 116:18_, 286:15, 286:20

**updated** [1]_ - 270:5

**updates** [2]_ - 4:22_, 286:17

**upper** [4]_ - 29:11_, 43:7_, 44:20_, 198:21

**urban** [1]_ - 71:21

**useless** [1]_ - 293:13

**user** [7]_ - 103:6_, 103:24_, 105:2_, 228:8_, 229:3_, 229:18_, 232:16

**uses** [3]_ - 60:10_, 64:2_, 255:3

**usual** [1]_ - 188:23

**utility** [2]_ - 46:21_, 215:13

**utilize** [1]_ - 66:16

**utilizing** [1]_ - 34:8

## V

**value** [5]_ - 126:15_, 127:15_, 130:8_, 131:11_, 134:2

**vantage** [1]_ - 81:5

**variations** [2]_ - 42:12_, 113:2

**various** [7]_ - 24:7_, 38:11_, 151:6_, 193:5_, 215:12_, 289:12_, 292:20

**vast** [4]_ - 105:21_, 113:7_, 289:16_, 290:10

**vegetation** [8]_ - 78:16_, 79:23, 80:21_, 80:22_, 81:25_, 82:22_, 86:19_, 204:12

**vehicle** [31] - 9:25_, 140:2_, 140:15_, 140:17_, 148:20_, 150:11_, 152:9_, 152:21_, 153:5_, 154:8_, 154:25_, 155:22_, 155:24_, 156:20_, 156:24_, 157:18_, 158:18_, 160:12_, 161:11_, 165:24_, 183:23_, 211:10_, 215:2_, 215:13_, 215:15_, 224:12_, 226:3_, 226:7_, 235:2_, 235:3_, 262:2

**vehicle-borne** [1]_ - 9:25

**vehicles** [3]_ - 152:4_, 187:1_, 240:8

**verbatim** [1]_ - 285:16

**verdict** [5]_ - 179:6_, 265:13_, 281:13_, 285:15_, 285:19

**Verizon** [1]_ - 213:6

**versions** [2]_ - 41:25_, 265:8

**versus** [2]_ - 220:12_, 280:17

**vi** [1]_ - 212:22

**via** [1]_ - 38:5

**Vice** [1]_ - 192:21

**vicinity** [2]_ - 144:14_, 243:9

**victim** [2]_ - 12:5_, 21:11

**Victor** [1]_ - 216:22

**vid** [1]_ - 185:7

**video** [120]_ - 79:3_, 79:10_, 79:12_, 79:21_, 80:11_, 132:25_, 136:19_, 137:22_, 148:13_, 148:14_, 148:15_, 148:18_, 150:8_, 150:10_, 150:17_, 150:19_, 150:22_, 151:16_, 152:16, 152:17_, 153:12, 153:13_, 153:17_, 154:1_, 154:7, 154:21, 155:18_, 155:21_, 156:6_, 156:7,

156:14_, 156:19_, 157:6_, 157:12, 157:16_, 157:21_, 157:24_, 157:25, 158:8_, 158:13_, 158:17, 159:13_, 159:20_, 159:23_, 160:10_, 160:18, 160:19_, 160:22_, 160:23, 161:5_, 161:9_, 161:15_, 161:16_, 161:19_, 161:20, 162:6_, 162:10_, 163:16_, 163:18_, 163:22_, 163:25_, 164:11, 164:12_, 164:18, 165:9_, 165:14, 166:17, 166:20, 166:21_, 166:24_, 167:8, 167:16_, 167:21, 167:23_, 168:10_, 168:13_, 169:3, 169:10, 169:13_, 169:18, 170:17_, 170:24_, 171:8_, 171:12_, 171:17, 171:21_, 171:24_, 172:1_, 172:20_, 173:2_, 173:5_, 174:2_, 176:3_, 176:5_, 176:17_, 176:22_, 177:22_, 183:2_, 183:14_, 183:25_, 184:6_, 184:17_, 184:24_, 185:7_, 185:18_, 185:20_, 185:22_, 186:6_, 186:19_, 198:25_, 257:11_, 257:19_, 257:20_, 258:1_, 258:4_, 262:18_, 263:4, 263:14_, 269:20

**videos** [21]_ - 137:21_, 138:1_, 150:24_, 151:2_, 151:6_, 154:2_, 154:13_, 156:20_, 162:12_, 164:2_, 167:1_, 167:5_, 167:25_, 168:23_, 169:1_, 169:3_, 172:2_, 172:14_, 185:2_, 258:10

**Vienna** [10]_ - 245:2_, 245:7_, 245:18_, 246:12_, 246:25_, 248:7_, 248:17_, 249:5_, 250:6_, 250:8

**Vietnam** [1]_ - 38:1

**view** [39]_ - 21:7_, 21:25_, 74:8_, 78:16_, 80:13_, 81:14_, 81:24_, 82:16_, 82:17_, 82:18_, 83:20_, 84:4_, 85:25_, 87:10_, 87:19_, 88:7_, 92:11_, 106:20_, 107:15_, 121:17_, 142:1_, 142:4_, 143:7_, 143:15_, 143:16_, 147:16_, 156:24_, 161:24_, 166:11_, 173:8_, 174:6_, 195:15_, 198:18_, 205:4_, 206:4_, 236:1_, 277:15_, 290:8

**viewed** [1]_ - 124:1

**VIN** [9]_ - 211:10_, 215:2_, 215:8_, 215:14_, 224:15_, 224:22_, 224:25_, 225:1_, 225:4

**violations** [1]_ - 57:14

**violence** [1]_ - 279:17

**violent** [1]_ - 136:12

**VIP** [1]_ - 137:10

**virtue** [1]_ - 52:3

**visa** [1]_ - 223:10

**visible** [5]_ - 105:25_, 106:17_, 172:9_, 172:11_, 173:7

**vision** [2]_ - 46:7_, 163:11

**visit** [8]_ - 67:14_, 67:17_, 70:6_, 175:25_, 193:17_, 215:18_, 237:2_, 246:16

**visited** [9]_ - 21:13_, 68:3_, 77:12_, 79:15_, 79:18_, 80:14_, 254:6_, 254:9_, 254:11

**voice** [2]_ - 15:11_, 161:13

**voluminous** [2]_ - 221:24_, 222:1

**volunteered** [1]_ - 10:21

## W

**W-A-L-T-E-R-S** [1]_ - 5:25

**Waikiki** [1]_ - 122:14

**wait** [1]_ - 23:6

**walk** [11]_ - 27:4_, 47:20_, 63:24_, 85:23_, 91:1_, 124:24_, 125:11_, 158:24_, 175:25_, 179:21_, 191:6

**walk-through** [2]_ - 124:24_, 125:11

**walked** [5]_ - 92:21_, 174:5_, 202:5_, 204:22_, 205:24

**walking** [12]_ - 69:14_, 160:13_, 161:11_, 161:22_, 161:23_, 164:24_, 164:25_, 165:18_, 166:5_, 167:6_, 167:7_, 202:4

**walks** [1]_ - 176:8

**Walters** [28]_ - 5:13_, 5:15_, 5:25_, 6:7_, 7:12_, 14:2_, 14:18_, 18:20_, 20:7_, 20:22_, 21:9_, 23:9_, 24:6_, 31:14_, 34:23_,

36:22_, 37:7_, 38:9_, 40:12_, 41:1_, 41:15_, 43:1_, 47:11_, 50:24_, 54:3_, 54:14_, 54:20_, 55:6

**WALTERS** [1] - 6:3

**Walters'** [1]_ - 19:23

**war** [5]_ - 10:5_, 10:21_, 59:4_, 62:3_, 104:10

**warrant** [22]_ - 119:22_, 120:10, 120:11, 123:9_, 123:12, 123:15, 123:17_, 123:20_, 123:22_, 123:25_, 124:1_, 124:9_, 124:20, 125:18, 127:5_, 127:11, 213:23, 214:5_, 214:20, 215:1_, 215:7_, 266:4

**warranted** [2]_ - 21:1_, 21:18

**warrants** [4]_ - 217:24_, 217:25_, 221:6_, 221:11

**washers** [5]_ - 16:1_, 41:5_, 41:22_, 46:11_, 46:12

**Washington** [3]_ - 218:5_, 218:6_, 218:13

**watch** [7]_ - 133:13_, 133:14, 133:16, 169:1_, 175:21, 176:10

**watched** [1]_ - 155:21

**watching** [3]_ - 136:19_, 172:3_, 178:6

**water** [3]_ - 30:6_, 46:21_, 50:18

**ways** [5]_ - 17:12_, 17:20_, 18:6_, 42:13_, 49:7

**weapon** [25]_ - 7:19_, 31:23_, 33:15_, 39:13_, 50:15_, 51:8_, 53:13_, 53:14_, 60:10_, 61:3_, 70:13_, 71:15_, 73:3_, 73:10_, 75:3_, 98:21_, 99:12_, 103:2_, 104:9_, 107:15, 107:17, 108:5_, 108:9_, 108:12, 110:18

**weapons** [7]_ - 60:12_, 61:12_, 61:13_, 61:16_, 61:17_, 63:5_, 72:24

**wear** [1]_ - 128:3

**wearing** [5]_ - 153:7_, 157:21, 158:14, 168:1_, 170:3

**wears** [1]_ - 111:4

**weather** [1]_ - 64:11

**web** [1]_ - 255:10

**website** [4]_ - 132:13_, 132:20, 291:16, 291:18

**week** [8]_ - 8:15_, 63:17_, 63:19_, 64:1_, 64:22_, 64:23_, 109:16, 287:6

**weekend** [1]_ - 188:21

**weeks** [2]_ - 63:12_, 220:7

**weight** [1]_ - 95:13

**weights** [1]_ - 35:21

**welcome** [2]_ - 23:13_, 190:14

**welding** [2]_ - 255:13_, 255:14

**well-aimed** [1]_ - 59:22

**well-established** [1]_ - 122:9

**Wesley** [6]_ - 4:6_, 210:17_, 210:19, 213:11_, 213:17, 215:23

**West** [19]_ - 127:18_, 130:6_, 130:8_, 130:21_, 130:23, 181:8_, 181:15_, 187:7_, 187:12, 188:21_, 192:5_, 192:6_, 192:18_, 212:16, 215:19, 221:16_, 235:14, 235:20_, 263:21

**west** [10]_ - 141:6_, 141:16_, 141:24, 143:13_, 145:10, 145:11, 146:1_, 146:9_, 147:15, 161:22

**westbound** [3]_ - 140:4_, 140:14, 142:15

**wheels** [6]_ - 173:22_, 184:10, 184:11, 186:23_, 186:24, 186:25

**White** [1]_ - 232:6

**white** [18]_ - 94:18_, 130:6_, 140:25, 153:9_, 153:10, 168:6_, 170:5_, 176:7_, 176:8_, 176:9_, 176:17, 177:2_, 177:9_, 177:16, 177:17, 177:24

**white-framed** [1]_ - 168:6

**white-rimmed** [1]_ - 170:5

**whole** [10]_ - 5:19_, 56:9_, 115:11, 118:11, 135:7, 179:25, 187:5, 191:10, 216:13, 293:12

**wide** [2]_ - 33:1_, 33:9

**Wilson** [1]_ - 214:24

**wind** [1]_ - 67:10

**windage** [1]_ - 92:5

**window** [8]_ - 70:20_, 152:25, 164:21, 165:1_, 165:3_, 176:4_, 176:7_, 177:16

**windows** [10]_ - 80:18_, 80:19_, 162:20, 163:11_, 164:2_, 172:8_, 172:11_, 173:13, 173:16, 174:6

**winds** [1]_ - 122:8

**windward** [1]_ - 122:8

**wire** [5]_ - 12:5_, 12:9_, 17:24_, 17:25_, 49:7

**wireless** [2]_ - 236:9_, 236:13

**wise** [1]_ - 122:13

**wish** [1]_ - 287:5

**withdrawal** [2]_ - 88:24_, 88:25

**witness** [56]_ - 5:6_, 5:11_, 13:16_, 13:20_, 14:15_, 14:19_, 26:3_, 34:18_, 37:13_, 38:6_, 47:5_, 51:13_, 55:1_, 55:4_, 55:6_, 56:4_, 65:14_, 65:18_, 68:5_, 93:4_, 93:7_, 97:25_, 100:14, 116:14_, 118:4_, 127:23, 129:2_, 132:1_, 134:24, 138:5_, 138:15, 139:15, 149:8_, 149:17, 149:18, 175:7_, 178:17, 179:13, 179:17_, 191:2_, 193:24, 196:9_, 197:14, 197:25_, 204:14, 206:16, 209:16_, 209:18, 244:1_, 250:12, 255:20, 264:12_, 265:13, 272:2_, 274:9_, 287:10

**WITNESS** [41]_ - 5:21_, 5:25_, 34:1_, 53:23_, 56:11_, 56:15_, 66:5_, 80:8_, 86:25_, 98:5_, 108:3_, 115:24, 118:13_, 118:17, 128:4_, 128:6_, 133:5_, 134:20, 135:3_, 135:9_, 135:13, 138:16_, 149:13, 177:22, 178:12_, 178:16, 180:2_, 190:20, 191:1_, 191:12_, 191:16, 192:15, 207:9_, 216:9_, 216:15, 216:17_, 216:20, 241:9_, 259:23_, 260:24, 265:2

**witnessed** [1]_ - 104:17

**witnesses** [14]_ - 264:18_, 265:15, 265:17_, 273:16, 273:21, 274:16_, 282:13, 286:5_, 286:14, 286:18, 287:2_, 287:18, 291:22, 293:15

**woman** [1]_ - 176:11

**wonderful** [1]_ - 133:10

**wondering** [1]_ - 20:25

**wood** [3]_ - 27:19_, 196:6_, 202:5

**wooded** [3]_ - 196:6_, 199:11, 199:20

**word** [1]_ - 64:19

**words** [4]_ - 133:20_, 214:17, 214:24, 215:5

**workers** [1]_ - 199:21

**works** [2]_ - 89:24_, 287:11

**world** [1]_ - 175:21

**worn** [5]_ - 96:21_, 240:4_, 240:18, 242:15, 270:19

**worries** [1]_ - 66:5

**worthy** [1]_ - 133:10

**wrapping** [3]_ - 258:21_, 260:9_, 260:11

**writing** [3]_ - 130:3_, 130:5_, 217:24

**written** [4]_ - 130:21_, 175:1_, 276:22, 291:15

**wrote** [4]_ - 214:16_, 214:23, 215:4

**X**

**X-ray** [2]_ - 10:7_, 46:6

**Xterra** [51]_ - 88:19_, 88:24_, 152:22, 211:10_, 211:13, 211:15, 211:17_, 211:19, 215:2_, 215:8_, 215:13, 222:4_, 222:7_, 222:25, 223:4_, 223:15, 224:13, 224:22_, 224:23, 225:10_, 225:23, 226:1_, 228:18_, 231:13, 233:7_, 234:12_, 237:20, 237:24, 238:3_, 238:7_, 238:11, 239:17_, 239:20, 240:19, 240:22_, 242:19, 245:4_, 245:20, 247:12, 248:10_, 248:19, 249:7_, 250:21, 251:11, 253:24_, 254:1_, 256:4_, 261:23

_, 262:3_, 262:12_, 263:13

## Y

**yardmen** [1]_ - 208:14

**yards** [3]_ - 107:3_, 107:8_, 107:11

**year** [4]_ - 109:16_, 136:11_, 210:23_, 211:2

**yearlong** [2]_ - 9:12_, 9:20

**years** [16]_ - 8:16_, 57:4_, 57:7_, 57:24_, 57:25_, 63:7_, 119:7_, 135:25_, 136:10_, 136:12_, 136:13_, 136:14_, 180:20_, 192:3_, 218:3_, 218:6

**yellow** [2]_ - 25:8_, 25:9

**yesterday** [4]_ - 20:19_, 21:8_, 22:4_, 47:6

**yourself** [6]_ - 9:7_, 11:2_, 52:24_, 65:5_, 93:8_, 107:7

## Z

**zip** [4]_ - 44:11_, 92:7_, 92:10_, 195:4

**zip-tied** [1]_ - 195:4

**Zone** [1]_ - 212:15

**zone** [1]_ - 62:3

**zoom** [12]_ - 27:1_, 42:23_, 43:12_, 73:18_, 86:14_, 86:24_, 155:10_, 200:3_, 229:7_, 241:7_, 251:24_, 259:15

**zoomed** [2]_ - 73:21_, 143:4

**zooming** [1]_ - 229:9