UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 24-cr-80116-AMC-1

UNITED STATES OF AMERICA,                Fort Pierce, Florida

          Plaintiff,                     September 19, 2025

     vs.                                 8:51 a.m. - 5:27 p.m.

RYAN WESLEY ROUTH,

          Defendant.                     Pages 1 to 364
_____

TRANSCRIPT OF JURY TRIAL - DAY 10
BEFORE THE HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:
                         UNITED STATES ATTORNEY'S OFFICE
                         JOHN SHIPLEY, ESQ.
                         MARIA MEDETIS-LONG, ESQ.
                         CHRISTOPHER BROWNE, ESQ.
                         JENNIFER LUCE, ESQ.
                         99 NE 4th Street
                         Miami, Florida 33132

                         U.S. DEPARTMENT OF JUSTICE
                         JAMES M. DONNELLY, ESQ.
                         950 Pennsylvania Avenue, NW
                         Washington, DC 20530

FOR THE DEFENDANT:
                         RYAN WESLEY ROUTH, PRO SE

AS STANDBY COUNSEL:
                         FEDERAL PUBLIC DEFENDER'S OFFICE
                         KRISTY MILITELLO, ESQ.
                         RENEE SIHVOLA, ESQ.
                         250 S. Australian Avenue
                         Suite 400
                         West Palm Beach, Florida 33401

STENOGRAPHICALLY REPORTED BY:
                         LAURA E. MELTON, RMR, CRR, FPR
                         Official Court Reporter to the
                         Honorable Aileen M. Cannon
                         United States District Court
                         Fort Pierce, Florida

E X A M I N A T I O N S

Witness/Proceedings                                      Page
SPECIAL AGENT KIMBERLY J. MCGREEVY
        CONTINUED DIRECT BY MS. MEDETIS-LONG              8
        CROSS-EXAMINATION BY MR. ROUTH                 247
        REDIRECT EXAMINATION BY MS. MEDETIS-LONG       264
        RECROSS-EXAMINATION BY MR. ROUTH               272

GOVERNMENT ADMITTED EXHIBITS

Exhibit                                                  Page

168...................................................... 226
1306..................................................... 267

DEFENDANT ADMITTED EXHIBITS

Exhibit                                                  Page

NONE

(Call to the Order of the Court.)

THE COURT:  Good morning.  Everybody is present.  Let's get appearances and call the case.

COURTROOM DEPUTY:  Calling case United States of America v. Ryan Wesley Routh.  Case Number 24-cr-80116-Cannon.

Counsel, please state your appearances for the record, starting with the United States.

MR. SHIPLEY:  Good morning, Your Honor.  John Shipley, Christopher Browne, Maria Medetis-Long, James Donnelly, and Jennifer Luce for the United States.

THE COURT:  Good morning to all of you.

MS. MEDETIS-LONG:  Good morning.

THE COURT:  Everybody may be seated unless they're addressing the Court.

Mr. Routh.

MR. ROUTH:  Good morning, Your Honor.  Ryan Routh for the defense.

THE COURT:  Good morning, sir.

Ms. Militello, Ms. Sihvola.

MS. SIHVOLA:  Good morning, Your Honor.  Kristy Militello and Renee Sihvola on behalf of -- standby counsel for Ryan Routh.

THE COURT:  Excellent.  Thank you.  Good morning.

Okay.  All right.  I don't want to address the more substantive issue of the defense exhibits at this time, but I

do want to give an opportunity to address any other pressing items before we begin the continued examination of Special Agent McGreevy.

Anything from the United States?

MR. SHIPLEY:  No, Your Honor.

THE COURT:  Okay.  Anything from Mr. Routh?

MR. ROUTH:  Your Honor, can I just note that the list that the prosecution so generously provided regarding the exhibits didn't include the first 191 exhibits that the -- my attorneys had initially included?  So I just wanted to recognize that it was not a complete list.

THE STENOGRAPHER:  Mr. Routh, can you say the number again of how many exhibits.

MR. ROUTH:  191.

THE COURT:  Okay.

MR. ROUTH:  It starts at 200.  So...

THE COURT:  All right.  Mr. Browne, can you explain the discrepancy?

MR. BROWNE:  I believe ours is based off of what was actually filed in the docket, Your Honor.

THE COURT:  When you say "What was filed on the docket?" what do you mean?

MR. BROWNE:  The exhibit list, the defense exhibit list that was filed.

THE COURT:  What docket entry?

MR. BROWNE:  Just a moment.  268, Your Honor.

THE COURT:  Ms. Militello, can you -- can you give to Mr. Routh, if he doesn't have it already, a copy of 268.

MS. MILITELLO:  I -- yes, I believe those were the exhibits that Mr. Routh brought himself.  I will double-check, but I think 268 is the exhibit list he prepared and he brought himself.

The discrepancy arises because we attempted to assist Mr. Routh with printing and organizing some of the exhibits, and so we brought in what we were able to, based on Bates numbers and what we could do in advance, and provided copies to the government and to Mr. Routh, and I believe an extra copy was given to Mr. Routh for the Court.

THE COURT:  The only copies that I have are the proposed defense trial exhibits that start with "Big Brother," some sort of essay or narrative written by Mr. Routh.  So I don't know what other segment of defense exhibits exist out there, but they haven't been reflected at least on 268 or in the Redweld that I was given.

MS. MILITELLO:  I believe the Redweld that the Court has that starts with "Big Brother" is the batch of exhibits prepared by standby counsel.  Mr. Routh came to court with his own batch of exhibits.  My understanding is on that date he didn't have a copy for us as standby counsel but that he did have a copy for the government, and I thought had a copy for

the Court.  We have since made a copy, but those were prepared solely by Mr. Routh.

THE COURT:  All right.  I'm highly confused.  I just need the record to be clear, and I need to understand what I have versus what other imaginary set of exhibits weren't reflected in an exhibit list.

MS. MILITELLO:  Okay.  Docket Entry 268 does appear to be the exhibit list prepared by standby counsel.  It is -- because we cited the government's Bates numbers from where these items originated.

THE COURT:  Okay.  So this is 268.  It starts with "Big Brother," and it ends with "Picture of rifle found at golf course"?

MS. MILITELLO:  Correct.  So -- and that makes sense because we have the ability to E-file that this is filed.  So what would be missing --

THE COURT:  Okay.  One moment.  So when --

Mr. Browne, when the government prepared its objections to these exhibits, that matches up with 268?

MR. BROWNE:  No.  That's my -- my apologies, Your Honor.  It is reflective of what Mr. Routh gave to us on -- at the calendar call.  So what was prepared and that is listed, the trial exhibits, that was prepared by standby counsel.

Mr. Routh then came into court at the calendar call and

gave us exhibits beginning with what is reflected on our chart, and those are the exhibits that we had never seen before --

THE COURT:  Okay.

MR. BROWNE:  -- and those are the ones that we addressed --

THE COURT:  Because this is too jumbled for the Court's review, we're not going to take this up now.  I'm going to direct the government to confer with standby counsel, figure out exactly what happened, and then at a -- the next available break, update the Court on where these defense exhibits are, because the only ones I have and that I have reviewed are in the Redweld starting with "Big Brother."  So I don't know what other exhibits I'm supposed to be looking at.

With that, anything further?  Not -- not concerning defense exhibits, Mr. Routh.

MR. ROUTH:  No, Your Honor.  Thank you very much.  I'm sorry.

THE COURT:  Okay.  Let's invite Agent McGreevy in and call the jurors.

COURT SECURITY OFFICER:  Yes, Your Honor.

(The jury entered the courtroom at 8:59 a.m.)

THE COURT:  Thank you.  Please all have a seat.

Good morning, ladies and gentlemen.  Welcome back. Thank you for your punctuality and continued patience.

We will continue today with the examination of Agent

McGreevy, so please return to the witness stand, ma'am, and you remain under oath.

THE WITNESS:   Good morning.

THE COURT:   Good morning.   Please proceed.

MS. MEDETIS-LONG:   Thank you, Your Honor.

Permission to approach with Government's Exhibits 300, 301, and 302, physical items already in evidence?

THE COURT:   Granted.

SPECIAL AGENT KIMBERLY J. MCGREEVY, having been previously sworn, testified as follows:

CONTINUED DIRECT EXAMINATION

BY MS. MEDETIS-LONG:

Q.   (Tendering items.)

Special Agent McGreevy, could you hold up Government's Exhibit 301, please.

A.   (Complies.)

Q.   What is that again?

A.   This is the defendant's cell phone in his true name.

Q.   And what is the area code associated with the telephone number for that cell phone?

A.   808.

Q.   And what does that area code resolve back to, what geographic area?

A.   Hawaii.

Q.   Okay.   Could you please hold up Government's Exhibit 300.

And, by the way, where was 301 found?

A.   In the Nissan Xterra after the defendant's arrest.

Q.   Okay.  Government's Exhibit 300, could you hold that up.

A.   (Complies.)

Q.   Where was that found?

A.   Inside the Nissan Xterra.

Q.   And what is the area code for the telephone number for that phone?

A.   I believe it's 728.  Resolves to West Palm Beach.

Q.   Okay.  Government's Exhibit 302, could you hold that up.

A.   (Complies.)

Q.   What is that?

A.   This is -- GX302 is one of the defendant's burner phones.

Q.   And what is the area code for that telephone number for that phone?

A.   This resolves to Greensboro.  743.

Q.   I'm sorry?

A.   I believe -- I believe it starts with 743.

Q.   Okay.  And you said that resolves back to where?

A.   To North Carolina, specifically Greensboro.

     MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 200-24, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here, Agent McGreevy?

A.    This is a photograph in the hide.

Q.    And I'm going to circle the left side of the photograph (indicating).  What do we see here?

A.    I see two padlocks.

Q.    What do they appear to be doing?

A.    They appear to be holding the fence together.

Q.    And those padlocks, do they look to have been installed from inside the hide or outside the hide on the golf course side?

A.    From here, it appears to me to be from the outside.

Q.    Okay.  Meaning, the outside of the golf course or the outside of the hide?

A.    Outside of the golf course.  From the side that the picture was taken from.

Q.    Okay.  And what side is the picture taken from?

A.    The -- the outside of the golf course.

Q.    Okay.

A.    From inside the hide.  So, yeah.

Q.    Now, we left off yesterday talking about firearms.  Do you recall that?

A.    Yes, ma'am.

         MS. MEDETIS-LONG:  You could take that down, Ms. Luce.

BY MS. MEDETIS-LONG:

Q.    And I asked you if, in the course of the FBI's investigation and your investigation, you uncovered information

suggesting the defendant's purchase of or attempt to purchase firearms.  Do you recall that?

A.   Yes, ma'am.

Q.   And was there, in fact, such evidence that was uncovered in this investigation?

A.   Yes, ma'am.

Q.   And when did this -- this planning for the purchase of firearms begin?

A.   I believe there is evidence as early as March.

Q.   March of what year?

A.   Of 2024.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's already in evidence as Government's Exhibit 7?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Could we zoom out, please.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   These are text messages between the defendant and another user.

Q.   And how do you know it's between the defendant and another user?

A.   Because the phone number is the one ending in 8342, which is from GX301.

Q.   Okay.

MS. MEDETIS-LONG:  And if we could zoom in to the first

blue bubble here.

BY MS. MEDETIS-LONG:

Q.  Who is this from?

A.  This is from the user of the phone number ending in 9646.

Q.  And who is this message to?

A.  To the defendant.

Q.  And what does the message say?

A.  "Not a felon.  I can get one for you, the one you want."

Q.  And does the defendant respond?

A.  Yes, he does.

Q.  Can we see the green bubble; what is this?

A.  This is the message the defendant replied with.

Q.  And what does it say?

A.  "Dude, you got the wrong number.  Stop F-U-C-K-I-N-G bothering me."

Q.  Okay.  What does the defendant's response suggest to you about this conversation?

A.  In the context of just this conversation, that he doesn't know the user of this number.

Q.  Okay.  Meaning, the user of 9646?

A.  That's correct.

Q.  Now, is there evidence suggesting otherwise?

A.  Yes, ma'am.

Q.  And if we could zoom -- well, if we could just -- this area code 743, where does this resolve back to?

A.   North Carolina.  Specifically, Greensboro area.

Q.   Was this the end of the conversation between the defendant and number 9646?

A.   In text message, yes.

Q.   Okay.

     MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 46?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a cell phone report for GX301, the phone in the defendant's true name.

     MS. MEDETIS-LONG:  And if we could go to the second page, please.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a call log for calls made on March 24th and 25th, and also the 26th of 2024.

Q.   Between what telephone numbers?

A.   Between the defendant's known number, 8342, and the phone number ending in 9646, the writer of the text messages we just reviewed.

Q.   And between March 24, 2024, and March 26, 2024, according to this call log from the defendant's phone, how many phone calls occurred between those two numbers?

A.    Four attempted calls.  Sorry wait.  More than that.  Eight. Eight calls.

Q.    And were any of those calls answered?

A.    Yes, they were.

Q.    And what was the length of those calls?  What was the range of the length of those calls?

A.    It looks like as short as 18 seconds and as long as 17 minutes, 12 seconds.

Q.    Where do you see a call lasting 17 minutes and 12 seconds? If you could underline it or circle it for us.

A.    Call number 4 (indicating), on the 24th, March 24, 2024.

Q.    Who made the call?

A.    The user -- sorry.  The user of 9646.

Q.    What does the length of this call suggest about the defendant and the user of 9646?

A.    That they were known to one another.

Q.    Why do you say that?

A.    Because you generally wouldn't have a 17-minute phone call with something you did not -- someone you did not know.

Q.    Okay.  Now, this was in March, moving to April 2024.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 115, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this, ma'am?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

MS.  MEDETIS-LONG:   And if we could go to the second page.

BY MS.  MEDETIS-LONG:

Q.   What does this show us?

A.   This is another call log.

Q.   And did you have an opportunity to investigate the telephone numbers on this call log?

A.   I did.

Q.   And if we could look at the first three rows, the 808 numbers, what does 808 resolve back to, that area code?

A.   Hawaii.

Q.   Okay.  And what numbers do the 808 numbers resolve back to? What -- or what persons or entities?

A.   They resolve back to gun stores in Hawaii.

Q.   Any particular gun stores?

A.   I know number 1 is the Windward Gun Shop, and I believe the other two were names I had a hard time pronouncing.

Q.   Okay.  And could you circle the Windward Gun Shop --

A.   Yes, ma'am.

Q.   -- entry.

A.   (Complies.)

Q.   And what was the date of that?

A.   April 25, 2024.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 125, already in evidence?

THE WITNESS:  Granted.

BY MS. MEDETIS-LONG:

Q.  What is this?

A.  This is a cell phone report for GX300, the same burner phone.

Q.  Scrolling to the next page.  What do we see here?

A.  This is an image.

Q.  What's --

MS. MEDETIS-LONG:  And do we have an enlarged image on the last page we can show of this thumbnail?

BY MS. MEDETIS-LONG:

Q.  What does this show?

A.  This is a screenshot of a Yellow Pages website, and it shows in the search bar "WGS Windward Gun Shop."

Q.  And what does it show here (indicating)?

A.  The name of one of the other gun shops, "Kaneohe" -- I may not be saying that right -- another gun shop in Hawaii.

MS. MEDETIS-LONG:  And Kaneohe, for the court reporter, is spelled K-A-N-E-O-H-E.

BY MS. MEDETIS-LONG:

Q.  Based on your investigation and the FBI's investigation, where was the defendant at the end of March, beginning of April 2024, geographically?

A.    He was in Palm Beach County.

Q.    Did you uncover evidence showing that?

A.    Yes, we did.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 714, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    If we could go to page 7.  What do we see here?

A.    This is cell site activity and location data for GX300, one of the burner phones.

Q.    For what date and what time?

A.    March 28, 2024, at 3:09 p.m.

Q.    And where does this phone appear to be?

A.    This phone is just to the west of the Palm Beach International Airport in Palm Beach County.

Q.    Okay.  Going to page 8 of Government's Exhibit 714.  What do we see here?

A.    We see, again, more cell site location data for GX300, one of the burner phones, as well as license plate reader data for the Nissan Xterra.

Q.    For what license plate do you see the license plate reader data on this exhibit?

A.    KDL 8415.

Q.    And the picture of the vehicle in the LPR record, what vehicle is that?

A.   That is the defendant's Nissan Xterra.

Q.   Or at least what appears to be?

A.   Correct.

Q.   And what phone is this cell site data for?

A.   GX300, one of the defendant's burner phones.

Q.   Okay.  Going to page 9 of Government's Exhibit 714.  What do we see here?

A.   More cell site location data for GX300, one of the burner phones, on March 29, 2024, at 3:10 a.m., as well as license plate reader data for the Xterra bearing the license plate KDL 8415.

Q.   And, generally speaking, where are the license plate reader and the cell site data pinging to?

A.   In Royal Palm Beach, in Palm Beach County.

     MS.  MEDETIS-LONG:  And showing page 12 of Government's Exhibit 714, please.

BY MS.  MEDETIS-LONG:

Q.   What do we see here?

A.   More cell site data for GX300 on April 1, 2024, at approximately 11:20 p.m.  And the location is in the vicinity of the Trump International Golf Club.

Q.   Showing page 15 of Government's Exhibit 714.  What do we see here?

A.   Cell site data for GX300, the defendant's -- one of the burner phones for April 5, 2024, at 2:05 p.m., and this is in

the vicinity of the Georgia/South Carolina line, along route 95.

Q.   And what does it suggest to you the user of this phone is doing?

A.   Traveling north.

Q.   Leaving West Palm Beach County?

A.   Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 512, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX501, another one of the defendant's burner phones.

Q.   Where was GX501 found?

A.   It was found in the box the defendant left in North Carolina.

MS. MEDETIS-LONG:  If we could go to page 2 of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What is the MSISDN or telephone number for this phone?

A.   Thank you for circling.  561-429-0623.

Q.   And where does the area code 561 resolve back to?

A.   West Palm Beach.

MS. MEDETIS-LONG:  If we could go to the next page of

this exhibit, page 3, I believe.  And page 4, please.  And page 5.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    This is a text message.

Q.    To whom?

A.    To 9339, which is known to be the phone used by Oran Routh.

Q.    Who is Oran Routh?

A.    The defendant's son.

Q.    And who is sending this message?

A.    The defendant.

Q.    And what does the message say?

A.    "Got a real phone.  In West Palm Beach meeting her brother Tad.  Can you Western Union the rest of the money?  Take fees out of my funds, whatever cost, no matter."

Q.    Now, based on the investigation, is it true that the defendant was in West Palm Beach visiting a brother, Tad?

A.    No, it was not.

Q.    How do you know that?

A.    The defendant stipulated to it.

Q.    Stipulated to what?

A.    To the fact that he did not meet her brother, Tad.

Q.    Okay.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 513, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this?

A.    This is a cell phone report for the Moto EX.

MS. MEDETIS-LONG:  And can we go to the top of this page.  Is this the first page?  If we could go to the first page of GX513.

BY MS. MEDETIS-LONG:

Q.    Is there an MSISDN number on this page that you see, Agent?

A.    I don't see one, ma'am.

MS. MEDETIS-LONG:  And if we could go to the next page.

BY MS. MEDETIS-LONG:

Q.    Is there an MSISDN number here?

A.    Yes.

Q.    And what is it?

A.    561-429-0623.

Q.    And which phone is this?

A.    This is the -- excuse me, this is also GX501.

Q.    Okay.

MS. MEDETIS-LONG:  And if we could go to the next page of this exhibit.

BY MS. MEDETIS-LONG:

Q.    What does this show, generally speaking?

A.    A call log.

Q.    For this phone, GX501?

A.   Yes, ma'am.

        MS. MEDETIS-LONG:  And if we could go to zoom in on Row 11, please.

BY MS. MEDETIS-LONG:

Q.   What does Row 11 show?

A.   This shows a call from GX501 to GX300.

Q.   Okay.  And how do you know it's GX300?

A.   Based on the phone number ending in 1801.

Q.   Okay.  And going to Row 9 and 10.  What do we see there?

A.   Those are calls to a number ending in 9411, which is known to be the number used by Sara Routh.

Q.   And who is Sara Routh?

A.   The defendant's daughter.

        MS. MEDETIS-LONG:  Can we zoom out, please.  Going to Rows 1 and 2.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   These are calls from the number ending in 9339, known to be used by Oran Routh, the defendant's son.

Q.   And looking at Row 3, what do we see there?

A.   A call to a phone number ending in 3997.

Q.   What's the date of that call?

A.   April 6, 2024.

Q.   Did your investigation reveal who that phone belonged to?

A.   Yes, ma'am.

Q.   Who is that?

A.   Lazaro Plata.

Q.   And what is -- what, as part of your investigation, stands out about the 6th of April 2024?  What happened on that day?

A.   The defendant left the box in North Carolina and departed the following day.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 517, already in evidence, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX302, one of the defendant's burner phones.

MS. MEDETIS-LONG:  And if we could go to the next page.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see that the phone accessed a network at -- at AT&T Royal Palm Beach on March 28th, 2024.

Q.   And where is Royal Palm?

A.   In Palm Beach County.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 518, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX302, the same burner phone.

MS. MEDETIS-LONG:  If we could go to the next page.

And the page after that, the third page.

If we could go to the blue bubble.

BY MS. MEDETIS-LONG:

Q.   What is that?

A.   This is a message from AT&T, essentially saying that the phone has been activated.

Q.   And what's the date of that?

A.   March 30th, 2024.

MS. MEDETIS-LONG:  Okay.  And if we could scroll down to the next page.

BY MS. MEDETIS-LONG:

Q.   And what do we see at the top there, the top bubble, the blue bubble?

A.   Another activation text from AT&T dated March -- excuse me, August 4th, 2024.

Q.   Have you seen that date before in any records in the investigation of this case?

A.   Yes, I have.

Q.   Where have you seen that date?

A.   On the receipt and the subscriber data for GX302.

Q.   And what was that date as it relates to the receipt and the subscriber information for GX302?

A.   It was an activation date for GX302 on August 4th, 2024.

Q.   Does it appear, based on Exhibit 518, currently on the screen, that this active -- that this cell phone was activated more than once?

A.   It does.

Q.   How many times was it activated?

A.   Two times.

Q.   Okay.

     MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 520, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a cell phone report for the Moto E6.

     MS. MEDETIS-LONG:  Could we go to the next page, please.

BY MS. MEDETIS-LONG:

Q.   Based on the MSISDN number, what is -- what phone is this?

A.   The number ending in 0623 is for GX501.

Q.   And where was this GX501 found?

A.   Again, it was found in the box that the defendant left in North Carolina.

Q.   Okay.

     MS. MEDETIS-LONG:  And if we could go to the next page of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here, this phone doing?

A.   Conducting searches for Airbnbs in Palm Beach County.

     MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 519, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300.  One of the defendant's burner phones.

     MS. MEDETIS-LONG:  Could we go to the next page.

BY MS. MEDETIS-LONG:

Q.   What is this, generally speaking?  What was -- what was extracted from GX300?

A.   An image depicting the rear of the Nissan Xterra.

Q.   What's the "date modified"?

A.   April 6th, 2024.

     MS. MEDETIS-LONG:  And can we see an enlarged version of this thumbnail.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see the interior of the Nissan Xterra as well as the license plate KDL 8415 affixed to the Nissan Xterra.

Q.   Where have we seen that before, or have we seen that before?

A.   Yes, ma'am.  On the license plate reader data from travels in Palm Beach County in early April 2024.

Q.   And, in fact, did the FBI obtain license plate reader data for this license plate in Palm Beach County?

A.   Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, at this time I would ask to publish the demonstrative Exhibit GX1009, which is a subset of previously admitted Exhibit GX718?

THE COURT:  Okay, did you say 1009?

MS. MEDETIS-LONG:  1009, yes, Judge.

THE COURT:  Any objection, Mr. Routh, to publication of this as an illustrative exhibit only?

MR. ROUTH:  No objection.

THE COURT:  Okay.  You may proceed.

The same rule applies, ladies and gentlemen, for this exhibit.

MS. MEDETIS-LONG:  If we could go to the very last page of Government's Exhibit 1009.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

MS. MEDETIS-LONG:  If we could zoom back out.

THE WITNESS:  This is license plate -- excuse me, license plate reader, or LPR, data for the Nissan Xterra bearing license plate KDL 8415.

///

BY MS. MEDETIS-LONG:

Q. And why do you say it's for the Nissan Xterra? What on this page suggests that to you?

A. Most notably, the photograph of the Nissan Xterra, but also the vehicle info also indicates that it's the Xterra.

Q. What's the date and time of this LPR reader, according to this record?

A. March 28th, 2024, at 4:17 p.m.

Q. And where is the car?

A. In Palm Beach County, specifically Royal Palm Beach.

Q. Going up a page of Government's Exhibit 1009. What do we see here?

A. More LPR data for the Nissan Xterra, bearing license plate starting with KDL, on 3/29/2024, at 12:41 p.m., operating in Palm Beach County along Southern Boulevard in Royal Palm Beach.

Q. Going up a page. Same exhibit. What do we see here?

A. LPR data for the Nissan Xterra, bearing license plate beginning with KDL on 3/29/2024, at 4:01 p.m., traveling in Palm Beach County along Southern Boulevard in Royal Palm Beach.

Q. And going up another page. What do we see here?

A. LPR data for the Nissan Xterra, bearing license plate beginning KDL, on March 30th, 2024, at 11:53 a.m., operating in Loxahatchee, Florida, along Southern Boulevard.

Q. Where is Loxahatchee?

A. It is west of Royal Palm Beach.

Q.   Going up a page in the same exhibit.  What do we see here?

A.   LPR data for the Nissan Xterra, bearing the license plate beginning KDL, for March 31st, 2024, at 11:38 a.m., operating in Loxahatchee, Florida, along Southern Boulevard.

Q.   Going up a page in the same exhibit.  What do we see here?

A.   LPR data for the Nissan Xterra, bearing license plate beginning KDL, March 31st, 2024, at 5:04 p.m., operating in Royal Palm Beach, Florida, along Southern Boulevard.

Q.   And going up another page, same exhibit?

A.   LPR data depicting the Nissan Xterra, bearing license plate beginning KDL, on April 3rd, 2024, at 10:21 a.m., operating in Loxahatchee, Florida, along Southern Boulevard.

Q.   And going up another page in the same exhibit?

A.   LPR data depicting the Nissan Xterra with license plate ending -- or beginning with KDL, again on April 3rd, 2024, at 12:30 p.m., operating in Royal Palm Beach along Southern Boulevard.

Q.   And going up another page of the same exhibit.  What do we see here?

A.   LPR data depicting the Nissan Xterra with license plate beginning KDL, on April 3rd, 2024, at 12:45 p.m., in Loxahatchee, Florida.

Q.   And in all of these pages of Government's Exhibit 1009, was a photograph of the vehicle captured on the LPR records shown?

A.   Yes.

Q.   And what kind of vehicle was it?

A.   A Nissan Xterra.

Q.   What color?

A.   A black Nissan Xterra.

Q.   Okay.  And did the investigation regarding the box left in the North Carolina residence, was there any evidence associating or linking the defendant to the contents of that box?

A.   Yes.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 523, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a Harbor Freight receipt.

Q.   Where was this seized from?

A.   The Nissan Xterra.

Q.   When?

A.   After the defendant's arrest on September 15th, 2024.

Q.   According to this receipt, what location for Harbor Freight was this receipt obtained from?

A.   Greensboro, North Carolina.

Q.   And is there a date for the purchase?

A.   There is.  It's March 3rd -- excuse me, March 5th, 2024.

Q.   Can you circle that, where you see it.

A.   (Complies.)

Q.   And how were the items paid for, if you can tell?

A.   It -- cash.  Thank you.

Q.   What was purchased?

A.   Tent stakes.  Appears potentially some green outdoor something, I'm not sure, and then nylon spring clamps.

Q.   Have we seen nylon spring clamps in this case?

A.   We have.

MS. MEDETIS-LONG:  Could we compare, with permission from the Court, to publish Government's Exhibit 522, already in evidence?

THE COURT:  522 with no letter?

MS. MEDETIS-LONG:  I'm sorry, Your Honor.  I believe those are photographs.

THE COURT:  Correct.  I'm just wondering is it 522A or --

MS. MEDETIS-LONG:  It's going to be 522B, C, F, H, I, J, N, OO.

THE COURT:  Yes, you may publish all those without having to ask individually.

MS. MEDETIS-LONG:  Thank you, Judge.

BY MS. MEDETIS-LONG:

Q.   Showing you the receipt simultaneously at Government's Exhibit 523, and now also showing you Government's Exhibit 522B, already in evidence.  What do we see in this

photograph?

A.   Among other things, a spring clamp.

Q.   Can you circle that.

A.   Yes.  (Complies.)

MS. MEDETIS-LONG:  If we can now compare the receipt to Government's Exhibit 522C.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Among other things, spring clamps.

Q.   Showing you Government's Exhibit 522F simultaneous with the receipt.  What do we see here?

A.   Among other things, spring clamps.

Q.   Showing you Government's Exhibit 522H.  What do we see here?

A.   More spring clamps.

Q.   522I, what do we see here?

A.   Spring clamps.

Q.   522J, what do we see here?

A.   Spring clamps.

Q.   522N, among other things, what do we see here?

A.   Spring clamps.

Q.   522OO, what do we see here?

A.   Spring clamps.

Q.   Do we see spring clamps or the word "clamps" in any other part of this investigation?

A.   We do.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 184A and B, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see a photo of here generally?

A.   The rear of the Nissan Xterra.

Q.   And this is 184A?

A.   Yes.

MS. MEDETIS-LONG:  And if we can show the witness -- and the jury 184B.

BY MS. MEDETIS-LONG:

Q.   What is written at the bottom of this page?

A.   "Pipe clamp."

Q.   Okay.  Your Honor, permission to publish Government's Exhibit GX100?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Were there other items of evidence seized from the box in North Carolina?

A.   Yes, ma'am.

Q.   What is this?

A.   This is a document seized from the box the defendant left in North Carolina.

Q.   Could you please read it.

A.    "Dear World, this was an assassination attempt on Donald Trump, but I am so sorry I failed you.  I tried my best and gave it all the gumption I could muster.  It is up to you now to finish the job.  And I will offer $150,000 to whomever can complete the job."

Q.    Now, as part of your investigation, was there evidence that the defendant, in fact, had access to $150,000?

A.    Yes, ma'am.

Q.    And how do you know that?

A.    From reviewing bank records.

Q.    Which bank?

A.    Bank of Hawaii.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit GX1100, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this document?

A.    This is the signature card for a Bank of Hawaii account ending in 7436.

Q.    And who does this account belong to?

A.    Sara Routh.

Q.    Did you review the totality of this exhibit before coming here today?

A.    I did.

MS. MEDETIS-LONG:  Going to page 2 of Government's

Exhibit 1100.

BY MS. MEDETIS-LONG:

Q.   What, if anything, stands out to you in terms of the transactions that we see on this page?

A.   There is a wire transfer in for over $162,000, and then a withdrawal the same day for $160,500.

Q.   What date are those transactions?

A.   March 15th.

Q.   Of what year?

A.   2024.

Q.   Your Honor, permission to publish Government's Exhibit 1101, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a signature card for a Bank of Hawaii account ending in 3333, also in the name of Sara Routh.

        MS. MEDETIS-LONG:  And if we could go to page 2 of this account -- these account records, rather.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see the deposit for $160,500.

Q.   And can you circle that, please.

A.   (Complies.)

Q.   What date is that deposit made?

A.    March 15, 2024.

Q.    So comparing 1100, which are the bank records for 7436, to 1101, which are the bank records for 3333, what happened to that 160-some-odd-thousand dollars?  Where did it go?

A.    It was transferred between two accounts owned by Sara Routh.

Q.    Okay.  Now, generally speaking, did you review the remainder of the pages in this exhibit?

A.    I did.

Q.    And did you notice any -- anything in particular, any trends regarding the transactions associated with this account?

A.    Yes.  Numerous transfers from this account to another Bank of Hawaii account.

Q.    And did we obtain records for that other Bank of Hawaii account?

A.    Yes, we did.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1102, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    Another Bank of Hawaii account in the name of Sara Routh, this one ending in 2385.

Q.    Now, did you review all of the pages associated with this exhibit from the Bank of Hawaii?

A.    I did.

Q.    And did you notice anything about the majority of the transactions in this case -- in this, for this account ending in 2385?

A.    I did.

Q.    What did you notice?

A.    Many -- several transfers into this account, and then several transfers out of it.

Q.    To where?

A.    To another account also owned by Sara Routh.

Q.    Okay.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1103?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this?

A.    This is a bank statement for an account ending in 1406, also held by Sara Routh.

Q.    And did you have an opportunity to review all of the pages of this exhibit?

A.    I did.

Q.    And if we could go to -- well, generally speaking, what -- what is the -- what did you notice about the transactions in this account?

A.    There was, again, more transfers out of this account.

Q.   To where?

A.   To another account owned by Sara Routh and other members of the family.

Q.   Okay.

MS. MEDETIS-LONG:   And just by way of example, could we go to page 6 of Government's 1103.

BY MS. MEDETIS-LONG:

Q.   Directing your attention to April 5th -- this -- this transaction here, what is that?

A.   It is a transfer for $200 to an account ending in 2190.

Q.   What about this (indicating)?

A.   Another transfer for the same date for $500 to the account ending in 2190.

Q.   What's the date of those transactions?

A.   April 5, 2024.

MS. MEDETIS-LONG:   And going to page 13 of this exhibit.

BY MS. MEDETIS-LONG:

Q.   Directing your attention to June 2025 [sic], the first transaction, what do we see there?

A.   Another transfer to the account ending in 2190 for $200.

Q.   And directing your attention to June 26th, what was that transaction for?

A.   Another transaction to the account ending in 2190 for $300.

MS. MEDETIS-LONG:   Could we scroll down a little bit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Another transaction, this for June 27th, for $300 to the account ending in 2190.

Q.   And what about June 28th, what do we see here?

A.   Another transaction for $200 to the account ending in 2190.

MS. MEDETIS-LONG:  If we could go to page 27 of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see happening on July 29, 2024, with respect to account 2190?

A.   We see, again, a transfer for $1,000 to the account ending in 2190.

Q.   And can you circle that.

THE COURT:  One moment.  What page is that of this exhibit?

MS. MEDETIS-LONG:  Your Honor, page 27.

THE COURT:  And this is which exhibit?

MS. MEDETIS-LONG:  1103.

THE COURT:  Okay.  So the page number on the top is a different page number?

MS. MEDETIS-LONG:  Correct, Your Honor.

THE COURT:  Okay.  Thank you.

BY MS. MEDETIS-LONG:

Q.   (Indicating) and what --

THE COURT: Continue.

BY MS. MEDETIS-LONG:

Q. What was date of that transaction?

A. July 29th.

Q. And for how much?

A. $1,000.

MS. MEDETIS-LONG: Going to page 30 of Government's Exhibit 1103.

BY MS. MEDETIS-LONG:

Q. Directing your attention to August 5, 2024. Is there a transaction to account 2190?

A. There is.

Q. And where is that?

A. (Indicating.)

Q. For how much?

A. $600.

MS. MEDETIS-LONG: Going to page 33 of the same exhibit.

BY MS. MEDETIS-LONG:

Q. Directing your attention to August 13, 2024. Is there a transaction associated between this account and 2190?

A. Yes. There is another transaction for $400.

Q. Would you circle that.

A. (Complies.)

Q. And going to government's -- to page 35 of this same

exhibit, directing your attention to August 20, 2024, are there any transactions associated with account 2190?

A.   There are.  Right at the bottom of the page, August 20th, transfer to 2190 for $500.

Q.   And finally, going to page 45 of Government's Exhibit 1103, directing your attention to September 3, 2024, are there any transactions associated with 2190?

A.   Yes.  A transfer of $530 to 2190.

Q.   And then, again, directing your attention to September 6, 2024, of this same page, are there any transactions associated with 2190?

A.   Yes.  For $100.

Q.   Okay.  And did you look at the account records for 2190?

A.   Yes, I did.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1105, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is the signature card for the account ending in 2190, and the owners of the account are listed as Ryan Routh, Sara Routh, and Adam Routh.

Q.   Now, did you have an opportunity to inspect all of the pages of this exhibit?

A.   Yes, I did.

Q.   And, generally speaking, did you notice any transactions involving the defendant?

A.   I did.

Q.   And, generally speaking, what were those transactions?

A.   There were Venmo transactions sending the defendant money from this account.

Q.   And the money in this account came from where?

A.   From the other account owned by Sara Routh which came from the other account owned by Sara Routh, as we've just described.

Q.   Okay.

     MS. MEDETIS-LONG:   And by way of example, could we go to page 2 of Government's Exhibit 1105.

BY MS. MEDETIS-LONG:

Q.   What do we see there on April 1st, 2024?

A.   We see a Venmo to Ryan Routh for $1,000.

Q.   Could you circle that, please.

A.   Of course.   (Complies.)

Q.   Now, going to page 3 of Government's Exhibit 1105, April 19, 2024, is there a transaction on that date?

A.   There is also on that date a Venmo to Ryan Routh for $450.

Q.   Could you circle that, please.

A.   (Complies.)

Q.   Going to page 7 of this exhibit, what do we see happening on July 29th of 2024?

A.   On July 29th, we see two Venmos to Ryan Routh, totaling

$1,000.

Q.   How much was each transaction?

A.   400 and 600.  Circled.

Q.   Going to page 8 of this same exhibit.  Were there transactions from this account involving the defendant?

A.   Yes, there were.

Q.   Directing your attention to August 12, 2024.  Is there a transaction on that day?

A.   Yes.  There is a Venmo to Ryan Routh for $400.

Q.   What about the next day?

A.   Another Venmo to Ryan Routh for $400.

Q.   Could you circle those.

A.   Yeah.  (Complies.)

Q.   And what about August 16, 2024?

A.   Another Venmo to Ryan Routh for $500.

Q.   Could you circle that.

A.   Yes, ma'am.  (Complies.)

        MS.  MEDETIS-LONG:  And if we could scroll further down the page to August 20, 2024.

BY MS.  MEDETIS-LONG:

Q.   What do we see there?

A.   A Venmo to Ryan Routh for $500.

Q.   Going to page 11 of Government's Exhibit 1105.  Any transactions involving the defendant on this -- on this page?

A.   Yes.  There are two.

Q.   And can you circle those, and tell us what the dates are and what the amounts are.

A.   Yes.  August 23rd, a Venmo to the defendant, Ryan Routh, for $500 (indicating), and then on August 29th, another Venmo to Ryan Routh for $100.

Q.   Going to page 12 of Government's Exhibit 1105.  Any transactions involving the defendant on this day -- on this page, rather?

A.   Yes.

Q.   And directing your attention to September 9, 2024, any transactions relating to the defendant on that day?

A.   Yes.  Two Venmos to Ryan Routh for -- one for $200 and one for $260.

Q.   Now, we talked about March and April and the visits to -- or the visit to West Palm Beach by the defendant in that date range, but did the planning or desire to procure a firearm continue later, after March and April?

A.   Yes, it did.

Q.   And did you uncover evidence of that?

A.   Yes, I did -- we did.

Q.   Was the defendant ultimately successful in purchasing a firearm?

A.   Yes, he was.

Q.   What firearm did he purchase, do you know?

A.   The SKS rifle.

Q.   And who did he purchase it from?

A.   Ronnie Oxendine.

Q.   And who assisted with that transaction?

A.   Tina Cooper.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 8, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this, Special Agent McGreevy?

A.   This is a cell phone report for GX301, the defendant's true-name phone.

MS. MEDETIS-LONG:  And if we could scroll to where the texts begin.

BY MS. MEDETIS-LONG:

Q.   And this green bubble here, what is this?

A.   This is a message from the defendant to Tina Cooper.

Q.   And what does it say?

A.   "Hey, Ryan here.  I may be back in GSO in a month."

Q.   Okay.  Does Cooper respond?

A.   She does.

Q.   What does the top blue bubble say?  What is it?

A.   A message from Tina Cooper to the defendant.

Q.   And what does Tina Cooper say?

A.   "Cool.  We can get together then and talk."

Q.   And does the defendant respond?

A.   He does.

Q.   What does he say?

A.   "That would be great.  I may need some help."

MS. MEDETIS-LONG:  Now, if we could scroll to the text beginning on July 25th, 2024, of this exhibit.

BY MS. MEDETIS-LONG:

Q.   Drawing your attention to this text right here (indicating), who is this from?

A.   From the defendant to Tina Cooper.

Q.   And what does the defendant say?

A.   "If you can call me sometime when you are free, that would be great."

Q.   And what's the date of that?

A.   July 25th, 2024.

Q.   And moving to July 27, 2024, the very next text bubble. What does that show?

A.   It shows the defendant sending an image to Tina Cooper.

Q.   And was the image captured by this cell phone report?

A.   Yes, it was.

MS. MEDETIS-LONG:  And if we could scroll to the very last page of Government's Exhibit 8.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see a flight itinerary from St. Louis through Newark to Greensboro.

Q.   And was that sent to Tina Cooper from the defendant?

A.   It was.

Q.   And does Tina Cooper respond?

MS. MEDETIS-LONG:  Scrolling back up to July 25th, 2024.  Next page.

THE WITNESS:  She does.

BY MS. MEDETIS-LONG:

Q.   What does she say?

A.   "Okay.  Call me when you get here and I will call him so we can meet up and you do the buying, but I told my boss a little white lie.  I told him you were buying it for me."

Q.   What is the defendant's response?

A.   "Okay."

Q.   Did that suggest confusion on the part of the defendant or not?

A.   No.

Q.   Okay.  What are the dates of those two text messages, the one from Tina regarding the little white lie and the response "okay" from the defendant?

A.   July 27th, 2024.

Q.   Now, as part of your investigation, did the -- did the FBI uncover records regarding the defendant's travel history?

A.   Yes, we did.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1140, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What are these records?

A. These are flight records.

Q. And what do they show with respect to the defendant in 2024? July of 2024 in particular.

THE WITNESS: Might be the next page.

MS. MEDETIS-LONG: If we could go to the next page, please.

THE WITNESS: So on July 18th, 2024, the defendant travels from Hawaii to St. Louis.

BY MS. MEDETIS-LONG:

Q. And how -- how do you know that? Can you circle where you see that on this exhibit?

A. I can. So there is -- there is different records. Some, like for the 17th, just show check-in, et cetera, but I believe the boarding or the gate reader reading the ticket, to be more helpful, from the 18th (indicating) in this area, where -- see the defendant's name here (indicating), this is Honolulu to San Diego, and then San Diego to St. Louis. I tried to underline those.

Q. And are there additional travel records showing whether the defendant traveled from St. Louis to another location?

A. Yes, ma'am.

MS. MEDETIS-LONG: And permission to publish

Government's Exhibit 1108, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  If we could go to page --

BY MS. MEDETIS-LONG:

Q.   Did you have an opportunity to review these records?

A.   Yes, I did.

Q.   And are these airline records?

A.   They are.

MS. MEDETIS-LONG:  And if we could go to page 3 of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What does it show about the defendant's travel?

A.   It shows the defendant traveling from St. Louis to Newark, and then Greensboro, North Carolina.

Q.   Well, let's break it down.  At the very top row, what is the passenger name for this record?

A.   Ryan Routh.

Q.   And where do you see the travel for St. Louis to Newark and Newark to Greensboro on this record?

A.   (Indicating.)

Q.   What's the date of that travel?

A.   July 28th, 2024.

Q.   And does this itinerary and travel date match with the screenshot that we saw on Government's Exhibit 8?

A.   It does.

MS. MEDETIS-LONG:  Returning back to Government's Exhibit 8 at 7/29/24.

BY MS. MEDETIS-LONG:

Q.   Going to the very bottom of this page.  What do you see there?

A.   I see a number of -- I see a text message from the defendant to Tina Cooper.

Q.   And what does it say?

A.   "I can stop by your office and drop off some money if you need me to."

Q.   And what's the date of that text?

A.   July 29th, 2024.

Q.   From the bank records, what do we know happened on July 29, 2024?

A.   Money was sent to Ryan Routh.

MS. MEDETIS-LONG:  If we could go back to Government's Exhibit 1105, page 7.

Permission to publish, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Can you circle where you indicate those transactions occurred.

A.   (Complies.)

Q.   And, again, what are those transactions, and what is the date?

A.   On July 29th, same date, these are Venmo transactions to Ryan Routh totaling $1,000, so 400 and 600.

Q.   Do you know what date the defendant purchased the Norinco SKS rifle from Oxendine?

A.   Yes.  August 2nd, 2024.

Q.   And after that purchase, did the defendant continue corresponding with Cooper about the rifle?

A.   Yes, he did.

      MS. MEDETIS-LONG:  And returning back to Government's Exhibit 8, page 9.

BY MS. MEDETIS-LONG:

Q.   What do we see in this text (indicating)?  Who is it from?

A.   It's a message from Tina Cooper to the defendant.

Q.   And what's the date?

A.   August 2nd, 2024.

Q.   And what does it say?

A.   "Looks like the cleaning kit."

Q.   What did he -- what did the defendant write, if anything, prior to that message from Tina Cooper?

A.   Two messages.  "Call me of you get a minute."  And then "Sorry."

Q.   And what are the dates?

A.   Also August 2nd, 2024.

Q.   And did those come before or after the -- it looks like the cleaning kit message from Tina Cooper?

A.   Before.

Q.   Okay.  And what is -- when Tina Cooper says "looks like the cleaning kit," what is the defendant's response, if any?

A.   "Yep."

Q.   What's the date of that message?

A.   Also August 2nd, 2024.

Q.   Now, as this conversation is happening between Cooper and the defendant, is a related conversation happening with Tina Cooper and somebody else?

A.   Yes.

Q.   Who?

A.   She's texting with Ronnie Oxendine.

Q.   And what are they texting about?

A.   About the cleaning kit and the serial numbers.

Q.   Okay.

MS. MEDETIS-LONG:  And if we could have permission to publish Government's Exhibit 9, already in evidence?

BY MS. MEDETIS-LONG:

Q.   What do we see on the first blue bubble?  What is that?

A.   That is an image of the cleaning kit; it's still in one piece.

Q.   And what's the date and time of this message?

A.   August 2, 2024, at 6:26 p.m. UTC.

Q.   And who is this message from?

A.   This is from Tina Cooper to Ronnie Oxendine.

Q. And what is, if anything -- what, if anything, does Oxendine respond?

A. "It is."

Q. Scrolling down, what do we see on the top blue bubble?

A. A message from Tina Cooper. Now this is an image of the cleaning kit taken apart.

Q. And what's the date?

A. August 2, 2024.

Q. And what does Oxendine respond?

A. "All SKS have those."

MS. MEDETIS-LONG: And if we could compare this page with Government's Exhibit 10.

Permission to publish, Your Honor?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. And what is Government's Exhibit 10?

A. It's a cell phone report for GX301, the defendant's phone in his true name.

Q. And what is on that phone? What was recovered from that phone?

A. This image of the cleaning kit.

Q. Does this image look like another image that you've seen in this case?

A. It does.

Q. Which image?

A.   The image that Tina Cooper sent to Ronnie Oxendine.

Q.   Okay.

     MS. MEDETIS-LONG:   Going back to Government's Exhibit 9 only.

BY MS. MEDETIS-LONG:

Q.   (Indicating) this message here, who is it from?

A.   From Tina Cooper to Ronnie Oxendine.

Q.   What does it say?

A.   "Is it one set of serial number on that gun?"

Q.   And what's the date?

A.   August 2, 2024.

     MS. MEDETIS-LONG:   And if we could go back to Government's Exhibit 8.

BY MS. MEDETIS-LONG:

Q.   I'm sorry.  What was the response from Oxendine?

A.   "Should be."

Q.   Okay.

     MS. MEDETIS-LONG:   And if we could go back to Government's Exhibit 8, at August 2, 2024.

BY MS. MEDETIS-LONG:

Q.   And what is -- what is this message here (indicating)?

A.   This is a message from Tina Cooper to the defendant.

Q.   And what does she -- what does she say to the defendant?

A.   "Hey, said it should be only one serial number O that."

Q.   Now, is there additional evidence based on your

investigation that the defendant did, in fact, possess this firearm?

A.    Yes.

MS. MEDETIS-LONG:  And, Your Honor, permission to publish Government's Exhibit 19, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this generally?

A.    This is a cell phone report for GX300, one of the defendant's burner phones.

MS. MEDETIS-LONG:  And if we could scroll down to the second page.

BY MS. MEDETIS-LONG:

Q.    Generally, what is -- what is this that was taken from this cell phone?

A.    It's an image.

MS. MEDETIS-LONG:  And if we could go to the enlarged version of this image attached to the back of the report.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    We see an SKS rifle, an individual wearing ripped jeans and mustard-colored shoes.

MS. MEDETIS-LONG:  Could we zoom in to this area of the rifle (indicating).

///

BY MS. MEDETIS-LONG:

Q.   Can you make out what's -- what is right here (indicating)?

A.   It's the serial number.

Q.   Can you tell what the number is from that photo?

A.   This photo is difficult to read, but I have observed it; it's 004119.

MS. MEDETIS-LONG:  Your Honor, may I make permission -- may I have permission to make use of the ELMO for a hard copy of this same image?

THE COURT:  Yes.

BY MS. MEDETIS-LONG:

Q.   Can you see the number there?

A.   I can.

Q.   What does it say?

A.   "004119."

Q.   Is this the same image that we just saw in Government's Exhibit 19?

A.   It is.

MS. MEDETIS-LONG:  Could we see Government's Exhibit 14.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report, again, for GX300, one of the burner phones.

Q.   And what does it show?

A.   The images of the SKS rifle.

MS. MEDETIS-LONG:   And if we could zoom in to this area (indicating).

BY MS. MEDETIS-LONG:

Q.   What do you see there?

A.   A better image of the serial number, "004119."

MS. MEDETIS-LONG:   Your Honor, permission to publish a side-by-side of Government's Exhibit 23A, already in evidence?

THE COURT:   Granted.

MS. MEDETIS-LONG:   I'm sorry.  Government's Exhibit 23F.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   These are photos taken of the SKS rifle by the FBI.

Q.   And what do we see here (indicating)?

A.   This is the serial number that's been partially obliterated.

Q.   Can you make out any of the characters?

A.   I can easily make out the 119, and the first 0 is hard to note but the second 0 and the 4 --

Q.   Okay.

A.   -- are also reasonably visible.

MS. MEDETIS-LONG:   Focusing back on Government's Exhibit 14.  14.

///

BY MS. MEDETIS-LONG:

Q.   What shoes are -- what color shoes are in -- depicted in this photograph?

A.   Mustard-colored shoes.

Q.   What kind of jeans are depicted in this photograph?

A.   Ripped jeans.

Q.   Have you seen those items in this case before?

A.   I have.

Q.   Where have you seen them?

A.   They were seized from the Nissan Xterra.

Q.   When?

A.   After the defendant's arrest.

     MS. MEDETIS-LONG:   Your Honor, permission to approach?

     THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   Approaching you now with Government's Exhibit 44 and 42.

     (Tendering items.)

A.   Thank you.   Thank you.

Q.   If you could hold up Government's Exhibit 44.   What are those?

A.   (Complies.)   These are the mustard-colored shoes.

Q.   And where were they taken from?

A.   From the Nissan Xterra, after the defendant's arrest on September 15, 2024.

Q.   Where have you seen those before?

A.   Seen them in this photograph that is still on the screen.

Q.   Okay.  And Government's Exhibit 42, what is that?

A.   These are the ripped jeans seized from the Nissan Xterra after the defendant's arrest.

Q.   And have you seen anything reminiscent of the ripped jeans?

A.   I have.

Q.   Where?

A.   In this photograph and in other items that I have observed.

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 538, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   It's a video of the defendant.

Q.   And what is he wearing?

   (A video and/or audio was played.)

A.   He is wearing ripped jeans and the mustard-colored shoes.

        MS. MEDETIS-LONG:  And if we could compare this to Government's Exhibit 324, already in evidence?

        THE COURT:  You may.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see the mustard-colored shoes.

Q.   Where do we see them?

A.   Inside the Nissan Xterra.

Q.   And when was this photo taken?

A.   This was taken by the FBI during the search of the Xterra, after the defendant's arrest.

MS. MEDETIS-LONG:  And if we could compare Government's Exhibit 538 to GX14.

BY MS. MEDETIS-LONG:

Q.   What do we see in these two photos?

A.   The same mustard-colored shoes.  They appear to be the same mustard-colored shoes.

MS. MEDETIS-LONG:  Permission to approach, Your Honor?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 20, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX302, one of the defendant's burner phones.

Q.   And what does it show?

A.   This is an image.

Q.   And what is the date modified?

A.   September 8, 2024.

Q.   And where was this image taken from?

A.   From GX302, one of the burner phones.

Q.   And if we could see an enlarged version of the thumbnail,

what do we see here?

A.   We see the SKS rifle tied up in a tree.

Q.   And how is it secured there?

A.   Looks like a blue bungee and black tape.

        MS. MEDETIS-LONG:  If we could just go back to the second page of this report.

BY MS. MEDETIS-LONG:

Q.   What is the timestamp?

A.   4:47 p.m. UTC.

Q.   What is UTC?

A.   It's a -- Greenwich Mean Time.  It's the international date line.  So it's four hours ahead.

Q.   Four hours ahead of what?

A.   Of Eastern time.

Q.   Okay.  So if this says 4:47 p.m. UTC, what is that Eastern time?

A.   12:47 p.m. Eastern time.

        MS. MEDETIS-LONG:  Can we go back to the enlarged image of the rifle in the tree.

BY MS. MEDETIS-LONG:

Q.   And what did you say about how it was secured, how the rifle was secured to the tree?

A.   Blue bungee cord and black tape.

Q.   Have you seen black tape in the investigation?

A.   I have.

MS. MEDETIS-LONG:  Your Honor, permission to approach?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    (Tendering item.)

A.    Thank you.

Q.    I have just handed you Government's Exhibit 43.  Could you hold that up, please.

A.    (Complies.)

Q.    What is that?

A.    It's black tape.

Q.    Where was that found?

A.    In the Nissan Xterra.

Q.    When?

A.    After the defendant's arrest on September 15th, 2024.

Q.    The location of the firearm, does that appear familiar to you?

A.    It does.

Q.    What does it look like?

A.    It looks like one of the trees that I observed at the Trump International Golf Club.

Q.    Around what hole?

A.    The 14th hole.

Q.    Okay.  We will discuss that a bit later, but for now, as part of your investigation, did you uncover evidence of whether the defendant was using his various cell phones to research the

SKS rifle?

A.   Yes.

MS.  MEDETIS-LONG:   And permission to publish Government's Exhibit 127?

THE COURT:   One moment.

MS.  MEDETIS-LONG:   Already in evidence, Your Honor.

THE COURT:   Granted.

BY MS.  MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

MS.  MEDETIS-LONG:   Go to the next page.

BY MS.  MEDETIS-LONG:

Q.   What is this, generally speaking?

A.   These are images of SKS rifles.

Q.   From where?   Meaning, where were they seized from?

A.   From GX300.

Q.   Did you have an opportunity to look through GX300?

A.   I did.

Q.   And approximately, in your estimation, having reviewed that phone, how many -- how many photos of firearms were on GX300?

A.   Approximately 200.

Q.   What types of firearms, generally speaking, are depicted in this exhibit?

A.   SKS rifles and ammunition.

Q.   Okay.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 149?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Already in evidence.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Another cell phone report for GX300, the -- one of the defendant's burner phones.

MS. MEDETIS-LONG:  And if we could go to the next page.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the web history.

Q.   For what day?

A.   September 4th, 2024.

Q.   And what does it show?

A.   Searches such as "How many bullets does an SKS rifle hold?" "How many bullets does an SKS rifle hold?" and then again, two more times, "How many bullets does an SKS rifle hold?"

MS. MEDETIS-LONG:  Can we scroll to the next page.

BY MS. MEDETIS-LONG:

Q.   What does it show on Row 8 and 9?

A.   "How many bullets does an AK-47 magazine?"  Both lines.

Q.   Did you uncover evidence as part of the investigation if the defendant had experience with firearms?

A.   I did.

MS. MEDETIS-LONG:  And if we could have permission to publish Government's Exhibit 103, already in evidence?

THE COURT:  One moment.

Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a text message from the defendant to Kathleen Shaffer.

Q.   And from whom?  I'm sorry.  You said the defendant?

A.   From the defendant, yes, ma'am.

Q.   What's the date?

A.   July 30th, 2022.

Q.   And what does the defendant say?

A.   "AK-47 can shoot 400 meters, so got to get to 500."

Q.   And who is Kathleen Shaffer?

A.   A romantic partner of the defendant.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 1300, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a text message from the defendant -- excuse me. It's a WhatsApp message from the defendant.

THE COURT:  Ladies and gentlemen, you will see a

redaction there in that exhibit.  That's pursuant to a court order.  You should not guess at what is redacted or concern yourself at all with the Court's ruling with respect to that redaction.  And, again, you should consider only the admitted evidence in this case.

Please continue.

MS. MEDETIS-LONG:  Certainly, Your Honor.

BY MS. MEDETIS-LONG:

Q.    What does the defendant say in this message?

A.    "I owed an AK-47 in North Carolina and a TEC 9 and a bunch of guns."

Q.    And what is WhatsApp?

A.    It's an encrypted messaging application.

Q.    When you say "encrypted," what do you mean by that?

A.    It means that the company, meaning WhatsApp, does not retain the content of the messages.

Q.    Now, did there come a time after the defendant purchased the SKS where he was looking for a larger-caliber firearm?

A.    Yes.

Q.    And is there evidence of that in your investigation?

A.    Yes, ma'am.

MS. MEDETIS-LONG:  Going back to Government's Exhibit 8.  Permission to publish, Your Honor?  Already in evidence.

THE COURT:  One moment.

Granted.

MS. MEDETIS-LONG:  If we could go to page 10.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a message from the defendant to Tina Cooper.

Q.   What does it say?

A.   "Howdy."

Q.   And what is the date?

A.   August 24th, 2024.

Q.   And is there a response from Cooper?

A.   Yes.

Q.   What is the response?

A.   "Howdy.  Long day.  Ronnie said he needed that too.  He doesn't have one either."

Q.   And in a moment we will see, but do we have messages between Cooper and Oxendine related to "Howdy.  Long day.  Ronnie said he needed that too.  He doesn't have one either"?

A.   We do.

Q.   Okay.  And what is the defendant's response to Cooper's message?

A.   "Go shopping for me."

Q.   What's the date of that message?

A.   August 25th, 2024.

Q.   What's the time?

A.   12:05 a.m. UTC.

Q.   Does Cooper respond?

A.   She does.

Q.   How does she respond?

A.   "I am going to do that."

Q.   And does the defendant say anything after that?

A.   He does.

Q.   What does he say?

A.   "Thanks so much.  Nothing here where I am.  S-H-I-T."

Q.   And moving on to August 27, 2024, does the defendant send another message to Cooper?

A.   He does.

Q.   What does he say?

A.   "Any luck?"

Q.   And what is Cooper's response?

A.   "No."

Q.   And does Cooper have another response?

A.   I believe so.  Yes, there we go.

Q.   And what's the date and time of that response?

A.   August 27, 2024.

Q.   And what does she say?

A.   "They got them, but they don't want to sale them."

Q.   And does the defendant respond?

A.   Yes.

Q.   What does he say?

A.   "Can you try pawnshops?"

Q.   And what is Cooper's response?

A.   "Yes, but you got to pass the police record check."

Q.   And how does the defendant respond?

A.   "Doubt I pass.  Maybe buddy.  Let me see."

Q.   And moving to the next message from Tina Cooper in blue. What does -- what does the message say?

A.   "Did you figure it okay?"

Q.   And what's the date of that message?

A.   August 30th, 2024.

Q.   And did the defendant respond?

A.   He does.

Q.   What did he say?

A.   "They seem expensive.  Buddy is checking for cheap.  I do not think I can swing it."

Q.   And what is Cooper's response?

A.   "Yeah, I know.  2500 what I heard on the street."

Q.   And how does the defendant respond?

A.   "Seems."

        MS. MEDETIS-LONG:  And if we could go to Government's Exhibit GX117, already in evidence, Your Honor?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a text message between Tina Cooper and Ronnie Oxendine.

Q.   And what is the first message?  Who is it from?

A.   It's from Tina Cooper.

Q.   And what does it say?

A.   "Ryan said you got a .50 caliber for sale."

Q.   And what is the date?

A.   August 23rd, 2024.

Q.   And does Oxendine respond?

A.   He does.

Q.   What does he say?

A.   "I wish I had a .50 caliber rifle."

Q.   What's the date?

A.   August 23rd, 2024.

Q.   Based on the conversation between Cooper and the defendant in GX8, what -- and taken with this text message exchange between Cooper and Oxendine, what are Cooper and the defendant talking about in that exchange we just went over?

A.   The defendant's trying to purchase -- would like to and is trying to purchase a .50 caliber rifle.

Q.   And does he discuss pricing in that conversation with Cooper?

A.   He does.  He does.

        MS. MEDETIS-LONG:  And if we could go to Government's Exhibit 130, already in evidence, Your Honor?  Permission to publish?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What else is happening, in addition to the conversation between Oxendine and Cooper, on August 23rd?

A.   This is from the defendant's Google account, where the Google -- excuse me, the defendant searched for ".50 caliber BMG rifle."

Q.   What's the date?

A.   August 23rd, 2024.

Q.   What time?

A.   10:19 p.m. UTC.

Q.   And what is the Google account that you're referring to?

A.   It begins with "iamanidiot," and then is a series of numbers.

Q.   Okay.

     MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 101?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   We go from August 23rd to August 25th, 2024.  What is this generally?

A.   This is a cell phone report for GX301, the defendant's cell phone in his true name.

     MS. MEDETIS-LONG:  And if we could go down to the contents of this extraction.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a chat between the defendant and the user of a number ending in 6947.

Q.   And what does the defendant say in the first green bubble?

A.   "when is your next gun show?"

Q.   And what is the date of that?

A.   August 25, 2024.

Q.   And what is the response?

A.   "Morning.  Click on the link for our upcoming shows through the rest of the year.  Also, received your BM.  I sold the 50 BMG two weeks ago in Avon Park, but if you let me know which one you're looking for, I'll see what I can do."

Q.   Could you read out the number to whom the defendant is texting.

A.   772-577-9647.

         MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 185, already in evidence, on the ELMO?

         THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a flyer for a gun show in LaBelle, Florida.

Q.   Where was it found?

A.   In the Nissan Xterra.

Q.   And directing your attention to the bottom right portion of this flyer, what is the telephone number?

A.    "772-577-9647."

Q.    And where have we seen that number?

A.    That's the number we just observed the defendant texting with about the gun show and the .50 caliber rifle.

Q.    Is it fair to say that the defendant was texting somebody affiliated with this gun show?

A.    Yes.

        MS. MEDETIS-LONG:  Going back to Government's Exhibit 101.

BY MS. MEDETIS-LONG:

Q.    Now, what happens in this text bubble, this blue bubble right here?

A.    The gun show operator sends the defendant a link for the -- his operation, his promotions.

Q.    And what is the date of that text?

A.    August 28, 2024.

Q.    And does the conversation continue between the defendant and the gun show operator or affiliate?

A.    It does.

Q.    Okay what does the next page show?

A.    The defendant writes, "Seems they are all too expensive.  I should have done more research.  I am not rich.  Crap."

Q.    And what does the gun show operator respond?

A.    "Not cheap at all LOL.  I can keep an eye out for an older single-shot one."

Q.   And what is the date of that message?

A.   August 30, 2024.

Q.   And what is the defendant's response?

A.   "What price range do they fall in?"

Q.   What's the date of that message?

A.   August 30, 2024.

Q.   And what is the response of the gun show operator?

A.   "2500 to 3500."

Q.   And how does the defendant respond?

A.   "Out of my reach.  Sorry to have bothered you.  Very nice of you."

Q.   What's the date of that message?

A.   August 30, 2024.

Q.   Now, when these conversations are happening, where is the defendant geographically?

A.   He is in Palm Beach County, Florida.

Q.   Does the defendant continue to use his phones to search for .50 caliber firearms?

A.   He does.

        MS. MEDETIS-LONG:  And if we could have permission to publish Government's Exhibit 128, already in evidence?

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

Q.   And what does it show?

A.   It shows images of a .50 caliber rifle.

Q.   What is the brand?

A.   Barrett.

MS. MEDETIS-LONG:   And permission to publish Government's Exhibit 131, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is from the defendant's Google account, where, on August 24, 2024, he searched for "gun stores Belle Glade, Florida."

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 132, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   On August 24th -- again, from the defendant's Google account.  On August 24, 2024, the defendant searched for "requirements to buy a gun in Florida, Florida gun laws nonresident, and Florida gun laws nonresident to buy a rifle."

Q.   And, again, all of these timestamps are in UTC; correct?

A.   Yes, ma'am.

Q.   And so if we wanted to convert them to Eastern time, what would we do?

A.   We would subtract four hours.  So in this case, for example, the top search was 7:03 p.m. UTC; that would be 3:03 p.m. Eastern time.

Q.   And where is the defendant during this August 24th time period?

A.   Palm Beach County.

MS. MEDETIS-LONG:  Going to Government's Exhibit 135.

Permission to publish?  It's already in evidence, Your Honor.

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the burner phones.

MS. MEDETIS-LONG:  And if we could go to the next page.

BY MS. MEDETIS-LONG:

Q.   If we could draw your attention to Row 7 and 8.  What do we see there?

A.   We see searches for Craigslist, for rifles and guns.

Q.   And going to Row 9, what do we see there?

A.   A search for guns near West Palm Beach, Florida, on Craigslist.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 141, already in evidence?

THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q. What is this?

A. A cell phone report, again, for GX300, the same burner phone.

Q. And what is the artifact from this extraction?

A. It's a web history dated August 29, 2024, where the defendant searched for "What is the cost of a round for the M50 sniper rifle cost?"

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 142?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. A cell phone report, again, for GX300 the same burner phone.

Q. And what does this artifact show us?

A. Another web visit on August 29, 2024, where the defendant visited a site, "Top 5 budget-priced .50 caliber BMG rifles."

Q. And, again, what's the date of this search?

A. August 29, 2024.

Q. Do you recall what the defendant was asking the gun show owner about?

A. Purchasing a .50 caliber rifle.

Q. Was it the BMG?

A. Yes.

Q.   Now, moving away from the firearms.  Did the defendant, when he came to West Palm Beach or Palm Beach County in August of 2024, establish a home base?

A.   He did.

Q.   And aside from establishing a home base in Palm Beach County, what was the defendant, generally speaking, doing when he was here, according to your investigation?

A.   He was living at that truck stop, as we talked about yesterday.  He was conducting physical and electronic surveillance.  And he was, based on the review of that surveillance, electronic and physical stalking the President.

Q.   President of the United States?

A.   Yes, ma'am.  Then former President Trump, now President Trump.

Q.   And you say he lived in -- at the truck stop?

A.   Yes, ma'am.

Q.   Is that the Marathon truck stop?

A.   Yes, ma'am.

Q.   That we discussed yesterday?

A.   Yes.

Q.   And did he -- where -- where did he live physically at that truck stop?

A.   He was living in the Nissan Xterra at that far corner of the truck stop underneath that tree, in that far-off section.

Q.   And did you uncover evidence that he was, in fact, living

at the truck stop?

A.   We did.

Q.   Okay.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's already in evidence as GX720?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a Long Island Food Market receipt.

Q.   What's the address?

A.   890 North U.S. Highway 27, South Bay, Florida.

Q.   And what does this say right here (indicating)?

A.   "Marathon 299."

Q.   And what is the date of this receipt?

A.   August 14, 2024.

Q.   And what was purchased?

A.   Eight nights of overnight parking.

Q.   How was it paid for?

A.   Cash.

Q.   Moving to Government's Exhibit -- I'm sorry.

What is shown down here (indicating)?

A.   Also it says "Dos Amigos Mexican Restaurant."

Q.   Showing you Government's Exhibit 726.

MS. MEDETIS-LONG:  Permission to publish, Your Honor? Already in evidence.

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   A little bit hard to read, but can you make out what this is?

A.   It's another Long Island Food Market receipt dated August 1, 2024.

Q.   And what is it for?

A.   For six nights of overnight parking.

MS. MEDETIS-LONG:  Moving to Government's Exhibit 724, already in evidence.  Permission to publish?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Another Long Island Food Market receipt dated August 29, 2024, for six nights of overnight parking.

Q.   And is this for the same location?

A.   It is.

Q.   And how was this paid for?

A.   Cash.

MS. MEDETIS-LONG:  Moving on to Government's Exhibit 725.  Permission to publish, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Another Long Island Food Market receipt dated

September 5, 2024, for six nights of overnight parking.

Q.   And, again, this is for the same location?

A.   That's correct.

MS. MEDETIS-LONG:  Moving to Government's Exhibit 721.
Permission to publish, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Another Long Island Food Market receipt, same location,
dated September 12, 2024, for four nights of overnight parking.

Q.   And how was this paid for?

A.   Cash.

Q.   And in case I didn't ask, for the prior receipts we just
looked at, how -- how would that -- how was that parking paid
for?

A.   All paid in cash.

THE COURT:  At 10:30, I would like to take our morning
break.  So that's in about ten minutes.

MS. MEDETIS-LONG:  Certainly, Your Honor.

Your Honor, permission to publish what's already in
evidence as 753 with the use of the ELMO?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Agent, what do we see here?

A.   A parking permit.

Q.   And what are the dates?

A.   September 12, 2024; expires September 15, 2024.

Q.   Where was this found?

A.   In the Nissan Xterra.

Q.   And so based on these receipts and that parking placard, that yellow parking placard, Government's Exhibit 753, what is your conclusion about where the defendant took up residence between August 14th and September 15, 2024?

A.   The Marathon gas station truck stop in South Bay.

Q.   Is there other evidence placing the defendant at the Marathon gas station truck stop?

A.   Yes.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 756B?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a still from the body-worn camera from a police officer from September 6th, 2024.

Q.   And where -- who do we see in that?

A.   We see the defendant standing next to the Nissan Xterra.

Q.   And where is he located?

A.   He is located in that far corner of the parking lot at the Marathon truck stop under the tree.

MS. MEDETIS-LONG:  And if we could have permission to

publish what's already in evidence as Government's Exhibit 909?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. This is a cell phone report for GX301, the defendant's cell phone in his true name.

Q. And what do we see in this -- in this report?

A. This is an image of the inside of the Nissan Xterra.

Q. And what do you see in this image?

A. I see bedding. I see a sleeping bag and pillow.

Q. And if we could see out -- could you see out the windshield of that -- of that photograph?

A. I can.

Q. And what do we see here?

A. I see white sunglasses and black sunglasses.

Q. And what do you see through the windshield?

A. I see trucks.

Q. Okay.

MS. MEDETIS-LONG: And permission to publish Government's Exhibit 1127, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. Again, this is the rear of the Nissan Xterra.

Q. And what do we see?

A.   Clothing and personal items and bedding.

Q.   And when was this photograph taken?

A.   This was taken by the FBI after the defendant's arrest on September 15th, 2024.

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 39B, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   These are items seized from the Nissan Xterra.

Q.   Including?

A.   Including the mustard-colored shoes, the red flashlight, some food, receipts, a written note, razors, and other clothing items.

Q.   What do these appear to be (indicating)?

A.   Wire cutters and a poncho.

        MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 1130, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see in this photograph?

A.   There is a black bookbag.  I see a baggie with toilet paper in it, some gloves, and some other items.

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 1132, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   White button-down shirts.

Q.   Where were these?  With respect to 1127, 39B, 1130, and 1132, that series of photos that I have shown you, where were those items found?

A.   All seized from the Nissan Xterra after the subject's -- the defendant's arrest.

Q.   Including these white shirts?

A.   Yes, ma'am.

MS. MEDETIS-LONG:  And Government's Exhibit 343, permission to publish, Your Honor, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   More clothing items seized from the Nissan Xterra after the defendant's arrest.

Q.   I want to draw your attention to this particular article of clothing.  What is that?

A.   Those are madras shorts.

Q.   Have we seen those in this investigation?

A.   Yes, ma'am.

MS. MEDETIS-LONG:  And if we could compare this photo to Government's Exhibit 756B.

THE COURT:  You may.

BY MS. MEDETIS-LONG:

Q.   What is 756B on the right-hand side?

A.   That body-worn camera footage from the police -- police welfare check with the defendant on September 6th.

Q.   What is he wearing?

A.   The madras shorts.

MS. MEDETIS-LONG:  And permission to compare Government's Exhibit 7 -- 343 with Government's Exhibit 352A already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is the AT&T store in Greensboro, North Carolina.

MS. MEDETIS-LONG:  And if we could go to 13 minutes and 20 seconds.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see there?

A.   The defendant wearing a white button-down shirt and the madras shorts.

Q.   Now, is there evidence showing that the defendant is actually here in Palm Beach County in August and September of 2024?

A.   Yes, there is.

Q.   And showing you Government's Exhibit 1106.

MS. MEDETIS-LONG:  Already in evidence, permission to publish?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What are these?  A little bit hard to read, but what are these?

A.   These are PayPal records.

MS. MEDETIS-LONG:  And could we go to --

BY MS. MEDETIS-LONG:

Q.   For what account?

A.   The account ending in 2288.

MS. MEDETIS-LONG:  And if we could go to page 1 of these records.

BY MS. MEDETIS-LONG:

Q.   In whose name is this account in?

A.   Ryan Routh, the defendant.

MS. MEDETIS-LONG:  And could we go back to the -- the previous page that we were looking at.

BY MS. MEDETIS-LONG:

Q.   Does this show transaction records?

A.   They do.

Q.   And running through the dates here (indicating) and the locations of the transactions, can you do that for us?

A.   I can.  The first is a cash -- cash withdrawal on

April 3rd, 2024.

MS. MEDETIS-LONG:  And if we could scroll over to show the location.

THE WITNESS:  I can see it like this, Ms. Luce.

The first one is in -- scroll a little bit more.

MS. MEDETIS-LONG:  Can you zoom out, please.

THE WITNESS:  So it's -- the first one is for April 3rd, 2024, and for a cash withdrawal in Royal Palm Beach, Florida.

BY MS. MEDETIS-LONG:

Q.   And what's the next one?

A.   August, I believe, 15th.

We will get it.  There we go.

August 15th, 2024, for a cash withdrawal in Belle Glade, Florida.

Q.   And what does the next -- the third entry say?

A.   August 17th, 2024, a cash withdrawal in Wellington, Florida.

Q.   And what does the fourth entry say?

A.   August 20th, 2024, for a purchase at a FedEx Office in Royal Palm Beach, Florida.

Q.   And the next transaction, what's the date, and where was it done?

A.   August 24th, 2024, cash withdrawal in Belle Glade, Florida.

Q.   And what does the next transaction show?

A.   September 10th, 2024, for a cash withdrawal in Belle Glade, Florida.

Q.   And is there evidence associating the defendant with the account ending in 2288?

A.   Yes, there is.

MS. MEDETIS-LONG:   Your Honor, I can pause here or just go through one more exhibit.

THE COURT:   Carry on just a little bit longer, please.

MS. MEDETIS-LONG:   Permission to use the ELMO to publish what's already in evidence as Government's Exhibit 940?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a debit card, a Venmo debit card specifically.

Q.   Showing you the back side of this debit card, what is the name of the account?

A.   Ryan Routh.

Q.   And what is the account number?

A.   5143 7723 7150 2288.

Q.   And where was this card taken from?

A.   From the Nissan Xterra.

THE COURT:   All right.  Ladies and gentlemen, we will take a break now.  This will be for 20 minutes, until 10:50.

Ma'am, you remain under oath, and don't discuss the substance of your testimony.

All rise for the jury.

(The jury exited the courtroom at 10:33 a.m.)

THE COURT:  All right.  Thank you.

Please, counsel and parties, return to the courtroom at 10:45.  Thank you.

(A recess was taken from 10:34 a.m. to 10:51 a.m.)

THE COURT:  All right.  Please have a seat.

Before we bring in the jury, there is only one defense exhibit list that was provided to the Court at calendar call by the defendant, and filed, I believe, by the Court on CM/ECF for docketing purposes given the defendant's pro se status.  So I'm not familiar with any other lists or any other exhibits, other than what was given to us, the Court, meaning in the Redweld.

Mr. Browne, any updates?

MR. BROWNE:  Yes, Your Honor.  I have a copy of the defense exhibit list that was provided to the government and to standby counsel but apparently not to the Court.  That begins with DX200, which is, again, reflected in the government's chart.

So if I could approach with a copy of the defendant's exhibit list that he provided to us at the calendar call, I think it would assist the Court in going through some of these items.

THE COURT:  Okay.  Well, I'm not sure I need to be receiving any new exhibit lists that weren't previously

provided on time to the Court.  The only one that was given was the one that starts with "Big Brother."  Is that the same item?

MR. BROWNE:  No, Your Honor.  If you're referring to Docket Entry 268?

THE COURT:  Yes.

MR. BROWNE:  Okay.  So those -- those -- in our view, Judge, this is simply a reproduction of the discovery index that the defense provided to us.  There are no DX numbers, which, as the Court is familiar, the Court ordered, from the beginning of this case, both parties to mark their exhibits in a certain way.  That's not reflected here.  There are no actual exhibit numbers, as far as I can tell, on Docket Entry 268.

The first time we saw exhibit numbers was on a court form that was provided by the defendant at the calendar call.

THE COURT:  Has that been docketed ever?

MR. BROWNE:  Not to my knowledge, Your Honor.

THE COURT:  Okay.  Then, Ms. Militello, does this conform to your understanding of what transpired with the defense exhibit lists?

MS. MILITELLO:  Not entirely.  What's been docketed is what the defense originally prepared on behalf of Mr. Routh; and while they're not numbered DX, they're numbered DEF, dash, and have numbers.  And that's what the Court has a copy of in the Redweld, and that is what is on this Excel spreadsheet.  And we provided copies at the calendar call.

Mr. Routh brought items himself to the calendar call. He provided a copy to the government. Did not have -- you would have to speak with him -- but I think the ability to copy for standby counsel. So standby counsel did not get a copy at the calendar call and, therefore, did not file anything at the calendar call.

The government just made a copy for us of his typed exhibit list that they just discussed.

THE COURT: Can you get closer to the mic, please.

MS. MILITELLO: Yes. And they just provided to us a copy. They have Mr. Routh's originals. And so my investigator just stepped outside, but he could take these originals, of course, across the street, and we could make color copies. That way, we all have them.

THE COURT: Are these different from the items in the Redweld?

MS. MILITELLO: Some of them are. These are items that Mr. Routh brought with him to the calendar call, and he would have to speak as to whether a copy was provided to the Court. I don't know. But I know a copy was provided to the government at the calendar call.

THE COURT: Okay. So then what do the parties propose at this point to, number 1, clear up the record on the exhibit list that governs, and number 2, make available to the Court the defense proposed exhibits?

Mr. Browne.

MR. BROWNE:  In order to rule on these exhibits, which we contend, and have from the beginning, are entirely inadmissible --

THE COURT:  Can you just answer my first question. Number 1, I want to make sure the record is clear on the exhibit lists that govern in this case.  How do we get there?

MR. BROWNE:  Ultimately, it's up to the defendant what exhibits he wants to propose.  But I think it would be helpful for the Court to at least see what he handed the government in terms of his exhibit list.

THE COURT:  Okay.  Mr. Routh, the exhibit list that Mr. Browne now has, is that the exhibit list that -- that you want to be the exhibit list in this case?

MR. ROUTH:  I think to -- where the problem came in, Your Honor, was that they had the preexisting 191 items on their list, and I assumed that they had produced a list to go with their 191 items.  And then I started at 200 and did from 200 to 300-and-some-odd.  So when we were -- arrived in court, you know, we just put our two stacks together and assumably gave it to -- to both parties.  When -- when I was handing this set to you, you know, she's like, "Oh, those were the originals."  So I assumed that there were two lists that were provided to both parties with two stacks of evidence.  So I'm not sure.  Maybe -- maybe we didn't generate a list to go

with --

THE COURT:  I see.  There are -- now that I'm looking more carefully, we have the original defense disclosure index as described by Mr. Browne, which is what was docketed at 268.  And then, embedded within the Redweld is a separate exhibit list handwritten by Mr. Routh, starting at 200 with "killedinukraine.com."

Is that, Ms. Militello, where Mr. Routh's secondary exhibit list begins?

MS. MILITELLO:  Yes.  And it's my understanding that your handwritten list should correspond with the government's typed list.  He was unable to make copies, so that's why there is one handwritten and one typed.  I'm happy, if the Court would like, to make a digital copy of this typed list and file it for the record.

THE COURT:  Yes.  We should -- we should file this secondary exhibit list that starts at 200.  It would then be viewed in combination with the 268 entry, and that would represent the full scope of proposed defense exhibits.

Ms. Militello, would that encapsulate all the defense-proposed exhibits in this case?

MS. MILITELLO:  Yes, Your Honor.

And if I may clarify.  Did the Court have -- you said embedded in the Redweld was this list.  Does the Court also have embedded in there the actual exhibits that Mr. Routh

marked, starting DX200?

THE COURT:  Yes.  It starts with, like, a handwritten drawing, it looks like.  So, yes, it looks like I have a complete set of the defense-proposed exhibits.  But all that has to happen now is the filing of the secondary exhibit list.

MS. MILITELLO:  Okay.

THE COURT:  So, Standby Counsel, please make sure to get that done.

And then, also, for preservation purposes, to the extent Mr. Routh wishes to maintain a challenge to the admissibility of any of these items, I do think it would help the record, also, to have standby counsel scan in color form all of these defense-proposed exhibits in one composite filing but with individual attachments corresponding to the numbers.

So please make that a part of the -- of the request, Ms. Militello.  And this can happen by Monday, because it's a little bit more cumbersome to get that filed.

All right.  Do we at this point have, at least for record purposes, a complete understanding of the proposed defense trial exhibits on the table, Mr. Browne?

MR. BROWNE:  Your Honor, I don't know what the Court has.  But, yes, if that is -- if the typed exhibit list that the defendant brought to calendar call is filed, I think that is sufficient for record purposes.

THE COURT:  Okay.  Plus, like I said, the composite,

proposed defense trial exhibits so the record can show the various items, including pictures of skate parks, newspapers, and other things the defendant believes are admissible.

Okay.  We're not going to take up the substantive discussion of these exhibits any further now because the jury is waiting.  So let's call the jury in, please.

MS. MILITELLO:  Your Honor, I'm going to step out and hand them my stuff to copy.

THE COURT:  Yes.  Thank you.  And for planning purposes, I would like to go until 12:30 with this witness and then have a one-hour break for lunch.

MS. MEDETIS-LONG:  Understood, Judge.

THE COURT:  Yes, thank you.

(The jury entered the courtroom at 11:00 a.m.)

THE COURT:  Agent McGreevy, please return to the witness stand.  And you remain under oath.

We will continue, ladies and gentlemen, until 12:30 or so, at which point we will take an hour lunch today.

Please continue.

MS. MEDETIS-LONG:  Certainly, Your Honor.

BY MS. MEDETIS-LONG:

Q.   Agent McGreevy, we were talking about a debit card in the defendant's name before we took a break.  Do you recall that?

A.   Yes, I do.

MS. MEDETIS-LONG:  And if we could have permission to

publish Government's Exhibit GX907, already in evidence, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here, Agent?

A.   This is a cell phone report for GX301, the defendant's cell phone in his true name.

Q.   And if we could scroll down to the next page.  What is this artifact, generally speaking?

A.   This is an image.

Q.   And where was this image retrieved or extracted from?

A.   It was extracted from GX301, the defendant's true-name cell phone.

Q.   And what is it an image of?

A.   It is an image of the debit card we just viewed ending in 2288.

Q.   And what's the date modified on this?

A.   September 13, 2024.

MS. MEDETIS-LONG:  And if we could go to an enlarged image of the thumbnail, please.

BY MS. MEDETIS-LONG:

Q.   Does that match with the debit card I showed you on the ELMO?

A.   Yes, ma'am.

Q.   Now, you mentioned earlier that when the defendant was in

Palm Beach County, between August 14th and September 15, 2024, that he was conducting surveillance.  Who was he conducting surveillance of?

A.   President Trump.

Q.   And were there specific locations where he was conducting surveillance?

A.   Yes.

Q.   What were those locations?

A.   The Palm Beach International Airport, the Trump International Golf Club, and Mar-a-Lago.

Q.   Now, could we start, if we might, with the Palm Beach International Airport.

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 190, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a text message exchange between the defendant and a user named Zolltan.

Q.   Now, as part of the investigation, did we determine who Zolltan was --

A.   Yes, ma'am.

Q.   -- or what his true name was?

A.   Yes, ma'am.

Q.   What is his true name?

A.   Volodymyr Kravtsov.

Q.   And where does he live?

A.   Ukraine.

Q.   Do we know what he does for living?

A.   He works in supply for the International Legion.

Q.   And what is the date of the initial green bubble text message or instant message here?

A.   August 29, 2024.

Q.   And what time?

A.   11:59 p.m. UTC.

        MS. MEDETIS-LONG:  And could we go to the very last page of this exhibit.

BY MS. MEDETIS-LONG:

Q.   Is there an enlarged image of what was sent there?

A.   There is.

Q.   What is that?

A.   This is an aerial photo of President Trump's private plane.

Q.   How do you know that's President Trump's private plane?

A.   You can see in the markings that it says "Trump" on the side of the plane.

        MS. MEDETIS-LONG:  If we could go back to the first page.

BY MS. MEDETIS-LONG:

Q.   After the defendant sends this image to Zolltan or Volodymyr, what is the response?

A.  "Palm Beach.  Yours?"

Q.  And does the defendant respond?

A.  He does.

Q.  And what does he say?

A.  "Trump's plane.  He gets on and off daily."

Q.  What's the date of that message?

A.  August 30, 2024.

Q.  What is Atlantic Aviation?

A.  It is a private airplane company located at the Palm Beach International Airport.

MS. MEDETIS-LONG:  And, Your Honor, permission to publish Government's Exhibit 600-23A through G, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.  What is this, generally?

A.  This is a cell phone report for GX300, one of the defendant's burner phones.

Q.  And if we could go to the next page.  Generally speaking, what artifact was seized from GX300?

A.  A number of images.

MS. MEDETIS-LONG:  And if we could now scroll through to 600-23A.

BY MS. MEDETIS-LONG:

Q.  What do we see here?

A.    This is the private plane area of the Palm Beach International Airport.

Q.    Is this the Atlantic Aviation area?

A.    It is.

Q.    And do we see a particular plane in this image?

A.    We do, yes, ma'am.  (Indicating.)  This is Trump -- President Trump's private plane.

Q.    And have you been to this -- well, first of all, what roadway do we see this picture taken from?

A.    Southern Boulevard.

Q.    And have you taken this route?

A.    I have.

Q.    And have you passed by this area of Palm Beach International Airport?

A.    I have.

Q.    And when you passed by, what plane did you see parked there?

A.    I did see President Trump's personal plane parked there.

        MS. MEDETIS-LONG:  Could we go back up to the second page of this exhibit.

BY MS. MEDETIS-LONG:

Q.    What are the dates of these images?

A.    August 29, 2024.

Q.    Those are the modified dates?

A.    Yes, ma'am, and capture time.  Both.

MS. MEDETIS-LONG:  If we could go back to the image we saw earlier at 600-23A.  Could we scroll to the next Image, 23B, 600-23B.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Also the private plane area of the Palm Beach International Airport.

MS. MEDETIS-LONG:  And can we scroll to 600-23C.  And 600-23D.  Now E.  F.  G.

BY MS. MEDETIS-LONG:

Q.   What are your impressions of these photographs, ma'am, based on your training and experience?

A.   These look like surveillance photographs.

Q.   Why do you say that?

A.   Because when I have conducted surveillance in the past and I have wanted to take pictures of something without being noticed, I would often drive by and try to surreptitiously take photos using my cell phone, and they often come out much like this in a series as if I'm -- in this case, the defendant driving, taking photos, and that are a bit blurry, and in succession.

Q.   Moving to early September.

MS. MEDETIS-LONG:  If we could have permission to publish Government's Exhibit 600-24A through L?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this, generally?

A.   A cell phone report for GX300, the same burner phone.

Q.   Go to the second page.  What are these artifacts?

A.   These are more images.

Q.   What are the "dates modified" in the capture time?

A.   September 1st, 2024.

MS. MEDETIS-LONG:  And if we could scroll to the enlarged versions of these image -- images.

BY MS. MEDETIS-LONG:

Q.   600-24A, what do we see there?

A.   In the foreground, we see the white and black sunglasses, two pairs, one white, one black, in the dash.

Q.   And what is to the right center of this photograph?

A.   The private plane area of the Palm Beach International Airport.

MS. MEDETIS-LONG:  Scrolling to 600-24B.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Same.  The private plane area of the Palm Beach International Airport.

MS. MEDETIS-LONG:  Going to C.  Now D.  Next.  E.  F. Going to G.  H.  Showing you I, J, K, and L.

BY MS. MEDETIS-LONG:

Q.   What were all those photos of?

A.   More surveillance photos of the private plane area of the Trump -- excuse me, Palm Beach International Airport.

Q.   Why do you say "surveillance photos"?

A.   Again, in that rapid succession being taken while driving, I have -- I have taken similar photos when working on surveillance in the past, and these look to me to be surveillance photos.

Q.   Where are they taken from?

A.   Southern Boulevard.

Q.   On September 7, 2024, does the defendant actually go to Palm Beach International Airport?

A.   Yes.

Q.   And how do we know that?

A.   We see his vehicle at the airport, his phones are located at the airport, and there is surveillance footage of him at the airport.

Q.   Now, at the time -- and we will get into the specific times, but at the time that the defendant goes to Palm Beach International Airport, what is also happening on September 7, 2024, of note?

A.   President Trump's motorcade arrives at the Palm Beach International Airport in that private plane area, and the President boards his private plane and departs.

Q.   Okay.

          MS. MEDETIS-LONG:   Your Honor, permission to publish

Government's Exhibit 600-186, already in evidence?

THE COURT: Granted.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q. What do we see here?

MS. MEDETIS-LONG: If we could pause.

THE WITNESS: We see the Nissan Xterra arriving at the parking lot entrance of the Palm Beach International Airport.

BY MS. MEDETIS-LONG:

Q. What's the --

MS. MEDETIS-LONG: If we could zoom in the license plate on the Xterra.

THE WITNESS: 97E EED.

BY MS. MEDETIS-LONG:

Q. We will talk about that later, but does that license plate make an appearance throughout this case?

A. Yes, it does.

MS. MEDETIS-LONG: Going to 600 -- and, by the way, if we could zoom back out again.

BY MS. MEDETIS-LONG:

Q. What's the date and time of this video?

A. September 7th, 2024, at 10:20 a.m.

MS. MEDETIS-LONG: And if we could have permission to publish Government's Exhibit 600-190, already in evidence?

THE COURT: Granted.

MS. MEDETIS-LONG:  If we could go to 45 seconds of this video.

BY MS. MEDETIS-LONG:

Q.   First of all, what are we seeing here?

A.   This is the ticketing area inside Palm Beach International Airport.

(A video and/or audio was played.)

MS. MEDETIS-LONG:  If we could zoom out.

BY MS. MEDETIS-LONG:

Q.   What is the date and time?

A.   It's September 7th, 2024, at 10:28 a.m.

MS. MEDETIS-LONG:  Could we pause.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   It's the defendant.

Q.   What is he wearing?

A.   A white button-down shirt, the madras shorts, flip-flops, and has his white sunglasses on his head.

Q.   Those shorts, have they made an appearance in this case?

A.   Yes, they have.

Q.   And where have they made an appearance?

A.   They were seized from the Nissan Xterra after the defendant's arrest.  He was also observed wearing them at the AT&T store in Greensboro, and -- on surveillance footage, and then again on September 6th, during the police welfare check,

he was wearing them in that video as well.

Q.   What, if anything, is the defendant carrying in this video?

A.   Nothing.

Q.   Is that unusual to you?

A.   It is unusual.  Typically people that are traveling in an airport are carrying a bag of some kind.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-192, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is the date and timestamp?

MS. MEDETIS-LONG:  If we could pause it for a moment.

THE WITNESS:  September 7th, 2024, at 10:32 a.m.

BY MS. MEDETIS-LONG:

Q.   And what do we see in the lower right-hand corner of this image?

A.   We see the defendant.

Q.   And where is this?

A.   This is an atrium area inside the Palm Beach International Airport.  It's before security.

MS. MEDETIS-LONG:  If we could go to 1 minute and 24 seconds of this video.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see in this far right corner of the image?

A.   You can see here, and I will circle it (indicating), the defendant is -- he just took a seat and is looking out the windows.

MS. MEDETIS-LONG:  And if we could zoom back out.

BY MS. MEDETIS-LONG:

Q.   What is the date and time?

A.   September 7th, 2024, at 10:34 a.m.

MS. MEDETIS-LONG:  Going to 15 minutes and 40 seconds of this same video.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see now the defendant doing?

A.   He is getting up, and he is walking away from the windows.

Q.   And what is the date and timestamp in this portion of the video?

A.   September 7th, 2024, at 10:48 a.m.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-193, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  If we could go to 16 minutes and 15 seconds of this video.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see the defendant doing now?

A.   We see the defendant enter the screen, looking back out the

windows.

Q.   What time is it?

A.   It's 10:49 a.m.

Q.   What day?

A.   September 7th, 2024.

MS. MEDETIS-LONG:  If we could go to 17 minutes and 15 seconds of this video.

(A video and/or audio was played.)

MS. MEDETIS-LONG:  If we could pause it.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The defendant departing this area.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 600-189?

THE COURT:  Granted.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening here?

A.   The defendant operating the Nissan Xterra, and he is paying for his parking.

Q.   What is he wearing?

A.   White sunglasses.

Q.   How does he pay?

A.   Cash.

Q.   Okay.  Meanwhile, what's happening at the Atlantic Aviation

portion of the airport during this time?

A.   President Trump's motorcade is arriving, and the President is boarding the plane and departing.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 600-183?

THE COURT:  Granted.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening here?

A.   President Trump's motorcade is arriving.

Q.   And what's in the image here?

A.   His private -- his private plane.

MS. MEDETIS-LONG:  Going to 1 minute of this video.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see happening here?

A.   The President has exited the vehicle, and now he is walking up the steps to the plane.

Q.   What is the date and time of this?

MS. MEDETIS-LONG:  If we could zoom out.

THE WITNESS:  September 7, 2024, at 10:30 a.m.

MS. MEDETIS-LONG:  If we could compare this with Government's Exhibit 23A.  I'm sorry.  23 -- 600-23A.  Already in evidence.

///

BY MS. MEDETIS-LONG:

Q.    What do we see in 600-23A?

A.    President Trump's private plane at the -- in the private plane area of the Trump -- pardon me, Palm Beach International Airport.

MS. MEDETIS-LONG:  And I'm sorry.  We saw C, D, and E, not A, of 600-23, for the record.

Permission to publish 600-185, already in evidence, Your Honor?

THE COURT:  Granted.

(A video and/or audio was played.)

MS. MEDETIS-LONG:  Going to 45 seconds of this video.

BY MS. MEDETIS-LONG:

Q.    What do we see the plane doing now?

A.    It's taxiing away.

Q.    What's the date and time?

A.    September 7th, 2024, at 10:45 a.m.

Q.    And at around this time, what is the defendant doing?

A.    He was looking out the windows in the atrium area.

MS. MEDETIS-LONG:  Can we go to -- I'm sorry.  Going to timestamp 6 minutes and 45 seconds of this video.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    President Trump's plane departing, taking off.

Q.   And what's the date and time?

A.   September 7th, 2024, at 10:51 a.m.

Q.   And at this point, what is the defendant doing?

A.   He stood up and is walking away from the windows.

MS. MEDETIS-LONG:  Your Honor, permission to publish again Government's Exhibit 714, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here, page 55 of this exhibit?

A.   This is cell phone location data as well as LPR data.  The cell phone location data is for GX301, the defendant's cell phone in his true name, dated September 7th, 2024, at 10:23 a.m.  And it is located at the Palm Beach International Airport.

And the LPR data depicting the Nissan Xterra with license plate 97E EED, also located at the Palm Beach International Airport.

Q.   And you know that -- how do you know that the LPR is from the Palm Beach International Airport?

A.   Thank you for circling.  Palm Beach County, Florida, PBSO, and then PBI, Palm Beach International Airport, Turnage inbound; that indicates the Turnage Road inbound to the airport.

Q.   Now, you mentioned that there was other areas of Palm Beach County that the defendant surveilled.  What was that?

A.    Trump International Golf Club and Mar-a-Lago.

Q.    Okay.  If we could talk about the Trump International Golf Club for a moment.

MS. MEDETIS-LONG:  Again, if we could pull up page 20 of Government's Exhibit 714.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    This is cell phone location data for the GX301, the defendant's phone in his true name, for August 15, 2024, at 2:25 a.m., indicating the phone was in the vicinity of the southeast corner of the golf club.

Q.    Going to page 23 of the same exhibit.  What do we see here?

A.    More cell phone activation and location data for GX301, the -- the phone in the defendant's true name, as well as GX302, one of the burner phones on August 16, 2024, between 1:38 p.m. and 2:15 p.m.  And the phones are located in the vicinity of the Trump International Golf Club.

Q.    Going to page 27 of this same exhibit.  What do we see here?

A.    Cell phone location data for GX301 and 302, again, on August 18, 2024, between 1:19 a.m. and 2:19 a.m., showing the phones in the vicinity of the Trump International Golf Club.

Q.    Turning to page 29 of this exhibit.  What do we see here?

A.    Cell phone location information for GX302, one of the burner phones, on August 18, 2024, between 1:35 p.m. and

2:08 p.m., located in the vicinity of the Trump International Golf Club.

Q.   Page 32 of this same exhibit.  What do we see here?

A.   Cell phone location data for GX302, on August 19, 2024, at 2:37 a.m., located in the vicinity of the Trump International Golf Club.

Q.   Page 33 of this same exhibit?

A.   These are cell phone location data for GX301, the cell phone in the defendant's true name, on August 19, 2024, between 1:57 p.m. and 2:34 p.m., with the cell phone located in the vicinity and within the Trump International Golf Club.

Q.   And going to Government's Exhibit -- same exhibit, page 35, rather.

A.   More location data for GX301, the defendant's true-name cell phone, on August 21, 2024, between 1:58 a.m. and 4:16 a.m., at the Trump International Golf Club.

Q.   To be fair, it's in the vicinity of the golf club; correct?

A.   That's correct.  In the vicinity of.

Q.   And page 40 of the same exhibit.  What do we see here?

A.   Cell phone location data for GX301, the phone in the defendant's true name, on August 21, 2024, between 10:14 a.m. and 10:59 a.m.

Q.   Page 42 of the same exhibit.  What do we see here?

A.   More cell phone location data for GX301, the true-name phone, on August 22, 2024, between 8:14 a.m. and 8:34 a.m., in

the vicinity of Trump International Golf Club.

Q.   Page 43 of this same exhibit.  What do we see here?

A.   Location data for GX301, again, the true-name phone, on August 26, 2024, between 3:40 p.m. and 3:53 p.m., in the -- in the vicinity of Trump International Golf Club.

Q.   Page 44, what do we see there?

A.   Location data for GX301, the true-name phone on August 28, 2024, between 9:12 a.m. and 8:43 p.m., in the vicinity of the Trump International Golf Club.

Q.   How many hours was that phone there, in the vicinity of the Trump International Golf Club?

A.   11 to 12 hours.

Q.   Page 46 of this same exhibit.  What do we see here?

A.   Location data for, again, GX301, the true-name phone, on August 29, 2024, between 9:26 a.m. and 9:52 a.m., in the vicinity of the Trump International Golf Club.

Q.   Page 47 of this same exhibit.  What do we see?

A.   Cell phone location data for the true-name phone, GX301, on August 31, 2024, between 5:07 a.m. and 6:37 a.m.

Q.   Page 49 of this same exhibit.  What do we see?

A.   Cell phone location data for GX301, the true-name phone, on September 1, 2024, between 9:32 a.m. and 2:07 p.m., again, in the vicinity of the Trump International Golf Club.

Q.   Now, how many hours was the phone there?

A.   About five hours.

Q.   Showing you page 53 of this same exhibit.  What do we see here?

A.   Location data for GX301, the true-name phone, on September 2, 2024, between 4:29 a.m. and 8:05 p.m.

Q.   How many hours was the phone there?

A.   It's approximately 16 hours.

Q.   Page 55 of this same exhibit.  What do we see here?

A.   More cell phone location data for GX301, the defendant's true-name phone, September 7, 2024, at 10:23 a.m.

Q.   And we've seen that before.  Where was the car located and the phone?

A.   At Palm Beach International Airport.

Q.   And what was the defendant doing at Palm Beach International Airport on September 7th?

A.   Surveilling the President.

Q.   Page 57 of the same report.  What is the phone doing later that morning?

A.   It's in the vicinity of the Trump International Golf Club.

Q.   What time does this slide show us --

A.   Between --

Q.   -- for page 57 of Government's Exhibit 714?

A.   September 7, 2024, between 11:08 a.m. and 11:15 a.m.

Q.   Page 58 of this exhibit.  What do we see here?

A.   Cell phone location data for GX301, the defendant's true-name phone, on September 8, 2024, between 2:26 a.m. and

6:28 p.m.

Q.   And where is the phone?

A.   In the vicinity of the Trump International Golf Club.

Q.   For how many hours?

A.   Approximately 16 hours.

Q.   Page 60 of this same exhibit, 714.  What do we see here?

A.   Location data for GX301, the defendant's true-name phone, on September 9, 2024, between 3:43 a.m. and 4:59 p.m.

Q.   How many hours was the defendant's phone in the vicinity of the Trump International Golf Club on September 9, 2024?

A.   13 to 14 hours.

Q.   Now, between -- based on these cell phone location records for the defendant's various phones between August 15, 2024, and September 9, 2024, how often is the defendant's phone located near the Trump International Golf Course?

A.   Near daily.

Q.   Is there additional evidence on the defendant's phones showing surveillance of the Trump International Golf Course?

A.   Yes.

        MS. MEDETIS-LONG:  Your Honor, at this time I would ask for permission to publish what's already in evidence as 200- -- 200-7 of government's exhibits.

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.    This is a cell phone report for GX300, one of the defendant's burner phones.

Q.    And going to the next page.  What is this artifact, generally?

A.    It's an image taken from the device, from GX300.

Q.    And what is the capture date or time?

A.    September 5, 2024.

Q.    What time?

A.    10:05 p.m. UTC.

Q.    And what is the Eastern time for 10:05?

A.    6:05 p.m. Eastern.

Q.    Okay.  And going to an enlarged version of this thumbnail. What do we see here?

A.    This appears to be a photograph of a -- of another phone. So it appears that GX300 took a photograph of another cell phone depicting a map that I know to be of the 14th hole of the golf course.

Q.    How do you know it's the 14th hole?

A.    Because I have compared this photograph with maps of the golf -- of the -- excuse me -- of the golf course.

Q.    Now, what do we see -- what are the red items that we see in this -- in this photograph?

A.    They're pins dropped.  One -- the one that is marked "B" is dropped on the cart path just next to the green on the 14th hole.  And having been out there in person -- there is a steep

hill between A and -- not -- there is a hill between A and B, where, when you get to B, you are directly even with the green. So if someone were golfing, that's where were you would park your cart to get out and go putt on that green.

Q.   And what does point A show?

A.   It is the edge of the rough along the cart path.

Q.   And do you see a reflection of a phone?

A.   I do.

Q.   And do you see a reflection of a human?

A.   I do.

Q.   And in your training and experience, why would somebody take a picture of a phone with another phone?

A.   Again, to hide the fact that they're using the one phone. Like, they wouldn't want to send an image from one phone, thereby, attributing the image that they took with that phone being sent -- that image being sent with that phone.  So taking the photograph with a different phone, you could send the image using a different phone.

MS. MEDETIS-LONG:  Now, Your Honor, permission to publish 200-50 of -- government's exhibit, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Can we compare 200-50 with 200-7, please.

BY MS. MEDETIS-LONG:

Q.   What is 200-50?

A.    That is a Google Maps view of the -- this area of the 14th hole at Trump International Golf Club.

Q.    Is it the same area depicted off of the defendant's burner phone in 200-7?

A.    It is.

Q.    Okay.  Now, you said have you been to the Trump International Golf Course and, in particular, the 14th hole of the golf course; is that correct?

A.    Yes, ma'am.

MS. MEDETIS-LONG:  Your Honor, at this time, I would ask to publish Government's Exhibit 200-49A through S, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  If we could go to 200-49O.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    This is a tree in the rough area next to the 14th hole.

Q.    Did you actually go into the rough area?

A.    I did.

Q.    And did you inspect it?

A.    I did.

MS. MEDETIS-LONG:  Could we compare Government's Exhibit 200-40O with GX20, already in evidence?

THE COURT:  Do you mean 40O or 49O?

MS. MEDETIS-LONG:  I'm sorry.  49O, Your Honor.

THE COURT:  Okay.

MS. MEDETIS-LONG:  My apologies.

BY MS. MEDETIS-LONG:

Q.   What do we see in GX20 to the right of your screen?

A.   We see the SKS rifle tied up in a tree.

Q.   And what do we see to the left at 600- -- I'm sorry 200-49O?

A.   A very similar, if not identical tree.

MS. MEDETIS-LONG:  And if we could scroll to the first page of GX20.

BY MS. MEDETIS-LONG:

Q.   Where is this photo taken from again?

A.   This is from the -- the rough area adjacent to the 14th hole, near where the pin that was described as A was dropped.

MS. MEDETIS-LONG:  And if we could go to the first page of GX20.

BY MS. MEDETIS-LONG:

Q.   Where was this photograph extracted from?

A.   This is GX302, one of the defendant's other burner phones.

Q.   Okay.

MS. MEDETIS-LONG:  Could we go to 200, GX200-49R, page 18 of 200-49.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a SunnyD juice bottle.

MS. MEDETIS-LONG:  Could we go to the previous page, 49Q.

BY MS. MEDETIS-LONG:

Q.   And where was this SunnyD bottle found?

A.   It was found and seized from the -- that rough area near the 14th hole.

MS. MEDETIS-LONG:  Going back to 200-49R, page 18.  If we could zoom in to the bottle, please.

BY MS. MEDETIS-LONG:

Q.   What's the flavor?

A.   Orange strawberry.

Q.   Can you tell how many ounces that bottle is?

A.   I believe that says 56 fluid ounces.

MS. MEDETIS-LONG:  Could we please publish and have permission to publish Government's Exhibit 727?

THE COURT:  Yes, you may.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   It's a receipt.

Q.   And what is this a receipt from?

A.   The Dollar Tree.

MS. MEDETIS-LONG:  If we could zoom in to this area right here (indicating).  Nope, further up.

BY MS. MEDETIS-LONG:

Q.   Can you tell, although it's faded, what location this

Dollar Tree is?

A.   Yes.  It's along Southern Boulevard at -- in West Palm Beach.

Q.   And what are the last two entries on this receipt?

A.   56-ounce SunnyD orange strawberry.

Q.   Where have we seen orange strawberry SunnyD?

A.   The juice bottle collected from the rough area near the 14th hole at Trump International Golf Club.

Q.   Where was this receipt seized from?

A.   The Nissan Xterra, after the subject -- the defendant's arrest on September 15th, 2024.

Q.   All right.  You talked about surveillance at Mar-a-Lago. Is there evidence of that?

A.   Yes, there is.

        MS. MEDETIS-LONG:  And if we could republish Government's Exhibit 714?

        THE COURT:  You may.

        MS. MEDETIS-LONG:  Page 24.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see location and activation data for GX302, one of the defendant's burner phones, on August 17th, 2024, and starting out in Belle Glade, and then again in Loxahatchee and Royal Palm Beach.  And then again near Trump International Golf Club and the vicinity of Mar-a-Lago.

MS. MEDETIS-LONG:  And going to page 36 of this same exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see a cell phone activation and location data for GX301, the defendant's true-name phone, on August 21st, 2024, between 2:26 a.m. and 2:36 a.m., and with the phone located in the vicinity of the Trump International Golf Club as well as the vicinity of Mar-a-Lago.

MS. MEDETIS-LONG:  And showing you page 37 of the same exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Cell phone activation and location data for GX302, one of the burner phones, for August 21st, 2024, between 2:06 a.m. and 2:37 a.m., showing the phone in the vicinity of Trump International Golf Club as well as Mar-a-Lago.

Q.   What's Mar-a-Lago?

A.   It's the President's private address -- private residence.

Q.   Now, you talked about the defendant conducting electronic surveillance of the President.  Is there evidence of that in this investigation?

A.   Yes, there is.

Q.   And when you say "electronic surveillance," what topic generally was the subject of the surveillance, other than the

President himself?

A.   His location, his campaign events, those types of searches.

MS. MEDETIS-LONG:  Now, if we could have permission to publish Government's Exhibit 600-6?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, the defendant's -- one of the defendant's burner phones.

Q.   What does it show?

A.   This is a -- an image of the sign at Trump International Golf Club.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-12?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report again for GX300, one of the burner phones.

Q.   Going to the next page.  What does it show?

A.   It's an image of President Trump with his hand over his heart.

MS. MEDETIS-LONG:  Showing you Government's Exhibit 600-40.  14, rather.

///

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for the same burner phone, GX300.

Q.   And according to this report, if we go to the next page, what was extracted from this phone?

A.   Another image of the Trump International Golf Club.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-18, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A cell phone report for GX300, the same burner phone.

Q.   And what was extracted from this phone?

A.   This is an image of President Trump with other individuals outside his helicopter.

Q.   And can you see a tail number or make out a tail number in this image?

A.   I can.   It's partially cut off, but it starts with 976.

Q.   976?

A.   Excuse me.   N76.

Q.   And have we seen tail numbers in this investigation elsewhere?

A.   Yes, we have.

Q.   Where have we seen them?

A.   In handwritten notes seized from the defendant's residence.

Q.    Where was the defendant's residence?

A.    In Hawaii.

MS. MEDETIS-LONG:  Permission to publish 600-31?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this?

A.    This is from the defendant's Google account.

Q.    And what does it show?

A.    It shows he searched -- on August 23rd, 2024, the defendant searched for "Trump International Golf Club championship," and then viewed the website for the Trump International Golf Club West Palm Beach, as well as a news article.

Q.    And what time was this done?

A.    Approximately 8:03 p.m. UTC.

MS. MEDETIS-LONG:  Government's Exhibit 600-32, permission to publish, Your Honor, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    Also from the defendant's Google account, on August 23rd, 2024, the defendant searched for "Trump next upcoming rallies," and then visited websites with the President's events and rallies and calendar.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's already in evidence as Government's Exhibit 600-34?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What do we see here, Agent?

A. Also from the defendant's Google account, on August 23rd, 2024, the defendant searched for "Trump International Golf Club events, Palm Beach," and then viewed the Trump International Golf Club West Palm Beach site.

MS. MEDETIS-LONG: Permission to publish what's in evidence as Government's Exhibit 600-35, Your Honor?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. This is a cell phone report for GX300, one of the burner phones.

Q. And what does it show, going to page 2?

A. It shows the defendant's web history, which notes viewing websites related to the -- excuse me, the President's location and events.

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 600-43, in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. Another cell phone report for GX300, one of the defendant's burner phones.

Q.   And according to this cell phone report, what was the defendant doing on this phone?

A.   On August 23rd, 2024, he visited a website about President Trump claiming golf championships at Trump International.

     MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-135, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this, Special Agent?

A.   This is a cell phone report again for GX300, one of the burner phones.

Q.   And what was the burner phone doing on this occasion?

A.   It was viewing the website FlightView, and it's a flight tracker.

Q.   And on what day?

A.   August 23rd, 2024.

     MS. MEDETIS-LONG:  Permission to publish 600-136 of government's exhibits, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report, again for GX300, one of the burner phones.

Q.   And what was GX300, the burner phone, doing on this

occasion?

A.   It was visiting the Flightradar24, real-time tracker website.

Q.   What date?

A.   August 23rd, 2024.

Q.   And showing you --

MS. MEDETIS-LONG:  Or permission to publish Government's Exhibit 600-137, already in evidence?

THE COURT:  You may.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Another cell phone report for GX300, the same burner phone.

Q.   And what is the phone doing now?

A.   It is visiting the Flightradar real-time flight tracker map.

Q.   And on what dates, according to this report?

A.   This report shows August 23rd, 2024.

Q.   And what are these numbers here (indicating) 26.68, minus 80.09?

A.   They're -- they're indicating the location that the map is viewing at that time.

Q.   Okay.  Did you have an occasion to go to flightradar24.com, by any chance?

A.   I did.

Q.   And did you see -- did you follow these links, by chance,

from these extractions from GX300?

A.   Yes.

MS. MEDETIS-LONG:  And, Your Honor, permission to publish an illustrative aid, Government's Exhibit 600-138?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   So this is the view you see at Flightradar24 after following that link, and it shows in real time what planes are located at Palm Beach International Airport.  It shows the planes landing, planes taking off, and planes parked at the gate.

Q.   If you were to hover your mouse over one of the planes, what kind of information would it show?

A.   It would either show the flight number typically for commercial flights or potentially the tail number of a private plane.

MS. MEDETIS-LONG:  Your Honor, permission to publish 600-139, another illustrative aid?

THE COURT:  Okay.  So just to be clear, 600-139 is just an illustrative aid?

MS. MEDETIS-LONG:  Correct, Your Honor.

THE COURT:  Can you confirm?  Because I show that as having been admitted.  Without objection.

MS. MEDETIS-LONG:  Yes.  My apologies, Your Honor.

The -- 600-138, -139, and -140 have been admitted without objection.  My apologies.

THE COURT:  Okay.  Please continue.

BY MS. MEDETIS-LONG:

Q.   What do we see here?  Is this another one of the links that you followed from GX300?

A.   Yes, ma'am.

Q.   And what does it show?

A.   It shows planes parked at the gates and on the runway as well.

Q.   And showing you what's been already admitted as Government's Exhibit 600-140.  Is that another one of the links that you followed from GX300?

A.   Yes, ma'am.

Q.   And what does it show?

A.   It shows planes parked at the gate, a plane on the runway, and a plane parked in the private plane area.

Q.   And what airport?

A.   Palm Beach International Airport.

Q.   Okay.  Continuing on to August 24th, what is the -- what is the trend that you're noticing about the defendant's devices and Google account?

A.   He is searching for the President's location and events for the days.

MS. MEDETIS-LONG:  Going to 600-47.  Permission to

publish what's already in evidence, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, one of the burner phones.

Q.   And what was extracted?  What information was extracted from this phone?

A.   This is showing the defendant visiting website -- a website for President Trump's rally in Johnstown, Pennsylvania.

Q.   What's the date of that website visit?

A.   August 24, 2024.

MS. MEDETIS-LONG:  Going to Government's Exhibit 648. Permission to publish?  It's already in evidence, Your Honor.

THE COURT:  Do you mean 648, or is it a dash that --

MS. MEDETIS-LONG:  600-48, Your Honor.  Apologies.

THE COURT:  Okay.  You can display 600-48.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account, on August 24, 2024, the defendant searched for "Where is the Trump rally on Sunday, August 25th?"  And then visited a website about what President Trump said at a rally.

MS. MEDETIS-LONG:  And permission to publish 600-49, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What does this show?

A.   Again, from the defendant's Google account, on August 24, 2024, the defendant searched for "What time is Trump rally today?"

MS. MEDETIS-LONG:  Permission to publish 600-141, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google accounts on August 24, 2024, he searched for "Palm Beach" -- "Palm Beach traffic cameras," and then visited a website for the live traffic cameras for Palm Beach County.

Q.   What was the time of the search?

A.   Approximately, 3:04 p.m. UTC.

MS. MEDETIS-LONG:  And permission to publish 600-142, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?  What is this?

A.   It's a cell phone report for GX300, one of the burner phones.

Q.   And what is this phone doing?

A.   The defendant's visiting the website for the Palm Beach County traffic cameras, specifically, the intersection of Southern Boulevard and Congress.

Q.   What date?

A.   August 24, 2024.

Q.   How can you tell that it's this intersection of Southern Boulevard and Congress that he is visiting?

A.   It shows it here (indicating) and then again here (indicating).

Q.   And do these -- does this approximate time here (indicating) for the activity on the cell phone match what we just saw in the Google account in the previous exhibit?

A.   It does.

Q.   Now, did you have an opportunity to follow that link and see where it took you?

A.   I did.

MS. MEDETIS-LONG:  Your Honor, at this time, I would seek to publish 600-153, an illustrative aid.  600-153, yes.

THE COURT:  Mr. Routh, any objection to use of 600-153 as an illustrative aid?

MR. ROUTH:  No objection.

THE COURT:  You may proceed.

MS. MEDETIS-LONG:  If we could play that.

(A video and/or audio was played.)

///

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the intersection of Southern Boulevard and Congress.

Q.   And is this what you would see if you went to that traffic camera that the defendant searched for?

A.   Yes.

Q.   And what do we see, sort of, in the upper, center part of the area, in the distance there?

A.   That is the Palm Beach International Airport.  And in the center would be the private plane area.

Q.   And what is in relation to the President, significant about this -- this depiction that we see here, these roads?

A.   We would be able to see President Trump's motorcade traveling to and from Palm Beach International Airport from this traffic camera.

Q.   Why is that?  What road does the motorcade take?

A.   Southern Boulevard.

     MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-50, already in evidence, Your Honor?

     Moving on to August 25, 2024.

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google accounts on August 25, 2024,

the defendant searched for "Trump Bedford, Mass, golf course," and then visited the website for the Bedminster golf course, as well as a site talking about what golf courses the President may own -- or owns.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-51, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Also from the defendant's Google accounts, on August 25th, the defendant searched for "how to attend a Trump rally," then visited websites about President Trump's rallies, how to get tickets to a rally, and then more rally information.

MS. MEDETIS-LONG:  Now, if we could compare Government's Exhibit 51 -- 600-51 to 600-58?

Permission to publish 600-58, Your Honor, already in evidence.

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What does 600-58 show?

A.   This is a cell phone report for GX300, one of the burner phones.

Q.   And what did the burner phone do, according to this report?

A.   Visited the website for President Trump's events.

Q.   And what's the date?

A.    August 25, 2024, at 4:00 p.m. UTC.

Q.    Does the Google information or for -- the information for the Google account correspond with what's on the defendant's phone?

A.    It does.

Q.    As having searched for events, Donald J. Trump?

A.    It does.

Q.    How did we obtain -- or how did the investigators, the FBI, obtain the Google account information?

A.    Via search warrant.

Q.    And you are saying that it's the defendant's Google account.   Is there evidence linking the defendant as the user of this account?

A.    Yes, there is.

Q.    And we will get to that in a moment.

       MS. MEDETIS-LONG:  If we could have permission to publish Government's Exhibit 600-52, already in evidence, Your Honor?

       THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    Again, from the defendant's Google account, on August 25, 2024, the defendant searched for "Trump's schedule of rallies."

       MS. MEDETIS-LONG:  Permission to publish 600-53 of

Government's Exhibits already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  Yes, dash.  Sorry.  600-53.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This a cell phone report for GX300, one of the defendant's burner phones.

Q.   And what is the defendant's burner phone doing on this occasion?

A.   The web history shows visits to Trump -- to various golf courses for President Trump.

Q.   What date?

A.   August 25, 2024.  And there is visits to the Bedminster golf club, the Seven Springs, New York golf club, as well as the West Palm Beach club, Trump International Golf Club.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-60?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, again, the same burner phone.

Q.   And what does it show?

A.   It shows a web -- website visit on August 25, 2024, visiting "how to get tickets to a Trump rally."

MS. MEDETIS-LONG: Permission to publish 600-61, already in evidence, of government's exhibit?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. A cell phone report for GX300, the same burner phone.

Q. And what is the burner phone doing on this occasion?

A. On August 25, 2024, it's visiting websites about President Trump's location and campaign events.

MS. MEDETIS-LONG: Permission to publish 600, GX600-147, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. From the defendant's Google account on August 25, 2024, he searched for "Palm Beach traffic cameras," and then visited the traffic camera website.

MS. MEDETIS-LONG: And permission to publish Government's Exhibit 600-148, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. Another cell phone report for GX300, the same burner phone.

Q. And what is the burner phone doing on this occasion?

A. Visiting the Palm Beach County live traffic camera.

Q.   Does it show what intersection?

A.   Again, Southern Boulevard and Congress.

     MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-149, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, the same burner phone.

Q.   And what is the burner phone doing on this occasion?

A.   Visiting the Palm Beach County live camera website.  At this time, viewing Southern Boulevard and Congress, as well as Southern Boulevard and Kirk Road.

Q.   Did you follow the link for Southern Boulevard and Kirk Road extracted from this burner phone?

A.   I did.

     MS. MEDETIS-LONG:  And, Your Honor, I would seek permission to publish Government's Exhibit 600-154, an illustrative aid?

     THE COURT:  Mr. Routh, any objection to use of this exhibit as an illustrative aid?

     MR. ROUTH:  No objection.

     THE COURT:  Please proceed.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the live camera view -- well, an illustration of

what the live camera view is from the camera at Southern Boulevard and Kirk Road.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   And on this portion of Southern Boulevard, would you also see the President's motorcade?

A.   You would.

Q.   Going to and from the Palm Beach International Airport?

A.   Yes, ma'am.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-155, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google accounts on August 25th, 2024, he visited -- or, excuse me, searched for "Palm Beach traffic cameras," and again visited the traffic camera website.

Q.   And, again, what -- what day was it?

A.   August 25th, 2024.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-156?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report, again for GX300, the same burner

phone.

Q.   And what is the burner phone doing on this occasion?

A.   Visiting the traffic cameras for Palm Beach County.

Q.   What intersections in particular?

A.   Southern Boulevard and Congress.

Q.   Moving on, if we could, to August 26th, the very next day, 2024.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 156, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, the same burner phone.

Q.   And what is GX300 doing on this occasion?

A.   It is visiting websites describing stories about the Secret Service increasing security around President Trump based on threat of an Iranian assassination plot.

MS. MEDETIS-LONG:   Permission to publish 600 -- Government's Exhibit 600-1, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX301, the defendant's name -- excuse me -- the defendant's cell phone in his true

name.

Q.   And going to the next page, what do we see?

A.   This is a text message exchange between the defendant and someone named Manijoe.

Q.   If we could go to the text from the defendant starting at -- well, we will start at the beginning.  What does the first message say, and who is it from?

A.   It's from the defendant.  It says, "Hey, Manijoe.  Ryan.  I'm" -- excuse me.  "I'm emailing my F.A.A. friend and want to give her you email address."

Q.   Does Manijoe respond with an email address?

A.   He does.

Q.   Going to the next page.  And starting with the second green bubble, what is that?

A.   The defendant writes, "What's up, dude.  Did you say you could track Harris and Trump airplanes?"

Q.   And what date is that?

A.   August 26th, 2024.

Q.   And what is the response?

A.   "Sort of.  AF1 and AF2 aren't usually trackable for national security reasons.  However, they can be visible on a flight tracking site from time to time, but it is uncommon.  Trump's personal plane and the campaign plane are both visible, but they don't have information.  It will usually say the type of plane with everything else as N/A, not available."

Q. And does the defendant respond?

A. He does.

Q. What does he say?

A. "Okay. I several media and news people that like that info. I guess Trump only option. How much would you charge to tell where he is every day?"

Q. And what's the response?

A. "The internet is free. Both campaigns typically release their schedules for upcoming rallies and events, so it's no secret to where they are."

Q. Now, that's -- when does the defendant send the green-bubbled message?

A. August 26th, 2024.

Q. Does he ask the same thing of a different person on the very next day?

A. He does.

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 600-3, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. This is a WhatsApp message from the defendant to a WhatsApp user named Tomas.

Q. And what does the defendant say?

A. "Hey, genius. How much would you charge me for a daily

location on Donald Trump's airplane from the flight tracking apps?"

Q.   What is the date and time?

A.   August 27th, 2024, at 12:29 a.m. UTC.

Q.   Now, at around the time that he is sending these messages, asking to pay people to track Trump's plane, what is the defendant doing in terms of his surveillance?

A.   More research.

MS. MEDETIS-LONG:   And if we could go to 600- -- Government's Exhibit 600-23A through G?

THE COURT:   You may.

BY MS. MEDETIS-LONG:

Q.   Scrolling down.   Remind the jury, what are these photos?

A.   These are the surveillance photos of the private plane area of the Palm Beach International Airport where President Trump's plane was parked.

Q.   And going to the second page of this exhibit.   What are the times or the dates of these photographs?

A.   August 29th, 2024, at 1:51 p.m. UTC.

Q.   What's the capture time?   (Indicating.)

A.   Thank you.

9:51 a.m.   August 29th, 2024, at 9:51 a.m.

Q.   Okay.

MS. MEDETIS-LONG:   And just to remind us -- if we could publish Government's Exhibit 190.

THE COURT: You may.

MS. MEDETIS-LONG: Permission, Your Honor?

Going to the second page. Second page.

BY MS. MEDETIS-LONG:

Q. What does the defendant say here? Remind us of this exchange.

A. The defendant writes, "Trump's plane. He gets on and off daily."

Q. And who was this exchange with?

A. Zolltan, also known as Volodymyr Kravtsov.

Q. And what was the date of this?

A. August 30th, 2024.

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 600-30, already in evidence?

THE COURT: Granted.

BY MS. MEDETIS-LONG:

Q. What is this?

A. This is a cell phone report for GX301, the cell phone in the defendant's true name.

MS. MEDETIS-LONG: And if we could go to the next page. If we could zoom in on Row 1.

BY MS. MEDETIS-LONG:

Q. What does this show?

A. This is an image. The date -- seems to be dated 8/29/2024, then marked deleted 8/30/2024.

Q.   What does the path show?

A.   It shows "trash."

MS. MEDETIS-LONG:  Could we go to an enlarged image of the thumbnail.

BY MS. MEDETIS-LONG:

Q.   And what is captured in this image?

A.   It appears to be the websites open on the phone at the time to include the overhead of a golf course, Instagram accounts with the word -- the name "Ryan Routh" at the top, and -- as well as the aerial view of President Trump's private plane.

Q.   The aerial view, where have we seen that before?

A.   In the text message exchange with Volodymyr.

Q.   And how did we see it?  Who sent the image?

A.   The defendant.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-72, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account, on August 29th, 2024, he searched for "What time is the Trump town hall in La Crossus, New Mexico, today?"  And then he visited the website for President Trump's town hall in La Crosse.

Q.   Now, moving to August 30th, 2024, Government's Exhibit 600-80.

MS. MEDETIS-LONG:  Permission to publish, Your Honor, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   From the defendant's Google account on August 30th, 2024, the defendant searched for "Where is the Trump rally on Saturday?" and then visited websites about President Trump's events.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-81, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Also from the defendant's Google account, on August 30, 2024, the defendant searched for "Where is the Trump rally on Saturday, August 31st?" and then visited a website.

MS. MEDETIS-LONG:  Your Honor, did Your Honor say you wanted to take a break at noon or 12:30?

THE COURT:  12:30.

MS. MEDETIS-LONG:  Yes, Your Honor.

Permission to publish Government's Exhibit 600-82, already in evidence?

THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    From the defendant's Google account on August 30th, 2024, he searched "Where is the Trump rally on Sunday, September 1st?" and then visited a site about President Trump's calendar.

Q.    And if we could go to August 31st, 2024.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-84, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    From the defendant's Google account on August 31st, 2024, he searched for "Where is the Trump rally today, Saturday, August 31st?"  He searched for "Trump rally today live," and then again searched "What time is the Trump rally today?"

Q.    Now, at the same time that the defendant is looking up President Trump's whereabouts, is he still around this time conducting physical surveillance of the Atlantic Aviation area of Palm Beach International Airport?

A.    Yes, he is.

MS. MEDETIS-LONG:  And by way of reminder, permission to publish 600-24A through L briefly, already in evidence?

THE COURT:  Yes.

///

BY MS. MEDETIS-LONG:

Q.   What are these, generally?

A.   The surveillance photos from Palm Beach International Airport, the -- depicting the private -- private plane area of Palm Beach International Airport.

MS. MEDETIS-LONG:   And can we go to the second page of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What are the modified date and capture date of these images?

A.   The capture time is September 1st, 2024, at 2:05 p.m.

Q.   And, again, these are from GX300?

A.   That's correct.

Q.   Moving to September 3rd, 2024.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-103?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the defendant's burner phones.

Q.   And what is the burner phone doing on this occasion?

A.   Conducting numerous searches on September 3rd, 2024.  And the search, though it shows a number of times, reads, "When is the next Trump event?"

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-124, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, the same burner phone.

Q.   And what does it show the burner phone doing on this occasion?

A.   On September 4th, 2024, it searches "where will Trump be Thursday, September 5?"

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-9, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the burner phones.

Q.   And what does it show the burner phone doing on this occasion?

A.   This is depicting an image dated September 4, 2024.

MS. MEDETIS-LONG:  And could we go to an enlarged version of the thumbnail.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   The search bar shows "Trump rally tomorrow," and then it

depicts news stories about President Trump's events.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-128, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Moving to September 5th, what do we see here?

A.   From the defendant's Google account, on September 5, 2024, the defendant searched for "Trump events for Friday, September 6th."

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-130, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A cell phone report for the same burner phone, GX300.

Q.   And what is the burner phone doing on this occasion?

A.   It is visiting a website on September 5, 2024, that talks about Fox News making tickets available for President Trump's town hall in Harrisburg.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 161, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for the same burner phone, GX300.

Q.   And what is it doing on this occasion, this phone?

A.   On September 5, 2024, it visits the website, "How fast does it take for cops to get a DNA result?"

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-26?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX302, one of the defendant's other burner phones.

Q.   And what is the -- what is happening in -- on this phone according to this extraction report?

A.   This is depicting -- well, it's dated September 4, 2024. And I note that the file path has the word "trashed" in it, indicating this image was deleted.

MS. MEDETIS-LONG:  And could we go to an enlarged version of this -- of this image in the exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Information about President Trump's events on September 5th and 7th in Wisconsin.

Q.   And what are we observing here?  Is this an image -- well, what is the image, if you could describe it?

A.   Yes.  It's again -- much like earlier, it appears to be a cell phone taking a picture of the screen of another cell

phone, and we can see the cell phone in a reflection and also what appears to be the defendant in the reflection.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-86, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account on September 7, 2024, the defendant searched for "Trump events for Sunday September 8th," and then visited an event about President Trump's event -- excuse me -- visited a site about President Trump's event.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-132?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the defendant's burner phones.

Q.   And what's the defendant doing on this burner phone on this occasion?

A.   On September 7, 2024, he is visiting websites about President Trump's campaign events.

Q.   And remind the jury, what is the defendant doing earlier that day or that morning, on September 7th?

A.   He is at the airport conducting surveillance of President Trump.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-88, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   From the defendant's Google account on September 10, 2024, he searched for "Trump events for Wednesday, September 11th."

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-89, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, the defendant's burner phone.

Q.   And what is the burner phone doing on this occasion?

A.   On September 10, 2024, it is visiting websites about President Trump's campaign schedule and events.

MS. MEDETIS-LONG:  Government's Exhibit 600-21, permission to publish, Your Honor?  It's already in evidence.

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report again for GX300, one of the

defendant's burner phones.

Q.   And what is the defendant doing on his burner phone on this occasion?

A.   This is depicting an image of President Trump.

Q.   What's the date?

A.   September 14, 2024.

MS. MEDETIS-LONG:   Permission to publish what's in evidence as Government's Exhibit 600-96?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   From the defendant's Google account, on September 14, 2024, the defendant searched for "Save America rally schedule 2024."

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-97, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A cell phone report for GX300, the same burner phone.

Q.   And what is the burner phone doing on this occasion?

A.   On September 14, 2024, the defendant is visiting websites about President Trump's rally schedule.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-161, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account, on September 14, 2024, the defendant is searching for the Palm Beach traffic cameras, and then visits the live traffic camera site for Palm Beach County.

Q.   What time is this taking place?

A.   Approximately, 7:06 p.m. UTC or 3:06 p.m. Eastern.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 600-95?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   From the defendant's Google account, on September 14, 2024, the defendant searched for "Trump event for Sunday, September 15th."

Q.   What time does this search take place?

A.   7:10 p.m. UTC, or 3:10 p.m. Eastern.

MS. MEDETIS-LONG:   If we could compare 600-161 with 600-95.

BY MS. MEDETIS-LONG:

Q.   Now, on the -- on the right-hand side, we see a search for "Palm Beach traffic cameras" at 7:05 p.m. UTC on September 14th.  And on the left side, what do we see?

A.   The search for "Trump events on Sunday, September 15th."

Q.   How far apart are those searches?

A.   Four minutes.

Q.   Now, did the defendant chronicle his findings regarding the President's whereabouts?

A.   Yes.

MS. MEDETIS-LONG:  Permission to publish what is in evidence as 600-180A through D?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What are we seeing a picture of?

A.   This is the interior of the Nissan Xterra.

Q.   And if we could scroll to -- this is 600-180A.  This is now 600-180B.  What do we see here?

A.   A pair of binoculars and a handwritten note.

Q.   And if we could go to 600-180C, what do we see here?

A.   This is that note unfolded.

Q.   And what does it say?

A.   It says "Brian Wilson," and then a phone number, and then "PKU 3131."

Q.   And we will talk a little bit later about PKU 3131 and Brian Wilson.

MS. MEDETIS-LONG:  But if we could, in the meantime, scroll to 600-180D.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see a list of dates.

Q.   And did you have occasion to look at those dates?

A.   I did.

Q.   And, generally speaking, what do they relate to?

A.   They relate to President Trump's campaign events and/or potential court dates related to President Trump's matters.

MS. MEDETIS-LONG:   And if we could take that down.

BY MS. MEDETIS-LONG:

Q.   Did the defendant amass gear while he was -- or prepare to amass gear while he was in South Florida between August 14, 2024, and September 15, 2024?

A.   Yes, he did.

MS. MEDETIS-LONG:   And permission to publish Government's Exhibit 200-8, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX302, one of the defendant's burner phones.

MS. MEDETIS-LONG:   Could we go to the next page, please.   Could we enlarge Row 1.

BY MS. MEDETIS-LONG:

Q.   What does this show?

A.   This is an image dated August 29, 2024.   I note the file name includes the word "trashed," indicating it's been deleted.

Q.   And what is this a photo of?

A.   It is a GoPro-style game camera.

Q.   And is this reminiscent of anything that was recovered in this investigation?

A.   Yes.

Q.   What is it reminiscent of?

A.   The camera seized from the hide.

MS. MEDETIS-LONG:  Could we compare 200-8 to 200-23, please, already in evidence.

BY MS. MEDETIS-LONG:

Q.   What is on the right side?

A.   That is the GoPro-style camera seized from the hide.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 446, already in evidence, with the use of the ELMO?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Can you make that out?

A.   Yes.

Q.   What does that say?

A.   "Bayonet - knife."

Q.   Where was this document found?

A.   In the Nissan Xterra.

Q.   What does this say here (indicating)?

A.   "Pipe clamp."

Q.   Turning to the other side of the same exhibit.  What do we see on this line (indicating)?  Top line?

A.   Sorry.  "Stick for camera."

Q.   And the next line?

A.   "Diapers."

Q.   Third line?

A.   "Quiet plastic covering."

Q.   Fourth line?

A.   "Green poncho."

Q.   Next line with the checkmark?

A.   "Cardboard for scope tape."

Q.   And what's underneath "tape"?

A.   "Paint."

Q.   What do we see on this line here (indicating)?

A.   "Bag for blanket, pillow."

Q.   What do we see on this line?

A.   "How to fasten a tripod.  Gamer" -- excuse me.  "How to fasten" -- looks like "camera" is crossed out, and then "tripod" and -- "and secure."

Q.   And what is the next line with the checkmark next to it?

A.   "Zip ties, electrical tape."

Q.   And the last line?

A.   "Spray self with bug spray."

        MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 600 -- 200-13?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   And what do we see here?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

Q.   And what is the burner phone doing on this occasion?

A.   On September 10th, 2024, it's visiting the website for Dick's Sporting Goods in West Palm Beach and also researching a mosquito net at the -- on the Dick's Sporting Goods website.

Q.   Now, in addition to conducting the surveillance that we talked about in addition to amassing gear, did the defendant engage in concealment or try to hide himself or did he sort of operate openly while he was in Palm Beach County from August 14th to September 15th?

A.   He tried to hide himself.

Q.   Is there evidence of that in this investigation?

A.   Yes, there is.

MS.  MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 118?

THE COURT:  Granted.

BY MS.  MEDETIS-LONG:

Q.   What is this?

A.   This is a WhatsApp message from the defendant to another user.

Q.   And what does the defendant say in the green bubble?

A.   "I know it is very difficult.  I think our President Kennedy was killed from someone buried in the hill facing his caravan in Dallas, Texas.  It must be something like this, an underground, buried space that cannot be seen or detected.  It is certainly not an easy task.  If I can help, just let me know what to do."

Q.   And what's the date and time of this message?

A.   February 3rd, 2024.

Q.   Now, I want to talk about the hide itself.  Can you describe the hide?

A.   Difficult to see.  Can't see it from the road.  Well sheltered with the brush.

          MS. MEDETIS-LONG:  And if we could have permission to publish what's in evidence as Government's Exhibit 200-19?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see?

A.   This is a view of the hide from the street adjacent.  And you cannot actually see the entrance to the hide, but I know it to be there.

          MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 200-21A?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the entrance towards the hide.

Q.   And how would you describe it?

A.   Dark.  It's a thick hedge.  And it's very difficult to see inside.

MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 200-57A, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the vantage point if you're standing at the hole, on the green of the 6th hole, the actual pin, facing back towards the hide.

Q.   And can you see the hide from this vantage point?

A.   I know it is in that -- past that bush line, but I cannot discern it from here.

MS. MEDETIS-LONG:  And permission to publish 200-57B, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is the view of the hide from the cart path.  And, again, I know the hide to be located there, but I cannot discern it through the bushes.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 1003, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  And if we could go to 2 minutes and 30 seconds of this.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q.   What do we see here?

MS. MEDETIS-LONG:  If we could pause it.

THE WITNESS:  This is the view of the hole, the flag at the 6th hole from the hide.

BY MS. MEDETIS-LONG:

Q.   So you can't see into the hide from the street or the golf course, but can you see out of the hide onto the 6th green?

A.   Yes, you can.

Q.   Now, as it relates to the Xterra, what did the defendant do to obfuscate or conceal his -- himself or his identity while he was using the Xterra?

THE COURT:  Leading.  Rephrase.

BY MS. MEDETIS-LONG:

Q.   As it relates to the Xterra, what did the defendant do?

A.   He used multiple license plates that were not registered to the Nissan Xterra or to Mr. Routh.

Q.   At the time the defendant was arrested, what license plate was he using?

A.   97E EED, a Florida tag.

MS. MEDETIS-LONG:  Permission to publish Government's

Exhibit 320, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the photo of the Nissan Xterra taken at the FBI building during the search of the Nissan Xterra after the defendant's arrest on September 15th, 2024.

Q.   And what license plate does it show affixed to it?

A.   97E EED.

MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 319, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is the -- a cell phone report for GX302, one of the defendant's burner phones.

Q.   And what does it show?

A.   This is an image dated September 2nd, 2024.  Again, the file name indicates it was trashed and, therefore, deleted, and the image is of the license plate 97E EED.

Q.   And, again, what's the date?

A.   September 2nd, 2024.

Q.   And did the FBI conduct investigation to determine who 97E EED was registered to?

A.   Yes.

Q.   How did you do that?

A.   Grand jury subpoenas.

Q.   And where did you get records from?

A.   From the Department of Motor Vehicles.

Q.   For what state?

A.   Florida.

Q.   What kind of car, based on those records, was the license plate we see up on the screen now registered to?

A.   A Ford truck.

MS. MEDETIS-LONG:  And, Your Honor, permission to publish what's in evidence as Government's Exhibit 1109?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What are these?

A.   These are the Florida Department of Highway Safety records for license plate 97E EED.

Q.   And is this how you know that -- what does this show?

A.   So there is the license plate, 97E EED, and the year, make, and model of the registered vehicle, which says "2012 Ford truck" (indicating).

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 323?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is the interior of the Nissan Xterra.  And we see multiple license plates under the seat.

MS. MEDETIS-LONG:  Your Honor, permission to use the ELMO to publish what's been admitted as Government's Exhibit 350?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A North Carolina license plate, HKY4343.

Q.   Where was this taken from?

A.   From the Nissan Xterra.

Q.   Was any investigation done as it relates to this license plate?

A.   Yes, it was.

MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 318, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the burner phones.

Q.   And what does it show?

A.   It's showing an image of the Nissan Xterra.

Q.   And --

THE WITNESS:  If you could blow it up.

MS. MEDETIS-LONG:  If we could blow it up, please.

BY MS. MEDETIS-LONG:

Q.   What does it show?

A.   It shows the -- affixed -- the license plate affixed to it is HKY4343.

Q.   And you said that the -- the FBI conducted investigation about where this license plate was registered to.  What did you learn?

A.   We learned that it was registered to Sara Routh and that -- and also registered -- it was registered to the Nissan Xterra.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 1111, already in evidence?

THE COURT:  Granted.

MS. MEDETIS-LONG:  If we could go to page 2 --

BY MS. MEDETIS-LONG:

Q.   What are these?

A.   State of North Carolina Department of Transportation records.

MS. MEDETIS-LONG:  If we could go to page 2 of this record.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see -- I'm trying to find it for everyone (indicating), the -- the VIN.

Q.   For what car?

A.   For the Nissan Xterra.

Q.   And who is the -- what is the owner name?

A.   Sara Routh.

Q.   And that VIN, does it -- what does it -- is it familiar to you?

A.   It's the -- it's the same VIN we reviewed yesterday, the photograph that was taken by the FBI during the search of the Nissan Xterra after the defendant's arrest on September 15th, 2024.

MS. MEDETIS-LONG:  And if we could go to page 4 of this exhibit.

BY MS. MEDETIS-LONG:

Q.   What does it show about HKY4343?

A.   That it is the registered plate for the Nissan Xterra.

MS. MEDETIS-LONG:  And permission to publish on the ELMO, Government's Exhibit 351, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Ohio license plate PKU 3131.

Q.   Where was that taken from?

A.   The Nissan Xterra.

Q.   And did the FBI conduct investigation about who this license plate belonged to?

A.   Yes.

Q.   And what did you learn?

A.   We learned that it was not registered to anyone.

MS. MEDETIS-LONG:   And if we could have permission, Your Honor, to publish Government's Exhibit 1112, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Records from the Ohio Department of Public Safety, Bureau of Motor Vehicles.

Q.   And what do they say about license plate PKU 3131?

A.   There is no registered owner or vehicle with this license plate.

Q.   Was there another Ohio plate uncovered in this investigation?

A.   There was.

MS. MEDETIS-LONG:   And if I could take you to Government's Exhibit 519, already in evidence?

THE COURT:   You may.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   It's a cell phone report for GX300, one of the burner phones.

Q.   And what does it show?

A.   It shows an image dated April 6, 2024, and it depicts the

rear of the Nissan Xterra, bearing license plate KDL 8415.

Q. And when we looked at Government's Exhibit 1009, the LPR records for this license plate, what did we learn?

A. That it was affixed to the Nissan Xterra, when the defendant and the Nissan Xterra were located in Palm Beach County in late March, early April 2024.

Q. And did the FBI endeavor to determine who the owner of this KDL 8415 license plate was?

A. Yes.

MS. MEDETIS-LONG: Permission to publish Government's Exhibit 113?

THE COURT: Granted.

MS. MEDETIS-LONG: Going to the next page.

THE COURT: Is this 113 or 1113?

MS. MEDETIS-LONG: 1113, Your Honor. Thank you.

THE COURT: Yes, you may publish this.

BY MS. MEDETIS-LONG:

Q. What do these records show about KDL 8415?

A. It is registered to a 2020 Honda.

Q. What are the initials of the primary owner, according to this document?

A. "AR."

Q. The vehicle -- first of all, what is a vehicle identification number or VIN?

A. It's a unique number. It's assigned to a vehicle when

it's -- when it's built, manufactured, and it stays with that vehicle for the life of the vehicle. So where a vehicle may move from state to state and register a different license plate, when you move, let's say, from Florida to Georgia, but the VIN stays the same, regardless, even if license plates change.

Q.   And this VIN, is it similar or is it the same or different than the VIN on the Xterra?

A.   It's different.

MS. MEDETIS-LONG: Does Your Honor want to pause at this time? This would be a good stopping point.

THE COURT: Okay. All right. It is 12:30. So as promised, we will take our lunch break now. It will be one hour in length, until 1:35, so a couple extra minutes.

Have an enjoyable lunch, ladies and gentlemen, and please make sure to follow my instructions that I have repeated before, regarding no discussion, no investigation, and no contact with anyone involved in the case.

With that, let's rise for the jury.

(The jury exited the courtroom at 12:34 p.m.)

THE COURT: Thank you. Please have a seat.

Agent, you are excused. You remain under oath. And no discussion of your testimony. Thank you.

THE WITNESS: Thank you, Your Honor.

THE COURT: All right. Any issues to address before we

recess for lunch, which will be until 1:35?

MR. SHIPLEY:  No, Your Honor, not from the United States.

THE COURT:  Anything from the defense?

MR. ROUTH:  No, Your Honor.  Thank you.

THE COURT:  Ms. Militello?

MS. MILITELLO:  Your Honor, if I can just clarify.  We will, of course, upload the exhibits as you instructed.  Did you say you wanted us to upload them as 400 separate individual attachments, or may we upload them as the exhibits prepared by standby counsel and the exhibits prepared by pro se defendant?

THE COURT:  Separate attachments.  So it's --

MS. MILITELLO:  Okay.

THE COURT:  It's a filing with numerous exhibits attached.  If for whatever reason the memory is not allowing you to do that many, then you can break it up into two filings.  But, nevertheless, the exhibits themselves need to be individually filed as exhibits to the -- to the primary filing.

MS. MILITELLO:  Okay.

THE COURT:  So as an example, you would have 100, and then 100-1 and 100-2, et cetera, reflecting each and every one of the exhibits with the corresponding numbers that Mr. Routh has affixed to these.  Any questions?

MS. MILITELLO:  No.  Thank you.

THE COURT:  Okay.  All right.  Enjoy your lunch.  We

will be back at 1:35.

(A recess was taken from 12:36 p.m. to 1:38 p.m.)

THE COURT:  Please have a seat.

All right.  We will resume with Agent McGreevy, who can return now to the witness stand.  And let's call in the jurors, please.

COURT SECURITY OFFICER:  Yes, Your Honor.

(The jury entered the courtroom at 1:40 p.m.)

THE COURT:  Thank you.  Please have a seat.  I hope you enjoyed your lunch.  Ladies and gentlemen, we will resume with Agent McGreevy, who remains under oath.

Please continue.

BY MS. MEDETIS-LONG:

Q.   Before we broke, Special Agent McGreevy, we were talking about license plates.  Do you recall that?

A.   Yes, ma'am.

Q.   How many license plates did the defendant use in this case?

A.   Three.

Q.   I would like to talk about when he used each particular license plate.  Starting with KDL 8415, during what time period did the defendant use that license plate?

A.   Late March and early April.

Q.   And how do we know that?

A.   From the license plate reader records.

Q.   And showing you what's been admitted into evidence as

Government's Exhibit 519 again.  Aside from the license plate records, how else do we know that the defendant was using KDL 8415 in late March, early April?  If you could scroll down to the second page.

A.   The image extracted from one of the cell phones.

Q.   What does the image show?

A.   It shows the Nissan Xterra bearing license plate KDL 8415.

Q.   PKU 3131, what is that?

A.   It is the Ohio license plate found in -- found in the Xterra.  Pardon me.

Q.   I'm sorry to interrupt.  When was that being used on the Xterra?

A.   In August of 2024.

Q.   And how do we know that?

A.   License plate reader records.

        MS. MEDETIS-LONG:  Your Honor, at this time I would seek permission to publish the illustrative or demonstrative Exhibit GX1010, which is a subset of what's been previously admitted at GX719.  Oh, I'm sorry, Your Honor, 1010 is in evidence.  I apologize.

        THE COURT:  Oh.  You may proceed.

BY MS. MEDETIS-LONG:

Q.   If we could start at the last page.  What do we see here?

A.   License plate reader records, or LPR records, for -- depicting the Nissan Xterra, bearing license plate PKU 3131 on

August 16, 2024, operating in Palm Beach County, along Southern Boulevard.

Q.   What does this show that I have circled at the top right (indicating)?

A.   That's the photograph from this LPR data of the Nissan Xterra.

Q.   What does this say (indicating)?

A.   It says "Toyota RAV4."

Q.   Why does it say that?

A.   On occasion, the -- the software for the LPR record -- the LPR readers misidentifies the vehicle that it's seen, but the picture clearly depicts the Nissan Xterra.

Q.   Going up a page in this same exhibit, what do we see here?

A.   LPR data for the Nissan Xterra, bearing license plate PKU 3131 on August 17, 2024, at 11:56 a.m., operating in Palm Beach County along Southern Boulevard.

        MS. MEDETIS-LONG:   One page up, please.   The same exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   LPR data for the Nissan Xterra, bearing license plate PKU 3131, August 18, 2024, at 11:54 a.m., operating in Loxahatchee, Florida, along Southern Boulevard.

        MS. MEDETIS-LONG:   Going up a page.

///

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra, bearing license plate beginning with PKU, on August 21, 2024, 9:48 a.m., operating in Loxahatchee, Florida.

          MS. MEDETIS-LONG:   Next page up, please, of the same exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra with license plate beginning PKU, on August 31, 2024, at 8:50 a.m., on Military Trail in West Palm Beach, Florida.

Q.   And Military Trail and Gun Club Road, what is that near?

A.   It is just to the west of the Trump International Golf Club.

Q.   What is the general trend of the direction that you're noticing the Xterra traveling during these dates?

A.   It's the -- it's to and from the Belle Glade -- the South Bay, Florida and Palm Beach County, Florida, back and forth -- West Palm Beach, Florida.   Excuse me.

          MS. MEDETIS-LONG:   And could we go up a page.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra, bearing license plate beginning PKU, August 31, 2024, at 9:59 a.m., operating in Royal Palm Beach,

Florida.

MS. MEDETIS-LONG:  Could we go up a page, please.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra, bearing license plate beginning PKU, on August 31, 2024, at 11 -- excuse me -- 10:11 a.m. in Loxahatchee, Florida.

MS. MEDETIS-LONG:  Can we go up a page, please, same exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra, bearing license plate beginning PKU, on September 1, 2024, at 12:29 p.m., in West Palm Beach, Florida, on Military Trail.

BY MS. MEDETIS-LONG:

Q.   And if we could go up one more page, what do we see here?

A.   The Nissan Xterra bearing license plate, beginning PKU, on September 1, 2024, at 12:24 -- excuse me, 12:44 p.m., operating in West Palm Beach on Military Trail.

Q.   And Military Trail is near where at this location of Military Trail, as depicted on the map of the LPR?

A.   Again, this is just west of the Trump International Golf Club.

Q.   Going up a page to the same exhibit, what do we see here?

A.   The Nissan Xterra bearing license plate, beginning PKU,

again, September 1, 2024, at 2:44 p.m. operating in Royal Palm Beach, Florida.

MS. MEDETIS-LONG:  And going up one more page in the same exhibit.

THE WITNESS:  The Nissan Xterra with license plate, beginning PKU, on September 1, 2024, at 2:56 p.m., operating in Loxahatchee, Florida.

BY MS. MEDETIS-LONG:

Q.   Now, what other license plate did the defendant use in this case, according to your investigation?

A.   97E EED.

Q.   And according to your investigation, when did the -- did the defendant start using that license plate?

A.   September 2, 2024.

Q.   And how do you know that?

A.   That's when the license plate reader data starts to display 97E EED on the Xterra, and there is also a photograph.

MS. MEDETIS-LONG:  Your Honor, at this time I would seek to publish as a demonstrative or illustrative aid Government's Exhibit 1008, which is a subset of previously admitted Government's Exhibit 716?

THE COURT:  Any objection to that, Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Proceed, please.

///

BY MS. MEDETIS-LONG:

Q. I would like to go to page 63 of this exhibit. What do we see here?

A. This is an orange work truck bearing license plate 97E EED, on August 6, 2024, operating in Punta Gorda, Florida.

MS. MEDETIS-LONG: Now, if we could compare this page 63 to Government's Exhibit previously admitted 756A.

BY MS. MEDETIS-LONG:

Q. What do we see in 756A?

A. An orange work truck.

Q. And where is that orange work truck on the right side of your screen located in Government's Exhibit 756A?

A. It is parked in the parking lot of the Marathon truck stop in South Bay, in the vicinity of where the Nissan Xterra was also often parked.

Q. And on the left of the screen, which is the LPR data for August 6, 2024, at 5:51 p.m., what license plate is affixed to the orange truck?

A. 97E EED.

MS. MEDETIS-LONG: If we could go to page 30 of Government's Exhibit 1008.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. We see the Nissan Xterra, bearing license plate 97E EED, on September 2nd, 2024, at 7:54 p.m., operating in West Palm

Beach, Florida, on Military Trail.

Q. And where in particular is that near?

A. Near the Trump International Golf Club.

MS. MEDETIS-LONG: Going to page 29 of Government's Exhibit 1008.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. Did it change it? I apologize. It did. I'm sorry.

This is the Nissan Xterra, bearing license plate 97E EED on September 2nd, 2024, at 8:14 p.m., operating in Royal Palm Beach.

MS. MEDETIS-LONG: If we could go to page 28 of the same exhibit.

BY MS. MEDETIS-LONG:

Q. What do we see here?

A. We see the Nissan Xterra with license plate 97E EED on September 2nd, 2024, at 8:24 p.m., operating in Loxahatchee, Florida.

Q. Between the license plate reader on South Military Trail near Gun Club Road and the license plate reader now on September 2nd, same day, in Loxahatchee, what does this tell you about the direction in which this vehicle is headed?

A. It's driving west.

MS. MEDETIS-LONG: Same exhibit, Government's Exhibit 1008, page 27, please.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra, the license plate beginning 97E, on September 4th, 2024, at 2:10 a.m., operating in Royal Palm Beach.

Q.   And page 26 of the same exhibit, what do we see here?

A.   The Nissan Xterra, bearing the license plate beginning 97E, on September 4th, 2024, at 2:19 a.m., operating in Loxahatchee, Florida.

Q.   And page 25 of the same exhibit, what do we see there?

A.   The Nissan Xterra, bearing license plate beginning 97E, on September 7th, 2024, at 9:20 a.m., operating in Belle Glade, Florida.

Q.   And at page 24, what do we see?

A.   Nissan Xterra with the license plate beginning 97E on September 7th, 2024, at 9:48 a.m., operating in Loxahatchee, Florida.

Q.   And page 23 of the same exhibit, Government's Exhibit 1008, what do we see?

A.   The Nissan Xterra with the license plate beginning 97E, on September 7th, 2024, at 10:19 a.m., on the entry road to the Palm Beach International Airport.

Q.   What was the defendant doing that day?

A.   Surveilling the President at the airport.

Q.   And how do we know that, aside from this particular record

that we see on the screen?

A.   From the surveillance footage from the airport.

MS. MEDETIS-LONG:  Showing Government's Exhibit 1008, page 22.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   The Nissan Xterra, bearing the license plate beginning 97E, on September 7th, 2024, at 11:01 a.m., operating at the Palm Beach International Airport.

Q.   Now, based on the surveillance footage that we reviewed earlier, is the defendant coming or -- leaving or entering the airport?

A.   Leaving.

Q.   Page 21 of the same exhibit, what do we see here?

A.   The Nissan Xterra, bearing license plate beginning 97E, again on September 7th, 2024, at 11:38 a.m., operating in Royal Palm Beach.

Q.   And page 20 of the same exhibit, what do we see?

A.   The Nissan Xterra, bearing license plate 97E EED, on September 8th, 2024, at 1:36 a.m., operating in Belle Glade, Florida.

Q.   Page 19 of this exhibit, what do we see?

A.   The Nissan Xterra with -- bearing license plate beginning 97E, again September 8th, 2024, at 2:05 a.m., operating in Loxahatchee, Florida.

Q.   And page 18 of this same exhibit, what do we see?

A.   The Nissan Xterra, bearing license plate beginning 97E, on September 8th, 2024, at 6:37 p.m., operating on Military Trail in West Palm Beach, Florida.

MS. MEDETIS-LONG:   Showing you again what's been previously admitted as Government's Exhibit 714 at page 59.

BY MS. MEDETIS-LONG:

Q.   What do we see here happening on September 8th, 2024, between the hours of 2:46 a.m. and 5:58 p.m.?

A.   This is displaying cell phone activations for GX302, one of the defendant's cell phones, located in the vicinity of Trump International Golf Club.

Q.   Going back to Government's Exhibit 1008, page 17, what do we see here?

A.   The Nissan Xterra, bearing license plate 97E EED, on September 8th, 2024, at 7:01 p.m., operating in Royal Palm Beach, Florida.

Q.   Page 15 of the same exhibit, what do we see here?

A.   The Nissan Xterra with the license plate beginning 97E, on September 9th, 2024, at 2:57 a.m., operating in Belle Glade, Florida.

Q.   And page 14 of this same exhibit, what do we see here?

A.   The Nissan Xterra, bearing license plate beginning 97E, on September 9th, 2024, at 3:25 a.m., operating in Loxahatchee, Florida.

Q.   And is the Xterra going eastbound or westbound from Belle Glade to Loxahatchee?

A.   Oh, eastbound.  Excuse me.  Eastbound.

Q.   And where does the Xterra end up, according to these LPR records?

A.   In the vicinity of Trump International Golf Club.

Q.   Going to page 13, then, of the same exhibit, what do we see here?

A.   The Nissan Xterra, bearing license plate beginning 97E, on September 9th, 2024, at 4:56 p.m., operating on Military Trail in West Palm Beach, Florida, in the vicinity of the Trump International Golf Club.

Q.   And going to Government's Exhibit 714 at page 60, what do we see here?

A.   These are cell phone activations and location data for GX301, the defendant's known phone number in his true name, on September 9th, 2024, between 3:43 a.m. and 4:59 p.m., with the phone in the vicinity of the Trump International Golf Club.

Q.   Going back to Government's Exhibit 1008, page 34, what do we see here?

A.   The Nissan Xterra with the license plate beginning 97E, on September 15th, 2024, at 12:51 a.m., operating in Belle Glade, Florida.

Q.   And going to page 33 of this exhibit, what do we see here?

A.   The Nissan Xterra, bearing license plate beginning 97E,

again on September 15th, 2024, at 1:21 a.m., operating in Loxahatchee, Florida.

Q.   And going from Belle Glade to Loxahatchee, between these two LPR records, what direction is the Xterra traveling in?

A.   Eastbound.

Q.   And on page 32 of this same exhibit, what do we see?

A.   The Nissan Xterra, bearing license plate beginning 97E, on September 15th, 2024, at 1:53 a.m., operating on Military Trail in West Palm Beach in the vicinity of the Trump International Golf Club.

Q.   Now, in addition to using multiple license plates, what else did the defendant do to his vehicle?

A.   He used paint to black out decals.

Q.   And why would somebody do that?

A.   To make the -- the vehicle less recognizable.

     MS. MEDETIS-LONG:   And if we could compare what's already been admitted as Government's Exhibit 322B and 320?

     THE COURT:   Are these in evidence?

     MS. MEDETIS-LONG:   They are, Your Honor.   My apologies.

     THE COURT:   All right.

     MS. MEDETIS-LONG:   322B and 320.

     THE COURT:   Yes, you may.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a photo of the Nissan Xterra taken by the FBI after

the subject -- the defendant's arrest on September 15th, 2024, and we can see that the decals on the vehicle have been blacked-out with paint (indicating).

Q.   Was black paint found in the Nissan Xterra?

A.   It was.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 1125 in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A black chassis paint.

Q.   Can you circle that for the members of the jury?

A.   (Complies.)

Q.   And where was that found?

A.   In the Nissan Xterra.

Q.   Now, aside from using multiple license plates and blacking out decals, what, if anything else, did the defendant do to conceal himself?

A.   He utilized aliases.

Q.   How many?

A.   Three.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 344B and 1117, already in evidence?

THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.   What is this again?

A.   This is the receipt seized from the Nissan Xterra after the defendant's arrest from the AT&T store in Greensboro, North Carolina.

Q.   And what is the customer name?

A.   John W.

Q.   And what phone does this pertain to?

A.   GX302.

MS.  MEDETIS-LONG:  And if we could show 1117 already in evidence?

BY MS.  MEDETIS-LONG:

Q.   What is this?

A.   These are the subscriber records for GX302.

Q.   And what is the customer name?

A.   John White.

MS.  MEDETIS-LONG:  And with respect to what's been previously admitted as Government's Exhibit 1121, permission to publish?

THE COURT:  Granted.

BY MS.  MEDETIS-LONG:

Q.   What are these?

A.   These are the Google subscriber -- this is the Google subscriber information for the defendant's Google account.

Q.   And we will get to in a moment about why you're saying it's

the defendant's Google account, but what's the -- what's the email address associated with this Google account?

A.   It begins with "iamanidiot" and then is a series of numbers.

Q.   Okay.

A.   At Gmail.

Q.   Could you read out those numbers?

A.   I can.   200010001.

Q.   And what is the name of the subscriber for this Gmail account?

A.   It is John Smith.

Q.   And is there evidence showing that this Google account -- well, when was this account created?

A.   August 23rd, 2024.

Q.   With respect to the electronic surveillance, what do we see start happening on August 23rd, 2024?

A.   Searches related to President Trump's whereabouts and his campaign schedule.

Q.   And is there evidence that this Google account is registered to the defendant?

A.   Yes.

     MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 702, already in evidence?

     THE COURT:   Granted.

///

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

Q.   And if we could go to the next page, what do we see at row -- Row 2?  I'm sorry.  Row 4.

A.   Row 4 is the Google account beginning with "iamanidiot," the defendant's Google account accessing Google Calendar.

Q.   And Row 5, what do we see there?

A.   The defendant's Google account accessing Google Drive.

Q.   And Row 6?

A.   The defendant's Google account accessing Google Home.

Q.   Row -- page 3, Row 11?

A.   The defendant's Google account with the account name, John Smith, establishing a password.

Q.   And Row 13?

A.   Row 13 is the true-name Facebook account, account name, Ryan Routh, all being accessed by GX300.

Q.   So is it fair to say that GX300, seized from -- well, where is GX300 seized from?

A.   From the Nissan Xterra.

Q.   And is this phone accessing -- what is -- what -- what services is this phone accessing?

A.   It is accessing the Google account starting with iamanidiot, as well as the Facebook account attributed to the

defendant, Ryan Routh.

Q.   Page 4, Row 1.  What do we see here?

A.   We see that the phone is accessing the Dos Amigos web- -- excuse me -- Wi-Fi.

Q.   Does that surprise you?

A.   It does not.

Q.   Why not?

A.   Because the defendant was known to be living in his vehicle at the truck stop in Marathon -- or the Marathon truck stop in South Bay where the Dos Amigos restaurant is located, where their Wi-Fi was named Dos Amigos.

Q.   And aside from John White and John Smith, is there another alias that is being used by the defendant?

A.   Yes.

Q.   Which one?

A.   Brian Wilson.

        BY MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 349, already in evidence on the ELMO?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a parking permit.

Q.   And what does it say at the top here (indicating)?

A.   Brian.  Black Nissan.

Q.   And what are the dates of parking?

A.    8/29/2024, expiring 9/04/2024.

Q.    Did you or did you not find a receipt corresponding with these dates --

A.    I did.

Q.    -- for Long Island Food Market for overnight parking?

A.    We did.

Q.    From where?

A.    From the Nissan Xterra.

MS. MEDETIS-LONG:  Permission to publish on the ELMO Government's Exhibit 445, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    A handwritten note.

Q.    And where was this taken from?

A.    From the Nissan Xterra.

Q.    And what does it say here?

A.    It says "Brian Wilson," and then lists a phone number and then the license plate PKU 3131.

Q.    What's significant about PKU 3131, according to your investigation?

A.    It was the license plate that was affixed to the Nissan Xterra from mid-August until September 1, 2024.

Q.    Was the defendant truthful with his friends, family, and strangers about what he was doing in South Florida between

August 14th and September 15, 2024?

THE COURT:  Leading.  Rephrase.

BY MS. MEDETIS-LONG:

Q.   How did the defendant convey what he was doing with his friends and family and strangers while he was in South Florida?

A.   He referred to it only as a project, and was not forthcoming about his activities in South Florida.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 306, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX301, the defendant's true-name phone.

Q.   And what are we seeing here?

A.   Text messages between the defendant and Sara Routh, using the phone number ending in 9411.

Q.   And what do we see in the first message?  Who is sending that message?

A.   It's from Sara Routh.

Q.   What does she say?

A.   "You call Kathleen?"

Q.   And what's the defendant's response, if any?

A.   "We text."

Q.   And what is the response to the defendant?

A.    "She hates text."

Q.    Scrolling further down to the text communication on the next page, page 2 of this exhibit, what does Ms. Routh say?

A.    "Call her."  And then, she continues -- sorry.

Q.    When was that?

A.    That was August 21, 2024.

Q.    And she continues saying what?

A.    "Just once, that will make her so happy."

Q.    And what does the defendant say?

A.    "She asks too many questions."

Q.    What is Ms. Routh's response?

A.    "So answer them.  Jesus you're a trip."

Q.    And what was the date of that message?

A.    August 21, 2024.

Q.    Does Ms. Routh send another message to the defendant?

A.    She does.

Q.    What does that say?

A.    "Dad, talk to Kathleen."

Q.    What's the date of that message?

A.    August 25, 2024.

Q.    Does the defendant respond?

A.    He does.

Q.    What does he say?

A.    He says, "I spoke to her."

Q.    And what is the response by Ms. Routh?

A.   "You were short with Kathleen, now she's upset."

Q.   Does the conversation continue?

A.   It does.

Q.   What does the blue bubble say?

A.   "Where are you staying?"

Q.   And who sent that?

A.   Sara Routh.

Q.   And what is the defendant's response, if any?

A.   "All is good here.  Tell Kath not to worry."

Q.   And what's the date of that message?

A.   August 25, 2024.

Q.   And does the text message string continue?

A.   It does.

Q.   And who responds?

A.   Sara Routh.

Q.   And what does she say?

A.   "Where are you staying while you're there?"

Q.   And does the texting from Sara Routh continue?

A.   She continues, "You're totally F-U-C-K-I-N-G with Kathleen, and it's ridiculous.  Why won't you spend five minutes telling her where you are staying and what you are doing?  Jesus, what's so hard about that?"  And then she continues saying, "Is what you're doing such a secret?"

Q.   Does the defendant respond?

A.   "Don't worry about it.  Geez, all is good."

Q.   Next page.  What does the -- what does Ms. Routh respond?
If we could go up a page.

A.   Back one.

     Ms. Routh replies, "You're dumb."

Q.   And what does the defendant respond?

A.   "Sorry."

Q.   And how does Ms. Routh respond?

A.   "Why won't you tell me what you were doing?"

Q.   And how does the defendant respond?

A.   "It's nothing important.  Leave it alone."

Q.   What's the date of that message?

A.   August 25, 2024.

Q.   And how does Ms. Routh respond?

A.   "That's suspicious."

     MS. MEDETIS-LONG:  Permission to publish Government's
Exhibit 310, already in evidence?

     THE COURT:  Granted.

     MS. MEDETIS-LONG:  If we could go to page 2.

BY MS. MEDETIS-LONG:

Q.   Well, what is this, first of all?

A.   A cell phone report for GX301, the phone in the defendant's
true name.

Q.   And what is this, generally speaking?

A.   Messages from the defendant to Kathleen Shaffer.

Q.   And what does the defendant say in the first text?

A. "All is perfect, babe.  You are perfect.  Do not worry. All is great.  I will be back shortly.  I will get Sara to arrange.  So sorry.  Love you fully, always."

Q. What's the date of that message?

A. September 1, 2024.

Q. And where is the defendant at that time?

A. Palm Beach County, Florida.

Q. And what is the next message that the defendant sends?

A. "Love you, babe.  Getting close to done, home soon, miss you.  Will explain all."

MS. MEDETIS-LONG:  And if we could go to page 3.

BY MS. MEDETIS-LONG:

Q. What does the defendant say then?

A. "Thanks so much, babe.  Finished here by Monday or Tuesday. Home then.  Love you so much."

Q. Does he continue?

A. Yes.

Q. And what -- that message that you just read, what's the date of it?

A. September 5, 2024.

Q. And does he send another message?

A. He does.

Q. What does he say?

A. "Miss you, babe.  Home soon."

Q. What's the date of that message?

A.   September 9, 2024.

Q.   And what does the next message say, and who is it from?

A.   The defendant sends a message, "Love you so much, home shortly."

Q.   Does he say what he's doing in this message string?

A.   He does not.

        MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 317, already in evidence?

        THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX301, the defendant's phone in his true name.

Q.   And what is -- what is the message in green?  Who is sending it?

A.   The defendant.

Q.   And what does he say?

A.   "Project in Florida.  No girl.  If conversations don't happen on your timetable, you're mad?"

        MS. MEDETIS-LONG:   And permission to publish Government's Exhibit 307, already in evidence?

        THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Another cell phone report for GX301, the phone in the

defendant's true name.

Q.   And what does the first text say?

A.   "Love you babe.  So sorry this project has taken so long. I suck."

Q.   Going to page 2, starting on September 11th, what does the green message say?

A.   The defendant writes, "You're great, babe.  Just cannot discuss what I am doing.  Sorry.  Just the way it is.  Will be finished Monday.  Love you."

Q.   And what's the date of that?

A.   September 12, 2024.

        MS. MEDETIS-LONG:  And going to page 3.  Is that page 3?  My apologies.  Going to Government's Exhibit 108.

        Permission to publish what is already in evidence at 108?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Another cell phone report for GX301, the phone in the defendant's true name.

Q.   And going to the next page, what do we see here?

A.   Messages from the defendant.

Q.   And what does he say?

A.   "It is just a project I am working on in Florida.  If you are poor with no money for hotels, you sleep in your car at a

truck stop and you buy food from the Dollar Tree.  All is good."

Q.   What's the date of that message?

A.   September 14th, 2024.

Q.   And what is the next message?

A.   "Bucket of food from Dollar Tree."

Q.   And if we could scroll down to the end of this exhibit, what is this?

A.   It's a photograph the defendant sent of a bucket of food.

MS. MEDETIS-LONG:  And if we could show the enlarged version of that photograph.

BY MS. MEDETIS-LONG:

Q.   What is included in that bucket of food?

A.   Tins of Armour Vienna Sausage.

MS. MEDETIS-LONG:  Your Honor, permission to publish what has already been admitted as Government's Exhibit 941 on the ELMO?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   It's a written note.

Q.   Where was it seized from?

A.   From the Nissan Xterra.

Q.   What does it say, if you could read it?

A.   "If you need this car moved, text 1-808-379-9411."

Q.    And do you see names listed on there?

A.    I do.

Q.    What are those names?

A.    Well, it lists the phone number again with the name Sara next to it, and then lists another phone number with the name Oran next to it.

Q.    What's the last four digits of the phone number with the name Oran next to it?

A.    9339.

Q.    And is there another name?

A.    Yes.  Kathleen.

Q.    Who are these people?

A.    Sara and Oran are the defendant's children, and Kathleen is his romantic partner.

        MS.  MEDETIS-LONG:   Showing you the other document in Government's Exhibit 941.

BY MS.  MEDETIS-LONG:

Q.    What do we see here?

A.    Again, a handwritten note.

Q.    And where was this taken from?

A.    From the Nissan Xterra.

Q.    And can you read it, please?

A.    "Working at the car dealership.  Part of the construction. Text me if in the way, 808-379-9411."

Q.    Starting with "Thanks," can you read the rest of the note?

A.    "Thanks, sorry.  Short on parking.  Just for a few days. During day."

Q.    Is there any -- is there or is there not evidence about whether the defendant was working in construction?

A.    There is no evidence of that.

Q.    And let me -- let me rephrase that.

During the period of August 14th to September 15th, 2024, is there or is there not evidence of the defendant working in construction?

A.    There is no evidence of the defendant working in construction during that time frame.

Q.    Regarding the rest of -- the remainder of your investigation, is there or is there not evidence of escape or an escape plan in this case?

A.    There is.

Q.    And, generally speaking, what was that plan?

A.    There were searches for flights, searches for driving -- flights to Mexico, searches for drive time from here -- from Miami to Laredo, Texas, at the border with Mexico, research about hospitals in Palm Beach County, and written notes defining the driving directions to Miami airport.

MS. MEDETIS-LONG:  And if I could have permission to publish Government's Exhibit 119, already in evidence?

THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a cell phone report for GX300, one of the defendant's burner phones.

Q.   And what does it show?

A.   This is an image date -- with a date stamp of September 4th, 2024.

Q.   And if we could go to the enlarged version of the thumbnail, what is it?

A.   It's showing hospitals in Palm Beach County.

MS. MEDETIS-LONG:   And going to Government's Exhibit 120, permission to publish what's already in evidence as 120?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Another cell phone report for GX300, the same burner phone.

Q.   And what does this show was occurring on that phone?

A.   This shows numerous searches on September 4th, 2024, for hospitals in Palm Beach County.

MS. MEDETIS-LONG:   Permission to publish -- permission to publish on the ELMO Government's Exhibit 186, already in evidence?

THE COURT:   Granted.

///

BY MS. MEDETIS-LONG:

Q.   Special Agent McGreevy, what is this?

A.   This is a piece of mail addressed to Ryan Routh, the defendant.

Q.   Where was it found?

A.   In the Nissan Xterra.

Q.   What is the handwriting on there?

A.   It says "make tourniquet."

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 176, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a photo from the hide.  We see the rifle, two bags hanging on the fence containing metal plates, and the camera.

Q.   Have you seen the metal plates that were recovered from those bags?

A.   I have not.

Q.   You have not.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 413?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we have here?

A.   From the defendant's Google account on September 5th, 2024,

he searched for "how many hours drive from Palm Beach to Laredo, Texas, by car?"

Q.   Where is Laredo, Texas?

A.   It is on the border between the United States and Mexico.

MS. MEDETIS-LONG:   Permission to publish Government's Exhibit 414, already in evidence?

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account on September 5th, 2024, the defendant searched for "flights from Palm Beach to Mexico City."

MS. MEDETIS-LONG:   Government's Exhibit 415, permission to publish, Your Honor?   It's already in evidence.

THE COURT:   Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the defendant's burner phones.

Q.   And what do we see here?

A.   We see a web history, searching for flights from Palm Beach County airport -- Palm Beach International Airport to Mexico.

MS. MEDETIS-LONG:   And if we could go to the next page at Row 11 and 12.

///

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   On September 6th, 2024, we see searches on CheapAir -- CheapOair for flights from PBI to Mexico.

Q.   Can you tell from the URL if there was any particular date (indicating) the search was targeted to?

A.   Yes.  September 10th, 2024, (indicating) for both searches.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 410, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account on September 7th, 2024, he searched for "flights from Miami to Mexico" and then visited Cheapflights from Mexico -- from Miami to Mexico City, two different websites.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 430, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   From the defendant's Google account, on September 7th, 2024, the defendant searched for "flights, Palm Beach to Mexico," and then visited Priceline.com looking at flights.

MS. MEDETIS-LONG:  Permission to publish Government's

Exhibit 431, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.  What do we see here?

A.  From the defendant's Google account from September 7th, 2024, he searched for "driving time from Palm Beach to Miami, Florida."

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 432, already in evidence?

BY MS. MEDETIS-LONG:

Q.  What do we see here?

THE COURT:  Granted.

THE WITNESS:  Also from the defendant's Google account on September 7th, 2024, he searched for "international airport in Miami, Florida."

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 428, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.  What do we see here?

A.  A cell phone report for GX300, one of the defendant's burner phones.

Q.  And what do we see here?

A.  On September 7th, 2024, the defendant has significant web history for flights from MIA to Mexico for September 8th and

September 9th.

Q.   What, if anything, did you find in the Xterra relating to Miami International Airport?

A.   I found handwritten notes related to flights and flight times as well as the directions to MIA, Miami International Airport.

MS. MEDETIS-LONG:  Permission to publish on the ELMO Government's Exhibit 445, a different portion of it?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Walk us through, what do we see on the left-hand side here (indicating)?

A.   Those appear to be flight times and flight numbers or airlines.  So, for example, at the top, 5:00 p.m. to 6:35 p.m., and Volaris is a budget airline out of Mexico.  And then the next one, 4:56 to 6:35, on Frontier, potentially Flight 232, and onward.

Q.   And what do we see here (indicating)?

A.   The flights to Bogotá on Avianca.

Q.   Where is Bogotá?

A.   Colombia.

Q.   And what do we see here?

A.   Flights to Medellín.

Q.   Where is Medellín?

A.   Colombia.

Q.   What do we see here (indicating), what I have circled in blue at the bottom left-hand corner?

A.   Those are driving directions to the Miami International Airport.  And Earlington Heights is a Metrorail stop near the Miami International Airport.

Q.   Did the defendant continue searching for flights after September 7, 2024?

A.   Yes.

     MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 406, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a cell phone report for GX302, one of the defendant's burner phones.

Q.   And what does it show generally?

A.   This is an image with the date stamp of September 8th, 2024.

     MS. MEDETIS-LONG:  And if we could go back a page.

BY MS. MEDETIS-LONG:

Q.   And what --

     MS. MEDETIS-LONG:  I'm sorry.  Let's go forward a page. I apologize.

BY MS. MEDETIS-LONG:

Q.   What do we see?

A.   Well, first, this is a photograph taken by one phone of another phone, and the photograph depicts a flight itinerary for Monday, September 9th, from MIA, Miami International Airport, to Mexico City through Bogotá.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 405A through D, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Another cell phone report for GX302, the same burner phone.

MS. MEDETIS-LONG:  Can we go to page 2.  Zoom in to the first row.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   It's another photograph with a date stamp of September 7, 2024.  And I note from the file name that it's trashed, indicating it's been deleted.

MS. MEDETIS-LONG:  And can we go to an enlarged version of the thumbnails.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   These show flight itineraries from MIA to Mexico City.

Q.   Going to the next page, what do we see here?

A.   Flight itineraries for September 9th from MIA to Mexico City.

Q.   What do we see in the background?

A.   We see what appears to be the madras shorts.

Q.   Have we seen those before?

A.   We have.

Q.   And again, is this -- what is this -- can you describe how this picture was taken?

A.   Yeah, again -- yes.  Again, it appears as though GX302, one of the burner phones, took a piction -- took a picture of another phone, and you can see the defendant's shorts in the background.

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 407 in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX302, the same burner phone.

Q.   And what does it show?

A.   An image dated September 7, 2024.

Q.   And if we could go to the enlarged version of the image, how was this image taken?

A.   Again, it was a -- a photo taken by GX302 of another cell phone.

Q.   And what does it show?

A.   Flight itineraries from MIA to Mexico City.

Q.   And permission to publish Government's Exhibit 411, already

in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account on September 11, 2024, the defendant searched for -- and it's -- all of the searches appear to be the same, "how long is flight from Miami to New York?"

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 412, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX300, one of the defendant's burner phones.

Q.   And if we could go to page 3, Rows 10 and 11, what do we see there?

A.   We see web history for September 11, 2024, where the defendant visited expedia.com for flights from MIA to LaGuardia, LGA.

MS. MEDETIS-LONG:  Now, could we go to Government's Exhibit 400, already in evidence.  Permission to publish?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A cell phone report for GX301, the phone in the defendant's true name.

MS. MEDETIS-LONG:  And could we go to the next page.

BY MS. MEDETIS-LONG:

Q.   First of all, what messaging platform is being used?

A.   WhatsApp.

Q.   And who is sending the first message?

A.   The defendant.

Q.   And who is he text -- WhatsApping with?

A.   Ramiro Plata.

Q.   And how do you know that?

A.   It says so on the upper left of the report.

Q.   Can you circle that?

A.   I can.  (Complies.)

Q.   And what does the defendant start with?

A.   "Hey, brother.  How are you, dude?"

Q.   And what's the date of that?

A.   September 13, 2024.

Q.   And what does the next message say?

A.   "I may come to visit soon."

Q.   Who sent that?

A.   The defendant.

Q.   And what does the next message say?

A.   The defendant writes, "What's up?  Too busy to text."

Q.   And what date is that?

A.   September 14, 2024.

Q.   Going to the next page.  The top message, what language is that in?

A.   Spanish.

MS. MEDETIS-LONG:  And if we could scroll down a few pages.

BY MS. MEDETIS-LONG:

Q.   Was this translated?

A.   It was.

MS. MEDETIS-LONG:  Your Honor, permission to use the ELMO?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Is this the same text thread we just saw?

A.   It is.

Q.   And is this the Spanish with the English translation?

A.   Yes, it is.

Q.   Could you --

THE COURT:  Is this the same exhibit?

MS. MEDETIS-LONG:  It is, Your Honor.  It's part of the same exhibit, Exhibit 400.

THE COURT:  Thank you.

BY MS. MEDETIS-LONG:

Q.   And could you please read this English translation.

A.   Yes, ma'am.  Ramiro writes, "Yes, bro, I'm working in a

municipality place, and I'm in charge of paying.  And you know, a mess paying 400 people.  But welcome.  You know I'm here at your service.  Thank you and sorry."

Q.   And how -- what's the date of that message?

A.   September 14, 2024.

Q.   Does the defendant respond?

A.   He does.

Q.   How does he respond?

A.   "That's good.  Very good.  I may be in Mexico City on Monday.  Where are you?"

Q.   When was that sent?

A.   September 14, 2024.

Q.   What would Monday's date be, according to this context?

A.   September 16th, 2024.

Q.   Text conversation continues.  What does Ramiro say?

A.   "Okay, bro.  See you here."

Q.   And what is the defendant's response?

A.   "In which municipality do you work?"

Q.   And what's the date of that response?

A.   September 14, 2024.

Q.   What time?

A.   7:29 p.m. UTC.

Q.   What is that in Eastern time?

A.   3:29 p.m. Eastern.

Q.   Does the defendant say anything else?

A.    He does.

Q.    What does he say?

A.    "You are incredible.  Thank you very much.  Maybe tomorrow or maybe on Monday, if I can.  Are you far from Mexico City?"

Q.    And how does Ramiro respond?

A.    "Four hours from Mexico City, I am."

Q.    How does the defendant respond?

A.    "I'll call you as soon as I know so that you have plenty of time."

Q.    And what is the date and time of this message?

A.    September 15, 2024, at 12:06 a.m.

Q.    Is that UTC?

A.    UTC, yes, ma'am.

Q.    So where does that put us for Eastern time?

A.    September 14, 2024, at 8:06 p.m.

Q.    Showing you Government's Exhibit 408.

        MS. MEDETIS-LONG:  Permission to publish, Your Honor? It's already in evidence.

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What do we see here?

A.    A cell phone report for GX301, the defendant's phone in his true name.

Q.    And looking at Rows 1 and 2, what do we see being done with this phone?

A.   The phone and -- the defendant is use -- utilizing Google Translate to translate an English sentence into Spanish.

Q.   And what is the English sought to be translated?

A.   "I will call as soon as I know so you will have plenty of time."

Q.   Where did we see that?

A.   In the text message to Ramiro.

Q.   And the next, Row 2, what do we see there?

A.   "You are awesome.  Thanks so much.  Maybe tomorrow or maybe Monday, if I can.  Are you far from Mexico City?"

Q.   Were you or were you not able to uncover evidence indicating what the defendant was doing in South Florida and West Palm Beach and Palm Beach County between August 14, 2024, and September 15, 2024?

A.   We were.

Q.   Okay.

     MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-194, already in evidence?

     THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is a text message from the defendant to someone named Ben.

Q.   And what does the defendant say in the first bubble?

A.   "What do you think of Trump?"

Q.   And what is the response?

A.   "Not a fan."

Q.   Does the defendant respond?

A.   He does.

Q.   What does he say?

A.   "Yes.  Shan't get elected again."

Q.   Showing you again Government's Exhibit 1 --

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 100, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Now, we've seen this before.  I won't make you read it out loud.  But where was this document found?

A.   This document was found in the box the defendant left in North Carolina.

MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 104, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   And what is this, generally?

A.   This -- these are messages between the defendant and Zolltan, who we know to be identified as Volodymyr Kravtsov.

Q.   And what does the defendant say in the first bubble?

A.   "Anything new?"

Q.   And what is the response?

A.    "Yup.  Tramp has a shot."

Q.    And what do the -- when do those occur, on what date, those two messages?

A.    July 17, 2024.

Q.    What, if anything, occurred near that date of July 17, 2024?

A.    On July 13th, an individual in Butler, Pennsylvania, attempted to assassinate President Trump.

Q.    And does the defendant respond to "tramp has a shot"?

A.    Yes.

Q.    What is the response?

A.    "Trump is an idiot."

Q.    And what does Zolltan or Volodymyr respond?

A.    "So that was your order?"

Q.    And what is the defendant's response?

A.    "I wish.  Very funny.  I have control over absolutely no one."

        MS. MEDETIS-LONG:  Bottom of page 3, please.

BY MS. MEDETIS-LONG:

Q.    What does the defendant say on August 23, 2024, to Zolltan?

A.    The defendant writes, "Send me an RPG or stinger and I will see what we can do.  He is not good for Ukraine."

Q.    What is an RPG?

A.    It's a military-grade weapon.  It's a shoulder-mounted grenade launcher.

Q.    What is a stinger?

A.    It's a missile.  It is a surface-to-air missile, antiaircraft missile.  Also a weapon.

Q.    Based on the context of this -- these communications, can you tell who "he" is in this case?

A.    President Trump.

        MS. MEDETIS-LONG:  Now, going down further, scrolling down to the next message.

BY MS. MEDETIS-LONG:

Q.    What is Zolltan's response?

A.    Zolltan writes, "Stinger not so bad.  Plus strelas and iglas.  It's best option in comperation price quality."

Q.    And what does the defendant respond?

A.    "Okay.  What is the price?  Can you ship it to me?"

Q.    What does the defendant's response suggest about this conversation?

A.    That he is intending to obtain an RPG or Stinger from Volodymyr.

Q.    And how does Volodymyr respond?

A.    "Nope.  It's monitoring prices.  Send commercial offer."

Q.    And how does the defendant respond?

A.    "Sounds too complicated.  Guess you will have to deal with Trump."

Q.    And what is Zolltan's response?

A.    "Already linked.  Not enough.  Ready to buy separately."

Q.   How does the defendant respond?

A.   "I do not understand."

Q.   And what is Zolltan's response?

A.   "What is not understanding?"

Q.   And how does the defendant ultimately respond?

A.   "They are not complete sentences, so I do not understand what you are trying to say.  Already linked?  To what?  Not enough?  Ready to buy separately.  I understand that.  I need equipment so Trump cannot get elected and support."

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 105, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is a message from the defendant to an individual named Samer Tounsi.

Q.   And what does the defendant say?

A.   "I think Trump will be a big problem for Ukraine.  I need some help ensuring that he does not get elected.  Volodymyr does not seem to understand.  I need some support."

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-195 --

BY MS. MEDETIS-LONG:

Q.   By the way, what is the date of this exchange?

A.   August 25th, 2024.

MS. MEDETIS-LONG:  Continuing on August 25th, 2024, permission to publish Government's Exhibit 600-195, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   This is messages sent via WhatsApp from the defendant to someone named Captain Talk Recruiting.

Q.   And what does the defendant say in the first bubble?

A.   "I think Trump will be a big problem for Ukraine."

Q.   And what is the response?

A.   "Yeah, Trump seems to cause chaos, not what the world needs right now."

Q.   The first message, what is the date of that message?

A.   August 25th, 2024.

Q.   After "not what the world needs right now," how did the defendant respond?

A.   "For sure.  What an idiot."

Q.   What's the date of that message?

A.   August 26th, 2024.

Q.   Scrolling down.  What else does the defendant say?

A.   The defendant wrote, "He needs to go away.  He canceled the JCPOA for Iran.  What a F-U-C-King idiot.  I hate him."

Q.   What is the JCPOA, generally speaking?

A.   The Iran nuclear deal.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 140, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   From the defendant's Google account on August 29th, 2024, the defendant searched for "range of 7.62x39 bullet" and then visited the Wikipedia page for "7.62x39mm."

MS. MEDETIS-LONG:  And moving to August 30, 2024, permission to publish Government's Exhibit 106?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX302, one of the defendant's burner phones.

Q.   And what is this?

A.   The defendant writes:  "Hey, Lazaro, Ryan Routh here.  Want to give you my son Oran's number in case I die in the next 10 or 20 years, you can reach him.  336-337-9339.  He lives on Van Wert Street at Holbrook, 1109."

And that's dated August 30th, 2024.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 143?

THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   From the defendant's Google account on August 30th, 2024, the defendant searched for "do rifles spread gun powder residue on user," and also searched for "how long does gun residue stay on clothing," and then visited the Wikipedia page for "gunshot residue."

MS. MEDETIS-LONG:  Your Honor, just a moment.

Your Honor, at this time I would seek to move into evidence pursuant to Federal Rule of Evidence 902(11) Government's Exhibit 168?

THE COURT:  Any objection, Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  168 is admitted without objection.

(Government Exhibit 168 was received in evidence.)

MS. MEDETIS-LONG:  Permission to publish, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Generally speaking -- have you reviewed this document before?

A.   I have.

Q.   And generally speaking, what is it?

A.   It's handwritten song lyrics.  On the right side of the page, it is the -- appears to be the lyrics from the Eminem -- the rapper Eminem song "Lose Yourself."

And on the left side, it appears that the defendant wrote his own lyrics to a related song called "Move Yourself."

Q.   Do you see the two names up here (indicating)?

A.   I do.

Q.   What does it say?

A.   It says, "Sara and Adam, make it good."

Q.   Let's start with the first line.  What does that say?

A.   "Look, if you had one or one opportunity to fix everything the world ever needed, one moment, would you put a cap in it?" And then parentheses says "his ass."

Q.   The phrase "would you put a cap in it," what does that mean?

A.   It means to shoot someone.

Q.   And can we start again now with the word "scope."

A.   "Scope set and rifle steady.  No better it's getting.  Dial it in.  No fretting.  Old, but he keeps forgetting."

Q.   And "scope set and rifle steady," what is that a reference to?

A.   To setting up a rifle to take a shot.

Q.   Starting with the word "hairs," what does that say?

A.   "Hairs lined, battle town, carts rolling now, far afield, and not stopping how, heads bopping and blocking, you're joking wow, SS knocking."

Q.   "Hairs lined battle town," what is "hairs lined" a reference to?

A.   It could mean that the cross-hairs on a sight on a scope, having the cross-hairs lined up properly on the target you intend to shoot.  Could also be a reference to the hairs on someone -- the head of the person you intend to shoot.

Q.   "SS knocking," what is that, do you believe, a reference to?

A.   The Secret Service.

Q.   Starting with "no one" (indicating), what's that say?

A.   Sorry.  "No one's droppin, lay some bullets down, no way of dropping, nothing is popping down."

Q.   What does "lay some bullets down" mean?

A.   It means to shoot a number of bullets.

Q.   Pick up again with "no more."

A.   "No more laying on the ground.  Bullets fly round and round."

Q.   "Bullets fly round and round," what is that a reference to?

A.   A gunfight.  A back-and-forth gunfight.

Q.   Resume again with "don't."

A.   "Don't be no pussy now when killing some wussy.  Go on, get busy, eat those bullets."

Q.   What does "eat those bullets" suggest?

A.   That the person being shot is eating the bullets being shot.

Q.   Continue.

A.   "Shoot right through and lay it down.  Don't drop the

objective without a sound.  All teed up and you shanked, you thing you get another round.  As the world is falling down, time to get out of town before they chase me down.  Fence will hold 'em now, no one's behind me how."

Q.   "All teed up and you shanked," what is that a reference to?

A.   Appears to be a golf reference.

Q.   "You think you get another round," what could that be a reference to?

A.   Another golf reference potentially.

Q.   "As the world is falling down, time to get out of town, before they chase me down," what is that a reference to?

A.   That the defendant is intending to flee.

Q.   "Fence will hold 'em now," what is that a reference to?

A.   A reference to the fence at Trump International Golf Club where the defendant was on the exterior side of the fence and the Secret Service was inside the fence.

Q.   Going to the next page.  You see a series of lines starting with "oops."  You don't have to read the "oops" every time, but can you start with the first line?

A.   "There goes tragedy, no more rhapsody/rapture.  He is mad at me.  Why did I flee?  I'm not the enemy, just a worker bee. America is toast finally, charge him criminally, laws broken daily, we're fractured fraley.  No way for him to leave.  Stuck for eternity.  How do we remove a dick agitator.  Beat with a stick, carrot ass his pick, bend over prick.  We gonna have to

storm that White House.  Only way to get him out.  20 years of Trump, oh, wow, World War III coming now.  We can't wait around."

Q.   Can we start here again (indicating)?

A.   "I would like to remove the frown and eliminate that clown."

Q.   Now, let me ask you a question.  With respect to what you just read in the context of "White House," "storm the White House, only way to get him out," who is he referring to?

A.   The President.

Q.   Now, moving to September 15, 2024.  In the moments before the Secret Service discovered the defendant in the tree line, what was the defendant doing?

A.   He was lying in wait in the tree line.

Q.   Did he send any messages?

A.   He did.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-95.

We will start with September 15th first -- or September 14th first.

THE COURT:  Granted.

MS. MEDETIS-LONG:  Oh, permission to publish, Your Honor?  I apologize.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.    From the defendant's Google account, on September 14, 2024, the defendant searched for "Trump event for Sunday, September 15th."

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 600-97?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this?

A.    A cell phone report for GX300, one of the defendant's burner phones.

Q.    Going to page 2, Row 6.

A.    On September 14th, 2024, we see the defendant visited the Donald J. Trump event website.

Q.    Does this date and time correspond with the Google account search we just saw?

A.    It does.

MS. MEDETIS-LONG:  Now, moving to September 15, 2024, permission to publish Government's Exhibit 708, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.    What is this?

A.    A cell phone report for GX300, one of the defendant's burner phones.

Q.    And do we see the date on here?

A.   The timestamp -- the date stamp is September 15th, 2024.

Q.   What time?

A.   4:44 a.m. UTC, which would be 12:04 a.m. Eastern.

Q.   12:04 or 12:44?

A.   12:44, pardon me.  12:44 Eastern.

Q.   And could we go to the enlarged version of that thumbnail. What do we see?

A.   We see a weather report for Palm Beach International.

Q.   For what time?

A.   From 1:00 a.m. to 7:00 a.m.

Q.   And what is the time here (indicating)?

A.   12:44 a.m.

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 732, already in evidence?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is surveillance camera footage from the Marathon truck stop in South Bay, and it depicts the defendant and the Nissan Xterra and -- sorry.  The date is September 15, 2024, and the timestamp is 12:50 a.m.

Q.   Where does the defendant go at this point on September 15, 2024?

A.   To the Trump International Golf Club.

        MS. MEDETIS-LONG:  And permission to publish what's

already in evidence as Government's Exhibit 714?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see cell phone activations and location information for GX301, the defendant's phone in his true name, for September 15, 2024, between 1:52 a.m. and 1:59 a.m., and it's depicting the phone in the vicinity of the Trump International Golf Club.

BY MS. MEDETIS-LONG:

Q.   Page 75 of this exhibit, what does this show?

A.   More activations for GX301, the phone in the defendant's true name, on September 15, 2024, between 2:39 a.m. and 2:41 a.m., again depicting the phone in the vicinity of Trump International Golf Club.

MS. MEDETIS-LONG:  And page 78 of the same exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   Cell phone activations and location data for GX301, the phone in the defendant's true name on September 15, 2024, between 3:36 a.m. and 12:57 p.m., where the phone is located in the southeast corner of Trump International Golf Club.

Q.   And, to be fair, it's in the vicinity of the Trump International Golf Club; correct?

A.   Correct.

Q.   And how many hours was the phone signaling at that location?

A.   About nine hours.

Q.   Now, directing your attention to at or around this 12:57 p.m. time frame.

MS. MEDETIS-LONG:  Your Honor, permission to publish Government's Exhibit 109, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   A cell phone report for GX301, the phone in the defendant's true name.

Q.   And who is he texting here?

A.   The defendant is texting Kathleen Shaffer.

Q.   And what does he say?

A.   "Love you forever, babe."

Q.   And what's the date and time?

A.   September 15, 2024, at 4:55 p.m. UTC, or 12:55 p.m. Eastern.

MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 110, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Again, a cell phone report for GX301, the phone in the

defendant's true name.

Q.   And what is he doing with the phone?

A.   He is messaging his daughter, Sara.

Q.   And what does he say?

A.   "Love you so much.  You are the best daughter."

Q.   What time and date?

A.   September 15, 2024, at 4:55 p.m. UTC, or 12:55 p.m. Eastern.

          MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 112, already in evidence?

          THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   A cell phone report for GX301, the phone in the defendant's true name.

Q.   And what does the defendant say and who -- well, first of all, who was he -- who is he texting?

A.   The defendant sends a message to his son, Adam Routh.

Q.   And what does he say?

A.   "You are so awesome, dude.  Love you so much."

Q.   And what is the date and time?

A.   September 15, 2024, at 4:56 p.m. UTC, or 12:56 p.m. Eastern.

          MS. MEDETIS-LONG:  And permission to publish Government's Exhibit 113, already in evidence?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What is this?

A.   Cell phone report, again, for GX301, the phone in the defendant's true name.

Q.   And what is the defendant doing with this phone at this time?

A.   Sends a message to his son, Oran.

Q.   And what does the message say?

A.   "Love you so much, man.  You are so brilliant."

Q.   What's the respon- -- and what time is that message?

A.   September 15, 2024, at 4:56 p.m. UTC, 12:56 p.m. Eastern.

Q.   And what is the response?

A.   Oran writes, "Love you too, dad.  What's up?  Everything all right?"

Q.   Now, what does the defendant do, according to the investigation, after he is discovered by the Secret Service?

A.   He flees.

Q.   And showing you Government's Exhibit 714.

     MS. MEDETIS-LONG:  Permission to publish?  It's already in evidence.

     THE COURT:  Granted.

     MS. MEDETIS-LONG:  Page 83, please.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see cell phone activations for GX302, one of the defendant's burner phones, and it's pinging along the 95 corridor, starting in Palm Beach County, all the way to, essentially, Stuart, near the -- where the traffic stop took place.

Q.   And what's the date range or the date for this?

A.   September 15, 2024.

Q.   And what's the time frame?

A.   From 1:42 p.m. until 2:09 p.m.

Q.   And showing you what's already been shown as a demonstrative, GX1008.

MS. MEDETIS-LONG:   Permission to publish that again, Your Honor?

THE COURT:   Granted.

MS. MEDETIS-LONG:   Page 1 of that exhibit.

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   This is license plate reader data depicting the Xterra bearing Florida license plate 97E EED, on September 15, 2024, at 1:51 p.m., operating along 95 in Jupiter, Florida.

Q.   What does it say about the camera here?

A.   It says it's a fixed camera on I-95 northbound at Mile Marker 91.

Q.   Do you recall from the investigation who saw the defendant fleeing from the golf course?

A.   I do.

Q.   And who was that?

A.   Mr. McGee.

Q.   And what did Mr. McGee do in response to seeing the defendant?

A.   He took a video.

Q.   And did he convey any information to law enforcement?

A.   He did.  He conveyed the license plate number.

Q.   And was the defendant ultimately found?

A.   He was.

        MS. MEDETIS-LONG:  And permission to publish what's already in evidence at Government's Exhibit 200-73?

        THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   What does this show?

A.   It's a picture of the defendant.

Q.   And what is he wearing?

A.   He is wearing socks pulled up over his pants, and a pink shirt.

Q.   And do you know when this photograph was taken?

A.   After his arrest on September 15, 2024.

        MS. MEDETIS-LONG:  And if I could have permission to publish Government's Exhibit 200-77?

        THE COURT:  Granted.

///

BY MS. MEDETIS-LONG:

Q.   What do we see here?

A.   We see burrs from a bush stuck to his leggings.

Q.   Can you circle those?

A.   I can.   (Complies.)

Q.   After his arrest, did the defendant make any communications while he was in custody?

A.   He did.

MS. MEDETIS-LONG:   And at this time, Your Honor, I would seek to publish simultaneously Government's Exhibit 166 and 167, already in evidence?

THE COURT:   We will take a break now for 15 minutes.

All rise for the jury.

(The jury exited the courtroom at 3:00 p.m.)

THE COURT:   Please have a seat.

Thank you, Agent.   We will see you in a few minutes.

THE WITNESS:   Thank you, ma'am.

THE COURT:   All right.   While we have a break, I want to get a sense for -- how much longer do you think your direct will be, Ms. Medetis-Long?

MS. MEDETIS-LONG:   Perhaps 30 to 45 minutes.

THE COURT:   Okay.   Let's go back to one exhibit I wanted to clarify.   This is -- one moment.   There was an exhibit that you moved in under 902(11), and I wanted to inquire whether that had been properly noticed.

MS. MEDETIS-LONG:  Yes, Your Honor.  We provided the business record certification from BOP at the start, I believe, on the first day of trial.

THE COURT:  And that's for Government's 168?

MS. MEDETIS-LONG:  That's correct, Your Honor.

THE COURT:  Okay.  All right.  So that was -- that notice is reflected on the docket?

MS. MEDETIS-LONG:  Your Honor, it wasn't docketed.  It was provided via hand-delivery.

THE COURT:  To the defendant?

MS. MEDETIS-LONG:  To the defendant and standby counsel, yes.

THE COURT:  Okay.  All right.  We will be in a brief break until 3:10, and then we will resume.  Thank you.

(A recess was taken from 3:02 p.m. to 3:17 p.m.)

THE COURT:  Please have a seat.  Before we call in the jury, I want to further inquire about that exhibit.

Remind me again when 168 was noticed.

MS. MEDETIS-LONG:  Your Honor, that was provided in discovery.  And the notice, the 902(11) notice, was provided on the very first day of trial via hand-delivery as we have been doing with all of our 902(11) notices.

THE COURT:  Okay.  Number 1, that notice should get docketed.  Number 2, when was 168 provided in discovery, through what response to the standard discovery order?

MS. MEDETIS-LONG:  Your Honor, may I go back and check?

THE COURT:  Yes.

MS. MEDETIS-LONG:  Your Honor, I want to say May, but I would have to go back and look at the discovery responses to verify that, which are in the office downstairs.

THE COURT:  Okay.  Ms. Militello or Ms. Sihvola, do you have any recollection of seeing this exhibit, which is now marked as 168, in a discovery production in or around May of this year?

MS. MILITELLO:  I do.

THE COURT:  Okay.  All right.  Now, what is the basis for 902(11) as to this document?

MS. MEDETIS-LONG:  Your Honor, these are records collected from the Federal Bureau of Prisons.  These were collected from the defendant as part of his writings, including certain jail calls that were collected as well as certain email communications.  They were all part of the collection process by the Bureau of Prisons in their ordinary course of business.

THE COURT:  Okay.  The questioning of the witness didn't -- and I understand why -- not explicitly get into the means by which this information was collected or that it originally stems from a BOP recovery system, but does either side wish to supply any more information regarding the foundation for this exhibit?

MS. MEDETIS-LONG:  Your Honor, as far as foundation

goes, we would note that the Bureau of Prisons makes these collections of communications as part of their ordinary course. And, of course, we did not want to inquire as to that in front of the jury.

THE COURT:  Okay.  Mr. Routh, do you have anything you wish to say about that exhibit?  I know there was no objection previously.

MR. ROUTH:  Well, obviously, Your Honor, you know, songs and music is art, you know, going back to the First Amendment, as far as freedom of expression.  So all of that is -- is just art.  You know, if it were a painting or a sculpture or -- or, you know, a movie or -- or a -- or a book or anything of fiction, it's just all fiction.  So it's -- it's just a production of art.

THE COURT:  Okay.

MR. ROUTH:  So...

THE COURT:  All right.  I understand your view.  There was no objection, and I think there has been a sufficient background, now supplemented with our discussion, supporting admission of the exhibit.

So, with that, let's call in the jury.

MS. MEDETIS-LONG:  Your Honor, one moment.

For Your Honor's planning purposes, we have truncated the remainder of the direct, and it will only be approximately ten minutes.

THE COURT:  Okay, then.

Mr. Routh, you should be prepared to segue directly into your cross-examination then.

MR. ROUTH:  Yes, Your Honor.

THE COURT:  All right.

Let's bring in the jury.  Thank you, Officer.

Oh, you know what?  Warren, can you -- yeah.

I just thought of something.  You may all be seated.

Because I won't be doing another break before the cross-examination, I did want to take a few minutes to address some exhibits that you have provided that might potentially -- excuse me -- potentially have some bearing for your cross-examination of this witness, seeing as this is the last government witness.

So having reviewed all of the paperwork supplied by the defense -- and I'm assuming the government has all of those items.  There is the "Dear World" letter, the 12-page item that's already been ruled upon, and no further ruling is necessary at this time.  But your objection to use of that extra phrase on page 12 has been preserved, Mr. Routh.

There were some photographs in the Redweld provided to the Court.  They look to be images of the shrubbery.  And Government Exhibit 1, a zoomed-in photograph of Government Exhibit 1, and then other images of their -- of Government's Exhibit 1.

There is also a picture of a blue flashlight.  This is Defense 148 -- may have been previously admitted.  I'm not sure.

There is also an improvised explosive, how to make your own -- it's a picture of the cover page of a book.  This is marked as a defense exhibit.

And then there are two photographs, excuse me, three of what looks to be a 7.62x39mm federal ammunition box, the front and back, and then some additional photographs of cartridges within that box.

Are these exhibits, sir, that you wish to use at all in this trial?

MR. ROUTH:  No, Your Honor.  No, Your Honor.

THE COURT:  Okay.  So they were in the Redweld by accident?

MR. ROUTH:  Do they have stickers on them?  Do they have --

THE COURT:  Some do and some do not.  I can -- I will have the courtroom deputy give these to you and to your standby counsel, who can maybe over- -- take a look at them in total to see if -- if you're clear on your position with respect to those exhibits.

And then there is one additional item, and it's multimedia -- it's a CD-ROM.  It's marked 137, but I don't know what this is (indicating).

MR. ROUTH:  I think the file actually came from them, so maybe that was an item that they had in their -- in their personal items, my standby counsel.

THE COURT:  Okay.  I will return this as well.

The reason why I'm asking this now is that, to the extent any of these exhibits are admissible, I want to address any such issues now before you begin your cross-examination. And there -- these may be duplicates of exhibits that were already admitted.  I don't know to that level of granularity which photos are which.

(Discussion between standby counsel and pro se defendant.)

MR. ROUTH:  Yeah, none of those items are useful, Your Honor.  There were apparently some numbering issues. So...

THE COURT:  Okay.  So, to be clear, all the stuff that I looked at that appeared to have potentially some factual relevance to this case, you are not seeking to move into evidence through this witness or otherwise; correct?

MR. ROUTH:  No.  There was a mistake somewhere in communication and numbers and requests and stuff, so, yeah, that was -- that was our mistake internally.  I'm sorry.

THE COURT:  Okay.  All right.  And the CD-ROM, is that also irrelevant and inapplicable?

MR. ROUTH:  Yeah, it's irrelevant, yes.  So, again,

we've got some wires crossed.  And it was an audio, audio of a phone call.  So I'm not sure even what it is.  That was my mistake.  My error.

THE COURT:  Okay.  Well, then, I think we're good to go, then, Officer.  Let's bring in the jury.

MR. ROUTH:  Kristy, did you have something to say?

THE COURT:  Is there another -- I'm sorry.  Ms. Militello, is there anything further?

MS. MILITELLO:  I just -- these are the originals, if the Court wanted them back.

THE COURT:  Yes.  I will retrieve those.  Again, the important thing, though, will be to file the defense proposed exhibits in that organized, separated manner so the record is clear as to what Mr. Routh is actually offering.  Thank you.

Let's call the jury in.

(The jury entered the courtroom at 3:27 p.m.)

THE COURT:  Please have a seat.  Everyone as well.  Thank you.  And thank you for your patience.

Ms. McGreevy, Agent McGreevy, please return to the witness stand.  You remain under oath.

You may begin.

BY MS. MEDETIS-LONG:

Q.   Before the break, Agent McGreevy, we were talking about September 15, 2024.  Do you recall that?

A.   I do.

MS. MEDETIS-LONG: At this time, Your Honor, I would ask for permission to publish what's already in evidence simultaneously as 166, Government's Exhibit, and 167, Government's Exhibit?

THE COURT: Granted.

(A video and/or audio was played.)

BY MS. MEDETIS-LONG:

Q. Now, Special Agent McGreevy, who were the speakers on this phone, on this phone call?

A. The defendant and Kathleen Shaffer.

Q. And when Kathleen Shaffer says here, "I am processing the most horrible thing that you could have ever done," what is the defendant's response?

A. "Okay. I'm sorry."

Q. Did he sound confused in his response?

A. He did not.

MS. MEDETIS-LONG: Your Honor, at this time the government would tender the witness.

THE COURT: Thank you.

Cross-examination.

MR. ROUTH: Sure.

CROSS-EXAMINATION

BY MR. ROUTH:

Q. Good afternoon.

A. Good afternoon, sir.

Q.   Are you exhausted?

A.   Not yet, sir.

Q.   I'm exhausted.

A.   I'm sure.

Q.   All right.  We have to go back to yesterday.  So -- so you didn't provide to us like a screenshot of a package of flashlights, the red and the blue flashlights?

A.   Yes, sir.

Q.   I mean, certainly you researched it and -- and checked on harborfreight.com and saw the package of flashlights?

A.   I observed it there, yes, sir.

Q.   So when they are sold, they are red and blue together in the same package?

A.   It looks that way, yes, sir.  That's how they're depicted on their website.

Q.   On all of them?

A.   Yes, sir.

Q.   But you didn't print that out and share that with us?

A.   No, sir.

Q.   Because I'm just thinking that, you know, that they would just be either red or blue in a package and not a -- not a variety pack.

A.   I understand that you -- you might think that, but when you research the SKU number on the receipt from your vehicle, they -- what comes up in the Harbor Freight website is a

multipack, the 2-pack of a red and a blue flashlight.  And I did not observe any other color variations of any kind in that 2-pack.

Q.   Okay.  Okay.  All right.  I don't have access to a phone, so I can't research it.

MS. MEDETIS-LONG:  Objection to extraneous commentary.  Move to strike.

THE COURT:  Granted.

Ladies and gentlemen, you should disregard entirely the statement just made by Mr. Routh.

Next question.

BY MR. ROUTH:

Q.   I think we also talked yesterday about a little piece of fence wire.

A.   Yes, sir.

Q.   So we had asked the other technician if it had been tested for DNA.  Do you know if it was tested for DNA?

A.   I do not know, sir.

Q.   So that item was found in the Nissan, was it not?

A.   Yes, sir.

MR. ROUTH:  Your Honor, is there any chance I could look at that item again, just out of curiosity?  Or is that --

THE COURT:  What's the exhibit number, Mr. Routh?

MR. ROUTH:  Oh, I had it on yesterday's list and I switched over.  Don't worry about it.

THE COURT:  No, no.  If you need a moment to gather whatever notes you have to indicate the exhibit number that you wish to use, I will give you that time.

MR. ROUTH:  I will look real fast and see if it's readily available.

THE COURT:  If you wish to consult with your standby counsel briefly on the exhibit numbering, you may do so.

Let's turn on the white noise, please.

(Discussion between counsel and defendant.)

MR. ROUTH:  I was told it is 272.

THE COURT:  Okay.  Please repeat.

MR. ROUTH:  272.

THE COURT:  Mr. Browne, I see you are holding something.  Is that the same exhibit?

MR. BROWNE:  No.  This is Government's Exhibit 200-72. And if the Court wishes, I can hand it to the marshal to give to the defendant.

THE COURT:  Let's do that, please.  Thank you, Mr. Browne.

200-72 I think is what's been marked or -- and admitted previously.  But please confirm the exhibit number.

MR. ROUTH:  Yes.  It's the correct item, yes.

THE COURT:  Okay.  Carry on.

BY MR. ROUTH:

Q.   So you didn't think it wise to test for DNA on the strange

item in the Nissan?

A.   I was not part of the decision-making process of what to test or not test for DNA, sir.

Q.   So the -- the magical white golf tee that was under the driver's seat, did they test for DNA on the -- on the golf tee that appeared under the seat?

A.   I'm not familiar with that golf tee or that DNA testing of that item, sir.

Q.   Or the Colt .45 bullet shell that ended up in the glove box?

A.   I'm not familiar with that item or that testing, sir.

Q.   Okay.  Okay.  You can have this if you want it (indicating).

You're -- you're aware, I guess, in the -- in the -- I guess it has to be a question.  Did you not notice that in the Nissan, when it was retrieved, that someone had taken the "Pink" Victoria Secret blanket out of the back of the vehicle and draped it over the door?

A.   I did not observe that, sir.

Q.   You don't recall in the photos the gray -- but that said "Pink" on it -- draped over the window where the window won't go up on the driver's side?

A.   I don't recall seeing that, sir.  I'm happy to look at an exhibit, but I don't recall seeing it.

Q.   Okay.  But is it possible that when the defendant was

arrested, that the vehicle was open for a number of hours for people to look and see and take pictures and -- and take the blanket out and put it over the window and do all manner of whatever?

A.   Sir, when the vehicle was seized, it's secured by the FBI. So after your arrest, the vehicle was seized, it was secured before it was searched.

Q.   Okay.  All right.

A.   So, no, people weren't coming and going inside or out of the vehicle.

Q.   Okay.  All right.  To the Armour sausage cans, so you -- did you not note that all the numbers on the bottom of the can were the same?

A.   Yes, sir.

Q.   So I'm sure that you called Armour and asked them about their -- their numbering that they put on the bottom of the cans?

A.   We reviewed that online, sir.

Q.   And what did you find?

A.   That the -- that SKU is related to the similar string of sausage cans.

Q.   So is that, like, every sausage can in Florida for August and September or what -- what --

A.   It was the -- it's certainly a lot of sausages from South Florida that you purchased from, yes, sir.

Q.   No, I'm not talking about me.  I'm talking about Florida as a whole.  I mean, is that same number on every can in Florida for, you know, June, July, August, for -- for months on end?  That's my question.

A.   I do not know for how many cans or months that that number is on the can, sir.

Q.   Well, what does the number represent?  Do you remember the -- the production date and the production facility and...

A.   It's a -- it is a production number for those cans of sausage, sir.

Q.   But we don't have a time frame or a quantity or...

A.   I am not aware of one.

Q.   So just because the numbers matched, it's like those were the only Vienna sausage cans in the world that had the same numbers?

A.   Those are the sausage cans that we observed in your vehicle and in the hide and at the Marathon truck stop, sir.

Q.   Okay.  All right.  So...

All right.  Okay.  Is it illegal to call gun shops and visit gun shops?

A.   No, sir.

Q.   Okay.  So that's permissible.

Is it unusual for --

MS. MEDETIS-LONG:  Your Honor, objection.

THE COURT:  Overruled.

BY MR. ROUTH:

Q.   Is it unusual for a bank customer to keep large funds in a higher interest account and other smaller accounts for distributions?

A.   No.

Q.   Multiple accounts is normal?

A.   Yes.

Q.   Did you not acknowledge in your testimony that you could read five out of the six numbers on the -- on the butt of the -- the serial number on the butt of the SKS rifle?

A.   I could read all of the numbers, sir.  The picture we were using in the -- in the courtroom is a bit fuzzy, but I could discern all the numbers.

Q.   So if you could discern all the numbers without any magnification, just by the naked eye, do you consider that serial number to be obliterated?

A.   It was attempted to be obliterated, yes, sir.

Q.   But basically nothing happened to the end of that rifle at that area, and yet, you could still read the number?

A.   I could read the number based on portions of the number being visible.  The offset of the typeset, it's -- it's clear to me based on the review of those, the -- comparing the picture and the rifle, that that's the same serial number.

Q.   Okay.  I mean, is it not logical if you can read a number, then you can read a number?

A.   There was a lot of scratches through that number, sir.  It appeared to be at least a considerable attempt at obliterating it, and it was obliterated.

Q.   Okay.  All right.

When we were looking at the various photos of the mustard-colored shoes, did you not notice that one set of the mustard-colored shoes were high top, and the other set were low top?

A.   I could not see the -- the height of the shoes when the -- when they were -- when they were on your person.

MS. MEDETIS-LONG:  On GX14, is there any way we can pull GX14, Your Honor, just to...

THE COURT:  Ms. Sihvola, can you equip Mr. Routh with a physical copy of Government's 14.

MR. ROUTH:  Well, I think that was the video at Lazaro's house.

THE COURT:  That is not what Government's 14 is.  14 is just a photograph, Mr. Routh.

MS. SIHVOLA:  Your Honor, may I approach?

THE COURT:  Yes.

MS. SIHVOLA:  (Tendering item.)

MR. ROUTH:  Okay.  All right.  Yeah.  That's the high-tops.  So I needed the low tops.  So it's okay.  But anyway.  So.

BY MR. ROUTH:

Q.  Is black electrical tape a common item or a specialty item?

A.  It's a common item.

Q.  Okay.  So...

Were you assuming that the Sunny Delight bottle that was found at the golf course belonged to the defendant?

A.  Sir, I believe based on the totality of the circumstances, that it's likely that was your SunnyD bottle.

Q.  When somebody drinks from a bottle, do they not leave DNA on the rim of the bottle and in the bottle and --

A.  They may.  DNA is incredibly fragile.  So depending on how long it was exposed to the elements, it may or may not exist.  But it depends.

Q.  So did you -- that was a vital piece of evidence.  I'm sure you tested it for DNA.

A.  I was not part of the decision-making process for the DNA testing of evidence, sir.

Q.  Okay.  Well, did you know that we asked your technician, and they did not test that bottle for DNA?

A.  I -- I did not know that, sir.

Q.  All right.

A.  But, again, I was not part of that decision-making process.

Q.  Nor fingerprints, so...

So I'm sure -- I mean, are you aware that that style of tree is like everywhere in Florida, like, millions of that style of tree?

A.   I have seen that style of tree in other places, yes, sir.

Q.   Have you not seen, like, hundreds when you drive through Fort Pierce?

A.   I have seen that tree in South Florida, sir.

Q.   All right.  So it's not a -- a rare item?

A.   No, sir, it's not a rare item.  I observed it at the 14th hole as well.

Q.   Right.  So...

     Did you find tape residue on the tree or anything on the tree that would make you think that, like, yeah, the gun had to be here or you --

A.   I did not, sir.  I was also there approximately ten months after the incident.

Q.   Ten months?

A.   Yeah.  It was only -- I was recently there over the summer.

Q.   Okay.  All right.  Was there, like, a comparison above, like, the defendant's photo and the photo of the tree, like, overlaid, like, you know, this has got to be a perfect, perfect match like a puzzle?

A.   They looked -- they look like very similar trees to me, sir.  Wouldn't be able to do an identical with the exact same angles.  That would be difficult.  They look like the same tree.

Q.   Okay.  All right.  So just -- all right.  Fair enough.

     Am I the only one in the U.S. that drinks orange

strawberry?

A.   You are not, sir.

Q.   All right.  Did anything ever happen at the airport or to Trump's airplane while the defendant was in Florida?

A.   I'm confused by the question.  While you were in South Florida -- are you asking if something happened to the President's plane?

Q.   Yeah.

A.   I'm not aware of something happening to his plane, sir.

Q.   Thank you very much.

Is there any way that a civilian like the defendant would have any clue when the Trump plane would be coming and going?

A.   They could watch flight radar and do -- conduct surveillance at internat- -- Palm Beach International Airport.

Q.   But taking off, I mean, there is no way to know when someone is going to take off; correct?

A.   You could, as you did, watch it from the atrium of the Palm Beach International Airport.

Q.   Is it not conceivable that that was just mere coincidence?

A.   Or you may have seen the motorcade on Southern Boulevard, sir.  I'm not -- I'm not sure when -- what made you go to the airport that day.  But the -- but you observed the President's plane departing.

Q.   But, again, is that illegal?

A.   It is not illegal.

Q.   So someone can go to the airport and watch planes take off all day long?

A.   They can.

Q.   (Indicating).

Is it illegal for someone to travel to Mexico or Colombia or New York or Laredo?

A.   No, sir.

Q.   So that's perfectly legal?

A.   To travel to Mexico, yes, sir.

Q.   Would you consider -- in all of your investigating, did you learn that my son, Adam Fering (phonetic) Routh was big into music and makes music all the time?

A.   I was not.

Q.   So would it not be unusual for his father to help him make his music and encourage his music career?

A.   I'm not -- I'm not aware of his career, sir, or your involvement.

Q.   Are you aware that music is an art form and is just a form of art?

A.   I'm aware that music is an art form, yes, sir.

Q.   So -- and music pretty much ties to the First Amendment as far as the freedom of speech and being able to --

MS. MEDETIS-LONG:   Prior ruling.

THE COURT:   Overruled.

Ladies and gentlemen, as you may recall, I read to you

a jury instruction regarding the First Amendment.  I will read to you that same instruction, or a close version of it at the close of this case.

At this time, the objection is overruled.  Agent, please answer the question which is the following:  So -- and music pretty much ties to the First Amendment as far as the freedom of speech and being able to --

THE WITNESS:  I'm not sure I understand the phrasing of the question.  Could you ask -- could you ask it differently, sir, or just reframe it or re-ask it just to make it more clear.

BY MR. ROUTH:

Q.   People that make music and songs, is that not directly tied to the First Amendment and the ability to -- of a free -- a free expression?

A.   Those -- those two things are not necessarily tied together.  The First Amendment and music are not necessarily tied together.  They -- they can be, but you need to be more specific, sir.

Q.   Okay.  So if a rapper sings about gang violence, then he could be charged with gang violence just because he wrote a song about gang violence?

A.   It would have to be very -- it would have to include -- to be charged, it would have to include a specific threat that was in violation of the First Amendment.

Q.   The specific threat against a specific individual?

A.   That's right.

Q.   So -- but just -- just vague language about abstract things is -- is permissible?

A.   It would -- it would not be chargeable; that's correct.

Q.   Okay.  Okay.  All right.

A.   Vague language.

Q.   So are movies and TV shows and actors -- is all of that real, or is that just art form?

A.   Depends on the show.

Q.   So but most movies for entertainment, that's just stories that are made up, and it's just -- just art; correct?  Not a documentary?

A.   If it's not a documentary; that's right, yes, sir.

Q.   So -- so if Mark Knopfler with Dire Straits is making a song, "Money for Nothing," and he is singing about, you know, the faggot with his own jet airplane, and the faggot with the earring, would that not be a persona of him singing from the stance of a construction worker?

A.   I'm not -- I'm vaguely familiar with Dire Straits as a band, and the singer, but I'm not familiar with those lyrics, sir.

Q.   But it's just as far as the term "persona," as far as a persona, as far as someone taking on the -- the -- the -- you know, like a character in the movie.  I mean, is -- a

persona is just where you're, you know, you're a character. So -- I'm sorry.  But, I mean, is it --

THE COURT:  You need to be able to ask a question that can be fairly understood and answered.  So rephrase your question, sir.

BY MR. ROUTH:

Q.   Okay.  All right.  Next question.

So if "Weird Al" Yankovic makes a spoof of a song that is ludicrous, is that illegal?

A.   It is not.

Q.   So crazy stupid songs is not illegal?

So...

So if someone makes a painting or a sculpture or something of that nature, would that be just art, or would that be something that would be construed as evidence?

THE COURT:  All right.  Let's take a brief break.

All rise for the jury.

MR. ROUTH:  That's all the questions.  That's all the questions, Your Honor.

THE COURT:  Oh, you're --

MR. ROUTH:  I'm done.

THE COURT:  Is there an objection to the last question, which is:  "So if someone makes a painting or a sculpture or something of that nature, would that be just art, or would that be something that would be construed as evidence?"

MS. MEDETIS-LONG:  Your Honor, I would object as to scope and relevance.

THE COURT:  Overruled.

You may answer, Agent McGreevy.

THE WITNESS:  Again, the -- the question -- could you repeat the question, sir?

BY MR. ROUTH:

Q.  Well, if someone does a painting or a sculpture, is that just art?  I mean -- I mean --

A.  It would depend on -- it would depend on what was the nature of this art and where it was found and what was the context.

Q.  Okay.  So just a -- a painting, you could construe as being evidence in a crime?

A.  It could potentially be.  It would depend on the crime, sir, and the painting.

Q.  Okay.

A.  It -- based on the -- the totality of circumstances in an investigation is important.  So you take a painting out of context, it may not make -- it may not be important.  But if you put it in context with the other facts and all of the facts, the overwhelming facts of a case, it may become relevant and become evidence.  So it would depend.

Q.  So it's not always art?

A.  Correct.

Q.   Okay.  All right.

MR.  ROUTH:  No further questions, Your Honor.

THE WITNESS:  Thank you, sir.

MR.  ROUTH:  Thanks for your time.

THE COURT:  Redirect?

MS.  MEDETIS-LONG:  Briefly, Your Honor.

REDIRECT EXAMINATION

BY MS.  MEDETIS-LONG:

Q.   Special Agent McGreevy, you were asked on cross-examination about the package of flashlights.  Do you recall that?

A.   Yes, ma'am.

Q.   And based on your research of SKU 63600, as found on the receipt seized in the Xterra, what did you find?

A.   A 2-pack of mini flash- -- 3 1/2-inch flashlights, one blue, one red.

MS.  MEDETIS-LONG:  Your Honor, at this time I would seek to admit what I've just provided to defendant and standby counsel as Government's Exhibit 1306?

THE COURT:  All right.  Mr. Routh, have you had an opportunity to look at this?

MR.  ROUTH:  Yeah, I don't -- I don't think it's conclusive.  I mean --

THE COURT:  Okay.  Let's take a break.

All rise for the jury.

(The jury exited the courtroom at 3:56 p.m.)

THE COURT:  Have a seat, please, Agent McGreevy.  We will see you in a few moments.  Thank you.

Is this an exhibit that was provided to the Court in the box, or do you have a copy I could review?

MS. MEDETIS-LONG:  Your Honor, I can put it on the ELMO, if you would like.

THE COURT:  Yes, that's fine.

MS. MEDETIS-LONG:  Your Honor, may I explain?

THE COURT:  Yes.

MS. MEDETIS-LONG:  This is a printout of a web search for the SKU for those flashlights that was found on the receipt seized from the Xterra.  The suggestion on cross-examination was that Agent McGreevy did not, in fact, find the SKU to relate to a red and blue Harbor Freight flashlight and then went on to suggest that she somehow failed in her investigative duties -- or intimate that she failed in her investigative duties by not bringing in a printout of what she found on the website.  We would ask to be able to rebut that with this exhibit.

THE COURT:  Okay.  So this is which number again?

MS. MEDETIS-LONG:  We've just marked this as Government's Exhibit 1306.

THE COURT:  Okay.  So now let me hear you out, Mr. Routh.  Do you have an objection to this document?  Let me know.

MR. ROUTH: Well, it doesn't answer the question, so I had hoped that they would have provided a picture of it in the package. I mean, certainly they show a red and a blue flashlight. You know? But I don't --

THE COURT: Okay. Let me ask you a more direct question. Do you have a legal reason why this exhibit shouldn't be allowed into evidence, given the nature of the cross-examination?

MR. ROUTH: Well, certainly you can admit it, but it doesn't answer any questions. It doesn't answer the question that is posed here.

THE COURT: Okay.

MR. ROUTH: It answers nothing.

THE COURT: So hearing no objection to admission of this exhibit and finding that it is both relevant and fairly in response to the cross-examination, I will admit this exhibit without objection. But, Mr. Routh, if you wish to conduct any recross-examination of this witness on the basis of this new exhibit, you may do so, and I will give you a chance if you wish.

Let's call in the jury, please.

MS. MEDETIS-LONG: Your Honor, before we do that, may I have permission to show this to the witness before -- before they testify, because the witness obviously hasn't seen this before today?

THE COURT:  Any objection, Mr. Routh?

MR. ROUTH:  I have -- I'm -- I'm -- I'm done -- done with all of this.  So it's -- you know, you can just let it rest.  I mean...

THE COURT:  Okay.  I'm going to deny the request for preview of evidence to the witness, but you may proceed to show this, if you wish, on your redirect.

MS. MEDETIS-LONG:  Certainly, Judge.

THE COURT:  Okay.  Let's call in the jury.

(The jury entered the courtroom at 4:00 p.m.)

THE COURT:  Thank you.  You may all have a seat.

You remain under oath.

Please proceed, Ms. Medetis-Long.

MS. MEDETIS-LONG:  Your Honor, permission to publish what's now been admitted as Government's Exhibit 1306?

THE COURT:  Granted.

1306, ladies and gentlemen, was admitted without objection.

(Government Exhibit 1306 was received in evidence.)

MS. MEDETIS-LONG:  Permission to use the ELMO, Your Honor?

THE COURT:  Granted.

BY MS. MEDETIS-LONG:

Q.   Special Agent McGreevy, I'm showing you what's been admitted as 1306.  Do you see it on your screen?

A.    I do.

Q.    This SKU number here, does that look familiar?

A.    It does.

Q.    What is that SKU?

A.    It's 63600, and it is the same SKU from the receipt seized from the Nissan Xterra.

Q.    And what did I just circle here (indicating)?  Could you read that?

A.    3 1/2-inch LED mini flashlights, 2-pack.

Q.    And does that description look familiar to you?

A.    Yes.  It was also on the receipt from -- seized from the Xterra.

Q.    And what am I seeing here (indicating)?

A.    Two flashlights; one red, one blue.

Q.    Is this consistent with the colors of the 3 1/2-inch flashlights that were found in this case?

A.    It is.

Q.    One seized from the Xterra and one found at the golf course?

A.    That's correct.

Q.    You were asked on cross-examination, Special Agent McGreevy, about a Colt .45 casing and a piece of fencing.  Do you recall that?

A.    Yes.

Q.    You were asked about whether they were tested for DNA.  Do

you recall that?

A.    I do.

Q.    As a member of ERT, in your training and experience, are there certain services that lend themselves to DNA testing and certain surfaces that do not lend themselves to DNA testing?

A.    That's correct.

Q.    What kind of surfaces do not lend themselves to DNA testing?

A.    Smooth surfaces.

Q.    Would a shell casing be a smooth surface?

A.    It would.

Q.    Would the piece of fence that I showed you previously in your direct examination be a smooth surface?

A.    Yes.

Q.    Would either of the those lend themselves to DNA testing?

A.    No.

        MS. MEDETIS-LONG:  Permission to publish Government's Exhibit 23, already in evidence?

        THE COURT:  Granted.

        MS. MEDETIS-LONG:  23A?

BY MS. MEDETIS-LONG:

Q.    Do you see this?

A.    I do.

Q.    And what do we see here that I have circled at the bottom half of the picture that has now been zoomed in?

A.   That is the obliterated serial number from the SKS rifle.

Q.   Why do you say it's obliterated?

A.   Because you can see it's been scratched severely.  Much of the numbers are -- are scratched through.

Q.   And were these photos taken by the firearms and toolmark expert?

A.   Yes.

Q.   And was this after an attempt to recover the serial number?

A.   Yes.

THE COURT:  One moment.

Ladies and gentlemen, as you recall, Count 5 alleges that Mr. Routh was in possession of a firearm with an obliterated serial number.  It will be your duty to determine whether the government has met its burden of proof on that count, and you shouldn't construe a witness's testimony regarding the term "obliterated" as a final conclusion about what your duty is as fact finders in this case.

Please continue.

MS. MEDETIS-LONG:  Could we go to the top image of this page.

BY MS. MEDETIS-LONG:

Q.   Can you make out what is there (indicating)?

A.   I cannot.

Q.   Okay.  We talked about the electronic surveillance that was conducted in this case.  Do you recall that?

A.   I do.

Q.   And we went through a fair number of web searches and artifacts from Government's Exhibit 300.  Do you recall that?

A.   I do.

Q.   How would you characterize the frequency with which the defendant was searching for the President's whereabouts?

A.   It was completely and singularly and excessively focused and was stalking of the -- exhibited to me stalking of the President.

Q.   You were asked on cross-examination if it was illegal to go to watch planes at an airport.  In the context of this particular case, based on the totality of the evidence that you have reviewed in your testimony, would you say that that behavior was normal or abnormal to be watching the President's plane?

A.   It was -- it was abnormal and would -- should be construed as surveillance of the President.

Q.   And you were asked on cross-examination whether it was -- whether if some vague reference in song lyrics was legal or illegal.  Do you recall that?

A.   I do.

Q.   The song lyrics that were reviewed previously in your direct examination of, quote, "Move Yourself," were those vague, or did they name a particular person?

A.   They were not vague, and they did name a particular person.

Q.   Who did they name?

A.   President Trump.

Q.   And you were asked on cross-examination whether it's illegal to travel to Mexico.  Do you recall that?

A.   I do.

Q.   In the context of this circumstance, what was the context of the multiple searches to Mexico in your review of the evidence?

A.   Based on my review of the evidence, it appeared that the defendant was intending to flee to Mexico.

          MS. MEDETIS-LONG:  I have nothing further, Your Honor.

          THE COURT:  Any recross-examination, Mr. Routh?

          MR. ROUTH:  If I could just ask one question?

          THE COURT:  You may.

                    RECROSS-EXAMINATION

BY MR. ROUTH:

Q.   Just -- so you have seen the flashlight, the most recent (indicating)?

A.   Yes, sir.

Q.   Do you need me to put it on the overhead?

A.   No, sir.

Q.   But do you think, realistically, that this answers the question of what flashlights are in what packages when they are sold at Harbor Freight?

A.   I do, sir.

Q.   And how is that?

A.   The SKU matches the description, matches the colors of the flashlight.

Q.   Had they not just shown a red --

THE COURT:  Mr. Routh, why don't you use the ELMO.

MR. ROUTH:  (Complies.)

BY MR. ROUTH:

Q.   Are they not just showing a red flashlight and a blue flashlight as options?

A.   No, sir.  They're sold as a 2-pack, as you see up here (indicating).  So, to me, this says the 2-pack has the red flashlight and the blue flashlight.

Q.   So where does it say that the 2-pack is two reds or two blues or one red and one blue?  Where is that noted on this piece of paper?

A.   It doesn't say that, sir.  It depicts one red and one blue flashlight.

Q.   So you work for the FBI; correct?

A.   Yes, sir.

Q.   So this is sufficient evidence for the FBI?

MS. MEDETIS-LONG:  Objection.  Argumentative.

THE COURT:  Overruled.

THE WITNESS:  Based on my review of the SKU and this website and the photograph, the photograph on this document, as well as other photographs I reviewed online, they only were

ever depicted as one blue and one red.

BY MR. ROUTH:

Q.   Have you ever been to Harbor Freight?

A.   I have not.

Q.   So you didn't send an agent to Harbor Freight to research flashlights?

A.   Sir, I'm not aware of who was or was not dispatched to Harbor Freight.  I did not travel to Harbor Freight.

Q.   Are you aware that all of your agents talked to a thousand people that I -- that I know around the world?  Are you aware of that?

A.   I'm -- yes, sir, I know we conducted an extensive investigation in this case.

Q.   So millions of hours interviewing people around the world, yet we do not know whether these red and blue flashlights are packaged together?

A.   I believe the red and blue flashlights are packaged together.

Q.   You believe.  I believe they are not.  So...

MS. MEDETIS-LONG:  Objection. Move to strike.  No question pending.

MR. ROUTH:  I appreciate the attempt --

THE COURT:  One moment.  I need to be able to rule.

Ladies and gentlemen, as I've said before, a question of a lawyer or a party acting as a lawyer is not evidence

unless it is adopted as true by the witness.

And so, with that instruction, any further questions?

MR. ROUTH:  No.  No other -- no further questions.  I think we're -- we're good.

THE COURT:  Okay.  Thank you, Agent McGreevy.

THE WITNESS:  Thank you, ma'am.

THE COURT:  You may be excused.

THE WITNESS:  Thank you.

THE COURT:  Ladies and gentlemen, we're going to take a quick break at this time, and we will bring you back in as soon as possible.

All rise for the jury.

(The jury exited the courtroom at 4:09 p.m.)

THE COURT:  Please be seated.

Okay.  Is it still the government's intention to rest?

MR. SHIPLEY:  It is, Your Honor.  Just do one quick round with the team to make sure, but I think we're ready to rest.

THE COURT:  Okay.  Take a moment, then.

White noise, please.

MR. SHIPLEY:  Your Honor, we're all set.  We're ready.

THE COURT:  Okay.  All right.

Okay.  Any objection to releasing the jury early so that we can hear any appropriate motions at this time?

Mr. Shipley?

MR. SHIPLEY:  Not at all, Your Honor.

THE COURT:  Okay.  Mr. Routh?

MR. ROUTH:  No objection.

THE COURT:  Okay.  All right.  Any other issues that need to be taken up before we wish our jurors a good weekend?

MR. SHIPLEY:  Not from the United States.

THE COURT:  Mr. Routh?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Then let's bring the jury back in, Officer.  Thank you.

I will ask you to rest on the record.

MR. SHIPLEY:  Of course.

(The jury entered the courtroom at 4:11 p.m.)

THE COURT:  Thank you.  Everybody may have a seat.

Ms. Medetis-Long or Mr. Shipley?

MR. SHIPLEY:  Yes, Your Honor.

At this time, the United States has presented its evidence in this case and we rest.

THE COURT:  Thank you.

All right, ladies and gentlemen, to permit the Court to engage with the parties on certain legal issues, it makes the most sense to release you now to have a nice weekend, I hope, and we will resume on schedule at 9:00 a.m. on Monday.

Just as far as overall planning, we remain on schedule with the initial anticipated schedule, so you need not worry

about going beyond that period.  But with that, I wish you all a very pleasant evening.  I would be remiss, however, in not reemphasizing what I have many times already.  Please bear with me.

You shall have no communication about this case in any way, shape, or form.  No discussion.  No research.  No posting. No viewing of any premises.  No discussion with any parties, lawyers, or witnesses in this case.  And certainly maintain a fully open mind until the conclusion of the case.

Remember, the only evidence that can be considered in this case is the evidence that is presented in the official proceedings in the courtroom in view of the law as the Court presents it to you.  So, with that, have a very nice weekend.

All rise for the jury.

(The jury exited the courtroom at 4:13 p.m.)

THE COURT:  Please have a seat.

Okay.  Now that the government has rested, Mr. Routh, I want to give you an opportunity to raise any appropriate motions.  Specifically, I will orient you to Rule 29 of the Federal Rules of Criminal Procedure.  Do you wish to raise such a motion?

MR. ROUTH:  Can I consult with my --

THE COURT:  You may.

MR. ROUTH:  -- legal counsel?

THE COURT:  Let's do the white noise, please.

(Discussion between standby counsel and pro se defendant.)

(Pause in proceedings.)

THE COURT:  What we're going to do now is -- to give Mr. Routh enough time to confer with his attorneys, we are going to take a 20-minute break until 4:35.

All rise -- I thought there were jurors in the courtroom.  Sorry.

(A recess was taken from 4:15 p.m. to 4:38 p.m.)

THE COURT:  Okay.  Everybody is present.  Just to be clear, there were no jurors in the courtroom in that last little segment.  I just was in the habit of saying "all rise" for them.  So, with that, you may all be seated.

We broke for 20 minutes to permit Mr. Routh an opportunity to confer with standby counsel regarding whether he wishes to move for judgment of acquittal under Rule 29(a).

Is that your desire, sir?

MR. ROUTH:  Yes, Your Honor.

THE COURT:  Okay.  Present your argument.

MR. ROUTH:  So under Rule 29, you know, we would like to make a motion for judgment of acquittal based on insufficient evidence for charges number 1, 2, 3, and 5.

THE COURT:  Okay.  Walk me through your argument, starting with Count 1.

MR. ROUTH:  In Count Number 1, you know, it states

plainly, you know, did -- was there intention -- an -- intentionally attempt to kill former President Donald J. Trump. So intentionally attempt.  So, in my view, the prosecution did not show that there was specific intent, nor show that there was a substantial step that was taken towards actually killing the President.

You know, they may have proven that someone was outside the fence and that there was a gun there, but the gun was never fired.  And, you know, there was -- there was -- they have not proven that there was some intent for someone to get harmed. The gun was never fired, and nothing -- nothing -- nothing ever happened and -- as far as proving a substantial step towards -- towards killing the former President.  So I don't think that an "intentionally attempt" was proven in this instance.

THE COURT:  Anything further on Count 1?

MR. ROUTH:  It just seems to me that, you know, based on the First Amendment, the right to -- to assemble and protest, I mean, that's -- that's a road right of way.  And someone could stand there with a sign all day.  They could have protests outside the golf course all day along and, you know, have knives on them and -- and various assundries [sic], and -- just like they did at -- January 6th at -- at the -- at the Capitol if they had not hurt anyone.

So if you're comparing apples-to-apples, I mean, you could have a hundred people outside the Trump International

Golf Course with signs and knives and whatever legal -- legal weapons are allowed by law, and be there 24/7, and they would not be breaking any law.

The fence line is the perimeter for the golf course, and everything outside the fence line is not owned by Donald Trump.  So if someone were standing outside the fence line, what -- what -- what has been violated?

So as far as, you know -- you know, no guns were fired. No one was touched.  No one was harmed.  Nothing happened.  So, you know, and they have not proven that I, the defendant, have shown specific intent.  I mean, you know, it's -- everything they've -- they've shown has been circumstantial.

THE COURT:  Okay.  Response.

MR. SHIPLEY:  Your Honor, there is sufficient evidence on all of the elements of Count 1 and all of the charged counts.  There has been substantial evidence both of intent, both via direct evidence and circumstantial evidence, the intent to kill -- I mean, I could go on and on and on.  But, I mean, if we -- Government Exhibit 104, talking about the order saying, "I wish."  "Did you give the order for Trump to have been assassinated?"

We have the "Dear World" letter, which is Government Exhibit 100.  We have Government Exhibit 104.  "I need equipment so that Trump cannot be elected."  We have Government Exhibit 600-195.  "He needs to go away."

These are just a small sample of the overwhelming evidence of the defendant's not just animus towards the President, but his deliberate wish that the President be assassinated.  I mean, you could hardly have clearer intent of what this defendant proposed to do.

Substantial steps.  You go -- there is probably ten events on September 15th itself that would suffice as substantial steps under the law.  The Duran case, which we've addressed with the Court on a number of other occasions, runs through some of those.

You have everything here.  You have everything from unrebutted evidence of the safety.  Taking the safety off. Loading a round in the chamber.  Putting the rifle through the fence.  Loading the ammunition into that magazine.  Putting the magazine on the rifle.  Right there, each one of those things are substantial steps, just looking in the moments before the defendant's flight.

And, of course, there is evidence dating back to the purchase of the firearm itself on August -- August 2nd to support that.  So in both respects, Your Honor -- and there is no dispute by stipulation about the third element of a major presidential candidate.  So I think the evidence is not sufficient, but overwhelming.

THE COURT:  What do you say to "the gun fired/no one was harmed" argument?

MR. SHIPLEY:  Well, neither of those are requirements under the -- under the statute itself, number 1.  Number 2, I would dispute the fact -- we actually have testimony, at least from Agent Fercano, when the defendant tried to ask a question about, oh, well, I didn't shoot you.  And he said, yeah, but I'm now living with the experience and the trauma of having had a gun pointed at my head.

And if we really head down this path, there will be other evidence about things that went on.  But it's not a legal requirement under the statute.  By definition, attempt is any substantial step.  And the case law amply shows that you don't have to have a shot.  In fact, it's in the jury instructions that the Court has prepared and the defendant has agreed to; explicitly says that.  Because that's not a requirement at all.  You don't have to have a bomb go off for somebody to be guilty of attempt.  You don't have to fire a shot.  That is a complete nonfactor at all.

And, of course, we know from, really, again, the closest litigated tried case that has involved a similar situation in Duran with the attempt on former President Clinton, there is no defense of impossibility to this kind of charge anyway.

THE COURT:  All right.  The last argument I heard from Mr. Routh was some First Amendment argument about assembling outside the fence line in public spaces.

MR. SHIPLEY:  Sure.  This is as far from peaceful assembly as you could imagine, pointing a loaded sniper rifle in the direction of an individual to kill them.  The First Amendment does not permit assassination under any circumstances.  You are also instructing the jury to that effect.  Even if you didn't have an instruction, I am confident that any rational person would understand that.  But we have a jury instruction.

And on that front, Judge, I know Your Honor is going to instruct the jury again on the First Amendment principles, but there was a direct violation of what the Court has told the jury about how they can consider this evidence.  Peaceful protest is one thing; an assassination attempt is another.

THE COURT:  Okay.  Any response, Mr. Routh?  We're just talking now about Count 1 still.

MR. ROUTH:  Again, if you assume that someone was there, nothing happened.  So, you know, it's just -- certainly if someone were there, the -- the opportunity was there.  So, I mean, it kind of, somewhat speaks for itself that if someone is there and a gun is there and nothing happens, you know -- and I think we all know that the President was on Hole Number 5, prancing about, and a Secret Service agent standing 2 feet away, if there was any intent or any malicious thought or anything of that nature, then something would have happened.  I mean, I think the facts speak for themselves.

THE COURT: Okay. All right. So under Rule 29(a), this is a standard that requires me to ask whether any reasonable juror could find you guilty beyond a reasonable doubt on Count 1; and when I do that, I construe all of the evidence in the government's favor. This is part of Rule 29 and its associated case law.

Having done that and having heard your argument, I think it's clear that there is sufficient evidence to permit this count to go to the jury for its consideration. And the jury will be in charge of weighing all of the evidence, both direct and circumstantial, in determining whether the government has met its burden on Count 1.

I would just note specifically to your argument that the gun never was fired, that's not a requirement under attempt law, as the jury instructions indicate.

With respect to your First Amendment argument, you made some suggestions about peaceful protests. That has, I think, no resemblance to what the evidence indicates here.

And then with respect to the substantial step, again, a reasonable juror viewing all of this evidence I think could determine that the burden has been satisfied on Count 1.

Again, it's not my job to weigh that evidence, merely to apply Rule 29 in determining whether the jury should do so.

So, with that, let's hear your argument on the remaining counts, Mr. Routh.

MR. ROUTH:  Number 2 is obviously along the same thread.  The charge is, you know, knowingly -- possess a firearm in furtherance of a crime of violence.

Again, we get into the area of a crime of violence, and we have a situation here where nothing happened.  So if we're saying that a crime of violence happened, it didn't happen.  You know, the gun was not shot, again.  So everything here is presumptuous.  So, you know...

THE COURT:  Let me ask you something.  Do you have any argument in support of a Rule 29 motion on Count 2 that is different from what you just told me for Count 1?

MR. ROUTH:  No, Your Honor.

THE COURT:  Okay.  Well, then, for the same reasons, your motion will be denied as to Count 2.  But, Mr. Shipley, please make a record of the government's position vis-à-vis Count 2 and the sufficiency standard.

MR. SHIPLEY:  Your Honor, the attempted assassination is the violent crime.  The same evidence that was presented earlier regarding Count 1 also supports on this count.  In addition to the element of brandishing, we have clear testimony from Agent Fercano, at minimum, about the display of that firearm.

THE COURT:  Okay.  Mr. Routh, let's address -- I think you said you were moving for judgment of acquittal on all but Count 4; is that right?

MR. ROUTH:  Yes, Your Honor.

THE COURT:  Okay.  What's your argument for Count 3?

MR. ROUTH:  Well, Count 3 was the one that seems blatantly obvious to me, and I was baffled by the fact that it was even charged in the initial -- initial indictment.  So, you know, as you heard through the testimony, through -- through everything, throughout the week, you know, with -- with the gun being put in the fence, the -- the Secret Service agent claimed that it was pointed at his face, and it obviously never was because the -- the gun barrel was stuck through the fence.  And we all know that it can't go right or left or up or down.  And he admitted himself that he was not scratched or hurt.  You know, the charge here is forcibly assault.  He was not assaulted in any form or fashion, you know.

It says "oppose, impede, intimidate," you know, nothing happened.  So, you know, the agent himself stated that when he arrived, that -- that the suspect fled.  So, you know, that was -- I mean, it's a -- it's inconceivable to me to -- for him to even think that anything ever happened because the gun was never pointed at him and the gun was obviously never shot, and -- two people on the opposite sides of the fence, how could anyone get injured?

So him claiming that there is some mental anguish is -- is absurd and, frankly, childish.

THE COURT:  Response.

MR. SHIPLEY:  These are arguments, Judge, but this is disgusting stuff from this -- from this man.  Let me stick to -- to speak that way about a man who served his country in the Marines and put himself and his life on the line -- and for this man, above all, to talk that way is disgraceful.

Let me focus, though, on the evidence, Your Honor.

The statute refers to a forcible assault, opposing, impeding, intimidating.  The clear unrebutted testimony of Agent Fercano is that when he came across and saw the rifle, the rifle was pointed at his head.  As he began using his wits and training to back away to protect himself, the rifle moved with him.

It is obvious from the pictures and from the testimony that the muzzle of the rifle was through the hole in the chain-link fence.  There was more than enough movement -- space for it to move around.  That was attested to by multiple witnesses.

So the evidence on this -- this count is clear and straightforward.

THE COURT:  Okay.  Any response, Mr. Routh?

MR. ROUTH:  I think all of that is absurd.

THE COURT:  Okay.  Other than just -- just claims of absurdity, focusing on the legal standard, which I will read to you from the instruction --

MR. ROUTH:  Yes.

THE COURT:  -- "A forcible assault is an intentional threat or attempt to cause serious bodily injury when the ability to do so is apparent and immediate.  It includes any intentional display of force that would cause a reasonable person to expect immediate and serious bodily harm or death.  Though a forcible assault requires an intentional threat or an attempt to inflict serious bodily injury, the threat or attempt does not have to be carried out and the victim does not have to be injured."

So with that standard and with the testimony of the agent, who testified that you pointed a firearm at his face, do you have any reasonable argument in support of a Rule 29 motion on Count 3?

MR. ROUTH:  Yes, Your Honor.

THE COURT:  Okay.  What is that?

MR. ROUTH:  The position of the gun -- we all have seen that the gun was at 3 feet off the ground with the barrel sticking through the fence.  So it is just inconceivable that a gun sticking through a fence can be maneuvered to even get near someone's face.  And the whole interaction, at best, was 1 second or 2 seconds, or 3 seconds at the most.  So it's just not logical that a gun was ever pointed at anything.

If he walked in front of the gun, it may have been pointing at his knee; but for him to state that the gun was

ever pointed at his torso or his head is just blatantly unrealistic.

THE COURT:  Okay.

MR. ROUTH:  So...

THE COURT:  Well, what you have made now is a credibility challenge, and that's for the jury to decide.  I haven't heard anything in your presentation on Count 3 that would remotely warrant a grant of a Rule 29 motion on this count given the evidence presented.

Let me hear your argument, sir, on the last count you challenge now at this time, which is Count 5, I think, you said.

MR. ROUTH:  Yes, on the obliterated serial number.

As we've all heard throughout the day and throughout the week, you know, the FBI was able to read the serial number. And just today we had an FBI agent just, blind eye, be able to read the serial number on the end of the rifle that hadn't been altered at all.  So just from the facts given in the case where, you know, we have an agent that, you know, can just read the numbers and I can read the numbers, and there is only one -- one letter that's missing out of the whole scenario.

So just from being logical, if the number's in three places, you can read two of them and the third one is missing one -- one item, I find it hard to believe that anyone would think that the -- that the numbers are obliterated.

So I think any civilian in the world, if there was some question on the trigger guard or on the butt of the -- the butt that they couldn't see, some sandpaper and -- and a magnifying glass, and they could see what the numbers were.

So I find it hard to believe that you can say that it's obliterated when you can read it.

THE COURT: Okay. Mr. Shipley, please respond to this. And for this argument, point the Court to the particular exhibit numbers that the government is relying on in support of Count 5.

MR. SHIPLEY: Well, I think we have the testimony of Mr. Smith who testified explicitly that the serial number was obliterated in at least three places. I think the testimony has -- the questioning from Mr. Routh has focused on one of those three places, which was on the bolt carrier, at the end of the bolt carrier. That's what we have seen the image of a couple of times.

THE COURT: That's exhibit what?

MR. SHIPLEY: They would all be in Exhibit 23. If you look -- Exhibit 23F, Your Honor, shows two pictures. And --

THE COURT: The picture -- hold on. The picture that was shown to Agent McGreevy today where she was able to read it, it seemed, is which exhibit?

MR. SHIPLEY: 23F, Your Honor.

THE COURT: Okay. And that's -- that's an exhibit

reflecting an image of the firearm before September 15th?

MR. SHIPLEY: No. We have those images as well, Your Honor. I think -- let me -- let me put it in these terms.

The statute requires any act of obliteration or altering or anything done. It doesn't have to be even done by the defendant. What those pictures, Government's Exhibits 14 and 19 show, beyond all doubt, is that it's the defendant himself who obliterated it because we have a picture of the defendant holding the rifle, at least in that one instance, where there is no obliteration of the serial number. And then we have the photographs taken by Mr. Smith during his inspection, immediately after receiving it, where you see obliteration of that.

THE COURT: Well, that's what I'm trying to understand. The before and after, so to speak. Which -- is there a point in time, in terms of the government's theory, where the firearm did not have an obliterated serial number, and then is there a point in time where the theory is the defendant himself obliterated the firearm's serial number?

MR. SHIPLEY: Sure. Let me answer this two ways. To first answer your question, yes, I believe as of the date of that photograph, at least we see the bolt carrier handle, which is the partial serial number fully intact, and then we have Mr. Smith's evidence that it was not. That was one of three.

I do want to be clear, though, Judge: This is not a

legal requirement.  We could have -- as long as it was obvious to anyone that this firearm had an obliterated serial, it does not matter legally, and that is in the jury instructions whether the defendant did it or not.  We just have that additional proof in this case, and it's complemented as well by proof of the drill bits from the car.

But let me also just direct the Court's attention.  We don't even need to be focusing at all on the bolt carrier handle.  The receiver -- if the Court remembers Mr. Smith's testimony, that was -- also appears in 23F.  Remember there are two pictures.  The top picture is of the receiver.  That is the full serial number.  That's the one place on the rifle where the full serial number appears, and you see unequivocally in the photographs for Mr. Smith and his testimony, that's where they were all drilled out.  That is still, to this day, despite the acid treatments, the magnification, everything Mr. Smith did, that is still not recovered.

THE COURT:  Okay.  So the image of the receiver showing all the work the FBI did to try to uncover the number and still wasn't fully successful, that's which picture?

MR. SHIPLEY:  That's in 23F, Your Honor.  And it's in other pictures as well in that 23 series that Mr. Smith went through.

THE COURT:  Okay.

MR. SHIPLEY:  But certainly on 23F --

THE COURT:  So then you're saying, only on the receiver did this firearm have the full number at one point before it was obliterated?

MR. SHIPLEY:  The testimony from Mr. Smith was that was the only instance, because that's the legally required location on the receiver.  I believe his testimony was that there may be -- the serial number or parts of it may appear in different parts.  And we know that it appeared, actually, in three places on this.  One was the bolt carrier handle.  One was the trigger guard, which was -- again, we have pictures of that in the 23 series -- was completely obliterated as well.  And Mr. Smith was able to do some more restoration there, but -- to get back that partial number.

But the bottom line is the receiver number was fully obliterated, and even though it's not a legal requirement, he was not able to get the number back.  I mean, he's obviously done this in his career.

Even if the FBI got the number back after going through the acid treatments and the -- all the things that had to be done, it doesn't change the fact that it was obliterated when the defendant had it.  And, of course, we have the testimony from Mr. Oxendine about how the defendant said it wasn't going to come back to him.  There is a host of other circumstantial evidence as well.

THE COURT:  I'm still trying to understand factually.

The receiver has -- it's the one place on the firearm where it has the entire serial number; correct?

MR. SHIPLEY:  That's the testimony, Your Honor.

THE COURT:  Okay.  And that's 23F?

MR. SHIPLEY:  Uh-huh.

THE COURT:  And that's the exhibit reflecting Mr. Smith's work attempting to recover it and still only getting some of it.  Am I right about that?

MR. SHIPLEY:  That picture in 23F shows the original obliterated serial number when Mr. Smith first got it.  I can tell the Court the specific pictures.  But in the sequence of those 23 photographs that are part of Government Exhibit 23A through Z, if the Court remembers, there are multiple pictures of the restoration process as he went through it.

THE COURT:  Okay.  So that's the receiver.

Now, the trigger guard.

MR. SHIPLEY:  Yes.

THE COURT:  Was there a serial number on the trigger guard?

MR. SHIPLEY:  There was a partial serial number on the trigger guard that was obliterated.  Mr. Smith testified to that, and we have pictures of that as well, again, as part of Government's Exhibit 23.

THE COURT:  Okay.  Slow down.  So then the image shown to Agent McGreevy was of the bolt carrier?

MR. SHIPLEY:  Correct.

THE COURT:  And is that the full number?

MR. SHIPLEY:  No, that's a partial number.

THE COURT:  But that partial number was visible and was not obliterated; is that correct?

MR. SHIPLEY:  No.  That was not Mr. Smith's testimony. Mr. Smith's testimony was, that was one of -- was obliterated everywhere he reviewed.

I think what the defendant was trying to suggest through some of his questioning is, well, you can still kind of see it and make it out.  But the evidence is unequivocal that that was through filing, I believe, and grinding, also obscured.  So it doesn't matter legally whether you could, looking at it, "well, I can still see it."  That's not a legal requirement.  But, yes, it was obliterated there, as it was in the other places as well.

So to recap, Your Honor, three -- the testimony from Mr. Smith.  Three places on that firearm actually had obliterated serial numbers:  The obliterated whole number on the receiver, the obliterated entire number; the trigger guard, partial number; and the bolt carrier, partial number.  All three were obliterated.  That was the testimony.  It's consistent with the photographs in Government Exhibit 23 with the letters.  And it's consistent, again, with the circumstantial evidence of the defendant's statements to

Oxendine and to Cooper in the text messages.

THE COURT:  Okay.  All right.  Mr. Routh, any response?

MR. ROUTH:  Well, I would concede that, you know, they did only re- -- re- -- you know --

THE COURT:  Recover?

MR. ROUTH:  -- bring back 90 percent of the number.  So they did not get 100 percent.  So if 100 percent is required, then -- then we fall outside that scope.  So -- and so, yeah, honestly, they didn't re- -- recall -- they didn't -- they were not able to retrieve 100 percent.  They were only able to retrieve 90 percent.

THE COURT:  Well, the standard is not, one gets to obliterate, and then if the FBI, through its efforts, somehow is able to recover, then you escape criminal liability. That -- that certainly isn't the law.

So I guess my question is:  Why do you -- why do you submit that no reasonable juror looking at this evidence would conclude that there has been no showing of guilt beyond a reasonable doubt on Count 5?

MR. ROUTH:  Well, in two places the number is still visible.  So granted, it's only 90 percent of the number. We're still missing one -- one item.  But still, if -- if there was a situation and the FBI needed to locate who owned the gun prior, if you've got 90 percent of the number, that either gives you 10 options or 26 options.  I mean --

THE COURT: But what I'm hearing, and what I do think is consistent with the evidence, at least from my recollection, is that the only place on the rifle that had the full number would have been the receiver, and that was very much obliterated.

MR. ROUTH: Right. But if you -- if the whole spirit of the law is to be able to track a weapon and you've got 90 percent of the number in two locations that's plainly visible, in the spirit of the law, you could still track down who owned the gun prior. If you've got 90 percent of the number, you only have -- you know, in most cases, you'd only have 10 options.

THE COURT: Okay. Hold on. When you say "90 percent of the number," what do you mean exactly?

MR. ROUTH: Well, if there is ten digits and you've got nine, that is 90 percent.

THE COURT: So you are saying there were nine clear digits visible on the bolt carrier and the trigger guard?

MR. ROUTH: Yes, Your Honor.

THE COURT: All right.

What does the government say to that?

MR. SHIPLEY: That's false. I mean, you see in 23F and the testimony of Mr. Smith, all of the digits of the receiver were drilled, filed, grinded, and drilled to obliteration. I think the defendant may be confused about the point in time and

thinks, to Your Honor's question, that, well, if the FBI can basically destroy the weapon to the point it can get back the serial number and gets close, that excuses the defendant's knowledge of the obliteration.  And that's -- that's not the law.  So that statement was false in all respects, Your Honor.

THE COURT:  What about the 90 percent on the partial bolt carrier and trigger guard numbers?

MR. SHIPLEY:  That is also false.  The number was obliterated by filing in both places, in both of those additional places.  There was only drilling on the main number of the receiver.

THE COURT:  Okay.  And the exhibit numbers that correspond to the bolt carrier and the trigger guard reflecting the partial obliteration are which ones?

MR. SHIPLEY:  They will be -- Your Honor, if I could just take a moment and look at the -- I will tell you specifically, Your Honor, just so you know.  Yes.  23F shows both the receiver and the -- the -- I think that's the bolt carrier, isn't it?  And the bolt carrier.

So then we go to -- even with my eyes I can't see that -- my glasses.  23K, 23L, 23M, 23N, 23R, 23S, 23T, 23W. 23O, I believe, shows the trigger guard.  23B shows the restoration of the trigger guard.  23H is the bolt carrier. And 23A is the post-restoration bolt carrier.

THE COURT:  Can you display those on the screen,

please.

MR. SHIPLEY: (Complies.)

THE COURT: That's the receiver, Mr. Shipley?

MR. SHIPLEY: It is the receiver on top and the bolt carrier on the bottom. It's two pictures of two separate places.

THE COURT: Okay. All right. I see the bolt carrier, and I see the receiver.

Okay. Next picture.

MR. SHIPLEY: These are images of the drilling and the grinding of the -- I think that's actually the part of the manufacturer's logo on the receiver. This is going from left to right.

THE COURT: Okay. Next.

Next. What's that?

MR. SHIPLEY: Same thing. These are all part of the --

THE COURT: Receiver?

MR. SHIPLEY: On the receiver, yes, Your Honor --

THE COURT: Okay. Next.

MR. SHIPLEY: -- for the record.

This is the receiver. These are the numbers, I believe, at the far right.

This is also the receiver, and Mr. Smith talked about these pictures in terms of the restoration process.

THE COURT: Yes.

MR. SHIPLEY:  Here, these are the receiver.  This is post restoration of the receiver.  But if you look down at the bottom picture, I believe that shows the one that he was not able, even after all of the efforts, to recover fully.

THE COURT:  Those are the --

MR. SHIPLEY:  Receiver --

THE COURT:  -- the post-restoration efforts?

MR. SHIPLEY:  Correct, Your Honor.

THE COURT:  Okay.

MR. SHIPLEY:  And then we get to -- this is the trigger guard in its original, obliterated form.  Not readable at all.

This is post-restoration efforts.

And this is the bolt carrier in its original, obliterated form.

THE COURT:  23H?

MR. SHIPLEY:  Yes, Your Honor, correct.

And so that picture, I think, has been misleadingly provided by the defendant to witnesses out of context to address sort of how that number appears or does not appear.  But, in any event, there is sufficient basis on Count 5.

THE COURT:  Okay.  All right.  I think on this question the motion must be denied because whatever factual arguments you may be able to make, Mr. Routh, to support your theory that it wasn't obliterated don't provide a means to conclude that no reasonable juror would find guilt on Count 5.  It's not a

requirement that the number be 100 percent obliterated.  I think so long as the serial number is appreciably more difficult to discern, and having looked at those pictures again, they -- a reasonable juror could conclude that based on the visual depiction and the testimony of the agent who had to undergo, I would say, significant efforts to try to recover the number and still wasn't successful.  And that was after magnetic testing and chemical submersion and any other manner of work.  So for those reasons, the motion is denied on Count 5.

Any other arguments you wish to make, sir, on this motion?

MR. ROUTH:  No, Your Honor.  Thank you very much.

THE COURT:  Okay.  All right.

All right.  So looking ahead to next week, is it still your intention, Mr. Routh, to call Michael McClay, Mr. Hinshaw, and Atwill Milsun?

MR. ROUTH:  Yes, Your Honor.

THE COURT:  Okay.  Ms. Militello, are those individuals alerted to the new date for Monday?

MS. MILITELLO:  Yes, Your Honor.

THE COURT:  Okay.  All right.  Let's address now, while we have a little bit more time, the issue of the defense exhibits.  We've removed a segment of those which the defendant has indicated he doesn't wish to rely upon, and so that leaves

two overall stacks.  We have what was provided as defense proposed Exhibits 1 through -- Ms. Militello, can you assist me in understanding just the numbering here?  I have -- I have two exhibit lists.  And I know these will be filed, but I just want to be clear with the numbering.

MS. MILITELLO:  Yes.  I apologize.  I'm pulling it up because we had to rush back a copy to our assistants to start scanning to file.  So I'm pulling an additional copy now.

MR. ROUTH:  But you want the total?  I think it was 191.

MS. MILITELLO:  So the defense trial exhibit prepared by standby counsel that we referenced earlier has -- starts at Defense 01.

THE COURT:  And that's been docketed.  268, I think it is.

MS. MILITELLO:  Yes.  And we did this afternoon as well docket the typed exhibit list.  Your Honor has a handwritten version of that.  But I made a copy from the government, and we docketed the exhibit list for Mr. Routh, which starts at 200.  So it's DX200 instead of DEF.  It's DX200 through DX388.  There are some gaps in the numbering, but that is the total of the numbering.

THE COURT:  Okay.  I'm understanding the numbering system now.

Does the government have any other objections beyond

those included in the chart, permitted to be filed yesterday, to address the entire batch of defense proposed exhibits?

MR. BROWNE:  Your Honor, the chart that we provided only addresses the exhibits marked DX200 thereafter.  We have addressed previously, if Your Honor recalls, these initial batch -- or this initial batch of proposed defense trial exhibits.  We did so at the motion in limine stage, I believe. And I believe it's also a discussion we've had because, as the Court may recall, most of these were newspaper articles.  You may have remembered the discussion of the defendant's Eagle Scout award, the article about him decorating his house for Halloween, and books, self-published books that he has never provided, for one thing, and that he apparently intends to introduce as evidence by citing them on Amazon.com.

So they're all of a type, and there is some repetition, actually, in both batches.  As we went through them, we noticed all of the Eagle Scout awards from when the defendant was a child.  Those appear in both batches.  So they are duplicative.

So we can go through them one by one, but I do think the Court already heard us out on our objections to that first batch because those actually were provided by the discovery deadline.  It's Government's -- excuse me, Defense Exhibits 200 and thereafter that were never provided in discovery, and they were basically drawn up by the defendant in anticipation of calendar call.

THE COURT: Okay. All right. Mr. Routh, I want to give you a chance to just explain to me why you think these exhibits comport with the Court's order and with the Federal Rules of Evidence, and I will give you some specifics to address that I think are emblematic of the full batch.

We have, I assume, statements by you, written books. There are some newspaper clippings. There are some photographs of you at various locations, it looks like. There is some foreign policy-related material, images of world conflicts, substantial references to Ukraine.

Let's see. There were some designs and annotations, it seemed like maybe some engineering innovations you are potentially offering. Pictures of maybe some family members. There was an article of you receiving an award some time ago. I think that's -- that's generally the -- the sense I got in looking at all of them. But explain to me why you think these exhibits are admissible under the Federal Rules of Evidence.

MR. ROUTH: Okay. Obviously you've already ruled and eliminated all character as far as specific cases of character, so that's -- but at this point, you know, as we had spoke earlier about the doctors speaking about narcissism and attention-seeking behavior. So along that thread, that was part of our argument as far as what this whole case is about, is about, you know, someone that's seeking, you know, publicity and -- and, you know, narcissists want to draw attention to

themselves, you know, which goes to state of mind, you know, and bringing attention to the election, and motive and intent.

So, Your Honor, if we could, you know -- you know, he complains about the old newspaper articles, but I would suggest that everything that is -- that is a newspaper article or media or something that is showcasing someone's need to feed their ego is basically what we're after.

So we're -- we're arguing that this whole case hinges on the fact that, you know, this was just for attention, just to, you know, raise the alarm about the election and -- and, you know -- and get media attention drawn to the situation.  So I had kind of made a list of all of the items that were pertaining to media and drawing attention to oneself to prove the fact that, you know, everything that this guy does is just to fluff his ego.  So that was --

THE COURT:  Okay.

MR. ROUTH:  -- you know --

THE COURT:  Any response to this argument regarding ego?

MR. BROWNE:  For one thing, it's not remotely a pertinent character trait.  It's never been raised before in this proceeding.  It's not peacefulness and it's not nonviolence.  And those are the two character traits that the Court authorized testimony on.  But importantly, in Docket Entry 252, Your Honor's order, you said that there would be no

specific instances and no evidence thereof.

This is classic specific instance evidence where, if he does something in the community, he wants -- and there is a newspaper article about it, he wants the jurors to see that. He claims in this tenuous way that it's related to a brand-new theory of defense, but in truth, that's not what it is.

As Your Honor heard when he cross-examined the Plata brothers about how great he was for the community and how he always had an open door and drove the worst company cars, and was generally just a wonderful boss, that is really what he is trying to get out.

So Your Honor has already examined this somewhat. I just noticed in footnote 4 of the order on the motion in limine, Your Honor cites the Eagle Scout award, the newspaper articles, his own op-eds that he's published, you know, all as, you know, pretty obviously impermissible exhibits, and notes correctly that they're really just, you know, proof of what he views as his character.

Setting aside all of the hearsay problems attendant there and the relevance issues, it just -- this is just not evidence that belongs in federal court.  The closest scenario I can think of is the Ellisor case, which Your Honor cited, where, you know, a fraud defendant's legitimate business activities have no place in a trial about his fraud.

There is much closer, you know, fit there between those

two things than there is between attempting to assassinate a presidential candidate and the defendant's record as a Boy Scout.

THE COURT: Okay. All right. Mr. Routh, I carefully looked at all of the exhibits in conformity with the Federal Rules of Evidence and the Court's orders, and there is simply no legal basis from which to introduce those various specific instances of good character, as you've described them, or of narcissism, as you have now articulated.

I would just say as a broad point that the -- the Federal Rules of Evidence in general circumscribe and very carefully cabin character-type evidence, and that's for good reason.  Because the point of a criminal trial is to determine whether the government has met its burden of proof and established that the crime was committed.

And so whether you did something of a good nature in the past regarding building houses or going to Ukraine is -- is not only irrelevant, but it would clearly go against those important limits on introduction of character evidence, which I think this is all clearly of.

And so for those reasons, I see no legal basis to permit introduction of these specific instances of good character.  Like I said, I have carefully looked at them all, and they will be part of the record, so you can raise whichever arguments you wish going forward.  That said, my order at 252

remains:  If you wish to call somebody to provide opinion or reputation testimony regarding your purported nonviolence or gentleness, then that would be acceptable.  But, again, you should take a look at the Court's order there because if you do, that could open the door to the United States presenting specific instances of your conduct and you may or may not wish to do that.

So that's the Court's ruling on the exhibits that have been presented to me, again, in conformity with 252, Rule 404, Rule 405, and also just basic relevance.

There is also a very significant hearsay problem with many of your self-serving statements, which again, I see no basis for admission.

I hope that answers your question, Mr. Routh, with respect to the exhibits, but I think that issue has now been resolved.

Again, you're still free to call your witnesses to testify in conformity with Docket Entry 252 for the reasons stated in that order.

That's all I have for today.  We will resume on Monday at the same time, 8:45 with the parties, and 9:00 a.m. with the jury.

I would ask that any defense witnesses be ready to go, and that -- I think that that's all that needs to happen for Monday.

Mr. Routh, do you have a general sense for how long your examinations might take for these three witnesses?

MR. ROUTH:  Probably a half a day or three-quarters of a day.

THE COURT:  Okay.

MR. ROUTH:  Less than a day.

THE COURT:  Okay.  All right.

MR. ROUTH:  I'd ask -- so you're disallowing every single one of our exhibits?

THE COURT:  The ones that you have offered to me, sir, they're all of this nature.  I have gone through them.  Not a single one -- the only ones that potentially would have had some relevance, I spotted them, and you said, "No, I don't want those anymore."

So I'm sorry to say, sir, that the rules of evidence are the rules of evidence.  They're not my rules.  They're the rules of evidence, and I must follow them.  And so that's the basis for the ruling.

But just for record purposes, I want to make sure you know that all of your proposed exhibits, the ones that you submitted to the Court, will be on the docket.  So to the extent you want to challenge my ruling, you are free to do so in any lawful way.

Okay.  So getting back to the schedule, we have anticipated defense witnesses for Monday.  Projecting that most

of Monday would be consumed with defense witnesses, what is the government's proposal for length of closing?

MR. BROWNE:  Your Honor, we would like an hour and 15 minutes.  We believe the breakdown would be 60 minutes and 15 minutes, for summation and rebuttal respectively.

THE COURT:  Okay.  Mr. Routh, how much time would you like for closing statement -- or closing arguments?

MR. ROUTH:  I had anticipated a tremendous amount more than initially, but -- so...

THE COURT:  Okay.  Well, what do you think is reasonable?

MR. ROUTH:  I don't know.  I was anticipating two or three hours, but...

THE COURT:  I'll provide each side one hour and 45 minutes.  And you can let me know, Mr. Browne, how you wish to break that up.  So please plan accordingly.  But I don't suspect we will get to closings until Tuesday.

We may be able to read the jury instructions on Monday afternoon and then permit the parties preparation for closing to take place on Tuesday.  That's my best guess as far as the projected schedule.

Anything else before we break for the weekend? Mr. Browne?

MR. BROWNE:  Just for planning purposes if, for example, the witnesses were to take much less time, would the

Court still allow us to close on Tuesday?

THE COURT:  Yes.  What we would do in that event is finalize the jury instructions.  The jury would -- would wait while that process is completed.  I would then read the jury instructions to them, obviously conduct a final charge conference to receive any additional objections on the final instructions, and then, again, we would do closing on Tuesday.

So I'm comfortable making clear now that closings won't take place until at least Tuesday.

MR. BROWNE:  Thank you, Your Honor.

THE COURT:  Okay.  All right.  Anything from the defense?

MR. ROUTH:  Nothing further, Your Honor.

THE COURT:  Okay.  Have a nice weekend.  The Court is in recess.

(These proceedings adjourned at 5:27 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled matter.


DATE:   09-20-2025          /s/Laura Melton
                            LAURA E. MELTON, RMR, CRR, FPR
                            Official Court Reporter
                            United States District Court
                            Southern District of Florida
                            Fort Pierce, Florida

## $

**$1,000** [5]_ - 39:12_, 40:6_ _, 42:15_, 43:1_, 51:2
**$100** [2]_ - 41:12_, 44:5
**$150,000** [2]_ - 34:4_, 34:7
**$160,500** [2]_ - 35:6_, 35:22
**$162,000** [1]_ - 35:5
**$200** [4]_ - 38:10_, 38:21_, 39:6_, 44:12
**$260** [1]_ - 44:13
**$300** [2]_ - 38:24_, 39:3
**$400** [3]_ - 40:22_, 43:9_, 43:11
**$450** [1]_ - 42:20
**$500** [5]_ - 38:12_, 41:4_, 43:15_, 43:22_, 44:4
**$530** [1]_ - 41:8
**$600** [1]_ - 40:16

## '

**'em** [2]_ - 229:4_, 229:13

## 0

**0** [2]_ - 57:19_, 57:20
**004119** [3]_ - 56:6_, 56:15 _, 57:6
**01** [1]_ - 302:13
**0623** [1]_ - 25:19

## 1

**1** [40]_ - 15:18_, 18:19_, 22:15_, 80:6_, 87:13_, 92:23_, 93:6_, 107:21_, 110:13_, 115:22_, 147:21 _, 160:21_, 180:13_, 180:18_, 181:1_, 181:6_, 193:2_, 194:23_, 199:5_, 218:24_, 220:7_, 237:15_, 240:23_, 243:23_, 243:24 _, 243:25_, 278:22_, 278:24_, 278:25_, 279:15 _, 280:15_, 282:2_, 283:15_, 284:4_, 284:12_, 284:21_, 285:11_, 285:19 _, 288:21_, 302:2
**1-808-379-9411** [1]_ -

202:25
**1/2-inch** [3]_ - 264:14_, 268:9_, 268:15
**10** [10]_ - 22:9_, 53:12_, 53:16_, 67:2_, 156:8_, 156:18_, 214:16_, 225:18 _, 296:25_, 297:12
**100** [7]_ - 175:20_, 220:9_, 280:23_, 296:7_, 296:10_, 301:1
**100-1** [1]_ - 175:21
**100-2** [1]_ - 175:21
**1003** [1]_ - 165:25
**1008** [8]_ - 181:20_, 182:21_, 183:5_, 183:25_, 184:18_, 185:3_, 186:13_, 187:19
**1009** [6]_ - 27:9_, 27:10_, 27:18_, 28:11_, 29:23_, 173:2
**101** [2]_ - 71:16_, 73:9
**1010** [1]_ - 177:19
**103** [1]_ - 65:3
**104** [3]_ - 220:17_, 280:19 _, 280:23
**105** [1]_ - 223:11
**106** [1]_ - 225:10
**108** [2]_ - 201:13_, 201:15
**109** [1]_ - 234:7
**10:05** [2]_ - 118:9_, 118:10
**10:11** [1]_ - 180:6
**10:14** [1]_ - 114:21
**10:19** [2]_ - 71:10_, 184:21
**10:20** [1]_ - 105:22
**10:21** [1]_ - 29:11
**10:23** [2]_ - 112:13_, 116:9
**10:28** [1]_ - 106:11
**10:30** [2]_ - 81:17_, 110:21
**10:32** [1]_ - 107:13
**10:33** [1]_ - 90:2
**10:34** [2]_ - 90:6_, 108:7
**10:45** [2]_ - 90:5_, 111:17
**10:48** [1]_ - 108:16
**10:49** [1]_ - 109:3
**10:50** [1]_ - 89:23
**10:51** [2]_ - 90:6_, 112:2
**10:59** [1]_ - 114:22
**10th** [3]_ - 89:1_, 163:7_, 208:7
**11** [10]_ - 22:3_, 22:5_,

43:23_, 115:12_, 180:6_, 192:13_, 207:24_, 214:5_, 214:16_, 214:18
**110** [1]_ - 234:21
**1100** [2]_ - 35:1_, 36:2
**1101** [2]_ - 35:12_, 36:3
**1102** [1]_ - 36:18
**1103** [5]_ - 37:13_, 38:6_, 39:19_, 40:8_, 41:5
**1105** [6]_ - 41:16_, 42:12_, 42:18_, 43:23_, 44:6_, 50:17
**1106** [1]_ - 87:1
**1108** [1]_ - 49:1
**1109** [2]_ - 168:11_, 225:20
**1111** [1]_ - 170:12
**1112** [1]_ - 172:4
**1113** [2]_ - 173:14_, 173:15
**1117** [2]_ - 189:23_, 190:10
**112** [1]_ - 235:10
**1121** [1]_ - 190:18
**1125** [1]_ - 189:7
**1127** [2]_ - 83:20_, 85:5
**113** [3]_ - 173:11_, 173:14 _, 235:25
**1130** [2]_ - 84:18_, 85:5
**1132** [2]_ - 84:25_, 85:6
**1140** [1]_ - 47:25
**115** [1]_ - 14:22
**118** [1]_ - 163:19
**119** [2]_ - 57:19_, 204:23
**11:00** [1]_ - 96:14
**11:01** [1]_ - 185:8
**11:08** [1]_ - 116:22
**11:15** [1]_ - 116:22
**11:20** [1]_ - 18:20
**11:38** [2]_ - 29:3_, 185:16
**11:53** [1]_ - 28:22
**11:54** [1]_ - 178:22
**11:56** [1]_ - 178:15
**11:59** [1]_ - 99:10
**11th** [2]_ - 156:9_, 201:5
**12** [11]_ - 14:8_, 14:9_, 18:15_, 43:7_, 44:6_, 81:10_, 82:2_, 115:12_, 201:11_, 207:24_, 243:20
**12-page** [1]_ - 243:17

**120** [2]_ - 205:12_, 205:13
**125** [1]_ - 16:2
**127** [1]_ - 63:4
**128** [1]_ - 74:21
**12:04** [2]_ - 232:3_, 232:4
**12:05** [1]_ - 67:25
**12:06** [1]_ - 218:11
**12:24** [1]_ - 180:18
**12:29** [2]_ - 146:4_, 180:13
**12:30** [6]_ - 29:16_, 96:10 _, 96:17_, 149:19_, 149:20_, 174:12
**12:34** [1]_ - 174:20
**12:36** [1]_ - 176:2
**12:41** [1]_ - 28:14
**12:44** [5]_ - 180:18_, 232:4 _, 232:5_, 232:12
**12:45** [1]_ - 29:21
**12:47** [1]_ - 61:17
**12:50** [1]_ - 232:21
**12:51** [1]_ - 187:22
**12:55** [2]_ - 234:18_, 235:7
**12:56** [2]_ - 235:22_, 236:12
**12:57** [2]_ - 233:21_, 234:5
**13** [9]_ - 38:16_, 40:20_, 86:15_, 97:18_, 117:11_, 187:7_, 192:16_, 192:17_, 215:18
**130** [1]_ - 70:23
**1300** [1]_ - 65:19
**1306** [6]_ - 264:18_, 265:22_, 267:15_, 267:17 _, 267:19_, 267:25
**131** [1]_ - 75:6
**132** [1]_ - 75:14
**135** [1]_ - 76:7
**137** [1]_ - 244:24
**139** [1]_ - 132:1
**13th** [1]_ - 221:7
**14** [24]_ - 56:20_, 57:24_, 79:15_, 117:11_, 125:24_, 157:6_, 157:12_, 157:21_, 158:3_, 158:14_, 160:11_, 186:22_, 216:1_, 217:5_, 217:12_, 217:20_, 218:15 _, 219:13_, 231:1_, 255:14_, 255:17_, 291:6
**140** [2]_ - 132:1_, 225:2
**1406** [1]_ - 37:17
**141** [1]_ - 76:23

**142** [1] - 77:10

**143** [1] - 225:23

**148** [1] - 244:2

**149** [1] - 64:3

**14th** [20] - 62:22, 82:8, 98:1, 118:16, 118:18, 118:24, 120:1, 120:7, 120:17, 121:13, 122:6, 123:8, 158:24, 163:14, 195:1, 202:4, 204:7, 230:20, 231:12, 257:6

**15** [34] - 18:22, 36:1, 58:24, 82:2, 82:8, 98:1, 108:8, 108:21, 109:7, 113:9, 117:13, 160:11, 186:18, 195:1, 218:11, 219:14, 230:11, 231:17, 232:20, 232:23, 233:7, 233:13, 233:20, 234:18, 235:7, 235:22, 236:12, 237:7, 237:19, 238:21, 239:12, 246:24, 310:4, 310:5

**156** [1] - 143:9

**15th** [22] - 30:19, 35:8, 62:14, 84:4, 88:12, 88:14, 123:11, 158:16, 158:25, 163:14, 167:7, 171:8, 187:22, 188:1, 188:8, 189:1, 204:7, 230:19, 231:3, 232:1, 281:7, 291:1

**16** [6] - 43:14, 108:20, 113:15, 116:6, 117:5, 178:1

**160-some-odd-thousand** [1] - 36:4

**161** [1] - 153:21

**166** [2] - 239:10, 247:3

**167** [2] - 239:11, 247:3

**168** [7] - 226:11, 226:14, 226:15, 240:4, 240:18, 240:24, 241:8

**16th** [1] - 217:14

**17** [7] - 14:8, 14:9, 109:6, 178:15, 186:13, 221:4, 221:6

**17-minute** [1] - 14:18

**176** [1] - 206:10

**17th** [3] - 48:16, 88:17, 123:22

**18** [7] - 14:7, 113:21, 113:25, 121:22, 122:7, 178:22, 186:1

**1801** [1] - 22:8

**184A** [2] - 33:3, 33:8

**184B** [1] - 33:11

**185** [1] - 72:17

**186** [1] - 205:22

**18th** [2] - 48:10, 48:18

**19** [7] - 42:19, 55:5, 56:17, 114:4, 114:9, 185:22, 291:7

**190** [2] - 98:14, 146:25

**191** [5] - 4:9, 4:14, 93:16, 93:18, 302:10

**1:00** [1] - 232:10

**1:19** [1] - 113:21

**1:21** [1] - 188:1

**1:35** [4] - 113:25, 174:14, 175:1, 176:1

**1:36** [1] - 185:20

**1:38** [2] - 113:16, 176:2

**1:40** [1] - 176:8

**1:42** [1] - 237:9

**1:51** [2] - 146:19, 237:20

**1:52** [1] - 233:7

**1:53** [1] - 188:8

**1:57** [1] - 114:10

**1:58** [1] - 114:15

**1:59** [1] - 233:7

**1st** [4] - 42:14, 103:7, 150:5, 151:11

---

2

---

**2** [33] - 19:18, 22:15, 34:25, 35:18, 42:12, 52:23, 53:8, 54:11, 54:19, 92:24, 116:4, 128:15, 166:2, 170:14, 170:19, 181:14, 192:6, 196:3, 198:18, 201:5, 212:11, 218:24, 219:8, 231:11, 240:24, 278:22, 282:2, 283:22, 285:1, 285:10, 285:14, 285:16, 288:22

**2-pack** [7] - 249:1, 249:3, 264:14, 268:9, 273:10, 273:11, 273:13

**20** [10] - 41:1, 43:19, 60:13, 86:16, 89:23, 113:4, 185:18, 225:19, 230:1, 278:14

**20-minute** [1] - 278:6

**200** [10] - 4:16, 63:22, 93:18, 93:19, 94:6, 94:17, 117:22, 121:21, 302:19, 303:22

**200-13** [1] - 162:25

**200-19** [1] - 164:14

**200-21A** [1] - 164:22

**200-23** [1] - 161:8

**200-24** [1] - 9:22

**200-40O** [1] - 120:23

**200-49** [1] - 121:22

**200-49A** [1] - 120:11

**200-49O** [2] - 120:14, 121:7

**200-49R** [1] - 122:7

**200-50** [3] - 119:20, 119:22, 119:25

**200-57A** [1] - 165:6

**200-57B** [1] - 165:16

**200-7** [3] - 117:22, 119:22, 120:4

**200-72** [2] - 250:15, 250:20

**200-73** [1] - 238:12

**200-77** [1] - 238:23

**200-8** [2] - 160:14, 161:8

**200010001** [1] - 191:8

**2012** [1] - 168:19

**2020** [1] - 173:19

**2022** [1] - 65:13

**2024** [326] - 11:11, 13:18, 13:23, 14:11, 14:20, 15:25, 16:25, 17:12, 18:9, 18:19, 18:25, 22:23, 23:4, 23:18, 24:11, 24:18, 25:1, 26:17, 27:2, 28:8, 28:22, 29:3, 29:7, 29:11, 29:15, 29:21, 30:19, 30:24, 35:10, 36:1, 38:15, 39:10, 40:10, 40:20, 41:1, 41:6, 41:10, 42:14, 42:19, 42:24, 43:7, 43:14, 43:19, 44:10, 46:5, 46:14, 46:15, 47:5, 47:20, 48:6, 48:10, 49:22, 50:12, 50:14, 51:5, 51:15, 51:23, 52:6, 52:23, 53:8, 54:11, 54:19, 58:24, 60:22, 62:14, 64:15, 67:9, 67:23, 68:9, 68:19, 69:9, 70:6, 70:12, 71:8, 71:19, 72:7, 73:16, 74:2, 74:6, 74:13, 75:11, 75:19, 77:6, 77:17, 77:20, 78:3, 79:15, 80:6, 80:15, 81:1, 81:10, 82:2, 82:8, 82:19, 84:4, 86:24, 88:1, 88:8, 88:14, 88:17, 88:20, 88:24, 89:1, 97:18, 98:1, 99:8, 100:7, 101:23, 103:7, 104:10, 104:20, 105:22, 106:11, 107:13, 108:7, 108:16, 109:5, 110:21, 111:17, 112:2, 112:12, 113:9, 113:15, 113:21, 113:25, 114:4, 114:9, 114:15, 114:21, 114:25, 115:4, 115:8, 115:15, 115:19, 115:22, 116:4, 116:9, 116:22, 116:25, 117:8, 117:10, 117:13, 117:14, 118:7, 123:11, 123:22, 124:6, 124:15, 127:9, 127:21, 128:5, 129:3, 129:17, 130:5, 130:17, 133:12, 133:20, 134:5, 134:12, 135:5, 136:21, 136:25, 138:1, 138:23, 139:13, 139:24, 140:8, 140:15, 142:15, 142:19, 143:7, 144:18, 145:13, 146:4, 146:19, 146:22, 147:12, 148:20, 148:24, 149:6, 149:16, 150:3, 150:7, 150:13, 151:11, 151:14, 151:23, 152:10, 152:20, 153:7, 153:17, 154:2, 154:13, 155:8, 155:22, 156:8, 156:18, 157:6, 157:12, 157:13, 157:21, 158:3, 158:14, 160:11, 160:24, 163:7, 164:8, 167:7, 167:18, 167:22, 171:9, 172:25, 173:6, 177:13, 178:1, 178:15, 178:22, 179:4, 179:11, 179:25, 180:6, 180:13, 180:18, 181:1, 181:6, 181:14, 182:5, 182:17, 182:25, 183:10, 183:17, 184:4, 184:8, 184:12, 184:16, 184:21, 185:8, 185:16, 185:20, 185:24, 186:3, 186:8, 186:16, 186:20, 186:24, 187:10, 187:17, 187:22, 188:1, 188:8, 189:1, 191:14,

191:16_, 194:23_, 195:1_, 196:6_, 196:14_, 196:20_, 197:11_, 198:12_, 199:5_, 199:20_, 200:1_, 201:11_, 202:4_, 204:7_, 205:7_, 205:19_, 206:25_, 207:10_, 208:3_, 208:7_, 208:13_, 208:23_, 209:6_, 209:14_, 209:24_, 211:7, 211:18_, 212:16_, 213:18_, 214:5_, 214:18_, 215:18_, 216:1_, 217:5_, 217:12_, 217:14_, 217:20_, 218:11_, 218:15_, 219:13_, 219:14_, 221:4_, 221:6_, 221:20_, 223:25_, 224:1_, 224:15_, 224:20_, 225:6_, 225:9_, 225:21_, 226:3_, 230:11_, 231:1_, 231:12_, 231:17_, 232:1_, 232:20_, 232:23_, 233:7_, 233:13_, 233:20_, 234:18_, 235:7_, 235:22_, 236:12_, 237:7_, 237:19_, 238:21_, 246:24

**2025** [1]_ - 38:19

**20th** [2]_ - 41:3_, 88:20

**21** [6]_ - 114:15_, 114:21_, 179:4_, 185:14_, 196:6_, 196:14

**2190** [17]_ - 38:10_, 38:13_, 38:21_, 38:24_, 39:4_, 39:6_, 39:11_, 39:13_, 40:11_, 40:21_, 41:2_, 41:4_, 41:7_, 41:8_, 41:11_, 41:13_, 41:20

**21st** [2]_ - 124:6_, 124:15

**22** [2]_ - 114:25_, 185:4

**2288** [4]_ - 87:12_, 89:4_, 89:19_, 97:16

**23** [11]_ - 110:23_, 113:12_, 184:18_, 221:20_, 269:18_, 290:19_, 292:22_, 293:10_, 294:12_, 294:23_, 295:23

**232** [1]_ - 210:16

**2385** [2]_ - 36:23_, 37:4

**23A** [5]_ - 57:8_, 110:23_, 269:20_, 294:12_, 298:24

**23B** [2]_ - 102:3_, 298:22

**23F** [10]_ - 57:11_, 290:20_, 290:24_, 292:10_, 292:21_, 292:25_, 294:4_, 294:9_, 297:22_, 298:17

**23H** [2]_ - 298:23_, 300:15

**23K** [1]_ - 298:21

**23L** [1]_ - 298:21

**23M** [1]_ - 298:21

**23N** [1]_ - 298:21

**23O** [1]_ - 298:22

**23R** [1]_ - 298:21

**23rd** [15]_ - 44:3_, 70:6_, 70:12_, 71:3_, 71:8_, 71:19_, 127:9_, 127:20_, 128:4_, 129:3_, 129:17_, 130:5_, 130:17_, 191:14_, 191:16

**23S** [1]_ - 298:21

**23T** [1]_ - 298:21

**23W** [1]_ - 298:21

**24** [12]_ - 13:23_, 14:11_, 75:11_, 75:19_, 107:22_, 123:18_, 133:12_, 133:20_, 134:5_, 134:12_, 135:5_, 184:14

**24-cr-80116-Cannon** [1]_ - 3:5

**24/7** [1]_ - 280:2

**24th** [7]_ - 13:17_, 14:11_, 67:9_, 75:18_, 76:4_, 88:24_, 132:20

**25** [14]_ - 15:25_, 72:7_, 136:21_, 136:25_, 138:1_, 138:23_, 139:13_, 139:24_, 140:8_, 140:15_, 184:10_, 196:20_, 197:11_, 198:12

**2500** [2]_ - 69:16_, 74:8

**252** [4]_ - 305:25_, 307:25_, 308:9_, 308:18

**25th** [13]_ - 13:17_, 46:5_, 46:14_, 47:4_, 67:23_, 71:19_, 133:22_, 137:10_, 142:15_, 142:19_, 223:25_, 224:1_, 224:15

**26** [4]_ - 13:23_, 115:4_, 184:6_, 296:25

**26.68** [1]_ - 130:18

**268** [12]_ - 5:1_, 5:3_, 5:6_, 5:18_, 6:7_, 6:11_, 6:19_, 91:4_, 91:12_, 94:4_, 94:18_, 302:14

**26th** [6]_ - 13:18_, 38:22_, 143:6_, 144:18_, 145:13_, 224:20

**27** [8]_ - 39:7_, 39:17_, 46:15_, 68:9_, 68:19_, 79:11_, 113:18_, 183:25

**272** [2]_ - 250:10_, 250:12

**27th** [3]_ - 39:3_, 47:20_,

146:4

**28** [4]_ - 17:12_, 73:16_, 115:8_, 183:12

**28th** [4]_ - 23:18_, 28:8_, 39:5_, 49:22

**29** [20]_ - 18:9_, 39:10_, 50:13_, 77:6_, 77:17_, 77:20_, 80:15_, 99:8_, 101:23_, 113:23_, 115:15_, 160:24_, 183:4_, 277:19_, 278:20_, 284:5_, 284:23_, 285:10_, 288:13_, 289:8

**29(a** [1]_ - 284:1

**29(a)** [1]_ - 278:16

**299** [1]_ - 79:13

**29th** [10]_ - 40:4_, 42:24_, 42:25_, 44:4_, 50:12_, 51:1_, 146:19_, 146:22_, 148:20_, 225:6

**2:05** [3]_ - 18:25_, 151:11_, 185:24

**2:06** [1]_ - 124:15

**2:07** [1]_ - 115:22

**2:08** [1]_ - 114:1

**2:09** [1]_ - 237:9

**2:10** [1]_ - 184:4

**2:15** [1]_ - 113:16

**2:19** [2]_ - 113:21_, 184:8

**2:25** [1]_ - 113:10

**2:26** [2]_ - 116:25_, 124:7

**2:34** [1]_ - 114:10

**2:36** [1]_ - 124:7

**2:37** [2]_ - 114:5_, 124:16

**2:39** [1]_ - 233:13

**2:41** [1]_ - 233:14

**2:44** [1]_ - 181:1

**2:46** [1]_ - 186:9

**2:56** [1]_ - 181:6

**2:57** [1]_ - 186:20

**2nd** [11]_ - 51:5_, 51:15_, 51:23_, 52:6_, 167:18_, 167:22_, 182:25_, 183:10_, 183:17_, 183:21_, 281:19

3

**3** [21]_ - 20:1_, 22:20_, 41:6_, 42:18_, 49:9_, 192:13_, 199:11_, 201:12_, 201:13_, 214:16_, 221:18_,

264:14_, 268:9_, 268:15_, 278:22_, 286:2_, 286:3_, 288:14_, 288:18_, 288:22_, 289:7

**3/29/2024** [2]_ - 28:14_, 28:18

**30** [10]_ - 40:7_, 74:2_, 74:6_, 74:13_, 100:7_, 149:15_, 166:3_, 182:20_, 225:9_, 239:21

**300** [4]_ - 8:6_, 8:25_, 9:3_, 271:3

**300-and-some-odd** [1]_ - 93:19

**301** [3]_ - 8:7_, 8:15_, 9:1

**302** [3]_ - 8:7_, 9:10_, 113:20

**306** [1]_ - 195:9

**307** [1]_ - 200:21

**30th** [10]_ - 24:11_, 28:22_, 65:13_, 69:9_, 147:12_, 148:24_, 149:6_, 150:3_, 225:21_, 226:3

**31** [4]_ - 115:19_, 179:11_, 179:25_, 180:6

**310** [1]_ - 198:16

**3131** [10]_ - 159:19_, 159:20_, 171:20_, 172:11_, 177:8_, 177:25_, 178:15_, 178:22_, 194:19_, 194:20

**317** [1]_ - 200:8

**318** [1]_ - 169:16

**319** [1]_ - 167:11

**31st** [6]_ - 29:3_, 29:7_, 149:17_, 150:7_, 150:13_, 150:15

**32** [2]_ - 114:3_, 188:6

**320** [3]_ - 167:1_, 188:17_, 188:21

**322B** [2]_ - 188:17_, 188:21

**323** [1]_ - 168:22

**324** [1]_ - 59:19

**33** [3]_ - 40:17_, 114:7_, 187:24

**3333** [2]_ - 35:17_, 36:3

**336-337-9339** [1]_ - 225:19

**34** [1]_ - 187:19

**343** [2]_ - 85:12_, 86:9

**344B** [1]_ - 189:23

**349** [1]_ - 193:18

**35** [2]_ - 40:25_, 114:12
**350** [1]_ - 169:5
**3500** [1]_ - 74:8
**351** [1]_ - 171:16
**352A** [1]_ - 86:9
**36** [1]_ - 124:1
**37** [1]_ - 124:10
**3997** [1]_ - 22:21
**39B** [2]_ - 84:6_, 85:5
**3:00** [1]_ - 239:14
**3:02** [1]_ - 240:15
**3:03** [1]_ - 76:3
**3:04** [1]_ - 134:17
**3:06** [1]_ - 158:8
**3:09** [1]_ - 17:12
**3:10** [3]_ - 18:9_, 158:18_, 240:14
**3:17** [1]_ - 240:15
**3:25** [1]_ - 186:24
**3:27** [1]_ - 246:16
**3:29** [1]_ - 217:24
**3:36** [1]_ - 233:21
**3:40** [1]_ - 115:4
**3:43** [2]_ - 117:8_, 187:17
**3:53** [1]_ - 115:4
**3:56** [1]_ - 264:25
**3rd** [9]_ - 29:11_, 29:15_, 29:21_, 30:24_, 88:1_, 88:8_, 151:14_, 151:23_, 164:8

### 4

**4** [11]_ - 14:11_, 20:1_, 57:20_, 152:20_, 154:13_, 171:10_, 192:6_, 192:7_, 193:2_, 285:25_, 306:13
**40** [2]_ - 108:8_, 114:19
**400** [7]_ - 43:3_, 51:2_, 65:15_, 175:9_, 214:22_, 216:21_, 217:2
**404** [1]_ - 308:9
**405** [1]_ - 308:10
**405A** [1]_ - 212:6
**406** [1]_ - 211:10
**407** [1]_ - 213:12
**408** [1]_ - 218:16
**40O** [1]_ - 120:24
**410** [1]_ - 208:9

**411** [1]_ - 213:25
**412** [1]_ - 214:10
**413** [1]_ - 206:21
**414** [1]_ - 207:6
**415** [1]_ - 207:13
**42** [3]_ - 58:16_, 59:2_, 114:23
**428** [1]_ - 209:17
**43** [2]_ - 62:6_, 115:2
**430** [1]_ - 208:18
**431** [1]_ - 209:1
**432** [1]_ - 209:9
**44** [3]_ - 58:16_, 58:19_, 115:6
**445** [2]_ - 194:10_, 210:8
**446** [1]_ - 161:14
**45** [8]_ - 41:5_, 106:1_, 111:12_, 111:21_, 239:21_, 251:9_, 268:22_, 310:15
**46** [2]_ - 13:7_, 115:13
**47** [1]_ - 115:17
**49** [1]_ - 115:20
**49O** [2]_ - 120:24_, 120:25
**49Q** [1]_ - 122:2
**4:00** [2]_ - 138:1_, 267:10
**4:01** [1]_ - 28:18
**4:09** [1]_ - 275:13
**4:11** [1]_ - 276:13
**4:13** [1]_ - 277:15
**4:15** [1]_ - 278:9
**4:16** [1]_ - 114:16
**4:17** [1]_ - 28:8
**4:29** [1]_ - 116:4
**4:35** [1]_ - 278:6
**4:38** [1]_ - 278:9
**4:44** [1]_ - 232:3
**4:47** [2]_ - 61:9_, 61:15
**4:55** [2]_ - 234:18_, 235:7
**4:56** [4]_ - 187:10_, 210:16_, 235:22_, 236:12
**4:59** [2]_ - 117:8_, 187:17
**4th** [8]_ - 24:18_, 25:1_, 64:15_, 152:10_, 184:4_, 184:8_, 205:7_, 205:19

### 5

**5** [22]_ - 18:25_, 20:2_,

38:15_, 40:10_, 77:18_, 81:1_, 118:7_, 152:11_, 153:7_, 153:17_, 154:2_, 192:9_, 199:20_, 270:11_, 278:22_, 283:21_, 289:11_, 290:10_, 296:19_, 300:20_, 300:25_, 301:10
**50** [10]_ - 70:4_, 70:10_, 70:18_, 71:5_, 72:10_, 73:4_, 74:18_, 75:2_, 77:18_, 77:23
**500** [1]_ - 65:15
**51** [1]_ - 137:15
**512** [1]_ - 19:9
**513** [1]_ - 20:25
**5143** [1]_ - 89:19
**517** [1]_ - 23:8
**518** [2]_ - 23:22_, 25:2
**519** [3]_ - 26:5_, 172:18_, 177:1
**520** [1]_ - 25:10
**522** [2]_ - 31:10_, 31:12
**522A** [1]_ - 31:15
**522B** [2]_ - 31:17_, 31:25
**522C** [1]_ - 32:6
**522F** [1]_ - 32:10
**522H** [1]_ - 32:13
**522I** [1]_ - 32:16
**522J** [1]_ - 32:18
**522N** [1]_ - 32:20
**522OO** [1]_ - 32:22
**523** [2]_ - 30:11_, 31:24
**53** [1]_ - 116:1
**538** [2]_ - 59:10_, 60:5
**55** [2]_ - 112:9_, 116:7
**56** [1]_ - 122:13
**56-ounce** [1]_ - 123:5
**561** [1]_ - 19:23
**561-429-0623** [2]_ - 19:22_, 21:16
**57** [2]_ - 116:16_, 116:21
**58** [1]_ - 116:23
**59** [1]_ - 186:6
**5:00** [1]_ - 210:14
**5:04** [1]_ - 29:7
**5:07** [1]_ - 115:19
**5:27** [1]_ - 311:16
**5:51** [1]_ - 182:17
**5:58** [1]_ - 186:9
**5th** [6]_ - 30:24_, 38:8_,

153:6_, 154:20_, 206:25_, 207:10

### 6

**6** [9]_ - 22:23_, 38:6_, 41:10_, 111:21_, 172:25_, 182:5_, 182:17_, 192:11_, 231:11
**60** [3]_ - 117:6_, 187:13_, 310:4
**600** [8]_ - 43:3_, 51:2_, 105:18_, 121:6_, 140:10_, 143:20_, 146:10_, 162:25
**600-1** [1]_ - 143:20
**600-103** [1]_ - 151:16
**600-12** [1]_ - 125:14
**600-124** [1]_ - 152:2
**600-128** [1]_ - 153:3
**600-130** [1]_ - 153:11
**600-132** [1]_ - 155:14
**600-135** [1]_ - 129:7
**600-136** [1]_ - 129:18
**600-137** [1]_ - 130:8
**600-138** [2]_ - 131:4_, 132:1
**600-139** [2]_ - 131:19_, 131:20
**600-140** [1]_ - 132:12
**600-141** [1]_ - 134:7
**600-142** [1]_ - 134:18
**600-148** [1]_ - 140:19
**600-149** [1]_ - 141:4
**600-153** [3]_ - 135:18_, 135:19
**600-154** [1]_ - 141:17
**600-155** [1]_ - 142:11
**600-156** [1]_ - 142:21
**600-161** [2]_ - 157:24_, 158:19
**600-18** [1]_ - 126:8
**600-180A** [2]_ - 159:7_, 159:12
**600-180B** [1]_ - 159:13
**600-180C** [1]_ - 159:15
**600-180D** [1]_ - 159:23
**600-183** [1]_ - 110:5
**600-185** [1]_ - 111:8
**600-186** [1]_ - 105:1
**600-189** [1]_ - 109:14

**600-190** [1]_ - 105:24

**600-192** [1]_ - 107:8

**600-193** [1]_ - 108:18

**600-194** [1]_ - 219:18

**600-195** [3]_ - 223:22_, 224:2_, 280:25

**600-21** [1]_ - 156:20

**600-23** [1]_ - 111:7

**600-23A** [6]_ - 100:12_, 100:23_, 102:2_, 110:23_, 111:2_, 146:10

**600-23B** [1]_ - 102:3

**600-23C** [1]_ - 102:8

**600-23D** [1]_ - 102:9

**600-24A** [3]_ - 102:24_, 103:11_, 150:23

**600-24B** [1]_ - 103:17

**600-26** [1]_ - 154:5

**600-3** [1]_ - 145:18

**600-30** [1]_ - 147:14

**600-31** [1]_ - 127:3

**600-32** [1]_ - 127:15

**600-34** [1]_ - 127:25

**600-35** [1]_ - 128:9

**600-40** [1]_ - 125:24

**600-43** [1]_ - 128:20

**600-47** [1]_ - 132:25

**600-48** [2]_ - 133:16_, 133:17

**600-49** [1]_ - 133:24

**600-50** [1]_ - 136:20

**600-51** [2]_ - 137:6_, 137:15

**600-52** [1]_ - 138:17

**600-53** [2]_ - 138:25_, 139:3

**600-58** [3]_ - 137:15_, 137:16_, 137:20

**600-6** [1]_ - 125:4

**600-60** [1]_ - 139:17

**600-61** [1]_ - 140:1

**600-72** [1]_ - 148:16

**600-80** [1]_ - 148:25

**600-81** [1]_ - 149:11

**600-82** [1]_ - 149:22

**600-84** [1]_ - 150:9

**600-86** [1]_ - 155:4

**600-88** [1]_ - 156:4

**600-89** [1]_ - 156:11

**600-9** [1]_ - 152:13

**600-95** [3]_ - 158:10_, 158:20_, 230:18

**600-96** [1]_ - 157:8

**600-97** [2]_ - 157:15_, 231:5

**63** [2]_ - 182:2_, 182:7

**63600** [2]_ - 264:12_, 268:5

**648** [2]_ - 133:13_, 133:15

**6947** [1]_ - 72:3

**6:05** [1]_ - 118:11

**6:26** [1]_ - 52:23

**6:28** [1]_ - 117:1

**6:35** [2]_ - 210:14_, 210:16

**6:37** [2]_ - 115:19_, 186:3

**6th** [11]_ - 23:4_, 26:17_, 82:19_, 86:5_, 106:25_, 153:9_, 165:11_, 166:9_, 166:12_, 208:3_, 279:22

### 7

**7** [16]_ - 11:13_, 17:8_, 42:23_, 50:17_, 76:16_, 86:9_, 104:10_, 104:19_, 110:21_, 116:9_, 116:22_, 155:8_, 155:22_, 211:7_, 212:16_, 213:18

**7.62x39** [1]_ - 225:7

**7.62x39mm** [2]_ - 225:8_, 244:8

**7/29/24** [1]_ - 50:2

**702** [1]_ - 191:23

**708** [1]_ - 231:18

**714** [14]_ - 17:5_, 17:16_, 18:6_, 18:16_, 18:22_, 112:6_, 113:5_, 116:21_, 117:6_, 123:16_, 186:6_, 187:13_, 233:1_, 236:19

**7150** [1]_ - 89:19

**716** [1]_ - 181:21

**721** [1]_ - 81:4

**724** [1]_ - 80:9

**725** [1]_ - 80:21

**726** [1]_ - 79:23

**727** [1]_ - 122:15

**728** [1]_ - 9:9

**732** [1]_ - 232:14

**743** [3]_ - 9:16_, 9:18_, 12:25

**7436** [2]_ - 34:19_, 36:2

**75** [1]_ - 233:11

**753** [2]_ - 81:21_, 82:6

**756A** [3]_ - 182:7_, 182:9_, 182:12

**756B** [3]_ - 82:14_, 85:25_, 86:3

**772-577-9647** [2]_ - 72:15_, 73:1

**7723** [1]_ - 89:19

**78** [1]_ - 233:16

**7:00** [1]_ - 232:10

**7:01** [1]_ - 186:16

**7:03** [1]_ - 76:2

**7:05** [1]_ - 158:23

**7:06** [1]_ - 158:8

**7:10** [1]_ - 158:18

**7:29** [1]_ - 217:22

**7:54** [1]_ - 182:25

**7th** [22]_ - 105:22_, 106:11_, 107:13_, 108:7_, 108:16_, 109:5_, 111:17_, 112:2_, 112:12_, 116:14_, 154:21_, 155:25_, 184:12_, 184:16_, 184:21_, 185:8_, 185:16_, 208:13_, 208:22_, 209:5_, 209:14_, 209:24

### 8

**8** [14]_ - 17:16_, 43:4_, 45:6_, 46:21_, 49:24_, 50:2_, 51:10_, 54:13_, 54:19_, 60:22_, 64:22_, 66:23_, 76:16_, 116:25

**8/29/2024** [2]_ - 147:24_, 194:1

**8/30/2024** [1]_ - 147:25

**80.09** [1]_ - 130:19

**808** [4]_ - 8:21_, 15:11_, 15:12_, 15:14

**808-379-9411** [1]_ - 203:24

**83** [1]_ - 236:23

**8342** [2]_ - 11:22_, 13:20

**8415** [10]_ - 17:23_, 18:11_, 26:23_, 27:24_, 173:1_, 173:8_, 173:18_, 176:20_, 177:3_, 177:7

**890** [1]_ - 79:11

**8:03** [1]_ - 127:14

**8:05** [1]_ - 116:4

**8:06** [1]_ - 218:15

**8:14** [2]_ - 114:25_, 183:10

**8:24** [1]_ - 183:17

**8:34** [1]_ - 114:25

**8:43** [1]_ - 115:8

**8:45** [1]_ - 308:21

**8:50** [1]_ - 179:11

**8:59** [1]_ - 7:21

**8th** [8]_ - 155:10_, 185:20_, 185:24_, 186:3_, 186:8_, 186:16_, 209:25_, 211:17

### 9

**9** [13]_ - 18:6_, 22:9_, 44:10_, 51:10_, 52:17_, 54:3_, 64:22_, 66:10_, 76:19_, 117:8_, 117:10_, 117:14_, 200:1

**9/04/2024** [1]_ - 194:1

**90** [9]_ - 296:6_, 296:11_, 296:21_, 296:24_, 297:8_, 297:10_, 297:13_, 297:16_, 298:6

**902(11** [5]_ - 226:10_, 239:24_, 240:20_, 240:22_, 241:12

**909** [1]_ - 83:1

**91** [1]_ - 237:23

**9339** [3]_ - 20:7_, 22:18_, 203:9

**940** [1]_ - 89:10

**941** [2]_ - 202:16_, 203:16

**9411** [2]_ - 22:10_, 195:17

**95** [3]_ - 19:2_, 237:2_, 237:20

**9646** [6]_ - 12:4_, 12:20_, 13:3_, 13:21_, 14:13_, 14:15

**976** [2]_ - 126:18_, 126:19

**97E** [33]_ - 105:13_, 112:16_, 166:24_, 167:9_, 167:20_, 167:24_, 168:16_, 168:18_, 181:11_, 181:17_, 182:4_, 182:19_, 182:24_, 183:9_, 183:16_, 184:3_, 184:7_, 184:11_, 184:15_, 184:20_, 185:7_, 185:15_, 185:19_, 185:24_, 186:2_, 186:15_, 186:19_, 186:23_, 187:9_, 187:21_, 187:25_, 188:7_,

237:19

**9:00** [2] - 276:23, 308:21

**9:12** [1] - 115:8

**9:20** [1] - 184:12

**9:26** [1] - 115:15

**9:32** [1] - 115:22

**9:48** [2] - 179:4, 184:16

**9:51** [2] - 146:22

**9:52** [1] - 115:15

**9:59** [1] - 179:25

**9th** [7] - 186:20, 186:24, 187:10, 187:17, 210:1, 212:3, 212:24

A

**a.m** [85] - 7:21, 18:9, 28:22, 29:3, 29:11, 67:25, 90:2, 90:6, 96:14, 105:22, 106:11, 107:13, 108:7, 108:16, 109:3, 110:21, 111:17, 112:2, 112:13, 113:10, 113:21, 114:5, 114:15, 114:16, 114:21, 114:22, 114:25, 115:8, 115:15, 115:19, 115:22, 116:4, 116:9, 116:22, 116:25, 117:8, 124:7, 124:15, 124:16, 146:4, 146:22, 178:15, 178:22, 179:4, 179:11, 179:25, 180:6, 184:4, 184:8, 184:12, 184:16, 184:21, 185:8, 185:16, 185:20, 185:24, 186:9, 186:20, 186:24, 187:17, 187:22, 188:1, 188:8, 218:11, 232:3, 232:10, 232:12, 232:21, 233:7, 233:13, 233:14, 233:21, 276:23, 308:21

**ability** [4] - 6:15, 92:3, 260:14, 288:4

**able** [21] - 5:10, 136:14, 219:11, 257:21, 259:22, 260:7, 262:3, 265:18, 274:23, 289:15, 289:16, 290:22, 293:12, 293:16, 296:10, 296:14, 297:7, 300:4, 300:23, 310:18

**abnormal** [2] - 271:14, 271:16

**absolutely** [1] - 221:16

**abstract** [1] - 261:3

**absurd** [2] - 286:25, 287:22

**absurdity** [1] - 287:24

**acceptable** [1] - 308:3

**access** [2] - 34:7, 249:4

**accessed** [2] - 23:17, 192:18

**accessing** [7] - 192:8, 192:10, 192:12, 192:22, 192:23, 192:24, 193:3

**accident** [1] - 244:15

**according** [16] - 13:23, 28:6, 30:20, 78:7, 126:4, 129:1, 130:16, 137:23, 154:12, 173:20, 181:10, 181:12, 187:4, 194:20, 217:13, 236:16

**accordingly** [1] - 310:16

**account** [99] - 34:18, 34:20, 35:16, 35:19, 36:11, 36:12, 36:13, 36:15, 36:22, 37:3, 37:7, 37:10, 37:17, 37:24, 37:25, 38:2, 38:10, 38:12, 38:21, 38:24, 39:4, 39:6, 39:11, 39:12, 40:11, 40:21, 41:2, 41:13, 41:20, 41:21, 42:6, 42:7, 42:8, 42:9, 43:5, 71:4, 71:11, 75:10, 75:19, 87:11, 87:12, 87:16, 89:4, 89:16, 89:18, 127:7, 127:20, 128:4, 132:22, 133:20, 134:4, 135:12, 138:3, 138:9, 138:12, 138:13, 138:22, 140:15, 148:20, 149:6, 149:15, 150:3, 150:13, 153:7, 155:8, 156:8, 157:12, 158:3, 158:14, 190:24, 191:1, 191:2, 191:10, 191:12, 191:13, 191:19, 192:7, 192:8, 192:10, 192:12, 192:14, 192:17, 192:24, 192:25, 206:25, 207:10, 208:13, 208:22, 209:5, 209:13, 214:5, 225:6, 226:3, 231:1, 231:14, 254:3

**accounts** [8] - 36:5,

134:12, 136:25, 137:10, 142:15, 148:8, 254:3, 254:6

**acid** [2] - 292:16, 293:19

**acknowledge** [1] - 254:8

**acquittal** [3] - 278:16, 278:21, 285:24

**act** [1] - 291:4

**acting** [1] - 274:25

**activated** [3] - 24:9, 25:3, 25:6

**activation** [6] - 24:17, 25:1, 113:13, 123:21, 124:5, 124:14

**activations** [6] - 186:10, 187:15, 233:5, 233:12, 233:19, 237:1

**active** [1] - 25:3

**activities** [2] - 195:7, 306:24

**activity** [2] - 17:9, 135:11

**actors** [1] - 261:8

**actual** [3] - 91:11, 94:25, 165:11

**Adam** [4] - 41:22, 227:6, 235:18, 259:11

**addition** [5] - 71:2, 163:10, 163:11, 188:11, 285:20

**additional** [9] - 48:22, 54:25, 117:17, 244:9, 244:23, 292:5, 298:10, 302:8, 311:6

**address** [15] - 3:24, 4:1, 79:10, 124:19, 144:10, 144:11, 174:25, 191:2, 243:10, 245:6, 285:23, 300:19, 301:22, 303:2, 304:5

**addressed** [4] - 7:5, 206:3, 281:9, 303:5

**addresses** [1] - 303:4

**addressing** [1] - 3:14

**adjacent** [2] - 121:13, 164:18

**adjourned** [1] - 311:16

**admissibility** [1] - 95:11

**admissible** [3] - 96:3, 245:6, 304:17

**admission** [3] - 242:20, 266:14, 308:13

**admit** [3] - 264:17, 266:9, 266:16

**admitted** [22] - 27:8, 66:4, 131:24, 132:1, 132:11, 169:4, 176:25, 177:19, 181:21, 182:7, 186:6, 188:17, 190:18, 202:16, 226:14, 244:2, 245:9, 250:20, 267:15, 267:17, 267:25, 286:12

**adopted** [1] - 275:1

**advance** [1] - 5:11

**aerial** [3] - 99:17, 148:10, 148:11

**AF1** [1] - 144:20

**AF2** [1] - 144:20

**affiliate** [1] - 73:18

**affiliated** [1] - 73:6

**affixed** [8] - 26:23, 167:8, 170:3, 173:4, 175:23, 182:17, 194:22

**afield** [1] - 227:21

**afternoon** [4] - 247:24, 247:25, 302:16, 310:19

**agent** [10] - 174:22, 265:13, 274:5, 283:22, 286:9, 286:17, 288:12, 289:16, 289:19, 301:5

**Agent** [33] - 4:3, 7:18, 7:25, 8:14, 9:25, 21:9, 45:9, 81:24, 96:15, 96:22, 97:5, 128:3, 129:10, 176:4, 176:11, 176:14, 206:2, 239:16, 246:19, 246:23, 247:8, 260:4, 263:4, 264:9, 265:1, 267:24, 268:21, 275:5, 282:4, 285:21, 287:10, 290:22, 294:25

**AGENT** [1] - 8:9

**agents** [1] - 274:9

**agitator** [1] - 229:24

**ago** [2] - 72:11, 304:14

**agreed** [1] - 282:13

**ahead** [3] - 61:12, 61:13, 301:15

**aid** [8] - 131:4, 131:19, 131:21, 135:18, 135:20, 141:18, 141:20, 181:19

**air** [1] - 222:2

**Airbnbs** [1] - 26:3

**airline** [2] - 49:7, 210:15

**airlines** [1] - 210:14

**airplane** [4]_ - 100:9_, 146:1_, 258:4_, 261:17

**airplanes** [1]_ - 144:16

**airport** [18]_ - 104:14_, 104:15_, 104:16_, 107:6_, 110:1_, 112:23_, 132:18_, 156:1_, 184:24_, 185:2_, 185:12_, 204:21_, 207:22_, 209:14_, 258:3_, 258:22_, 259:1_, 271:11

**Airport** [42]_ - 17:15_, 98:9_, 98:12_, 100:10_, 101:2_, 101:14_, 102:7_, 103:16_, 103:21_, 104:2_, 104:11_, 104:19_, 104:22_, 105:8, 106:6_, 107:20, 111:5_, 112:14_, 112:17_, 112:19_, 112:21_, 116:12_, 116:14_, 131:10_, 132:19_, 136:10_, 136:15_, 142:8_, 146:15_, 150:20_, 151:4_, 151:5_, 184:22_, 185:9_, 207:22_, 210:3_, 210:6_, 211:4_, 211:5_, 212:4_, 258:14_, 258:18

**AK-47** [3]_ - 64:23_, 65:15_, 66:10

**AI** [1]_ - 262:8

**alarm** [1]_ - 305:10

**alerted** [1]_ - 301:20

**alias** [1]_ - 193:13

**aliases** [1]_ - 189:19

**alleges** [1]_ - 270:11

**allow** [1]_ - 311:1

**allowed** [2]_ - 266:7_, 280:2

**allowing** [1]_ - 175:15

**alone** [1]_ - 198:10

**altered** [1]_ - 289:18

**altering** [1]_ - 291:5

**amass** [2]_ - 160:9_, 160:10

**amassing** [1]_ - 163:11

**Amazon.com** [1]_ - 303:14

**Amendment** [12]_ - 242:10_, 259:21_, 260:1, 260:6_, 260:14_, 260:17_, 260:25_, 279:17_, 282:24_, 283:4_, 283:10_, 284:16

**America** [3]_ - 3:5_, 157:13_, 229:22

**Amigos** [4]_ - 79:22_, 193:3_, 193:10_, 193:11

**ammunition** [3]_ - 63:25_, 244:8_, 281:14

**amount** [1]_ - 310:8

**amounts** [1]_ - 44:2

**amply** [1]_ - 282:11

**and..** [1]_ - 253:8

**angles** [1]_ - 257:22

**anguish** [1]_ - 286:24

**animus** [1]_ - 281:2

**annotations** [1]_ - 304:11

**answer** [9]_ - 93:5_, 196:12_, 260:5_, 263:4_, 266:1_, 266:10_, 291:20_, 291:21

**answered** [2]_ - 14:3_, 262:4

**answers** [3]_ - 266:13_, 272:22_, 308:14

**antiaircraft** [1]_ - 222:3

**anticipated** [3]_ - 276:25_, 309:25_, 310:8

**anticipating** [1]_ - 310:12

**anticipation** [1]_ - 303:24

**anyway** [2]_ - 255:24_, 282:22

**apart** [2]_ - 53:6_, 159:1

**apologies** [7]_ - 6:20_, 121:2_, 131:25_, 132:2_, 133:16_, 188:19_, 201:13

**apologize** [5]_ - 177:20_, 183:8_, 211:23_, 230:23_, 302:6

**apparent** [1]_ - 288:4

**appear** [13]_ - 6:7_, 10:5_, 10:6_, 17:13_, 25:2_, 60:8_, 62:15_, 84:15_, 210:13_, 214:7_, 293:7_, 300:19_, 303:18

**appearance** [3]_ - 105:16_, 106:19_, 106:21

**appearances** [2]_ - 3:3_, 3:6

**appeared** [5]_ - 245:17_, 251:6_, 255:2_, 272:9_, 293:8

**apples** [2]_ - 279:24

**apples-to-apples** [1]_ - 279:24

**application** [1]_ - 66:13

**applies** [1]_ - 27:15

**apply** [1]_ - 284:23

**appreciably** [1]_ - 301:2

**appreciate** [1]_ - 274:22

**approach** [6]_ - 8:6_, 58:13_, 60:10_, 62:1_, 90:20_, 255:19

**approaching** [1]_ - 58:16

**appropriate** [2]_ - 275:24_, 277:18

**approximate** [1]_ - 135:10

**apps** [1]_ - 146:2

**April** [24]_ - 14:20_, 15:25_, 16:25_, 18:19_, 18:25_, 22:23_, 23:4_, 26:17_, 27:2_, 29:11_, 29:15_, 29:21_, 38:8_, 38:15_, 42:14_, 42:19_, 44:14_, 44:17_, 88:1_, 88:8_, 172:25_, 173:6_, 176:22_, 177:3

**AR** [1]_ - 173:22

**area** [41]_ - 8:19_, 8:22_, 8:23_, 9:7_, 9:14_, 12:24_, 13:1_, 15:12_, 19:23_, 48:18_, 55:23_, 57:2_, 101:1_, 101:3_, 101:13_, 102:6_, 103:15_, 103:20_, 104:1_, 104:22_, 106:5_, 107:19_, 109:12_, 111:4_, 111:19_, 120:1_, 120:3_, 120:17_, 120:18_, 121:13_, 122:5_, 122:22_, 123:7_, 132:17_, 136:9_, 136:11_, 146:14_, 150:19_, 151:4_, 254:19_, 285:4

**areas** [1]_ - 112:24

**arguing** [1]_ - 305:8

**argument** [16]_ - 278:19_, 278:23_, 281:25_, 282:23_, 282:24_, 284:7_, 284:13_, 284:16_, 284:24_, 285:10_, 286:2_, 288:13_, 289:10_, 290:8_, 304:23_, 305:18

**argumentative** [1]_ - 273:21

**arguments** [5]_ - 287:2_, 300:22_, 301:11_, 307:25_, 310:7

**arises** [1]_ - 5:8

**Armour** [3]_ - 202:14_,

252:11_, 252:15

**arrange** [1]_ - 199:3

**arrest** [19]_ - 9:2_, 30:19_, 58:12_, 58:23_, 59:4_, 60:3_, 62:14_, 84:3_, 85:9_, 85:18_, 106:23_, 123:11_, 167:7_, 171:8_, 189:1_, 190:4_, 238:21_, 239:6_, 252:6

**arrested** [2]_ - 166:22_, 252:1

**arrived** [2]_ - 93:19_, 286:18

**arrives** [1]_ - 104:21

**arriving** [3]_ - 105:7_, 110:2_, 110:10

**art** [13]_ - 242:9_, 242:11_, 242:14_, 259:18_, 259:19_, 259:20_, 261:9_, 261:12_, 262:14_, 262:24_, 263:9_, 263:11_, 263:24

**article** [6]_ - 85:19_, 127:12_, 303:11_, 304:14_, 305:5_, 306:4

**articles** [3]_ - 303:9_, 305:4_, 306:15

**articulated** [1]_ - 307:9

**artifact** [5]_ - 77:5_, 77:16_, 97:9_, 100:20_, 118:3

**artifacts** [2]_ - 103:4_, 271:3

**aside** [6]_ - 78:5_, 177:1_, 184:25_, 189:16_, 193:12_, 306:19

**ass** [2]_ - 227:10_, 229:25

**assassinate** [2]_ - 221:8_, 307:1

**assassinated** [2]_ - 280:21_, 281:4

**assassination** [5]_ - 34:1_, 143:18_, 283:4_, 283:13_, 285:17

**assault** [4]_ - 286:14_, 287:8_, 288:2_, 288:7

**assaulted** [1]_ - 286:14

**assemble** [1]_ - 279:17

**assembling** [1]_ - 282:24

**assembly** [1]_ - 283:2

**assigned** [1]_ - 173:25

**assist** [3]_ - 5:8_, 90:22_, 302:2

**assistants** [1]_ - 302:7

**assisted** [1] - 45:3
**associated** [9] - 8:19, 36:11, 36:24, 40:21, 41:2, 41:7, 41:11, 191:2, 284:6
**associating** [2] - 30:7, 89:3
**assumably** [1] - 93:20
**assume** [2] - 283:16, 304:6
**assumed** [2] - 93:17, 93:23
**assuming** [2] - 243:16, 256:4
**assundries** [1] - 279:21
**AT&T** [6] - 23:17, 24:8, 24:17, 86:14, 106:24, 190:4
**Atlantic** [4] - 100:8, 101:3, 109:25, 150:19
**atrium** [3] - 107:19, 111:19, 258:17
**attached** [2] - 55:18, 175:15
**attachments** [3] - 95:14, 175:10, 175:12
**attempt** [16] - 11:1, 34:1, 255:2, 270:8, 274:22, 279:2, 279:3, 279:14, 282:10, 282:16, 282:20, 283:13, 284:14, 288:3, 288:8
**attempted** [5] - 5:8, 14:1, 221:8, 254:17, 285:17
**attempting** [2] - 294:7, 307:1
**attend** [1] - 137:11
**attendant** [1] - 306:19
**attention** [22] - 38:8, 38:19, 38:22, 40:10, 40:20, 41:1, 41:6, 41:9, 43:7, 44:10, 46:7, 72:24, 76:16, 85:19, 234:4, 292:7, 304:22, 304:25, 305:2, 305:9, 305:11, 305:13
**attention-seeking** [1] - 304:22
**attested** [1] - 287:17
**attorneys** [2] - 4:10, 278:5
**attributed** [1] - 192:25
**attributing** [1] - 119:15

**Atwill** [1] - 301:17
**audio** [19] - 59:16, 86:17, 105:3, 106:7, 107:23, 108:10, 108:22, 109:8, 109:16, 110:7, 110:14, 111:11, 111:22, 135:24, 142:3, 166:4, 246:1, 247:6
**August** [152] - 24:18, 25:1, 40:10, 40:20, 41:1, 41:3, 43:7, 43:14, 43:19, 44:3, 44:4, 51:5, 51:15, 51:23, 52:6, 52:23, 53:8, 54:11, 54:19, 67:9, 67:23, 68:9, 68:19, 69:9, 70:6, 70:12, 71:3, 71:8, 71:19, 72:7, 73:16, 74:2, 74:6, 74:13, 75:11, 75:18, 75:19, 76:4, 77:6, 77:17, 77:20, 78:2, 79:15, 80:6, 80:15, 82:8, 86:23, 88:12, 88:14, 88:17, 88:20, 88:24, 98:1, 99:8, 100:7, 101:23, 113:9, 113:15, 113:21, 113:25, 114:4, 114:9, 114:15, 114:21, 114:25, 115:4, 115:8, 115:15, 115:19, 117:13, 123:22, 124:6, 124:15, 127:9, 127:20, 128:4, 129:3, 129:17, 130:5, 130:17, 132:20, 133:12, 133:20, 133:22, 134:5, 134:12, 135:5, 136:21, 136:25, 137:10, 138:1, 138:23, 139:13, 139:24, 140:8, 140:15, 142:15, 142:19, 143:6, 144:18, 145:13, 146:4, 146:19, 146:22, 147:12, 148:20, 148:24, 149:6, 149:15, 149:17, 150:3, 150:7, 150:13, 150:15, 160:11, 160:24, 163:14, 177:13, 178:1, 178:15, 178:22, 179:4, 179:11, 179:25, 180:6, 182:5, 182:17, 191:14, 191:16, 194:23, 195:1, 196:6, 196:14, 196:20, 197:11, 198:12, 204:7, 219:13, 221:20, 223:25, 224:1, 224:15, 224:20, 225:6, 225:9, 225:21, 226:3, 252:22,

253:3, 281:19
**authorized** [1] - 305:24
**available** [5] - 7:9, 92:24, 144:25, 153:18, 250:5
**Avianca** [1] - 210:19
**Aviation** [4] - 100:8, 101:3, 109:25, 150:19
**Avon** [1] - 72:11
**award** [3] - 303:11, 304:14, 306:14
**awards** [1] - 303:17
**aware** [10] - 251:14, 253:12, 256:23, 258:9, 259:16, 259:18, 259:20, 274:7, 274:9, 274:10
**awesome** [2] - 219:9, 235:20

### B

**babe** [7] - 199:1, 199:9, 199:14, 199:24, 201:3, 201:7, 234:16
**back-and-forth** [1] - 228:17
**background** [3] - 213:1, 213:10, 242:19
**bad** [1] - 222:11
**baffled** [1] - 286:4
**bag** [3] - 83:10, 107:6, 162:15
**baggie** [1] - 84:22
**bags** [2] - 206:14, 206:17
**band** [1] - 261:21
**bank** [7] - 34:10, 34:11, 36:2, 36:3, 37:17, 50:13, 254:2
**Bank** [7] - 34:12, 34:18, 35:16, 36:12, 36:14, 36:22, 36:25
**bar** [2] - 16:16, 152:25
**barrel** [2] - 286:10, 288:18
**Barrett** [1] - 75:4
**base** [2] - 78:3, 78:5
**based** [28] - 4:19, 5:10, 16:23, 20:16, 22:8, 25:2, 25:18, 54:25, 70:13, 78:10, 82:5, 102:12, 117:12, 143:17, 168:7, 185:10, 222:4,

254:20, 254:22, 256:6, 263:18, 264:12, 271:12, 272:9, 273:23, 278:21, 279:16, 301:4
**basic** [1] - 308:10
**basis** [7] - 241:11, 266:18, 300:20, 307:7, 307:21, 308:13, 309:18
**batch** [7] - 5:21, 5:23, 303:2, 303:6, 303:21, 304:5
**batches** [2] - 303:16, 303:18
**Bates** [2] - 5:10, 6:9
**battle** [2] - 227:21, 227:24
**Bay** [6] - 79:11, 82:9, 179:19, 182:14, 193:10, 232:19
**bayonet** [1] - 161:21
**Beach** [125] - 9:9, 17:1, 17:14, 17:15, 18:14, 19:6, 19:24, 20:13, 20:17, 23:18, 23:20, 26:3, 27:2, 27:4, 28:10, 28:15, 28:19, 28:25, 29:8, 29:16, 44:15, 74:16, 76:6, 76:20, 78:2, 78:5, 86:23, 88:8, 88:21, 98:1, 98:9, 98:11, 100:1, 100:9, 101:1, 101:13, 102:6, 103:15, 103:20, 104:2, 104:11, 104:18, 104:21, 105:8, 106:5, 107:19, 111:4, 112:13, 112:16, 112:19, 112:20, 112:21, 112:24, 116:12, 116:13, 123:3, 123:24, 127:12, 128:6, 128:7, 131:10, 132:19, 134:13, 134:15, 135:1, 136:10, 136:15, 139:15, 140:16, 140:25, 141:10, 142:8, 142:16, 143:3, 146:15, 150:20, 151:3, 151:5, 158:4, 158:5, 158:23, 163:8, 163:13, 173:5, 178:1, 178:16, 179:12, 179:19, 179:20, 179:25, 180:13, 180:19, 181:2, 183:1, 183:11, 184:5, 184:22, 185:9, 185:17, 186:4, 186:17, 187:11, 188:9, 199:7, 204:20, 205:10, 205:20, 207:1, 207:11, 207:21, 207:22

_, 208:23_, 209:6_, 219:13_, 232:8_, 237:3_, 258:14_, 258:18

**bear** [1]_ - 277:3

**bearing** [36]_ - 18:10_, 27:24_, 28:13_, 28:17_, 28:21_, 29:2_, 29:6_, 29:10_, 173:1_, 177:7_, 177:25_, 178:14_, 178:21_, 179:3_, 179:24_, 180:5_, 180:12_, 180:17_, 180:25_, 182:4_, 182:24_, 183:9_, 184:7_, 184:11_, 185:7_, 185:15_, 185:19_, 185:23_, 186:2_, 186:15_, 186:23_, 187:9_, 187:25_, 188:7_, 237:19_, 243:12

**beat** [1]_ - 229:24

**become** [2]_ - 263:22_, 263:23

**bedding** [2]_ - 83:10_, 84:1

**Bedford** [1]_ - 137:1

**Bedminster** [2]_ - 137:2_, 139:13

**bee** [1]_ - 229:21

**began** [1]_ - 287:11

**begin** [5]_ - 4:2_, 11:8_, 45:13_, 245:7_, 246:21

**beginning** [37]_ - 7:1_, 16:24_, 28:18_, 28:22_, 29:3_, 29:7_, 29:11_, 29:15_, 29:21_, 46:5_, 91:10_, 93:3_, 144:6_, 179:3_, 179:10_, 179:24_, 180:5_, 180:12_, 180:17_, 180:25_, 181:6_, 184:3_, 184:7_, 184:11_, 184:15_, 184:20_, 185:7_, 185:15_, 185:23_, 186:2_, 186:19_, 186:23_, 187:9_, 187:21_, 187:25_, 188:7_, 192:7

**begins** [4]_ - 71:12_, 90:17_, 94:9_, 191:3

**behalf** [2]_ - 3:21_, 91:21

**behavior** [2]_ - 271:14_, 304:22

**behind** [1]_ - 229:4

**believes** [1]_ - 96:3

**Belle** [12]_ - 75:11_, 88:14_, 88:24_, 89:1_, 123:23_, 179:18_, 184:12_, 185:20_, 186:20_, 187:1_, 187:22_, 188:3

**belong** [1]_ - 34:20

**belonged** [3]_ - 22:24_, 171:24_, 256:5

**belongs** [1]_ - 306:21

**Ben** [1]_ - 219:23

**bend** [1]_ - 229:25

**best** [5]_ - 34:2_, 222:12_, 235:5_, 288:21_, 310:20

**better** [2]_ - 57:6_, 227:15

**between** [62]_ - 11:18_, 11:20_, 13:2_, 13:19_, 13:20_, 13:23_, 13:25_, 36:5_, 40:21_, 52:7_, 67:16_, 69:24_, 70:13_, 70:15_, 71:3_, 72:2_, 73:17_, 82:8_, 98:1_, 98:18_, 113:15_, 113:21_, 113:25_, 114:9_, 114:15_, 114:21_, 114:25_, 115:4_, 115:8_, 115:15_, 115:19_, 115:22_, 116:4, 116:20_, 116:22_, 116:25_, 117:8_, 117:12_, 117:13_, 119:1_, 124:6_, 124:15_, 144:3_, 160:10_, 183:19_, 186:9_, 187:17_, 188:3_, 194:25_, 195:16_, 207:4_, 219:13_, 220:21_, 233:7_, 233:13_, 233:21, 245:11_, 250:9, 278:1_, 306:25_, 307:1

**beyond** [5]_ - 277:1_, 284:3_, 291:7_, 296:18_, 302:25

**big** [6]_ - 5:15_, 5:21_, 91:2_, 223:18_, 224:10_, 259:11

**Big** [2]_ - 6:11_, 7:12

**binoculars** [1]_ - 159:14

**bit** [11]_ - 38:25_, 62:23_, 80:3_, 87:6_, 88:5_, 89:8_, 95:17_, 102:20_, 159:20_, 254:12_, 301:23

**bits** [1]_ - 292:6

**black** [14]_ - 30:4_, 61:4_, 61:23_, 61:24_, 62:10_, 83:15_, 84:22_, 103:12_, 103:13_, 188:13_, 189:4_, 189:11_, 193:24_, 256:1

**blacked** [1]_ - 189:3

**blacked-out** [1]_ - 189:3

**blacking** [1]_ - 189:16

**blanket** [3]_ - 162:15_, 251:17_, 252:3

**blatantly** [2]_ - 286:4_, 289:1

**blind** [1]_ - 289:16

**blocking** [1]_ - 227:22

**blow** [2]_ - 169:24_, 169:25

**blue** [28]_ - 12:1_, 24:5_, 24:16_, 45:21_, 52:19_, 53:4_, 61:4_, 61:23_, 69:5_, 73:11_, 197:4_, 211:2_, 244:1_, 248:7_, 248:12_, 248:21_, 249:1_, 264:15_, 265:14_, 266:3_, 268:14_, 273:8_, 273:12_, 273:14_, 273:16_, 274:1_, 274:15_, 274:17

**blues** [1]_ - 273:14

**blurry** [1]_ - 102:20

**BM** [1]_ - 72:10

**BMG** [4]_ - 71:6_, 72:11_, 77:18_, 77:24

**boarding** [2]_ - 48:17_, 110:3

**boards** [1]_ - 104:23

**bodily** [3]_ - 288:3_, 288:6_, 288:8

**body** [2]_ - 82:18_, 86:4

**body-worn** [2]_ - 82:18_, 86:4

**Bogotá** [3]_ - 210:19_, 210:20_, 212:4

**bolt** [17]_ - 290:15_, 290:16_, 291:22_, 292:8_, 293:9_, 294:25_, 295:21_, 297:18_, 298:7_, 298:13_, 298:18_, 298:19_, 298:23_, 298:24_, 299:4_, 299:7_, 300:13

**bomb** [1]_ - 282:15

**book** [2]_ - 242:12_, 244:5

**bookbag** [1]_ - 84:22

**books** [3]_ - 303:12_, 304:6

**BOP** [2]_ - 240:2_, 241:22

**bopping** [1]_ - 227:22

**border** [2]_ - 204:19_, 207:4

**boss** [2]_ - 47:10_, 306:10

**bothered** [1]_ - 74:10

**bothering** [1]_ - 12:15

**bottle** [11]_ - 121:25_, 122:4_, 122:8_, 122:12_, 123:7_, 256:4_, 256:7_, 256:8_, 256:9_, 256:18

**bottom** [12]_ - 33:13_, 41:3_, 50:4_, 72:24_,

211:2_, 221:18_, 252:12_, 252:16_, 269:24_, 293:14_, 299:5_, 300:3

**Boulevard** [25]_ - 28:15_, 28:19_, 28:23_, 29:4_, 29:8_, 29:12_, 29:17_, 101:10_, 104:9_, 123:2_, 135:3_, 135:7_, 136:3_, 136:18_, 141:2_, 141:11_, 141:12_, 141:13_, 142:2_, 142:5_, 143:5_, 178:2_, 178:16_, 178:23_, 258:20

**box** [12]_ - 19:16_, 23:5_, 25:21_, 30:5_, 30:8_, 33:19_, 33:23_, 220:14_, 244:8_, 244:10_, 251:10_, 265:4

**Boy** [1]_ - 307:3

**brand** [2]_ - 75:3_, 306:5

**brand-new** [1]_ - 306:5

**brandishing** [1]_ - 285:20

**break** [20]_ - 7:10_, 49:15_, 81:18_, 89:23_, 96:11_, 96:23_, 149:19_, 174:13_, 175:16_, 239:12_, 239:18_, 240:14_, 243:9_, 246:23_, 262:16_, 264:23_, 275:10_, 278:6_, 310:16_, 310:22

**breakdown** [1]_ - 310:4

**breaking** [1]_ - 280:3

**Brian** [5]_ - 159:18_, 159:21_, 193:16_, 193:24_, 194:18

**brief** [2]_ - 240:13_, 262:16

**briefly** [3]_ - 150:23_, 250:7_, 264:6

**brilliant** [1]_ - 236:10

**bring** [6]_ - 90:8_, 243:6_, 246:5_, 275:10_, 276:9_, 296:6

**bringing** [2]_ - 265:17_, 305:2

**bro** [2]_ - 216:25_, 217:16

**broad** [1]_ - 307:10

**broke** [2]_ - 176:14_, 278:14

**broken** [1]_ - 229:22

**Brother** [2]_ - 6:12_, 7:12

**brother** [7]_ - 5:15_, 5:21_, 20:13_, 20:17_, 20:22_, 91:2_, 215:16

**brothers** [1]_ - 306:8

**brought** [6]_ - 5:5_, 5:6_, 5:10_, 92:1_, 92:18_, 95:23

**Browne** [12]_ - 3:9_, 4:17_, 6:18_, 90:14_, 93:1_, 93:13_, 94:4_, 95:20_, 250:13, 250:19_, 310:15_, 310:23

**BROWNE** [18]_ - 4:19_, 4:23_, 5:1_, 6:20_, 7:4_, 90:15_, 91:3_, 91:6_, 91:16_, 93:2_, 93:8_, 95:21_, 250:15_, 303:3_, 305:20_, 310:3_, 310:24_, 311:10

**brush** [1]_ - 164:12

**bubble** [20]_ - 12:1_, 12:11_, 24:5_, 24:15_, 24:16_, 45:15_, 45:21_, 46:15_, 52:19_, 53:4_, 72:4_, 73:11_, 99:6_, 144:14_, 163:25_, 197:4_, 219:24_, 220:23_, 224:9

**bubbled** [1]_ - 145:12

**bucket** [3]_ - 202:6_, 202:9_, 202:13

**buddy** [2]_ - 69:4_, 69:13

**budget** [2]_ - 77:18_, 210:15

**budget-priced** [1]_ - 77:18

**bug** [1]_ - 162:23

**building** [2]_ - 167:6_, 307:17

**built** [1]_ - 174:1

**bullet** [2]_ - 225:7_, 251:9

**bullets** [12]_ - 64:17_, 64:18_, 64:19_, 64:23_, 228:9_, 228:11_, 228:12_, 228:14_, 228:16_, 228:20_, 228:21_, 228:22

**bunch** [1]_ - 66:10

**bungee** [2]_ - 61:4_, 61:23

**burden** [4]_ - 270:14_, 284:12_, 284:21_, 307:14

**Bureau** [4]_ - 172:9_, 241:14_, 241:18_, 242:1

**buried** [2]_ - 164:2_, 164:4

**burner** [97]_ - 9:13_, 15:2_, 16:6_, 17:10_, 17:19_, 18:5_, 18:8_, 18:25_,

19:14_, 23:13_, 24:1_, 26:10_, 55:10_, 56:24_, 60:18_, 60:24_, 63:11_, 64:9_, 74:25_, 76:13_, 77:3_, 77:14_, 100:18_, 103:3_, 113:15_, 113:25_, 118:2_, 120:3_, 121:19_, 123:22_, 124:15_, 125:9_, 125:18_, 126:3_, 126:12_, 128:13_, 128:25_, 129:12_, 129:13_, 129:23_, 129:25_, 130:12_, 133:5_, 134:23_, 137:21_, 137:23_, 139:7_, 139:8_, 139:22_, 140:6_, 140:7_, 140:23_, 140:24_, 141:8_, 141:9_, 141:14_, 142:25_, 143:2_, 143:13_, 151:21_, 151:22_, 152:6_, 152:8_, 152:17_, 152:18_, 153:15_, 153:16_, 153:25_, 154:10_, 155:19_, 155:20_, 156:16_, 156:17_, 157:1_, 157:2_, 157:19_, 157:20_, 160:19_, 163:5_, 163:6_, 167:16_, 169:20_, 172:22_, 192:4_, 205:4_, 205:17_, 207:19_, 209:22_, 211:15_, 212:10_, 213:8_, 213:16_, 214:15_, 225:15_, 231:10_, 231:24_, 237:2

**burrs** [1]_ - 239:3

**bush** [2]_ - 165:14_, 239:3

**bushes** [1]_ - 165:23

**business** [3]_ - 240:2_, 241:18_, 306:23

**busy** [2]_ - 215:24_, 228:20

**but..** [1]_ - 310:13

**Butler** [1]_ - 221:7

**butt** [4]_ - 254:9_, 254:10_, 290:2

**button** [3]_ - 85:4_, 86:20_, 106:17

**button-down** [3]_ - 85:4_, 86:20_, 106:17

**buy** [5]_ - 75:20_, 75:21_, 202:1_, 222:25_, 223:8

**buying** [2]_ - 47:10_, 47:11

**BY** [396]_ - 8:12_, 9:24_, 10:23, 11:16, 12:2_, 13:9_, 13:15_, 14:24_, 15:5_, 16:4, 16:13_, 16:22_, 17:7, 18:17_, 19:11_, 19:20_, 20:3_, 21:2, 21:8,

21:12_, 21:22, 22:4_, 22:16_, 23:10_, 23:15_, 23:24_, 24:6_, 24:14_, 25:12, 25:17, 26:1_, 26:7_, 26:12, 26:20, 27:19_, 28:1_, 30:13_, 31:22, 32:7_, 33:5, 33:12_, 33:18_, 34:16, 35:2_, 35:14, 35:20_, 36:20_, 37:15_, 38:7, 38:18_, 39:1_, 39:9_, 39:24_, 40:2, 40:9, 40:19_, 41:18, 42:13_, 43:20_, 45:8, 45:14_, 46:6, 46:22_, 47:7_, 48:2_, 48:12, 49:4, 49:11, 50:3_, 50:20_, 51:11_, 52:18_, 53:15_, 54:5, 54:14_, 54:20_, 55:7_, 55:13, 55:19_, 56:1_, 56:11, 56:21_, 57:4, 57:12_, 58:1_, 58:15_, 59:12_, 59:21_, 60:6_, 60:15_, 61:7_, 61:20_, 62:3_, 63:8, 63:13_, 64:6_, 64:11_, 64:21_, 65:6_, 65:21_, 66:8_, 67:3_, 69:22_, 71:1_, 71:18, 71:25_, 72:19_, 73:10_, 74:22_, 75:8_, 75:16_, 76:11, 76:15_, 77:1_, 77:12_, 79:7_, 80:2_, 80:12_, 80:23_, 81:7_, 81:23_, 82:16_, 83:3_, 83:22_, 84:8_, 84:20_, 85:2_, 85:15_, 86:2_, 86:12_, 86:18_, 87:5, 87:10_, 87:15_, 87:20_, 88:10_, 89:12_, 96:21_, 97:4_, 97:21_, 98:16, 99:13_, 99:23_, 100:15, 100:24_, 101:21, 102:4_, 102:10_, 103:1, 103:10, 103:18_, 103:24_, 105:4, 105:9_, 105:14, 105:20, 106:3, 106:9, 106:13_, 107:10_, 107:14_, 107:24, 108:5_, 108:11_, 108:23_, 109:10_, 109:17_, 110:8_, 110:15_, 111:1_, 111:13_, 111:23_, 112:8, 113:6_, 117:24_, 119:24_, 120:15_, 121:3, 121:11_, 121:17, 121:23, 122:3_, 122:9_, 122:17_, 122:24_, 123:19, 124:3_, 124:12_, 125:6_, 125:16_, 126:1_, 126:10_, 127:5_, 127:18_, 128:2_, 128:11_, 128:22_, 129:9_, 129:21_, 130:10_, 131:6_, 132:4_, 133:3_, 133:18_, 134:2_, 134:10_, 134:21_, 136:1_, 136:23_, 137:8_, 137:19_, 138:20_, 139:4_,

139:19_, 140:4_, 140:13_, 140:21_, 141:6_, 141:23_, 142:4_, 142:13_, 142:23_, 143:11_, 143:22_, 145:20_, 146:12_, 147:4_, 147:16_, 147:22_, 148:5_, 148:18_, 149:4_, 149:13_, 150:1_, 150:11_, 151:1_, 151:8_, 151:18_, 152:4_, 152:15_, 152:23_, 153:5_, 153:13_, 153:23_, 154:7, 154:18_, 155:6_, 155:16_, 156:6_, 156:13_, 156:23_, 157:10_, 157:17_, 158:1_, 158:12_, 158:21_, 159:9, 159:24_, 160:8_, 160:16, 160:22_, 161:10_, 161:17_, 163:2_, 163:21_, 164:16_, 164:24_, 165:8_, 165:19_, 166:5_, 166:10_, 166:18_, 167:3_, 167:13_, 168:13_, 168:24_, 169:7_, 169:18, 170:1, 170:15, 170:21_, 171:12_, 171:18_, 172:7_, 172:20_, 173:17_, 176:13_, 177:22_, 178:19_, 179:1_, 179:8, 179:22, 180:3, 180:10, 180:15_, 181:8_, 182:1_, 182:8, 182:22, 183:6_, 183:14_, 184:1_, 185:5, 186:7_, 188:23_, 189:9_, 190:1_, 190:12_, 190:21_, 192:1_, 193:17_, 193:20_, 194:12_, 195:3_, 195:11_, 198:19_, 199:12_, 200:10_, 200:23_, 201:17, 202:12_, 202:19, 203:17_, 205:1_, 205:15_, 206:1_, 206:12_, 206:23_, 207:8_, 207:16_, 208:1_, 208:11_, 208:20_, 209:3, 209:10_, 209:19_, 210:10_, 211:12_, 211:20_, 211:24_, 212:8_, 212:13_, 212:20_, 213:14_, 214:3_, 214:12_, 214:24_, 215:4, 216:7_, 216:13_, 216:23_, 218:20_, 219:20_, 220:11_, 220:19_, 221:19_, 222:9_, 223:13_, 223:23_, 224:5_, 225:4_, 225:12_, 226:1_, 226:18_, 230:24_, 231:7_, 231:21_, 232:16_, 233:3_, 233:10_, 233:17_, 234:9_, 234:23_, 235:12_, 236:2_, 236:24_, 237:16_, 238:14_, 239:1_, 246:22_, 247:7_, 247:23, 249:12, 250:24, 254:1_, 255:25_, 260:12_, 262:6_, 263:7_, 264:8_,

267:23_, 269:21_, 270:21_, 272:16, 273:7_, 274:2

**C**

**cabin** [1]_ - 307:12
**Calendar** [1]_ - 192:8
**calendar** [15]_ - 6:22_, 6:25_, 90:9_, 90:21_, 91:14_, 91:25_, 92:1_, 92:5_, 92:6_, 92:18_, 92:21_, 95:23_, 127:23_, 150:6_, 303:25
**caliber** [10]_ - 66:18_, 70:4_, 70:10_, 70:18_, 71:5_, 73:4_, 74:18_, 75:2_, 77:18_, 77:23
**camera** [21]_ - 82:18_, 86:4_, 136:6_, 136:16_, 140:17_, 140:25_, 141:10_, 141:25_, 142:1_, 142:17_, 158:5_, 161:2_, 161:7_, 161:12_, 162:3_, 162:18_, 206:15_, 232:18_, 237:21_, 237:22
**cameras** [8]_ - 134:13_, 134:14_, 135:2_, 140:16_, 142:17_, 143:3_, 158:4_, 158:23
**campaign** [7]_ - 125:2_, 140:9_, 144:23_, 155:23_, 156:19_, 160:5_, 191:18
**campaigns** [1]_ - 145:8
**canceled** [1]_ - 224:22
**candidate** [2]_ - 281:22_, 307:2
**cannot** [8]_ - 164:4_, 164:19_, 165:14_, 165:22_, 201:7_, 223:9_, 270:23_, 280:24
**cans** [7]_ - 252:11_, 252:17_, 252:21_, 253:5_, 253:9_, 253:14_, 253:16
**cap** [2]_ - 227:9_, 227:11
**Capitol** [1]_ - 279:23
**Captain** [1]_ - 224:8
**capture** [6]_ - 101:25_, 103:6_, 118:6_, 146:20_, 151:9_, 151:11
**captured** [3]_ - 29:24_, 46:18_, 148:6
**car** [9]_ - 28:9_, 116:10_, 168:7_, 170:25_, 201:25_, 202:25_, 203:23_, 207:2_, 292:6

**caravan** [1]_ - 164:3
**card** [10]_ - 34:18_, 35:16_, 41:20_, 89:14_, 89:15_, 89:20_, 96:22_, 97:15_, 97:22
**cardboard** [1]_ - 162:11
**career** [3]_ - 259:15_, 259:16_, 293:17
**carefully** [4]_ - 94:3_, 307:4_, 307:12_, 307:23
**Carolina** [17]_ - 9:20_, 13:1_, 19:1_, 19:17_, 23:5_, 25:22_, 30:6_, 30:22_, 33:20_, 33:24_, 49:14_, 66:10_, 86:14_, 169:9_, 170:17_, 190:5_, 220:15
**carried** [1]_ - 288:9
**carrier** [17]_ - 290:15_, 290:16_, 291:22_, 292:8_, 293:9_, 294:25_, 295:21_, 297:18_, 298:7_, 298:13_, 298:19_, 298:23_, 298:24_, 299:5_, 299:7_, 300:13
**carrot** [1]_ - 229:25
**carry** [2]_ - 89:8_, 250:23
**carrying** [2]_ - 107:2_, 107:6
**cars** [1]_ - 306:9
**cart** [4]_ - 118:24_, 119:4_, 119:6_, 165:21
**cartridges** [1]_ - 244:9
**carts** [1]_ - 227:21
**case** [45]_ - 3:3_, 3:4_, 24:20_, 31:7_, 37:3_, 53:23_, 58:7_, 66:5_, 76:1_, 81:13_, 91:10_, 93:7_, 93:14_, 94:21_, 102:19_, 105:16_, 106:19_, 174:18_, 176:17_, 181:10_, 204:14_, 222:5_, 225:18_, 245:18_, 260:3_, 263:22_, 268:16_, 270:17_, 270:25_, 271:12_, 274:13_, 276:18_, 277:5_, 277:8_, 277:9_, 277:11_, 281:8_, 282:11_, 282:19_, 284:6_, 289:18_, 292:5_, 304:23_, 305:8_, 306:22
**Case** [1]_ - 3:5
**cases** [2]_ - 297:11_, 304:19
**cash** [13]_ - 31:3_, 79:19_, 80:19_, 81:12_, 81:16_, 87:25_, 88:8_, 88:14_, 88:17_, 88:24_, 89:1_,

109:24
**casing** [2]_ - 268:22_, 269:10
**CD** [2]_ - 244:24_, 245:23
**CD-ROM** [2]_ - 244:24_, 245:23
**cell** [140]_ - 8:18_, 8:20_, 13:11_, 15:1_, 16:6_, 17:9_, 17:18_, 18:4_, 18:8_, 18:13_, 18:19_, 18:24_, 19:13_, 21:4_, 23:12_, 24:1_, 25:3_, 25:14_, 26:9_, 45:10_, 46:18_, 53:17_, 55:9_, 55:15_, 56:23_, 60:17_, 62:25_, 63:10_, 64:8_, 71:21_, 74:24_, 76:13_, 77:3_, 77:14_, 83:5_, 97:6_, 97:12_, 100:17_, 102:18_, 103:3_, 112:10_, 112:11_, 113:8_, 113:13_, 113:20_, 113:24_, 114:4_, 114:8_, 114:10_, 114:15_, 114:20_, 114:24_, 115:18_, 115:21_, 116:8_, 116:24_, 117:12_, 118:1_, 118:15_, 124:5_, 124:14_, 125:8_, 125:18_, 126:3_, 126:12_, 128:13_, 128:24_, 129:1_, 129:11_, 129:23_, 130:12_, 133:5_, 134:23_, 135:11_, 137:21_, 139:6_, 139:21_, 140:6_, 140:23_, 141:8_, 142:25_, 143:13_, 143:24_, 143:25_, 147:18_, 151:20_, 152:6_, 152:17_, 153:15_, 153:25_, 154:9_, 154:25_, 155:1_, 155:18_, 156:15_, 156:25_, 157:19_, 160:18_, 163:4_, 167:15_, 169:20_, 172:22_, 177:5_, 186:10_, 186:11_, 187:15_, 192:3_, 195:13_, 198:21_, 200:12_, 200:25_, 201:19_, 205:3_, 205:17_, 207:18_, 209:21_, 211:14_, 212:10_, 213:16_, 213:21_, 214:14_, 215:1_, 218:22_, 225:14_, 231:9_, 231:23_, 233:5_, 233:19_, 234:11_, 234:25_, 235:14_, 236:4_, 237:1
**center** [3]_ - 103:14_, 136:8_, 136:11
**certain** [6]_ - 91:11_, 241:16_, 269:4_, 269:5_, 276:21

**certainly** [13]_ - 66:7_, 81:19_, 96:20_, 164:5_, 248:9_, 252:24_, 266:3_, 266:9_, 267:8_, 277:8_, 283:17_, 292:25_, 296:15
**certification** [1]_ - 240:2
**cetera** [2]_ - 48:16_, 175:21
**chain** [1]_ - 287:16
**chain-link** [1]_ - 287:16
**challenge** [4]_ - 95:10_, 289:6_, 289:11_, 309:22
**chamber** [1]_ - 281:13
**championship** [1]_ - 127:10
**championships** [1]_ - 129:4
**chance** [5]_ - 130:23_, 130:25_, 249:21_, 266:19_, 304:2
**change** [3]_ - 174:6_, 183:8_, 293:20
**chaos** [1]_ - 224:12
**character** [11]_ - 261:25_, 262:1_, 304:19_, 305:21_, 305:23_, 306:18_, 307:8_, 307:12_, 307:19_, 307:23
**character-type** [1]_ - 307:12
**characterize** [1]_ - 271:5
**characters** [1]_ - 57:18
**charge** [9]_ - 145:5_, 145:25_, 217:1_, 229:22_, 282:22_, 284:10_, 285:2_, 286:13_, 311:5
**chargeable** [1]_ - 261:5
**charged** [4]_ - 260:21_, 260:24_, 280:15_, 286:5
**charges** [1]_ - 278:22
**chart** [4]_ - 7:1_, 90:19_, 303:1_, 303:3
**chase** [2]_ - 229:3_, 229:11
**chassis** [1]_ - 189:11
**chat** [1]_ - 72:2
**cheap** [2]_ - 69:13_, 73:24
**CheapAir** [1]_ - 208:3
**cheapflights** [1]_ - 208:15
**CheapOair** [1]_ - 208:4
**check** [6]_ - 5:5_, 48:16_,

69:2_, 86:5_, 106:25_, 241:1

**check-in** [1]_ - 48:16

**checked** [1]_ - 248:9

**checking** [1]_ - 69:13

**checkmark** [2]_ - 162:10 _, 162:20

**chemical** [1]_ - 301:8

**child** [1]_ - 303:18

**childish** [1]_ - 286:25

**children** [1]_ - 203:13

**Christopher** [1]_ - 3:9

**chronicle** [1]_ - 159:3

**circle** [20]_ - 10:2_, 14:10 _, 15:20_, 30:25_, 32:3_, 35:23_, 39:14_, 40:23_, 42:16_, 42:21_, 43:12_, 43:16_, 44:1_, 48:13_, 50:21_, 108:1_, 189:12_, 215:13_, 239:4_, 268:7

**circled** [4]_ - 43:3_, 178:3 _, 211:1_, 269:24

**circling** [2]_ - 19:22_, 112:20

**circumscribe** [1]_ - 307:11

**circumstance** [1]_ - 272:6

**circumstances** [3]_ - 256:6_, 263:18_, 283:5

**circumstantial** [5]_ - 280:12_, 280:17_, 284:11 _, 293:23_, 295:25

**cited** [2]_ - 6:9_, 306:22

**cites** [1]_ - 306:14

**citing** [1]_ - 303:14

**City** [10] - 207:12_, 208:15 _, 212:4_, 212:22_, 212:25_, 213:24_, 217:9_, 218:4_, 218:6_, 219:10

**civilian** [2]_ - 258:11_, 290:1

**claimed** [1]_ - 286:9

**claiming** [2]_ - 129:4_, 286:24

**claims** [2]_ - 287:23_, 306:5

**clamp** [3]_ - 32:2_, 33:14 _, 161:25

**clamps** [11]_ - 31:6_, 31:7 _, 32:9_, 32:12_, 32:15_, 32:17_, 32:19_, 32:21_, 32:23_, 32:24

**clarify** [3]_ - 94:23_, 175:7 _, 239:23

**classic** [1]_ - 306:2

**cleaning** [7]_ - 51:17_, 51:25_, 52:3_, 52:14_, 52:20_, 53:6_, 53:21

**clear** [18]_ - 6:4_, 92:23_, 93:6_, 131:20_, 244:21_, 245:16_, 246:14_, 254:21 _, 260:11_, 278:11_, 284:8_, 285:20_, 287:9_, 287:19_, 291:25_, 297:17 _, 302:5_, 311:8

**clearer** [1]_ - 281:4

**clearly** [3]_ - 178:12_, 307:18_, 307:20

**click** [1]_ - 72:9

**Clinton** [1]_ - 282:21

**clippings** [1]_ - 304:7

**close** [5]_ - 199:9_, 260:2 _, 260:3_, 298:3_, 311:1

**closer** [2]_ - 92:9_, 306:25

**closest** [2]_ - 282:19_, 306:21

**closing** [5]_ - 310:2_, 310:7_, 310:19_, 311:7

**closings** [2]_ - 310:17_, 311:8

**clothing** [5]_ - 84:1_, 84:13_, 85:17_, 85:20_, 226:6

**clown** [1]_ - 230:6

**club** [5]_ - 113:11_, 114:17 _, 139:14_, 139:15

**Club** [48]_ - 18:21_, 62:20 _, 98:10_, 113:1_, 113:3_, 113:17_, 113:22_, 114:2_, 114:6_, 114:11_, 114:16_, 115:1_, 115:5_, 115:9_, 115:11_, 115:16_, 115:23 _, 116:18_, 117:3_, 117:10_, 120:2_, 123:8_, 123:24_, 124:8_, 124:17, 125:12_, 126:6_, 127:10_, 127:11_, 128:5_, 128:7_, 139:15_, 179:13_, 179:15_, 180:23_, 183:3_, 183:20_, 186:12_, 187:6_, 187:12_, 187:18_, 188:10_, 229:14 _, 232:24_, 233:9, 233:15 _, 233:22_, 233:24

**clue** [1]_ - 258:12

**CM/ECF** [1]_ - 90:10

**code** [7]_ - 8:19_, 8:22_, 9:7_, 9:14_, 12:25_, 15:12

_, 19:23

**coincidence** [1]_ - 258:19

**collected** [5]_ - 123:7_, 241:14_, 241:15_, 241:16 _, 241:21

**collection** [1]_ - 241:17

**collections** [1]_ - 242:2

**Colombia** [3]_ - 210:21_, 210:25_, 259:5

**color** [5]_ - 30:3_, 58:2_, 92:13_, 95:12_, 249:2

**colored** [10]_ - 55:22_, 58:4_, 58:21_, 59:17_, 59:23_, 60:8_, 60:9_, 84:12_, 255:6_, 255:7

**colors** [2]_ - 268:15_, 273:2

**Colt** [2]_ - 251:9_, 268:22

**combination** [1]_ - 94:18

**comfortable** [1]_ - 311:8

**coming** [5]_ - 34:22_, 185:11_, 230:2_, 252:9_, 258:12

**commentary** [1]_ - 249:6

**commercial** [2]_ - 131:16_, 222:20

**committed** [1]_ - 307:15

**common** [2]_ - 256:1_, 256:2

**communication** [3]_ - 196:2_, 245:21_, 277:5

**communications** [4]_ - 222:4_, 239:6_, 241:17_, 242:2

**community** [2]_ - 306:3 _, 306:8

**company** [3]_ - 66:15_, 100:9_, 306:9

**compare** [15]_ - 31:9_, 32:5_, 53:11_, 59:18_, 60:4_, 85:24_, 86:8_, 110:22_, 119:22_, 120:22 _, 137:14_, 158:19_, 161:8_, 182:6_, 188:16

**compared** [1]_ - 118:19

**comparing** [3]_ - 36:2_, 254:22_, 279:24

**comparison** [1]_ - 257:16

**comperation** [1]_ - 222:12

**complains** [1]_ - 305:4

**complemented** [1]_ - 292:5

**complete** [6]_ - 4:11_, 34:5_, 95:4_, 95:19_, 223:6_, 282:16

**completed** [1]_ - 311:4

**completely** [2]_ - 271:7_, 293:11

**complicated** [1]_ - 222:22

**complies** [3]_ - 15:23_, 58:21, 299:2

**Complies** [17]_ - 8:16_, 9:4_, 9:11_, 31:1_, 32:4_, 35:24_, 40:24_, 42:17_, 42:22_, 43:13_, 43:17_, 50:23_, 62:8_, 189:13_, 215:14_, 239:5_, 273:6

**comport** [1]_ - 304:3

**composite** [2]_ - 95:13_, 95:25

**conceal** [2]_ - 166:15_, 189:18

**concealment** [1]_ - 163:12

**concede** [1]_ - 296:3

**conceivable** [1]_ - 258:19

**concern** [1]_ - 66:2

**concerning** [1]_ - 7:14

**conclude** [3]_ - 296:18_, 300:24_, 301:4

**conclusion** [3]_ - 82:7_, 270:16_, 277:9

**conclusive** [1]_ - 264:22

**conduct** [6]_ - 167:23_, 171:23_, 258:13_, 266:17 _, 308:6_, 311:5

**conducted** [4]_ - 102:15 _, 170:5_, 270:25_, 274:12

**conducting** [10]_ - 26:3 _, 78:9_, 98:2_, 98:5_, 124:20_, 150:19_, 151:23 _, 156:1_, 163:10

**confer** [3]_ - 7:8_, 278:5_, 278:15

**conference** [1]_ - 311:6

**confident** [1]_ - 283:6

**confirm** [2]_ - 131:23_, 250:21

**conflicts** [1]_ - 304:9

**conform** [1]_ - 91:18

**conformity** [3]_ - 307:5_, 308:9_, 308:18

**confused** [4]_ - 6:3_, 247:15_, 258:5_, 297:25

**confusion** [1]_ - 47:14

**Congress** [6]_ - 135:3_, 135:7_, 136:4_, 141:2_, 141:11_, 143:5

**consider** [4]_ - 66:4_, 254:15_, 259:10_, 283:12

**considerable** [1]_ - 255:2

**consideration** [1]_ - 284:9

**considered** [1]_ - 277:10

**consistent** [4]_ - 268:15_, 295:23_, 295:24_, 297:2

**construction** [5]_ - 203:23_, 204:4_, 204:9_, 204:11_, 261:19

**construe** [3]_ - 263:13_, 270:15_, 284:4

**construed** [3]_ - 262:15_, 262:25_, 271:16

**consult** [2]_ - 250:6_, 277:22

**consumed** [1]_ - 310:1

**contact** [1]_ - 174:18

**containing** [1]_ - 206:15

**contend** [1]_ - 93:3

**content** [1]_ - 66:16

**contents** [2]_ - 30:7_, 71:24

**context** [11]_ - 12:18_, 217:13_, 222:4_, 230:8_, 263:12_, 263:20_, 263:21_, 271:11_, 272:6_, 300:18

**continue** [18]_ - 7:25_, 40:1_, 44:17_, 51:6_, 66:6_, 73:17_, 74:17_, 96:17_, 96:19_, 132:3_, 176:12_, 197:2_, 197:12_, 197:18_, 199:16_, 211:6_, 228:24_, 270:18

**continued** [2]_ - 4:2_, 7:24

**CONTINUED** [1]_ - 8:11

**continues** [5]_ - 196:4_, 196:7_, 197:19_, 197:22_, 217:15

**continuing** [2]_ - 132:20_, 224:1

**control** [1]_ - 221:16

**conversation** [12]_ - 12:17_, 12:18_, 13:2_, 52:7_, 52:8_, 70:13_, 70:19_, 71:2_, 73:17_, 197:2_, 217:15_, 222:16

**conversations** [2]_ - 74:14_, 200:18

**convert** [1]_ - 75:24

**convey** [2]_ - 195:4_, 238:7

**conveyed** [1]_ - 238:8

**cool** [1]_ - 45:24

**Cooper** [37]_ - 45:4_, 45:16_, 45:19_, 45:22_, 45:23_, 46:9_, 46:17_, 47:1_, 47:3_, 50:7_, 51:7_, 51:13_, 51:19_, 51:25_, 52:2_, 52:7_, 52:9_, 52:25_, 53:5_, 54:1_, 54:7_, 54:22_, 67:5_, 67:10_, 67:16_, 68:1_, 68:10_, 68:16_, 69:5_, 69:24_, 70:2_, 70:13_, 70:15_, 70:20_, 71:3_, 296:1

**Cooper's** [4]_ - 67:19_, 68:14_, 69:1_, 69:15

**copies** [5]_ - 5:11_, 5:14_, 91:25_, 92:13_, 94:12

**cops** [1]_ - 154:3

**copy** [24]_ - 5:3_, 5:12_, 5:24_, 5:25_, 6:1_, 56:9_, 90:15_, 90:20_, 91:23_, 92:2_, 92:3_, 92:4_, 92:7_, 92:11_, 92:19_, 92:20_, 94:14_, 96:8_, 255:14_, 265:4_, 302:7_, 302:8_, 302:18

**cord** [1]_ - 61:23

**corner** [7]_ - 78:23_, 82:23_, 107:15_, 107:25_, 113:11_, 211:2_, 233:22

**correct** [29]_ - 6:14_, 12:21_, 18:3_, 31:15_, 39:22_, 75:22_, 81:3_, 114:17_, 114:18_, 120:8_, 131:22_, 151:13_, 233:24_, 233:25_, 240:5_, 245:19_, 250:22_, 258:16_, 261:5_, 261:12_, 263:25_, 268:20_, 269:6_, 273:18_, 294:2_, 295:1_, 295:5_, 300:8_, 300:16

**correctly** [1]_ - 306:17

**correspond** [4]_ - 94:11_, 138:3_, 231:14_, 298:13

**corresponding** [4]_ - 51:7_, 95:14_, 175:22_, 194:2

**corridor** [1]_ - 237:3

**cost** [3]_ - 20:15_, 77:7_, 77:8

**Counsel** [2]_ - 3:6_, 95:7

**counsel** [23]_ - 3:21_, 5:22_, 5:24_, 6:8_, 6:24_, 7:8_, 90:4_, 90:17_, 92:4_, 95:12_, 175:11_, 240:12_, 244:20_, 245:3_, 245:11_, 250:7_, 250:9_, 264:18_, 277:24_, 278:1_, 278:15_, 302:12

**Count** [25]_ - 270:11_, 278:24_, 278:25_, 279:15_, 280:15_, 283:15_, 284:4_, 284:12_, 284:21_, 285:10_, 285:11_, 285:14_, 285:16_, 285:19_, 285:25_, 286:2_, 286:3_, 288:14_, 289:7_, 289:11_, 290:10_, 296:19_, 300:20_, 300:25_, 301:10

**count** [6]_ - 270:15_, 284:9_, 285:19_, 287:19_, 289:9_, 289:10

**country** [1]_ - 287:4

**counts** [2]_ - 280:16_, 284:25

**County** [37]_ - 17:1_, 17:15_, 18:14_, 19:6_, 23:20_, 26:3_, 27:2_, 27:4_, 28:10_, 28:15_, 28:19_, 74:16_, 76:6_, 78:2_, 78:6_, 86:23_, 98:1_, 112:20_, 112:25_, 134:15_, 135:2_, 140:25_, 141:10_, 143:3_, 158:6_, 163:13_, 173:6_, 178:1_, 178:16_, 179:19_, 199:7_, 204:20_, 205:10_, 205:20_, 207:22_, 219:13_, 237:3

**couple** [2]_ - 174:14_, 290:17

**Course** [4]_ - 117:15_, 117:18_, 120:7_, 280:1

**course** [28]_ - 6:13_, 10:8_, 10:11_, 10:13_, 10:16_, 10:24_, 42:17_, 92:13_, 118:17_, 118:20_, 120:8_, 137:1_, 137:2_, 148:8_, 166:12_, 175:8_, 237:25_,

241:18_, 242:2_, 242:3_, 256:5_, 268:19_, 276:12_, 279:20_, 280:4_, 281:18_, 282:18_, 293:21

**courses** [2]_ - 137:3_, 139:11

**Court** [42]_ - 3:1_, 3:14_, 5:13_, 5:20_, 6:1_, 7:10_, 31:10_, 90:9_, 90:10_, 90:13_, 90:17_, 90:22_, 91:1_, 91:9_, 91:23_, 92:19_, 92:24_, 93:10_, 94:13_, 94:23_, 94:24_, 95:21_, 243:22_, 246:10_, 250:16_, 265:3_, 276:20_, 277:12_, 281:9_, 282:13_, 283:11_, 290:8_, 292:9_, 294:11_, 294:13_, 303:9_, 303:20_, 305:24_, 309:21_, 311:1_, 311:14

**court** [8]_ - 5:22_, 6:25_, 16:20_, 66:1_, 91:13_, 93:19_, 160:6_, 306:21

**COURT** [471]_ - 3:2_, 3:11_, 3:13_, 3:18_, 3:23_, 4:6_, 4:15_, 4:17_, 4:21_, 4:25_, 5:2_, 5:14_, 6:3_, 6:11_, 6:17_, 7:3_, 7:6_, 7:18_, 7:20_, 7:22_, 8:4_, 8:8_, 9:23_, 11:14_, 13:8_, 14:23_, 17:6_, 19:10_, 21:1_, 23:9_, 23:23_, 25:11_, 26:6_, 27:9_, 27:11_, 27:14_, 30:12_, 31:12_, 31:15_, 31:19_, 33:4_, 33:17_, 34:15_, 35:13_, 36:19_, 37:14_, 39:15_, 39:18_, 39:20_, 39:23_, 40:1_, 41:17_, 45:7_, 48:1_, 49:2_, 50:19_, 53:14_, 55:6_, 56:10_, 57:9_, 58:14_, 59:11_, 59:20_, 60:11_, 60:14_, 62:2_, 63:5_, 63:7_, 64:4_, 65:4_, 65:20_, 65:25_, 66:25_, 69:21_, 70:25_, 71:17_, 72:18_, 75:7_, 75:15_, 76:10_, 76:24_, 77:11_, 79:6_, 80:1_, 80:11_, 80:22_, 81:6_, 81:17_, 81:22_, 82:15_, 83:2_, 83:21_, 84:7_, 84:19_, 85:1_, 85:14_, 86:1_, 86:11_, 87:4_, 89:8_, 89:11_, 89:22_, 90:3_, 90:7_, 90:24_, 91:5_, 91:15_, 91:17_, 92:9_, 92:15_, 92:22_, 93:5_, 93:12_, 94:2_, 94:16_, 95:2_, 95:7_, 95:25_, 96:9_

_, 96:13_, 96:15_, 97:3_, 98:15_, 100:14_, 102:25_, 105:2_, 105:25_, 107:9_, 108:19_, 109:15_, 110:6_, 111:10_, 112:7_, 117:23_, 119:21_, 120:13_, 120:24_, 121:1_, 122:16_, 123:17_, 125:5_, 125:15_, 126:9_, 127:4_, 127:17_, 128:1_, 128:10_, 128:21_, 129:8_, 129:20_, 130:9_, 131:5_, 131:20_, 131:23_, 132:3_, 133:2_, 133:15_, 133:17_, 134:1_, 134:9_, 134:20_, 135:19_, 135:22_, 136:22_, 137:7_, 137:18_, 138:19_, 139:2_, 139:18_, 140:3_, 140:12_, 140:20_, 141:5_, 141:19_, 141:22_, 142:12_, 142:22_, 143:10_, 143:21_, 145:19_, 146:11_, 147:1_, 147:15_, 148:17_, 149:3_, 149:12_, 149:20_, 149:24_, 150:10_, 150:24_, 151:17_, 152:3_, 152:14_, 153:4_, 153:12_, 153:22_, 154:6_, 155:5_, 155:15_, 156:5_, 156:12_, 156:22_, 157:9_, 157:16_, 157:25_, 158:11_, 159:8_, 160:15_, 161:16_, 163:1_, 163:20_, 164:15_, 164:23_, 165:7_, 165:18_, 166:1_, 166:17_, 167:2_, 167:12_, 168:12_, 168:23_, 169:6_, 169:17_, 170:13_, 171:17_, 172:6_, 172:19_, 173:12_, 173:14_, 173:16_, 174:12_, 174:21_, 174:25_, 175:4_, 175:6_, 175:12_, 175:14_, 175:20_, 175:25_, 176:3_, 176:7_, 176:9_, 177:21_, 181:22_, 181:24_, 188:18_, 188:20_, 188:22_, 189:8_, 189:24_, 190:20_, 191:24_, 193:19_, 194:11_, 195:2_, 195:10_, 198:17_, 200:9_, 200:22_, 201:16_, 202:18_, 204:24_, 205:14_, 205:24_, 206:11_, 206:22_, 207:7_, 207:15_, 208:10_, 208:19_, 209:2_, 209:12_, 209:18_, 210:9_, 211:11_, 212:7_, 213:13_, 214:2_, 214:11_, 214:23_, 216:12_, 216:19_, 216:22_, 218:19_, 219:19_, 220:10_, 220:18_, 223:12_, 224:4_, 225:3_, 225:11_,

225:24_, 226:12_, 226:14_, 226:17_, 230:21_, 231:6_, 231:20_, 232:15_, 233:2_, 234:8_, 234:22_, 235:11_, 236:1_, 236:22_, 237:14_, 238:13_, 238:24_, 239:12_, 239:15_, 239:18_, 239:22_, 240:4_, 240:6_, 240:10_, 240:13_, 240:16_, 240:23_, 241:2_, 241:6_, 241:11_, 241:19_, 242:5_, 242:15_, 242:17_, 243:1_, 243:5_, 244:14_, 244:18_, 245:4_, 245:16_, 245:23_, 246:4_, 246:7_, 246:11_, 246:17_, 247:5_, 247:19_, 249:8_, 249:23_, 250:1_, 250:6_, 250:11_, 250:13_, 250:18_, 250:23_, 253:25_, 255:13_, 255:17_, 255:20_, 259:24_, 262:3_, 262:16_, 262:20_, 262:22_, 263:3_, 264:5_, 264:19_, 264:23_, 265:1_, 265:7_, 265:9_, 265:20_, 265:23_, 266:5_, 266:12_, 266:14_, 267:1_, 267:5_, 267:9_, 267:11_, 267:16_, 267:22_, 269:19_, 270:10_, 272:12_, 272:14_, 273:5_, 273:22_, 274:23_, 275:5_, 275:7_, 275:9_, 275:14_, 275:19_, 275:22_, 276:2_, 276:4_, 276:7_, 276:9_, 276:14_, 276:19_, 277:16_, 277:23_, 277:25_, 278:4_, 278:10_, 278:19_, 278:23_, 279:15_, 280:13_, 281:24_, 282:23_, 283:14_, 284:1_, 285:9_, 285:13_, 285:23_, 286:2_, 287:1_, 287:21_, 287:23_, 288:2_, 288:16_, 289:3_, 289:5_, 290:7_, 290:18_, 290:21_, 290:25_, 291:14_, 292:18, 292:24_, 293:1_, 293:25_, 294:4_, 294:6_, 294:15_, 294:18_, 294:24_, 295:2_, 295:4_, 296:2_, 296:5_, 296:12_, 297:1_, 297:13_, 297:17_, 297:20_, 298:6_, 298:12_, 298:25_, 299:3_, 299:7_, 299:14_, 299:17_, 299:19_, 299:25_, 300:5_, 300:7_, 300:9_, 300:15_, 300:21_, 301:14_, 301:19_, 301:22_, 302:14_, 302:23_, 304:1_, 305:16_, 305:18_, 307:4_, 309:5_,

309:7_, 309:10_, 310:6_, 310:10_, 310:14_, 311:2_, 311:11_, 311:14

**Court's** [7]_ - 7:6_, 66:3_, 292:7_, 304:3_, 307:6_, 308:4_, 308:8

**courtroom** [18]_ - 7:21_, 90:2_, 90:4_, 96:14_, 174:20_, 176:8_, 239:14_, 244:19_, 246:16_, 254:12_, 264:25_, 267:10_, 275:13_, 276:13_, 277:12_, 277:15_, 278:8_, 278:11

**COURTROOM** [1]_ - 3:4

**cover** [1]_ - 244:5

**covering** [1]_ - 162:7

**Craigslist** [2]_ - 76:18_, 76:21

**crap** [1]_ - 73:22

**crazy** [1]_ - 262:11

**created** [1]_ - 191:13

**credibility** [1]_ - 289:6

**crime** [7]_ - 263:14_, 263:15_, 285:3_, 285:4_, 285:6_, 285:18_, 307:15

**Criminal** [1]_ - 277:20

**criminal** [2]_ - 296:14_, 307:13

**criminally** [1]_ - 229:22

**CROSS** [1]_ - 247:22

**cross** [16]_ - 228:1_, 228:2_, 243:3_, 243:10_, 243:13_, 245:7_, 247:20_, 264:9_, 265:12_, 266:8_, 266:16_, 268:21_, 271:10_, 271:18_, 272:3_, 306:7

**CROSS-EXAMINATION** [1]_ - 247:22

**cross-examination** [13]_ - 243:3_, 243:10_, 243:13_, 245:7_, 247:20_, 264:9_, 265:12_, 266:8_, 266:16_, 268:21_, 271:10_, 271:18_, 272:3

**cross-examined** [1]_ - 306:7

**cross-hairs** [2]_ - 228:1_, 228:2

**Crosse** [1]_ - 148:23

**crossed** [2]_ - 162:18_, 246:1

**Crossus** [1]_ - 148:22

**cumbersome** [1]_ - 95:17

**curiosity** [1]_ - 249:22

**custody** [1]_ - 239:7

**customer** [3]_ - 190:6_, 190:15_, 254:2

**cut** [1]_ - 126:18

**cutters** [1]_ - 84:16

### D

**dad** [2]_ - 196:18_, 236:14

**daily** [5]_ - 100:5_, 117:16_, 145:25_, 147:8_, 229:23

**Dallas** [1]_ - 164:3

**dark** [1]_ - 165:3

**dash** [4]_ - 91:22_, 103:13_, 133:15_, 139:3

**data** [54]_ - 17:9_, 17:18_, 17:19_, 17:22_, 18:4_, 18:8_, 18:10_, 18:13_, 18:19_, 18:24_, 24:23_, 27:1_, 27:3_, 27:23_, 28:13_, 28:17_, 28:21_, 29:2_, 29:6_, 29:10_, 29:14_, 29:20_, 112:10_, 112:11_, 112:15_, 113:8_, 113:13_, 113:20_, 114:4_, 114:8_, 114:14_, 114:20_, 114:24_, 115:3_, 115:7_, 115:14_, 115:18_, 115:21_, 116:3_, 116:8_, 116:24_, 117:7_, 123:21_, 124:5_, 124:14_, 178:5_, 178:14_, 178:21_, 181:16_, 182:16_, 187:15_, 233:19_, 237:18

**date** [113]_ - 5:23_, 15:24_, 17:11_, 22:22_, 24:10_, 24:19_, 24:22_, 24:24_, 25:1_, 26:16_, 28:6_, 30:23_, 35:7_, 35:25_, 38:12_, 38:14_, 40:3_, 42:19_, 42:20_, 44:16_, 46:13_, 49:21_, 49:23_, 50:11_, 50:25_, 51:1_, 51:3_, 51:14_, 52:5_, 52:22_, 53:7_, 54:10_, 60:21_, 61:11_, 65:12_, 67:8_, 67:22_, 68:18_, 69:8_, 70:5_, 70:11_, 71:7_, 72:6_, 73:15_, 74:1_, 74:5_, 74:12_, 77:19_, 79:14_, 88:22_, 97:17_, 99:6_, 100:6_, 105:21_,

106:10_, 107:11_, 108:6_, 108:14_, 110:19_, 111:16_, 112:1_, 118:6_, 130:4_, 133:11_, 135:4_, 137:25_, 139:12_, 144:17_, 146:3_, 147:11_, 147:24_, 151:9_, 157:5_, 164:7_, 167:21_, 196:13_, 196:19_, 197:10_, 198:11_, 199:4_, 199:19_, 199:25_, 201:10_, 202:3_, 205:6_, 208:5_, 211:17_, 212:15_, 215:17_, 215:25_, 217:4_, 217:13_, 217:19_, 218:10_, 221:2_, 221:5_, 223:24_, 224:14_, 224:19_, 231:14_, 231:25_, 232:1_, 232:20_, 234:17_, 235:6_, 235:21_, 237:6_, 253:8_, 291:21_, 301:20

**dated** [15]_ - 24:17_, 77:6_, 80:5_, 80:14_, 80:25_, 81:10_, 112:12_, 147:24_, 152:20_, 154:13_, 160:24_, 167:18_, 172:25_, 213:18_, 225:21

**dates** [16]_ - 44:1_, 47:17_, 51:22_, 82:1_, 87:23_, 101:22_, 101:24_, 103:6_, 130:16_, 146:18_, 160:1_, 160:2_, 160:6_, 179:17_, 193:25_, 194:3

**dating** [1]_ - 281:18

**daughter** [3]_ - 22:13_, 235:3_, 235:5

**days** [2]_ - 132:24_, 204:1

**deadline** [1]_ - 303:22

**deal** [2]_ - 222:22_, 224:25

**dealership** [1]_ - 203:23

**Dear** [3]_ - 34:1_, 243:17_, 280:22

**death** [1]_ - 288:6

**debit** [6]_ - 89:14_, 89:15_, 96:22_, 97:15_, 97:22

**decals** [3]_ - 188:13_, 189:2_, 189:17

**decide** [1]_ - 289:6

**decision** [3]_ - 251:2_, 256:15_, 256:21

**decision-making** [3]_ - 251:2_, 256:15_, 256:21

**decorating** [1]_ - 303:11

**DEF** [2]_ - 91:22_, 302:20

**defendant** [295]_ - 11:18_, 11:20_, 12:6_, 12:9_, 12:12_, 13:2_, 14:15_,

16:24_, 19:16_, 20:11_, 20:17_, 20:20_, 23:5_, 25:21_, 30:7_, 33:23_, 34:7_, 42:2_, 42:5_, 43:5_, 43:24_, 44:3_, 44:7_, 44:11_, 44:15_, 44:21_, 45:16_, 45:22_, 45:25_, 46:9_, 46:10_, 46:17_, 47:1_, 47:14_, 47:19_, 48:5_, 48:10_, 48:23_, 49:13_, 50:7_, 51:3_, 51:6_, 51:13_, 51:18_, 52:8_, 54:22_, 54:23_, 55:1_, 59:14_, 62:25_, 64:25_, 65:8_, 65:10_, 65:11_, 65:14_, 65:17_, 65:23_, 65:24_, 66:9_, 66:17_, 67:5_, 68:5_, 68:9_, 68:22_, 69:3_, 69:10_, 69:17_, 70:13_, 70:15_, 71:5_, 72:2_, 72:4_, 72:13_, 73:3_, 73:5_, 73:13_, 73:17_, 73:21_, 74:9_, 74:15_, 74:17_, 75:19_, 76:4_, 77:7_, 77:17_, 77:21_, 78:1_, 78:6_, 82:7_, 82:10_, 82:21_, 86:5_, 86:20_, 86:22_, 87:17_, 89:3_, 90:10_, 91:14_, 93:8_, 95:23_, 96:3_, 97:25_, 98:18_, 99:24_, 100:2_, 102:19_, 104:10_, 104:18_, 106:15_, 107:2_, 107:17_, 108:2_, 108:12_, 108:24_, 108:25_, 109:12_, 109:19_, 111:18_, 112:3_, 112:25_, 116:13_, 124:20_, 127:9_, 127:21_, 128:5_, 129:2_, 133:9_, 133:21_, 134:5_, 136:6_, 137:1_, 137:11_, 138:12_, 138:23_, 144:3_, 144:5_, 144:8_, 144:15_, 145:1_, 145:11_, 145:22_, 145:24_, 146:7_, 147:5_, 147:7_, 148:14_, 149:7_, 149:16_, 150:17_, 153:8_, 155:2_, 155:9_, 155:20_, 155:24_, 157:2_, 157:13_, 157:21_, 158:4_, 158:15_, 159:3_, 160:9_, 163:11_, 163:23_, 163:25_, 166:14_, 166:19_, 166:22_, 173:5_, 175:11_, 176:17_, 176:21_, 177:2_, 181:9_, 181:13_, 184:23_, 185:11_, 188:12_, 189:17_, 191:20_, 193:1_, 193:8_, 193:13_, 194:24_, 195:4_, 195:16_, 195:25_, 196:9_, 196:15_, 196:21_, 197:24

_, 198:5_, 198:9_, 198:24_, 198:25_, 199:6_, 199:8_, 199:13_, 200:3_, 200:16_, 201:7_, 201:22_, 202:9_, 204:4_, 204:8_, 204:10_, 206:4_, 207:11_, 208:23_, 209:24_, 211:6_, 214:6_, 214:19_, 215:8_, 215:15_, 215:22_, 215:24_, 217:6_, 217:25_, 218:7_, 219:1_, 219:12_, 219:22_, 219:24_, 220:3_, 220:14_, 220:21_, 220:23_, 221:9_, 221:20_, 221:21_, 222:13_, 222:21_, 223:1_, 223:5_, 223:15_, 223:17_, 224:7_, 224:9_, 224:17_, 224:21_, 224:22_, 225:7_, 225:17_, 226:4_, 227:1_, 229:12_, 229:15_, 230:12_, 230:13_, 231:2_, 231:12_, 232:19_, 232:22_, 234:14_, 235:16_, 235:18_, 236:6_, 236:16_, 237:24_, 238:5_, 238:9_, 238:16_, 239:6_, 240:10_, 240:11_, 241:15_, 245:12_, 247:10_, 250:9_, 250:17_, 251:25_, 256:5_, 258:4_, 258:11_, 264:17_, 271:6_, 272:10_, 278:2_, 280:10_, 281:5_, 282:4_, 282:13_, 291:6_, 291:7_, 291:9_, 291:18_, 292:4_, 293:21_, 293:22_, 295:9_, 297:25_, 300:18_, 301:24_, 303:17_, 303:24

**defendant's** [180]_ - 8:18_, 9:2_, 9:13_, 11:1_, 12:16_, 13:12_, 13:20_, 13:24_, 15:2_, 18:1_, 18:5_, 18:24_, 19:14_, 20:9_, 22:13_, 22:19_, 23:13_, 26:10_, 30:19_, 45:10_, 47:12_, 47:22_, 48:19_, 49:12_, 52:3_, 53:17_, 55:10_, 58:12_, 58:23_, 59:4_, 60:3_, 60:18_, 62:14_, 63:11_, 64:9_, 67:19_, 70:17_, 71:4_, 71:21_, 74:3_, 74:25_, 75:10_, 75:18_, 83:5_, 84:3_, 85:9_, 85:18_, 90:11_, 90:20_, 96:23_, 97:6_, 97:12_, 100:18_, 106:23_, 112:11_, 113:9_, 113:14_, 114:9_, 114:14_, 114:21_, 116:8_, 116:24_, 117:7_, 117:9_, 117:13_,

117:14_, 117:17_, 118:2_, 120:3_, 121:19_, 123:10_, 123:22_, 124:6_, 125:8_, 125:9_, 126:25_, 127:1_, 127:7_, 127:20_, 128:4_, 128:16_, 128:24_, 132:21_, 133:20_, 134:4_, 134:12_, 135:1_, 136:25_, 137:10_, 138:3_, 138:11_, 138:22_, 139:6_, 139:8_, 140:15_, 142:15_, 143:24_, 143:25_, 147:19_, 148:20_, 149:6_, 149:15_, 150:3_, 150:13_, 151:20_, 153:7_, 154:9_, 155:8_, 155:18_, 156:8_, 156:15_, 157:1_, 157:12_, 158:3_, 158:14_, 160:18_, 163:5_, 167:7_, 167:16_, 171:8_, 186:11_, 187:16_, 189:1_, 190:4_, 190:24_, 191:1_, 192:4_, 192:8_, 192:10_, 192:12_, 192:14_, 195:13_, 195:23_, 197:8_, 198:21_, 200:12_, 201:1_, 201:20_, 203:13_, 205:4_, 206:25_, 207:10_, 207:18_, 208:13_, 208:22_, 209:5_, 209:13_, 209:21_, 211:15_, 213:9_, 214:5_, 214:14_, 215:1_, 217:17_, 218:22_, 221:15_, 222:15_, 225:6_, 225:14_, 226:3_, 231:1_, 231:9_, 231:23_, 233:6_, 233:12_, 233:20_, 234:11_, 235:1_, 235:14_, 236:5_, 237:2_, 247:13_, 257:17_, 281:2_, 281:17_, 295:25_, 298:3_, 303:10_, 306:23_, 307:2

**defense** [35]_ - 3:17_, 3:25_, 4:23_, 5:15_, 5:17_, 7:10_, 7:15_, 90:8_, 90:16_, 91:8_, 91:19_, 91:21_, 92:25_, 94:3_, 94:19_, 94:21_, 95:4_, 95:13_, 95:20_, 96:1_, 175:4_, 243:16_, 244:6_, 246:12_, 282:21_, 301:23_, 302:1_, 302:11_, 303:2_, 303:6_, 306:6_, 308:23_, 309:25_, 310:1_, 311:12

**Defense** [3]_ - 244:2_, 302:13_, 303:22

**defense-proposed** [3]_ - 94:21_, 95:4_, 95:13

**defining** [1]_ - 204:21

**definition** [1]_ - 282:10

**deleted** [5]_ - 147:25_, 154:15_, 160:25_, 167:19_, 212:17

**deliberate** [1]_ - 281:3

**Delight** [1]_ - 256:4

**delivery** [2]_ - 240:9_, 240:21

**demonstrative** [4]_ - 27:7_, 177:17_, 181:19_, 237:11

**denied** [3]_ - 285:14_, 300:22_, 301:9

**deny** [1]_ - 267:5

**departed** [1]_ - 23:5

**departing** [4]_ - 109:12_, 110:3_, 111:25_, 258:23

**Department** [4]_ - 168:4_, 168:15_, 170:17_, 172:9

**departs** [1]_ - 104:23

**depicted** [7]_ - 58:2_, 58:5_, 63:23_, 120:3_, 180:21_, 248:14_, 274:1

**depicting** [14]_ - 26:15_, 29:10_, 29:14_, 29:20_, 112:15_, 118:16_, 151:4_, 152:20_, 154:13_, 157:4_, 177:25_, 233:8_, 233:14_, 237:18

**depiction** [2]_ - 136:13_, 301:5

**depicts** [6]_ - 153:1_, 172:25_, 178:12_, 212:2_, 232:19_, 273:16

**deposit** [2]_ - 35:22_, 35:25

**DEPUTY** [1]_ - 3:4

**deputy** [1]_ - 244:19

**describe** [4]_ - 154:23_, 164:10_, 165:2_, 213:5

**described** [4]_ - 42:9_, 94:4_, 121:14_, 307:8

**describing** [1]_ - 143:16

**description** [2]_ - 268:10_, 273:2

**designs** [1]_ - 304:11

**desire** [2]_ - 44:16_, 278:17

**despite** [1]_ - 292:15

**destroy** [1]_ - 298:2

**detected** [1]_ - 164:4

**determine** [6]_ - 98:20_, 167:23_, 173:7_, 270:13_,

284:21_, 307:13

**determining** [2]_ - 284:11_, 284:23

**device** [1]_ - 118:5

**devices** [1]_ - 132:21

**dial** [1]_ - 227:15

**diapers** [1]_ - 162:5

**dick** [1]_ - 229:24

**Dick's** [2]_ - 163:8_, 163:9

**die** [1]_ - 225:18

**Diego** [2]_ - 48:20

**different** [13]_ - 39:21_, 48:15_, 92:15_, 119:17_, 119:18_, 145:14_, 174:3_, 174:7_, 174:9_, 208:16_, 210:8_, 285:11_, 293:7

**differently** [1]_ - 260:9

**difficult** [6]_ - 56:5_, 164:1_, 164:11_, 165:3_, 257:22_, 301:3

**digital** [1]_ - 94:14

**digits** [4]_ - 203:7_, 297:15_, 297:18_, 297:23

**Dire** [2]_ - 261:15_, 261:20

**DIRECT** [1]_ - 8:11

**direct** [10]_ - 7:8_, 239:19_, 242:24_, 266:5_, 269:13_, 271:23_, 280:17_, 283:11_, 284:11_, 292:7

**directing** [12]_ - 38:8_, 38:19_, 38:22_, 40:10_, 40:20_, 41:1_, 41:6_, 41:9_, 43:7_, 44:10_, 72:24_, 234:4

**direction** [4]_ - 179:16_, 183:22_, 188:4_, 283:3

**directions** [3]_ - 204:21_, 210:5_, 211:3

**directly** [3]_ - 119:2_, 243:2_, 260:13

**disallowing** [1]_ - 309:8

**discern** [5]_ - 165:15_, 165:23_, 254:13_, 254:14_, 301:3

**disclosure** [1]_ - 94:3

**discovered** [2]_ - 230:12_, 236:17

**discovery** [8]_ - 91:7_, 240:20_, 240:24_, 240:25_, 241:4_, 241:8_, 303:21_, 303:23

**discrepancy** [2]_ - 4:18

_, 5:8

**discuss** [4]_ - 62:23_, 70:19_, 89:24_, 201:8

**discussed** [2]_ - 78:19_, 92:8

**discussion** [8]_ - 96:5_, 174:17_, 174:23_, 242:19_, 277:6_, 277:7_, 303:8_, 303:10

**Discussion** [3] - 245:11_, 250:9_, 278:1

**disgraceful** [1]_ - 287:6

**disgusting** [1]_ - 287:3

**dispatched** [1]_ - 274:7

**display** [5]_ - 133:17_, 181:16_, 285:21_, 288:5_, 298:25

**displaying** [1]_ - 186:10

**dispute** [2]_ - 281:21_, 282:3

**disregard** [1]_ - 249:9

**distance** [1]_ - 136:9

**distributions** [1]_ - 254:4

**DNA** [17]_ - 154:3_, 249:17_, 250:25_, 251:3_, 251:5_, 251:7_, 256:8_, 256:10_, 256:14_, 256:15_, 256:18_, 268:25_, 269:4_, 269:5_, 269:7_, 269:15

**docket** [6]_ - 4:20_, 4:22_, 4:25_, 240:7_, 302:17_, 309:21

**Docket** [5]_ - 6:7_, 91:4_, 91:12_, 305:24_, 308:18

**docketed** [7]_ - 91:15_, 91:20_, 94:4_, 240:8_, 240:24_, 302:14_, 302:19

**docketing** [1]_ - 90:11

**doctors** [1]_ - 304:21

**document** [11]_ - 33:23_, 34:17_, 161:22_, 173:21_, 203:15_, 220:13_, 220:14_, 226:19_, 241:12_, 265:24_, 273:24

**documentary** [2]_ - 261:13_, 261:14

**Dollar** [4]_ - 122:21_, 123:1_, 202:1_, 202:6

**dollars** [1]_ - 36:4

**Donald** [6]_ - 34:2_, 138:6_, 146:1_, 231:13_, 279:2_, 280:6

**done** [16]_ - 73:22_, 88:23_

_, 95:8_, 127:13_, 169:12_, 199:9_, 218:24_, 247:12_, 262:21_, 267:2_, 284:7_, 291:5_, 293:17_, 293:20

**Donnelly** [1]_ - 3:9

**door** [3]_ - 251:18_, 306:9_, 308:5

**Dos** [4]_ - 79:22_, 193:3_, 193:10_, 193:11

**double** [1]_ - 5:5

**double-check** [1]_ - 5:5

**doubt** [4]_ - 69:4_, 284:4_, 291:7_, 296:19

**down** [35]_ - 10:22_, 24:12_, 38:25_, 43:18_, 49:15_, 53:4_, 55:11_, 71:23_, 79:21_, 85:4_, 86:20_, 97:8_, 106:17_, 146:13_, 160:7_, 177:3_, 196:2_, 202:7_, 216:5_, 222:7_, 222:8_, 224:21_, 228:9_, 228:10_, 228:11_, 228:25_, 229:2_, 229:3_, 229:10_, 229:11_, 282:8_, 286:12_, 294:24_, 297:9_, 300:2

**downstairs** [1]_ - 241:5

**draped** [2]_ - 251:18_, 251:21

**draw** [3]_ - 76:16_, 85:19_, 304:25

**drawing** [3]_ - 46:7_, 95:3_, 305:13

**drawn** [2]_ - 303:24_, 305:11

**drill** [1]_ - 292:6

**drilled** [3]_ - 292:15_, 297:24

**drilling** [2]_ - 298:10_, 299:10

**drinks** [2]_ - 256:8_, 257:25

**drive** [4]_ - 102:17_, 204:18_, 207:1_, 257:2

**Drive** [1]_ - 192:10

**driver's** [2]_ - 251:5_, 251:22

**driving** [7]_ - 102:20_, 104:4_, 183:23_, 204:18_, 204:21_, 209:6_, 211:3

**drop** [2]_ - 50:9_, 228:25

**dropped** [3]_ - 118:23_, 118:24_, 121:14

**droppin** [1]_ - 228:9
**dropping** [1]_ - 228:10
**drove** [1]_ - 306:9
**dude** [4]_ - 12:14_, 144:15
_, 215:16_, 235:20
**dumb** [1]_ - 198:4
**duplicates** [1]_ - 245:8
**duplicative** [1]_ - 303:18
**Duran** [2]_ - 281:8_,
282:20
**during** [12]_ - 60:2_, 76:4
_, 106:25_, 110:1_, 167:6
_, 171:7_, 176:20_,
179:17_, 204:2_, 204:7_,
204:11_, 291:11
**duties** [2]_ - 265:16_,
265:17
**duty** [2]_ - 270:13_, 270:17
**DX** [2]_ - 91:8_, 91:22
**DX200** [5]_ - 90:18_, 95:1
_, 302:20_, 303:4
**DX388** [1]_ - 302:20

E

**E-file** [1]_ - 6:15
**E6** [1]_ - 25:14
**Eagle** [3]_ - 303:11_,
303:17_, 306:14
**Earlington** [1]_ - 211:4
**early** [7]_ - 11:9_, 27:2_,
102:22_, 173:6_, 176:22_,
177:3_, 275:23
**earring** [1]_ - 261:18
**easily** [1]_ - 57:19
**eastbound** [4]_ - 187:1_,
187:3_, 188:5
**eastern** [2]_ - 232:3_,
232:5
**Eastern** [16]_ - 61:14_,
61:15_, 61:17_, 75:24_,
76:3_, 118:10_, 118:11_,
158:8_, 158:18_, 217:23_,
217:24_, 218:14_, 234:19
_, 235:8_, 235:23_,
236:12
**easy** [1]_ - 164:5
**eat** [2]_ - 228:20_, 228:21
**eating** [1]_ - 228:22
**edge** [1]_ - 119:6
**eds** [1]_ - 306:15

**EED** [18]_ - 105:13_,
112:16_, 166:24_, 167:9_,
167:20_, 167:24_, 168:16
_, 168:18_, 181:11_,
181:17_, 182:4_, 182:19_,
182:24_, 183:9_, 183:16_,
185:19_, 186:15_, 237:19
**effect** [1]_ - 283:6
**efforts** [5]_ - 296:13_,
300:4_, 300:7_, 300:12_,
301:6
**ego** [3]_ - 305:7_, 305:15_,
305:19
**eight** [3]_ - 14:1_, 14:2_,
79:17
**either** [7]_ - 67:14_, 67:17
_, 131:15_, 241:22_,
248:21_, 269:15_, 296:24
**elected** [4]_ - 220:6_,
223:9_, 223:19_, 280:24
**election** [2]_ - 305:2_,
305:10
**electrical** [2]_ - 162:21_,
256:1
**electronic** [6]_ - 78:9_,
78:11_, 124:20_, 124:24_,
191:15_, 270:24
**element** [2]_ - 281:21_,
285:20
**elements** [2]_ - 256:11_,
280:15
**eliminate** [1]_ - 230:5
**eliminated** [1]_ - 304:19
**Ellisor** [1]_ - 306:22
**ELMO** [17]_ - 56:8_, 72:17
_, 81:21_, 89:9_, 97:23_,
161:15_, 169:4_, 171:16_,
193:18_, 194:9_, 202:17_,
205:22_, 210:7_, 216:11_,
265:6_, 267:20_, 273:5
**elsewhere** [1]_ - 126:22
**email** [4]_ - 144:10_,
144:11_, 191:2_, 241:16
**emailing** [1]_ - 144:9
**embedded** [3]_ - 94:5_,
94:24_, 94:25
**emblematic** [1]_ - 304:5
**Eminem** [2]_ - 226:24_,
226:25
**encapsulate** [1]_ - 94:20
**encourage** [1]_ - 259:15
**encrypted** [2]_ - 66:13_,
66:14

**end** [8]_ - 13:2_, 16:24_,
187:4_, 202:7_, 253:3_,
254:18_, 289:17_, 290:15
**endeavor** [1]_ - 173:7
**ended** [1]_ - 251:9
**ending** [27]_ - 11:22_,
12:4_, 13:21_, 22:8_,
22:10_, 22:18_, 22:21_,
25:19_, 29:15_, 34:19_,
35:17_, 36:23_, 37:3_,
37:17_, 38:10_, 38:13_,
38:21_, 38:24_, 39:4_,
39:6_, 39:12_, 41:20_,
72:3_, 87:12_, 89:4_,
97:15_, 195:17
**ends** [1]_ - 6:12
**enemy** [1]_ - 229:21
**enforcement** [1]_ -
238:7
**engage** [2]_ - 163:12_,
276:21
**engineering** [1]_ -
304:12
**English** [4]_ - 216:16_,
216:24_, 219:2_, 219:3
**enjoy** [1]_ - 175:25
**enjoyable** [1]_ - 174:15
**enjoyed** [1]_ - 176:10
**enlarge** [1]_ - 160:21
**enlarged** [17]_ - 16:11_,
26:18_, 55:17_, 60:25_,
61:18_, 97:19_, 99:14_,
103:9_, 118:12_, 148:3_,
152:21_, 154:16_, 202:10
_, 205:8_, 212:18_,
213:19_, 232:6
**ensuring** [1]_ - 223:19
**enter** [1]_ - 108:25
**entered** [6]_ - 7:21_,
96:14_, 176:8_, 246:16_,
267:10_, 276:13
**entering** [1]_ - 185:11
**entertainment** [1]_ -
261:11
**entire** [3]_ - 294:2_,
295:20_, 303:2
**entirely** [3]_ - 91:20_,
93:3_, 249:9
**entities** [1]_ - 15:15
**entrance** [3]_ - 105:8_,
164:19_, 165:1
**entries** [1]_ - 123:4
**Entry** [5]_ - 6:7_, 91:4_,

91:12_, 305:25_, 308:18
**entry** [6]_ - 4:25_, 15:22_,
88:16_, 88:19_, 94:18_,
184:21
**equip** [1]_ - 255:13
**equipment** [2]_ - 223:9_,
280:24
**error** [1]_ - 246:3
**ERT** [1]_ - 269:3
**escape** [3]_ - 204:13_,
204:14_, 296:14
**essay** [1]_ - 5:16
**essentially** [2]_ - 24:8_,
237:4
**establish** [1]_ - 78:3
**established** [1]_ -
307:15
**establishing** [2]_ - 78:5
_, 192:15
**estimation** [1]_ - 63:20
**et** [2]_ - 48:16_, 175:21
**eternity** [1]_ - 229:24
**evening** [1]_ - 277:2
**event** [9]_ - 151:25_,
155:10_, 155:11_, 155:12
_, 158:15_, 231:2_,
231:13_, 300:20_, 311:2
**events** [20]_ - 125:2_,
127:22_, 128:6_, 128:18_,
132:23_, 137:24_, 138:6_,
140:9_, 145:9_, 149:9_,
153:1_, 153:8_, 154:20_,
155:9_, 155:23_, 156:9_,
156:19_, 158:25_, 160:5_,
281:7
**everywhere** [2]_ -
256:24_, 295:8
**Evidence** [5]_ - 226:10_,
304:4_, 304:17_, 307:6_,
307:11
**evidence** [267]_ - 8:7_,
9:22_, 11:4_, 11:9_, 11:13
_, 12:22_, 14:22_, 16:2_,
17:2_, 17:5_, 19:9_, 20:25
_, 23:8_, 23:22_, 25:10_,
26:5_, 30:6_, 30:11_,
31:11_, 31:25_, 33:3_,
33:19_, 34:6_, 34:14_,
35:12_, 36:18_, 41:16_,
44:19_, 45:6_, 47:25_,
49:1_, 52:17_, 54:25_,
55:5_, 57:8_, 59:10_,
59:19_, 60:13_, 62:24_,
63:6_, 64:5_, 64:24_, 65:3
_, 65:19_, 66:5_, 66:20_,

66:24_, 69:20_, 70:23_, 72:17_, 74:21_, 75:6_, 75:14_, 76:8_, 76:23_, 78:25_, 79:5_, 79:25_, 80:10_, 81:21_, 82:10_, 83:1_, 83:20_, 84:6_, 84:18_, 84:25_, 85:13_, 86:10_, 86:22_, 87:2_, 89:3_, 89:10_, 93:24_, 97:1_, 98:14_, 100:13_, 105:1_, 105:24_, 107:8_, 108:18_, 110:24_, 111:8_, 112:6_, 117:17_, 117:21_, 119:20_, 120:12_, 120:23_, 123:13_, 124:21_, 126:8_, 127:16_, 127:25_, 128:9_, 128:20_, 129:7_, 129:19_, 130:8_, 133:1_, 133:14_, 133:25_, 134:8_, 134:19_, 136:20_, 137:6_, 137:17_, 138:12_, 138:17_, 139:1_, 140:2_, 140:11_, 140:19_, 141:4_, 142:11_, 143:9_, 143:20_, 145:18_, 147:14_, 148:16_, 149:2_, 149:11_, 149:23_, 150:9_, 150:23_, 152:2_, 152:13_, 153:3_, 153:11_, 153:21_, 155:4_, 156:4_, 156:11_, 156:21_, 157:8_, 157:15_, 157:24_, 159:7_, 160:14_, 161:9_, 161:14_, 163:16_, 164:14_, 165:6_, 165:17_, 165:25_, 167:1_, 167:11_, 168:11_, 169:16_, 170:12_, 171:16_, 172:5_, 172:18_, 176:25_, 177:20_, 188:18_, 189:7_, 189:23_, 190:11_, 191:12_, 191:19_, 191:23_, 193:18_, 194:10_, 195:9_, 198:16_, 200:8_, 200:21_, 201:14_, 204:3_, 204:5_, 204:8_, 204:10_, 204:13_, 204:23_, 205:12_, 205:23_, 206:10_, 207:6_, 207:14_, 208:9_, 208:18_, 209:1_, 209:9_, 209:17_, 211:10_, 212:6_, 213:12_, 214:1_, 214:10_, 214:22_, 218:18_, 219:11_, 219:18_, 220:9_, 220:17_, 223:11_, 224:3_, 225:2_, 226:10_, 226:15_, 231:19_, 232:14_, 233:1_, 234:7_, 234:21_, 235:10_, 235:25_, 236:21_, 238:12_, 239:11_, 245:19_, 247:2_, 256:13_, 256:16_, 262:15_, 262:25_, 263:14

_, 263:23_, 266:7_, 267:6_, 267:19_, 269:18_, 271:12_, 272:8_, 272:9_, 273:20_, 274:25_, 276:18_, 277:10_, 277:11_, 278:22_, 280:14_, 280:16_, 280:17_, 281:2_, 281:12_, 281:18_, 281:22_, 282:9_, 283:12_, 284:5_, 284:8_, 284:10_, 284:18_, 284:20_, 284:22_, 285:18_, 287:7_, 287:19_, 289:9_, 291:24_, 293:24_, 295:11_, 295:25_, 296:17_, 297:2_, 303:14_, 306:1_, 306:2_, 306:21_, 307:12_, 307:19_, 309:15_, 309:16_, 309:17

**EX** [1]_ - 21:4

**exact** [1]_ - 257:21

**exactly** [2]_ - 7:9_, 297:14

**examination** [19]_ - 4:2_, 7:25_, 243:3_, 243:10_, 243:13_, 245:7_, 247:20_, 264:9_, 265:12_, 266:8_, 266:16_, 266:18_, 268:21_, 269:13_, 271:10_, 271:18_, 271:23_, 272:3_, 272:12

**EXAMINATION** [4]_ - 8:11_, 247:22_, 264:7_, 272:15

**examinations** [1]_ - 309:2

**examined** [2]_ - 306:7_, 306:12

**example** [6]_ - 38:5_, 42:11_, 76:2_, 175:20_, 210:14_, 310:25

**Excel** [1]_ - 91:24

**excellent** [1]_ - 3:23

**excessively** [1]_ - 271:7

**exchange** [8]_ - 70:14_, 70:16_, 98:18_, 144:3_, 147:6_, 147:9_, 148:12_, 223:24

**excuse** [23]_ - 21:18_, 24:17_, 27:22_, 30:24_, 65:23_, 71:5_, 104:2_, 118:20_, 126:20_, 128:17_, 142:16_, 143:25_, 144:9_, 155:11_, 162:17_, 179:20_, 180:6_, 180:18_, 187:3_, 193:4_, 243:12_, 244:7_, 303:22

**excused** [2]_ - 174:22_,

275:7

**excuses** [1]_ - 298:3

**exhausted** [2]_ - 248:1_, 248:3

**Exhibit** [294]_ - 8:15_, 8:25_, 9:3_, 9:10_, 9:22_, 11:13_, 13:7_, 14:22_, 16:2_, 17:5_, 17:16_, 18:6_, 18:16_, 18:22_, 19:9_, 20:25_, 23:8_, 23:22_, 25:2_, 25:10_, 26:5_, 27:7_, 27:8_, 27:18_, 28:11_, 29:23_, 30:11_, 31:10_, 31:24_, 31:25_, 32:6_, 32:10_, 32:13_, 33:3_, 33:16_, 34:14_, 35:1_, 35:12_, 36:18_, 37:13_, 40:8_, 41:5_, 41:16_, 42:12_, 42:18_, 43:23_, 44:6_, 45:6_, 46:21_, 47:25_, 49:1_, 49:24_, 50:2_, 50:17_, 51:10_, 52:17_, 53:12_, 53:16_, 54:3_, 54:13_, 54:19_, 55:5_, 56:17_, 56:20_, 57:8_, 57:11_, 57:24_, 58:16_, 58:19_, 59:2_, 59:10_, 59:19_, 60:5_, 60:13_, 62:6_, 63:4_, 64:3_, 65:3_, 65:19_, 66:23_, 69:20_, 70:23_, 71:16_, 72:17_, 73:9_, 74:21_, 75:6_, 75:14_, 76:7_, 76:23_, 77:10_, 79:20_, 79:23_, 80:9_, 80:21_, 81:4_, 82:6_, 82:14_, 83:1_, 83:20_, 84:6_, 84:18_, 84:25_, 85:12_, 85:25_, 86:9_, 87:1_, 89:10_, 97:1_, 98:14_, 100:12_, 102:24_, 105:1_, 105:24_, 107:8_, 108:18_, 109:14_, 110:5_, 110:23_, 112:6_, 113:5_, 114:12_, 116:21_, 120:11_, 120:23_, 122:15_, 123:16_, 125:4_, 125:14_, 125:24_, 126:8_, 127:15_, 127:25_, 128:9_, 128:20_, 129:7_, 130:8_, 131:4_, 132:12_, 133:13_, 136:20_, 137:6_, 137:15_, 138:17_, 139:17_, 140:19_, 141:4_, 141:17_, 142:11_, 142:21_, 143:9_, 143:20_, 145:18_, 146:10_, 146:25_, 147:14_, 148:16_, 148:25_, 149:11_, 149:22_, 150:9_, 151:16_, 152:2_, 152:13_, 153:3_, 153:11_, 153:21_,

154:5_, 155:4_, 155:14_, 156:4_, 156:11_, 156:20_, 157:8_, 157:15_, 157:24_, 158:10_, 160:14_, 161:14_, 162:25_, 163:19_, 164:14_, 164:22_, 165:6_, 165:25_, 167:1_, 167:11_, 168:11_, 168:22_, 169:5_, 169:16_, 170:12_, 171:16_, 172:4_, 172:18_, 173:2_, 173:11_, 177:1_, 177:18_, 181:20_, 181:21_, 182:7_, 182:12_, 182:21_, 183:5_, 183:25_, 184:18_, 185:3_, 186:6_, 186:13_, 187:13_, 187:19_, 188:17_, 189:7_, 189:23_, 190:18_, 191:23_, 193:18_, 194:10_, 195:9_, 198:16_, 200:8_, 200:21_, 201:13_, 202:16_, 203:16_, 204:23_, 205:12_, 205:22_, 206:10_, 206:21_, 207:6_, 207:13_, 208:9_, 208:18_, 209:1_, 209:9_, 209:17_, 210:8_, 211:10_, 212:6_, 213:12_, 213:25_, 214:10_, 214:22_, 216:21_, 218:16_, 219:18_, 220:7_, 220:9_, 220:17_, 223:11_, 223:22_, 224:2_, 225:2_, 225:10_, 225:23_, 226:11_, 226:15_, 230:18_, 231:5_, 231:18_, 232:14_, 233:1_, 234:7_, 234:21_, 235:10_, 235:25_, 236:19_, 238:12_, 238:23_, 239:10_, 243:23_, 243:24_, 243:25_, 247:3_, 247:4_, 250:15_, 264:18_, 265:22_, 267:15_, 267:19_, 269:18_, 271:3_, 280:19_, 280:23_, 280:25_, 290:19_, 290:20_, 294:12_, 294:23_, 295:23

**exhibit** [144]_ - 4:23_, 5:6_, 6:6_, 6:8_, 17:22_, 19:19_, 20:1_, 21:21_, 25:25_, 27:12_, 27:16_, 28:16_, 29:1_, 29:5_, 29:9_, 29:13_, 29:18_, 34:22_, 36:8_, 36:25_, 37:20_, 38:17_, 39:8_, 39:16_, 39:18_, 40:18_, 41:1_, 41:24_, 42:23_, 43:4_, 46:5_, 48:14_, 49:10_, 63:24_, 66:1_, 89:7_, 90:9_, 90:16_, 90:21_, 90:25_, 91:12_, 91:13_, 91:19_,

92:8_, 92:23_, 93:7_, 93:11_, 93:12_, 93:13_, 93:14_, 94:5_, 94:9_, 94:17_, 95:5_, 95:22_, 99:12_, 101:20_, 112:9_, 113:12_, 113:18_, 113:23 _, 114:3_, 114:7_, 114:12 _, 114:19_, 114:23_, 115:2_, 115:13_, 115:17_, 115:20_, 116:1_, 116:7_, 116:23_, 117:6_, 119:20_, 124:2_, 124:11_, 135:12_, 140:2_, 141:20_, 146:17_, 151:7_, 154:17_, 162:1_, 171:11_, 178:13_, 178:18 _, 179:7_, 180:9_, 180:24 _, 181:4_, 182:2_, 183:13 _, 183:24_, 184:6_, 184:10_, 184:18_, 185:14 _, 185:18_, 185:22_, 186:1_, 186:18_, 186:22_, 187:7_, 187:24_, 188:6_, 196:3_, 202:7_, 216:19_, 216:21_, 233:11_, 233:16 _, 237:15_, 239:22_, 239:24_, 240:17_, 241:7_, 241:24_, 242:6_, 242:20_, 244:6_, 249:23_, 250:2_, 250:7_, 250:14_, 250:21_, 251:24_, 265:3_, 265:19_, 266:6_, 266:15_, 266:16_, 266:19_, 290:9_, 290:18_, 290:23_, 290:25_, 294:6_, 298:12_, 302:4_, 302:11_, 302:17_, 302:19

**exhibited** [1]_ - 271:8

**exhibits** [58]_ - 3:25_, 4:9, 4:13_, 5:5_, 5:9_, 5:15_, 5:17_, 5:21_, 5:23_, 6:5_, 6:19_, 6:23_, 7:1_, 7:2_, 7:10_, 7:13_, 7:15_, 90:12 _, 91:10_, 92:25_, 93:2_, 93:9_, 94:19_, 94:21_, 94:25_, 95:4_, 95:13_, 95:20_, 96:1_, 96:5_, 117:22_, 129:19_, 175:8_, 175:10_, 175:11_, 175:14 _, 175:17_, 175:18_, 175:22_, 243:11_, 244:11 _, 244:22_, 245:6_, 245:8 _, 246:13_, 301:24_, 303:2_, 303:4_, 303:7_, 304:3_, 304:17_, 306:16_, 307:5_, 308:8_, 308:15_, 309:9_, 309:20

**Exhibits** [5]_ - 8:6_, 139:1 _, 291:6_, 302:2_, 303:22

**exist** [2]_ - 5:17_, 256:11

**exited** [7]_ - 90:2_, 110:17

_, 174:20_, 239:14_, 264:25_, 275:13_, 277:15

**expect** [1]_ - 288:6

**expedia.com** [1]_ - 214:19

**expensive** [2]_ - 69:13_, 73:21

**experience** [5]_ - 64:25_, 102:12_, 119:11_, 269:3_, 282:6

**expert** [1]_ - 270:6

**expires** [1]_ - 82:2

**expiring** [1]_ - 194:1

**explain** [5]_ - 4:17_, 199:10_, 265:8_, 304:2_, 304:16

**explicitly** [3]_ - 241:20_, 282:14_, 290:12

**explosive** [1]_ - 244:4

**exposed** [1]_ - 256:11

**expression** [2]_ - 242:10 _, 260:15

**extensive** [1]_ - 274:12

**extent** [3]_ - 95:10_, 245:6 _, 309:22

**exterior** [1]_ - 229:15

**extra** [3]_ - 5:12_, 174:14_, 243:20

**extracted** [10]_ - 26:14_, 97:11_, 97:12_, 121:18_, 126:5_, 126:13_, 133:7_, 141:14_, 177:5

**extraction** [3]_ - 71:24_, 77:5_, 154:12

**extractions** [1]_ - 131:1

**extraneous** [1]_ - 249:6

**eye** [3]_ - 73:24_, 254:15_, 289:16

**eyes** [1]_ - 298:20

---

F

---

**F-U-C-King** [1]_ - 224:23

**F.A.A** [1]_ - 144:9

**face** [3]_ - 286:9_, 288:12 _, 288:21

**Facebook** [2]_ - 192:17_, 192:25

**facility** [1]_ - 253:8

**facing** [2]_ - 164:2_, 165:11

**fact** [15]_ - 11:4_, 20:22_,

27:3_, 34:7_, 55:1_, 78:25 _, 119:13_, 265:13_, 270:17_, 282:3_, 282:12_, 286:4_, 293:20_, 305:9_, 305:14

**facts** [5]_ - 263:21_, 263:22_, 283:25_, 289:18

**factual** [2]_ - 245:17_, 300:22

**factually** [1]_ - 293:25

**faded** [1]_ - 122:25

**faggot** [2]_ - 261:17

**failed** [3]_ - 34:2_, 265:15 _, 265:16

**fair** [6]_ - 73:5_, 114:17_, 192:19_, 233:23_, 257:24 _, 271:2

**fairly** [2]_ - 262:4_, 266:15

**fall** [2]_ - 74:4_, 296:8

**falling** [2]_ - 229:2_, 229:10

**false** [3]_ - 297:22_, 298:5 _, 298:8

**familiar** [10]_ - 62:15_, 90:12_, 91:9_, 171:4_, 251:7_, 251:11_, 261:20_, 261:21_, 268:2_, 268:10

**family** [4]_ - 38:3_, 194:24 _, 195:5_, 304:13

**fan** [1]_ - 220:2

**far** [24]_ - 78:23_, 78:24_, 82:23_, 91:12_, 107:25_, 159:1_, 218:4_, 219:10_, 227:21_, 241:25_, 242:10 _, 259:22_, 260:6_, 261:23 _, 261:24_, 276:24_, 279:12_, 280:8_, 283:1_, 299:22_, 304:19_, 304:23 _, 310:20

**far-off** [1]_ - 78:24

**fashion** [1]_ - 286:14

**fast** [2]_ - 154:2_, 250:4

**fasten** [2]_ - 162:17_, 162:18

**father** [1]_ - 259:14

**favor** [1]_ - 284:5

**FBI** [23]_ - 27:3_, 47:21_, 57:14_, 60:2_, 84:3_, 138:8_, 167:5_, 167:23_, 170:5_, 171:7_, 171:23_, 173:7_, 188:25_, 252:5_, 273:18_, 273:20_, 289:15 _, 289:16_, 292:19_, 293:18_, 296:13_, 296:23

_, 298:1

**FBI's** [2]_ - 10:24_, 16:23

**February** [1]_ - 164:8

**Federal** [7]_ - 226:10_, 241:14_, 277:20_, 304:3_, 304:17_, 307:5_, 307:11

**federal** [2]_ - 244:8_, 306:21

**FedEx** [1]_ - 88:20

**feed** [1]_ - 305:6

**fees** [1]_ - 20:14

**feet** [2]_ - 283:22_, 288:18

**felon** [1]_ - 12:8

**fence** [21]_ - 10:6_, 206:15 _, 229:3_, 229:13_, 229:14_, 229:15_, 229:16 _, 249:14_, 269:12_, 279:8_, 280:4_, 280:5_, 280:6_, 281:14_, 282:25_, 286:8_, 286:11_, 286:22_, 287:16_, 288:19_, 288:20

**fencing** [1]_ - 268:22

**Fercano** [3]_ - 282:4_, 285:21_, 287:10

**Fering** [1]_ - 259:11

**few** [5]_ - 204:1_, 216:5_, 239:16_, 243:10_, 265:2

**Fi** [2]_ - 193:4_, 193:11

**fiction** [2]_ - 242:13

**figure** [2]_ - 7:8_, 69:7

**file** [11]_ - 6:15_, 92:5_, 94:14_, 94:16_, 154:14_, 160:24_, 167:19_, 212:16 _, 245:1_, 246:12_, 302:8

**filed** [11]_ - 4:20_, 4:21_, 4:24_, 6:15_, 90:10_, 95:17_, 95:23_, 175:18_, 297:24_, 302:4_, 303:1

**filing** [6]_ - 95:5_, 95:13_, 175:14_, 175:18_, 295:12 _, 298:9

**filings** [1]_ - 175:16

**final** [3]_ - 270:16_, 311:5 _, 311:6

**finalize** [1]_ - 311:3

**finally** [2]_ - 41:5_, 229:22

**finders** [1]_ - 270:17

**findings** [1]_ - 159:3

**fine** [1]_ - 265:7

**fingerprints** [1]_ - 256:22

**finish** [1]_ - 34:4

**finished** [2]_ - 199:14_, 201:9

**fire** [1]_ - 282:16

**firearm** [17]_ - 44:16_, 44:22_, 44:24_, 55:2_, 62:15_, 66:18_, 270:12_, 281:19_, 285:3_, 285:22_, 288:12_, 291:1_, 291:16_, 292:2_, 293:2_, 294:1_, 295:18

**firearm's** [1]_ - 291:19

**firearms** [9]_ - 10:19_, 11:2_, 11:8_, 63:21_, 63:23_, 64:25_, 74:18_, 78:1_, 270:5

**fired** [4]_ - 279:9_, 279:11_, 280:8_, 284:14

**fired/no** [1]_ - 281:24

**first** [44]_ - 4:9_, 11:25_, 15:11_, 21:6_, 38:19_, 52:19_, 57:19_, 70:1_, 72:4_, 87:25_, 88:5_, 88:7_, 91:13_, 93:5_, 99:21_, 101:8_, 106:4_, 121:9_, 121:15_, 144:7_, 173:23_, 195:18_, 198:20_, 198:25_, 201:2_, 212:1_, 212:12_, 215:5_, 215:7_, 219:24_, 220:23_, 224:9_, 224:14_, 227:7_, 229:19_, 230:19_, 230:20_, 235:16_, 240:3_, 240:21_, 291:21_, 294:10_, 303:20

**First** [12]_ - 242:9_, 259:21_, 260:1_, 260:6_, 260:14_, 260:17_, 260:25_, 279:17_, 282:24_, 283:3_, 283:10_, 284:16

**fit** [1]_ - 306:25

**five** [3]_ - 115:25_, 197:20_, 254:9

**fix** [1]_ - 227:8

**fixed** [1]_ - 237:22

**flag** [1]_ - 166:8

**flash** [1]_ - 264:14

**flashlight** [12]_ - 84:12_, 244:1_, 249:1_, 265:14_, 266:4_, 272:17_, 273:3_, 273:8_, 273:9_, 273:12_, 273:17

**flashlights** [13]_ - 248:7_, 248:10_, 264:10_, 264:14_, 265:11_, 268:9_, 268:14_, 268:16_, 272:23_, 274:6_, 274:15_, 274:17

**flavor** [1]_ - 122:10

**fled** [1]_ - 286:18

**flee** [3]_ - 229:12_, 229:21_, 272:10

**fleeing** [1]_ - 237:25

**flees** [1]_ - 236:18

**flight** [18]_ - 46:24_, 48:4_, 129:14_, 130:14_, 131:15_, 144:22_, 146:1_, 210:4_, 210:13_, 210:16_, 212:2_, 212:22_, 212:24_, 213:24_, 214:7_, 258:13_, 281:17

**flightradar** [1]_ - 130:14

**Flightradar24** [2]_ - 130:2_, 131:8

**flightradar24.com** [1]_ - 130:22

**flights** [15]_ - 131:16_, 204:17_, 204:18_, 207:11_, 207:21_, 208:4_, 208:14_, 208:23_, 208:24_, 209:25_, 210:4_, 210:19_, 210:23_, 211:6_, 214:19

**FlightView** [1]_ - 129:14

**flip** [1]_ - 106:17

**flip-flops** [1]_ - 106:17

**flops** [1]_ - 106:17

**Florida** [70]_ - 28:23_, 29:4_, 29:8_, 29:12_, 29:22_, 72:21_, 74:16_, 75:12_, 75:20_, 75:21_, 76:20_, 79:11_, 88:9_, 88:15_, 88:18_, 88:21_, 88:24_, 89:2_, 112:20_, 160:10_, 166:24_, 168:6_, 168:15_, 174:4_, 178:23, 179:5_, 179:12_, 179:19_, 179:20_, 180:1_, 180:7_, 180:13_, 181:2_, 181:7_, 182:5_, 183:1_, 183:18_, 184:9_, 184:13_, 184:17_, 185:21_, 185:25_, 186:4_, 186:17_, 186:21_, 186:25_, 187:11_, 187:23_, 188:2_, 194:25_, 195:5_, 195:7_, 199:7_, 200:18_, 201:24_, 209:7_, 209:15_, 219:12_, 237:19_, 237:20_, 252:22_, 252:25_, 253:1_, 253:2_, 256:24_, 257:4_, 258:4_, 258:6

**fluff** [1]_ - 305:15

**fluid** [1]_ - 122:13

**fly** [2]_ - 228:14_, 228:16

**flyer** [2]_ - 72:21_, 72:25

**focus** [1]_ - 287:7

**focused** [2]_ - 271:7_, 290:14

**focusing** [3]_ - 57:23_, 287:24_, 292:8

**follow** [5]_ - 130:25_, 135:14_, 141:13_, 174:16_, 309:17

**followed** [2]_ - 132:6_, 132:13

**following** [3]_ - 23:6_, 131:9_, 260:5

**follows** [1] - 8:10

**Food** [6]_ - 79:9_, 80:5_, 80:14_, 80:25_, 81:9_, 194:5

**food** [5]_ - 84:13_, 202:1_, 202:6_, 202:9_, 202:13

**footage** [6]_ - 86:4_, 104:15_, 106:24_, 185:2_, 185:10_, 232:18

**footnote** [1]_ - 306:13

**force** [1]_ - 288:5

**forcible** [3]_ - 287:8_, 288:2_, 288:7

**forcibly** [1]_ - 286:13

**Ford** [2]_ - 168:9_, 168:19

**foreground** [1]_ - 103:12

**foreign** [1]_ - 304:9

**forever** [1]_ - 234:16

**forgetting** [1]_ - 227:16

**form** [10]_ - 91:14_, 95:12_, 259:18_, 259:20_, 261:9_, 277:6_, 286:14_, 300:11_, 300:14

**former** [4]_ - 78:13_, 279:2_, 279:13_, 282:20

**Fort** [1]_ - 257:3

**forth** [2]_ - 179:19_, 228:17

**forthcoming** [1]_ - 195:7

**forward** [2]_ - 211:22_, 307:25

**foundation** [2]_ - 241:24_, 241:25

**four** [8]_ - 14:1_, 61:12_, 61:13_, 76:1_, 81:10_, 159:2_, 203:7_, 218:6

**fourth** [2]_ - 88:19_, 162:8

**Fox** [1]_ - 153:18

**fractured** [1]_ - 229:23

**fragile** [1]_ - 256:10

**fraley** [1]_ - 229:23

**frame** [4]_ - 204:11_, 234:5_, 237:8_, 253:11

**frankly** [1]_ - 286:25

**fraud** [2]_ - 306:23_, 306:24

**free** [6]_ - 46:11_, 145:8_, 260:14_, 260:15_, 308:17_, 309:22

**freedom** [3]_ - 242:10_, 259:22_, 260:7

**Freight** [9]_ - 30:15_, 30:20_, 248:25_, 265:14_, 272:24_, 274:3_, 274:5_, 274:8

**frequency** [1]_ - 271:5

**fretting** [1]_ - 227:16

**Friday** [1]_ - 153:8

**friend** [1]_ - 144:9

**friends** [2]_ - 194:24_, 195:5

**front** [4]_ - 242:3_, 244:8_, 283:9_, 288:24

**frontier** [1]_ - 210:16

**frown** [1]_ - 230:5

**FUCKING** [2]_ - 12:14_, 197:19

**full** [7]_ - 94:19_, 292:12_, 292:13_, 293:2_, 295:2_, 297:3_, 304:5

**fully** [6]_ - 199:3_, 277:9_, 291:23_, 292:20_, 293:14_, 300:4

**funds** [2]_ - 20:15_, 254:2

**funny** [1]_ - 221:16

**furtherance** [1]_ - 285:3

**fuzzy** [1]_ - 254:12

## G

**game** [1]_ - 161:2

**gamer** [1]_ - 162:17

**gang** [3]_ - 260:20_, 260:21_, 260:22

**gaps** [1]_ - 302:21

**gas** [2]_ - 82:9_, 82:11

**gate** [3]_ - 48:17_, 131:12_, 132:16

**gates** [1]_ - 132:9

**gather** [1]_ - 250:1

**gear** [3]_ - 160:9_, 160:10_, 163:11

**geez** [1]_ - 197:25

**general** [3]_ - 179:16_, 307:11_, 309:1

**generally** [32]_ - 14:18_, 18:12_, 21:23_, 26:13_, 33:6_, 36:7_, 37:22_, 42:1_, 42:4_, 55:8_, 55:14_, 63:14_, 63:23_, 71:20_, 78:6_, 97:9_, 100:16_, 100:19_, 103:2_, 118:4_, 124:25_, 151:2_, 160:4_, 198:23_, 204:16_, 211:16_, 220:20_, 224:24_, 226:19_, 226:22_, 304:15_, 306:10

**generate** [1]_ - 93:25

**generously** [1]_ - 4:8

**genius** [1]_ - 145:25

**gentlemen** [14]_ - 7:23_, 27:15_, 65:25_, 89:22_, 96:17_, 174:15_, 176:10_, 249:9_, 259:25_, 267:17_, 270:11_, 274:24_, 275:9_, 276:20

**gentleness** [1]_ - 308:3

**geographic** [1]_ - 8:23

**geographically** [2]_ - 16:25_, 74:15

**Georgia** [1]_ - 174:4

**Georgia/South** [1]_ - 19:1

**girl** [1]_ - 200:18

**given** [8]_ - 5:13_, 5:19_, 90:11_, 90:13_, 91:1_, 266:7_, 289:9_, 289:18

**Glade** [12]_ - 75:11_, 88:14_, 88:24_, 89:1_, 123:23_, 179:18_, 184:12_, 185:20_, 186:20_, 187:2_, 187:22_, 188:3

**glass** [1]_ - 290:4

**glasses** [1]_ - 298:21

**glove** [1]_ - 251:9

**gloves** [1]_ - 84:23

**Gmail** [2]_ - 191:6_, 191:9

**Golf** [50]_ - 18:21_, 62:20_, 98:10_, 113:1_, 113:2_, 113:17_, 113:22_, 114:2_, 114:6_, 114:11_, 114:16_, 115:1_, 115:5_, 115:9_, 115:11_, 115:16_, 115:23_, 116:18_, 117:3_,

117:10_, 117:15_, 117:18_, 120:2_, 120:7_, 123:8_, 123:24_, 124:8_, 124:17, 125:12_, 126:6_, 127:10_, 127:11_, 128:5_, 128:7_, 139:15_, 179:14_, 180:22_, 183:3_, 186:12_, 187:6_, 187:12_, 187:18_, 188:10_, 229:14_, 232:24_, 233:9, 233:15_, 233:22_, 233:24_, 280:1

**golf** [30]_ - 6:12_, 10:8_, 10:11_, 10:13_, 10:16_, 113:11_, 114:17_, 118:17_, 118:20_, 120:8_, 129:4_, 137:1_, 137:2_, 137:3_, 139:10_, 139:14_, 148:8_, 166:11_, 229:6_, 229:9_, 237:25_, 251:4_, 251:5_, 251:7_, 256:5_, 268:18_, 279:20_, 280:4

**golfing** [1]_ - 119:3

**gonna** [1]_ - 229:25

**Goods** [2]_ - 163:8_, 163:9

**Google** [62]_ - 71:4_, 71:5_, 71:11_, 75:10_, 75:18_, 120:1_, 127:7_, 127:20_, 128:4_, 132:22_, 133:20_, 134:4_, 134:12_, 135:12_, 136:25_, 137:10_, 138:2_, 138:3_, 138:9_, 138:11_, 138:22_, 140:15_, 142:15_, 148:20_, 149:6_, 149:15_, 150:3_, 150:13_, 153:7_, 155:8_, 156:8_, 157:12_, 158:3_, 158:14_, 190:23_, 190:24_, 191:1_, 191:2_, 191:12_, 191:19_, 192:7_, 192:8_, 192:10_, 192:12_, 192:14_, 192:24_, 206:25_, 207:10_, 208:13_, 208:22_, 209:5_, 209:13_, 214:5_, 219:1_, 225:6_, 226:3_, 231:1_, 231:14

**GoPro** [2]_ - 161:2_, 161:12

**GoPro-style** [2]_ - 161:2_, 161:12

**Gorda** [1]_ - 182:5

**govern** [1]_ - 93:7

**government** [20]_ - 5:12_, 5:25_, 6:18_, 7:8_, 90:16_, 92:2_, 92:7_, 92:20_, 93:10_, 243:14_, 243:16_, 247:18_, 270:14_, 277:17_, 284:12_,

290:9_, 297:21_, 302:18_, 302:25_, 307:14

**Government** [10]_ - 226:15_, 243:23_, 267:19_, 280:19_, 280:22_, 280:23_, 280:24_, 294:12_, 295:23

**government's** [13]_ - 6:9_, 40:25_, 90:18_, 94:11_, 117:22_, 119:20_, 129:19_, 140:2_, 275:15_, 284:5_, 285:15_, 291:16_, 310:2

**Government's** [285]_ - 8:6_, 8:14_, 8:25_, 9:3_, 9:10_, 9:22_, 11:13_, 13:7_, 14:22_, 16:2_, 17:5_, 17:16_, 18:6_, 18:15_, 18:22_, 19:9_, 20:25_, 23:7_, 23:22_, 25:10_, 26:5_, 27:18_, 28:11_, 29:23_, 30:11_, 31:10_, 31:23_, 31:24_, 32:6_, 32:10_, 32:13_, 33:3_, 33:15_, 34:14_, 34:25_, 35:11_, 36:18_, 37:13_, 38:6_, 40:7_, 41:5_, 41:16_, 42:12_, 42:18_, 43:23_, 44:6_, 45:6_, 46:21_, 47:25_, 49:1_, 49:24_, 50:1_, 50:16_, 51:9_, 52:17_, 53:12_, 53:16_, 54:3_, 54:13_, 54:19_, 55:5_, 56:16_, 56:19_, 57:8_, 57:10_, 57:23_, 58:16_, 58:19_, 59:2_, 59:9_, 59:19_, 60:4_, 60:12_, 62:6_, 63:4_, 64:3_, 65:3_, 65:19_, 66:22_, 69:19_, 70:22_, 71:16_, 72:17_, 73:8_, 74:21_, 75:6_, 75:13_, 76:7_, 76:22_, 77:9_, 79:20_, 79:23_, 80:9_, 80:20_, 81:4_, 82:6_, 82:14_, 83:1_, 83:20_, 84:5_, 84:18_, 84:24_, 85:12_, 85:25_, 86:9_, 87:1_, 89:10_, 97:1_, 98:14_, 100:12_, 102:24_, 105:1_, 105:24_, 107:7_, 108:17_, 109:14_, 110:5_, 110:23_, 112:6_, 113:5_, 114:12_, 116:21_, 120:11_, 120:22_, 122:15_, 123:16_, 125:4_, 125:13_, 125:23_, 126:7_, 127:15_, 127:25_, 128:9_, 128:19_, 129:6_, 130:8_, 131:4_, 132:12_, 133:13_, 136:19_, 137:5_, 137:15_,

138:17_, 139:1_, 139:16_, 140:19_, 141:3_, 141:17_, 142:10_, 142:20_, 143:8_, 143:20_, 145:17_, 146:10_, 146:25_, 147:13_, 148:15_, 148:24_, 149:10_, 149:22_, 150:8_, 151:15_, 152:1_, 152:12_, 153:2_, 153:10_, 153:20_, 154:4_, 155:3_, 155:13_, 156:3_, 156:10_, 156:20_, 157:8_, 157:14_, 157:23_, 158:9_, 160:14_, 161:14_, 162:25_, 163:19_, 164:14_, 164:22_, 165:6_, 165:24_, 166:25_, 167:11_, 168:11_, 168:21_, 169:4_, 169:16_, 170:11_, 171:16_, 172:4_, 172:18_, 173:2_, 173:10_, 177:1_, 181:20_, 181:21_, 182:7_, 182:12_, 182:21_, 183:4_, 183:24_, 184:18_, 185:3_, 186:6_, 186:13_, 187:13_, 187:19_, 188:17_, 189:6_, 189:22_, 190:18_, 191:22_, 193:18_, 194:10_, 195:8_, 198:15_, 200:7_, 200:21_, 201:13_, 202:16_, 203:16_, 204:23_, 205:11_, 205:22_, 206:9_, 206:20_, 207:5_, 207:13_, 208:8_, 208:17_, 208:25_, 209:8_, 209:16_, 210:8_, 211:9_, 212:5_, 213:11_, 213:25_, 214:9_, 214:21_, 218:16_, 219:17_, 220:7_, 220:8_, 220:17_, 223:10_, 223:21_, 224:2_, 225:1_, 225:10_, 225:22_, 226:11_, 230:17_, 231:4_, 231:18_, 232:13_, 233:1_, 234:7_, 234:20_, 235:9_, 235:25_, 236:19_, 238:12_, 238:23_, 239:10_, 240:4_, 243:24_, 247:3_, 247:4_, 250:15_, 255:14_, 255:17_, 264:18_, 265:22_, 267:15_, 269:17_, 271:3_, 291:6_, 294:23_, 303:22

**governs** [1]_ - 92:24

**grade** [1]_ - 221:24

**grand** [1]_ - 168:2

**grant** [1]_ - 289:8

**granted** [211]_ - 8:8_, 9:23_, 11:14_, 13:8_, 14:23_, 16:3_, 17:6_, 19:10_, 21:1_, 23:9_, 23:23_, 25:11_,

26:6_, 30:12_, 33:4_, 33:17_, 34:15_, 35:13_, 36:19_, 37:14_, 41:17_, 45:7_, 48:1_, 49:2_, 50:19_, 53:14_, 55:6_, 57:9_, 58:14_, 59:11_, 60:11_, 60:14_, 62:2_, 63:7_, 64:4_, 65:5_, 65:20_, 67:1_, 69:21_, 70:25_, 71:17_, 72:18_, 75:7_, 75:15_, 76:10_, 76:24_, 77:11_, 79:6_, 80:1_, 80:11_, 80:22_, 81:6_, 81:22_, 82:15_, 83:2_, 83:21_, 84:7_, 84:19_, 85:1_, 85:14_, 86:11_, 87:4_, 89:11_, 97:3_, 98:15_, 100:14_, 102:25_, 105:2_, 105:25_, 107:9_, 108:19_, 109:15_, 110:6_, 111:10_, 112:7_, 117:23_, 119:21_, 120:13_, 125:5_, 125:15_, 126:9_, 127:4_, 127:17_, 128:1_, 128:10_, 128:21_, 129:8_, 129:20_, 131:5_, 133:2_, 134:1_, 134:9_, 134:20_, 136:22_, 137:7_, 137:18_, 138:19_, 139:2_, 139:18_, 140:3_, 140:12_, 140:20_, 141:5_, 142:12_, 142:22_, 143:10_, 143:21_, 145:19_, 147:15_, 148:17_, 149:3_, 149:12_, 149:24_, 150:10_, 151:17_, 152:3_, 152:14_, 153:4_, 153:12_, 153:22_, 154:6_, 155:5_, 155:15_, 156:5_, 156:12_, 156:22_, 157:9_, 157:16_, 157:25_, 158:11_, 159:8_, 160:15_, 161:16_, 163:1_, 163:20_, 164:15_, 164:23_, 165:7_, 165:18_, 166:1_, 167:2_, 167:12_, 168:12_, 168:23_, 169:6_, 169:17_, 170:13_, 171:17_, 172:6_, 173:12_, 189:8_, 189:24_, 190:20_, 191:24_, 193:19_, 194:11_, 195:10_, 198:17_, 200:9_, 200:22_, 201:16_, 202:18_, 204:24_, 205:14_, 205:24_, 206:11_, 206:22_, 207:7_, 207:15_, 208:10_, 208:19_, 209:2_, 209:12_, 209:18_, 210:9_, 211:11_, 212:7_, 213:13_, 214:2_, 214:11_, 214:23_, 216:12_, 218:19_, 219:19_, 220:10_, 220:18_, 223:12_, 224:4_, 225:3_, 225:11_

225:24_, 226:17_, 230:21_, 231:6_, 231:20_, 232:15_, 233:2_, 234:8_, 234:22_, 235:11_, 236:1_, 236:22_, 237:14_, 238:13_, 238:24_, 247:5_, 249:8_, 267:16_, 267:22_, 269:19_, 296:21

**granularity** [1]_ - 245:9

**gray** [1]_ - 251:20

**great** [5]_ - 46:3_, 46:12_, 199:2_, 201:7_, 306:8

**green** [16]_ - 12:11_, 31:5_, 45:15_, 72:4_, 99:6_, 118:24_, 119:2_, 119:4_, 144:13_, 145:12_, 162:9_, 163:25_, 165:11_, 166:12_, 200:14_, 201:6

**green-bubbled** [1]_ - 145:12

**Greensboro** [10]_ - 9:16_, 9:20_, 13:1_, 30:22_, 46:25_, 49:14_, 49:19_, 86:14_, 106:24_, 190:4

**Greenwich** [1]_ - 61:11

**grenade** [1]_ - 221:25

**grinded** [1]_ - 297:24

**grinding** [2]_ - 295:12_, 299:11

**ground** [2]_ - 228:14_, 288:18

**GSO** [1]_ - 45:18

**guard** [12]_ - 290:2_, 293:10_, 294:16_, 294:19_, 294:21_, 295:20_, 297:18_, 298:7_, 298:13_, 298:22_, 298:23_, 300:11

**guess** [7]_ - 66:2_, 145:5_, 222:22_, 251:14_, 251:15_, 296:16_, 310:20

**guilt** [2]_ - 296:18_, 300:25

**guilty** [2]_ - 282:15_, 284:3

**gumption** [1]_ - 34:3

**Gun** [5]_ - 15:18_, 15:20_, 16:16_, 179:13_, 183:20

**gun** [43]_ - 15:16_, 15:17_, 16:18_, 16:19_, 54:9_, 72:5_, 72:21_, 73:4_, 73:6_, 73:13_, 73:18_, 73:23_, 74:7_, 75:11_, 75:20_, 75:21_, 77:21_, 226:4_, 226:5_, 253:19_, 253:20_, 257:10_, 279:8_, 279:11_, 281:24_, 282:7_, 283:20_,

284:14_, 285:7_, 286:8_, 286:10_, 286:20_, 286:21_, 288:17_, 288:18_, 288:20_, 288:23_, 288:24_, 288:25_, 296:23_, 297:10

**gunfight** [2]_ - 228:17

**guns** [4]_ - 66:11_, 76:18_, 76:20_, 280:8

**gunshot** [1]_ - 226:6

**guy** [1]_ - 305:14

**GX100** [1]_ - 33:16

**GX1008** [1]_ - 237:11

**GX1009** [1]_ - 27:7

**GX1010** [1]_ - 177:18

**GX1100** [1]_ - 34:14

**GX117** [1]_ - 69:20

**GX14** [3]_ - 60:5_, 255:11_, 255:12

**GX20** [4]_ - 120:23_, 121:4_, 121:10_, 121:16

**GX200-49R** [1]_ - 121:21

**GX300** [77]_ - 15:1_, 16:6_, 17:9_, 17:18_, 18:5_, 18:8_, 18:19_, 18:24_, 22:6_, 22:7_, 26:9_, 26:14_, 55:9_, 56:23_, 63:10_, 63:17_, 63:18_, 63:21_, 64:8_, 74:24_, 76:13_, 77:3_, 77:14_, 100:17_, 100:20_, 103:3_, 118:1_, 118:5_, 118:15_, 125:8_, 125:18_, 126:3_, 126:12_, 128:13_, 128:24_, 129:11_, 129:23_, 129:25_, 130:12_, 131:1_, 132:6_, 132:13_, 133:5_, 134:23_, 137:21_, 139:6_, 139:21_, 140:6_, 140:23_, 141:8_, 142:25_, 143:13_, 143:15_, 151:12_, 151:20_, 152:6_, 152:17_, 153:15_, 153:25_, 155:18_, 156:15_, 156:25_, 157:19_, 163:4_, 169:20_, 172:22_, 192:3_, 192:18_, 192:19_, 192:20_, 205:3_, 205:17_, 207:18_, 209:21_, 214:14_, 231:9_, 231:23

**GX301** [43]_ - 11:23_, 13:11_, 45:10_, 53:17_, 71:21_, 83:5_, 97:6_, 97:12_, 112:11_, 113:8_, 113:13_, 113:20_, 114:8_, 114:14_, 114:20_, 114:24_, 115:3_, 115:7_, 115:14_,

115:18_, 115:21_, 116:3_, 116:8_, 116:24_, 117:7_, 124:5_, 143:24_, 147:18_, 187:16_, 195:13_, 198:21_, 200:12_, 200:25_, 201:19_, 215:1_, 218:22_, 233:6_, 233:12_, 233:19_, 234:11_, 234:25_, 235:14_, 236:4

**GX302** [27]_ - 9:13_, 23:12_, 24:1_, 24:23_, 24:25_, 25:1_, 60:17_, 60:24_, 113:15_, 113:24_, 114:4_, 121:19_, 123:21_, 124:14_, 154:9_, 160:18_, 167:15_, 186:10_, 190:9_, 190:14_, 211:14_, 212:10_, 213:7_, 213:16_, 213:21_, 225:14_, 237:1

**GX501** [7]_ - 19:13_, 19:15_, 21:18_, 21:25_, 22:6_, 25:19_, 25:20

**GX513** [1]_ - 21:7

**GX600-147** [1]_ - 140:11

**GX718** [1]_ - 27:8

**GX719** [1]_ - 177:19

**GX720** [1]_ - 79:5

**GX8** [1]_ - 70:14

**GX907** [1]_ - 97:1

## H

**habit** [1]_ - 278:12

**hairs** [7]_ - 227:20_, 227:21_, 227:24_, 228:1_, 228:2_, 228:3

**half** [2]_ - 269:25_, 309:3

**hall** [3]_ - 148:21_, 148:23_, 153:19

**Halloween** [1]_ - 303:12

**hand** [10]_ - 86:3_, 96:8_, 107:15_, 125:21_, 158:22_, 210:11_, 211:2_, 240:9_, 240:21_, 250:16

**hand-delivery** [2]_ - 240:9_, 240:21

**handed** [2]_ - 62:6_, 93:10

**handing** [1]_ - 93:21

**handle** [3]_ - 291:22_, 292:9_, 293:9

**handwriting** [1]_ - 206:7

**handwritten** [11]_ - 94:6_, 94:11_, 94:13_, 95:2_,

126:25_, 159:14_, 194:14_, 203:19_, 210:4_, 226:23_, 302:17

**hanging** [1]_ - 206:15

**happy** [3]_ - 94:13_, 196:8_, 251:23

**Harbor** [9]_ - 30:15_, 30:20_, 248:25_, 265:14_, 272:24_, 274:3_, 274:5_, 274:8

**harborfreight.com** [1]_ - 248:10

**hard** [8]_ - 15:19_, 56:9_, 57:19_, 80:3_, 87:6_, 197:22_, 289:24_, 290:5

**hardly** [1]_ - 281:4

**harm** [1]_ - 288:6

**harmed** [3]_ - 279:10_, 280:9_, 281:25

**Harris** [1]_ - 144:16

**Harrisburg** [1]_ - 153:19

**hate** [1]_ - 224:23

**hates** [1]_ - 196:1

**Hawaii** [13]_ - 8:24_, 15:13_, 15:16_, 16:19_, 34:12_, 34:18_, 35:16_, 36:13_, 36:14_, 36:22_, 36:25_, 48:11_, 127:2

**head** [6]_ - 106:18_, 228:4_, 282:7_, 282:8_, 287:11_, 289:1

**headed** [1]_ - 183:22

**heads** [1]_ - 227:22

**hear** [4]_ - 265:23_, 275:24_, 284:24_, 289:10

**heard** [8]_ - 69:16_, 282:23_, 284:7_, 286:6_, 289:7_, 289:14_, 303:20_, 306:7

**hearing** [2]_ - 266:14_, 297:1

**hearsay** [2]_ - 306:19_, 308:11

**heart** [1]_ - 125:22

**hedge** [1]_ - 165:3

**height** [1]_ - 255:9

**Heights** [1]_ - 211:4

**held** [1]_ - 37:18

**helicopter** [1]_ - 126:15

**help** [5]_ - 46:3_, 95:11_, 164:5_, 223:19_, 259:14

**helpful** [2]_ - 48:18_, 93:9

**hide** [24]_ - 10:1_, 10:8_, 10:12_, 10:18_, 119:13_, 161:7_, 161:12_, 163:12_, 163:15_, 164:9_, 164:10_, 164:18_, 164:19_, 165:1_, 165:12_, 165:13_, 165:21_, 165:22_, 166:9_, 166:11_, 166:12_, 206:14_, 253:17

**high** [2]_ - 255:7_, 255:23

**high-tops** [1]_ - 255:23

**higher** [1]_ - 254:3

**highly** [1]_ - 6:3

**Highway** [2]_ - 79:11_, 168:15

**hill** [3]_ - 119:1_, 164:2

**himself** [14]_ - 5:5_, 5:7_, 92:1_, 125:1_, 163:12_, 163:15_, 166:15_, 189:18_, 286:12_, 286:17_, 287:5_, 287:12_, 291:8_, 291:18

**hinges** [1]_ - 305:8

**Hinshaw** [1]_ - 301:16

**history** [8]_ - 47:22_, 64:13_, 77:6_, 128:16_, 139:10_, 207:21_, 209:25_, 214:18

**HKY4343** [3]_ - 169:9_, 170:4_, 171:13

**Holbrook** [1]_ - 225:20

**hold** [13]_ - 8:14_, 8:25_, 9:3_, 9:10_, 58:19_, 62:7_, 64:17_, 64:18_, 64:19_, 229:4_, 229:13_, 290:21_, 297:13

**holding** [3]_ - 10:6_, 250:13_, 291:9

**hole** [18]_ - 62:21_, 62:22_, 118:16_, 118:18_, 118:25_, 120:2_, 120:7_, 120:17_, 121:14_, 122:6_, 123:8_, 165:10_, 165:11_, 166:8_, 166:9_, 257:7_, 283:21_, 287:15

**Home** [1]_ - 192:12

**home** [6]_ - 78:3_, 78:5_, 199:9_, 199:15_, 199:24_, 200:3

**Honda** [1]_ - 173:19

**honestly** [1]_ - 296:9

**Honolulu** [1]_ - 48:19

**Honor** [207]_ - 3:8_, 3:16_, 3:20_, 4:5_, 4:7_, 4:20_, 5:1_, 6:21_, 7:16_, 7:20_, 8:5_, 9:21_, 11:12_, 13:6_, 14:21_, 16:1_, 17:4_, 19:8_, 20:24_, 23:8_, 23:21_, 25:9_, 26:4_, 27:6_, 30:10_, 31:13_, 33:2_, 33:15_, 34:13_, 35:11_, 36:17_, 37:12_, 39:17_, 39:22_, 41:15_, 45:5_, 47:24_, 50:18_, 53:13_, 55:4_, 56:7_, 57:7_, 58:13_, 60:10_, 62:1_, 63:6_, 64:2_, 65:18_, 66:7_, 66:23_, 69:20_, 70:23_, 71:15_, 72:16_, 76:9_, 79:4_, 79:24_, 80:21_, 81:5_, 81:19_, 81:20_, 82:13_, 85:13_, 89:6_, 90:15_, 91:3_, 91:16_, 93:16_, 94:22_, 95:21_, 96:7_, 96:20_, 97:2_, 98:13_, 100:11_, 104:25_, 109:13_, 110:4_, 111:9_, 112:5_, 117:20_, 119:19_, 120:10_, 120:25_, 127:16_, 127:24_, 128:9_, 131:3_, 131:18_, 131:22_, 131:25_, 133:1_, 133:14_, 133:16_, 135:17_, 136:20_, 137:16_, 138:18_, 141:16_, 147:2_, 149:1_, 149:18_, 149:21_, 156:21_, 161:13_, 162:24_, 163:18_, 168:10_, 169:3_, 172:4_, 173:15_, 174:10_, 174:24_, 175:2_, 175:5_, 175:7_, 176:7_, 177:16_, 177:19_, 181:18_, 188:19_, 193:17_, 202:15_, 207:14_, 216:10_, 216:20_, 218:17_, 226:8_, 226:9_, 226:16_, 230:23_, 234:6_, 237:13_, 239:9_, 240:1_, 240:5_, 240:8_, 240:19_, 241:1_, 241:3_, 241:13_, 241:25_, 242:8_, 242:22_, 243:4_, 244:13_, 245:14_, 247:1_, 247:17_, 249:21_, 253:24_, 255:12_, 255:19_, 262:19_, 263:1_, 264:2_, 264:6_, 264:16_, 265:5_, 265:8_, 266:22_, 267:14_, 267:21_, 272:11_, 275:16_, 275:21_, 276:1_, 276:8_, 276:16_, 278:18_, 280:14_, 281:20_, 283:9_, 285:12_, 285:17_, 286:1_, 287:7_, 288:15_, 290:20_, 290:24_, 291:3_, 292:21_, 294:3_, 295:17_, 297:19_, 298:5_, 298:15_, 298:17_, 299:18_, 300:8_, 300:16_, 301:13_, 301:18_, 301:21_, 302:17_, 303:3_, 303:5_, 305:3_, 306:7_, 306:12_, 306:14_, 306:22_, 310:3_, 311:10_, 311:13

**Honor's** [3]_ - 242:23_, 298:1_, 305:25

**hope** [3]_ - 176:9_, 276:22_, 308:14

**hoped** [1]_ - 266:2

**horrible** [1]_ - 247:12

**hospitals** [3]_ - 204:20_, 205:10_, 205:20

**host** [1]_ - 293:23

**hotels** [1]_ - 201:25

**hour** [5]_ - 96:11_, 96:18_, 174:14_, 310:3_, 310:14

**hours** [21]_ - 61:12_, 61:13_, 76:1_, 115:10_, 115:12_, 115:24_, 115:25_, 116:5_, 116:6_, 117:4_, 117:5_, 117:9_, 117:11_, 186:9_, 207:1_, 218:6_, 234:1_, 234:3_, 252:1_, 274:14_, 310:13

**House** [2]_ - 230:8_, 230:9

**house** [3]_ - 230:1_, 255:16_, 303:11

**houses** [1]_ - 307:17

**hover** [1]_ - 131:13

**howdy** [3]_ - 67:7_, 67:13_, 67:16

**human** [1]_ - 119:9

**hundred** [1]_ - 279:25

**hundreds** [1]_ - 257:2

**hurt** [2]_ - 279:23_, 286:13

## I

**I-95** [1]_ - 237:22

**iamanidiot** [4]_ - 71:12_, 191:3_, 192:7_, 192:25

**identical** [2]_ - 121:8_, 257:21

**identification** [1]_ - 173:24

**identified** [1]_ - 220:22

**identity** [1]_ - 166:15

**idiot** [3]_ - 221:12_, 224:18_, 224:23

**iglas** [1]_ - 222:12
**Ill** [1]_ - 230:2
**illegal** [9]_ - 253:19_,
258:24_, 258:25_, 259:5_,
262:9_, 262:11_, 271:10_,
271:20_, 272:4
**illustration** [1]_ - 141:25
**illustrative** [10]_ - 27:12
_, 131:4_, 131:19_,
131:21_, 135:18_, 135:20
_, 141:18_, 141:20_,
177:17_, 181:19
**image** [72]_ - 16:9_, 16:11
_, 26:15_, 46:17_, 46:18_,
52:20_, 53:5_, 53:21_,
53:22_, 53:25_, 54:1_,
55:16_, 55:18_, 56:9_,
56:16_, 57:6_, 60:20_,
60:23_, 61:18_, 83:8_,
83:9_, 97:10_, 97:11_,
97:14_, 97:15_, 97:20_,
99:14_, 99:24_, 101:5_,
102:1_, 103:9_, 107:16_,
107:25_, 110:11_, 118:5_,
119:14_, 119:15_, 119:16
_, 119:17_, 125:11_,
125:21_, 126:6_, 126:14_,
126:17_, 147:24_, 148:3_,
148:6_, 148:13_, 152:20_,
154:15_, 154:17_, 154:22
_, 154:23_, 157:4_,
160:24_, 167:18_, 167:20
_, 169:22_, 172:25_,
177:5_, 177:6_, 205:6_,
211:17_, 213:18_, 213:19
_, 213:20_, 270:19_,
290:16_, 291:1_, 292:18_,
294:24
**Image** [1]_ - 102:2
**images** [13]_ - 57:1_,
63:15_, 75:2_, 100:21_,
101:22_, 103:5_, 103:9_,
151:10_, 243:22_, 243:24
_, 291:2_, 299:10_, 304:9
**imaginary** [1]_ - 6:5
**imagine** [1]_ - 283:2
**immediate** [2]_ - 288:4_,
288:6
**immediately** [1]_ -
291:12
**impede** [1]_ - 286:16
**impeding** [1]_ - 287:9
**impermissible** [1]_ -
306:16
**important** [5]_ - 198:10_,
246:12_, 263:19_, 263:20

_, 307:19
**importantly** [1]_ -
305:24
**impossibility** [1]_ -
282:21
**impressions** [1]_ -
102:11
**improvised** [1]_ - 244:4
**inadmissible** [1]_ - 93:4
**inapplicable** [1]_ -
245:24
**inbound** [2]_ - 112:22
**incident** [1]_ - 257:13
**include** [4]_ - 4:9_, 148:8
_, 260:23_, 260:24
**included** [3]_ - 4:10_,
202:13_, 303:1
**includes** [2]_ - 160:25_,
288:4
**including** [5]_ - 84:11_,
84:12_, 85:10_, 96:2_,
241:15
**inconceivable** [2]_ -
286:19_, 288:19
**increasing** [1]_ - 143:17
**incredible** [1]_ - 218:3
**incredibly** [1]_ - 256:10
**index** [2]_ - 91:7_, 94:3
**indicate** [3]_ - 50:21_,
250:2_, 284:15
**indicated** [1]_ - 301:25
**indicates** [4]_ - 28:5_,
112:22_, 167:19_, 284:18
**indicating** [51]_ - 14:11_,
16:17_, 38:11_, 39:25_,
40:14_, 44:4_, 46:8_,
48:18_, 48:19_, 49:20_,
51:12_, 54:6_, 54:21_,
56:2_, 57:15_, 79:12_,
79:21_, 84:15_, 87:23_,
101:6_, 108:1_, 113:10_,
130:18_, 130:20_, 135:8_,
135:11_, 146:20_, 154:15
_, 160:25_, 161:24_,
162:2_, 162:14_, 170:23_,
178:4_, 178:7_, 193:23_,
208:6_, 208:7_, 210:12_,
210:18_, 211:1_, 212:17_,
219:12_, 227:3_, 228:8_,
230:4_, 232:11_, 268:7_,
268:13_, 270:22_, 272:18
**indicating)** [11]_ - 10:3_,
55:24_, 57:3_, 122:23_,
135:9_, 168:20_, 189:3_,

244:25_, 251:13_, 259:4_,
273:11
**indictment** [1]_ - 286:5
**individual** [7]_ - 55:21_,
95:14_, 175:9_, 221:7_,
223:15_, 261:1_, 283:3
**individually** [2]_ - 31:20
_, 175:18
**individuals** [2]_ - 126:14
_, 301:19
**inflict** [1]_ - 288:8
**info** [2]_ - 28:5_, 145:5
**information** [16]_ - 10:25
_, 24:25_, 113:24_,
131:14_, 133:7_, 137:13_,
138:2_, 138:9_, 144:24_,
154:20_, 190:24_, 233:5_,
238:7_, 241:21_, 241:23
**initial** [6]_ - 99:6_, 276:25
_, 286:5_, 303:5_, 303:6
**initials** [1]_ - 173:20
**injured** [2]_ - 286:23_,
288:10
**injury** [2]_ - 288:3_, 288:8
**innovations** [1]_ -
304:12
**inquire** [3]_ - 239:25_,
240:17_, 242:3
**inside** [10]_ - 9:6_, 10:8_,
10:18_, 59:25_, 83:8_,
106:5_, 107:19_, 165:4_,
229:16_, 252:9
**inspect** [2]_ - 41:23_,
120:20
**inspection** [1]_ - 291:12
**Instagram** [1]_ - 148:8
**installed** [1]_ - 10:7
**instance** [4]_ - 279:14_,
291:9_, 293:5_, 306:2
**instances** [4]_ - 306:1_,
307:8_, 307:22_, 308:6
**instant** [1]_ - 99:7
**instead** [1]_ - 302:20
**instruct** [1]_ - 283:10
**instructed** [1]_ - 175:8
**instructing** [1]_ - 283:5
**instruction** [6]_ - 260:1_,
260:2_, 275:2_, 283:6_,
283:8_, 287:25
**instructions** [8]_ -
174:16_, 282:12_, 284:15
_, 292:3_, 310:18_, 311:3
_, 311:5_, 311:7

**insufficient** [1]_ - 278:22
**intact** [1]_ - 291:23
**intend** [2]_ - 228:3_, 228:4
**intending** [3]_ - 222:17_,
229:12_, 272:10
**intends** [1]_ - 303:13
**intent** [8]_ - 279:4_,
279:10_, 280:11_, 280:16
_, 280:18_, 281:4_,
283:23_, 305:2
**intention** [3]_ - 275:15_,
279:1_, 301:16
**intentional** [3]_ - 288:2_,
288:5_, 288:7
**intentionally** [3]_ -
279:2_, 279:3_, 279:14
**interaction** [1]_ - 288:21
**interest** [1]_ - 254:3
**interior** [3]_ - 26:22_,
159:11_, 169:1
**internally** [1]_ - 245:22
**internat** [1]_ - 258:14
**international** [2]_ -
61:11_, 209:14
**International** [95]_ -
17:15_, 18:21_, 62:20_,
98:9_, 98:10_, 98:12_,
99:5_, 100:10_, 101:2_,
101:14_, 102:6_, 103:15_,
103:21_, 104:2_, 104:11_,
104:19_, 104:22_, 105:8_,
106:5_, 107:19_, 111:4_,
112:13_, 112:16_, 112:19
_, 112:21_, 113:1_, 113:2
_, 113:17_, 113:22_,
114:1_, 114:5_, 114:11_,
114:16_, 115:1_, 115:5_,
115:9_, 115:11_, 115:16_,
115:23_, 116:12_, 116:14
_, 116:18_, 117:3_,
117:10_, 117:15_, 117:18
_, 120:2_, 120:7_, 123:8_,
123:24_, 124:8_, 124:17_,
125:11_, 126:6_, 127:10_,
127:11_, 128:5_, 128:6,
129:5_, 131:10_, 132:19_,
136:10_, 136:15_, 139:15
_, 142:8_, 146:15_,
150:20_, 151:3_, 151:5_,
179:14_, 180:22_, 183:3_,
184:22_, 185:9_, 186:12_,
187:6_, 187:12_, 187:18_,
188:9_, 207:22_, 210:3_,
210:5_, 211:3_, 211:5_,
212:3_, 229:14_, 232:8_,
232:24_, 233:8, 233:15_,

233:22_, 233:24_, 258:14_, 258:18_, 279:25

**internet** [1]_ - 145:8

**interrupt** [1]_ - 177:11

**intersection** [4]_ - 135:2_, 135:6_, 136:3_, 141:1

**intersections** [1]_ - 143:4

**interviewing** [1]_ - 274:14

**intimate** [1]_ - 265:16

**intimidate** [1]_ - 286:16

**intimidating** [1]_ - 287:9

**introduce** [2]_ - 303:14_, 307:7

**introduction** [2]_ - 307:19_, 307:22

**investigate** [1]_ - 15:8

**investigating** [1]_ - 259:10

**investigation** [39]_ - 10:25_, 11:5_, 16:23_, 20:16_, 22:24_, 23:3_, 24:20_, 30:5_, 32:25_, 34:6_, 47:21_, 55:1_, 61:24_, 62:24_, 64:24_, 66:20_, 78:7_, 85:22_, 98:20_, 124:22_, 126:21_, 161:4_, 163:16_, 167:23_, 169:12_, 170:5_, 171:23_, 172:15_, 174:17_, 181:10_, 181:12_, 194:21_, 204:13_, 236:17_, 237:24_, 263:19_, 274:13

**investigative** [2]_ - 265:15_, 265:16

**investigator** [1]_ - 92:11

**investigators** [1]_ - 138:8

**invite** [1]_ - 7:18

**involved** [2]_ - 174:18_, 282:19

**involvement** [1]_ - 259:17

**involving** [4]_ - 42:2_, 43:5_, 43:24_, 44:7

**Iran** [2]_ - 224:23_, 224:25

**Iranian** [1]_ - 143:18

**irrelevant** [3]_ - 245:24_, 245:25_, 307:18

**Island** [6]_ - 79:9_, 80:5_, 80:14_, 80:25_, 81:9_, 194:5

**issue** [3]_ - 3:25_, 301:23

_, 308:15

**issues** [6]_ - 174:25_, 245:7_, 245:14_, 276:4_, 276:21_, 306:20

**item** [19]_ - 62:4_, 91:2_, 243:17_, 244:23_, 245:2_, 249:19_, 249:22_, 250:22_, 251:1_, 251:8_, 251:11_, 255:21_, 256:1_, 256:2_, 257:5_, 257:6_, 289:24_, 296:22

**items** [28]_ - 4:2_, 6:10_, 8:7_, 8:13_, 31:2_, 33:19_, 58:7_, 58:17_, 59:8_, 84:1_, 84:10_, 84:14_, 84:23_, 85:7_, 85:17_, 90:23_, 92:1_, 92:15_, 92:17_, 93:16_, 93:18_, 95:11_, 96:2_, 118:21_, 243:17_, 245:3_, 245:13_, 305:12

**itineraries** [3]_ - 212:22_, 212:24_, 213:24

**itinerary** [3]_ - 46:24_, 49:23_, 212:2

**itself** [5]_ - 164:9_, 281:7_, 281:19_, 282:2_, 283:19

## J

**jail** [1]_ - 241:16

**James** [1]_ - 3:9

**January** [1]_ - 279:22

**JCPOA** [2]_ - 224:23_, 224:24

**jeans** [6]_ - 55:21_, 58:5_, 58:6_, 59:3_, 59:5_, 59:17

**Jennifer** [1]_ - 3:10

**Jesus** [2]_ - 196:12_, 197:21

**jet** [1]_ - 261:17

**job** [3]_ - 34:4_, 34:5_, 284:22

**John** [7]_ - 3:8_, 190:7_, 190:16_, 191:11_, 192:15_, 193:12

**Johnstown** [1]_ - 133:10

**joking** [1]_ - 227:22

**judge** [1]_ - 291:25

**Judge** [7]_ - 27:10_, 31:21_, 91:7_, 96:12_, 267:8_, 283:9_, 287:2

**judgment** [3]_ - 278:16_, 278:21_, 285:24

**juice** [2]_ - 121:25_, 123:7

**July** [20]_ - 39:10_, 40:4_, 42:24_, 42:25_, 46:5_, 46:14_, 46:15_, 47:4_, 47:20_, 48:6_, 48:10_, 49:22_, 50:12_, 50:13_, 51:1_, 65:13_, 221:4_, 221:6_, 221:7_, 253:3

**jumbled** [1]_ - 7:6

**June** [5]_ - 38:19_, 38:22_, 39:3_, 39:5_, 253:3

**Jupiter** [1]_ - 237:20

**juror** [5]_ - 284:3_, 284:20_, 296:17_, 300:25_, 301:4

**jurors** [6]_ - 7:19_, 176:5_, 276:5_, 278:7_, 278:11_, 306:4

**jury** [54]_ - 7:21_, 33:11_, 90:1_, 90:2_, 90:8_, 96:5_, 96:6_, 96:14_, 146:13_, 155:24_, 168:2_, 174:19_, 174:20_, 176:8_, 189:12_, 239:13_, 239:14_, 240:17_, 242:4_, 242:21_, 243:6_, 246:5_, 246:15_, 246:16_, 260:1_, 262:17_, 264:24_, 264:25_, 266:21_, 267:9_, 267:10_, 275:12_, 275:13_, 275:23_, 276:9_, 276:13_, 277:14_, 277:15_, 282:12_, 283:5_, 283:8_, 283:10_, 283:12_, 284:9_, 284:10_, 284:15_, 284:23_, 289:6_, 292:3_, 308:22_, 310:18_, 311:3_, 311:4

## K

**K-A-N-E-O-H-E** [1]_ - 16:21

**Kaneohe** [2]_ - 16:18_, 16:20

**Kath** [1]_ - 197:9

**Kathleen** [12]_ - 65:8_, 65:16_, 195:22_, 196:18_, 197:1_, 197:19_, 198:24_, 203:11_, 203:13_, 234:14_, 247:10_, 247:11

**KDL** [18]_ - 17:23_, 18:11_, 26:23_, 27:24_, 28:14_, 28:18_, 28:22_, 29:3_, 29:7_, 29:11_, 29:15_, 29:21_, 173:1_, 173:8_, 173:18_, 176:20_, 177:3_,

177:7

**keep** [2]_ - 73:24_, 254:2

**keeps** [1]_ - 227:16

**Kennedy** [1]_ - 164:2

**kill** [3]_ - 279:2_, 280:18_, 283:3

**killed** [1]_ - 164:2

**killedinukraine.com** [1]_ - 94:7

**killing** [3]_ - 228:19_, 279:5_, 279:13

**KIMBERLY** [1]_ - 8:9

**kind** [11]_ - 30:1_, 58:5_, 107:6_, 131:14_, 168:7_, 249:2_, 269:7_, 282:21_, 283:19_, 295:10_, 305:12

**King** [1]_ - 224:23

**Kirk** [3]_ - 141:12_, 141:13_, 142:2

**kit** [7]_ - 51:17_, 51:25_, 52:3_, 52:14_, 52:20_, 53:6_, 53:21

**knee** [1]_ - 288:25

**knife** [1]_ - 161:21

**knives** [2]_ - 279:21_, 280:1

**knocking** [2]_ - 227:23_, 228:5

**Knopfler** [1]_ - 261:15

**know..** [1]_ - 285:8

**knowingly** [1]_ - 285:2

**knowledge** [2]_ - 91:16_, 298:4

**known** [8]_ - 13:20_, 14:16_, 20:7_, 22:10_, 22:18_, 147:10_, 187:16_, 193:8

**Kravtsov** [3]_ - 99:1_, 147:10_, 220:22

**Kristy** [2]_ - 3:20_, 246:6

## L

**LaBelle** [1]_ - 72:21

**ladies** [14]_ - 7:23_, 27:15_, 65:25_, 89:22_, 96:17_, 174:15_, 176:10_, 249:9_, 259:25_, 267:17_, 270:11_, 274:24_, 275:9_, 276:20

**Lago** [7]_ - 98:10_, 113:1_, 123:12_, 123:25_, 124:9_, 124:17_, 124:18

**LaGuardia** [1] – 214:20

**landing** [1] – 131:11

**language** [3] – 216:2, 261:3, 261:7

**Laredo** [4] – 204:19, 207:2, 207:3, 259:6

**large** [1] – 254:2

**larger** [1] – 66:18

**larger-caliber** [1] – 66:18

**last** [13] – 16:12, 27:17, 46:21, 99:11, 123:4, 162:22, 177:23, 203:7, 243:14, 262:22, 278:11, 282:23, 289:10

**lasting** [1] – 14:9

**late** [3] – 173:6, 176:22, 177:3

**launcher** [1] – 221:25

**law** [12] – 238:7, 277:12, 280:2, 280:3, 281:8, 282:11, 284:6, 284:15, 296:15, 297:7, 297:9, 298:5

**lawful** [1] – 309:23

**laws** [3] – 75:20, 75:21, 229:22

**lawyer** [2] – 274:25

**lawyers** [1] – 277:8

**lay** [3] – 228:9, 228:11, 228:25

**laying** [1] – 228:14

**Lazaro** [2] – 23:2, 225:17

**Lazaro's** [1] – 255:16

**leading** [2] – 166:17, 195:2

**learn** [4] – 170:7, 172:1, 173:3, 259:11

**learned** [2] – 170:8, 172:2

**least** [11] – 5:18, 18:2, 93:10, 95:18, 255:2, 282:3, 290:13, 291:9, 291:22, 297:2, 311:9

**leave** [3] – 198:10, 229:23, 256:8

**leaves** [1] – 301:25

**leaving** [3] – 19:6, 185:11, 185:13

**LED** [1] – 268:9

**left** [17] – 10:2, 10:19, 19:16, 23:5, 25:21, 30:5, 33:23, 121:6, 158:24, 182:16, 210:11, 211:2, 215:12, 220:14, 227:1, 286:12, 299:12

**left-hand** [2] – 210:11, 211:2

**legal** [14] – 259:8, 266:6, 271:19, 276:21, 277:24, 280:1, 282:9, 287:24, 292:1, 293:15, 295:14, 307:7, 307:21

**legally** [3] – 292:3, 293:5, 295:13

**leggings** [1] – 239:3

**Legion** [1] – 99:5

**legitimate** [1] – 306:23

**lend** [4] – 269:4, 269:5, 269:7, 269:15

**length** [5] – 14:5, 14:6, 14:14, 174:14, 310:2

**less** [3] – 188:15, 309:6, 310:25

**letter** [4] – 31:12, 243:17, 280:22, 289:21

**letters** [1] – 295:24

**level** [1] – 245:9

**LGA** [1] – 214:20

**liability** [1] – 296:14

**license** [100] – 17:19, 17:21, 18:9, 18:10, 18:12, 26:23, 27:1, 27:3, 27:4, 27:22, 27:23, 27:24, 28:13, 28:17, 28:21, 29:2, 29:6, 29:10, 29:14, 29:20, 105:11, 105:15, 112:15, 166:20, 166:22, 167:8, 167:20, 168:7, 168:16, 168:18, 169:2, 169:9, 169:12, 170:3, 170:6, 171:20, 171:24, 172:11, 172:12, 173:1, 173:3, 173:8, 174:3, 174:5, 176:15, 176:17, 176:20, 176:21, 176:24, 177:1, 177:7, 177:9, 177:15, 177:24, 177:25, 178:14, 178:21, 179:3, 179:10, 179:24, 180:5, 180:12, 180:17, 180:25, 181:5, 181:9, 181:13, 181:16, 182:4, 182:17, 182:24, 183:9, 183:16, 183:19, 183:20, 184:3, 184:7, 184:11, 184:15, 184:20, 185:7, 185:15, 185:19, 185:23, 186:2, 186:15, 186:19, 186:23, 187:9, 187:21, 187:25, 188:7, 188:11, 189:16, 194:19, 194:22, 237:18, 237:19, 238:8

**lie** [2] – 47:11, 47:18

**life** [2] – 174:2, 287:5

**likely** [1] – 256:7

**limine** [2] – 303:7, 306:14

**limits** [1] – 307:19

**line** [23] – 19:1, 61:12, 162:2, 162:4, 162:6, 162:8, 162:10, 162:14, 162:16, 162:20, 162:22, 165:14, 227:7, 229:19, 230:12, 230:14, 280:4, 280:5, 280:7, 282:25, 287:5, 293:14

**lined** [4] – 227:21, 227:24, 228:2

**lines** [2] – 64:23, 229:17

**link** [6] – 72:9, 73:13, 131:9, 135:14, 141:13, 287:16

**linked** [2] – 222:25, 223:7

**linking** [2] – 30:7, 138:12

**links** [3] – 130:25, 132:5, 132:12

**list** [33] – 4:7, 4:11, 4:23, 5:6, 6:6, 6:8, 90:9, 90:16, 90:21, 92:8, 92:24, 93:11, 93:12, 93:13, 93:14, 93:17, 93:25, 94:6, 94:9, 94:11, 94:12, 94:14, 94:17, 94:24, 95:5, 95:22, 160:1, 249:24, 302:17, 302:19, 305:12

**listed** [3] – 6:23, 41:21, 203:1

**lists** [9] – 90:12, 90:25, 91:19, 93:7, 93:23, 194:18, 203:4, 203:5, 302:4

**litigated** [1] – 282:19

**live** [9] – 78:21, 99:2, 134:14, 140:25, 141:10, 141:25, 142:1, 150:15, 158:5

**lived** [1] – 78:15

**lives** [1] – 225:19

**living** [6] – 78:8, 78:23, 78:25, 99:4, 193:8, 282:6

**loaded** [1] – 283:2

**loading** [2] – 281:13, 281:14

**locate** [1] – 296:23

**located** [20] – 82:22, 82:23, 100:9, 104:14, 112:13, 112:16, 113:16, 114:1, 114:5, 114:10, 116:10, 117:14, 124:7, 131:10, 165:22, 173:5, 182:12, 186:11, 193:10, 233:21

**location** [48] – 17:9, 17:18, 18:8, 18:20, 30:20, 48:23, 62:15, 80:16, 81:2, 81:9, 88:3, 112:10, 112:11, 113:8, 113:13, 113:20, 113:24, 114:4, 114:8, 114:14, 114:20, 114:24, 115:3, 115:7, 115:14, 115:18, 115:21, 116:3, 116:8, 116:24, 117:7, 117:12, 122:25, 123:21, 124:5, 124:14, 125:2, 128:17, 130:20, 132:23, 140:9, 146:1, 180:20, 187:15, 233:5, 233:19, 234:2, 293:5

**locations** [5] – 87:24, 98:5, 98:8, 297:8, 304:8

**log** [5] – 13:17, 13:24, 15:7, 15:9, 21:24

**logical** [3] – 254:24, 288:23, 289:22

**logo** [1] – 299:12

**LOL** [1] – 73:24

**LONG** [834] – 3:12, 8:5, 8:12, 9:21, 9:24, 10:22, 10:23, 11:12, 11:15, 11:16, 11:25, 12:2, 13:6, 13:9, 13:13, 13:15, 14:21, 14:24, 15:3, 15:5, 16:1, 16:4, 16:11, 16:13, 16:20, 16:22, 17:4, 17:7, 18:15, 18:17, 19:8, 19:11, 19:18, 19:20, 19:25, 20:3, 20:24, 21:2, 21:5, 21:8, 21:11,

21:12_, 21:20_, 21:22_, 22:2, 22:4_, 22:14_, 22:16_, 23:7_, 23:10_, 23:14_, 23:15_, 23:21_, 23:24_, 24:3_, 24:6_, 24:12_, 24:14_, 25:9_, 25:12_, 25:15, 25:17_, 25:24, 26:1_, 26:4_, 26:7_, 26:11_, 26:12_, 26:18, 26:20_, 27:6_, 27:10_, 27:17, 27:19_, 27:21_, 28:1_, 30:10_, 30:13_, 31:9_, 31:13_, 31:17_, 31:21_, 31:22_, 32:5, 32:7_, 33:2_, 33:5_, 33:10, 33:12_, 33:18_, 34:13_, 34:16_, 34:25, 35:2_, 35:14_, 35:18, 35:20_, 36:17_, 36:20_, 37:12_, 37:15_, 38:5_, 38:7_, 38:16, 38:18_, 38:25_, 39:1_, 39:7_, 39:9_, 39:17_, 39:19_, 39:22_, 39:24_, 40:2_, 40:7, 40:9_, 40:17, 40:19_, 41:15_, 41:18_, 42:11, 42:13_, 43:18_, 43:20_, 45:5_, 45:8_, 45:12, 45:14_, 46:4_, 46:6_, 46:20, 46:22_, 47:4_, 47:7_, 47:24_, 48:2_, 48:8_, 48:12_, 48:25_, 49:3, 49:4_, 49:9, 49:11_, 50:1, 50:3_, 50:16_, 50:20_, 51:9_, 51:11_, 52:16_, 52:18_, 53:11_, 53:15_, 54:3_, 54:5_, 54:12, 54:14_, 54:18_, 54:20_, 55:4_, 55:7_, 55:11_, 55:13_, 55:17, 55:19_, 55:23_, 56:1_, 56:7_, 56:11_, 56:19, 56:21_, 57:2_, 57:4_, 57:7_, 57:10, 57:12_, 57:23_, 58:1_, 58:13_, 58:15_, 59:9_, 59:12_, 59:18_, 59:21_, 60:4_, 60:6_, 60:10_, 60:12_, 60:15_, 61:5_, 61:7_, 61:18_, 61:20_, 62:1_, 62:3_, 63:3_, 63:6_, 63:8_, 63:12, 63:13_, 64:2_, 64:5_, 64:6_, 64:10_, 64:11_, 64:20_, 64:21_, 65:2_, 65:6_, 65:18_, 65:21_, 66:7_, 66:8_, 66:22_, 67:2_, 67:3_, 69:19_, 69:22_, 70:22_, 71:1_, 71:15_, 71:18_, 71:23, 71:25_, 72:16_, 72:19_, 73:8_, 73:10_, 74:20_, 74:22_, 75:5_, 75:8_, 75:13_, 75:16_,

76:7_, 76:11_, 76:14, 76:15_, 76:22_, 77:1_, 77:9_, 77:12_, 79:4_, 79:7_, 79:24_, 80:2_, 80:9_, 80:12_, 80:20_, 80:23_, 81:4_, 81:7_, 81:19_, 81:23_, 82:13_, 82:16_, 82:25_, 83:3_, 83:19_, 83:22_, 84:5_, 84:8_, 84:17_, 84:20_, 84:24_, 85:2_, 85:12_, 85:15_, 85:24_, 86:2_, 86:8_, 86:12_, 86:15_, 86:18_, 87:2_, 87:5_, 87:9, 87:10_, 87:13_, 87:15_, 87:18_, 87:20_, 88:2_, 88:6_, 88:10_, 89:6_, 89:9_, 89:12_, 96:12_, 96:20_, 96:21_, 96:25_, 97:4_, 97:19_, 97:21_, 98:13_, 98:16_, 99:11, 99:13_, 99:21_, 99:23_, 100:11_, 100:15_, 100:22, 100:24_, 101:19_, 101:21_, 102:1, 102:4_, 102:8_, 102:10_, 102:23_, 103:1_, 103:8, 103:10_, 103:17, 103:18_, 103:22_, 103:24_, 104:25_, 105:4_, 105:6, 105:9_, 105:11_, 105:14_, 105:18, 105:20_, 105:23_, 106:1, 106:3_, 106:8, 106:9_, 106:12, 106:13_, 107:7_, 107:10_, 107:12_, 107:14_, 107:21_, 107:24_, 108:4, 108:5_, 108:8_, 108:11_, 108:17_, 108:20_, 108:23_, 109:6_, 109:9_, 109:10_, 109:13_, 109:17_, 110:4_, 110:8_, 110:13_, 110:15_, 110:20_, 110:22_, 111:1_, 111:6_, 111:12_, 111:13_, 111:20_, 111:23_, 112:5_, 112:8_, 113:4, 113:6_, 117:20_, 117:24_, 119:19_, 119:22_, 119:24_, 120:10_, 120:14_, 120:15_, 120:22_, 120:25_, 121:2_, 121:3_, 121:9, 121:11_, 121:15_, 121:17_, 121:21, 121:23_, 122:1, 122:3_, 122:7_, 122:9_, 122:14_, 122:17_, 122:22_, 122:24_, 123:15_, 123:18_, 123:19_, 124:1, 124:3_, 124:10_, 124:12_, 125:3_, 125:6_, 125:13_, 125:16_, 125:23_, 126:1_, 126:7_, 126:10_, 127:3_, 127:5_, 127:15_, 127:18_,

127:24_, 128:2_, 128:8_, 128:11_, 128:19_, 128:22_, 129:6_, 129:9_, 129:18_, 129:21_, 130:7_, 130:10_, 131:3_, 131:6_, 131:18_, 131:22_, 131:25_, 132:4_, 132:25_, 133:3_, 133:13_, 133:16_, 133:18_, 133:24_, 134:2_, 134:7_, 134:10_, 134:18_, 134:21_, 135:17_, 135:23_, 136:1_, 136:19_, 136:23_, 137:5_, 137:8_, 137:14_, 137:19_, 138:16_, 138:20_, 138:25_, 139:3_, 139:4_, 139:16_, 139:19_, 140:1_, 140:4_, 140:10_, 140:13_, 140:18_, 140:21_, 141:3_, 141:6_, 141:16_, 141:23_, 142:4_, 142:10_, 142:13_, 142:20_, 142:23_, 143:8_, 143:11_, 143:19_, 143:22_, 145:17_, 145:20_, 146:9_, 146:12_, 146:24_, 147:2_, 147:4_, 147:13_, 147:16_, 147:20_, 147:22_, 148:3_, 148:5_, 148:15_, 148:18_, 149:1_, 149:4_, 149:10_, 149:13_, 149:18_, 149:21_, 150:1_, 150:8_, 150:11_, 150:22_, 151:1_, 151:6_, 151:8_, 151:15_, 151:18_, 152:1_, 152:4_, 152:12_, 152:15_, 152:21, 152:23_, 153:2_, 153:5_, 153:10_, 153:13_, 153:20_, 153:23_, 154:4_, 154:7_, 154:16, 154:18_, 155:3_, 155:6_, 155:13_, 155:16_, 156:3_, 156:6_, 156:10_, 156:13_, 156:20_, 156:23_, 157:7_, 157:10_, 157:14_, 157:17_, 157:23_, 158:1_, 158:9_, 158:12_, 158:19_, 158:21_, 159:6_, 159:9_, 159:22, 159:24_, 160:7_, 160:8_, 160:13_, 160:16_, 160:20, 160:22_, 161:8_, 161:10_, 161:13_, 161:17_, 162:24_, 163:2_, 163:18_, 163:21_, 164:13_, 164:16_, 164:21_, 164:24_, 165:5_, 165:8_, 165:16_, 165:19_, 165:24_, 166:2_, 166:5_, 166:7_, 166:10_, 166:18_, 166:25_, 167:3_, 167:10_, 167:13_, 168:10_, 168:13_, 168:21_, 168:24_,

169:3_, 169:7_, 169:15_, 169:18_, 169:25, 170:1_, 170:11_, 170:14, 170:15_, 170:19, 170:21_, 171:10_, 171:12_, 171:15_, 171:18_, 172:3_, 172:7_, 172:17_, 172:20_, 173:10_, 173:13_, 173:15_, 173:17_, 174:10_, 176:13_, 177:16_, 177:22_, 178:17_, 178:19_, 178:24_, 179:1_, 179:6_, 179:8_, 179:21, 179:22_, 180:2, 180:3_, 180:8, 180:10, 180:15_, 181:3_, 181:8_, 181:18_, 182:1_, 182:6_, 182:8_, 182:20, 182:22_, 183:4, 183:6_, 183:12_, 183:14_, 183:24_, 184:1_, 185:3_, 185:5_, 186:5, 186:7_, 188:16_, 188:19_, 188:21_, 188:23_, 189:6_, 189:9_, 189:22_, 190:1_, 190:10_, 190:12_, 190:17_, 190:21_, 191:22_, 192:1_, 193:17_, 193:20_, 194:9_, 194:12_, 195:3_, 195:8_, 195:11_, 198:15_, 198:18_, 198:19_, 199:11, 199:12_, 200:7_, 200:10_, 200:20_, 200:23_, 201:12_, 201:17_, 202:10, 202:12_, 202:15_, 202:19_, 203:15, 203:17_, 204:22_, 205:1_, 205:11_, 205:15_, 205:21_, 206:1_, 206:9_, 206:12_, 206:20_, 206:23_, 207:5_, 207:8_, 207:13_, 207:16_, 207:23_, 208:1_, 208:8_, 208:11_, 208:17_, 208:20_, 208:25_, 209:3_, 209:8, 209:10_, 209:16_, 209:19_, 210:7_, 210:10_, 211:9_, 211:12_, 211:19_, 211:20_, 211:22_, 211:24_, 212:5_, 212:8_, 212:11_, 212:13_, 212:18_, 212:20_, 213:11_, 213:14_, 214:3_, 214:9_, 214:12_, 214:21_, 214:24_, 215:3_, 215:4_, 216:5, 216:7_, 216:10_, 216:13_, 216:20_, 216:23_, 218:17_, 218:20_, 219:17_, 219:20_, 220:8_, 220:11_, 220:16_, 220:19_, 221:18, 221:19_, 222:7_, 222:9_, 223:10_, 223:13_, 223:21, 223:23_, 224:1_, 224:5_, 225:1_, 225:4_, 225:9_,

225:12_, 225:22_, 226:1_, 226:8_, 226:16_, 226:18_, 230:17_, 230:22_, 230:24_, 231:4_, 231:7_, 231:17_, 231:21_, 232:13_, 232:16_, 232:25_, 233:3_, 233:10_, 233:16_, 233:17_, 234:6_, 234:9_, 234:20_, 234:23_, 235:9_, 235:12_, 235:24_, 236:2_, 236:20_, 236:23_, 236:24_, 237:12_, 237:15_, 237:16_, 238:11_, 238:14_, 238:22_, 239:1_, 239:9_, 239:21_, 240:1_, 240:5_, 240:8_, 240:11_, 240:19_, 241:1_, 241:3_, 241:13_, 241:25_, 242:22_, 246:22_, 247:1_, 247:7_, 247:17_, 249:6_, 253:24_, 255:11_, 259:23_, 263:1_, 264:6_, 264:8_, 264:16_, 265:5_, 265:8_, 265:10_, 265:21_, 266:22_, 267:8_, 267:14_, 267:20_, 267:23_, 269:17_, 269:20_, 269:21_, 270:19_, 270:21_, 272:11_, 273:21_, 274:20

**look** [26]_ - 10:7_, 15:11_, 41:13_, 53:22_, 62:18_, 63:18_, 102:13_, 104:6_, 160:2_, 227:8_, 241:4_, 243:22_, 244:20_, 249:22_, 250:4_, 251:23_, 252:2_, 257:20_, 257:22_, 264:20_, 268:2_, 268:10_, 290:20_, 298:16_, 300:2_, 308:4

**looked** [7]_ - 81:14_, 173:2_, 245:17_, 257:20_, 301:3_, 307:5_, 307:23

**looking** [18]_ - 7:13_, 22:20_, 66:18_, 72:12_, 87:19_, 94:2_, 108:2_, 108:25_, 111:19_, 150:17_, 208:24_, 218:24_, 255:5_, 281:16_, 295:14_, 296:17_, 301:15_, 304:16

**looks** [12]_ - 14:7_, 51:17_, 51:24_, 52:2_, 61:4_, 62:19_, 95:3_, 162:18_, 244:8_, 248:14_, 304:8

**lose** [1]_ - 226:25

**loud** [1]_ - 220:13

**Louis** [6]_ - 46:24_, 48:11_, 48:20_, 48:23_, 49:13_, 49:18

**love** [9]_ - 199:3_, 199:9_,

199:15_, 201:3_, 201:9_, 234:16_, 235:5_, 235:20_, 236:10

**Love** [2]_ - 200:3_, 236:14

**low** [2]_ - 255:7_, 255:23

**lower** [1]_ - 107:15

**Loxahatchee** [19]_ - 28:23_, 28:24_, 29:4_, 29:12_, 29:22_, 123:23_, 178:23_, 179:4_, 180:7_, 181:7_, 183:17_, 183:21_, 184:8_, 184:16_, 185:25_, 186:24_, 187:2_, 188:2_, 188:3

**LPR** [26]_ - 17:24_, 27:23_, 28:6_, 28:13_, 28:17_, 28:21_, 29:2_, 29:6_, 29:10_, 29:14_, 29:20_, 29:24_, 112:10_, 112:15_, 112:18_, 173:2_, 177:24_, 178:5_, 178:10_, 178:11_, 178:14_, 178:21_, 180:21_, 182:16_, 187:4_, 188:4

**Luce** [3]_ - 3:10_, 10:22_, 88:4

**luck** [1]_ - 68:13

**ludicrous** [1]_ - 262:9

**lunch** [7]_ - 96:11_, 96:18_, 174:13_, 174:15_, 175:1_, 175:25_, 176:10

**lying** [1]_ - 230:14

**lyrics** [6]_ - 226:23_, 226:24_, 227:2_, 261:21_, 271:19_, 271:22

## M

**M50** [1]_ - 77:7

**ma'am** [42]_ - 8:1_, 10:21_, 11:3_, 11:6_, 12:23_, 14:25_, 15:21_, 19:7_, 21:10_, 22:1_, 22:25_, 27:1_, 27:5_, 33:21_, 34:8_, 43:17_, 48:24_, 65:11_, 66:21_, 75:23_, 78:13_, 78:16_, 78:18_, 85:11_, 85:23_, 89:24_, 97:24_, 98:22_, 98:24_, 101:6_, 101:25_, 102:11_, 120:9_, 132:7_, 132:14_, 142:9_, 176:16_, 216:25_, 218:13_, 239:17_, 264:11_, 275:6

**mad** [2]_ - 200:19_, 229:20

**madras** [5]_ - 85:21_, 86:7_, 86:21_, 106:17_,

213:2

**magazine** [3]_ - 64:23_, 281:14_, 281:15

**magical** [1]_ - 251:4

**magnetic** [1]_ - 301:8

**magnification** [2]_ - 254:15_, 292:16

**magnifying** [1]_ - 290:3

**mail** [1]_ - 206:3

**main** [1]_ - 298:10

**maintain** [2]_ - 95:10_, 277:8

**major** [1]_ - 281:21

**majority** [1]_ - 37:2

**malicious** [1]_ - 283:23

**man** [4]_ - 236:10_, 287:3_, 287:4_, 287:6

**maneuvered** [1]_ - 288:20

**Manijoe** [3]_ - 144:4_, 144:8_, 144:11

**manner** [3]_ - 246:13_, 252:3_, 301:8

**manufactured** [1]_ - 174:1

**manufacturer's** [1]_ - 299:12

**map** [4]_ - 118:16_, 130:15_, 130:20_, 180:21

**maps** [1]_ - 118:19

**Maps** [1]_ - 120:1

**Mar** [7]_ - 98:10_, 113:1_, 123:12_, 123:25_, 124:9_, 124:17_, 124:18

**Mar-a-Lago** [7]_ - 98:10_, 113:1_, 123:12_, 123:25_, 124:9_, 124:17_, 124:18

**Marathon** [10]_ - 78:17_, 79:13_, 82:9_, 82:11_, 82:24_, 182:13_, 193:9_, 232:18_, 253:17

**March** [26]_ - 11:9_, 11:10_, 13:17_, 13:23_, 14:11_, 14:20_, 16:24_, 17:12_, 18:9_, 23:18_, 24:11_, 24:17_, 28:8_, 28:22_, 29:3_, 29:7_, 30:24_, 35:8_, 36:1_, 44:14_, 44:17_, 173:6_, 176:22_, 177:3

**Maria** [1]_ - 3:9

**Marines** [1]_ - 287:5

**mark** [1]_ - 91:10

**Mark** [1]_ - 261:15

**marked** [9]_ - 95:1_, 118:23_, 147:25_, 241:8_, 244:6_, 244:24_, 250:20_, 265:21_, 303:4

**Marker** [1]_ - 237:23

**Market** [6]_ - 79:9_, 80:5_, 80:14_, 80:25_, 81:9_, 194:5

**markings** [1]_ - 99:19

**marshal** [1]_ - 250:16

**Mass** [1]_ - 137:1

**match** [4]_ - 49:23_, 97:22_, 135:11_, 257:19

**matched** [1]_ - 253:13

**matches** [3]_ - 6:19_, 273:2

**material** [1]_ - 304:9

**matter** [3]_ - 20:15_, 292:3_, 295:13

**matters** [1]_ - 160:6

**McClay** [1]_ - 301:16

**McGee** [2]_ - 238:3_, 238:4

**MCGREEVY** [1] - 8:9

**McGreevy** [25]_ - 4:3_, 7:18_, 8:1_, 8:14_, 9:25_, 45:9_, 96:15_, 96:22_, 176:4_, 176:11_, 176:14_, 206:2_, 246:19_, 246:23_, 247:8_, 263:4_, 264:9_, 265:1_, 265:13_, 267:24_, 268:22_, 275:5_, 290:22_, 294:25

**Mean** [1]_ - 61:11

**mean** [31]_ - 4:22_, 66:14_, 120:24_, 133:15_, 227:12_, 228:1_, 228:11_, 248:9_, 253:2_, 254:24_, 256:23_, 258:15_, 261:25_, 262:2_, 263:9_, 264:22_, 266:3_, 279:18_, 279:24_, 280:11_, 280:18_, 280:19_, 281:4_, 283:19_, 283:25_, 286:19_, 293:16_, 296:25_, 297:14_, 297:22

**mean..** [1]_ - 267:4

**meaning** [5]_ - 10:11_, 12:20_, 63:16_, 66:15_, 90:13

**means** [5]_ - 66:15_, 227:13_, 228:12_, 241:21_, 300:24

**meantime** [1] - 159:22

**meanwhile** [1] - 109:25

**Medellín** [2] - 210:23, 210:24

**Medetis** [4] - 3:9, 239:20, 267:13, 276:15

**MEDETIS** [834] - 3:12, 8:5, 8:12, 9:21, 9:24, 10:22, 10:23, 11:12, 11:15, 11:16, 11:25, 12:2, 13:6, 13:9, 13:13, 13:15, 14:21, 14:24, 15:3, 15:5, 16:1, 16:4, 16:11, 16:13, 16:20, 16:22, 17:4, 17:7, 18:15, 18:17, 19:8, 19:11, 19:18, 19:20, 19:25, 20:3, 20:24, 21:2, 21:5, 21:8, 21:11, 21:12, 21:20, 21:22, 22:2, 22:4, 22:14, 22:16, 23:7, 23:10, 23:14, 23:15, 23:21, 23:24, 24:3, 24:6, 24:12, 24:14, 25:9, 25:12, 25:15, 25:17, 25:24, 26:1, 26:4, 26:7, 26:11, 26:12, 26:18, 26:20, 27:6, 27:10, 27:17, 27:19, 27:21, 28:1, 30:10, 30:13, 31:9, 31:13, 31:17, 31:21, 31:22, 32:5, 32:7, 33:2, 33:5, 33:10, 33:12, 33:18, 34:13, 34:16, 34:25, 35:2, 35:14, 35:18, 35:20, 36:17, 36:20, 37:12, 37:15, 38:5, 38:7, 38:16, 38:18, 38:25, 39:1, 39:7, 39:9, 39:17, 39:19, 39:22, 39:24, 40:2, 40:7, 40:9, 40:17, 40:19, 41:15, 41:18, 42:11, 42:13, 43:18, 43:20, 45:5, 45:8, 45:12, 45:14, 46:4, 46:6, 46:20, 46:22, 47:4, 47:7, 47:24, 48:2, 48:8, 48:12, 48:25, 49:3, 49:4, 49:9, 49:11, 50:1, 50:3, 50:16, 50:20, 51:9, 51:11, 52:16, 52:18, 53:11, 53:15, 54:3, 54:5, 54:12, 54:14, 54:18, 54:20, 55:4, 55:7, 55:11, 55:13, 55:17, 55:19, 55:23, 56:1, 56:7, 56:11,

56:19, 56:21, 57:2, 57:4, 57:7, 57:10, 57:12, 57:23, 58:1, 58:13, 58:15, 59:9, 59:12, 59:18, 59:21, 60:4, 60:6, 60:10, 60:12, 60:15, 61:5, 61:7, 61:18, 61:20, 62:1, 62:3, 63:3, 63:6, 63:8, 63:12, 63:13, 64:2, 64:5, 64:6, 64:10, 64:11, 64:20, 64:21, 65:2, 65:6, 65:18, 65:21, 66:7, 66:8, 66:22, 67:2, 67:3, 69:19, 69:22, 70:22, 71:1, 71:15, 71:18, 71:23, 71:25, 72:16, 72:19, 73:8, 73:10, 74:20, 74:22, 75:5, 75:8, 75:13, 75:16, 76:7, 76:11, 76:14, 76:15, 76:22, 77:1, 77:9, 77:12, 79:4, 79:7, 79:24, 80:2, 80:9, 80:12, 80:20, 80:23, 81:4, 81:7, 81:19, 81:23, 82:13, 82:16, 82:25, 83:3, 83:19, 83:22, 84:5, 84:8, 84:17, 84:20, 84:24, 85:2, 85:12, 85:15, 85:24, 86:2, 86:8, 86:12, 86:15, 86:18, 87:2, 87:5, 87:9, 87:10, 87:13, 87:15, 87:18, 87:20, 88:2, 88:6, 88:10, 89:6, 89:9, 89:12, 96:12, 96:20, 96:21, 96:25, 97:4, 97:19, 97:21, 98:13, 98:16, 99:11, 99:13, 99:21, 99:23, 100:11, 100:15, 100:22, 100:24, 101:19, 101:21, 102:1, 102:4, 102:8, 102:10, 102:23, 103:1, 103:8, 103:10, 103:17, 103:18, 103:22, 103:24, 104:25, 105:4, 105:6, 105:9, 105:11, 105:14, 105:18, 105:20, 105:23, 106:1, 106:3, 106:8, 106:9, 106:12, 106:13, 107:7, 107:10, 107:12, 107:14, 107:21, 107:24, 108:4, 108:5, 108:8, 108:11, 108:17, 108:20, 108:23, 109:6, 109:9, 109:10, 109:13, 109:17, 110:4, 110:8,

110:13, 110:15, 110:20, 110:22, 111:1, 111:6, 111:12, 111:13, 111:20, 111:23, 112:5, 112:8, 113:4, 113:6, 117:20, 117:24, 119:19, 119:22, 119:24, 120:10, 120:14, 120:15, 120:22, 120:25, 121:2, 121:3, 121:9, 121:11, 121:15, 121:17, 121:21, 121:23, 122:1, 122:3, 122:7, 122:9, 122:14, 122:17, 122:22, 122:24, 123:15, 123:18, 123:19, 124:1, 124:3, 124:10, 124:12, 125:3, 125:6, 125:13, 125:16, 125:23, 126:1, 126:7, 126:10, 127:3, 127:5, 127:15, 127:18, 127:24, 128:2, 128:8, 128:11, 128:19, 128:22, 129:6, 129:9, 129:18, 129:21, 130:7, 130:10, 131:3, 131:6, 131:18, 131:22, 131:25, 132:4, 132:25, 133:3, 133:13, 133:16, 133:18, 133:24, 134:2, 134:7, 134:10, 134:18, 134:21, 135:17, 135:23, 136:1, 136:19, 136:23, 137:5, 137:8, 137:14, 137:19, 138:16, 138:20, 138:25, 139:3, 139:4, 139:16, 139:19, 140:1, 140:4, 140:10, 140:13, 140:18, 140:21, 141:3, 141:6, 141:16, 141:23, 142:4, 142:10, 142:13, 142:20, 142:23, 143:8, 143:11, 143:19, 143:22, 145:17, 145:20, 146:9, 146:12, 146:24, 147:2, 147:4, 147:13, 147:16, 147:20, 147:22, 148:3, 148:5, 148:15, 148:18, 149:1, 149:4, 149:10, 149:13, 149:18, 149:21, 150:1, 150:8, 150:11, 150:22, 151:1, 151:6, 151:8, 151:15, 151:18, 152:1, 152:4, 152:12, 152:15, 152:21, 152:23, 153:2, 153:5, 153:10, 153:13, 153:20, 153:23, 154:4, 154:7, 154:16, 154:18, 155:3, 155:6, 155:13,

155:16, 156:3, 156:6, 156:10, 156:13, 156:20, 156:23, 157:7, 157:10, 157:14, 157:17, 157:23, 158:1, 158:9, 158:12, 158:19, 158:21, 159:6, 159:9, 159:22, 159:24, 160:7, 160:8, 160:13, 160:16, 160:20, 160:22, 161:8, 161:10, 161:13, 161:17, 162:24, 163:2, 163:18, 163:21, 164:13, 164:16, 164:21, 164:24, 165:5, 165:8, 165:16, 165:19, 165:24, 166:2, 166:5, 166:7, 166:10, 166:18, 166:25, 167:3, 167:10, 167:13, 168:10, 168:13, 168:21, 168:24, 169:3, 169:7, 169:15, 169:18, 169:25, 170:1, 170:11, 170:14, 170:15, 170:19, 170:21, 171:10, 171:12, 171:15, 171:18, 172:3, 172:7, 172:17, 172:20, 173:10, 173:13, 173:15, 173:17, 174:10, 176:13, 177:16, 177:22, 178:17, 178:19, 178:24, 179:1, 179:6, 179:8, 179:21, 179:22, 180:2, 180:3, 180:8, 180:10, 180:15, 181:3, 181:8, 181:18, 182:1, 182:6, 182:8, 182:20, 182:22, 183:4, 183:6, 183:12, 183:14, 183:24, 184:1, 185:3, 185:5, 186:5, 186:7, 188:16, 188:19, 188:21, 188:23, 189:6, 189:9, 189:22, 190:1, 190:10, 190:12, 190:17, 190:21, 191:22, 192:1, 193:17, 193:20, 194:9, 194:12, 195:3, 195:8, 195:11, 198:15, 198:18, 198:19, 199:11, 199:12, 200:7, 200:10, 200:20, 200:23, 201:12, 201:17, 202:10, 202:12, 202:15, 202:19, 203:15, 203:17, 204:22, 205:1, 205:11, 205:15, 205:21, 206:1, 206:9, 206:12, 206:20, 206:23, 207:5, 207:8, 207:13, 207:16, 207:23, 208:1, 208:8, 208:11

_, 208:17_, 208:20_, 208:25_, 209:3_, 209:8, 209:10_, 209:16_, 209:19_, 210:7_, 210:10_, 211:9_, 211:12_, 211:19_, 211:20_, 211:22_, 211:24_, 212:5_, 212:8_, 212:11_, 212:13_, 212:18_, 212:20_, 213:11_, 213:14_, 214:3_, 214:9_, 214:12_, 214:21_, 214:24_, 215:3_, 215:4_, 216:5, 216:7_, 216:10_, 216:13_, 216:20_, 216:23_, 218:17_, 218:20_, 219:17_, 219:20_, 220:8_, 220:11_, 220:16_, 220:19_, 221:18, 221:19_, 222:7_, 222:9_, 223:10_, 223:13_, 223:21, 223:23_, 224:1_, 224:5_, 225:1_, 225:4_, 225:9_, 225:12_, 225:22_, 226:1_, 226:8_, 226:16_, 226:18_, 230:17_, 230:22_, 230:24_, 231:4_, 231:7_, 231:17_, 231:21_, 232:13_, 232:16_, 232:25_, 233:3_, 233:10_, 233:16, 233:17_, 234:6_, 234:9_, 234:20_, 234:23_, 235:9_, 235:12_, 235:24_, 236:2_, 236:20_, 236:23_, 236:24_, 237:12_, 237:15_, 237:16_, 238:11_, 238:14_, 238:22_, 239:1_, 239:9_, 239:21_, 240:1_, 240:5_, 240:8_, 240:11_, 240:19_, 241:1_, 241:3_, 241:13_, 241:25_, 242:22_, 246:22_, 247:1_, 247:7_, 247:17_, 249:6_, 253:24_, 255:11_, 259:23_, 263:1_, 264:6_, 264:8_, 264:16_, 265:5_, 265:8_, 265:10_, 265:21_, 266:22_, 267:8_, 267:14_, 267:20_, 267:23_, 269:17_, 269:20_, 269:21_, 270:19_, 270:21_, 272:11_, 273:21_, 274:20

**Medetis-Long** [4]_ - 3:9_, 239:20_, 267:13_, 276:15

**MEDETIS-LONG** [834]_ - 3:12_, 8:5_, 8:12_, 9:21_, 9:24_, 10:22_, 10:23_, 11:12_, 11:15, 11:16_, 11:25, 12:2_, 13:6_, 13:9_, 13:13_, 13:15_, 14:21_, 14:24_, 15:3_, 15:5_, 16:1_, 16:4_, 16:11, 16:13_,

16:20_, 16:22_, 17:4_, 17:7_, 18:15, 18:17_, 19:8_, 19:11_, 19:18_, 19:20_, 19:25_, 20:3_, 20:24_, 21:2_, 21:5, 21:8_, 21:11, 21:12_, 21:20_, 21:22_, 22:2, 22:4_, 22:14_, 22:16_, 23:7_, 23:10_, 23:14_, 23:15_, 23:21_, 23:24_, 24:3_, 24:6_, 24:12_, 24:14_, 25:9_, 25:12_, 25:15, 25:17_, 25:24, 26:1_, 26:4_, 26:7_, 26:11_, 26:12_, 26:18, 26:20_, 27:6_, 27:10_, 27:17, 27:19_, 27:21_, 28:1_, 30:10_, 30:13_, 31:9_, 31:13_, 31:17_, 31:21_, 31:22, 32:5, 32:7_, 33:2_, 33:5_, 33:10, 33:12_, 33:18_, 34:13_, 34:16_, 34:25, 35:2_, 35:14_, 35:18, 35:20_, 36:17_, 36:20_, 37:12_, 37:15_, 38:5_, 38:7_, 38:16, 38:18_, 38:25_, 39:1_, 39:7_, 39:9_, 39:17_, 39:19_, 39:22_, 39:24_, 40:2_, 40:7, 40:9_, 40:17, 40:19_, 41:15_, 41:18_, 42:11, 42:13_, 43:18_, 43:20_, 45:5_, 45:8_, 45:12, 45:14_, 46:4_, 46:6_, 46:20, 46:22_, 47:4_, 47:7_, 47:24_, 48:2_, 48:8_, 48:12_, 48:25_, 49:3, 49:4_, 49:9, 49:11_, 50:1, 50:3_, 50:16_, 50:20_, 51:9_, 51:11_, 52:16_, 52:18_, 53:11_, 53:15_, 54:3_, 54:5_, 54:12, 54:14_, 54:18_, 54:20_, 55:4_, 55:7_, 55:11_, 55:13_, 55:17, 55:19_, 55:23_, 56:1_, 56:7_, 56:11_, 56:19, 56:21_, 57:2_, 57:4_, 57:7_, 57:10, 57:12_, 57:23_, 58:1_, 58:13_, 58:15_, 59:9_, 59:12_, 59:18_, 59:21_, 60:4_, 60:6_, 60:10_, 60:12_, 60:15_, 61:5_, 61:7_, 61:18_, 61:20_, 62:1_, 62:3_, 63:3_, 63:6_, 63:8_, 63:12, 63:13_, 64:2_, 64:5_, 64:6_, 64:10_, 64:11_, 64:20_, 64:21_, 65:2_, 65:6_, 65:18_, 65:21_, 66:7_, 66:8_, 66:22_, 67:2_, 67:3_, 69:19_, 69:22_, 70:22_,

71:1_, 71:15_, 71:18_, 71:23, 71:25_, 72:16_, 72:19_, 73:8_, 73:10_, 74:20_, 74:22_, 75:5_, 75:8_, 75:13_, 75:16_, 76:7_, 76:11_, 76:14, 76:15_, 76:22_, 77:1_, 77:9_, 77:12_, 79:4_, 79:7_, 79:24_, 80:2_, 80:9_, 80:12_, 80:20_, 80:23_, 81:4_, 81:7_, 81:19_, 81:23_, 82:13_, 82:16_, 82:25_, 83:3_, 83:19_, 83:22_, 84:5_, 84:8_, 84:17_, 84:20_, 84:24_, 85:2_, 85:12_, 85:15_, 85:24_, 86:2_, 86:8_, 86:12_, 86:15_, 86:18_, 87:2_, 87:5_, 87:9, 87:10_, 87:13_, 87:15_, 87:18_, 87:20_, 88:2_, 88:6_, 88:10_, 89:6_, 89:9_, 89:12_, 96:12_, 96:20_, 96:21_, 96:25_, 97:4_, 97:19_, 97:21_, 98:13_, 98:16_, 99:11, 99:13_, 99:21_, 99:23_, 100:11_, 100:15_, 100:22, 100:24_, 101:19_, 101:21_, 102:1, 102:4_, 102:8_, 102:10_, 102:23_, 103:1_, 103:8, 103:10_, 103:17, 103:18_, 103:22_, 103:24_, 104:25_, 105:4_, 105:6, 105:9_, 105:11_, 105:14_, 105:18, 105:20_, 105:23_, 106:1, 106:3_, 106:8, 106:9_, 106:12, 106:13_, 107:7_, 107:10_, 107:12_, 107:14_, 107:21_, 107:24_, 108:4, 108:5_, 108:8_, 108:11_, 108:17_, 108:20_, 108:23_, 109:6_, 109:9_, 109:10_, 109:13_, 109:17_, 110:4_, 110:8_, 110:13_, 110:15_, 110:20_, 110:22_, 111:1_, 111:6_, 111:12_, 111:13_, 111:20_, 111:23_, 112:5_, 112:8_, 113:4, 113:6_, 117:20_, 117:24_, 119:19_, 119:22_, 119:24_, 120:10_, 120:14_, 120:15_, 120:22_, 120:25_, 121:2_, 121:3_, 121:9, 121:11_, 121:15_, 121:17_, 121:21, 121:23_, 122:1, 122:3_, 122:7_, 122:9_, 122:14_, 122:17_, 122:22_, 122:24_, 123:15_, 123:18_, 123:19_, 124:1,

124:3_, 124:10_, 124:12_, 125:3_, 125:6_, 125:13_, 125:16_, 125:23_, 126:1_, 126:7_, 126:10_, 127:3_, 127:5_, 127:15_, 127:18_, 127:24_, 128:2_, 128:8_, 128:11_, 128:19_, 128:22_, 129:6_, 129:9_, 129:18_, 129:21_, 130:7_, 130:10_, 131:3_, 131:6_, 131:18_, 131:22_, 131:25_, 132:4_, 132:25_, 133:3_, 133:13_, 133:16_, 133:18_, 133:24_, 134:2_, 134:7_, 134:10_, 134:18_, 134:21_, 135:17_, 135:23_, 136:1_, 136:19_, 136:23_, 137:5_, 137:8_, 137:14_, 137:19_, 138:16_, 138:20_, 138:25_, 139:3_, 139:4_, 139:16_, 139:19_, 140:1_, 140:4_, 140:10_, 140:13_, 140:18_, 140:21_, 141:3_, 141:6_, 141:16_, 141:23_, 142:4_, 142:10_, 142:13_, 142:20_, 142:23_, 143:8_, 143:11_, 143:19_, 143:22_, 145:17_, 145:20_, 146:9_, 146:12_, 146:24_, 147:2_, 147:4_, 147:13_, 147:16_, 147:20_, 147:22_, 148:3_, 148:5_, 148:15_, 148:18_, 149:1_, 149:4_, 149:10_, 149:13_, 149:18_, 149:21_, 150:1_, 150:8_, 150:11_, 150:22_, 151:1_, 151:6_, 151:8_, 151:15_, 151:18_, 152:1_, 152:4_, 152:12_, 152:15_, 152:21, 152:23_, 153:2_, 153:5_, 153:10_, 153:13_, 153:20_, 153:23_, 154:4_, 154:7_, 154:16, 154:18_, 155:3_, 155:6_, 155:13_, 155:16_, 156:3_, 156:6_, 156:10_, 156:13_, 156:20_, 156:23_, 157:7_, 157:10_, 157:14_, 157:17_, 157:23_, 158:1_, 158:9_, 158:12_, 158:19_, 158:21_, 159:6_, 159:9_, 159:22, 159:24_, 160:7_, 160:8_, 160:13_, 160:16_, 160:20, 160:22_, 161:8_, 161:10_, 161:13_, 161:17_, 162:24_, 163:2_, 163:18_, 163:21_, 164:13_, 164:16_, 164:21_, 164:24_, 165:5_, 165:8_, 165:16_, 165:19_, 165:24

_, 166:2_, 166:5_, 166:7_, 166:10_, 166:18_, 166:25_, 167:3_, 167:10_, 167:13_, 168:10_, 168:13_, 168:21_, 168:24_, 169:3_, 169:7_, 169:15_, 169:18_, 169:25, 170:1_, 170:11_, 170:14, 170:15_, 170:19, 170:21_, 171:10_, 171:12_, 171:15_, 171:18_, 172:3_, 172:7_, 172:17_, 172:20_, 173:10_, 173:13_, 173:15_, 173:17_, 174:10_, 176:13_, 177:16_, 177:22_, 178:17_, 178:19_, 178:24_, 179:1_, 179:6_, 179:8_, 179:21, 179:22_, 180:2, 180:3_, 180:8, 180:10, 180:15_, 181:3_, 181:8_, 181:18_, 182:1_, 182:6_, 182:8_, 182:20, 182:22_, 183:4, 183:6_, 183:12_, 183:14_, 183:24_, 184:1_, 185:3_, 185:5_, 186:5, 186:7_, 188:16_, 188:19_, 188:21_, 188:23_, 189:6_, 189:9_, 189:22_, 190:1_, 190:10_, 190:12_, 190:17_, 190:21_, 191:22_, 192:1_, 193:17_, 193:20_, 194:9_, 194:12_, 195:3_, 195:8_, 195:11_, 198:15_, 198:18_, 198:19_, 199:11, 199:12_, 200:7_, 200:10_, 200:20_, 200:23_, 201:12_, 201:17_, 202:10, 202:12_, 202:15_, 202:19_, 203:15, 203:17_, 204:22_, 205:1_, 205:11_, 205:15_, 205:21_, 206:1_, 206:9_, 206:12_, 206:20_, 206:23_, 207:5_, 207:8_, 207:13_, 207:16_, 207:23_, 208:1_, 208:8_, 208:11_, 208:17_, 208:20_, 208:25_, 209:3_, 209:8, 209:10_, 209:16_, 209:19_, 210:7_, 210:10_, 211:9_, 211:12_, 211:19_, 211:20_, 211:22_, 211:24_, 212:5_, 212:8_, 212:11_, 212:13_, 212:18_, 212:20_, 213:11_, 213:14_, 214:3_, 214:9_, 214:12_, 214:21_, 214:24_, 215:3_, 215:4_, 216:5, 216:7_, 216:10_, 216:13_, 216:20_, 216:23_, 218:17_, 218:20_, 219:17_, 219:20_, 220:8_, 220:11_,

220:16_, 220:19_, 221:18, 221:19_, 222:7_, 222:9_, 223:10_, 223:13_, 223:21, 223:23_, 224:1_, 224:5_, 225:1_, 225:4_, 225:9_, 225:12_, 225:22_, 226:1_, 226:8_, 226:16_, 226:18_, 230:17_, 230:22_, 230:24_, 231:4_, 231:7_, 231:17_, 231:21_, 232:13_, 232:16_, 232:25_, 233:3_, 233:10_, 233:16, 233:17_, 234:6_, 234:9_, 234:20_, 234:23_, 235:9_, 235:12_, 235:24_, 236:2_, 236:20_, 236:23_, 236:24_, 237:12_, 237:15_, 237:16_, 238:11_, 238:14_, 238:22_, 239:1_, 239:9_, 239:21_, 240:1_, 240:5_, 240:8_, 240:11_, 240:19_, 241:1_, 241:3_, 241:13_, 241:25_, 242:22_, 246:22_, 247:1_, 247:7_, 247:17_, 249:6_, 253:24_, 255:11_, 259:23_, 263:1_, 264:6_, 264:8_, 264:16_, 265:5_, 265:8_, 265:10_, 265:21_, 266:22_, 267:8_, 267:14_, 267:20_, 267:23_, 269:17_, 269:20_, 269:21_, 270:19_, 270:21_, 272:11_, 273:21_, 274:20

**media** [4]_ - 145:4_, 305:5_, 305:11_, 305:13

**meet** [2]_ - 20:22_, 47:10

**meeting** [1]_ - 20:13

**member** [1]_ - 269:3

**members** [3]_ - 38:2_, 189:12_, 304:13

**memory** [1]_ - 175:15

**mental** [1]_ - 286:24

**mentioned** [2]_ - 97:25_, 112:24

**mere** [1]_ - 258:19

**merely** [1]_ - 284:22

**mess** [1]_ - 217:2

**message** [86]_ - 12:5_, 12:7_, 12:12_, 13:4_, 20:5_, 20:10_, 20:12_, 24:8_, 45:16_, 45:22_, 50:6_, 51:13_, 51:19_, 51:25_, 52:5_, 52:22_, 52:24_, 53:5_, 54:6_, 54:21_, 54:22_, 65:8_, 65:23_, 65:24_, 66:9_, 67:5_, 67:20_, 67:22_, 68:10_,

69:5_, 69:6_, 69:8_, 69:24_, 70:1_, 70:14_, 74:1_, 74:5_, 74:12_, 98:18_, 99:7_, 100:6_, 144:3_, 144:7_, 145:12_, 145:22_, 148:12_, 163:23_, 164:7_, 195:18_, 195:19_, 196:13_, 196:15_, 196:19_, 197:10_, 197:12_, 198:11_, 199:4_, 199:8_, 199:18_, 199:21_, 199:25_, 200:2_, 200:3_, 200:5_, 200:14_, 201:6_, 202:3_, 202:5_, 215:7_, 215:19_, 215:23_, 216:2_, 217:4_, 218:10_, 219:7_, 219:22_, 222:8_, 223:15_, 224:14_, 224:19_, 235:18_, 236:8_, 236:9_, 236:11

**messages** [15]_ - 11:18_, 13:21_, 47:17_, 51:20_, 66:16_, 67:15_, 146:5_, 195:16_, 198:24_, 201:22_, 220:21_, 221:3_, 224:7_, 230:15_, 296:1

**messaging** [3]_ - 66:13_, 215:5_, 235:3

**met** [3]_ - 270:14_, 284:12_, 307:14

**metal** [2]_ - 206:15_, 206:16

**meters** [1]_ - 65:15

**Metrorail** [1]_ - 211:4

**Mexican** [1]_ - 79:22

**Mexico** [26]_ - 148:22_, 204:18_, 204:19_, 207:4_, 207:11_, 207:22_, 208:4_, 208:14_, 208:15_, 208:24_, 209:25_, 210:15_, 212:4_, 212:22_, 212:24_, 213:24_, 217:9_, 218:4_, 218:6_, 219:10_, 259:5_, 259:9_, 272:4_, 272:7_, 272:10

**MIA** [7]_ - 209:25_, 210:5_, 212:3_, 212:22_, 212:24_, 213:24_, 214:19

**Miami** [12]_ - 204:19_, 204:21_, 208:14_, 208:15_, 209:6_, 209:15_, 210:3_, 210:5_, 211:3_, 211:5_, 212:3_, 214:7

**mic** [1]_ - 92:9

**Michael** [1]_ - 301:16

**mid** [1]_ - 194:23

**mid-August** [1]_ - 194:23

**might** [5]_ - 48:7_, 98:11_, 243:11_, 248:23_, 309:2

**Mile** [1]_ - 237:22

**Military** [11]_ - 179:11_, 179:13_, 180:14_, 180:19_, 180:20_, 180:21_, 183:1_, 183:19_, 186:3_, 187:10_, 188:8

**military** [1]_ - 221:24

**military-grade** [1]_ - 221:24

**Militello** [12]_ - 3:19_, 3:21_, 5:2_, 91:17_, 94:8_, 94:20_, 95:16_, 175:6_, 241:6_, 246:8_, 301:19_, 302:2

**MILITELLO** [21]_ - 5:4_, 5:20_, 6:7_, 6:14_, 91:20_, 92:10_, 92:17_, 94:10_, 94:22_, 95:6_, 96:7_, 175:7_, 175:13_, 175:19_, 175:24_, 241:10_, 246:9_, 301:21_, 302:6_, 302:11_, 302:16

**millions** [2]_ - 256:24_, 274:14

**Milsun** [1]_ - 301:17

**mind** [2]_ - 277:9_, 305:1

**mini** [2]_ - 264:14_, 268:9

**minimum** [1]_ - 285:21

**minus** [1]_ - 130:18

**minute** [3]_ - 51:20_, 107:21_, 110:13

**minutes** [23]_ - 14:8_, 14:9_, 81:18_, 86:15_, 89:23_, 108:8_, 108:20_, 109:6_, 111:21_, 159:2_, 166:2_, 174:14_, 197:20_, 239:12_, 239:16_, 239:21_, 242:25_, 243:10_, 278:14_, 310:4_, 310:5_, 310:15

**misidentifies** [1]_ - 178:11

**misleadingly** [1]_ - 300:17

**miss** [2]_ - 199:9_, 199:24

**missile** [3]_ - 222:2_, 222:3

**missing** [4]_ - 6:16_, 289:21_, 289:23_, 296:22

**mistake** [3]_ - 245:20_, 245:22_, 246:3

**model** [1]_ - 168:19

**modified** [6] - 26:16, 60:21, 97:17, 101:24, 103:6, 151:9

**moment** [20] - 5:1, 6:17, 39:15, 63:5, 65:4, 66:25, 67:15, 107:12, 113:3, 138:15, 190:25, 226:8, 227:9, 239:23, 242:22, 250:1, 270:10, 274:23, 275:19, 298:16

**moments** [3] - 230:11, 265:2, 281:16

**Monday** [14] - 95:16, 199:14, 201:9, 212:3, 217:10, 218:4, 219:10, 276:23, 301:20, 308:20, 308:25, 309:25, 310:1, 310:18

**Monday's** [1] - 217:13

**money** [6] - 20:14, 42:5, 42:7, 50:9, 50:15, 201:25

**Money** [1] - 261:16

**monitoring** [1] - 222:20

**month** [1] - 45:18

**months** [4] - 253:3, 253:5, 257:12, 257:14

**morning** [15] - 3:2, 3:8, 3:11, 3:12, 3:16, 3:18, 3:20, 3:23, 7:23, 8:3, 8:4, 72:9, 81:17, 116:17, 155:25

**mosquito** [1] - 163:9

**most** [9] - 28:4, 247:12, 261:11, 272:17, 276:22, 288:22, 297:11, 303:9, 309:25

**motion** [11] - 277:21, 278:21, 285:10, 285:14, 288:13, 289:8, 300:22, 301:9, 301:12, 303:7, 306:13

**motions** [2] - 275:24, 277:19

**motive** [1] - 305:2

**Moto** [2] - 21:4, 25:14

**motor** [1] - 172:10

**Motor** [1] - 168:4

**motorcade** [7] - 104:21, 110:2, 110:10, 136:14, 136:17, 142:6, 258:20

**mounted** [1] - 221:24

**mouse** [1] - 131:13

**move** [9] - 174:3, 174:4, 226:9, 227:2, 245:18, 249:7, 274:20, 278:16, 287:17

**Move** [1] - 271:23

**moved** [3] - 202:25, 239:24, 287:12

**movement** [1] - 287:16

**movie** [2] - 242:12, 261:25

**movies** [2] - 261:8, 261:11

**moving** [19] - 14:20, 46:15, 68:9, 69:5, 78:1, 79:20, 80:9, 80:20, 81:4, 102:22, 136:21, 143:6, 148:24, 151:14, 153:6, 225:9, 230:11, 231:17, 285:24

**MR** [153] - 3:8, 3:16, 4:5, 4:7, 4:14, 4:16, 4:19, 4:23, 5:1, 6:20, 7:4, 7:16, 27:13, 90:15, 91:3, 91:6, 91:16, 93:2, 93:8, 93:15, 95:21, 135:21, 141:21, 175:2, 175:5, 181:23, 226:13, 242:8, 242:16, 243:4, 244:13, 244:16, 245:1, 245:13, 245:20, 245:25, 246:6, 247:21, 247:23, 249:12, 249:21, 249:24, 250:4, 250:10, 250:12, 250:15, 250:22, 250:24, 254:1, 255:15, 255:22, 255:25, 260:12, 262:6, 262:18, 262:21, 263:7, 264:2, 264:4, 264:21, 266:1, 266:9, 266:13, 267:2, 272:13, 272:16, 273:6, 273:7, 274:2, 274:22, 275:3, 275:16, 275:21, 276:1, 276:3, 276:6, 276:8, 276:12, 276:16, 277:22, 277:24, 278:18, 278:20, 278:25, 279:16, 280:14, 282:1, 283:1, 283:16, 285:1, 285:12, 285:17, 286:1, 286:3, 287:2, 287:22, 288:1, 288:15, 288:17, 289:4, 289:13, 290:11, 290:19, 290:24, 291:2, 291:20, 292:21, 292:25, 293:4, 294:3, 294:5, 294:9, 294:17, 294:20, 295:1, 295:3, 295:6,

296:3, 296:6, 296:20, 297:6, 297:15, 297:19, 297:22, 298:8, 298:15, 299:2, 299:4, 299:10, 299:16, 299:18, 299:20, 300:1, 300:6, 300:8, 300:10, 300:16, 301:13, 301:18, 302:9, 303:3, 304:18, 305:17, 305:20, 309:3, 309:6, 309:8, 310:3, 310:8, 310:12, 310:24, 311:10, 311:13

**MS** [858] - 3:12, 3:20, 5:4, 5:20, 6:7, 6:14, 8:5, 8:12, 9:21, 9:24, 10:22, 10:23, 11:12, 11:15, 11:16, 11:25, 12:2, 13:6, 13:9, 13:13, 13:15, 14:21, 14:24, 15:3, 15:5, 16:1, 16:4, 16:11, 16:13, 16:20, 16:22, 17:4, 17:7, 18:15, 18:17, 19:8, 19:11, 19:18, 19:20, 19:25, 20:3, 20:24, 21:2, 21:5, 21:8, 21:11, 21:12, 21:20, 21:22, 22:2, 22:4, 22:14, 22:16, 23:7, 23:10, 23:14, 23:15, 23:21, 23:24, 24:3, 24:6, 24:12, 24:14, 25:9, 25:12, 25:15, 25:17, 25:24, 26:1, 26:4, 26:7, 26:11, 26:12, 26:18, 26:20, 27:6, 27:10, 27:17, 27:19, 27:21, 28:1, 30:10, 30:13, 31:9, 31:13, 31:17, 31:21, 31:22, 32:5, 32:7, 33:2, 33:5, 33:10, 33:12, 33:18, 34:13, 34:16, 34:25, 35:2, 35:14, 35:18, 35:20, 36:17, 36:20, 37:12, 37:15, 38:5, 38:7, 38:16, 38:18, 38:25, 39:1, 39:7, 39:9, 39:17, 39:19, 39:22, 39:24, 40:2, 40:7, 40:9, 40:17, 40:19, 41:15, 41:18, 42:11, 42:13, 43:18, 43:20, 45:5, 45:8, 45:12, 45:14, 46:4, 46:6, 46:20, 46:22, 47:4, 47:7, 47:24, 48:2, 48:8, 48:12, 48:25, 49:3, 49:4, 49:9, 49:11, 50:1, 50:3, 50:16, 50:20, 51:9,

51:11, 52:16, 52:18, 53:11, 53:15, 54:3, 54:5, 54:12, 54:14, 54:18, 54:20, 55:4, 55:7, 55:11, 55:13, 55:17, 55:19, 55:23, 56:1, 56:7, 56:11, 56:19, 56:21, 57:2, 57:4, 57:7, 57:10, 57:12, 57:23, 58:1, 58:13, 58:15, 59:9, 59:12, 59:18, 59:21, 60:4, 60:6, 60:10, 60:12, 60:15, 61:5, 61:7, 61:18, 61:20, 62:1, 62:3, 63:3, 63:6, 63:8, 63:12, 63:13, 64:2, 64:5, 64:6, 64:10, 64:11, 64:20, 64:21, 65:2, 65:6, 65:18, 65:21, 66:7, 66:8, 66:22, 67:2, 67:3, 69:19, 69:22, 70:22, 71:1, 71:15, 71:18, 71:23, 71:25, 72:16, 72:19, 73:8, 73:10, 74:20, 74:22, 75:5, 75:8, 75:13, 75:16, 76:7, 76:11, 76:14, 76:15, 76:22, 77:1, 77:9, 77:12, 79:4, 79:7, 79:24, 80:2, 80:9, 80:12, 80:20, 80:23, 81:4, 81:7, 81:19, 81:23, 82:13, 82:16, 82:25, 83:3, 83:19, 83:22, 84:5, 84:8, 84:17, 84:20, 84:24, 85:2, 85:12, 85:15, 85:24, 86:2, 86:8, 86:12, 86:15, 86:18, 87:2, 87:5, 87:9, 87:10, 87:13, 87:15, 87:18, 87:20, 88:2, 88:6, 88:10, 89:6, 89:9, 89:12, 91:20, 92:10, 92:17, 94:10, 94:22, 95:6, 96:7, 96:12, 96:20, 96:21, 96:25, 97:4, 97:19, 97:21, 98:13, 98:16, 99:11, 99:13, 99:21, 99:23, 100:11, 100:15, 100:22, 100:24, 101:19, 101:21, 102:1, 102:4, 102:8, 102:10, 102:23, 103:1, 103:8, 103:10, 103:17, 103:18, 103:22, 103:24, 104:25, 105:4, 105:6, 105:9, 105:11, 105:14, 105:18, 105:20, 105:23,

106:1, 106:3_, 106:8, 106:9_, 106:12, 106:13_, 107:7_, 107:10_, 107:12_, 107:14_, 107:21_, 107:24 _, 108:4, 108:5_, 108:8_, 108:11_, 108:17_, 108:20 _, 108:23_, 109:6_, 109:9 _, 109:10_, 109:13_, 109:17_, 110:4_, 110:8_, 110:13_, 110:15_, 110:20 _, 110:22_, 111:1_, 111:6 _, 111:12_, 111:13_, 111:20_, 111:23_, 112:5_, 112:8_, 113:4, 113:6_, 117:20_, 117:24_, 119:19 _, 119:22_, 119:24_, 120:10_, 120:14_, 120:15 _, 120:22_, 120:25_, 121:2_, 121:3_, 121:9, 121:11_, 121:15_, 121:17 _, 121:21, 121:23_, 122:1, 122:3_, 122:7_, 122:9_, 122:14_, 122:17_, 122:22 _, 122:24_, 123:15_, 123:18_, 123:19_, 124:1, 124:3_, 124:10_, 124:12_, 125:3_, 125:6_, 125:13_, 125:16_, 125:23_, 126:1_, 126:7_, 126:10_, 127:3_, 127:5_, 127:15_, 127:18_, 127:24_, 128:2_, 128:8_, 128:11_, 128:19_, 128:22 _, 129:6_, 129:9_, 129:18 _, 129:21_, 130:7_, 130:10_, 131:3_, 131:6_, 131:18_, 131:22_, 131:25 _, 132:4_, 132:25_, 133:3 _, 133:13_, 133:16_, 133:18_, 133:24_, 134:2_, 134:7_, 134:10_, 134:18_, 134:21_, 135:17_, 135:23 _, 136:1_, 136:19_, 136:23_, 137:5_, 137:8_, 137:14_, 137:19_, 138:16 _, 138:20_, 138:25_, 139:3_, 139:4_, 139:16_, 139:19_, 140:1_, 140:4_, 140:10_, 140:13_, 140:18 _, 140:21_, 141:3_, 141:6 _, 141:16_, 141:23_, 142:4_, 142:10_, 142:13_, 142:20_, 142:23_, 143:8_, 143:11_, 143:19_, 143:22 _, 145:17_, 145:20_, 146:9_, 146:12_, 146:24_, 147:2_, 147:4_, 147:13_, 147:16_, 147:20_, 147:22 _, 148:3_, 148:5_, 148:15 _, 148:18_, 149:1_, 149:4 _, 149:10_, 149:13_, 149:18_, 149:21_, 150:1_,

150:8_, 150:11_, 150:22_, 151:1_, 151:6_, 151:8_, 151:15_, 151:18_, 152:1_, 152:4_, 152:12_, 152:15_, 152:21, 152:23_, 153:2_, 153:5_, 153:10_, 153:13_, 153:20_, 153:23_, 154:4_, 154:7, 154:16, 154:18_, 155:3_, 155:6_, 155:13_, 155:16_, 156:3_, 156:6_, 156:10_, 156:13_, 156:20 _, 156:23_, 157:7_, 157:10_, 157:14_, 157:17 _, 157:23_, 158:1, 158:9 _, 158:12_, 158:19_, 158:21_, 159:6_, 159:9_, 159:22, 159:24_, 160:7_, 160:8_, 160:13_, 160:16_, 160:20, 160:22_, 161:8_, 161:10_, 161:13_, 161:17 _, 162:24_, 163:2_, 163:18_, 163:21_, 164:13 _, 164:16_, 164:21_, 164:24_, 165:5_, 165:8_, 165:16_, 165:19_, 165:24 _, 166:2_, 166:5_, 166:7_, 166:10_, 166:18_, 166:25 _, 167:3_, 167:10_, 167:13_, 168:10_, 168:13 _, 168:21_, 168:24_, 169:3_, 169:7_, 169:15_, 169:18_, 169:25, 170:1_, 170:11_, 170:14, 170:15_, 170:19, 170:21_, 171:10_, 171:12_, 171:15_, 171:18 _, 172:3_, 172:7_, 172:17 _, 172:20_, 173:10_, 173:13_, 173:15_, 173:17 _, 174:10_, 175:7_, 175:13_, 175:19_, 175:24 _, 176:13_, 177:16_, 177:22_, 178:17_, 178:19 _, 178:24_, 179:1_, 179:6_, 179:8_, 179:21, 179:22_, 180:2, 180:3_, 180:8, 180:10, 180:15_, 181:3_, 181:8_, 181:18_, 182:1_, 182:6_, 182:8_, 182:20, 182:22_, 183:4, 183:6_, 183:12_, 183:14_, 183:24 _, 184:1_, 185:3_, 185:5_, 186:5, 186:7_, 188:16_, 188:19_, 188:21_, 188:23 _, 189:6_, 189:9_, 189:22 _, 190:1_, 190:10_, 190:12_, 190:17_, 190:21 _, 191:22_, 192:1_, 193:17_, 193:20_, 194:9_, 194:12_, 195:3_, 195:8_, 195:11_, 198:15_, 198:18 _, 198:19_, 199:11,

199:12_, 200:7_, 200:10_, 200:20, 200:23_, 201:12 _, 201:17_, 202:10, 202:12_, 202:15_, 202:19 _, 203:15, 203:17_, 204:22_, 205:1_, 205:11_, 205:15, 205:21_, 206:1_, 206:9_, 206:12, 206:20_, 206:23_, 207:5_, 207:8_, 207:13_, 207:16_, 207:23 _, 208:1_, 208:8_, 208:11 _, 208:17_, 208:20_, 208:25_, 209:3_, 209:8, 209:10_, 209:16_, 209:19 _, 210:7_, 210:10_, 211:9 _, 211:12_, 211:19_, 211:20_, 211:22_, 211:24 _, 212:5_, 212:8_, 212:11 _, 212:13_, 212:18_, 212:20_, 213:11_, 213:14 _, 214:3_, 214:9_, 214:12 _, 214:21_, 214:24_, 215:3_, 215:4_, 216:5, 216:7_, 216:10_, 216:13_, 216:20_, 216:23_, 218:17 _, 218:20_, 219:17_, 219:20_, 220:8_, 220:11_, 220:16_, 220:19_, 221:18, 221:19_, 222:7_, 222:9_, 223:10_, 223:13_, 223:21, 223:23_, 224:1_, 224:5_, 225:1_, 225:4_, 225:9_, 225:12_, 225:22_, 226:1_, 226:8_, 226:16_, 226:18_, 230:17_, 230:22_, 230:24 _, 231:4_, 231:7_, 231:17 _, 231:21_, 232:13_, 232:16_, 232:25_, 233:3_, 233:10_, 233:16, 233:17_, 234:6_, 234:9_, 234:20_, 234:23_, 235:9_, 235:12_, 235:24_, 236:2_, 236:20_, 236:23_, 236:24_, 237:12 _, 237:15_, 237:16_, 238:11_, 238:14_, 238:22 _, 239:1_, 239:9_, 239:21 _, 240:1_, 240:5_, 240:8_, 240:11_, 240:19_, 241:1_, 241:3_, 241:10_, 241:13_, 241:25_, 242:22_, 246:9_, 246:22_, 247:1_, 247:7_, 247:17_, 249:6_, 253:24_, 255:11_, 255:19_, 255:21 _, 259:23_, 263:1_, 264:6 _, 264:8_, 264:16_, 265:5 _, 265:8_, 265:10_, 265:21_, 266:22_, 267:8_, 267:14_, 267:20_, 267:23 _, 269:17_, 269:20_, 269:21_, 270:19_, 270:21 _, 272:11_, 273:21_,

274:20_, 301:21_, 302:6_, 302:11_, 302:16

**MSISDN** [4]_ - 19:21_, 21:9_, 21:13_, 25:18

**multimedia** [1]_ - 244:24

**multipack** [1]_ - 249:1

**multiple** [8]_ - 166:20_, 169:2_, 188:11_, 189:16_, 254:6_, 272:7_, 287:17_, 294:13

**municipality** [2]_ - 217:1 _, 217:18

**music** [11]_ - 242:9_, 259:12_, 259:15_, 259:18 _, 259:20_, 259:21, 260:6 _, 260:13_, 260:17

**must** [3]_ - 164:3_, 300:22 _, 309:17

**mustard** [10]_ - 55:22_, 58:4_, 58:21_, 59:17_, 59:23_, 60:8_, 60:9_, 84:12_, 255:6_, 255:7

**mustard-colored** [10]_ - 55:22_, 58:4_, 58:21_, 59:17_, 59:23_, 60:8_, 60:9_, 84:12_, 255:6_, 255:7

**muster** [1]_ - 34:3

**muzzle** [1]_ - 287:15

N

**N/A** [1]_ - 144:25

**N76** [1]_ - 126:20

**naked** [1]_ - 254:15

**name** [71]_ - 8:18_, 13:12 _, 16:18_, 35:17_, 36:22_, 45:11_, 48:19_, 49:16_, 53:18_, 71:22_, 83:6_, 87:16_, 89:16_, 96:23_, 97:7_, 97:12_, 98:23_, 98:25_, 112:12_, 113:9_, 113:14_, 114:9_, 114:14_, 114:21_, 114:24_, 115:3_, 115:7_, 115:14_, 115:18_, 115:21_, 116:3_, 116:9_, 116:25_, 117:7_, 124:6_, 143:25_, 144:1_, 147:19_, 148:9_, 160:25_, 167:19_, 171:2_, 187:16_, 190:6_, 190:15_, 191:9_, 192:14_, 192:17_, 195:14_, 198:22 _, 200:13_, 201:1_, 201:20_, 203:4_, 203:5_, 203:8_, 203:10_, 212:16_, 215:2_, 218:23_, 233:6_,

233:13_, 233:20_, 234:12_, 235:1_, 235:15_, 236:5_, 271:24_, 271:25_, 272:1

**named** [7]_ - 98:19_, 144:4_, 145:23_, 193:11_, 219:22_, 223:15_, 224:8

**names** [4]_ - 15:19_, 203:1_, 203:3_, 227:3

**narcissism** [2]_ - 304:21_, 307:9

**narcissists** [1]_ - 304:25

**narrative** [1]_ - 5:16

**national** [1]_ - 144:21

**nature** [7]_ - 262:14_, 262:24_, 263:11_, 266:7_, 283:24_, 307:16_, 309:11

**near** [16]_ - 76:20_, 117:15_, 117:16_, 121:14_, 122:5_, 123:7_, 123:24_, 179:13_, 180:20_, 183:2_, 183:3_, 183:20_, 211:4_, 221:5_, 237:4_, 288:20

**necessarily** [2]_ - 260:16_, 260:17

**necessary** [1]_ - 243:19

**need** [20]_ - 6:4_, 46:3_, 50:10_, 90:24_, 175:17_, 202:25_, 223:8_, 223:18_, 223:20_, 250:1_, 260:18_, 262:3_, 272:20_, 274:23_, 276:5_, 276:25_, 280:23_, 292:8_, 305:6

**needed** [5]_ - 67:13_, 67:17_, 227:9_, 255:23_, 296:23

**needs** [5]_ - 224:12_, 224:16_, 224:22_, 280:25_, 308:24

**net** [1]_ - 163:9

**network** [1]_ - 23:17

**never** [10]_ - 7:2_, 279:8_, 279:11_, 284:14_, 286:10_, 286:21_, 303:13_, 303:23_, 305:21

**nevertheless** [1]_ - 175:17

**New** [4]_ - 139:14_, 148:22_, 214:8_, 259:6

**new** [5]_ - 90:25_, 220:24_, 266:18_, 301:20_, 306:5

**Newark** [4]_ - 46:24_, 49:13_, 49:18_, 49:19

**News** [1]_ - 153:18

**news** [3]_ - 127:12_, 145:4_, 153:1

**newspaper** [6]_ - 303:9_, 304:7_, 305:4_, 305:5_, 306:4_, 306:14

**newspapers** [1]_ - 96:2

**next** [79]_ - 7:9_, 16:8_, 19:25_, 21:11_, 21:20_, 23:14_, 24:3_, 24:13_, 25:15_, 25:24_, 26:11_, 43:10_, 46:15_, 47:5_, 48:7_, 48:8_, 63:12_, 64:10_, 64:20_, 69:5_, 72:5_, 73:20_, 76:14_, 82:21_, 88:11_, 88:16_, 88:22_, 88:25_, 97:8_, 100:19_, 102:2_, 103:22_, 118:3_, 118:24_, 120:17_, 125:20_, 126:4_, 127:21_, 143:6_, 144:2_, 144:13_, 145:15_, 147:20_, 151:25_, 160:20_, 162:4_, 162:10_, 162:20_, 173:13_, 179:6_, 192:5_, 196:3_, 198:1_, 199:8_, 200:2_, 201:21_, 202:5_, 203:5_, 203:6_, 203:8_, 207:23_, 210:16_, 212:23_, 215:3_, 215:19_, 215:23_, 216:2_, 219:8_, 222:8_, 225:18_, 229:17_, 249:11_, 262:7_, 299:9_, 299:14_, 299:15_, 299:19_, 301:15

**nice** [4]_ - 74:10_, 276:22_, 277:13_, 311:14

**nights** [5]_ - 79:17_, 80:8_, 80:15_, 81:1_, 81:10

**nine** [3]_ - 234:3_, 297:16_, 297:17

**Nissan** [110]_ - 9:2_, 9:6_, 17:20_, 18:1_, 26:15_, 26:22_, 26:23_, 27:23_, 28:2_, 28:4_, 28:13_, 28:17_, 28:21_, 29:2_, 29:6_, 29:10_, 29:14_, 29:20_, 30:2_, 30:4_, 30:17_, 33:7_, 58:10_, 58:23_, 59:3_, 59:25_, 62:12_, 72:23_, 78:23_, 82:4_, 82:21_, 83:8_, 83:24_, 84:10_, 85:8_, 85:17_, 89:21_, 105:7_, 106:22_, 109:19_, 112:15_, 123:10_, 159:11_, 161:23_, 166:21_, 167:5_, 167:6_, 169:1_, 169:11_, 169:22_, 170:9_, 171:1_, 171:8_, 171:14_, 171:22_,

173:1_, 173:4_, 173:5_, 177:7_, 177:25_, 178:5_, 178:12_, 178:14_, 178:21_, 179:3_, 179:10_, 179:24_, 180:5_, 180:12_, 180:17_, 180:25_, 181:5_, 182:14_, 182:24_, 183:9_, 183:16_, 184:3_, 184:7_, 184:11_, 184:15_, 184:20_, 185:7_, 185:15_, 185:19_, 185:23_, 186:2_, 186:15_, 186:19_, 186:23_, 187:9_, 187:21_, 187:25_, 188:7_, 188:25_, 189:4_, 189:15_, 190:3_, 192:21_, 193:24_, 194:8_, 194:16_, 194:22_, 202:23_, 203:21_, 206:6_, 232:19_, 249:19_, 251:1_, 251:16_, 268:6

**noise** [3]_ - 250:8_, 275:20_, 277:25

**none** [1]_ - 245:13

**nonfactor** [1]_ - 282:17

**nonresident** [2]_ - 75:21

**nonviolence** [2]_ - 305:23_, 308:2

**noon** [1]_ - 149:19

**Norinco** [1]_ - 51:3

**normal** [2]_ - 254:6_, 271:14

**North** [17]_ - 9:20_, 13:1_, 19:17_, 23:5_, 25:22_, 30:6_, 30:22_, 33:20_, 33:24_, 49:14_, 66:10_, 79:11_, 86:14_, 169:9_, 170:17_, 190:5_, 220:15

**north** [1]_ - 19:5

**northbound** [1]_ - 237:22

**notably** [1]_ - 28:4

**note** [16]_ - 4:7_, 57:20_, 84:13_, 104:20_, 154:14_, 159:14_, 159:16_, 160:24_, 194:14_, 202:21_, 203:19_, 203:25_, 212:16_, 242:1_, 252:12_, 284:13

**noted** [1]_ - 273:14

**notes** [6]_ - 126:25_, 128:16_, 204:21_, 210:4_, 250:2_, 306:16

**Nothing** [1]_ - 261:16

**nothing** [16]_ - 68:8_, 107:3_, 198:10_, 228:10_, 254:18_, 266:13_, 272:11_,

279:11_, 280:9_, 283:17_, 283:20_, 285:5_, 286:16_, 311:13

**notice** [11]_ - 36:10_, 37:2_, 37:6_, 37:23_, 42:1_, 240:7_, 240:20_, 240:23_, 251:15_, 255:6

**noticed** [5]_ - 102:17_, 239:25_, 240:18_, 303:16_, 306:13

**notices** [1]_ - 240:22

**noticing** [2]_ - 132:21_, 179:17

**nuclear** [1]_ - 224:25

**Number** [2]_ - 3:5_, 278:25

**number** [135] - 4:12_, 8:20_, 9:7_, 9:14_, 11:22_, 12:4_, 12:14_, 12:19_, 13:3_, 13:20_, 13:21_, 14:11_, 15:18_, 19:21_, 21:9_, 21:13_, 22:8_, 22:10_, 22:11_, 22:18_, 22:21_, 25:18_, 25:19_, 39:20_, 39:21_, 50:6_, 54:9_, 54:24_, 56:3_, 56:4_, 56:12_, 57:6_, 57:16_, 72:3_, 72:13_, 72:25_, 73:2_, 73:3_, 89:18_, 92:23_, 92:24_, 93:6_, 100:21_, 126:16_, 131:15_, 131:16_, 151:24_, 159:18_, 173:24_, 173:25_, 187:16_, 194:18_, 195:17_, 203:4_, 203:5_, 203:7_, 225:18_, 228:12_, 238:8_, 240:23_, 240:24_, 248:24_, 249:23_, 250:2_, 250:21_, 252:1_, 253:2_, 253:5_, 253:7_, 253:9_, 254:10_, 254:16_, 254:19_, 254:20_, 254:23_, 254:24_, 254:25_, 255:1_, 265:20_, 268:2_, 270:1_, 270:8_, 270:13_, 271:2_, 278:22_, 281:9_, 282:2_, 283:21_, 285:1_, 289:13_, 289:15_, 289:17_, 290:12_, 291:10_, 291:17_, 291:19_, 291:23_, 292:12_, 292:13_, 292:19_, 293:2_, 293:7_, 293:13_, 293:14_, 293:16_, 293:18_, 294:2_, 294:10_, 294:18_, 294:20_, 295:2_, 295:3_, 295:4_, 295:19_, 295:20_, 295:21_, 296:6_, 296:20_, 296:21_, 296:24_, 297:3_, 297:8_, 297:11_

_, 297:14_, 298:3_, 298:8_, 298:10_, 300:19_, 301:1_, 301:2_, 301:7

**number's** [1]_ - 289:22

**numbered** [2]_ - 91:22

**numbering** [8]_ - 245:14_, 250:7_, 252:16_, 302:3_, 302:5_, 302:21_, 302:22_, 302:23

**numbers** [39]_ - 5:11_, 6:9_, 13:19_, 13:25_, 15:9_, 15:12_, 15:14_, 52:14_, 71:13_, 91:8_, 91:12_, 91:13_, 91:23_, 95:14_, 126:21_, 130:18_, 175:22_, 191:4_, 191:7_, 210:13_, 245:21_, 252:12_, 253:13_, 253:15_, 254:9_, 254:11_, 254:13_, 254:14_, 270:4_, 289:20_, 289:25_, 290:4_, 290:9_, 295:19_, 298:7_, 298:12_, 299:21

**numerous** [4]_ - 36:12_, 151:23_, 175:14_, 205:19

**nylon** [2]_ - 31:6_, 31:7

O

**oath** [7]_ - 8:2_, 89:24_, 96:16_, 174:22_, 176:11_, 246:20_, 267:12

**obfuscate** [1]_ - 166:15

**object** [1]_ - 263:1

**objection** [29]_ - 27:11_, 27:13_, 131:24_, 132:2_, 135:19_, 135:21_, 141:19_, 141:21_, 181:22_, 181:23_, 226:12_, 226:13_, 226:14_, 242:6_, 242:18_, 243:19_, 249:6_, 253:24_, 260:4_, 262:22_, 265:24_, 266:14_, 266:17_, 267:1_, 267:18_, 273:21_, 274:20_, 275:23_, 276:3

**objections** [4]_ - 6:18_, 302:25_, 303:20_, 311:6

**objective** [1]_ - 229:1

**obliterate** [1]_ - 296:13

**obliterated** [35]_ - 57:17_, 254:16_, 254:17_, 255:3_, 270:1_, 270:2_, 270:13_, 270:16_, 289:13_, 289:25_, 290:6_, 290:13_, 291:8_, 291:17_,

291:19_, 292:2_, 293:3_, 293:11_, 293:15_, 293:20_, 294:10_, 294:21_, 295:5_, 295:7_, 295:15_, 295:19_, 295:20_, 295:22_, 297:5_, 298:9_, 300:11_, 300:14_, 300:24_, 301:1

**obliterating** [1]_ - 255:2

**obliteration** [6]_ - 291:4_, 291:10_, 291:13_, 297:24_, 298:4_, 298:14

**obscured** [1]_ - 295:13

**observe** [2]_ - 249:2_, 251:19

**observed** [9]_ - 56:5_, 59:8_, 62:19_, 73:3_, 106:23_, 248:11_, 253:16_, 257:6_, 258:22

**observing** [1]_ - 154:22

**obtain** [5]_ - 27:3_, 36:14_, 138:8_, 138:9_, 222:17

**obtained** [1]_ - 30:21

**obvious** [3]_ - 286:4_, 287:14_, 292:1

**obviously** [9]_ - 242:8_, 266:24_, 285:1_, 286:10_, 286:21_, 293:16_, 304:18_, 306:16_, 311:5

**occasion** [21]_ - 129:13_, 130:1_, 130:22_, 139:9_, 140:7_, 140:24_, 141:9_, 143:2_, 143:15_, 151:22_, 152:9_, 152:19_, 153:16_, 154:1_, 155:21_, 156:17_, 157:3_, 157:20_, 160:2_, 163:6_, 178:10

**occasions** [1]_ - 281:9

**occur** [1]_ - 221:2

**occurred** [3]_ - 13:25_, 50:22_, 221:5

**occurring** [1]_ - 205:18

**offer** [2]_ - 34:4_, 222:20

**offered** [1]_ - 309:10

**offering** [2]_ - 246:14_, 304:13

**office** [3]_ - 50:9_, 88:20_, 241:5

**OFFICER** [2]_ - 7:20_, 176:7

**Officer** [3]_ - 243:6_, 246:5_, 276:10

**officer** [1]_ - 82:19

**official** [1]_ - 277:11

**offset** [1]_ - 254:21

**often** [4]_ - 102:17_, 102:18_, 117:14_, 182:15

**Ohio** [4]_ - 171:20_, 172:9_, 172:14_, 177:9

**old** [2]_ - 227:16_, 305:4

**older** [1]_ - 73:24

**once** [2]_ - 25:4_, 196:8

**one** [169]_ - 6:17_, 9:13_, 11:22_, 12:8_, 14:16_, 15:1_, 16:18_, 17:9_, 17:18_, 18:5_, 18:8_, 18:24_, 19:13_, 21:10_, 23:12_, 26:9_, 36:23_, 39:15_, 44:12_, 47:18_, 52:20_, 54:9_, 54:24_, 55:9_, 56:23_, 60:17_, 60:24_, 62:19_, 63:5_, 63:10_, 64:8_, 65:4_, 66:25_, 67:14_, 67:17_, 72:12_, 73:25_, 74:24_, 76:13_, 88:5_, 88:7_, 88:11_, 89:7_, 90:8_, 91:1_, 91:2_, 94:13_, 95:13_, 96:11_, 100:17_, 103:13_, 113:15_, 113:24_, 118:1_, 118:23_, 119:13_, 119:14_, 121:19_, 123:21_, 124:14_, 125:9_, 125:18_, 128:13_, 128:24_, 129:11_, 129:23_, 131:13_, 132:5_, 132:12_, 133:5_, 134:23_, 137:21_, 139:6_, 151:20_, 152:17_, 154:9_, 155:18_, 156:25_, 160:18_, 163:4_, 167:15_, 169:20_, 172:22_, 174:13_, 175:21_, 177:5_, 178:17_, 180:16_, 181:3_, 186:10_, 192:3_, 193:15_, 198:3_, 205:3_, 207:18_, 209:21_, 210:16_, 211:14_, 212:1_, 213:7_, 214:14_, 221:17_, 225:14_, 227:8_, 227:9_, 228:8_, 231:9_, 231:23_, 237:1_, 239:22_, 239:23_, 242:22_, 244:23_, 253:12_, 255:6_, 257:25_, 264:14_, 264:15_, 268:14_, 268:18_, 270:10_, 272:13_, 273:14_, 273:16_, 274:1_, 274:23_, 275:16_, 280:9_, 281:15_, 281:24_, 283:13_, 286:3_, 289:21_, 289:23_, 289:24_, 290:14_, 291:9_, 291:24_, 292:12_, 293:2_, 293:9_, 294:1_, 295:7_, 296:12_,

296:22_, 300:3_, 303:13_, 303:19_, 305:20_, 309:9_, 309:12_, 310:14

**one's** [2]_ - 228:9_, 229:4

**one-hour** [1]_ - 96:11

**ones** [6]_ - 7:4_, 7:11_, 298:14_, 309:10_, 309:12_, 309:20

**oneself** [1]_ - 305:13

**online** [2]_ - 252:18_, 273:25

**onward** [1]_ - 210:17

**OO** [1]_ - 31:18

**oops** [2]_ - 229:18

**op** [1]_ - 306:15

**op-eds** [1]_ - 306:15

**open** [5]_ - 148:7_, 252:1_, 277:9_, 306:9_, 308:5

**openly** [1]_ - 163:13

**operate** [1]_ - 163:13

**operating** [36]_ - 28:14_, 28:22_, 29:3_, 29:7_, 29:11_, 29:16_, 109:19_, 178:1_, 178:15_, 178:22_, 179:4_, 179:25_, 180:18_, 181:1_, 181:6_, 182:5_, 182:25_, 183:10_, 183:17_, 184:4_, 184:8_, 184:12_, 184:16_, 185:8_, 185:16_, 185:20_, 185:24_, 186:3_, 186:16_, 186:20_, 186:24_, 187:10_, 187:22_, 188:1_, 188:8_, 237:20

**operation** [1]_ - 73:14

**operator** [4]_ - 73:13_, 73:18_, 73:23_, 74:7

**opinion** [1]_ - 308:1

**opportunity** [12]_ - 4:1_, 15:8_, 37:19_, 41:23_, 49:5_, 63:18_, 135:14_, 227:8_, 264:20_, 277:18_, 278:15_, 283:18

**oppose** [1]_ - 286:16

**opposing** [1]_ - 287:8

**opposite** [1]_ - 286:22

**option** [2]_ - 145:5_, 222:12

**options** [4]_ - 273:9_, 296:25_, 297:12

**or..** [1]_ - 253:11

**Oran** [8]_ - 20:7_, 20:8_, 22:19_, 203:6_, 203:8_, 203:13_, 236:8_, 236:14

**Oran's** [1] - 225:18
**orange** [8] - 122:11, 123:5, 123:6, 182:4, 182:10, 182:11, 182:18, 257:25
**order** [12] - 66:2, 93:2, 221:14, 240:25, 280:19, 280:20, 304:3, 305:25, 306:13, 307:25, 308:4, 308:19
**Order** [1] - 3:1
**ordered** [1] - 91:9
**orders** [1] - 307:6
**ordinary** [2] - 241:18, 242:2
**organized** [1] - 246:13
**organizing** [1] - 5:9
**orient** [1] - 277:19
**original** [4] - 94:3, 294:9, 300:11, 300:13
**originally** [2] - 91:21, 241:22
**originals** [4] - 92:11, 92:12, 93:23, 246:9
**originated** [1] - 6:10
**otherwise** [2] - 12:22, 245:19
**ounces** [2] - 122:12, 122:13
**outdoor** [1] - 31:5
**outside** [15] - 10:8, 10:10, 10:11, 10:12, 10:13, 10:16, 92:12, 126:15, 279:7, 279:20, 279:25, 280:5, 280:6, 282:25, 296:8
**overall** [2] - 276:24, 302:1
**overhead** [2] - 148:8, 272:20
**overlaid** [1] - 257:18
**overnight** [6] - 79:17, 80:8, 80:15, 81:1, 81:10, 194:5
**overruled** [5] - 253:25, 259:24, 260:4, 263:3, 273:22
**overwhelming** [3] - 263:22, 281:1, 281:23
**owed** [1] - 66:10
**own** [6] - 5:23, 137:4, 227:2, 244:5, 261:17, 306:15

**owned** [8] - 36:5, 37:10, 38:2, 42:8, 42:9, 280:5, 296:23, 297:10
**owner** [5] - 77:22, 171:2, 172:12, 173:7, 173:20
**owners** [1] - 41:21
**owns** [1] - 137:4
**Oxendine** [16] - 45:2, 51:4, 52:12, 52:25, 53:2, 53:9, 54:1, 54:7, 54:15, 67:16, 69:25, 70:7, 70:15, 71:3, 293:22, 296:1

## P

**p.m** [89] - 17:12, 18:20, 18:25, 28:8, 28:14, 28:18, 29:7, 29:16, 29:21, 52:23, 61:9, 61:15, 61:17, 71:10, 76:2, 76:3, 99:10, 113:16, 113:25, 114:1, 114:10, 115:4, 115:8, 115:22, 116:4, 117:1, 117:8, 118:9, 118:11, 127:14, 134:17, 138:1, 146:19, 151:11, 158:8, 158:18, 158:23, 174:20, 176:2, 176:8, 180:13, 180:18, 181:1, 181:6, 182:17, 182:25, 183:10, 183:17, 186:3, 186:9, 186:16, 187:10, 187:17, 210:14, 217:22, 217:24, 218:15, 233:21, 234:5, 234:18, 235:7, 235:22, 236:12, 237:9, 237:20, 239:14, 240:15, 246:16, 264:25, 267:10, 275:13, 276:13, 277:15, 278:9, 311:16
**pack** [1] - 248:22
**package** [6] - 248:6, 248:10, 248:13, 248:21, 264:10, 266:3
**packaged** [2] - 274:16, 274:17
**packages** [1] - 272:23
**padlocks** [2] - 10:4, 10:7
**page** [205] - 13:14, 15:4, 16:8, 16:12, 17:8, 17:16, 18:6, 18:15, 18:22, 19:18, 19:25,

20:1, 20:2, 21:6, 21:7, 21:9, 21:11, 21:20, 23:14, 24:3, 24:4, 24:13, 25:15, 25:24, 26:11, 27:17, 28:3, 28:11, 28:16, 28:20, 29:1, 29:5, 29:9, 29:13, 29:18, 33:13, 34:25, 35:4, 35:18, 38:6, 38:16, 39:7, 39:15, 39:17, 39:20, 39:21, 40:7, 40:17, 40:25, 41:3, 41:5, 41:10, 42:12, 42:18, 42:23, 43:4, 43:19, 43:23, 43:24, 44:6, 44:8, 46:21, 47:5, 48:7, 48:8, 49:3, 49:9, 50:4, 50:17, 51:10, 53:11, 55:12, 61:6, 63:12, 64:10, 64:20, 67:2, 73:20, 76:14, 87:13, 87:19, 97:8, 99:12, 99:22, 100:19, 101:20, 103:4, 112:9, 113:4, 113:12, 113:18, 113:23, 114:3, 114:7, 114:12, 114:19, 114:23, 115:2, 115:6, 115:13, 115:17, 115:20, 116:1, 116:7, 116:16, 116:21, 116:23, 117:6, 118:3, 121:10, 121:15, 121:21, 122:1, 122:7, 123:18, 124:1, 124:10, 125:20, 126:4, 128:15, 144:2, 144:13, 146:17, 147:3, 147:20, 151:6, 160:20, 170:14, 170:19, 171:10, 173:13, 177:4, 177:23, 178:13, 178:17, 178:24, 179:6, 179:21, 180:2, 180:8, 180:16, 180:24, 181:3, 182:2, 182:7, 182:20, 183:4, 183:12, 183:25, 184:6, 184:10, 184:14, 184:18, 185:4, 185:14, 185:18, 185:22, 186:1, 186:6, 186:13, 186:18, 186:22, 187:7, 187:13, 187:19, 187:24, 188:6, 192:5, 192:13, 193:2, 196:3, 198:1, 198:2, 198:18, 199:11, 201:5, 201:12, 201:13, 201:21, 207:23, 211:19, 211:22, 212:11, 212:23, 214:16, 215:3, 216:2, 221:18, 225:8, 226:6, 226:24, 229:17,

231:11, 233:11, 233:16, 236:23, 237:15, 243:20, 244:5, 270:20
**pages** [6] - 29:23, 36:8, 36:24, 37:19, 41:24, 216:6
**Pages** [1] - 16:15
**paid** [6] - 31:2, 79:18, 80:18, 81:11, 81:14, 81:16
**paint** [5] - 162:13, 188:13, 189:3, 189:4, 189:11
**painting** [7] - 242:11, 262:13, 262:23, 263:8, 263:13, 263:16, 263:19
**pair** [1] - 159:14
**pairs** [1] - 103:13
**Palm** [126] - 9:9, 17:1, 17:14, 17:15, 18:14, 19:6, 19:24, 20:13, 20:17, 23:18, 23:19, 23:20, 26:3, 27:2, 27:4, 28:10, 28:15, 28:19, 28:25, 29:8, 29:16, 44:15, 74:16, 76:6, 76:20, 78:2, 78:5, 86:23, 88:8, 88:21, 98:1, 98:9, 98:11, 100:1, 100:9, 101:1, 101:13, 102:6, 103:15, 103:20, 104:2, 104:11, 104:18, 104:21, 105:8, 106:5, 107:19, 111:4, 112:13, 112:16, 112:19, 112:20, 112:21, 112:24, 116:12, 116:13, 123:2, 123:24, 127:12, 128:6, 128:7, 131:10, 132:19, 134:13, 134:14, 135:1, 136:10, 136:15, 139:15, 140:16, 140:25, 141:10, 142:8, 142:16, 143:3, 146:15, 150:20, 151:3, 151:5, 158:4, 158:5, 158:23, 163:8, 163:13, 173:5, 178:1, 178:15, 179:11, 179:19, 179:20, 179:25, 180:13, 180:19, 181:1, 182:25, 183:10, 184:4, 184:22, 185:8, 185:17, 186:4, 186:16, 187:11, 188:9, 199:7, 204:20, 205:10, 205:20, 207:1, 207:11, 207:21, 207:22, 208:23, 209:6,

219:13_, 232:8_, 237:3_, 258:14_, 258:17

**pants** [1]_ - 238:18

**paper** [2]_ - 84:22_, 273:15

**paperwork** [1]_ - 243:15

**pardon** [3]_ - 111:4_, 177:10_, 232:5

**parentheses** [1]_ - 227:10

**Park** [1]_ - 72:11

**park** [1]_ - 119:3

**parked** [9]_ - 101:16_, 101:18_, 131:11_, 132:9_, 132:16_, 132:17_, 146:16_, 182:13_, 182:15

**parking** [17]_ - 79:17_, 80:8_, 80:15_, 81:1_, 81:10_, 81:14_, 81:25_, 82:5_, 82:6_, 82:23_, 105:8_, 109:20_, 182:13_, 193:22_, 193:25_, 194:5_, 204:1

**parks** [1]_ - 96:2

**part** [25]_ - 23:3_, 32:25_, 34:6_, 47:14_, 47:21_, 62:24_, 64:24_, 95:15_, 98:20_, 136:8_, 203:23_, 216:20_, 241:15_, 241:17_, 242:2_, 251:2_, 256:15_, 256:21_, 284:5_, 294:12_, 294:22_, 299:11_, 299:16_, 304:23_, 307:24

**partial** [9]_ - 291:23_, 293:13_, 294:20_, 295:3_, 295:4_, 295:21_, 298:6_, 298:14

**partially** [2]_ - 57:16_, 126:18

**particular** [15]_ - 15:17_, 36:10_, 48:6_, 85:19_, 101:5_, 120:7_, 143:4_, 176:19_, 183:2_, 184:25_, 208:5_, 271:12_, 271:24_, 271:25_, 290:8

**parties** [9]_ - 90:4_, 91:10_, 92:22_, 93:21_, 93:24_, 276:21_, 277:7_, 308:21_, 310:19

**partner** [2]_ - 65:17_, 203:14

**parts** [2]_ - 293:7_, 293:8

**party** [1]_ - 274:25

**pass** [2]_ - 69:2_, 69:4

**passed** [2]_ - 101:13_, 101:16

**passenger** [1]_ - 49:16

**password** [1]_ - 192:15

**past** [4]_ - 102:15_, 104:6_, 165:14_, 307:17

**path** [6]_ - 118:24_, 119:6_, 148:1_, 154:14_, 165:21_, 282:8

**patience** [2]_ - 7:24_, 246:18

**pause** [7]_ - 89:6_, 105:6_, 106:12_, 107:12_, 109:9_, 166:7_, 174:10

**Pause** [1]_ - 278:3

**pawnshops** [1]_ - 68:25

**pay** [2]_ - 109:23_, 146:6

**paying** [3]_ - 109:19_, 217:1_, 217:2

**PayPal** [1]_ - 87:8

**PBI** [2]_ - 112:21_, 208:4

**PBSO** [1]_ - 112:20

**peaceful** [3]_ - 283:1_, 283:12_, 284:17

**peacefulness** [1]_ - 305:22

**pending** [1]_ - 274:21

**Pennsylvania** [2]_ - 133:10_, 221:7

**people** [12]_ - 107:5_, 145:4_, 146:6_, 203:12_, 217:2_, 252:2_, 252:9_, 260:13_, 274:10_, 274:14_, 279:25_, 286:22

**percent** [13]_ - 296:6_, 296:7_, 296:10_, 296:11_, 296:21_, 296:24_, 297:8_, 297:10_, 297:13_, 297:16_, 298:6_, 301:1

**perfect** [4]_ - 199:1_, 257:18

**perfectly** [1]_ - 259:8

**perhaps** [1]_ - 239:21

**perimeter** [1]_ - 280:4

**period** [4]_ - 76:5_, 176:20_, 204:7_, 277:1

**permissible** [2]_ - 253:22_, 261:4

**permission** [224]_ - 8:6_, 9:21_, 11:12_, 13:6_, 14:21_, 16:1_, 17:4_, 19:8_, 20:24_, 23:7_, 23:21_, 25:9_, 26:4_, 30:10_, 31:9_,

33:2_, 33:15_, 34:13_, 35:11_, 36:17_, 37:12_, 41:15_, 45:5_, 47:24_, 48:25_, 50:18_, 52:16_, 53:13_, 55:4_, 56:8_, 57:7_, 58:13_, 59:9_, 60:10_, 60:12_, 62:1_, 63:3_, 64:2_, 65:2_, 65:18_, 66:23_, 70:23_, 71:15_, 72:16_, 74:20_, 75:5_, 75:13_, 76:8_, 76:22_, 77:9_, 79:4_, 79:24_, 80:10_, 80:21_, 81:5_, 81:20_, 82:13_, 82:25_, 83:19_, 84:5_, 84:17_, 84:24_, 85:13_, 86:8_, 87:2_, 89:9_, 96:25_, 98:13_, 100:11_, 102:23_, 104:25_, 105:23_, 107:7_, 108:17_, 109:13_, 110:4_, 111:8_, 112:5_, 117:21_, 119:19_, 122:15_, 125:3_, 125:13_, 126:7_, 127:3_, 127:16_, 127:24_, 128:8_, 128:19_, 129:6_, 129:18_, 130:7_, 131:3_, 131:18_, 132:25_, 133:14_, 133:24_, 134:7_, 134:18_, 136:19_, 137:5_, 137:16_, 138:16_, 138:25_, 139:16_, 140:1_, 140:10_, 140:18_, 141:3_, 141:17_, 142:10_, 142:20_, 143:8_, 143:19_, 145:17_, 147:2_, 147:13_, 148:15_, 149:1_, 149:10_, 149:22_, 150:8_, 150:22_, 151:15_, 152:1_, 152:12_, 153:2_, 153:10_, 153:20_, 154:4_, 155:3_, 155:13_, 156:3_, 156:10_, 156:21_, 157:7_, 157:14_, 157:23_, 158:9_, 159:6_, 160:13_, 161:13_, 162:24_, 163:18_, 164:13_, 164:21_, 165:5_, 165:16_, 165:24_, 166:25_, 167:10_, 168:10_, 168:21_, 169:3_, 169:15_, 170:11_, 171:15_, 172:3_, 173:10_, 177:17_, 189:6_, 189:22_, 190:18_, 191:22_, 193:17_, 194:9_, 195:8_, 198:15_, 200:7_, 200:20_, 201:14_, 202:15_, 204:22_, 205:12_, 205:21_, 206:9_, 206:20_, 207:5_, 207:13_, 208:8_, 208:17_, 208:25_, 209:8_, 209:16_, 210:7_, 211:9_, 212:5_, 213:11_, 213:25_, 214:9_, 214:22_, 216:10_, 218:17_,

219:17_, 220:8_, 220:16_, 223:10_, 223:21_, 224:2_, 225:1_, 225:10_, 225:22_, 226:16_, 230:17_, 230:22_, 231:4_, 231:18_, 232:13_, 232:25_, 234:6_, 234:20_, 235:9_, 235:24_, 236:20_, 237:12_, 238:11_, 238:22_, 247:2_, 266:23_, 267:14_, 267:20_, 269:17

**permit** [8]_ - 81:25_, 193:22_, 276:20_, 278:14_, 283:4_, 284:8_, 307:22_, 310:19

**permitted** [1]_ - 303:1

**person** [9]_ - 118:25_, 145:14_, 228:4_, 228:22_, 255:10_, 271:24_, 271:25_, 283:7_, 288:6

**persona** [4]_ - 261:18_, 261:23_, 261:24_, 262:1

**personal** [4]_ - 84:1_, 101:18_, 144:23_, 245:3

**persons** [1]_ - 15:15

**pertain** [1]_ - 190:8

**pertaining** [1]_ - 305:13

**pertinent** [1]_ - 305:21

**phone** [288]_ - 8:18_, 8:20_, 9:8_, 9:15_, 11:22_, 12:4_, 13:11_, 13:20_, 13:24_, 14:18_, 15:1_, 16:6_, 16:7_, 17:13_, 17:14_, 18:4_, 19:3_, 19:13_, 19:21_, 20:7_, 20:13_, 21:4_, 21:17_, 21:25_, 22:8_, 22:21_, 22:24_, 23:12_, 23:17_, 24:1, 24:2_, 24:9_, 25:3_, 25:14_, 25:18_, 26:2_, 26:9_, 45:10_, 45:11_, 46:18_, 53:17_, 53:19_, 53:20_, 55:9_, 55:15_, 56:23_, 60:17_, 63:10_, 63:21_, 64:8_, 71:21_, 71:22_, 74:24_, 76:13_, 77:3_, 77:4_, 77:14_, 77:15_, 83:5_, 83:6_, 97:6_, 97:7_, 97:13_, 100:17_, 102:18_, 103:3_, 112:10_, 112:11_, 112:12_, 113:8_, 113:9_, 113:10_, 113:13_, 113:14_, 113:20_, 113:24_, 114:4_, 114:8_, 114:9_, 114:10_, 114:15_, 114:20_, 114:24_, 114:25_, 115:3_, 115:7_, 115:10_, 115:14_, 115:18_, 115:21

_, 115:24_, 116:3_, 116:5_, 116:8_, 116:9_, 116:11_, 116:16_, 116:24_, 116:25_, 117:2_, 117:7_, 117:9_, 117:12_, 117:14_, 118:1_, 118:14_, 118:16_, 119:7_, 119:12_, 119:13_, 119:14_, 119:15_, 119:16_, 119:17_, 119:18_, 120:4_, 124:5_, 124:6_, 124:7_, 124:14_, 124:16_, 125:8_, 125:18_, 126:3_, 126:5_, 126:12_, 126:13_, 128:13_, 128:24_, 129:1_, 129:2_, 129:11_, 129:13_, 129:23_, 129:25_, 130:12_, 130:13_, 133:5_, 133:8_, 134:23_, 134:25_, 135:11_, 137:21_, 137:23_, 138:4_, 139:6_, 139:8_, 139:21_, 139:22_, 140:6_, 140:7_, 140:23_, 140:24_, 141:8_, 141:9_, 141:14_, 142:25_, 143:1_, 143:2_, 143:13_, 143:14_, 143:24_, 143:25_, 147:18_, 148:7_, 151:20_, 151:22_, 152:6_, 152:7_, 152:8_, 152:17_, 152:18_, 153:15_, 153:16_, 153:25_, 154:1_, 154:9_, 154:11_, 154:25_, 155:1_, 155:18_, 155:20_, 156:15_, 156:16_, 156:17_, 156:25_, 157:2_, 157:19_, 157:20_, 159:18_, 160:18_, 163:4_, 163:6_, 167:15_, 169:20_, 172:22_, 186:10_, 187:15_, 187:16_, 187:18_, 190:8_, 192:3_, 192:22_, 192:23_, 193:3_, 194:18_, 195:13_, 195:14_, 195:17_, 198:21_, 200:12_, 200:25_, 201:19_, 203:4_, 203:5_, 203:7_, 205:3_, 205:17_, 205:18_, 207:18_, 209:21_, 211:14_, 212:1_, 212:2_, 212:10_, 213:9_, 213:16_, 213:22_, 214:14_, 215:1_, 218:22_, 218:25_, 219:1_, 225:14_, 231:9_, 231:23_, 233:5_, 233:6_, 233:8_, 233:12_, 233:14_, 233:19_, 233:20_, 233:21_, 234:1_, 234:11_, 234:25_, 235:2_, 235:14_, 236:4_, 236:6_, 237:1_, 246:2_, 247:9_, 249:4

**phones** [65]_ - 9:13_, 15:2_

_, 17:10_, 17:19_, 18:5_, 18:9_, 18:25_, 19:14_, 23:13_, 26:10_, 55:10_, 56:24_, 60:18_, 60:24_, 62:25_, 63:11_, 64:9_, 74:17_, 74:25_, 76:13_, 100:18_, 104:14_, 113:15_, 113:16_, 113:22_, 113:25_, 117:13_, 117:17_, 118:2_, 121:19_, 123:22_, 124:15_, 125:9_, 125:19_, 128:14_, 128:25_, 129:12_, 129:24_, 133:6_, 134:24_, 137:22_, 139:7_, 151:21_, 152:17_, 154:10_, 155:19_, 157:1_, 160:19_, 163:5_, 167:16_, 169:20_, 172:23_, 177:5_, 186:11_, 192:4_, 205:4_, 207:19_, 209:22_, 211:15_, 213:8_, 214:15_, 225:15_, 231:10_, 231:24_, 237:2

**phonetic** [1]_ - 259:11

**photo** [14]_ - 33:6_, 56:4_, 56:5_, 60:1_, 85:24_, 99:17_, 121:12_, 161:1_, 167:5_, 188:25_, 206:14_, 213:21_, 257:17

**photograph** [33]_ - 10:1_, 10:2_, 28:4_, 29:24_, 32:1_, 58:3_, 58:5_, 59:1_, 59:8_, 83:12_, 84:2_, 84:21_, 103:14_, 118:14_, 118:15_, 118:19_, 118:22_, 119:17_, 121:18_, 171:7_, 178:5_, 181:17_, 202:9_, 202:11_, 212:1_, 212:2_, 212:15_, 238:20_, 243:23_, 255:18_, 273:24_, 291:22

**photographs** [13]_ - 31:14_, 102:11_, 102:13_, 146:18_, 243:21_, 244:7_, 244:9_, 273:25_, 291:11_, 292:14_, 294:12_, 295:23_, 304:7

**photos** [18]_ - 57:14_, 60:7_, 63:21_, 85:6_, 102:18_, 102:20_, 103:25_, 104:1_, 104:3_, 104:5_, 104:7_, 146:13_, 146:14_, 151:3_, 245:10_, 251:20_, 255:5_, 270:5

**phrase** [2]_ - 227:11_, 243:20

**phrasing** [1]_ - 260:8

**physical** [5]_ - 8:7_, 78:9_, 78:11_, 150:19_, 255:14

**physically** [1]_ - 78:21

**pick** [2]_ - 228:13_, 229:25

**piction** [1]_ - 213:8

**picture** [27]_ - 6:12_, 10:13_, 10:15_, 17:24_, 101:9_, 119:12_, 154:25_, 159:10_, 178:12_, 213:6_, 213:8_, 238:16_, 244:1_, 244:5_, 254:11_, 254:23_, 266:2_, 269:25_, 290:21_, 291:8_, 292:11_, 292:20_, 294:9_, 299:9_, 300:3_, 300:17

**pictures** [16]_ - 96:2_, 102:16_, 252:2_, 287:14_, 290:20_, 291:6_, 292:11_, 292:22_, 293:10_, 294:11_, 294:13_, 294:22_, 299:5_, 299:24_, 301:3_, 304:13

**piece** [7]_ - 52:21_, 206:3_, 249:13_, 256:13_, 268:22_, 269:12_, 273:15

**Pierce** [1]_ - 257:3

**pillow** [2]_ - 83:10_, 162:15

**pin** [2]_ - 121:14_, 165:11

**pinging** [2]_ - 18:13_, 237:2

**pink** [3]_ - 238:18_, 251:17_, 251:21

**pins** [1]_ - 118:23

**pipe** [2]_ - 33:14_, 161:25

**PKU** [18]_ - 159:19_, 159:20_, 171:20_, 172:11_, 177:8_, 177:25_, 178:15_, 178:22_, 179:4_, 179:10_, 179:24_, 180:5_, 180:12_, 180:17_, 180:25_, 181:6_, 194:19_, 194:20

**placard** [2]_ - 82:5_, 82:6

**place** [10]_ - 158:7_, 158:17_, 217:1_, 237:5_, 292:12_, 294:1_, 297:3_, 306:24_, 310:20_, 311:9

**places** [11]_ - 257:1_, 289:23_, 290:13_, 290:15_, 293:8_, 295:16_, 295:18_, 296:20_, 298:9_, 298:10_, 299:6

**placing** [1]_ - 82:10

**plainly** [2]_ - 279:1_,

297:8

**plan** [3]_ - 204:14_, 204:16_, 310:16

**plane** [41]_ - 99:17_, 99:18_, 99:20_, 100:5_, 101:1_, 101:5_, 101:7_, 101:16_, 101:18_, 102:6_, 103:15_, 103:20_, 104:1_, 104:22_, 104:23_, 110:3_, 110:12_, 110:18_, 111:3_, 111:4_, 111:14_, 111:25_, 131:17_, 132:16_, 132:17_, 136:11_, 144:23_, 144:25_, 146:6_, 146:14_, 146:16_, 147:7_, 148:10_, 151:4_, 258:7_, 258:9_, 258:12_, 258:23_, 271:15

**planes** [9]_ - 131:9_, 131:11_, 131:13_, 132:9_, 132:16_, 259:1_, 271:11

**planning** [6]_ - 11:7_, 44:16_, 96:9_, 242:23_, 276:24_, 310:24

**plastic** [1]_ - 162:7

**Plata** [3]_ - 23:2_, 215:10_, 306:7

**plate** [95]_ - 17:19_, 17:21_, 18:10_, 18:12_, 26:23_, 27:1_, 27:3_, 27:4_, 27:22_, 27:23_, 27:24_, 28:13_, 28:17_, 28:21_, 29:2_, 29:6_, 29:10_, 29:14_, 29:20_, 105:12_, 105:15_, 112:16_, 166:22_, 167:8_, 167:20_, 168:8_, 168:16_, 168:18_, 169:9_, 169:13_, 170:3_, 170:6_, 171:14_, 171:20_, 171:24_, 172:11_, 172:13_, 172:14_, 173:1_, 173:3_, 173:8_, 174:4_, 176:20_, 176:21_, 176:24_, 177:1_, 177:7_, 177:9_, 177:15_, 177:24_, 177:25_, 178:14_, 178:21_, 179:3_, 179:10_, 179:24_, 180:5_, 180:12_, 180:17_, 180:25_, 181:5_, 181:9_, 181:13_, 181:16_, 182:4_, 182:17_, 182:24_, 183:9_, 183:16_, 183:19_, 183:20_, 184:3_, 184:7_, 184:11_, 184:15_, 184:20_, 185:7_, 185:15_, 185:19_, 185:23_, 186:2_, 186:15_, 186:19_, 186:23_, 187:9_, 187:21_, 187:25_, 188:7_, 194:19_, 194:22_, 237:18_, 237:19_, 238:8

**plates** [9] - 166:20, 169:2, 174:5, 176:15, 176:17, 188:11, 189:16, 206:15, 206:16

**platform** [1] - 215:5

**play** [1] - 135:23

**played** [17] - 59:16, 86:17, 105:3, 106:7, 107:23, 108:10, 108:22, 109:8, 109:16, 110:7, 110:14, 111:11, 111:22, 135:24, 142:3, 166:4, 247:6

**pleasant** [1] - 277:2

**plenty** [2] - 218:8, 219:4

**plot** [1] - 143:18

**plus** [2] - 95:25, 222:11

**point** [18] - 92:23, 95:18, 96:18, 112:3, 119:5, 165:10, 165:13, 174:11, 232:22, 290:8, 291:15, 291:18, 293:2, 297:25, 298:2, 304:20, 307:10, 307:13

**pointed** [7] - 282:7, 286:9, 286:21, 287:11, 288:12, 288:23, 289:1

**pointing** [2] - 283:2, 288:25

**police** [5] - 69:2, 82:18, 86:4, 106:25

**policy** [1] - 304:9

**policy-related** [1] - 304:9

**poncho** [2] - 84:16, 162:9

**poor** [1] - 201:25

**popping** [1] - 228:10

**portion** [5] - 72:24, 108:14, 110:1, 142:5, 210:8

**portions** [1] - 254:20

**posed** [1] - 266:11

**position** [3] - 244:21, 285:15, 288:17

**possess** [2] - 55:1, 285:2

**possession** [1] - 270:12

**possible** [2] - 251:25, 275:11

**post** [4] - 298:24, 300:2, 300:7, 300:12

**post-restoration** [3] - 298:24, 300:7, 300:12

**posting** [1] - 277:6

**potential** [1] - 160:6

**potentially** [10] - 31:5, 131:16, 210:16, 229:9, 243:12, 245:17, 263:15, 304:13, 309:12

**powder** [1] - 226:4

**prancing** [1] - 283:22

**preexisting** [1] - 93:16

**premises** [1] - 277:7

**preparation** [1] - 310:19

**prepare** [1] - 160:9

**prepared** [13] - 5:6, 5:22, 6:1, 6:8, 6:18, 6:22, 6:23, 91:21, 175:10, 175:11, 243:2, 282:13, 302:11

**present** [3] - 3:2, 278:10, 278:19

**presentation** [1] - 289:7

**presented** [5] - 276:17, 277:11, 285:18, 289:9, 308:9

**presenting** [1] - 308:5

**presents** [1] - 277:13

**preservation** [1] - 95:9

**preserved** [1] - 243:20

**President** [59] - 78:11, 78:13, 78:14, 98:4, 99:17, 99:18, 101:7, 101:18, 104:21, 104:23, 110:2, 110:10, 111:3, 111:25, 116:15, 124:21, 125:21, 126:14, 129:4, 133:10, 133:23, 136:12, 136:14, 137:3, 137:12, 137:24, 139:11, 140:9, 143:17, 146:15, 148:10, 148:23, 149:8, 150:5, 150:18, 153:1, 153:18, 154:20, 155:11, 155:12, 155:23, 156:2, 156:19, 157:4, 157:22, 160:5, 160:6, 164:1, 191:17, 221:8, 222:6, 271:17, 272:2, 279:2, 279:6, 279:13, 281:3

**president** [8] - 78:12, 110:17, 125:1, 184:24,

230:10, 271:9, 282:20, 283:21

**president's** [4] - 124:19, 127:22, 128:17, 142:6

**President's** [6] - 132:23, 159:4, 258:7, 258:22, 271:6, 271:14

**presidential** [2] - 281:22, 307:2

**pressing** [1] - 4:1

**presumptuous** [1] - 285:8

**pretty** [3] - 259:21, 260:6, 306:16

**preview** [1] - 267:6

**previous** [3] - 87:19, 122:1, 135:12

**previously** [14] - 8:10, 27:8, 90:25, 177:18, 181:20, 182:7, 186:6, 190:18, 242:7, 244:2, 250:21, 269:12, 271:22, 303:5

**price** [3] - 74:4, 222:12, 222:14

**priced** [1] - 77:18

**Priceline.com** [1] - 208:24

**prices** [1] - 222:20

**pricing** [1] - 70:19

**prick** [1] - 229:25

**primary** [2] - 173:20, 175:18

**principles** [1] - 283:10

**print** [1] - 248:18

**printing** [1] - 5:9

**printout** [2] - 265:10, 265:17

**Prisons** [3] - 241:14, 241:18, 242:1

**private** [24] - 99:17, 99:18, 100:9, 101:1, 101:7, 102:6, 103:15, 103:20, 104:1, 104:22, 104:23, 110:12, 111:3, 124:19, 131:16, 132:17, 136:11, 146:14, 148:10, 151:4

**pro** [4] - 90:11, 175:11, 245:11, 278:2

**problem** [4] - 93:15, 223:18, 224:10, 308:11

**problems** [1] - 306:19

**Procedure** [1] - 277:20

**proceed** [8] - 8:4, 27:14, 135:22, 141:22, 177:21, 181:24, 267:6, 267:13

**proceeding** [1] - 305:22

**proceedings** [3] - 277:12, 278:3, 311:16

**process** [7] - 241:17, 251:2, 256:15, 256:21, 294:14, 299:24, 311:4

**processing** [1] - 247:11

**procure** [1] - 44:16

**produced** [1] - 93:17

**production** [5] - 241:8, 242:14, 253:8, 253:9

**project** [4] - 195:6, 200:18, 201:3, 201:24

**projected** [1] - 310:21

**projecting** [1] - 309:25

**promised** [1] - 174:13

**promotions** [1] - 73:14

**pronouncing** [1] - 15:19

**proof** [5] - 270:14, 292:5, 292:6, 306:17, 307:14

**properly** [2] - 228:2, 239:25

**proposal** [1] - 310:2

**propose** [2] - 92:22, 93:9

**proposed** [14] - 5:15, 92:25, 94:19, 94:21, 95:4, 95:13, 95:19, 96:1, 246:12, 281:5, 302:2, 303:2, 303:6, 309:20

**prosecution** [2] - 4:8, 279:3

**protect** [1] - 287:12

**protest** [2] - 279:18, 283:13

**protests** [2] - 279:20, 284:17

**prove** [1] - 305:13

**proven** [4] - 279:7, 279:10, 279:14, 280:10

**provide** [4] - 248:6, 300:24, 308:1, 310:14

**provided** [30] - 4:8, 5:11, 90:9, 90:16, 90:21, 91:1, 91:8,

91:14, 91:25, 92:2, 92:10, 92:19, 92:20, 93:24, 240:1, 240:9, 240:19, 240:20, 240:24, 243:11, 243:21, 264:17, 265:3, 266:2, 300:18, 302:1, 303:3, 303:13, 303:21, 303:23

**proving** [1] - 279:12

**public** [2] - 172:9, 282:25

**publication** [1] - 27:11

**publicity** [1] - 304:24

**publish** [222] - 9:21, 11:12, 13:6, 14:21, 16:1, 17:4, 19:8, 20:24, 23:7, 23:21, 25:9, 26:4, 27:7, 30:10, 31:10, 31:19, 33:2, 33:15, 34:13, 35:11, 36:17, 37:12, 41:15, 45:5, 47:24, 48:25, 50:18, 52:17, 53:13, 55:5, 57:7, 59:9, 60:12, 63:3, 64:2, 65:3, 65:18, 66:23, 70:24, 71:15, 72:16, 74:21, 75:5, 75:13, 76:8, 76:22, 77:9, 79:4, 79:24, 80:10, 80:21, 81:5, 81:20, 82:13, 83:1, 83:19, 84:5, 84:17, 84:24, 85:13, 87:3, 89:10, 97:1, 98:13, 100:12, 102:24, 104:25, 105:24, 107:7, 108:17, 109:13, 110:4, 111:8, 112:5, 117:21, 119:20, 120:11, 122:14, 122:15, 125:4, 125:13, 126:7, 127:3, 127:16, 127:24, 128:8, 128:19, 129:6, 129:18, 130:7, 131:4, 131:18, 133:1, 133:14, 133:24, 134:7, 134:18, 135:18, 136:19, 137:5, 137:16, 138:17, 138:25, 139:16, 140:1, 140:10, 140:18, 141:3, 141:17, 142:10, 142:20, 143:8, 143:19, 145:17, 146:25, 147:13, 148:15, 149:1, 149:10, 149:22, 150:8, 150:23, 151:15, 152:1, 152:12, 153:2, 153:10, 153:20, 154:4, 155:3, 155:13, 156:3, 156:10, 156:21, 157:7,

157:14, 157:23, 158:9, 159:6, 160:13, 161:13, 162:24, 163:18, 164:14, 164:21, 165:5, 165:16, 165:24, 166:25, 167:10, 168:11, 168:21, 169:4, 169:15, 170:11, 171:15, 172:4, 173:10, 173:16, 177:17, 181:19, 189:6, 189:22, 190:19, 191:22, 193:17, 194:9, 195:8, 198:15, 200:7, 200:20, 201:14, 202:15, 204:23, 205:12, 205:21, 205:22, 206:9, 206:20, 207:5, 207:14, 208:8, 208:17, 208:25, 209:8, 209:16, 210:7, 211:9, 212:5, 213:11, 213:25, 214:9, 214:22, 218:17, 219:17, 220:8, 220:16, 223:10, 223:21, 224:2, 225:1, 225:10, 225:22, 226:16, 230:17, 230:22, 231:4, 231:18, 232:13, 232:25, 234:6, 234:20, 235:9, 235:24, 236:20, 237:12, 238:11, 238:23, 239:10, 247:2, 267:14, 269:17

**published** [2] - 303:12, 306:15

**pull** [2] - 113:4, 255:12

**pulled** [1] - 238:18

**pulling** [2] - 302:6, 302:8

**punctuality** [1] - 7:24

**Punta** [1] - 182:5

**purchase** [11] - 11:1, 11:7, 30:23, 44:24, 45:1, 51:6, 70:17, 70:18, 88:20, 281:19

**purchased** [5] - 31:4, 51:3, 66:17, 79:16, 252:25

**purchasing** [2] - 44:21, 77:23

**purported** [1] - 308:2

**purposes** [8] - 90:11, 95:9, 95:19, 95:24, 96:10, 242:23, 309:19, 310:24

**pursuant** [2] - 66:1, 226:10

**pussy** [1] - 228:19

**put** [12] - 93:20, 218:14, 227:9, 227:11, 252:3, 252:16, 263:21, 265:5, 272:20, 286:8, 287:5, 291:3

**putt** [1] - 119:4

**putting** [2] - 281:13, 281:14

**puzzle** [1] - 257:19

## Q

**quality** [1] - 222:12

**quantity** [1] - 253:11

**quarters** [1] - 309:3

**questioning** [3] - 241:19, 290:14, 295:10

**questions** [8] - 175:23, 196:10, 262:18, 262:19, 264:2, 266:10, 275:2, 275:3

**quick** [2] - 275:10, 275:16

**quiet** [1] - 162:7

**quote** [1] - 271:23

## R

**radar** [1] - 258:13

**raise** [4] - 277:18, 277:20, 305:10, 307:24

**raised** [1] - 305:21

**rallies** [5] - 127:21, 127:23, 137:12, 138:24, 145:9

**rally** [17] - 133:10, 133:21, 133:23, 134:6, 137:11, 137:13, 139:25, 149:7, 149:16, 150:4, 150:14, 150:15, 150:16, 152:25, 157:13, 157:22

**Ramiro** [5] - 215:10, 216:25, 217:15, 218:5, 219:7

**range** [5] - 14:5, 44:16, 74:4, 225:7, 237:6

**rapid** [1] - 104:4

**rapper** [2] - 226:25, 260:20

**rare** [2] - 257:5, 257:6

**rather** [4] - 35:19, 44:8, 114:13, 125:24

**rational** [1] - 283:7

**RAV4** [1] - 178:8

**razors** [1] - 84:13

**re** [4] - 260:10, 296:4, 296:9

**re-ask** [1] - 260:10

**reach** [2] - 74:10, 225:19

**read** [33] - 33:25, 56:5, 72:13, 80:3, 87:6, 191:7, 199:18, 202:24, 203:22, 203:25, 216:24, 220:12, 229:18, 230:8, 254:9, 254:11, 254:19, 254:20, 254:24, 254:25, 259:25, 260:1, 268:8, 287:24, 289:15, 289:17, 289:19, 289:20, 289:23, 290:6, 290:22, 310:18, 311:4

**readable** [1] - 300:11

**reader** [16] - 17:19, 17:21, 18:10, 18:12, 27:1, 27:3, 27:23, 28:6, 48:17, 176:24, 177:15, 177:24, 181:16, 183:19, 183:20, 237:18

**readers** [1] - 178:11

**readily** [1] - 250:5

**reading** [1] - 48:17

**reads** [1] - 151:24

**ready** [5] - 222:25, 223:8, 275:17, 275:21, 308:23

**real** [6] - 20:13, 130:2, 130:14, 131:9, 250:4, 261:9

**real-time** [2] - 130:2, 130:14

**realistically** [1] - 272:22

**really** [4] - 282:8, 282:18, 306:10, 306:17

**rear** [4] - 26:15, 33:7, 83:24, 173:1

**reason** [4] - 175:15, 245:5, 266:6, 307:13

**reasonable** [10] - 284:3, 284:20, 288:5, 288:13, 296:17, 296:19, 300:25, 301:4, 310:11

**reasonably** [1] - 57:22

reasons [5]_ - 144:21_, 285:13_, 301:9_, 307:21_, 308:18
rebut [1]_ - 265:18
rebuttal [1]_ - 310:5
recap [1]_ - 295:17
receipt [25]_ - 24:23_, 24:24_, 30:15_, 30:20_, 30:21_, 31:23_, 32:5_, 32:11_, 79:9_, 79:14_, 80:5_, 80:14_, 80:25_, 81:9_, 122:19_, 122:20_, 123:4_, 123:9_, 190:3_, 194:2_, 248:24_, 264:13_, 265:11_, 268:5_, 268:11
receipts [3]_ - 81:13_, 82:5_, 84:13
receive [1]_ - 311:6
received [3]_ - 72:10_, 226:15_, 267:19
receiver [24]_ - 292:9_, 292:11_, 292:18_, 293:1_, 293:6_, 293:14_, 294:1_, 294:15_, 295:20_, 297:4_, 297:23_, 298:11_, 298:18_, 299:3_, 299:4_, 299:8_, 299:12_, 299:17_, 299:18_, 299:21_, 299:23_, 300:1_, 300:2_, 300:6
receiving [3]_ - 90:25_, 291:12_, 304:14
recent [1]_ - 272:17
recently [1]_ - 257:15
recess [6]_ - 90:6_, 175:1_, 176:2_, 240:15_, 278:9_, 311:15
recognizable [1]_ - 188:15
recognize [1]_ - 4:11
recollection [2]_ - 241:7_, 297:2
record [26]_ - 3:6_, 6:4_, 17:24_, 28:7_, 49:16_, 49:19_, 69:2_, 92:23_, 93:6_, 94:15_, 95:12_, 95:19_, 95:24_, 96:1_, 111:7_, 170:20_, 178:10_, 184:25_, 240:2_, 246:13_, 276:11_, 285:15_, 299:20_, 307:2_, 307:24_, 309:19
records [36]_ - 24:19_, 29:24_, 34:10_, 35:19_, 36:2_, 36:3_, 36:14_, 41:13_, 47:22_, 48:3_, 48:4_, 48:15_, 48:22_,

49:5_, 49:7_, 50:13_, 87:8_, 87:14_, 87:21_, 117:12_, 168:3_, 168:7_, 168:15_, 170:18_, 172:9_, 173:3_, 173:18_, 176:24_, 177:2_, 177:15_, 177:24_, 187:5_, 188:4_, 190:14_, 241:13
recover [6]_ - 270:8_, 294:7_, 296:5_, 296:14_, 300:4_, 301:6
recovered [4]_ - 53:19_, 161:3_, 206:16_, 292:17
recovery [1]_ - 241:22
RECROSS [1]_ - 272:15
recross [2]_ - 266:18_, 272:12
RECROSS-EXAMINATION [1]_ - 272:15
recross-examination [2]_ - 266:18_, 272:12
Recruiting [1]_ - 224:8
red [18]_ - 84:12_, 118:21_, 248:7_, 248:12_, 248:21_, 249:1_, 264:15_, 265:14_, 266:3_, 268:14_, 273:4_, 273:8_, 273:11_, 273:14_, 273:16_, 274:1_, 274:15_, 274:17
redacted [1]_ - 66:2
redaction [2]_ - 66:1_, 66:4
redirect [2]_ - 264:5_, 267:7
REDIRECT [1]_ - 264:7
reds [1]_ - 273:13
Redweld [10]_ - 5:19_, 5:20_, 7:12_, 90:13_, 91:24_, 92:16_, 94:5_, 94:24_, 243:21_, 244:14
reemphasizing [1]_ - 277:3
reference [13]_ - 227:17_, 227:25_, 228:3_, 228:5_, 228:16_, 229:5_, 229:6_, 229:8_, 229:9_, 229:11_, 229:13_, 229:14_, 271:19
referenced [1]_ - 302:12
references [1]_ - 304:10
referred [1]_ - 195:6
referring [3]_ - 71:11_, 91:3_, 230:9

refers [1]_ - 287:8
reflected [6]_ - 5:18_, 6:6_, 7:1_, 90:18_, 91:11_, 240:7
reflecting [4]_ - 175:21_, 291:1_, 294:6_, 298:13
reflection [4]_ - 119:7_, 119:9_, 155:1_, 155:2
reflective [1]_ - 6:21
reframe [1]_ - 260:10
regarding [16]_ - 4:8_, 30:5_, 36:11_, 47:18_, 47:22_, 159:3_, 174:17_, 204:12_, 241:23_, 260:1_, 270:16_, 278:15_, 285:19_, 305:18_, 307:17_, 308:2
regardless [1]_ - 174:5
register [1]_ - 174:3
registered [13]_ - 166:20_, 167:24_, 168:8_, 168:19_, 170:6_, 170:8_, 170:9_, 171:14_, 172:2_, 172:12_, 173:19_, 191:20
relate [3]_ - 160:4_, 160:5_, 265:14
related [10]_ - 52:8_, 67:16_, 128:17_, 160:6_, 191:17_, 210:4_, 227:2_, 252:20_, 304:9_, 306:5
relates [4]_ - 24:24_, 166:14_, 166:19_, 169:12
relating [2]_ - 44:11_, 210:2
relation [1]_ - 136:12
release [2]_ - 145:8_, 276:22
releasing [1]_ - 275:23
relevance [5]_ - 245:18_, 263:2_, 306:20_, 308:10_, 309:13
relevant [2]_ - 263:22_, 266:15
rely [1]_ - 301:25
relying [1]_ - 290:9
remain [7]_ - 8:2_, 89:24_, 96:16_, 174:22_, 246:20_, 267:12_, 276:24
remainder [3]_ - 36:8_, 204:12_, 242:24
remaining [1]_ - 284:25
remains [2]_ - 176:11_, 308:1

remember [3]_ - 253:7_, 277:10_, 292:10
remembered [1]_ - 303:10
remembers [2]_ - 292:9_, 294:13
remind [5]_ - 146:13_, 146:24_, 147:5_, 155:24_, 240:18
reminder [1]_ - 150:22
reminiscent [3]_ - 59:5_, 161:3_, 161:6
remiss [1]_ - 277:2
remotely [2]_ - 289:8_, 305:20
remove [2]_ - 229:24_, 230:5
removed [1]_ - 301:24
Renee [1]_ - 3:21
repeat [2]_ - 250:11_, 263:6
repeated [1]_ - 174:16
repetition [1]_ - 303:15
rephrase [4]_ - 166:17_, 195:2_, 204:6_, 262:4
replied [1]_ - 12:12
replies [1]_ - 198:4
report [98]_ - 13:11_, 15:1_, 16:6_, 19:13_, 21:4_, 23:12_, 24:1_, 25:14_, 26:9_, 45:10_, 46:18_, 53:17_, 55:9_, 55:18_, 56:23_, 60:17_, 61:6_, 63:10_, 64:8_, 71:21_, 74:24_, 76:13_, 77:3_, 77:14_, 83:5_, 83:7_, 97:6_, 100:17_, 103:3_, 116:16_, 118:1_, 125:8_, 125:18_, 126:3_, 126:4_, 126:12_, 128:13_, 128:24_, 129:1_, 129:11_, 129:23_, 130:12_, 130:16_, 130:17_, 133:5_, 134:23_, 137:21_, 137:23_, 139:6_, 139:21_, 140:6_, 140:23_, 141:8_, 142:25_, 143:13_, 143:24_, 147:18_, 151:20_, 152:6_, 152:17_, 153:15_, 153:25_, 154:9_, 154:12_, 155:18_, 156:15_, 156:25_, 157:19_, 160:18_, 163:4_, 167:15_, 169:20_, 172:22_, 192:3_, 195:13_, 198:21_, 200:12_, 200:25_, 201:19_, 205:3_,

205:17_, 207:18_, 209:21_, 211:14_, 212:10_, 213:16_, 214:14_, 215:1_, 215:12_, 218:22_, 225:14_, 231:9_, 231:23_, 232:8_, 234:11_, 234:25_, 235:14_, 236:4

**reporter** [1]_ - 16:20

**represent** [2]_ - 94:19_, 253:7

**reproduction** [1]_ - 91:7

**republish** [1]_ - 123:15

**reputation** [1]_ - 308:2

**request** [2]_ - 95:15_, 267:5

**requests** [1]_ - 245:21

**required** [2]_ - 293:5_, 296:7

**requirement** [7]_ - 282:10_, 282:14_, 284:14_, 292:1_, 293:15_, 295:15_, 301:1

**requirements** [2]_ - 75:20_, 282:1

**requires** [3]_ - 284:2_, 288:7_, 291:4

**research** [9]_ - 62:25_, 73:22_, 146:8_, 204:20_, 248:24_, 249:5_, 264:12_, 274:5_, 277:6

**researched** [1]_ - 248:9

**researching** [1]_ - 163:8

**resemblance** [1]_ - 284:18

**residence** [5]_ - 30:6_, 82:7_, 124:19_, 126:25_, 127:1

**residue** [4]_ - 226:4_, 226:5_, 226:7_, 257:9

**resolve** [6]_ - 8:22_, 12:25_, 15:12_, 15:14_, 15:16_, 19:23

**resolved** [1]_ - 308:16

**resolves** [3]_ - 9:9_, 9:16_, 9:19

**respect** [11]_ - 39:10_, 48:5_, 66:3_, 85:5_, 190:17_, 191:15_, 230:7_, 244:21_, 284:16_, 284:19_, 308:15

**respectively** [1]_ - 310:5

**respects** [2]_ - 281:20_, 298:5

**respon** [1]_ - 236:11

**respond** [39]_ - 12:9_, 45:19_, 45:25_, 47:3_, 53:2_, 53:9_, 68:1_, 68:3_, 68:22_, 69:3_, 69:10_, 69:17_, 70:7_, 73:23_, 74:9_, 100:2_, 144:11_, 145:1_, 196:21_, 197:24_, 198:1_, 198:5_, 198:7_, 198:9_, 198:13_, 217:6_, 217:8_, 218:5_, 218:7_, 220:3_, 221:9_, 221:13_, 222:13_, 222:19_, 222:21_, 223:1_, 223:5_, 224:17_, 290:7

**responds** [1]_ - 197:14

**response** [47]_ - 12:16_, 47:12_, 47:18_, 52:3_, 54:15_, 67:10_, 67:12_, 67:19_, 68:14_, 68:16_, 68:18_, 69:1_, 69:15_, 72:8_, 74:3_, 74:7_, 99:25_, 144:19_, 145:7_, 195:23_, 195:25_, 196:11_, 196:25_, 197:8_, 217:17_, 217:19_, 220:1_, 220:25_, 221:11_, 221:15_, 222:10_, 222:15_, 222:24_, 223:3_, 224:11_, 236:13_, 238:4_, 240:25_, 247:13_, 247:15_, 266:16_, 280:13_, 283:14_, 287:1_, 287:21_, 296:2_, 305:18

**responses** [1]_ - 241:4

**rest** [9]_ - 20:14_, 72:10_, 203:25_, 204:12_, 267:4_, 275:15_, 275:18_, 276:11_, 276:18

**Restaurant** [1]_ - 79:22

**restaurant** [1]_ - 193:10

**rested** [1]_ - 277:17

**restoration** [8]_ - 293:12_, 294:14_, 298:23_, 298:24_, 299:24_, 300:2_, 300:7_, 300:12

**result** [1]_ - 154:3

**resume** [6]_ - 176:4_, 176:10_, 228:18_, 240:14_, 276:23_, 308:20

**retain** [1]_ - 66:16

**retrieve** [3]_ - 246:11_, 296:10_, 296:11

**retrieved** [2]_ - 97:11_, 251:16

**return** [6]_ - 8:1_, 90:4_, 96:15_, 176:5_, 245:4_,

246:19

**returning** [2]_ - 50:1_, 51:9

**reveal** [1]_ - 22:24

**review** [12]_ - 7:7_, 34:22_, 36:7_, 36:24_, 37:19_, 49:5_, 78:10_, 254:22_, 265:4_, 272:7_, 272:9_, 273:23

**reviewed** [12]_ - 7:11_, 13:22_, 63:20_, 171:6_, 185:10_, 226:19_, 243:15_, 252:18_, 271:13_, 271:22_, 273:25_, 295:8

**reviewing** [1]_ - 34:10

**rhapsody/rapture** [1]_ - 229:20

**rich** [1]_ - 73:22

**ridiculous** [1]_ - 197:20

**rifle** [43]_ - 6:12_, 44:25_, 51:4_, 51:7_, 55:21_, 55:24_, 57:1_, 57:14_, 61:2_, 61:19_, 61:22_, 63:1_, 64:17_, 64:18_, 64:19_, 70:10_, 70:18_, 71:6_, 73:4_, 75:2_, 75:21_, 77:8_, 77:23_, 121:5_, 206:14_, 227:15_, 227:17_, 227:19_, 254:10_, 254:18_, 254:23_, 270:1_, 281:13_, 281:15_, 283:2_, 287:10_, 287:11_, 287:12_, 287:15_, 289:17_, 291:9_, 292:12_, 297:3

**rifles** [5]_ - 63:15_, 63:25_, 76:18_, 77:18_, 226:4

**right-hand** [3]_ - 86:3_, 107:15_, 158:22

**rim** [1]_ - 256:9

**ripped** [5]_ - 55:21_, 58:6_, 59:3_, 59:5_, 59:17

**rise** [9]_ - 90:1_, 174:19_, 239:13_, 262:17_, 264:24_, 275:12_, 277:14_, 278:7_, 278:12

**Road** [6]_ - 112:22_, 141:12_, 141:14_, 142:2_, 179:13_, 183:20

**road** [4]_ - 136:17_, 164:11_, 184:21_, 279:18

**roads** [1]_ - 136:13

**roadway** [1]_ - 101:9

**rolling** [1]_ - 227:21

**ROM** [2]_ - 244:24_, 245:23

**romantic** [2]_ - 65:17_, 203:14

**Ronnie** [8]_ - 45:2_, 52:12_, 52:25_, 54:1_, 54:7_, 67:13_, 67:17_, 69:24

**rough** [6]_ - 119:6_, 120:17_, 120:18_, 121:13_, 122:5_, 123:7

**round** [9]_ - 77:7_, 228:14_, 228:15_, 228:16_, 229:2_, 229:7_, 275:17_, 281:13

**route** [2]_ - 19:2_, 101:11

**Routh** [119]_ - 3:5_, 3:15_, 3:16_, 3:22_, 4:6, 4:12_, 5:3_, 5:5_, 5:9_, 5:12_, 5:13_, 5:16_, 5:22_, 6:2_, 6:21_, 6:25_, 7:15_, 20:7_, 20:8_, 22:11_, 22:12_, 22:19_, 27:11_, 34:21_, 35:17_, 36:6_, 36:22_, 37:10_, 37:18_, 38:2_, 41:21_, 41:22_, 42:8_, 42:9_, 42:15_, 42:20_, 42:25_, 43:9_, 43:11_, 43:15_, 43:22_, 44:3_, 44:5_, 44:12_, 49:17_, 50:15_, 51:2_, 87:17_, 89:17_, 91:21_, 92:1_, 92:18_, 93:12_, 94:6_, 94:25_, 95:10_, 135:19_, 141:19_, 148:9_, 166:21_, 170:8_, 171:3_, 175:22_, 181:22_, 192:18_, 193:1_, 195:16_, 195:20_, 196:3_, 196:15_, 196:25_, 197:7_, 197:15_, 197:18_, 198:1_, 198:4_, 198:7_, 198:13_, 206:3_, 225:17_, 226:12_, 235:18_, 242:5_, 243:2_, 243:20_, 246:14_, 249:10_, 249:23_, 255:13_, 255:18_, 259:11_, 264:19_, 265:24_, 266:17_, 267:1_, 270:12_, 272:12_, 273:5_, 276:2_, 276:7_, 277:17_, 278:5_, 278:14_, 282:24_, 283:14_, 284:25_, 285:23_, 287:21_, 290:14_, 296:2_, 300:23_, 301:16_, 302:19_, 304:1_, 307:4_, 308:14_, 309:1_, 310:6

**ROUTH** [91]_ - 3:16_, 4:7_, 4:14_, 4:16_, 7:16_, 27:13_, 93:15_, 135:21_, 141:21_, 175:5_, 181:23_, 226:13_, 242:8_, 242:16_, 243:4_, 244:13_, 244:16_,

245:1_, 245:13_, 245:20_, 245:25_, 246:6_, 247:21_, 247:23, 249:12_, 249:21_, 249:24_, 250:4_, 250:10_, 250:12_, 250:22, 250:24, 254:1_, 255:15_, 255:22, 255:25_, 260:12, 262:6_, 262:18_, 262:21_, 263:7_, 264:2_, 264:4_, 264:21_, 266:1_, 266:9_, 266:13_, 267:2_, 272:13_, 272:16_, 273:6, 273:7_, 274:2_, 274:22_, 275:3_, 276:3_, 276:8_, 277:22_, 277:24_, 278:18_, 278:20_, 278:25_, 279:16_, 283:16_, 285:1_, 285:12_, 286:1_, 286:3_, 287:22_, 288:1_, 288:15_, 288:17_, 289:4_, 289:13_, 296:3_, 296:6_, 296:20_, 297:6_, 297:15_, 297:19_, 301:13_, 301:18_, 302:9_, 304:18_, 305:17_, 309:3_, 309:6_, 309:8_, 310:8_, 310:12_, 311:13

**Routh's** [3]_ - 92:11_, 94:8_, 196:11

**row** [4]_ - 49:15_, 192:6_, 192:13_, 212:12

**Row** [21]_ - 22:3_, 22:5_, 22:9_, 22:20_, 64:22_, 76:16_, 76:19_, 147:21_, 160:21_, 192:6_, 192:7_, 192:9_, 192:11_, 192:13_, 192:16_, 192:17_, 193:2_, 207:24_, 219:8_, 231:11

**Rows** [2]_ - 214:16_, 218:24

**rows** [2]_ - 15:11_, 22:15

**Royal** [18]_ - 18:14_, 23:18_, 23:19_, 28:10_, 28:15_, 28:19_, 28:25_, 29:8_, 29:16_, 88:8_, 88:21_, 123:23_, 179:25_, 181:1_, 183:10_, 184:4_, 185:16_, 186:16

**RPG** [3]_ - 221:21_, 221:23_, 222:17

**Rule** [12]_ - 226:10_, 277:19_, 278:16_, 278:20_, 284:1_, 284:5_, 284:23_, 285:10_, 288:13_, 289:8_, 308:9_, 308:10

**rule** [3]_ - 27:15_, 93:2_, 274:23

**ruled** [2]_ - 243:18_, 304:18

**Rules** [5]_ - 277:20_, 304:4_, 304:17_, 307:6_, 307:11

**rules** [4]_ - 309:15_, 309:16_, 309:17

**ruling** [6]_ - 66:3_, 243:18_, 259:23_, 308:8_, 309:18_, 309:22

**running** [1]_ - 87:23

**runs** [1]_ - 281:9

**runway** [2]_ - 132:9_, 132:16

**rush** [1]_ - 302:7

**Ryan** [27]_ - 3:5_, 3:16_, 3:22_, 41:21_, 42:15_, 42:20_, 42:25_, 43:9_, 43:11_, 43:15_, 43:22_, 44:3_, 44:5_, 44:12_, 45:18_, 49:17_, 50:15_, 51:2_, 70:4_, 87:17_, 89:17_, 144:8_, 148:9_, 192:18_, 193:1_, 206:3_, 225:17

### S

**S-H-I-T** [1]_ - 68:8

**Safety** [1]_ - 168:15

**safety** [3]_ - 172:9_, 281:12

**sale** [2]_ - 68:21_, 70:4

**Samer** [1]_ - 223:16

**sample** [1]_ - 281:1

**San** [2]_ - 48:20

**sandpaper** [1]_ - 290:3

**Sara** [24]_ - 22:11_, 22:12_, 34:21_, 35:17_, 36:6_, 36:22_, 37:10_, 37:18_, 38:2_, 41:22_, 42:8_, 42:9_, 170:8_, 171:3_, 195:16_, 195:20_, 197:7_, 197:15_, 197:18_, 199:2_, 203:4_, 203:13_, 227:6_, 235:3

**satisfied** [1]_ - 284:21

**Saturday** [3]_ - 149:8_, 149:17_, 150:14

**Sausage** [1]_ - 202:14

**sausage** [6]_ - 252:11_, 252:21_, 252:22_, 253:10_, 253:14_, 253:16

**sausages** [1]_ - 252:24

**Save** [1]_ - 157:13

**saw** [11]_ - 49:24_, 56:16_, 91:13_, 102:2_, 111:6_, 135:12_, 216:14_, 231:15_, 237:24_, 248:10_, 287:10

**scan** [1]_ - 95:12

**scanning** [1]_ - 302:8

**scenario** [2]_ - 289:21_, 306:21

**schedule** [10]_ - 138:23_, 156:19_, 157:13_, 157:22_, 191:18_, 276:23_, 276:24_, 276:25_, 309:24_, 310:21

**schedules** [1]_ - 145:9

**scope** [8]_ - 94:19_, 162:11_, 227:14_, 227:15_, 227:17_, 228:1_, 263:2_, 296:8

**Scout** [3]_ - 303:11_, 303:17_, 307:3

**scout** [1]_ - 306:14

**scratched** [3]_ - 270:3_, 270:4_, 286:13

**scratches** [1]_ - 255:1

**screen** [11]_ - 25:3_, 59:1_, 108:25_, 121:4_, 154:25_, 168:8_, 182:12_, 182:16_, 185:1_, 267:25_, 298:25

**screenshot** [3]_ - 16:15_, 49:24_, 248:6

**scroll** [21]_ - 24:12_, 38:25_, 43:18_, 45:12_, 46:4_, 46:20_, 55:11_, 64:20_, 88:2_, 88:5_, 97:8_, 100:22_, 102:2_, 102:8_, 103:8_, 121:9_, 159:12_, 159:23_, 177:3_, 202:7_, 216:5

**scrolling** [8]_ - 16:8_, 47:4_, 53:4_, 103:17_, 146:13_, 196:2_, 222:7_, 224:21

**sculpture** [4]_ - 242:12_, 262:13_, 262:23_, 263:8

**se** [4]_ - 90:11_, 175:11, 245:11, 278:2

**search** [18]_ - 16:16_, 60:2_, 74:17_, 76:2_, 76:20_, 77:19_, 134:16_, 138:10_, 151:24_, 152:25_, 158:17_, 158:22_, 158:25_, 167:6_, 171:7_, 208:6_, 231:15_, 265:10

**searched** [42]_ - 71:5_, 75:11_, 75:19_, 77:7_, 127:9_, 127:10_, 127:21_, 128:5_, 133:21_, 134:5_, 134:13_, 136:6_, 137:1_, 137:11_, 138:6_, 138:23_, 140:16_, 142:16_, 148:21_, 149:7_, 149:16_, 150:4_, 150:14_, 150:15_, 150:16_, 153:8_, 155:9_, 156:9_, 157:13_, 158:15_, 207:1_, 207:11_, 208:14_, 208:23_, 209:6_, 209:14_, 214:6_, 225:7_, 226:4_, 226:5_, 231:2_, 252:7

**searches** [17]_ - 26:3_, 64:17_, 76:18_, 125:2_, 151:23_, 152:10_, 159:1_, 191:17_, 204:17_, 204:18_, 205:19_, 208:3_, 208:7_, 214:6_, 271:2_, 272:7

**searching** [5]_ - 132:23_, 158:4_, 207:21_, 211:6_, 271:6

**seat** [16]_ - 7:22_, 90:7_, 108:2_, 169:2_, 174:21_, 176:3_, 176:9_, 239:15_, 240:16_, 246:17_, 251:5_, 251:6_, 265:1_, 267:11_, 276:14_, 277:16

**seated** [4]_ - 3:13_, 243:8_, 275:14_, 278:13

**second** [14]_ - 13:13_, 15:3_, 55:12_, 57:20_, 61:6_, 101:19_, 103:4_, 144:13_, 146:17_, 147:3_, 151:6_, 177:4_, 288:22

**secondary** [3]_ - 94:8_, 94:17_, 95:5

**seconds** [14]_ - 14:7_, 14:8_, 14:9_, 86:16_, 106:1_, 107:22_, 108:8_, 108:21_, 109:7_, 111:12_, 111:21_, 166:3_, 288:22

**Secret** [8]_ - 143:16_, 228:7_, 229:16_, 230:12_, 236:17_, 251:17_, 283:22_, 286:8

**secret** [2]_ - 145:10_, 197:23

**section** [1]_ - 78:24

**secure** [1]_ - 162:19

**secured** [5]_ - 61:3_, 61:21_, 61:22_, 252:5_, 252:6

**security** [3]_ - 107:20_, 143:17_, 144:21

SECURITY [2]_ - 7:20_, 176:7

see [384]_ - 9:25_, 10:3_, 10:4_, 11:17_, 12:11_, 13:10_, 13:16_, 14:9_, 16:8_, 17:8_, 17:17_, 17:18_, 17:21_, 18:7_, 18:18_, 18:23_, 20:4_, 21:9_, 21:10_, 22:9_, 22:17_, 22:20_, 23:16_, 23:17_, 24:15_, 25:13_, 26:2_, 26:18_, 26:21_, 26:22_, 27:20_, 28:12_, 28:16_, 28:20_, 29:1_, 29:5_, 29:19_, 30:14_, 30:25_, 31:25_, 32:8_, 32:11_, 32:13_, 32:16_, 32:18_, 32:20_, 32:22_, 32:24_, 33:6_, 35:4_, 35:21_, 35:22_, 36:21_, 38:20_, 39:2_, 39:5_, 39:10_, 39:12_, 42:14_, 42:15_, 42:23_, 42:25_, 43:21_, 46:23_, 46:24_, 48:14_, 48:18_, 49:18_, 50:4_, 50:6_, 51:12_, 52:19_, 53:4_, 55:20_, 55:21_, 56:12_, 56:19_, 57:5_, 57:13_, 57:15_, 59:13_, 59:22_, 59:23_, 59:24_, 60:7_, 60:25_, 61:1_, 61:2_, 64:12_, 65:25_, 67:15_, 69:4_, 72:1_, 72:12_, 75:17_, 76:17_, 76:18_, 76:19_, 80:13_, 80:24_, 81:8_, 81:24_, 82:20_, 82:21_, 83:7_, 83:9_, 83:10_, 83:11_, 83:14_, 83:15_, 83:16_, 83:17_, 83:23_, 83:25_, 84:9_, 84:21_, 84:22_, 85:3_, 85:16_, 86:19_, 88:4_, 93:10_, 94:2_, 97:5_, 98:17_, 99:19_, 100:25_, 101:5_, 101:9_, 101:16_, 101:18_, 102:5_, 103:11_, 103:12_, 103:19_, 104:14_, 105:5_, 105:7_, 106:14_, 107:15_, 107:17_, 107:25_, 108:1_, 108:12_, 108:24_, 108:25 _, 109:11_, 109:18_, 110:9_, 110:16_, 111:2_, 111:14_, 111:24_, 112:9_, 113:7_, 113:12_, 113:18_, 113:23_, 114:3_, 114:19_, 114:23_, 115:2_, 115:6_, 115:13_, 115:17_, 115:20 _, 116:1_, 116:7_, 116:23 _, 117:6_, 118:13_,

118:21_, 119:7_, 119:9_, 120:16_, 121:4_, 121:5_, 121:6_, 123:20_, 123:21_, 124:4_, 124:5_, 124:13_, 126:11_, 126:16_, 127:19 _, 128:3_, 128:12_, 130:11_, 130:25_, 131:7_, 131:8_, 132:5_, 133:19_, 134:11_, 134:22_, 135:15 _, 136:2_, 136:5_, 136:8_, 136:13_, 136:14_, 136:24 _, 137:9_, 138:21_, 139:5 _, 141:24_, 142:6_, 142:14_, 144:2_, 148:13_, 148:19_, 149:14_, 150:2_, 150:12_, 153:6_, 153:14_, 154:19_, 155:1_, 155:7_, 157:18_, 158:2_, 158:22_, 158:24_, 159:13_, 159:15 _, 159:25_, 160:1_, 162:2 _, 162:14_, 162:16_, 163:3_, 164:11_, 164:17_, 164:19_, 164:25_, 165:3_, 165:9_, 165:13_, 166:6_, 166:11_, 166:12_, 167:4_, 168:8_, 168:25_, 169:1_, 169:8_, 170:22_, 170:23_, 177:23_, 178:13_, 178:20 _, 179:2_, 179:9_, 179:23 _, 180:4_, 180:11_, 180:16_, 180:24_, 182:3_, 182:9_, 182:23_, 182:24_, 183:7_, 183:15_, 183:16_, 184:2_, 184:6_, 184:10_, 184:14_, 184:19_, 185:1_, 185:6_, 185:14_, 185:18_, 185:22_, 186:1_, 186:8_, 186:14_, 186:18_, 186:22 _, 187:7_, 187:14_, 187:20_, 187:24_, 188:6_, 188:24_, 189:2_, 189:10_, 191:15_, 192:5_, 192:9_, 193:2_, 193:3_, 194:13_, 195:18_, 201:21_, 203:1_, 203:18_, 206:13_, 206:14 _, 207:9_, 207:20_, 207:21_, 208:2_, 208:3_, 208:12_, 209:4_, 209:11_, 209:20_, 209:23_, 210:11 _, 210:18_, 210:22_, 211:1_, 211:13_, 211:25_, 212:9_, 212:14_, 212:23_, 213:1_, 213:2_, 213:9_, 214:4_, 214:17_, 214:18_, 214:25_, 217:16_, 218:21 _, 218:24_, 219:6_, 219:8 _, 219:21_, 221:22_, 226:2_, 227:3_, 229:17_, 230:25_, 231:12_, 231:25 _, 232:7_, 232:8_, 232:17 _, 233:4_, 233:5_, 233:18

_, 234:10_, 236:25_, 237:1_, 237:17_, 239:2_, 239:3_, 239:16_, 244:21_, 250:4_, 250:13_, 252:2_, 255:9_, 265:2_, 267:25_, 269:22_, 269:24_, 270:3_, 273:10_, 290:3_, 290:4_, 291:12_, 291:22_, 292:13 _, 295:11_, 295:14_, 297:22_, 298:20_, 299:7_, 299:8_, 304:11_, 306:4_, 307:21_, 308:12

seeing [9] - 106:4_, 159:10_, 195:15_, 238:4_, 241:7_, 243:13_, 251:23_, 251:24_, 268:13

seek [7]_ - 135:18_, 141:16_, 177:17_, 181:19 _, 226:9_, 239:10_, 264:17

seeking [3]_ - 245:18_, 304:22_, 304:24

seem [2]_ - 69:13_, 223:20

segment [3]_ - 5:17_, 278:12_, 301:24

segue [1]_ - 243:2

seized [27]_ - 30:16_, 33:19_, 33:23_, 58:10_, 59:3_, 63:16_, 84:10_, 85:8_, 85:17_, 100:20_, 106:22_, 122:5_, 123:9_, 126:25_, 161:7_, 161:12_, 190:3_, 192:19_, 192:20_, 202:22_, 252:5_, 252:6_, 264:13_, 265:12_, 268:5_, 268:11_, 268:18

self [3]_ - 162:23_, 303:12 _, 308:12

self-published [1]_ - 303:12

self-serving [1]_ - 308:12

Send [1]_ - 221:21

send [9]_ - 68:9_, 119:14_, 119:17_, 145:11_, 196:15 _, 199:21_, 222:20_, 230:15_, 274:5

sending [7]_ - 20:10_, 42:5_, 46:17_, 146:5_, 195:18_, 200:15_, 215:7

sends [6]_ - 73:13_, 99:24 _, 199:8_, 200:3_, 235:18 _, 236:8

sense [5]_ - 6:14_, 239:19 _, 276:22_, 304:15_, 309:1

sent [12]_ - 47:1_, 50:15_, 54:1_, 99:14_, 119:16_, 148:13_, 197:6_, 202:9_, 215:21_, 217:11_, 224:7

sentence [1]_ - 219:2

sentences [1]_ - 223:6

separate [4]_ - 94:5_, 175:9_, 175:12_, 299:5

separated [1]_ - 246:13

separately [2]_ - 222:25 _, 223:8

September [174]_ - 30:19 _, 41:6_, 41:10_, 44:10_, 58:24_, 60:22_, 62:14_, 64:15_, 81:1_, 81:10_, 82:2_, 82:8_, 82:19_, 84:4 _, 86:5_, 86:23_, 89:1_, 97:18_, 98:1_, 102:22_, 103:7_, 104:10_, 104:19_, 105:22_, 106:11_, 106:25 _, 107:13_, 108:7_, 108:16_, 109:5_, 110:21_, 111:17_, 112:2_, 112:12_, 115:22_, 116:4_, 116:9_, 116:14_, 116:22_, 116:25 _, 117:8_, 117:10_, 117:14_, 118:7_, 123:11_, 150:5_, 151:11_, 151:14_, 151:23_, 152:10_, 152:11 _, 152:20_, 153:6_, 153:7 _, 153:9_, 153:17_, 154:2 _, 154:13_, 154:20_, 155:8_, 155:10_, 155:22_, 155:25_, 156:8_, 156:9_, 156:18_, 157:6_, 157:12_, 157:21_, 158:3_, 158:14_, 158:16_, 158:24_, 158:25 _, 160:11_, 163:7_, 163:14_, 167:7_, 167:18_, 167:22_, 171:8_, 180:13_, 180:18_, 181:1_, 181:6_, 181:14_, 182:25_, 183:10 _, 183:17_, 183:21_, 184:4_, 184:8_, 184:12_, 184:16_, 184:21_, 185:8_, 185:16_, 185:20_, 185:24 _, 186:3_, 186:8_, 186:16 _, 186:20_, 186:24_, 187:10_, 187:17_, 187:22 _, 188:1_, 188:8_, 189:1_, 194:23_, 195:1_, 199:5_, 199:20_, 200:1_, 201:5_, 201:11_, 202:4_, 204:7_, 205:7_, 205:19_, 206:25_, 207:10_, 208:3_, 208:7_, 208:13_, 208:22_, 209:5_, 209:14_, 209:24_, 209:25 _, 210:1_, 211:7_, 211:17 _, 212:3_, 212:16_,

212:24_, 213:18_, 214:5_, 214:18_, 215:18_, 216:1_, 217:5_, 217:12_, 217:14_, 217:20_, 218:11_, 218:15_, 219:14_, 230:11_, 230:19_, 230:20_, 231:1_, 231:3_, 231:12_, 231:17_, 232:1_, 232:20_, 232:23_, 233:7_, 233:13_, 233:20_, 234:18_, 235:7_, 235:22_, 236:12_, 237:7_, 237:19_, 238:21_, 246:24_, 252:23_, 281:7_, 291:1

**sequence** [1]_ - 294:11

**serial** [31]_ - 52:14_, 54:9_, 54:24_, 56:3_, 57:6_, 57:16_, 254:10_, 254:16_, 254:23_, 270:1_, 270:8_, 270:13_, 289:13_, 289:15_, 289:17_, 290:12_, 291:10_, 291:17_, 291:19_, 291:23_, 292:2_, 292:12_, 292:13_, 293:7_, 294:2_, 294:10_, 294:18_, 294:20_, 295:19_, 298:3_, 301:2

**series** [7]_ - 71:12_, 85:6_, 102:19_, 191:3_, 229:17_, 292:22_, 293:11

**serious** [3]_ - 288:3_, 288:6_, 288:8

**served** [1]_ - 287:4

**service** [1]_ - 217:3

**Service** [7]_ - 143:17_, 228:7_, 229:16_, 230:12_, 236:17_, 283:22_, 286:9

**services** [2]_ - 192:23_, 269:4

**serving** [1]_ - 308:12

**set** [9]_ - 6:5_, 54:9_, 93:22_, 95:4_, 227:15_, 227:17_, 255:6_, 255:7_, 275:21

**setting** [2]_ - 227:19_, 306:19

**Seven** [1]_ - 139:14

**several** [3]_ - 37:7_, 37:8_, 145:4

**severely** [1]_ - 270:3

**Shaffer** [6]_ - 65:9_, 65:16_, 198:24_, 234:14_, 247:10_, 247:11

**shall** [1]_ - 277:5

**shan't** [1]_ - 220:6

**shanked** [2]_ - 229:1_, 229:5

**shape** [1]_ - 277:6

**share** [1]_ - 248:18

**shell** [2]_ - 251:9_, 269:10

**sheltered** [1]_ - 164:12

**ship** [1]_ - 222:14

**SHIPLEY** [44]_ - 3:8_, 4:5_, 175:2_, 275:16_, 275:21_, 276:1_, 276:6_, 276:12_, 276:16_, 280:14_, 282:1_, 283:1_, 285:17_, 287:2_, 290:11_, 290:19_, 290:24_, 291:2_, 291:20_, 292:21_, 292:25_, 293:4_, 294:3_, 294:5_, 294:9_, 294:17_, 294:20_, 295:1_, 295:3_, 295:6_, 297:22_, 298:8_, 298:15_, 299:2_, 299:4_, 299:10_, 299:16_, 299:18_, 299:20_, 300:1_, 300:6_, 300:8_, 300:10_, 300:16

**Shipley** [6]_ - 3:8_, 275:25_, 276:15_, 285:14_, 290:7_, 299:3

**shirt** [3]_ - 86:20_, 106:17_, 238:19

**shirts** [2]_ - 85:4_, 85:10

**shoes** [13]_ - 55:22_, 58:2_, 58:4_, 58:21_, 59:17_, 59:23_, 60:8_, 60:9_, 84:12_, 255:6_, 255:7_, 255:9

**shoot** [7]_ - 65:15_, 227:13_, 228:3_, 228:4_, 228:12_, 228:25_, 282:5

**Shop** [3]_ - 15:18_, 15:20_, 16:16

**shop** [1]_ - 16:19

**shopping** [1]_ - 67:21

**shops** [3]_ - 16:18_, 253:19_, 253:20

**short** [3]_ - 14:7_, 197:1_, 204:1

**shortly** [2]_ - 199:2_, 200:4

**shorts** [7]_ - 85:21_, 86:7_, 86:21_, 106:17_, 106:19_, 213:2_, 213:9

**shot** [10]_ - 73:25_, 221:1_, 221:9_, 227:19_, 228:22_, 228:23_, 282:12_, 282:16_, 285:7_, 286:21

**shoulder** [1]_ - 221:24

**shoulder-mounted** [1]

_ - 221:24

**show** [78]_ - 15:6_, 16:12_, 16:14_, 16:17_, 21:23_, 22:5_, 33:10_, 46:16_, 48:5_, 48:16_, 49:12_, 56:25_, 60:19_, 64:16_, 64:22_, 72:5_, 72:21_, 73:4_, 73:6_, 73:13_, 73:18_, 73:20_, 73:23_, 74:7_, 75:1_, 77:16_, 77:21_, 87:21_, 88:2_, 88:25_, 96:1_, 116:19_, 119:5_, 125:10_, 125:20_, 127:8_, 128:15_, 131:14_, 131:15_, 131:23_, 132:8_, 132:15_, 134:3_, 137:20_, 139:23_, 141:1_, 147:23_, 148:1_, 152:8_, 152:18_, 160:23_, 167:8_, 167:17_, 168:17_, 169:21_, 170:2_, 171:13_, 172:24_, 173:18_, 177:6_, 178:3_, 190:10_, 202:10_, 205:5_, 205:18_, 211:16_, 212:22_, 213:17_, 213:23_, 233:11_, 238:15_, 261:10_, 266:3_, 266:23_, 267:6_, 279:4_, 291:7

**showcasing** [1]_ - 305:6

**showed** [2]_ - 97:22_, 269:12

**showing** [37]_ - 17:2_, 18:15_, 18:22_, 31:23_, 31:24_, 32:10_, 32:13_, 48:22_, 79:23_, 86:22_, 87:1_, 89:15_, 103:23_, 113:21_, 116:1_, 117:18_, 124:10_, 124:16_, 125:23_, 130:6_, 132:11_, 133:9_, 169:22_, 176:25_, 185:3_, 186:5_, 191:12_, 203:15_, 205:10_, 218:16_, 220:7_, 236:19_, 237:10_, 267:24_, 273:8_, 292:18_, 296:18

**shown** [9]_ - 29:24_, 79:21_, 85:6_, 237:10_, 273:4_, 280:11_, 280:12_, 290:22_, 294:24

**shows** [31]_ - 16:16_, 22:6_, 46:17_, 49:13_, 72:9_, 75:2_, 127:9_, 128:16_, 130:17_, 131:9_, 131:10_, 132:9_, 132:16_, 135:8_, 139:10_, 139:24_, 148:2_, 151:24_, 152:25_, 170:3_, 172:25_, 177:7_, 205:19_, 261:8_, 282:11_, 290:20_, 294:9_, 298:17_, 298:22_,

300:3

**shrubbery** [1]_ - 243:22

**sic** [2]_ - 38:19_, 279:21

**side** [21]_ - 10:2_, 10:9_, 10:13_, 10:15_, 57:8_, 86:3_, 89:15_, 99:20_, 158:22_, 158:24_, 161:11_, 162:1_, 182:11_, 210:11_, 226:23_, 227:1_, 229:15_, 241:23_, 251:22_, 310:14

**side-by-side** [1]_ - 57:8

**sides** [1]_ - 286:22

**sight** [1]_ - 228:1

**sign** [2]_ - 125:11_, 279:19

**signaling** [1]_ - 234:1

**signature** [3]_ - 34:18_, 35:16_, 41:20

**significant** [5]_ - 136:12_, 194:20_, 209:24_, 301:6_, 308:11

**signs** [1]_ - 280:1

**Sihvola** [4]_ - 3:19_, 3:21_, 241:6_, 255:13

**SIHVOLA** [3]_ - 3:20_, 255:19_, 255:21

**similar** [6]_ - 104:5_, 121:8_, 174:7_, 252:20_, 257:20_, 282:19

**simply** [2]_ - 91:7_, 307:6

**simultaneous** [1]_ - 32:10

**simultaneously** [3]_ - 31:23_, 239:10_, 247:3

**singer** [1]_ - 261:21

**singing** [2]_ - 261:16_, 261:18

**single** [3]_ - 73:25_, 309:9_, 309:12

**single-shot** [1]_ - 73:25

**sings** [1]_ - 260:20

**singularly** [1]_ - 271:7

**site** [14]_ - 17:9_, 17:18_, 18:4_, 18:8_, 18:13_, 18:19_, 18:24_, 77:18_, 128:7_, 137:3_, 144:22_, 150:5_, 155:11_, 158:5

**situation** [4]_ - 282:20_, 285:5_, 296:23_, 305:11

**six** [4]_ - 80:8_, 80:15_, 81:1_, 254:9

**skate** [1]_ - 96:2

**SKS** [17]_ - 44:25_, 51:4_,

53:10_, 55:21_, 57:1_, 57:14_, 61:2_, 63:1_, 63:15_, 63:25_, 64:17_, 64:18_, 64:19_, 66:18_, 121:5_, 254:10_, 270:1

**SKU** [10]_ - 248:24_, 252:20_, 264:12_, 265:11 _, 265:13_, 268:2_, 268:4 _, 268:5_, 273:2_, 273:23

**sleep** [1]_ - 201:25

**sleeping** [1]_ - 83:10

**slide** [1]_ - 116:19

**slow** [1]_ - 294:24

**small** [1]_ - 281:1

**smaller** [1]_ - 254:3

**Smith** [15]_ - 191:11_, 192:15_, 193:12_, 290:12 _, 291:11_, 292:14_, 292:16_, 292:22_, 293:4_, 293:11_, 294:10_, 294:21 _, 295:18_, 297:23_, 299:23

**Smith's** [4]_ - 291:24_, 292:9_, 295:6_, 295:7

**smith's** [1]_ - 294:7

**smooth** [3]_ - 269:9_, 269:10_, 269:13

**sniper** [2]_ - 77:8_, 283:2

**so..** [11]_ - 4:16_, 242:16_, 245:15_, 253:18_, 256:3_, 256:22_, 257:8_, 262:12_, 274:19_, 289:4_, 310:9

**socks** [1]_ - 238:18

**software** [1]_ - 178:10

**sold** [4]_ - 72:10_, 248:12 _, 272:24_, 273:10

**solely** [1]_ - 6:2

**someone** [24]_ - 14:19_, 119:3_, 144:4_, 164:2_, 219:22_, 224:8_, 227:13_, 228:4_, 251:16_, 258:16_, 259:1_, 259:5_, 261:24_, 262:13_, 262:23_, 263:8_, 279:7_, 279:10_, 279:19_, 280:6_, 283:16_, 283:18_, 283:19_, 304:24

**sometime** [1]_ - 46:11

**somewhat** [2]_ - 283:19 _, 306:12

**somewhere** [1]_ - 245:20

**son** [6]_ - 20:9_, 22:19_, 225:18_, 235:18_, 236:8_, 259:11

**song** [8]_ - 226:23_, 226:25_, 227:2_, 260:22_, 261:16_, 262:8_, 271:19_, 271:22

**songs** [3]_ - 242:9_, 260:13_, 262:11

**soon** [6]_ - 199:9_, 199:24 _, 215:20_, 218:8_, 219:4 _, 275:10

**sorry** [39]_ - 7:17_, 9:17_, 14:1_, 14:13_, 31:13_, 34:2_, 51:21_, 54:15_, 57:10_, 65:10_, 74:10_, 79:20_, 110:23_, 111:6_, 111:20_, 120:25_, 121:6_, 139:3_, 162:3_, 177:11_, 177:19_, 183:8_, 192:6_, 196:4_, 198:6_, 199:3_, 201:3_, 201:8_, 204:1_, 211:22_, 217:3_, 228:9_, 232:20_, 245:22_, 246:7_, 247:14_, 262:2_, 278:8_, 309:15

**sort** [5]_ - 5:16_, 136:8_, 144:20_, 163:12_, 300:19

**sought** [1]_ - 219:3

**sound** [2]_ - 229:1_, 247:15

**sounds** [1]_ - 222:22

**south** [1]_ - 183:19

**South** [14]_ - 79:11_, 82:9 _, 160:10_, 179:18_, 182:14_, 193:10_, 194:25 _, 195:5_, 195:7_, 219:12 _, 232:19_, 252:24_, 257:4_, 258:5

**southeast** [2]_ - 113:11_, 233:22

**Southern** [25]_ - 28:15_, 28:19_, 28:23_, 29:4_, 29:8_, 29:12_, 29:16_, 101:10_, 104:9_, 123:2_, 135:3_, 135:6_, 136:3_, 136:18_, 141:2_, 141:11_, 141:12_, 141:13_, 142:1_, 142:5_, 143:5_, 178:1_, 178:16_, 178:23_, 258:20

**space** [2]_ - 164:4_, 287:16

**spaces** [1]_ - 282:25

**Spanish** [3]_ - 216:4_, 216:16_, 219:2

**speakers** [1]_ - 247:8

**speaking** [19]_ - 18:12_, 21:23_, 26:13_, 36:7_, 37:22_, 42:1_, 42:4_,

63:14_, 63:23_, 78:6_, 97:9_, 100:19_, 160:4_, 198:23_, 204:16_, 224:24 _, 226:19_, 226:22_, 304:21

**speaks** [1]_ - 283:19

**Special** [10]_ - 4:2_, 8:14 _, 45:9_, 129:10_, 176:14 _, 206:2_, 247:8_, 264:9_, 267:24_, 268:21

**SPECIAL** [1] - 8:9

**specialty** [1]_ - 256:1

**specific** [15]_ - 98:5_, 104:17_, 260:19_, 260:24 _, 261:1_, 279:4_, 280:11 _, 294:11_, 304:19_, 306:1_, 306:2_, 307:7_, 307:22_, 308:6

**specifically** [8]_ - 9:20_, 13:1_, 28:10_, 89:14_, 135:2_, 277:19_, 284:13_, 298:17

**specifics** [1]_ - 304:4

**speech** [2]_ - 259:22_, 260:7

**spelled** [1]_ - 16:21

**spend** [1]_ - 197:20

**spirit** [2]_ - 297:6_, 297:9

**spoof** [1]_ - 262:8

**Sporting** [2]_ - 163:8_, 163:9

**spotted** [1]_ - 309:13

**spray** [2]_ - 162:23

**spread** [1]_ - 226:4

**spreadsheet** [1]_ - 91:24

**spring** [11]_ - 31:6_, 31:7 _, 32:2_, 32:9_, 32:12_, 32:15_, 32:17_, 32:19_, 32:21_, 32:23_, 32:24

**Springs** [1]_ - 139:14

**SS** [2]_ - 227:23_, 228:5

**St** [6]_ - 46:24_, 48:11_, 48:20_, 48:23_, 49:13_, 49:18

**stacks** [3]_ - 93:20_, 93:24_, 302:1

**stage** [1]_ - 303:7

**stakes** [1]_ - 31:5

**stalking** [3]_ - 78:11_, 271:8

**stamp** [4]_ - 205:6_, 211:17_, 212:15_, 232:1

**stance** [1]_ - 261:19

**stand** [5]_ - 8:1_, 96:16_, 176:5_, 246:20_, 279:19

**standard** [6]_ - 240:25_, 284:2_, 285:16_, 287:24_, 288:11_, 296:12

**standby** [20]_ - 3:21_, 5:22_, 5:24_, 6:8_, 6:23_, 7:8_, 90:17_, 92:4_, 95:12 _, 175:11_, 240:11_, 244:19_, 245:3_, 245:11_, 250:6_, 264:17_, 278:1_, 278:15_, 302:12

**Standby** [1]_ - 95:7

**standing** [4]_ - 82:21_, 165:10_, 280:6_, 283:22

**stands** [2]_ - 23:3_, 35:3

**start** [14]_ - 5:15_, 98:11_, 144:6_, 177:23_, 181:13_, 191:16_, 215:15_, 227:7_, 227:14_, 229:19_, 230:4_, 230:19_, 240:2_, 302:7

**started** [1]_ - 93:18

**starting** [17]_ - 3:7_, 7:12 _, 28:14_, 94:6_, 95:1_, 123:22_, 144:5_, 144:13_, 176:20_, 192:24_, 201:5_, 203:25_, 227:20_, 228:8_, 229:17_, 237:3_, 278:24

**starts** [11]_ - 4:16_, 5:21_, 6:11_, 9:18_, 91:2_, 94:17 _, 95:2_, 126:18_, 181:16 _, 302:12_, 302:19

**state** [7]_ - 3:6_, 168:5_, 170:17_, 174:3_, 288:25_, 305:1

**statement** [4]_ - 37:17_, 249:10_, 298:5_, 310:7

**statements** [3]_ - 295:25 _, 304:6_, 308:12

**states** [1]_ - 278:25

**States** [10]_ - 3:4_, 3:7_, 3:10_, 4:4_, 78:12_, 175:3 _, 207:4_, 276:6_, 276:17 _, 308:5

**station** [2]_ - 82:9_, 82:11

**status** [1]_ - 90:11

**statute** [4]_ - 282:2_, 282:10_, 287:8_, 291:4

**stay** [1]_ - 226:5

**staying** [3]_ - 197:5_, 197:17_, 197:21

**stays** [2]_ - 174:1_, 174:5

**steady** [2]_ - 227:15_,

227:17

**steep** [1] - 118:25

**stems** [1] - 241:22

**STENOGRAPHER** [1] - 4:12

**step** [5] - 96:7, 279:5, 279:12, 282:11, 284:19

**stepped** [1] - 92:12

**steps** [4] - 110:18, 281:6, 281:8, 281:16

**stick** [3] - 162:3, 229:25, 287:3

**stickers** [1] - 244:16

**sticking** [2] - 288:19, 288:20

**still** [22] - 52:20, 59:1, 82:18, 150:18, 254:19, 275:15, 283:15, 292:15, 292:17, 292:19, 293:25, 294:7, 295:10, 295:14, 296:20, 296:22, 297:9, 301:7, 301:15, 308:17, 311:1

**stinger** [4] - 221:21, 222:1, 222:11, 222:17

**stipulated** [2] - 20:20, 20:21

**stipulation** [1] - 281:21

**stood** [1] - 112:4

**stop** [19] - 12:14, 50:9, 78:8, 78:15, 78:17, 78:22, 78:24, 79:1, 82:9, 82:11, 82:24, 182:13, 193:9, 202:1, 211:4, 232:19, 237:4, 253:17

**stopping** [2] - 174:11, 227:22

**store** [3] - 86:14, 106:24, 190:4

**stores** [3] - 15:16, 15:17, 75:11

**stories** [3] - 143:16, 153:1, 261:11

**storm** [2] - 230:1, 230:8

**straightforward** [1] - 287:20

**Straits** [2] - 261:15, 261:20

**strange** [1] - 250:25

**strangers** [2] - 194:25, 195:5

**strawberry** [4] - 122:11, 123:5, 123:6, 258:1

**street** [4] - 69:16, 92:13, 164:18, 166:11

**Street** [1] - 225:20

**strelas** [1] - 222:11

**strike** [2] - 249:7, 274:20

**string** [3] - 197:12, 200:5, 252:20

**Stuart** [1] - 237:4

**stuck** [3] - 229:23, 239:3, 286:10

**stuff** [4] - 96:8, 245:16, 245:21, 287:3

**stupid** [1] - 262:11

**style** [5] - 161:2, 161:12, 256:23, 256:25, 257:1

**subject** [3] - 123:10, 124:25, 189:1

**subject's** [1] - 85:9

**submersion** [1] - 301:8

**submit** [1] - 296:17

**submitted** [1] - 309:21

**subpoenas** [1] - 168:2

**subscriber** [6] - 24:23, 24:25, 190:14, 190:23, 190:24, 191:9

**subset** [3] - 27:7, 177:18, 181:20

**substance** [1] - 89:25

**substantial** [9] - 279:5, 279:12, 280:16, 281:6, 281:8, 281:16, 282:11, 284:19, 304:10

**substantive** [2] - 3:25, 96:4

**subtract** [1] - 76:1

**successful** [3] - 44:21, 292:20, 301:7

**succession** [2] - 102:21, 104:4

**suck** [1] - 201:4

**suffice** [1] - 281:7

**sufficiency** [1] - 285:16

**sufficient** [7] - 95:24, 242:18, 273:20, 280:14, 281:23, 284:8, 300:20

**suggest** [9] - 12:16, 14:14, 19:3, 47:14, 222:15, 228:21, 265:15, 295:9, 305:4

**suggesting** [2] - 11:1, 12:22

**suggestion** [1] - 265:12

**suggestions** [1] - 284:17

**suggests** [1] - 28:3

**summation** [1] - 310:5

**summer** [1] - 257:15

**Sunday** [6] - 133:21, 150:4, 155:9, 158:15, 158:25, 231:2

**sunglasses** [5] - 83:15, 103:12, 106:18, 109:22

**Sunny** [1] - 256:4

**SunnyD** [5] - 121:25, 122:4, 123:5, 123:6, 256:7

**supplemented** [1] - 242:19

**supplied** [1] - 243:15

**supply** [2] - 99:5, 241:23

**support** [7] - 223:9, 223:20, 281:20, 285:10, 288:13, 290:9, 300:23

**supporting** [1] - 242:19

**supports** [1] - 285:19

**supposed** [1] - 7:13

**surface** [3] - 222:2, 269:10, 269:13

**surface-to-air** [1] - 222:2

**surfaces** [3] - 269:5, 269:7, 269:9

**surprise** [1] - 193:5

**surreptitiously** [1] - 102:17

**surveillance** [31] - 78:10, 78:11, 98:2, 98:3, 98:6, 102:13, 102:15, 104:1, 104:3, 104:6, 104:7, 104:15, 106:24, 117:18, 123:12, 124:21, 124:24, 124:25, 146:7, 146:14, 150:19, 151:3, 156:1, 163:10, 185:2, 185:10, 191:15, 232:18, 258:14, 270:24, 271:17

**surveilled** [1] - 112:25

**surveilling** [2] - 116:15, 184:24

**suspect** [2] - 286:18, 310:17

**suspicious** [1] - 198:14

**swing** [1] - 69:14

**switched** [1] - 249:25

**sworn** [1] - 8:10

**system** [2] - 241:22, 302:24

T

**table** [1] - 95:20

**Tad** [3] - 20:14, 20:17, 20:22

**tag** [1] - 166:24

**tail** [4] - 126:16, 126:21, 131:16

**talks** [1] - 153:17

**tape** [9] - 61:4, 61:23, 61:24, 62:10, 162:11, 162:12, 162:21, 256:1, 257:9

**target** [1] - 228:2

**targeted** [1] - 208:6

**task** [1] - 164:5

**taxiing** [1] - 111:15

**team** [1] - 275:17

**TEC** [1] - 66:10

**technician** [2] - 249:16, 256:17

**tee** [3] - 251:4, 251:5, 251:7

**teed** [2] - 229:1, 229:5

**telephone** [7] - 8:19, 9:7, 9:14, 13:19, 15:9, 19:21, 72:25

**ten** [6] - 81:18, 242:25, 257:12, 257:14, 281:6, 297:15

**tender** [1] - 247:18

**Tendering** [4] - 8:13, 58:17, 62:4, 255:21

**tent** [1] - 31:5

**tenuous** [1] - 306:5

**term** [2] - 261:23, 270:16

**terms** [6] - 35:3, 93:11, 146:7, 291:3, 291:16, 299:24

**test** [5] - 250:25, 251:3, 251:5, 256:18

**tested** [4] - 249:16, 249:17, 256:14, 268:25

**testified** [4] - 8:10, 288:12, 290:12, 294:21

**testify** [2] - 266:24, 308:18

**testimony** [27] - 89:25, 174:23, 254:8, 270:15, 271:13, 282:3, 285:20, 286:6, 287:9, 287:14, 288:11, 290:11, 290:13, 292:10, 292:14, 293:4, 293:6, 293:21, 294:3, 295:6, 295:7, 295:17, 295:22, 297:23, 301:5, 305:24, 308:2

**testing** [8] - 251:7, 251:11, 256:16, 269:4, 269:5, 269:8, 269:15, 301:8

**Texas** [4] - 164:3, 204:19, 207:2, 207:3

**text** [39] - 11:18, 13:4, 13:21, 20:5, 24:17, 46:4, 46:7, 46:15, 47:17, 50:6, 50:11, 51:12, 65:8, 65:23, 69:24, 70:14, 73:11, 73:15, 98:18, 99:6, 144:3, 144:5, 148:12, 195:16, 195:24, 196:1, 196:2, 197:12, 198:25, 201:2, 202:25, 203:24, 215:9, 215:24, 216:14, 217:15, 219:7, 219:22, 296:1

**texting** [9] - 52:12, 52:13, 72:14, 73:3, 73:5, 197:18, 234:13, 234:14, 235:17

**texts** [1] - 45:13

**THE** [494] - 3:2, 3:11, 3:13, 3:18, 3:23, 4:6, 4:12, 4:15, 4:17, 4:21, 4:25, 5:2, 5:14, 6:3, 6:11, 6:17, 7:3, 7:6, 7:18, 7:22, 8:3, 8:4, 8:8, 9:23, 11:14, 13:8, 14:23, 16:3, 17:6, 19:10, 21:1, 23:9, 23:23, 25:11, 26:6, 27:9, 27:11, 27:14, 27:22, 30:12, 31:12, 31:15, 31:19, 33:4, 33:17, 34:15, 35:13, 36:19, 37:14, 39:15, 39:18, 39:20, 39:23, 40:1, 41:17, 45:7, 47:6

, 48:1, 48:7, 48:10, 49:2, 50:19, 53:14, 55:6, 56:10, 57:9, 58:14, 59:11, 59:20, 60:11, 60:14, 62:2, 63:5, 63:7, 64:4, 65:4, 65:20, 65:25, 66:25, 69:21, 70:25, 71:17, 72:18, 75:7, 75:15, 76:10, 76:24, 77:11, 79:6, 80:1, 80:11, 80:22, 81:6, 81:17, 81:22, 82:15, 83:2, 83:21, 84:7, 84:19, 85:1, 85:14, 86:1, 86:11, 87:4, 88:4, 88:7, 89:8, 89:11, 89:22, 90:3, 90:7, 90:24, 91:5, 91:15, 91:17, 92:9, 92:15, 92:22, 93:5, 93:12, 94:2, 94:16, 95:2, 95:7, 95:25, 96:9, 96:13, 96:15, 97:3, 98:15, 100:14, 102:25, 105:2, 105:7, 105:13, 105:25, 107:9, 107:13, 108:19, 109:15, 110:6, 110:21, 111:10, 112:7, 117:23, 119:21, 120:13, 120:24, 121:1, 122:16, 123:17, 125:5, 125:15, 126:9, 127:4, 127:17, 128:1, 128:10, 128:21, 129:8, 129:20, 130:9, 131:5, 131:20, 131:23, 132:3, 133:2, 133:15, 133:17, 134:1, 134:9, 134:20, 135:19, 135:22, 136:22, 137:7, 137:18, 138:19, 139:2, 139:18, 140:3, 140:12, 140:20, 141:5, 141:19, 141:22, 142:12, 142:22, 143:10, 143:21, 145:19, 146:11, 147:1, 147:15, 148:17, 149:3, 149:12, 149:20, 149:24, 150:10, 150:24, 151:17, 152:3, 152:14, 153:4, 153:12, 153:22, 154:6, 155:5, 155:15, 156:5, 156:12, 156:22, 157:9, 157:16, 157:25, 158:11, 159:8, 160:15, 161:16, 163:1, 163:20, 164:15, 164:23, 165:7, 165:18, 166:1, 166:8, 166:17, 167:2, 167:12, 168:12, 168:23, 169:6, 169:17, 169:24, 170:13, 171:17, 172:6,

172:19, 173:12, 173:14, 173:16, 174:12, 174:21, 174:24, 174:25, 175:4, 175:6, 175:12, 175:14, 175:20, 175:25, 176:3, 176:9, 177:21, 181:5, 181:22, 181:24, 188:18, 188:20, 188:22, 189:8, 189:24, 190:20, 191:24, 193:19, 194:11, 195:2, 195:10, 198:17, 200:9, 200:22, 201:16, 202:18, 204:24, 205:14, 205:24, 206:11, 206:22, 207:7, 207:15, 208:10, 208:19, 209:2, 209:12, 209:13, 209:18, 210:9, 211:11, 212:7, 213:13, 214:2, 214:11, 214:23, 216:12, 216:19, 216:22, 218:19, 219:19, 220:10, 220:18, 223:12, 224:4, 225:3, 225:11, 225:24, 226:12, 226:14, 226:17, 230:21, 231:6, 231:20, 232:15, 233:2, 234:8, 234:22, 235:11, 236:1, 236:22, 237:14, 238:13, 238:24, 239:12, 239:15, 239:17, 239:18, 239:22, 240:4, 240:6, 240:10, 240:13, 240:16, 240:23, 241:2, 241:6, 241:11, 241:19, 242:5, 242:15, 242:17, 243:1, 243:5, 244:14, 244:18, 245:4, 245:16, 245:23, 246:4, 246:7, 246:11, 246:17, 247:5, 247:19, 249:8, 249:23, 250:1, 250:6, 250:11, 250:13, 250:18, 250:23, 253:25, 255:13, 255:17, 255:20, 259:24, 260:8, 262:3, 262:16, 262:20, 262:22, 263:3, 263:5, 264:3, 264:5, 264:19, 264:23, 265:1, 265:7, 265:9, 265:20, 265:23, 266:5, 266:12, 266:14, 267:1, 267:5, 267:9, 267:11, 267:16, 267:22, 269:19, 270:10, 272:12, 272:14, 273:5, 273:22, 273:23, 274:23, 275:5, 275:6, 275:7, 275:8, 275:9, 275:14, 275:19, 275:22, 276:2,

276:4, 276:7, 276:9, 276:14, 276:19, 277:16, 277:23, 277:25, 278:4, 278:10, 278:19, 278:23, 279:15, 280:13, 281:24, 282:23, 283:14, 284:1, 285:9, 285:13, 285:23, 286:2, 287:1, 287:21, 287:23, 288:2, 288:16, 289:3, 289:5, 290:7, 290:18, 290:21, 290:25, 291:14, 292:18, 292:24, 293:1, 293:25, 294:4, 294:6, 294:15, 294:18, 294:24, 295:2, 295:4, 296:2, 296:5, 296:12, 297:1, 297:13, 297:17, 297:20, 298:6, 298:12, 298:25, 299:3, 299:7, 299:14, 299:17, 299:19, 299:25, 300:5, 300:7, 300:9, 300:15, 300:21, 301:14, 301:19, 301:22, 302:14, 302:23, 304:1, 305:16, 305:18, 307:4, 309:5, 309:7, 309:10, 310:6, 310:10, 310:14, 311:2, 311:11, 311:14

**themselves** [7] - 175:17, 269:4, 269:5, 269:7, 269:15, 283:25, 305:1

**theory** [4] - 291:16, 291:18, 300:23, 306:6

**thereafter** [2] - 303:4, 303:23

**thereby** [1] - 119:15

**therefore** [2] - 92:5, 167:19

**thereof** [1] - 306:1

**they've** [2] - 280:12

**thick** [1] - 165:3

**thinking** [1] - 248:20

**thinks** [1] - 298:1

**third** [5] - 24:4, 88:16, 162:6, 281:21, 289:23

**thousand** [1] - 274:9

**thread** [3] - 216:14, 285:2, 304:22

**threat** [6] - 143:18, 260:24, 261:1, 288:3, 288:7, 288:8

**three** [15] - 15:11, 176:18, 189:21, 244:7, 289:22, 290:13, 290:15

_, 291:24_, 293:8_, 295:17_, 295:18_, 295:22_, 309:2_, 309:3_, 310:13

**three-quarters** [1]_ - 309:3

**throughout** [4]_ - 105:16_, 286:7_, 289:14

**thumbnail** [9]_ - 16:12_, 26:19_, 60:25_, 97:20_, 118:12_, 148:4_, 152:22_, 205:9_, 232:6

**thumbnails** [1]_ - 212:19

**Thursday** [1]_ - 152:11

**ticket** [1]_ - 48:17

**ticketing** [1]_ - 106:5

**tickets** [3]_ - 137:13_, 139:25_, 153:18

**tied** [5]_ - 61:2_, 121:5_, 260:13_, 260:16_, 260:18

**ties** [3]_ - 162:21_, 259:21, 260:6

**timestamp** [6]_ - 61:8_, 107:11_, 108:14_, 111:21_, 232:1_, 232:21

**timestamps** [1]_ - 75:22

**timetable** [1]_ - 200:19

**Tina** [24]_ - 45:4_, 45:16_, 45:22_, 45:23_, 46:9_, 46:17_, 47:1_, 47:3_, 47:18_, 50:7_, 51:13_, 51:19_, 51:25_, 52:2_, 52:8_, 52:25_, 53:5_, 54:1_, 54:7_, 54:22_, 67:5_, 69:5_, 69:24_, 70:2

**tins** [1]_ - 202:14

**to..** [1]_ - 255:12

**toast** [1]_ - 229:22

**today** [12]_ - 7:25_, 34:23_, 96:18_, 134:6_, 148:22_, 150:14_, 150:15_, 150:16_, 266:25_, 289:16_, 290:22_, 308:20

**together** [8]_ - 10:6_, 45:24_, 93:20_, 248:12_, 260:17_, 260:18_, 274:16_, 274:18

**toilet** [1]_ - 84:22

**Tomas** [1]_ - 145:23

**tomorrow** [3]_ - 152:25_, 218:3_, 219:9

**took** [10]_ - 82:7_, 96:23_, 108:2_, 118:15_, 119:15_, 135:15_, 213:8_, 237:4_, 238:6

**toolmark** [1]_ - 270:5

**Top** [1]_ - 77:18

**top** [19]_ - 21:5_, 24:15_, 39:20_, 45:21_, 49:15_, 53:4_, 76:2_, 148:9_, 162:2_, 178:3_, 193:23_, 210:14_, 216:2_, 255:7_, 255:8_, 270:19_, 292:11_, 299:4

**topic** [1]_ - 124:24

**tops** [2]_ - 255:23

**torso** [1]_ - 289:1

**total** [3]_ - 244:20_, 302:9_, 302:21

**totaling** [2]_ - 42:25_, 51:2

**totality** [4]_ - 34:22_, 256:6_, 263:18_, 271:12

**totally** [1]_ - 197:19

**touched** [1]_ - 280:9

**Tounsi** [1]_ - 223:16

**tourniquet** [1]_ - 206:8

**towards** [6]_ - 165:1_, 165:12_, 279:5_, 279:12_, 279:13_, 281:2

**town** [7]_ - 148:21_, 148:23_, 153:19_, 227:21_, 227:24_, 229:3_, 229:10

**Toyota** [1]_ - 178:8

**track** [4]_ - 144:16_, 146:6_, 297:7_, 297:9

**trackable** [1]_ - 144:20

**tracker** [3]_ - 129:15_, 130:2_, 130:14

**tracking** [2]_ - 144:22_, 146:1

**traffic** [15]_ - 134:13_, 134:14_, 135:2_, 136:5_, 136:16_, 140:16_, 140:17_, 140:25_, 142:16_, 142:17_, 143:3_, 158:4_, 158:5_, 158:23_, 237:4

**tragedy** [1]_ - 229:20

**Trail** [11]_ - 179:11_, 179:13_, 180:14_, 180:19_, 180:20_, 180:21_, 183:1_, 183:19_, 186:3_, 187:10_, 188:8

**training** [4]_ - 102:12_, 119:11_, 269:3_, 287:12

**trait** [1]_ - 305:21

**traits** [1]_ - 305:23

**tramp** [2]_ - 221:1_, 221:9

**transaction** [17]_ - 38:9_, 38:20_, 38:23_, 38:24_, 39:3_, 39:6_, 40:3_, 40:11_, 40:21_, 40:22_, 42:19_, 43:2_, 43:8_, 45:3_, 87:21_, 88:22_, 88:25

**transactions** [20]_ - 35:4_, 35:7_, 36:11_, 37:3_, 37:24_, 38:14_, 41:2_, 41:7_, 41:11_, 42:1_, 42:4_, 42:5_, 43:5_, 43:24_, 44:7_, 44:11_, 50:21_, 50:24_, 51:1_, 87:24

**transfer** [7]_ - 35:5_, 38:10_, 38:12_, 38:21_, 39:12_, 41:4_, 41:8

**transferred** [1]_ - 36:5

**transfers** [4]_ - 36:12_, 37:7_, 37:8_, 37:25

**Translate** [1]_ - 219:2

**translate** [1]_ - 219:2

**translated** [2]_ - 216:8_, 219:3

**translation** [2]_ - 216:16_, 216:24

**transpired** [1]_ - 91:18

**Transportation** [1]_ - 170:17

**trash** [1]_ - 148:2

**trashed** [4]_ - 154:14_, 160:25_, 167:19_, 212:17

**trauma** [1]_ - 282:6

**travel** [10]_ - 47:22_, 48:22_, 49:12_, 49:18_, 49:21_, 49:23_, 259:5_, 259:9_, 272:4_, 274:8

**traveled** [1]_ - 48:23

**traveling** [7]_ - 19:5_, 28:18_, 49:13_, 107:5_, 136:15_, 179:17_, 188:4

**travels** [2]_ - 27:1_, 48:11

**treatments** [2]_ - 292:16_, 293:19

**Tree** [4]_ - 122:21_, 123:1_, 202:1_, 202:6

**tree** [18]_ - 61:2_, 61:19_, 61:22_, 78:24_, 82:24_, 120:17_, 121:5_, 121:8_, 230:12_, 230:14_, 256:24_, 256:25_, 257:1_, 257:4_, 257:9_, 257:10_, 257:17_, 257:23

**trees** [2]_ - 62:19_, 257:20

**tremendous** [1]_ - 310:8

**trend** [2]_ - 132:21_, 179:16

**trends** [1]_ - 36:11

**trial** [11]_ - 5:15_, 6:23_, 95:20_, 96:1_, 240:3_, 240:21_, 244:12_, 302:11_, 303:6_, 306:24_, 307:13

**tried** [5]_ - 34:2_, 48:20_, 163:15_, 282:4_, 282:19

**trigger** [12]_ - 290:2_, 293:9_, 294:16_, 294:18_, 294:21_, 295:20_, 297:18_, 298:7_, 298:13_, 298:22_, 298:23_, 300:10

**trip** [1]_ - 196:12

**tripod** [2]_ - 162:17_, 162:19

**truck** [21]_ - 78:8_, 78:15_, 78:17_, 78:22_, 78:24_, 79:1_, 82:9_, 82:11_, 82:24_, 168:9_, 168:20_, 182:4_, 182:10_, 182:11_, 182:13_, 182:18_, 193:9_, 202:1_, 232:18_, 253:17

**trucks** [1]_ - 83:17

**true** [47]_ - 8:18_, 13:12_, 20:16_, 45:11_, 53:18_, 71:22_, 83:6_, 97:7_, 97:12_, 98:23_, 98:25_, 112:12_, 113:9_, 113:14_, 114:9_, 114:14_, 114:21_, 114:24_, 115:3_, 115:7_, 115:14_, 115:18_, 115:21_, 116:3_, 116:9_, 116:25_, 117:7_, 124:6_, 143:25_, 147:19_, 187:16_, 192:17_, 195:14_, 198:22_, 200:13_, 201:1_, 201:20_, 215:2_, 218:23_, 233:6_, 233:13_, 233:20_, 234:12_, 235:1_, 235:15_, 236:5_, 275:1

**true-name** [16]_ - 45:11_, 97:12_, 114:14_, 114:24_, 115:3_, 115:7_, 115:14_, 115:18_, 115:21_, 116:3_, 116:9_, 116:25_, 117:7_, 124:6_, 192:17_, 195:14

**Trump** [110]_ - 18:21_, 34:2_, 62:19_, 78:13_, 78:14_, 98:4_, 98:9_, 99:19_, 101:7_, 104:2_, 111:4_, 113:1_, 113:2_, 113:17_, 113:22_, 114:1_, 114:5_, 114:11_, 114:16_,

115:1_, 115:5_, 115:9_, 115:11_, 115:16_, 115:23_, 116:18_, 117:3_, 117:10_, 117:15_, 117:18_, 120:2_, 120:6_, 123:8_, 123:24_, 124:8_, 124:16_, 125:11_, 125:21_, 126:6_, 126:14_, 127:10_, 127:11_, 127:21_, 128:5_, 128:6_, 129:4_, 133:21_, 133:23_, 134:5_, 137:1_, 137:11_, 138:6_, 139:10_, 139:11_, 139:15_, 139:25_, 143:17_, 144:16_, 145:5_, 148:21_, 149:7_, 149:16_, 150:4_, 150:14_, 150:15_, 150:16_, 151:25_, 152:10_, 152:25_, 153:8_, 155:9_, 156:2_, 156:9_, 157:4_, 158:15_, 158:25_, 179:14_, 180:22_, 183:3_, 186:11_, 187:6_, 187:11_, 187:18_, 188:9_, 219:25_, 221:8_, 221:12_, 222:6_, 222:23_, 223:9_, 223:18_, 224:10_, 224:12_, 229:14_, 230:2_, 231:2_, 231:13_, 232:24_, 233:8_, 233:14_, 233:22_, 233:23_, 258:12_, 272:2_, 279:2_, 279:25_, 280:6_, 280:20_, 280:24

**Trump's** [38]_ - 99:17_, 99:18_, 100:5_, 101:7_, 101:18_, 104:21_, 110:2_, 110:10_, 111:3_, 111:25_, 133:10_, 136:14_, 137:12_, 137:24_, 138:23_, 140:9_, 144:23_, 146:1_, 146:6_, 146:15_, 147:7_, 148:10_, 148:23_, 149:8_, 150:5_, 150:18_, 153:1_, 153:18_, 154:20_, 155:11_, 155:12_, 155:23_, 156:19_, 157:22_, 160:5_, 160:6_, 191:17_, 258:4

**truncated** [1]_ - 242:23

**truth** [1]_ - 306:6

**truthful** [1]_ - 194:24

**try** [5]_ - 68:25_, 102:17_, 163:12_, 292:19_, 301:6

**trying** [8]_ - 70:17_, 70:18_, 170:23_, 223:7_, 291:14_, 293:25_, 295:9_, 306:11

**Tuesday** [6]_ - 199:14_, 310:17_, 310:20_, 311:1_, 311:7_, 311:9

**turn** [1]_ - 250:8

**Turnage** [2]_ - 112:21_, 112:22

**turning** [2]_ - 113:23_, 162:1

**TV** [1]_ - 261:8

**two** [43]_ - 10:4_, 13:25_, 15:19_, 25:7_, 36:5_, 42:25_, 43:25_, 44:12_, 47:17_, 51:20_, 60:7_, 64:18_, 72:11_, 93:20_, 93:23_, 93:24_, 103:13_, 123:4_, 175:16_, 188:4_, 206:14_, 208:15_, 221:3_, 227:3_, 244:7_, 260:16_, 268:14_, 273:13_, 286:22_, 289:23_, 290:20_, 291:20_, 292:11_, 296:20_, 297:8_, 299:5_, 302:1_, 302:3_, 305:23_, 307:1_, 310:12

**type** [3]_ - 144:24_, 303:15_, 307:12

**typed** [6]_ - 92:7_, 94:12_, 94:13_, 94:14_, 95:22_, 302:17

**types** [2]_ - 63:23_, 125:2

**typeset** [1]_ - 254:21

**typically** [3]_ - 107:5_, 131:15_, 145:8

**U**

**U.S** [2]_ - 79:11_, 257:25

**Ukraine** [6]_ - 99:3_, 221:22_, 223:18_, 224:10_, 304:10_, 307:17

**ultimately** [4]_ - 44:21_, 93:8_, 223:5_, 238:9

**unable** [1]_ - 94:12

**uncommon** [1]_ - 144:22

**uncover** [8]_ - 17:2_, 44:19_, 47:22_, 62:24_, 64:24_, 78:25_, 219:11_, 292:19

**uncovered** [3]_ - 10:25_, 11:4_, 172:14

**under** [22]_ - 8:2_, 82:24_, 89:24_, 96:16_, 169:2_, 174:22_, 176:11_, 239:24_, 246:20_, 251:4_, 251:6_, 267:12_, 278:16_, 278:20_, 281:8_, 282:2_, 282:10_, 283:4_, 284:1_, 284:14_, 304:17

**undergo** [1]_ - 301:6

**underground** [1]_ - 164:4

**underline** [2]_ - 14:10_, 48:21

**underneath** [2]_ - 78:24_, 162:12

**understood** [2]_ - 96:12_, 262:4

**unequivocal** [1]_ - 295:11

**unequivocally** [1]_ - 292:13

**unfolded** [1]_ - 159:16

**Union** [1]_ - 20:14

**unique** [1]_ - 173:25

**United** [10]_ - 3:4_, 3:7_, 3:10_, 4:4_, 78:12_, 175:3_, 207:4_, 276:6_, 276:17_, 308:5

**unless** [2]_ - 3:13_, 275:1

**unrealistic** [1]_ - 289:2

**unrebutted** [2]_ - 281:12_, 287:9

**unusual** [5]_ - 107:4_, 107:5_, 253:23_, 254:2_, 259:14

**up** [68]_ - 6:19_, 7:7_, 8:14_, 8:25_, 9:3_, 9:10_, 28:11_, 28:16_, 28:20_, 29:1_, 29:5_, 29:9_, 29:13_, 29:18_, 34:3_, 47:4_, 47:10_, 58:19_, 61:2_, 62:7_, 82:7_, 92:23_, 93:8_, 96:4_, 101:19_, 108:13_, 110:18_, 112:4_, 113:4_, 121:5_, 122:23_, 144:15_, 150:17_, 168:8_, 169:24_, 169:25_, 175:16_, 178:13_, 178:17_, 178:24_, 179:6_, 179:21_, 180:2_, 180:8_, 180:16_, 180:24_, 181:3_, 187:4_, 198:2_, 215:24_, 227:3_, 227:19_, 228:2_, 228:13_, 229:1_, 229:5_, 236:14_, 238:18_, 248:25_, 251:9_, 251:22_, 261:12_, 273:10_, 276:5_, 286:12_, 302:6_, 303:24_, 310:16

**upcoming** [3]_ - 72:9_, 127:21_, 145:9

**update** [1]_ - 7:10

**updates** [1]_ - 90:14

**upload** [3]_ - 175:8_,

175:9_, 175:10

**upper** [2]_ - 136:8_, 215:12

**upset** [1]_ - 197:1

**URL** [1]_ - 208:5

**useful** [1]_ - 245:13

**user** [15]_ - 11:19_, 11:21_, 12:4_, 12:19_, 12:20_, 14:13_, 14:15_, 19:3_, 72:2_, 98:19_, 138:12_, 145:23_, 163:24_, 226:5

**UTC** [26]_ - 52:23_, 61:9_, 61:10_, 61:15_, 67:25_, 71:10_, 75:22_, 76:2_, 99:10_, 118:9_, 127:14_, 134:17_, 138:1_, 146:4_, 146:19_, 158:8_, 158:18_, 158:23_, 217:22_, 218:12_, 218:13_, 232:3_, 234:18_, 235:7_, 235:22_, 236:12

**utilized** [1]_ - 189:19

**utilizing** [1]_ - 219:1

**V**

**vague** [5]_ - 261:3_, 261:7_, 271:19_, 271:24_, 271:25

**vaguely** [1]_ - 261:20

**Van** [1]_ - 225:20

**vantage** [2]_ - 165:10_, 165:13

**variations** [1]_ - 249:2

**variety** [1]_ - 248:22

**various** [8]_ - 62:25_, 96:2_, 117:13_, 139:10_, 255:5_, 279:21_, 304:8_, 307:7

**vehicle** [28]_ - 17:24_, 17:25_, 28:5_, 29:24_, 30:1_, 104:14_, 110:17_, 168:19_, 172:12_, 173:23_, 173:25_, 174:2_, 178:11_, 183:22_, 188:12_, 188:15_, 189:2_, 193:8_, 248:24_, 251:17_, 252:1_, 252:5_, 252:6_, 252:10_, 253:16

**Vehicles** [1]_ - 168:4

**vehicles** [1]_ - 172:10

**Venmo** [11]_ - 42:5_, 42:15_, 42:20_, 43:9_, 43:11_, 43:15_, 43:22_, 44:3_, 44:4_, 51:1_, 89:14

**Venmos** [2]‗ - 42:25‗, 44:12

**verify** [1]‗ - 241:5

**version** [13]‗ - 26:18‗, 55:18‗, 60:25‗, 118:12‗, 152:22‗, 154:17‗, 202:11‗, 205:8‗, 212:18‗, 213:19‗, 232:6‗, 260:2‗, 302:18

**versions** [1]‗ - 103:9

**versus** [1]‗ - 6:5

**via** [5]‗ - 138:10‗, 224:7‗, 240:9‗, 240:21‗, 280:17

**vicinity** [32]‗ - 18:20‗, 19:1‗, 113:10‗, 113:17‗, 113:22‗, 114:1‗, 114:5‗, 114:11‗, 114:17‗, 114:18‗, 115:1‗, 115:5‗, 115:9‗, 115:10‗, 115:16‗, 115:23‗, 116:18‗, 117:3‗, 117:9‗, 123:25‗, 124:8‗, 124:9‗, 124:16‗, 182:14‗, 186:11‗, 187:6‗, 187:11‗, 187:18‗, 188:9‗, 233:8‗, 233:14‗, 233:23

**victim** [1]‗ - 288:9

**Victoria** [1]‗ - 251:17

**video** [32]‗ - 59:14‗, 59:16‗, 86:17‗, 105:3‗, 105:21‗, 106:2‗, 106:7‗, 107:1‗, 107:2‗, 107:22‗, 107:23‗, 108:9‗, 108:10‗, 108:15‗, 108:21‗, 108:22‗, 109:7, 109:8‗, 109:16‗, 110:7‗, 110:13‗, 110:14‗, 111:11‗, 111:12‗, 111:21‗, 111:22‗, 135:24‗, 142:3‗, 166:4‗, 238:6‗, 247:6‗, 255:15

**Vienna** [2]‗ - 202:14‗, 253:14

**view** [13]‗ - 91:6‗, 120:1‗, 131:8‗, 141:25‗, 142:1‗, 148:10‗, 148:11‗, 164:18‗, 165:21‗, 166:8‗, 242:17‗, 277:12‗, 279:3

**viewed** [4]‗ - 94:18‗, 97:15‗, 127:11‗, 128:6

**viewing** [6]‗ - 128:16‗, 129:14‗, 130:21‗, 141:11‗, 277:7‗, 284:20

**views** [1]‗ - 306:18

**VIN** [7]‗ - 170:24‗, 171:4‗, 171:6‗, 173:24‗, 174:5‗, 174:7‗, 174:8

**violated** [1]‗ - 280:7

**violation** [2]‗ - 260:25‗,

283:11

**violence** [6]‗ - 260:20‗, 260:21‗, 260:22‗, 285:3‗, 285:4‗, 285:6

**violent** [1]‗ - 285:18

**vis-à-vis** [1]‗ - 285:15

**visible** [8]‗ - 57:22‗, 144:21‗, 144:23‗, 254:21‗, 295:4‗, 296:21‗, 297:9‗, 297:18

**visit** [6]‗ - 44:15‗, 77:17‗, 133:11‗, 139:24‗, 215:20‗, 253:20

**visited** [23]‗ - 77:18‗, 127:22‗, 129:3‗, 133:22‗, 134:14‗, 137:2‗, 137:12‗, 137:24‗, 140:16‗, 142:16‗, 142:17‗, 148:22‗, 149:8‗, 149:17‗, 150:5‗, 155:10‗, 155:11‗, 208:14‗, 208:24‗, 214:19‗, 225:8‗, 226:6‗, 231:12

**visiting** [17]‗ - 20:17‗, 130:2‗, 130:14‗, 133:9‗, 135:1‗, 135:7‗, 139:25‗, 140:8‗, 140:25‗, 141:10‗, 143:3‗, 143:16‗, 153:17‗, 155:22‗, 156:18‗, 157:21‗, 163:7

**visits** [5]‗ - 44:14‗, 139:10‗, 139:13‗, 154:2‗, 158:5

**visual** [1]‗ - 301:5

**vital** [1]‗ - 256:13

**Volaris** [1]‗ - 210:15

**Volodymyr** [9]‗ - 99:1‗, 99:25‗, 147:10‗, 148:12‗, 220:22‗, 221:13‗, 222:18‗, 222:19‗, 223:19

## W

**wait** [4]‗ - 14:1‗, 230:2‗, 230:14‗, 311:3

**waiting** [1]‗ - 96:6

**walk** [2]‗ - 210:11‗, 278:23

**walked** [1]‗ - 288:24

**walking** [3]‗ - 108:13‗, 110:17‗, 112:4

**wants** [3]‗ - 93:9‗, 306:3‗, 306:4

**War** [1]‗ - 230:2

**warrant** [2]‗ - 138:10‗, 289:8

**Warren** [1]‗ - 243:7

**watch** [4]‗ - 258:13‗, 258:17‗, 259:1‗, 271:11

**watching** [1]‗ - 271:14

**ways** [1]‗ - 291:20

**weapon** [4]‗ - 221:24‗, 222:3‗, 297:7‗, 298:2

**weapons** [1]‗ - 280:2

**wearing** [11]‗ - 55:21‗, 59:15‗, 59:17‗, 86:6‗, 86:20‗, 106:16‗, 106:23‗, 107:1‗, 109:21‗, 238:17‗, 238:18

**weather** [1]‗ - 232:8

**web** [12]‗ - 64:13‗, 77:6‗, 77:17‗, 128:16‗, 139:10‗, 139:24‗, 193:3‗, 207:21‗, 209:24‗, 214:18‗, 265:10‗, 271:2

**website** [28]‗ - 16:15‗, 127:11‗, 129:3‗, 129:14‗, 130:3‗, 133:9‗, 133:11‗, 133:22‗, 134:14‗, 135:1‗, 137:2‗, 137:24‗, 139:24‗, 140:17‗, 141:10‗, 142:17‗, 148:23‗, 149:17‗, 153:17‗, 154:2‗, 163:7‗, 163:9‗, 231:13‗, 248:15‗, 248:25‗, 265:18‗, 273:24

**websites** [11]‗ - 127:22‗, 128:17‗, 137:12‗, 140:8‗, 143:16‗, 148:7‗, 149:8‗, 155:22‗, 156:18‗, 157:21‗, 208:16

**Wednesday** [1]‗ - 156:9

**week** [3]‗ - 286:7‗, 289:15‗, 301:15

**weekend** [5]‗ - 276:5‗, 276:22‗, 277:13‗, 310:22‗, 311:14

**weeks** [1]‗ - 72:11

**weigh** [1]‗ - 284:22

**weighing** [1]‗ - 284:10

**Weird** [1]‗ - 262:8

**welcome** [2]‗ - 7:23‗, 217:2

**welfare** [2]‗ - 86:5‗, 106:25

**Wellington** [1]‗ - 88:17

**Wert** [1]‗ - 225:20

**Wesley** [1]‗ - 3:5

**west** [5]‗ - 17:14‗, 28:25‗, 179:14‗, 180:22‗, 183:23

**West** [22]‗ - 9:9‗, 19:6‗,

19:24‗, 20:13‗, 20:17‗, 44:15‗, 76:20‗, 78:2‗, 123:2‗, 127:12‗, 128:7‗, 139:15‗, 163:8‗, 179:11‗, 179:20‗, 180:13‗, 180:19‗, 182:25‗, 186:4‗, 187:11‗, 188:9‗, 219:13

**westbound** [1]‗ - 187:1

**Western** [1]‗ - 20:14

**WGS** [1]‗ - 16:16

**WhatsApp** [8]‗ - 65:24‗, 66:12‗, 66:15‗, 145:22‗, 163:23‗, 215:6‗, 224:7

**WhatsApping** [1]‗ - 215:9

**whereabouts** [4]‗ - 150:18‗, 159:4‗, 191:17‗, 271:6

**whichever** [1]‗ - 307:24

**white** [16]‗ - 47:11‗, 47:18‗, 83:15‗, 85:4‗, 85:10‗, 86:20‗, 103:12‗, 103:13‗, 106:17‗, 106:18‗, 109:22‗, 230:1‗, 250:8‗, 251:4‗, 275:20‗, 277:25

**White** [4]‗ - 190:16‗, 193:12‗, 230:8‗, 230:9

**whole** [7]‗ - 253:2‗, 288:21‗, 289:21‗, 295:19‗, 297:6‗, 304:23‗, 305:8

**Wi** [2]‗ - 193:4‗, 193:11

**Wi-Fi** [2]‗ - 193:4‗, 193:11

**Wikipedia** [2]‗ - 225:8‗, 226:6

**Wilson** [4]‗ - 159:18‗, 159:21‗, 193:16‗, 194:18

**window** [3]‗ - 251:21‗, 252:3

**windows** [5]‗ - 108:3‗, 108:13‗, 109:1‗, 111:19‗, 112:4

**windshield** [2]‗ - 83:11‗, 83:16

**Windward** [3]‗ - 15:18‗, 15:20‗, 16:16

**wire** [3]‗ - 35:5‗, 84:16‗, 249:14

**wires** [1]‗ - 246:1

**Wisconsin** [1]‗ - 154:21

**wise** [1]‗ - 250:25

**wish** [21]‗ - 70:10‗, 221:16‗, 241:23‗, 242:6‗, 244:11‗, 250:3‗, 250:6‗, 266:17‗, 266:20‗, 267:7‗,

276:5, 277:1, 277:20, 280:20, 281:3, 301:11, 301:25, 307:25, 308:1, 308:6, 310:15

**wishes** [3] - 95:10, 250:16, 278:16

**withdrawal** [7] - 35:6, 87:25, 88:8, 88:14, 88:17, 88:24, 89:1

**witness** [16] - 8:1, 33:11, 96:10, 96:16, 176:5, 241:19, 243:13, 243:14, 245:19, 246:20, 247:18, 266:18, 266:23, 266:24, 267:6, 275:1

**WITNESS** [24] - 8:3, 16:3, 27:22, 47:6, 48:7, 48:10, 88:4, 88:7, 105:7, 105:13, 107:13, 110:21, 166:8, 169:24, 174:24, 181:5, 209:13, 239:17, 260:8, 263:5, 264:3, 273:23, 275:6, 275:8

**witness's** [1] - 270:15

**witnesses** [9] - 277:8, 287:18, 300:18, 308:17, 308:23, 309:2, 309:25, 310:1, 310:25

**wits** [1] - 287:11

**wonderful** [1] - 306:10

**wondering** [1] - 31:15

**word** [6] - 32:24, 148:9, 154:14, 160:25, 227:14, 227:20

**worker** [2] - 229:21, 261:19

**works** [1] - 99:5

**world** [10] - 224:12, 224:16, 227:9, 229:2, 229:10, 253:14, 274:10, 274:14, 290:1, 304:9

**World** [4] - 34:1, 230:2, 243:17, 280:22

**worn** [2] - 82:18, 86:4

**worry** [5] - 197:9, 197:25, 199:1, 249:25, 276:25

**worst** [1] - 306:9

**wow** [2] - 227:23, 230:2

**write** [1] - 51:18

**writer** [1] - 13:21

**writes** [10] - 73:21, 144:15, 147:7, 201:7,

215:24, 216:25, 221:21, 222:11, 225:17, 236:14

**writings** [1] - 241:15

**written** [6] - 5:16, 33:13, 84:13, 202:21, 204:20, 304:6

**wrote** [3] - 224:22, 227:1, 260:21

**wussy** [1] - 228:19

## X

**Xterra** [127] - 9:2, 9:6, 17:20, 18:1, 18:10, 26:15, 26:22, 26:23, 27:23, 28:2, 28:4, 28:5, 28:13, 28:17, 28:21, 29:2, 29:6, 29:10, 29:14, 29:20, 30:2, 30:4, 30:17, 33:7, 58:10, 58:23, 59:3, 59:25, 60:2, 62:12, 72:23, 78:23, 82:4, 82:21, 83:8, 83:24, 84:10, 85:8, 85:17, 89:21, 105:7, 105:12, 106:22, 109:19, 112:15, 123:10, 159:11, 161:23, 166:14, 166:16, 166:19, 166:21, 167:5, 167:6, 169:1, 169:11, 169:22, 170:10, 171:1, 171:8, 171:14, 171:22, 173:1, 173:4, 173:5, 174:8, 177:7, 177:10, 177:12, 177:25, 178:6, 178:12, 178:14, 178:21, 179:3, 179:10, 179:17, 179:24, 180:5, 180:12, 180:17, 180:25, 181:5, 181:17, 182:14, 182:24, 183:9, 183:16, 184:3, 184:7, 184:11, 184:15, 184:20, 185:7, 185:15, 185:19, 185:23, 186:2, 186:15, 186:19, 186:23, 187:1, 187:4, 187:9, 187:21, 187:25, 188:4, 188:7, 188:25, 189:4, 189:15, 190:3, 192:21, 194:8, 194:16, 194:23, 202:23, 203:21, 206:6, 210:2, 232:20, 237:18, 264:13, 265:12, 268:6, 268:12, 268:18

## Y

**Yankovic** [1] - 262:8

**year** [5] - 11:10, 35:9, 72:10, 168:18, 241:9

**years** [2] - 225:19, 230:1

**yellow** [1] - 82:6

**Yellow** [1] - 16:15

**yesterday** [7] - 10:19, 78:9, 78:19, 171:6, 248:5, 249:13, 303:1

**yesterday's** [1] - 249:24

**York** [3] - 139:14, 214:8, 259:6

**yourself** [3] - 66:3, 226:25, 227:2

**Yourself** [1] - 271:23

**yup** [1] - 221:1

## Z

**zip** [1] - 162:21

**Zolltan** [8] - 98:19, 98:21, 99:24, 147:10, 220:22, 221:13, 221:20, 222:11

**Zolltan's** [3] - 222:10, 222:24, 223:3

**zoom** [18] - 11:15, 11:25, 12:24, 22:2, 22:14, 27:21, 55:23, 57:2, 88:6, 105:11, 105:19, 106:8, 108:4, 110:20, 122:8, 122:22, 147:21, 212:11

**zoomed** [2] - 243:23, 269:25

**zoomed-in** [1] - 243:23