FILED BY_____uC____D.C.

OCT 29 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO- 24-80116 -CR- Cannon

United States of Mmerica

V

Ryan Wesley Routh

Defendant
------------

MOTION REQUESTING TO BE IMPRISONED IN AN ASSISTED SUIɑIDE STATE

As I have not been granted new counsel yet of Oct 23, 2025 and
thus still pro se I would like to plan forwards for sentencing
and request kindly to be placed in a state that has assisted
suicide since I am a constant failure.  I have yet been unable
to obtain a list, but Ihope someone can porvide it.  While I
still hold out hope that someone out there might put forth some
effort to trade my life for any prisoner held in a foreign jail
around the world.  I have mailed letters to countless Ministry of
Foreign Affairs but without a regular phone and regular email my
letters seem ineffective.  Any civilian can be the hre hero now
and help reppir relations with Iran just by talking to our embassy
or Adam Boehler or Steve Whitcoff or anyone to trade me for the
Swedish Scientist or Nobel Laureate or any modest, humble female
protester that stood for womens rights.  What could be more honorable
than to die in trade of an American male for an Iranian female that
stood for her natural human rights.   Iran wouldlove an American to
torture, kill and drag through the streets while while repairing
international relations, and if they gave Trump the Nobel Laureate
in exchange for me it would make Trump look good in the eyes of the

Nobel Prize committee, while disposing of his worst enemy.  Again,
all of the media following this should wish to free fellow journaist
Jimmy Li or the 39 others from Hong Kong now in Chinese prison for
nothing.  Is the whole world simply going to forget that they exist
and let them rot in prison andnot work diligently for everyones
release- we should be ashamed.  Please trade me for one, so they
all know they are not forgotten and left to die.  All journalist
should be fighting for this everyday. Trade me for a Palestinian
prisoner in Issael/Israel to have my spot in Hawaii, or a POW of
Ukraine suffering in Russia or any prisoner anywhere that is suffering.
I'm unaware of prisoners in Sudan, Haiti, Myanmar or all the other
places of conflictr but trade meanywhere. Do not let me take my own
life and it have zero benefit for humanity or mankind.
I must apologixe for a prior motiion for being very rude, harsh,
degrading, demeaning, insensitive, disrespectful and unfair and
thoughtless when I compared Baboons to Trump as they are far more
mature, logical, and wiser than our president, evenyoung baboons
have better composure, calmness, kindness and caring and I am
ashamed that I was careless and reckless and slighted the species.
Obviously Trumps childlike behaviour is purposeful so thathe he can
can stay in power forevee.  Childish Tantrums are designed to start
a war with every nation so that he can install martial law and end
all elections.  War with Americans, Canada, Mexico, Venezuala, Chhina,
or anyone keeps him in power and puts my appeal off for 30 years.
Jan 6 pardons violates 14th amend giving aid and comfort to rebellion
and demands impeachment.            Ryan Wesley Routh  - Defendant

Ryan Wesley Roth
Inmate 35967518
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

RECEIVED
OCT 29 2025
FTP
CLEARED X-RAY

UNITED STATES OF AMERICA FOREVER USA

MIAMI FL 330
27 OCT 2025 PM 6 L

1775 ★ 2

Clerk of Court
Fort Pierce Federal Courthouse
101 Us Highway 1 south
Fort Pierce, FL
34950

34950-420901