UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **24-80116-CR-CANNON**

UNITED STATES OF AMERICA,
    Plaintiff,
vs,

Ryan Wesley Routh ,
    Defendant.
_____/

DEFENDANT RYAN WESLEY ROUTH'S REQUEST TO FILE EXHIBITS ATTACHED TO HIS OBJECTION TO P.S.R. AND REQUEST FOR A SENTENCING VARIANCE UNDER SEAL

    Defendant Ryan Wesley Routh, through undersigned counsel requests entry of an order placing the character letter exhibits that were filed with his request for a sentencing variance under seal. Defendant's family member has voiced a concern that making the letters available to the public might expose the authors to adverse actions of misguided individuals. For this reason the defendant seeks entry of an order placing the exhibits to his sentencing pleading { DE 380}under seal.

    WHEREFORE, for the reasons stated, defendant files his request to place his character letter exhibits under seal.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed using the CM/ECF filing portal to the Clerk of the Court and to all parties of record on this __16th___ day of January, 2026.

    Respectfully submitted,

Martin L. Roth, Esq.
980 North Federal Highway.
Suite 110
Boca Raton, FL 33432
Office (954) 745-7697
Mobile: (954) 815-9966

/s/ **_MARTIN L. ROTH_**
Florida Bar No.: 265004