UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF FLORIDA WEST PALM BEACH DIVISION
CASE NO. 24-80116-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,
v.
RYAN WESLEY ROUTH,
    Defendant.
_____/

## MOTION TO STRIKE
## [DE386]

Defendant RYAN WESLEY ROUTH, through his undersigned counsel, moves to strike, [DE 386] Defense Filing of Additional Character Letter from Marlia Riznyk.

The notice was filed in error on January 20th, 2026.. The correct exhibit was filed on January 20th, 2026, correcting the exhibit [DE 387].

WHEREFORE, the Defendant moves the Court to strike [DE 386] from the docket.

**I HEREBY CERTIFY** that a true and correct copy of the above has been served via the CMECF portal to all parties of record on this 20th day of January 2026.

        Respectfully Submitted,

        Martin L. Roth
        Florida Bar No. 265004
        980 North Federal Highway
        Suite110
        Boca Raton, FL 33432
        Email: MLRPA@msn.com